**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31131 (HDH) |
| In re:<br><br>WALL009 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31133 (SGJ) |
| In re:<br><br>WALL010 LLC,<br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31134 (BJH) |
| In re:<br><br>WALL011 LLC,<br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31135 (SGJ) |
| In re:<br><br>WALL012 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31136 (HDH) |

| | |
|---|---|
| In re:<br><br>WALL016 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31138 (BJH) |
| In re:<br><br>WALL017 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31139 (HDH) |

**MOTION FOR EXPEDITED CONSIDERATION OF THE PETITIONING CREDITORS' MOTION FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 7 CASES**

Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu, (collectively, the "Petitioning Creditors"), by and through their undersigned counsel, hereby submit this motion (the "Motion to Expedite") requesting an expedited hearing on the *Petitioning Creditors' Motion for Entry of An Order Directing Joint Administration of Related Chapter 7 Cases* [Docket No. 4] (the

"Joint Administration Motion"). In further support of this Motion to Expedite, the Petitioning Creditors respectfully aver as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue is proper in this district is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are Bankruptcy Code section 105(a) and the General Order 2020-05 (Court Operations Under Exigent Circumstances Created by the COVID-19 Pandemic) entered on March 16, 2020 by Chief Judge Barbara J. Houser (the "General Order").

## BACKGROUND

4. On April 8, 2020 (the "Petition Date"), the Petitioning Creditors filed seven (7) involuntary bankruptcy petitions for relief under Chapter 7 of the Bankruptcy Code for the entities WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC (collectively, the "Alleged Debtors").

5. Concurrently with this Motion to Expedite, the Petitioning Creditors filed the Joint Administration Motion, which requests entry of an order authorizing the joint administration of the Alleged Debtors' Chapter 7 cases.

6. Pursuant to General Order, all new motions filed after March 16, 2020 will be set for a hearing after May 1, 2020. For any motions that require a hearing prior to May 1, 2020, a motion to obtain an emergency or expedited hearing must be filed "stating the specific emergency and the specific reason(s) why the hearing cannot be held after May 1, 2020 without undue prejudice to the moving party." See General Order, ¶ 2.

7. The Joint Administration Motion was filed to jointly administer the bankruptcy cases of the affiliated Alleged Debtors in order to save time and expense and to for the convenience of the Court and the parties in administering the Petitions, any response and hearings thereon and, ultimately, the Alleged Debtors' estates.

8. Currently, the seven (7) involuntary bankruptcy Chapter 7 cases of the Alleged Debtors are set before three (3) different bankruptcy judges.

9. Due to the need to jointly administer the Alleged Debtors' estates as quickly as possible, by this Motion to Expedite, the Petitioning Creditors respectfully request that this Court set an expedited hearing on the relief sought in the Joint Administration Motion before May 1, 2020.

**NOTICE**

10. Notice of this Motion shall be provided to: (a) the Office of the United States Trustee for the Northern District of Texas and (b) the Alleged Debtors.

11. The Petitioning Creditors respectfully submit that such notice is sufficient and that no further notice of this Motion to Expedite is required.

*[Remainder of Page Left Intentionally Blank]*

**WHEREFORE**, the Petitioning Creditors respectfully request that the Court grant the relief requested herein and such other and further relief to the Petitioning Creditors as the Court may deem just and appropriate.

Dated: April 16, 2020

/s/ *Jiangang Ou*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*