In Re: WALL007 LLC
Case No. 20−31131−hdh7

# CERTIFICATE OF SERVICE

I, Kristin M. Clark, Document Production Project Manager

of** Archer & Greiner, P.C., One Centennial Square, Haddonfield, NJ 08033

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the 14th day of April, 2020 I served a copy of the within summons, together with the complaint filed in this proceeding, on

the alleged debtor in this case, by *{describe here the mode of service}*

U.S. First Class Mail

the said alleged debtor at

(i) WALL007 LLC c/o TRWF Lodge LLC, Registered Agent, 13901 Midway Rd., Ste. 102, Dallas, TX 75244;
(ii) Timothy L. Barton, Officer and Representative of Managing Member, 3525 Arrowhead Dr., Dallas, TX 75204; and
(iii) Timothy L. Barton, Officer and Representative of Managing Member, JMJ Development, 1755 Wittington Pl., Ste. 340, Dallas, TX 75234

Under penalty of perjury, I declare that the foregoing is true and correct.

04/15/2020 Kristin M. Clark

*(Date)* *(Signature)*

Print Name: Kristin M. Clark, Document Production Project Manager

Business Address: Archer & Greiner, P.C., One Centennial Square

City: Haddonfield State: NJ Zip: 08033

**

*State mailing address*