Patrick D. Sullivan
State Bar No. 00791758
Email: sullivan@hooverslovacek.com
**HOOVER SLOVACEK LLP**
5051 Westheimer, Ste. 1200
Houston, Texas 77056
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR CREDITOR**
**BENCHMARK ACQUISITIONS, LLC**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 20-31131 (HDH)** |
| | § | |
| **WALL007 LLC** | § | |
| **Alleged Debtor** | § | **CHAPTER 7** |

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 20-31133 (SGJ)** |
| | § | |
| **WALL009 LLC** | § | |
| **Alleged Debtor** | § | **CHAPTER 7** |

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 20-31134 (BJH)** |
| | § | |
| **WALL010 LLC** | § | |
| **Alleged Debtor** | § | **CHAPTER 7** |

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 20-31135 (SGJ)** |
| | § | |
| **WALL011 LLC** | § | |
| **Alleged Debtor** | § | **CHAPTER 7** |

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 20-31136 (HDH)** |
| | § | |
| **WALL012 LLC** | § | |
| **Alleged Debtor** | § | **CHAPTER 7** |

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 20-31138 (BJH)** |
| | § | |
| **WALL016 LLC** | § | |
| **Alleged Debtor** | § | **CHAPTER 7** |

---

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 20-31139 (HDH)** |
| | § | |
| **WALL017 LLC** | § | |
| **Alleged Debtor** | § | **CHAPTER 7** |

**NOTICE OF APPEARANCE, REQUEST FOR DUPLICATE NOTICE AND RESERVATION OF RIGHTS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Federal Rules of Bankruptcy Procedure, the law firm of Hoover Slovacek LLP, on behalf of Creditor Benchmark Acquisitions, LLC hereby gives notice of its request that all notices, pleadings, motions, applications and other documents filed and/or served in this case (including, without limitation, all notices described in Rule 2002 of the Bankruptcy Rules) be sent to the following:

**HOOVER SLOVACEK LLP**
c/o Patrick D. Sullivan
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686/Fax: (713) 977-5395
Email: sullivan@hooverslovacek.com

Neither this Request nor any subsequent appearance, pleading, claim or suit is intended to waive (i) the creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which

this creditor is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoff and recoupments this creditor expressly reserves.

Dated: April 20, 2020

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: _*/s/ Patrick D. Sullivan*______
PATRICK D. SULLIVAN
State Bar No. 00791758
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
sullivan@hooverslovacek.com
Phone:(713) 977-8686/Fax: (713) 977-5395
**ATTORNEYS FOR CREDITOR,**
**BENCHMARK ACQUISITIONS, LLC**

OF COUNSEL:

Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
Telephone: 713.977.8686/Fax 713.977.5395

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, a true and correct copy of the foregoing Notice of Appearance, Request for Duplicate Notice and Reservation of Rights was served on the following parties as indicated below:

***Via Electronic Transmission by the Clerk of the Court:***

Debtors Pro Se
Wall007 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Wall009 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Wall010 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Wall011 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Wall012 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Wall016 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Wall017LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Petitioning Creditor
Jiangagng Ou
Nguyen & Chen LLP
jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
spackman@archerlaw.com

**U.S. Trustee**
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

By: */s/ Patrick D. Sullivan*___________
Patrick D. Sullivan