**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WALL009, LLC | § | Case No. 20-31131-hdh-7 |
| | § | |
| Debtor | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE AND PAPERS**

Please take notice that the undersigned counsel represents Southern Star Capital, LLC d/b/a Reliance Mortgage Company and hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed as follows:

Robert W. Buchholz
The Law Office of Robert W. Buchholz, P.C.
420 S. Cesar Chavez Blvd., Suite 300
Dallas, Texas 75201
214-754-5500 phone
214-754-9100 fax
bob@attorneybob.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Respectfully submitted this 5th day of May 2020.

*/s/ Robert W. Buchholz*

Robert W. Buchholz
Texas Bar No. 03290600
The Law Office of Robert W. Buchholz, P.C.
420 S. Cesar Chavez Blvd., Suite 300
Dallas, Texas 75201
214-754-5500 phone
214-754-9100 fax
bob@attorneybob.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service of Papers was served by ECF on those parties set up for ECF on this 5th day of May, 2020.

*/s/ Robert W. Buchholz*

Robert W. Buchholz