**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC,** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtor.** | § | |

**ORDER DISMISSING INVOLUNTARY PETITION AND ENTERING AWARD OF FEES, COSTS AND DAMAGES**

CAME ON FOR CONSIDERATION the *Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305* (the "**Motion**") file by Wall007, LLC, the Alleged Debtor in the above-styled and numbered case. The Court having considered the pleadings on file and the arguments of counsel, and for the reasons stated on the record, (1) finds this matter to be a core proceeding pursuant to 28 U.S.C. §

157(b); (2) finds that due and proper notice of the Motion has been provided to all parties in interest; and (3) finds good cause for entry of the following Order.[1] It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** as set forth herein; it is further

**ORDERED, ADJUDGED AND DECREED** that Michael Fu /b/a Silverland Financial Ltd and Platinum Investment Corporation is substituted for Petitioners as the real party-in-interest, except as for the purposes expressly set forth herein; it is further

**ORDERED, ADJUDGED AND DECREED** that the Involuntary Petition is hereby dismissed with prejudice; it is further

**ORDERED, ADJUDGED AND DECREED** that pursuant to 11 U.S.C. § 303(e), Terry shall post a bond in the amount of $______________.

**ORDERED, ADJUDGED AND DECREED** that WALL007 LLC shall, within fourteen (14) days from the date of this Order, by way of certification of WALL007 LLC, submit a bill for all of the costs, expenses, and other compensatory damages, including without limitation attorneys' fees, that it has incurred since the filing of this Involuntary Case, including without limitation, those incurred as a result of the filing of the Involuntary Petition, those incurred in defending the Involuntary Petition, and those incurred in the filing and prosecution of the Motion, and serve a copy of such certification of counsel on Petitioners. Petitioners and Fu shall be jointly and severally liable for such costs, expenses, and compensatory damages and shall pay the same to WALL007 LLC within fourteen (14) days after first receipt of the certification of WALL007 LLC; it is further

**ORDERED, ADJUDGED AND DECREED** that punitive damages are hereby awarded to WALL007 LLC in the total amount of $______________. Petitioners and Fu shall be jointly

[1] Capitalized terms not defined herein shall have the meanings attributed to them in the Motion.

and severally liable for such punitive damages and shall pay such punitive damages to WALL007 LLC within fourteen (14) days following the date of entry of this Order; it is further

**ORDERED, ADJUDGED AND DECREED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; it is further

**ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
ATTORNEYS FOR DEBTOR