Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC,** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtor.** | § | |

**ALLEGED DEBTOR'S LIST OF CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Pursuant to FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(b), WALL007 LLC, the Alleged Debtor in the above-captioned proceeding, files this list of all its creditors as set forth on the attached Exhibit "A."

Dated: May 14, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2020, true and correct copy of the foregoing document was served via email pursuant to Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# EXHIBIT "A"

## Payable Report

As of 05.14.2020

| | Address | Orchard Wall007 LLC Total |
|---|---|---|
| **Local Taxing Authorities** | | |
| Wendy Burges-Tax Assessor Collector | 100 E. Wetherford, Forth Worth, TX 76196 | $ 86,387.80 |
| **Employees' Payroll** | | |
| HR Sterling LLC | 13901 Midway Rd Ste 102, Dallas, TX 75244 | $ 46,030.00 |
| **Outside Attorneys** | | |
| Jackson Walker LLP | PO Box 130989, Dallas,TX 75313 | $ 177.75 |
| Vance McMury | 2912 White Marsh Circle, Richardson,TX 75080 | $ 10,000.00 |
| Khudabuksh K. Walji | 12946 Dairy Ashford Rd, Suite 220, Sugar Land, TX 77478 | $ 18,235.50 |
| Robert Kemp | 2815 Valley View Land Suite 202, Dallas, TX 75234 | $ 10,000.00 |
| Reed Smith | 1301 K Street NW Suite 1100 East Tower, Washington, DC 20005 | $ 64,285.00 |
| Larry Martin | 13901 Midway Rd Ste 102, Dallas, TX 75244 | $ 10,000.00 |
| **Contractors** | | |
| Terry Tice Land Development & Construction Management | 14125 Maxwell Bllvd., Fort Worth, TX 76179 | $ 5,000.00 |
| Blue Diamond | 5995 Summerside Dr. Ste 795931, Dallas, TX 75248 | $ 12,000.00 |
| Lajolla Construction Management LLC | 13901 Midway Rd Ste 102, Dallas, TX 75244 | $ 14,550.00 |
| Carnegie Homes | 1755 Wittington Pl Suite 320, Dallas, TX 75234 | $ 50,000.00 |
| **Architects** | | |
| Huitt Zollars Inc | 1717 McKinney Ave, Lock Box 15, Dallas, TX 75202 | $ 3,600.00 |
| **Engineers** | | |
| Goodwin Marshall Inc | 2405 Mustang Dr, Grapevine, TX 76051 | $ 166,984.75 |
| Rone Engineering | PO Box 226956, Dallas, TX 75222 | $ 56,097.20 |
| **Vendors** | | |
| City of Ft Worth | 200 Texas St. Fort Worth, TX 76102 | $ 291,697.55 |
| Dixon Erosion Control LLC | PO Box 2101, Rockwall, TX 75087 | $ 585.00 |
| JMJ Development LLC | 1755 Wittington Pl Suite 340, Dallas, TX 75234 | $ 335,621.00 |
| Quail Energy Services LP | PO Box 777 Andrews, TX 79714 | $ 6,823.90 |
| Barnett Gathering LLC | 110 W. 7th Street, Forth Worth, TX 76102 | $ 134,000.00 |
| Our Tax CPA (Vishwanath Palepu) | 9901 E Valley Ranch Suite 1030, Irving, TX 75063 | $ 5,000.00 |
| Kirk Wilson | 13901 Midway Rd Ste 102, Dallas, TX 75244 | $ 8,200.00 |
| Roy Magno | 1800 Valley View Lane Suite 317, Farmers Branch, TX 75234 | $ 6,000.00 |
| Jim Martin | 5189 E. IH-20 Service Rd. Suite 106, Willow Park, TX 76087 | $ 16,322.01 |
| Jeremy Morrelli | 7433 Varna Ave, North Hollywood, CA 91605 | $ 9,427.00 |

| | | | |
|---|---|---|---|
| **Bank Loans plus Interest Accrued** | | | |
| FDRE INC | 5060 SW Philomath Blvd. #363, Corvallis, OR 97333 | $ | **2,853,666.66** |
| **Surveyors** | | | |
| Fargo Consultants Inc | 2324 Fabens Rd, Dallas, TX 75229 | $ | **19,979.00** |
| Sands Surveying Corporation | 2154 W Northwest Hwy Suite #204, Dallas, TX 75220 | $ | **720.00** |
| **Total Payable** | | **$** | **4,241,390.12** |