**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31131 (HDH) |

**AMENDED CERTIFICATE OF SERVICE**

1. I, Kristin M. Clark, am the Document Production Project Manager for Archer & Greiner, P.C., counsel to the Petitioning Creditors in the above-captioned matter.

2. I prepared the original service of process for mailing in this matter and executed the Certifications of Service therefor which was then filed at Dkt. 9 in 20-31131, Dkt. 10 in 20-31133, Dkt. 9 in 20-31134, Dkt. 9 in 20-31135, Dkt. 9 in 20-31136, Dkt. 9 in 20-31138 and Dkt. 9 in 20-31139.

3. The service form I signed did not contain language inclusive of the Standing Scheduling Order but that Order was included in the mailings I prepared.

4. According to the attached, the Alleged Debtors: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC (the "Wall Entities"), are all Texas Domestic Limited Liability Companies. True and correct copies of the business organization inquiries ("BOI's") with the Texas Secretary of State's website for each of the Wall Entities are attached hereto as Exhibit "A."

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

5. The BOI's reflect each Wall Entities' business address, registered address and managing member address at 13901 Midway Road, Suite 102, Dallas, TX 75244 (the "Wall Entities Address").

6. On April 14, 2020, I caused to be mailed copies of (i) *Summons to a Debtor in an Involuntary Case* [Dkt. 2 in 20-31131, Dkt. 3 in 20-31133, Dkt. 2 in 20-31134, Dkt. 2 in 20-31135, Dkt. 2 in 20-31136, Dkt. 2 in 20-31138 and Dkt. 2 in 20-31139], (ii) *Involuntary Petition Against a Non-Individual* [Dkt. 1 in 20-31131, Dkt. 1 in 20-31133, Dkt. 1 in 20-31134, Dkt. 1 in 20-31135, Dkt. 1 in 20-31136, Dkt. 1 in 20-31138 and Dkt. 1 in 20-31139] and (iii) *Standing Scheduling Order Regarding Involuntary Cases* [Dkt. 3 in 20-31131, Dkt. 4 in 20-31133, Dkt. 3 in 20-31134, Dkt. 3 in 20-31135, Dkt. 3 in 20-31136, Dkt. 3 in 20-31138 and Dkt. 3 in 20-31139] (collectively, the "Mailed Documents"), to the Wall Entities via U.S. First Class Mail, postage prepaid, under Federal Rules of Bankruptcy Procedure 1010(a) and 7004(b)(3) (which allow for service of an involuntary petition and summons to a business' registered agent via U.S. First Class Mail), to the Wall Entities' Registered Agents at the registered address reflected on the Exhibit "A," to wit, 13901 Midway Road, Suite 102, Dallas, TX 75244.

7. The original mailings were not returned.

8. In addition, service of the Mailed Documents was sent to Timothy L. Barton, officer and representative of the managing member of each of the Wall Entities, to his suspected home address at 3525 Arrowhead Drive, Dallas, TX 75204 and his suspected business address at JMJ Development, 1755 Wittington Place, Suite 340, Dallas, TX 75234.

9. True and correct copies of the April 14, 2020 correspondence evidencing the service of the Mailed Documents by the United States Postal Service to the addresses set forth above are attached as Exhibit "B".

Dated: May 19, 2020

Kristin M. Clark

Kristin M. Clark, Document Production
Project Manager
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033

218556392v8