# EXHIBIT "A"

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802615601 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 2, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32062458552 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall007 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| TRWF Lodge LLC | 13901 Midway Rd, Suite 102<br>Dallas, TX 75244 USA | |

Order   Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802615601 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 2, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32062458552 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall007 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 27, 2019 | CARNEGIE DEVELOPMENT | MANAGER | 13901 MIDWAY RD SUITE 102<br>DALLAS, TX 75244 USA |

Order | Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802680341 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | March 22, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063242591 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall009 LLC
**Address:** 13901 MIDWAY RD STE 102
Dallas, TX 75244 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| ONE Agent Texas, LLC | 13901 Midway Rd, Suite 102<br>Dallas, TX 75244 USA | |

Order  Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## RUTH R. HUGHS

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802680341 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | March 22, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063242591 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall009 LLC
**Address:** 13901 MIDWAY RD STE 102
Dallas, TX 75244 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 29, 2019 | CARNEGIE DEVELOPMENT | MANAGER | 13901 MIDWAY RD SUITE 102<br>DALLAS, TX 75244 USA |
| February 7, 2020 | Northstar PM, LLC | Manager | 13901 Midway Rd, Suite 102<br>Dallas, TX 75244 USA |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802734291 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 31, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063901279 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall010 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| TRWF Lodge LLC | 13901 Midway Rd, Suite 102<br>Dallas, TX 75244 USA | |

Order  Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802734291 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 31, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063901279 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall010 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 29, 2019 | CARNEGIE DEVELOPMENT | MANAGER | 13901 MIDWAY RD SUITE 102<br>DALLAS, TX 75244 USA |

Order | Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802851342 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | November 2, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32065315817 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall011 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| TRWF Lodge LLC | 13901 Midway Rd, Suite 102<br>Dallas, TX 75244 USA | |

Order | Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

**Filing Number:** 802851342
**Original Date of Filing:** November 2, 2017
**Formation Date:** N/A
**Tax ID:** 32065315817
**Duration:** Perpetual

**Entity Type:** Domestic Limited Liability Company (LLC)
**Entity Status:** In existence
**FEIN:**

**Name:** Wall011 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 29, 2019 | CARNEGIE DEVELOPMENT | MANAGER | 13901 MIDWAY RD SUITE 102<br>DALLAS, TX 75244 USA |

Order  Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802958105 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | March 9, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32066498539 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall012 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244-4388 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| TRWF Lodge LLC | 13901 Midway Rd Suite 102<br>Dallas, TX 75244 USA | |

Order | Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802958105 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | March 9, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32066498539 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall012 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244-4388 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 9, 2018 | TRWF LLC | Manager | 13901 Midway Rd Suite 102<br>Dallas, TX 75244 USA |

Order | Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802958107 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | March 9, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32066498521 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall016 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244-4388 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| TRWF Lodge LLC | 13901 Midway Rd Suite 102<br>Dallas, TX 75244 USA | |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802958107 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | March 9, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32066498521 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall016 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244-4388 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 9, 2018 | TRWF LLC | Manager | 13901 Midway Rd Suite 102<br>Dallas, TX 75244 USA |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## RUTH R. HUGHS

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803130786 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 1, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32068523219 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall017 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244-4388 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| TRWF Lodge LLC | 13901 Midway Rd Suite 102<br>Dallas, TX 75244 USA | |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 803130786 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 1, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32068523219 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Wall017 LLC
**Address:** 13901 MIDWAY RD STE 102
DALLAS, TX 75244-4388 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| October 1, 2018 | Carnegie Development | Managing Member | 13901 Midway Rd Suite 102<br>Dallas, TX 75244 USA |

Order | Return to Search

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.