# EXHIBIT "B"

ARCHER
ATTORNEYS AT LAW

**Stephen M. Packman**
*Fellow of INSOL*
*Also Member of Pennsylvania*
*and New York Bar*
spackman@archerlaw.com
215-246-3147 (Ext. 5147) Direct

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-2739
215-963-3300 Main
215-963-9999 Fax
www.archerlaw.com

April 14, 2020

Timothy L. Barton, Officer and Representative
of Managing Member
3525 Arrowhead Drive
Dallas, TX 75204

Timothy L. Barton, Officer and Representative
of Managing Member
JMJ Development
1755 Wittington Place, Suite 340
Dallas, TX 75234

Re: Involuntary Chapter 7 Bankruptcies
U.S. Bankruptcy Court for the Northern District of Texas
In re WALL007 LLC, Case No. 20-31131-hdh7
In re WALL009 LLC, Case No. 20-31133-sgj7
In re WALL010 LLC, Case No. 20-31134-bjh7
In re WALL011 LLC, Case No. 20-31135-sgj7
In re WALL012 LLC, Case No. 20-31136-hdh7
In re WALL016 LLC, Case No. 20-31138-bjh7
In re WALL017 LLC, Case No. 20-31139-bjh7

Dear Mr. Barton:

Enclosed please find the following documents for each of the above-referenced involuntary chapter 7 bankruptcies:

1. Summons to Debtor in an Involuntary Case;

2. Involuntary Petition Against a Non-Individual; and

3. Standing Scheduling Order Regarding Involuntary Cases.

Very truly yours,

*/s/ Stephen M. Packman*
STEPHEN M. PACKMAN

SMP:amh
Enclosures

218334666v1

ARCHER
ATTORNEYS AT LAW

**Stephen M. Packman**
*Fellow of INSOL*
*Also Member of Pennsylvania*
*and New York Bar*
spackman@archerlaw.com
215-246-3147 (Ext. 5147) Direct

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-2739
215-963-3300 Main
215-963-9999 Fax
www.archerlaw.com

April 14, 2020

WALL007 LLC
c/o TRWF Lodge LLC, Registered Agent
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Re: Involuntary Chapter 7 Bankruptcy
U.S. Bankruptcy Court for the Northern District of Texas
In re WALL007 LLC, Case No. 20-31131-hdh7

Dear Sir/Madam:

Enclosed please find the following documents for the above-referenced involuntary chapter 7 bankruptcy:

1. Summons to Debtor in an Involuntary Case;

2. Involuntary Petition Against a Non-Individual; and

3. Standing Scheduling Order Regarding Involuntary Cases.

Very truly yours,

*/s/ Stephen M. Packman*
STEPHEN M. PACKMAN

SMP:amh
Enclosures

218335613v1

ARCHER
ATTORNEYS AT LAW

**Stephen M. Packman**
*Fellow of INSOL*
*Also Member of Pennsylvania*
*and New York Bar*
spackman@archerlaw.com
215-246-3147 (Ext. 5147) Direct

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-2739
215-963-3300 Main
215-963-9999 Fax
www.archerlaw.com

April 14, 2020

WALL009 LLC
c/o ONE Agent Texas, LLC, Registered Agent
13901 Midway Road, Suite 102
Dallas, TX 75244

Re: Involuntary Chapter 7 Bankruptcy
U.S. Bankruptcy Court for the Northern District of Texas
In re WALL009 LLC, Case No. 20-31133-sgj7

Dear Sir/Madam:

Enclosed please find the following documents for the above-referenced involuntary chapter 7 bankruptcy:

1. Summons to Debtor in an Involuntary Case;

2. Involuntary Petition Against a Non-Individual; and

3. Standing Scheduling Order Regarding Involuntary Cases.

Very truly yours,

*/s/ Stephen M. Packman*
STEPHEN M. PACKMAN

SMP:amh
Enclosures

218335549v1

ARCHER
ATTORNEYS AT LAW

**Stephen M. Packman**
*Fellow of INSOL*
*Also Member of Pennsylvania*
*and New York Bar*
spackman@archerlaw.com
215-246-3147 (Ext. 5147) Direct

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-2739
215-963-3300 Main
215-963-9999 Fax
www.archerlaw.com

April 14, 2020

WALL010 LLC
c/o TRWF Lodge LLC, Registered Agent
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Re: Involuntary Chapter 7 Bankruptcy
U.S. Bankruptcy Court for the Northern District of Texas
In re WALL010 LLC, Case No. 20-31134-bjh7

Dear Sir/Madam:

Enclosed please find the following documents for the above-referenced involuntary chapter 7 bankruptcy:

