**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**AMENDED CERTIFICATE OF SERVICE**

1. I, Jorge Garcia, am an associate at Archer & Greiner, P.C., who represents the Petitioning Creditors in the above-captioned matter.

2. WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC (the "Wall Entities") are each Texas Domestic Limited Liability Companies per the Texas Secretary of State's website. True and correct copies of the business organization inquiries with the Texas Secretary of State's website for each of the Wall Entities are attached hereto as Exhibit "A."

3. The Texas Secretary of State's website business organization inquiries reflect each of the Wall Entities business address, Texas registered agent address, and managing member address as 13901 Midway Road, Suite 102, Dallas, TX 75244 (the "Wall Entities Address").

4. On April 16, 2020, I caused to be served true and correct copies of *Motion of the Petitioning Creditors for Entry of an Order Directing Joint Administration of Related Chapter 7 Case* [Dkt. 4 in 20-31131, Dkt. 5 in 20-31133, Dkt. 4 in 20-31134, Dkt. 4 in 20-31135, Dkt. 4 in 20-31136, Dkt. 4 in 20-31138 and Dkt. 4 in 20-31139] and *Motion for Expedited Consideration*

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

*of the Petitioning Creditors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 7 Cases* [Dkt. 5 in 20-31131, Dkt. 6 in 20-31133, Dkt. 5 in 20-31134, Dkt. 5 in 20-31135, Dkt. 5 in 20-31136, Dkt. 5 in 20-31138 and Dkt. 5 in 20-31139] (collectively, the "Mailed Joint Administration Motion Documents") to the Wall Entities Address (see Exhibit "A") via U.S. First Class Mail, postage prepaid, pursuant to Federal Rules of Civil Procedure 5(b)(2)(C), as adopted by Federal Rule of Bankruptcy Procedure 9014(b), which allows for service of a written motion via mail to a business' last known address. I prepared and executed the Certifications of Service therefor which were then filed at Dkt. 6 in 20-31131, Dkt. 7 in 20-31133, Dkt. 6 in 20-31134, Dkt. 6 in 20-31135, Dkt. 6 in 20-31136, Dkt. 6 in 20-31138 and Dkt. 6 in 20-31139.

5. On April 17, 2020, I caused to be served true and correct copies *Notice of Hearing for Motion for Entry of an Order Directing Joint Administration of Related Chapter 7 Cases* [Dkt. 7 in 20-31131, Dkt. 8 in 20-31133, Dkt. 7 in 20-31134, Dkt. 7 in 20-31135, Dkt. 7 in 20-31136, Dkt. 7 in 20-31138 and Dkt. 7 in 20-31139] (collectively, the "Mailed Notice Documents") to the Wall Entities Address (see Exhibit "A") via FedEx, pursuant to Federal Rules of Civil Procedure 5(b)(2)(C), Federal Rule of Bankruptcy Procedure 9014(b), as adopted by Federal Rule of Bankruptcy Procedure 9014(b), which allows for service of a written notice via mail to a business' last known address. I prepared and executed the Certifications of Service therefor which were then filed at Dkt. 8 in 20-31131, Dkt. 9 in 20-31133, Dkt. 8 in 20-31134, Dkt. 8 in 20-31135, Dkt. 8 in 20-31136, Dkt. 8 in 20-31138 and Dkt. 8 in 20-31139.

6. True and correct copies of the FedEx delivery receipts, which reflect that the Mailed Notice Documents were delivered to the Wall Entities Address and signed for by an individual by the name of S. Patel, are attached as Exhibit "B."

Dated: May 19, 2020

Jorge Garcia, Esquire
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3102
jgarcia@archerlaw.com

*Counsel for Petitioning Creditors*

218563099v5