# EXHIBIT "B"

**Huber, Amy M.**

---

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, April 20, 2020 10:16 AM
**To:** Garcia, Jorge
**Subject:** [EXT MAIL] FedEx Shipment 770266534511 Delivered

[FedEx®]

Your package has been delivered

Tracking #
770266534511<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266534511&clienttype=ivpodalrt>

Ship date:
Fri, 4/17/2020
JORGE GARCIA
Archer Greiner
HADDONFIELD, NJ 08033
US

[Delivery progress bar]
Delivered

Delivery date:
Mon, 4/20/2020 9:13 am
WALL007 LLC
13901 MIDWAY RD,SUITE 102

DALLAS, TX 75244
US

Shipment Facts

Our records indicate that the following package has been delivered.

Tracking number:
770266534511<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266534511&clienttype=ivpodalrt>
Status: Delivered: 04/20/2020 09:13 AM Signed for By: S.PATEL
Reference: WAL-347-961

Signed for by: S.PATEL
Delivery location: DALLAS, TX
Delivered to: Receptionist/Front Desk
Service type: FedEx Priority Overnight®
Packaging type: FedEx® Envelope
Number of pieces: 1
Weight: 1.00 lb.
Special handling/Services: Deliver Weekday
No Signature Required
Standard transit: 4/20/2020 by 10:30 am

[ ] Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CDT on 04/20/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy<http://www.fedex.com/us/privacypolicy.html>. All rights reserved.

Thank you for your business.

**Huber, Amy M.**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, April 20, 2020 10:17 AM |
| **To:** | Garcia, Jorge |
| **Subject:** | [EXT MAIL] FedEx Shipment 770266572659 Delivered |

[FedEx®]

Your package has been delivered

Tracking #
770266572659<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266572659&clienttype=ivpodalrt>

Ship date:
Fri, 4/17/2020
JORGE GARCIA
Archer Greiner
HADDONFIELD, NJ 08033
US

[Delivery progress bar]
Delivered

Delivery date:
Mon, 4/20/2020 9:13 am
WALL009 LLC
13901 MIDWAY RD SUITE 102

DALLAS, TX 75244
US

Shipment Facts

Our records indicate that the following package has been delivered.

Tracking number:
770266572659<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266572659&clienttype=ivpodalrt>
Status: Delivered: 04/20/2020 09:13 AM Signed for By: S.PATEL
Reference: WAL-347-961

Signed for by: S.PATEL
Delivery location: DALLAS, TX
Delivered to: Receptionist/Front Desk
Service type: FedEx Priority Overnight®
Packaging type: FedEx® Envelope
Number of pieces: 1
Weight: 1.00 lb.
Special handling/Services: Deliver Weekday
No Signature Required
Standard transit: 4/20/2020 by 10:30 am

[ ] Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CDT on 04/20/2020.

All weights are estimated.
To track the latest status of your shipment, click on the tracking number above.
Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy<http://www.fedex.com/us/privacypolicy.html>. All rights reserved.
Thank you for your business.

## Huber, Amy M.

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, April 20, 2020 10:16 AM
**To:** Garcia, Jorge
**Subject:** [EXT MAIL] FedEx Shipment 770266591551 Delivered

[FedEx®]

Your package has been delivered

Tracking #
770266591551<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266591551&clienttype=ivpodalrt>

Ship date:
Fri, 4/17/2020
JORGE GARCIA
Archer Greiner
HADDONFIELD, NJ 08033
US

[Delivery progress bar]
Delivered

Delivery date:
Mon, 4/20/2020 9:13 am
WALL010 LLC
13901 MIDWAY RD SUITE 102

DALLAS, TX 75244
US

Shipment Facts

Our records indicate that the following package has been delivered.

Tracking number:
770266591551<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266591551&clienttype=ivpodalrt>
Status: Delivered: 04/20/2020 09:13 AM Signed for By: S.PATEL
Reference: WAL-347-961

Signed for by: S.PATEL
Delivery location: DALLAS, TX
Delivered to: Receptionist/Front Desk
Service type: FedEx Priority Overnight®
Packaging type: FedEx® Envelope
Number of pieces: 1
Weight: 1.00 lb.
Special handling/Services: Deliver Weekday
No Signature Required
Standard transit: 4/20/2020 by 10:30 am

[ ] Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CDT on 04/20/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy<http://www.fedex.com/us/privacypolicy.html>. All rights reserved.

Thank you for your business.

**Huber, Amy M.**

---

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, April 20, 2020 10:16 AM
**To:** Garcia, Jorge
**Subject:** [EXT MAIL] FedEx Shipment 770266610664 Delivered

[FedEx®]

Your package has been delivered

Tracking #
770266610664<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266610664&clienttype=ivpodalrt>

Ship date:
Fri, 4/17/2020
JORGE GARCIA
Archer Greiner
HADDONFIELD, NJ 08033
US

[Delivery progress bar]
Delivered

Delivery date:
Mon, 4/20/2020 9:13 am
WALL011 LLC
13901 MIDWAY RD SUITE 102

DALLAS, TX 75244
US

Shipment Facts

Our records indicate that the following package has been delivered.

