# Exhibit "B"

PDF Complete
Click Here to upgrade to Unlimited Pages and Expanded Features
Your complimentary use period has ended. Thank you for using PDF Complete.

JUDGE ____ DIV ____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR ADMISSION TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**Instructions**: Type or print your answers. Answer all questions fully. An incomplete response will delay processing your a question does not apply to you, answer "N/A." Where the space provided is insufficient, answer on additional sheets, wi the question. After the oath has been administered to you, take this signed application form and fee immediately to the D Office for processing. If the oath was administered to you in another district, immediately mail the application and fee to the for processing. **Important:** Page 3 is an optional page that is **ONLY** to be used if the judge who will administer the oath district judge for the Northern District of Texas. Discard page 3 if a district judge of this Court will administer the oath to

[X] Mr.
[ ] Ms.
[ ] Mrs.

1. Full Name: Packman (last) Stephen (first) M. (middle) (generation)

2. Name Used in Documents Filed with Court (if different from above): ____

3. Firm/Business Name: Archer & Greiner, P.C.

4. Firm/Business Address: Three Logan Square, 1717 Arch Street, Suite 3500, Philadelphia, PA 19103

5. Telephone: (215) 246-3147 FAX: (215) 963-9999 E-mail: spackman@archerlaw.com

6. List all states (including District of Columbia) in which you have been admitted to practice law by the highest court of that state. Indicate the year admitted, whether you are currently a member in good standing certified to practice law in that state, and any certified areas of specialization. **Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

| State | Year Admitted | Current Standing | Specialization |
|---|---|---|---|
| NJ | 1989 | Good | Litigation |
| PA | 1989 | Good | Litigation |
| NY | 1996 | Good | Litigation |

7. List all federal courts in which you have been admitted to the practice of law. Indicate the year admitted and whether you are currently a member in good standing of the bar and certified to practice law before that court.

| Court | Year Admitted | Current Standing | Specialization |
|---|---|---|---|
| D.N.J. | 1989 | Good | Bankruptcy |
| E.D. Pa. | 1992 | Good | Bankruptcy |
| 3d Cir. | 1992 | Good | Litigation |

*See attached Addendum

8. Provide the name and address of the law school from which you graduated, the date of graduation, and the degree(s) received. If you did not graduate from a law school, please describe your law study in detail.

Temple University Beasley School of Law, 1719 N. Broad Street, Philadelphia, PA 19122; 7/21/1989; Juris Doctor

PDF Complete
Click Here to upgrade to
Unlimited Pages and Expanded Features
Your complimentary use period has ended. Thank you for using PDF Complete.

9. Indicate any grievances or involuntary removals filed against you while a member of the bar of any state or federal co circumstances in detail.

N/A

10. Describe in detail any charges, arrests, or convictions for criminal offense(s) filed against you. Omit minor traffic o

N/A

11. Would you be interested in being appointed to a federal criminal case? ____ Yes X No

Would you be interested in providing pro bono legal services in a civil rights case? ____ Yes X No

12. State Bar Number(s): NJ - 018271989; PA - 57283; NY - N/A

Specify State(s) if Other Than Texas

For Court U
Bar Status V

I hereby certify that all of the above information is true and correct. I recognize that by admission to this Court I am subjecting myself to the discipline of this Court.

5/18/20

Date

Applicant's Original Signature

Sworn and subscribed to before me: KIMBERLY PACKMAN

5/13/20

Date

Seal: Attorney at Law State of New Jersey

Kimberly Packman

Notary Official/Deputy Clerk

Admitted on the motion of the following sponsor who, by signing below, represents that the sponsor is a member in good standing of the bar of the Northern District of Texas and that the sponsor is sufficiently acquainted with the applicant to affirm, and does affirm, that the applicant is of good personal and professional character. *See* LR 83.7(b).

Sponsor's Original Signature

0456610

Bar Number (Specify if Other Than Texas)

Joseph M. Coleman

Printed Name

214.777.4280

Telephone Number

Application Approved **and** Oath Administered by a United States District Judge for the Northern District of Texas: (If the oath will be administered by another Judge, skip this and use page 3.)

Date Oath Administered

United States District Judge
Northern District of Texas

PDF Complete
Click Here to upgrade to Unlimited Pages and Expanded Features
Your complimentary use period has ended. Thank you for using PDF Complete.

## ADDENDUM TO APPLICATION FOR ADMISSION TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEX

| State | Year Admitted | Current Standing | Specialization |
|---|---|---|---|
| E.D.N.Y. | 1997 | Good | Bankruptcy |
| S.D.N.Y. | 1997 | Good | Bankruptcy |
| 2d Cir. | 2000 | Good | Litigation |
| M.D. Pa. | 2002 | Good | Bankruptcy |
| 4th Cir. | 2014 | Good | Litigation |
| D. Colo. | 2019 | Good | Bankruptcy |