# Exhibit B

# Wall007, LLC

May 04, 2017

No_G26733358

Dear Cunxiang Ji:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD 200,000.00 by wire transfer into our account at Capital One Bank on April 11, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall007 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484