**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**CERTIFICATE OF SERVICE**

I, Jorge Garcia, an associate at Archer & Greiner, attorneys for the Petitioning Creditors, hereby certify as follows:

1. That on May 29, 2020, I caused copies of the following documents to be served upon all parties on the attached service list via regular mail:

- *Amended Certificate of Service regarding the Summons to a Debtor in an Involuntary Case*, *Involuntary Petition against a Non-Individual*, and *Standing Scheduling Order Regarding Involuntary Cases*.
- *Amended Certificate of Service regarding the Motion of Petitioning Creditors for Entry of an Order Directing Joint Administration of Related Chapter 7 Cases*, *Motion for Expedited Consideration of the Petitioning Creditors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 7 Cases*, and *Notice of Hearing for Motion for Entry of an Order Directing Joint Administration of Relates Chapter 7 Cases*;
- *The Motion to Waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel*; and

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

- *Petitioning Creditors' Response to Alleged Debtors' Motions to Dismiss and Motions for Other Relief.*

2. The documents were also served on May 29, 2020 upon all parties that are registered to receive electronic service through the court's ECF notice system.

3. I also served the documents on May 29, 2020 at 1:45am ET, upon the Alleged Debtors' counsel directly via email at joyce@joycelindauer.com.

Dated: May 29, 2020

/s/ *Jorge Garcia*

Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*

**SERVICE LIST**

WALL007 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL009 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL010 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244
DALLAS-TX

WALL011 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL012 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL016 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL017 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Joyce W. Lindauer, Esq.
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Ste. 500
Dallas, TX 75202

Hoover Slovacek LLP
c/o Patrick D. Sullivan, Esq.
Galleria Tower II
5051 Westheimer, Ste. 1200
Houston, TX 77056

Robert W. Buchholz, Esq.
The Law Office of Robert W. Buchholz, P.C.
420 S. Cesar Chavez Blvd., Ste. 300
Dallas, TX 75201

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202