# Exhibit "A"

**Garcia, Jorge**

**From:** Packman, Stephen
**Sent:** Thursday, May 28, 2020 1:38 PM
**To:** Garcia, Jorge
**Cc:** Jiangang (James) Ou (jou@nguyen-chen.com)

**From:** Leigh Lyon <Leigh_Lyon@txnd.uscourts.gov>
**Subject: Re: Attorney Admission**
**Date:** March 27, 2020 at 10:04:13 AM CDT
**To:** jou nguyen-chen.com <jou@nguyen-chen.com>
**Cc:** Adam Bourgeois <Adam_Bourgeois@txnd.uscourts.gov>

Yes. I'm checking with BK court and will call you back.

Leigh

On Mar 27, 2020, at 10:02 AM, jou https://urldefense.proofpoint.com/v2/url?u=http-3A__nguyen-2Dchen.com&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=7t_4UEK2Ypsv9XWBvpUgBWZX8op6TJk8m51MxHYjz14&m=xO4P4A6jjHAOpYm3rcqu2gSHEzdifM0FnNZDhUChweg&s=Ytbe2DhZlliHJqyXv4vOp-de0cGjavZxnTJfC3eTkMY&e= <jou@nguyen-chen.com> wrote:

Dear Leigh, I just missed a call from Dallas. Was that you? Can you call me at 713-732-1637 again, thanks!

James

On Mar 27, 2020, at 9:21 AM, Leigh Lyon <Leigh_Lyon@txnd.uscourts.gov> wrote:

Thank you. Adam, I will call you later this morning to discuss.

Leigh

On Mar 27, 2020, at 9:19 AM, jou https://urldefense.proofpoint.com/v2/url?u=http-3A__nguyen-2Dchen.com&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=7t_4UEK2Ypsv9XWBvpUgBWZX8op6TJk8m51MxHYjz14&m=z9ozftGa492zmpuEnQMm2uF_2Q8JZ3dM73hGUfRaFOg&s=X4w9qIbKgyotUzEceV52UG_QMHdftx7n_zMoZ2LbpuE&e= <jou@nguyen-chen.com> wrote:

**Garcia, Jorge**

| | |
|---|---|
| **From:** | Packman, Stephen |
| **Sent:** | Thursday, May 28, 2020 1:36 PM |
| **To:** | Garcia, Jorge |
| **Cc:** | Jiangang (James) Ou (jou@nguyen-chen.com) |

Begin forwarded message:

**From:** Bill Rielly <Bill_Rielly@txnb.uscourts.gov>
**Subject: ECF Registration U.S. Bankruptcy Court Northern District of Texas**
**Date:** March 27, 2020 at 3:16:08 PM CDT
**To:** "jou@nguyen-chen.com" <jou@nguyen-chen.com>

United States Bankruptcy Court

Northern District of Texas

**First/Middle/Last Name: Jiangang Ou**

**Attorney Bar No: 5451133**

**Log in: Jian2811**

**Password: Jian1133**

The user listed above meets all of the requirements to receive a log in and password to the court's Electronic Case Filing System pursuant to General Order No. 2004-06, General Order Regarding Administrative Procedures for Electronic Case Filing.

The log in and password listed above provide access to electronically file documents and upload proposed orders via the Northern District of Texas Bankruptcy ECF system.

If you have any trouble accessing the court's ECF system, or have any questions, please contact the court's help desk at 1-800-442-6850. Thank you for your participation in ECF!

Regards,

ECF Help Desk Staff
Phone: 800-442-6850
Email: ecfhelp@txnb.uscourts.gov