# Exhibit “B”

DTI

**DUCES TECUM, INC.**

713-520-9646

Sorry we missed you!

We have a delivery for Mr. Hongxiang Fu (AKA Michael Fu) - [illegible] Jiang Mrs. Jin Wang - Yijing Wu.

Please give us a call at your earliest convenience to arrange for delivery.

Thank you!