# Exhibit “C”

**JOYCE W. LINDAUER ATTORNEY, PLLC**
Attorney & Mediator
1412 Main Street, Suite 500
Dallas, Texas 75202
Email: joyce@joycelindauer.com
Email: jeff@joycelindauer.com

Telephone No.
(972) 503-4033

Facsimile No.
(972) 503-4034

April 29, 2020

RE: **THE WALL ENTITY BANKRUPTCIES AND STATUS UPDATE**

Counsel:

This letter serves to inform you that this law firm, Joyce W. Lindauer Attorney, PLLC, has been retained by: (i) Wall007, LLC; (ii) Wall009, LLC; (iii) Wall010, LLC; (iv) Wall011, LLC; (v) Wall012, LLC; (vi) Wall016, LLC; (vii) Wall017, LLC; and (viii) Wall018, LLC with respect to the series of involuntary bankruptcies filed in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, by other Chinese co-lenders within the lending group organized and operating through Silverland Financial Ltd. and Platinum Investment Corporation, and Mr. Michael Fu. As counsel for these entities, we intend to seek to dismiss of these cases as improperly filed and filed in bad faith.

It is our understanding that you are a co-lender involved with one or more of these entities. Please be advised that the Borrower your lending group worked with is diligently working to comply with contractual terms and provide payment. However, the bankruptcy filings by other co-lenders is impairing the Borrower’s ability to send payment to you at this time. We ask that you are patient during this difficult period and allow your portion of the pooled loan to be delayed while we work to clear the current obstacles.

You can help the Borrower shorten the duration of this process by joining us in opposing the continuation of the bankruptcy cases. If you wish assist us, please contact our law firm at joyce@joycelindauer.com or jeff@joycelindauer.com, and we will provide you with the necessary documents to join in.

Sincerely,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Attorney & Mediator