# Exhibit "D"

**Garcia, Jorge**

| | |
|---|---|
| **From:** | Packman, Stephen |
| **Sent:** | Monday, June 1, 2020 10:00 PM |
| **To:** | Garcia, Jorge |
| **Cc:** | Jiangang Ou |
| **Subject:** | Fwd: [EXT MAIL] Fw: Re: |
| **Attachments:** | A52E40FE@308EC932.D1B1D55E; ATT00001.htm |

Barton threatens mr fu.

Sent from my iPhone

Begin forwarded message:

**From:** **傅浩**强 <michael@yding.cn>
**Date:** June 1, 2020 at 9:56:44 PM EDT
**To:** "Packman, Stephen" <spackman@archerlaw.com>, jou <jou@nguyen-chen.com>
**Subject: [EXT MAIL] Fw: Re:**

FYI

发自我的iPhone

------------------ Original ------------------

**From:** tbarton <tbarton@jmjdevelopment.com>

**Date:** Mon,Jun 1,2020 5:37 PM

**To:** Joyce Lindauer <joyce@joycelindauer.com>, michael@yding.cn <michael@yding.cn>

**Cc:** Vance McMurry <vance_mcmurry@hotmail.com>, Tim Barton <tbarton@jmjdevelopment.com>, Larry Martin <larrymartin1948@aol.com>, K Walji <k.walji@waljilaw.com>

**Subject:** Fw: Re:

I thought we should include if you do not show there will be sanctions and eventually bench warrent

Sent from my BlackBerry 10 smartphone.

**From:** Joyce Lindauer
**Sent:** Monday, 1 June 2020 5:18 PM
**To:** michael@yding.cn

**Cc:** Vance McMurry; Tim Barton; Larry Martin; K Walji
**Subject:**

Mr. Fu – I am counsel for the Wall entities. We have subpoenaed you for a deposition tomorrow.

If you have any questions or concerns please contact me.

We expect to see you in Houston tomorrow morning. Thank you

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

20:28

Tim Barton

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CE



Contact your lawyer if you do not show tomorow you can have fines from court and if further refuse judge will sign warrent to put you in jail Mr fu start a process now you are part of it and must answer court if you ignore court will order your possible arrest do not run away will only be worse call your lawyer dont listen to fu or anyone call lawyer so you dont make worse for you

按住 说话