1. Summons to Debtor in an Involuntary Case;

2. Involuntary Petition Against a Non-Individual; and

3. Standing Scheduling Order Regarding Involuntary Cases.

Very truly yours,

*/s/ Stephen M. Packman*
STEPHEN M. PACKMAN

SMP:amh
Enclosures

218335635v1

ARCHER
ATTORNEYS AT LAW

**Stephen M. Packman**
*Fellow of INSOL*
*Also Member of Pennsylvania*
*and New York Bar*
spackman@archerlaw.com
215-246-3147 (Ext. 5147) Direct

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-2739
215-963-3300 Main
215-963-9999 Fax
www.archerlaw.com

April 14, 2020

WALL011 LLC
c/o TRWF Lodge LLC, Registered Agent
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Re: Involuntary Chapter 7 Bankruptcy
U.S. Bankruptcy Court for the Northern District of Texas
In re WALL011 LLC, Case No. 20-31135-sgj7

Dear Sir/Madam:

Enclosed please find the following documents for the above-referenced involuntary chapter 7 bankruptcy:

1. Summons to Debtor in an Involuntary Case;

2. Involuntary Petition Against a Non-Individual; and

3. Standing Scheduling Order Regarding Involuntary Cases.

Very truly yours,

*/s/ Stephen M. Packman*
STEPHEN M. PACKMAN

SMP:amh
Enclosures

218335647v1

ARCHER
ATTORNEYS AT LAW

**Stephen M. Packman**
*Fellow of INSOL*
*Also Member of Pennsylvania*
*and New York Bar*
spackman@archerlaw.com
215-246-3147 (Ext. 5147) Direct

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-2739
215-963-3300 Main
215-963-9999 Fax
www.archerlaw.com

April 14, 2020

WALL012 LLC
c/o TRWF Lodge LLC, Registered Agent
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Re: Involuntary Chapter 7 Bankruptcy
U.S. Bankruptcy Court for the Northern District of Texas
In re WALL012 LLC, Case No. 20-31136-hdh7

Dear Sir/Madam:

Enclosed please find the following documents for the above-referenced involuntary chapter 7 bankruptcy:

1. Summons to Debtor in an Involuntary Case;

2. Involuntary Petition Against a Non-Individual; and

3. Standing Scheduling Order Regarding Involuntary Cases.

Very truly yours,

*/s/ Stephen M. Packman*
STEPHEN M. PACKMAN

SMP:amh
Enclosures

218335651v1

ARCHER
ATTORNEYS AT LAW

**Stephen M. Packman**
*Fellow of INSOL*
*Also Member of Pennsylvania*
*and New York Bar*
spackman@archerlaw.com
215-246-3147 (Ext. 5147) Direct

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-2739
215-963-3300 Main
215-963-9999 Fax
www.archerlaw.com

April 14, 2020

WALL016 LLC
c/o TRWF Lodge LLC, Registered Agent
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Re: Involuntary Chapter 7 Bankruptcy
U.S. Bankruptcy Court for the Northern District of Texas
In re WALL016 LLC, Case No. 20-31138-bjh7

Dear Sir/Madam:

Enclosed please find the following documents for the above-referenced involuntary chapter 7 bankruptcy:

1. Summons to Debtor in an Involuntary Case;

2. Involuntary Petition Against a Non-Individual; and

3. Standing Scheduling Order Regarding Involuntary Cases.

Very truly yours,

*/s/ Stephen M. Packman*
STEPHEN M. PACKMAN

SMP:amh
Enclosures

218335657v1

ARCHER
ATTORNEYS AT LAW

**Stephen M. Packman**
*Fellow of INSOL*
*Also Member of Pennsylvania*
*and New York Bar*
spackman@archerlaw.com
215-246-3147 (Ext. 5147) Direct

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-2739
215-963-3300 Main
215-963-9999 Fax
www.archerlaw.com

April 14, 2020

WALL017 LLC
c/o TRWF Lodge LLC, Registered Agent
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Re: Involuntary Chapter 7 Bankruptcy
U.S. Bankruptcy Court for the Northern District of Texas
In re WALL017 LLC, Case No. 20-31139-bjh7

Dear Sir/Madam:

Enclosed please find the following documents for the above-referenced involuntary chapter 7 bankruptcy:

1. Summons to Debtor in an Involuntary Case;

2. Involuntary Petition Against a Non-Individual; and

3. Standing Scheduling Order Regarding Involuntary Cases.

Very truly yours,

*/s/ Stephen M. Packman*
STEPHEN M. PACKMAN

SMP:amh
Enclosures

218335661v1