Tracking number:
770266610664<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266610664&clienttype=ivpodalrt>
Status: Delivered: 04/20/2020 09:13 AM Signed for By: S.PATEL
Reference: WAL-347-961

Signed for by: S.PATEL
Delivery location: DALLAS, TX
Delivered to: Receptionist/Front Desk
Service type: FedEx Priority Overnight®
Packaging type: FedEx® Envelope
Number of pieces: 1
Weight: 1.00 lb.
Special handling/Services: Deliver Weekday
No Signature Required
Standard transit: 4/20/2020 by 10:30 am

[ ] Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CDT on 04/20/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy<http://www.fedex.com/us/privacypolicy.html>. All rights reserved.

Thank you for your business.

**Huber, Amy M.**

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, April 20, 2020 10:16 AM
**To:** Garcia, Jorge
**Subject:** [EXT MAIL] FedEx Shipment 770266682192 Delivered

[FedEx®]

Your package has been delivered

Tracking #
770266682192<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266682192&clienttype=ivpodalrt>

Ship date:
Fri, 4/17/2020
JORGE GARCIA
Archer Greiner
HADDONFIELD, NJ 08033
US

[Delivery progress bar]
Delivered

Delivery date:
Mon, 4/20/2020 9:13 am
WALL012 LLC
13901 MIDWAY RD SUITE 102

DALLAS, TX 75244
US

Shipment Facts

Our records indicate that the following package has been delivered.

Tracking number:
770266682192<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266682192&clienttype=ivpodalrt>
Status: Delivered: 04/20/2020 09:13 AM Signed for By: S.PATEL
Reference: WAL-347-961

Signed for by: S.PATEL
Delivery location: DALLAS, TX
Delivered to: Receptionist/Front Desk
Service type: FedEx Priority Overnight®
Packaging type: FedEx® Envelope
Number of pieces: 1
Weight: 1.00 lb.
Special handling/Services: Deliver Weekday
No Signature Required
Standard transit: 4/20/2020 by 10:30 am

[ ] Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CDT on 04/20/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy<http://www.fedex.com/us/privacypolicy.html>. All rights reserved.

Thank you for your business.

**Huber, Amy M.**

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, April 20, 2020 10:16 AM
**To:** Garcia, Jorge
**Subject:** [EXT MAIL] FedEx Shipment 770266706208 Delivered

[FedEx®]

Your package has been delivered

Tracking #
770266706208<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266706208&clienttype=ivpodalrt>

Ship date:
Fri, 4/17/2020
JORGE GARCIA
Archer Greiner
HADDONFIELD, NJ 08033
US

[Delivery progress bar]
Delivered

Delivery date:
Mon, 4/20/2020 9:13 am
WALL016 LLC
13901 MIDWAY RD SUITE 102

DALLAS, TX 75244
US

Shipment Facts

Our records indicate that the following package has been delivered.

Tracking number:
770266706208<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266706208&clienttype=ivpodalrt>
Status: Delivered: 04/20/2020 09:13 AM Signed for By: S.PATEL
Reference: WAL-347-961

Signed for by: S.PATEL
Delivery location: DALLAS, TX
Delivered to: Receptionist/Front Desk
Service type: FedEx Priority Overnight®
Packaging type: FedEx® Envelope
Number of pieces: 1
Weight: 1.00 lb.
Special handling/Services: Deliver Weekday
No Signature Required
Standard transit: 4/20/2020 by 10:30 am

[ ] Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CDT on 04/20/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy<http://www.fedex.com/us/privacypolicy.html>. All rights reserved.

Thank you for your business.

**Huber, Amy M.**

---

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, April 20, 2020 10:16 AM
**To:** Garcia, Jorge
**Subject:** [EXT MAIL] FedEx Shipment 770266723575 Delivered

[FedEx®]

Your package has been delivered

Tracking #
770266723575<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266723575&clienttype=ivpodalrt>

Ship date:
Fri, 4/17/2020
JORGE GARCIA
Archer Greiner
HADDONFIELD, NJ 08033
US

[Delivery progress bar]
Delivered

Delivery date:
Mon, 4/20/2020 9:13 am
WALL017 LLC
13901 MIDWAY RD SUITE 102

DALLAS, TX 75244
US

Shipment Facts

Our records indicate that the following package has been delivered.

Tracking number:
770266723575<http://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770266723575&clienttype=ivpodalrt>
Status: Delivered: 04/20/2020 09:13 AM Signed for By: S.PATEL
Reference: WAL-347-961

Signed for by: S.PATEL
Delivery location: DALLAS, TX
Delivered to: Receptionist/Front Desk
Service type: FedEx Priority Overnight®
Packaging type: FedEx® Envelope
Number of pieces: 1
Weight: 1.00 lb.
Special handling/Services: Deliver Weekday
No Signature Required
Standard transit: 4/20/2020 by 10:30 am

[ ] Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CDT on 04/20/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy<http://www.fedex.com/us/privacypolicy.html>. All rights reserved.

Thank you for your business.