Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**RESPONSE TO THE PETITIONING CREDITOR'S EMERGENCY MOTION TO QUASH AND MOTION FOR EXPEDITED CONSIDERATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC and WALL017 LLC, the Alleged Debtors in the above-captioned proceedings (collectively the "Alleged Debtors"), by and through their undersigned counsel, hereby file their *Response* (the "Response") to the *Petitioning Creditor's Emergency Motion To Quash* [D.E 38] (the "Motion to Quash") and *Motion For Expedited Consideration* [D.E. 39] (the "Motion to Expedite"), requesting the Court to deny the Motions before the Court for good cause shown as follows:

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

## I.
## BACKGROUND

1. For good cause and without leave of Court, the Alleged Debtors, on short notice served subpoenas for the purpose of compelling the depositions of persons believed to be leaving the United States and who would be thereafter unavailable.

## II.
## LAW AND ARGUMENT

### a. FED.R.CIV.P. 30(A)(2)(A)(iii) Provides An Exception To Obtaining Leave Of Court For Purposes Of Oral Depositions

2. Pursuant to FRCP 30(A)(2)(A)(iii), leave of court is not required to take a deposition by oral examination when the party "certifies in the notice, with supporting facts, that the deponent is expected to leave the United States and be unavailable for examination in this country after that time".

3. Here, the Alleged Debtors sought to depose Chinese nationals, who on information and belief were believed to be leaving the United States by June 6, 2020.

4. Evinced by Alleged Debtors' counsel's May 27, 2020, Notice Regarding Deposition Subpoenas **[Exhibit A]**, counsel had good cause to believe that within a few short days the intended deponents would be outside of the United States and unavailable to be deposed in the future. Counsel acknowledged the short notice of the depositions. However, in a spirit of cooperation and in an effort to ease any burden on the parties, counsel specifically prefaced his notice as follows:

> *"We acknowledge that these depositions are set on short notice. Upon current information, it is our understanding that one or all of these individuals intends to leave the United States in early June. We are seeking to obtain testimony from them before that can occur. Please*

> *advise if our understanding is incorrect; if you can ensure appearances. We are amicable to amending the subpoenas to later dates".*

5. Counsel for Alleged Debtors made every attempt to confirm if the information that certain intended deponents were leaving the United States was correct. Again, in counsel's June 1, 2020 email counsel sought to accommodate when she stated:

> *"If you can confirm that Mr. Fu and Mr. Jiang are not leaving the country on or about June 6, 2020, we can set the depositions at an agreed time. The place will still be Houston. We acknowledge that this was an unusual situation given their intentions to leave the United State…if you can confirm they are not leaving then we would have more flexibility. I believe your co-counsel may be Mr. Fu's counsel so he should be able to confirm these facts".* **[Exhibits B and C]**

6. Evinced by these communications, the Court should find that the Alleged Debtors did not violate the discovery rules. The Court should further find that the Alleged Debtors sought accommodation and did not engage in witness intimidation, but in fact had a legitimate reason to expedite the deposition of certain witnesses prior to them leaving the United States.

7. Both Mr. Fu and Mr. Jaing were served with Subpeonas on May 28, 2020 and are not represented by counsel in these proceedings.

**b. The Court Should Deny The Petitioning Creditor's Motions For Mootness**

8. Prior to Counsel for the Petitioning Creditors filing his Motions, Counsel for the Alleged Debtors made several attempts by phone and by email to inform opposing counsel that the Alleged Debtors did not intend to go forward with depositions of Yijing Wu and Jin Wang, because they were not properly served. **[See Exhibits D and E]**. The Court should find the issues

raised by Petitioning Creditor's Motions to be moot given the depositions of these persons did not go forward.

9. Moreover, given Counsel for the Petitioning Creditors refusing to respond to emails and oddly insisting now that all communications be done by letter **[see Exhibit F]**, the Court should deny the instant Motions for counsel's failure to confer and attempt in good faith to resolve the matters without court intervention.

**c. Counsel Moves To Quash Subpoenas For Third Parties He Does Not Represent**

10. Because Counsel for the Petitioning Creditors is not counsel for third parties, Haibo Jiang and Michael Fu **[Exhibit G]**, counsel has no interest or standing to move the Court to quash the subpoenas as to these persons.

11. For this reason, the Motion should be denied.

**d. Petitioning Creditors' Abuse of the Notice Requirements**

12. The Notice of Hearing [D.E. 40] **[Exhibit H]** filed by Counsel for the Petitioning Creditors, improperly imposed an abjection deadline of 4:00 p.m. June 2, 2020, for Alleged Debtors to respond to the instant motions. Neither the Court nor the rules imposed any such deadline. By counsel's arbitrary setting of the response deadline, the Alleged Debtors were greatly prejudiced by having to forgo other requirements and rush the filing of this response.

**e. <u>Request for Sanctions</u>**

13. There is no basis for sanctions in this case. Counsel for the Alleged Debtors tried to accommodate the Petitioning Creditors' counsel and had difficulty getting responses as evidenced by the emails produced in this Objection. Further Counsel left voicemail messages that were not responded to as well.

14. Mr. Barton had reason to send the email he sent to Mr. Fu. See the Declaration of Tom Barton **[Exhibit I].**

WHEREFORE, PREMISES CONSIDERED, the Alleged Debtors pray for an order denying the relief requested in the instant Motions, and grant such other and further relief to which the Alleged Debtors may show themselves entitled at law or in equity.

Dated: June 2, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 2, 2020, a true and correct copy of the foregoing document was served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

**JOYCE W. LINDAUER ATTORNEY, PLLC**
Attorney & Mediator
1412 Main Street, Suite 500
Dallas, Texas 75202
Email: joyce@joycelindauer.com
Email: jeff@joycelindauer.com

Telephone No.
(972) 503-4033

Facsimile No.
(972) 503-4034

May 27, 2020

**VIA EMAIL SERVICE**

Stephen M. Packman
**Archer & Greiner, P.C.**
Three Logan Square
1717 Arch St., Ste. 3500
Philadelphia, PA 19103
Tel: (215) 246-3147
Email: spackman@archerlaw.com

Jiangang Ou
**Nguyen & Chen, LLP**
11200 Westheimer, Ste. 120
Houston, Texas 77042
Tel: (832)-767-0339
Email: jou@nguyen-chen.com.

RE: **NOTICE REGARDING DEPOSITION SUBPOENAS**
**WALL007 LLC, *et al.* / Case No. 20-31131-hdh7 (jointly administered)**

Counsel:

Please be advised that the four enclosed Subpoenas to Testify at a Deposition – directed at (i) Haibo Jiang; (ii) Haoqiang Fu a/k/a Michael Fu; (iii) Yijing Wu; and (iv) Jin Wang – have been issued and provided to process servers. We acknowledge that these depositions are set on short notice. Upon current information, it is our understanding that one or all of these individuals intends to leave the United States in early June. We are seeking to obtain testimony from them before that can occur. Please advise if our understanding is incorrect; if you can ensure appearances, we are amicable to amending the subpoenas to later dates.

Please also be advised that we anticipate noticing additional depositions of other key persons including several of the petitioning creditors. We would like to coordinate this discovery with you.

Please do not hesitate to contact me with any questions or to discuss these matters.

Sincerely,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Attorney & Mediator

EXHIBIT
tabbies
A

**Joyce Lindauer**

| | |
|---|---|
| **From:** | Joyce Lindauer |
| **Sent:** | Monday, June 1, 2020 2:31 PM |
| **To:** | Garcia, Jorge |
| **Cc:** | Packman, Stephen; jou nguyen-chen.com; Vance McMurry; Larry Martin; Tim Barton; Khudabuksh K. Walji Esq. |
| **Subject:** | RE: WALL007 LLC, et al. - First Set of Interrogatories and RPD; Letter re: Subpoenas |

If you can confirm that Mr. Fu and Mr. Jiang are not leaving the country on or about June 6, 2020 we can set the depositions at an agreed time. The place will still be Houston. We acknowledged that this was an unusual situation given their intentions to leave the United States. We will consider moving these depositions to later this week to accommodate the short notice today so let us know what date and time later this week will work for you. If you can confirm they are not leaving then we would have more flexibility. I believe your co-counsel may be Mr. Fu's counsel so he should be able to confirm these facts.

---

**From:** Garcia, Jorge <jgarcia@archerlaw.com>
**Sent:** Monday, June 1, 2020 2:21 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Packman, Stephen <spackman@archerlaw.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject:** WALL007 LLC, et al. - First Set of Interrogatories and RPD; Letter re: Subpoenas

Ms. Lindauer,

Attached are the Petitioning Creditors' First Set of Interrogatories and First Request for Production of Documents. I have also attached a letter objecting to the subpoenas.

Thanks,
Jorge

**Jorge Garcia, Esq.**

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3102
jgarcia@archerlaw.com
www.archerlaw.com

tabbies EXHIBIT B

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Joyce Lindauer**

| | |
|---|---|
| **From:** | Joyce Lindauer |
| **Sent:** | Monday, June 1, 2020 2:54 PM |
| **To:** | Garcia, Jorge |
| **Cc:** | Packman, Stephen; jou nguyen-chen.com |
| **Subject:** | RE: WALL007 LLC, et al. - First Set of Interrogatories and RPD; Letter re: Subpoenas |

I tried to call Mr. Garcia

**From:** Garcia, Jorge <jgarcia@archerlaw.com>
**Sent:** Monday, June 1, 2020 2:21 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Packman, Stephen <spackman@archerlaw.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject:** WALL007 LLC, et al. - First Set of Interrogatories and RPD; Letter re: Subpoenas

Ms. Lindauer,

Attached are the Petitioning Creditors' First Set of Interrogatories and First Request for Production of Documents. I have also attached a letter objecting to the subpoenas.

Thanks,
Jorge

**Jorge Garcia, Esq.**

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3102
jgarcia@archerlaw.com
www.archerlaw.com

EXHIBIT
tabbies
C

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Joyce Lindauer**

| | |
|---|---|
| **From:** | Joyce Lindauer |
| **Sent:** | Tuesday, June 2, 2020 6:40 AM |
| **To:** | Garcia, Jorge |
| **Subject:** | Re: WALL007 LLC - Motion to Quash and Motion for Expedited Consideration |

We are not going forward with Wu and Wang as I told you they were never served. You also never returned my call and did not respond to my emails. I think you should have advised the court of same. We are prepared to attend any hearing the court will set on your motion.

Sent from my iPhone

On Jun 2, 2020, at 1:50 AM, Garcia, Jorge <jgarcia@archerlaw.com> wrote:

Ms. Lindauer and Ms. Lambert,

Attached are the two motions filed by Petitioning Creditors this morning in the WALL007 LLC, et al. bankruptcy.

Ms. Lindauer--We strongly suggest you do not proceed with any depositions on June 2, 2020 until the Court considers our Motions and sets a hearing thereon. Please be guided accordingly.

Thanks,
Jorge

**Jorge Garcia, Esq.**

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3102
jgarcia@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

<Motion to Quash (FILED COPY).pdf>
<Motion for Expedited Consideration of Motion to Quash (FILED COPY).pdf>

EXHIBIT
tabbies
D

**Joyce Lindauer**

| | |
|---|---|
| **From:** | Joyce Lindauer |
| **Sent:** | Tuesday, June 2, 2020 7:05 AM |
| **To:** | Garcia, Jorge |
| **Cc:** | Lambert, Lisa (USTP); Packman, Stephen; jou nguyen-chen.com |
| **Subject:** | Re: WALL007 LLC - Motion to Quash and Motion for Expedited Consideration |

Please acknowledge you received my email advising you the depositions of Wu and Wang are not even scheduled today as they were never properly served. You were so advised yesterday. And now again today. We are amenable to a scheduling order but you never responded to me yesterday.

Sent from my iPhone

On Jun 2, 2020, at 1:50 AM, Garcia, Jorge <jgarcia@archerlaw.com> wrote:

Ms. Lindauer and Ms. Lambert,

Attached are the two motions filed by Petitioning Creditors this morning in the WALL007 LLC, et al. bankruptcy.

Ms. Lindauer--We strongly suggest you do not proceed with any depositions on June 2, 2020 until the Court considers our Motions and sets a hearing thereon. Please be guided accordingly.

Thanks,
Jorge

**Jorge Garcia, Esq.**

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3102
jgarcia@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

<Motion to Quash (FILED COPY).pdf>
<Motion for Expedited Consideration of Motion to Quash (FILED COPY).pdf>

EXHIBIT
tabbles
E

**Joyce Lindauer**

---

**From:** Joyce Lindauer
**Sent:** Tuesday, May 12, 2020 4:54 PM
**To:** Packman, Stephen
**Cc:** Jeff Veteto; Vance McMurry
**Subject:** RE: [EXT MAIL] RE: Draft Joint Stipulation-Wall

If you mailed it no one got it - so you can reflect that no one received it unless you have certified mail receipts I believe the conversation I included was accurate that was the discussion it is in my section of the report
I have not been provided an accountings

-----Original Message-----
From: Packman, Stephen <spackman@archerlaw.com>
Sent: Tuesday, May 12, 2020 4:51 PM
To: Joyce Lindauer <joyce@joycelindauer.com>
Subject: RE: [EXT MAIL] RE: Draft Joint Stipulation-Wall

Joyce:

Attached is the COS for the Motion for Joint Administration. I am taking your assertion that the Alleged Debtors were not served out of the procedural history as it is untrue. Further, your complete mischaracterization of our conversation is unprofessional and not appreciated. All future communications between us will be in writing unless you agree to take that paragraph out.

By the way, we are still waiting for your clients' accounting as to the use of the loan proceeds.

Thanks.

-----Original Message-----
From: Joyce Lindauer [mailto:joyce@joycelindauer.com]
Sent: Tuesday, May 12, 2020 5:13 PM
To: Packman, Stephen <spackman@archerlaw.com>
Subject: FW: [EXT MAIL] RE: Draft Joint Stipulation-Wall

Here is the redlined version and a clean version
Thank you

PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033

EXHIBIT
F

**Joyce Lindauer**

**From:** Joyce Lindauer
**Sent:** Monday, June 1, 2020 4:38 PM
**To:** Garcia, Jorge; Khudabuksh K. Walji Esq.; Vance McMurry
**Cc:** Packman, Stephen; jou nguyen-chen.com; Tim Barton; Larry Martin
**Subject:** RE: WALL007 LLC, et al. - First Set of Interrogatories and RPD; Letter re: Subpoenas

Mr. Garcia and Mr. Packman we intend to go forward in the morning.
Since you are not Mr. Fu's or Mr. Jaing's attorneys we intend to go forward.
Again we have offered you appearance by Zoom or another date but have
Received no response. Thank you

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039

EXHIBIT
tabbies
G

**From:** Garcia, Jorge <jgarcia@archerlaw.com>
**Sent:** Monday, June 1, 2020 2:21 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Packman, Stephen <spackman@archerlaw.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject:** WALL007 LLC, et al. - First Set of Interrogatories and RPD; Letter re: Subpoenas

Ms. Lindauer,

Attached are the Petitioning Creditors' First Set of Interrogatories and First Request for Production of Documents. I have also attached a letter objecting to the subpoenas.

Thanks,
Jorge

**Jorge Garcia, Esq.**

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3102
jgarcia@archerlaw.com
www.archerlaw.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**NOTICE OF HEARING FOR THE PETITIONING CREDITORS' EMERGENCY MOTION (I) TO QUASH OR MODIFY THE ALLEGED DEBTORS' RULE 45 SUBPOENAS UPON PETITIONING CREDITORS, JIN WANG AND YIJING WU AND THIRD PARTIES; (II) FOR AN ORDER SCHEDULING A DISCOVERY CONFERENCE AND SETTING A DISCOVERY SCHEDULE; (III) REQUIRING THE ALLEGED DEBTORS TO ABIDE BY THE DISCOVERY ORDER AND ADJOURN DEPOSITIONS OF THIRD PARTY WITNESSES AND (IV) FOR SANCTIONS AGAINST COUNSEL FOR THE ALLEGED DEBTORS AND TIMOTHY BARTON FOR VIOLATIONS OF DISCOVERY RULES AND WITNESS INTIMIDATION**

PLEASE TAKE NOTICE that Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan,

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors sat this time.

EXHIBIT
tabbies
H

Chao Xu, Guoqin Zhou, Yijing Wu, (collectively, the "Petitioning Creditors"), by and through their undersigned counsel, have filed *The Petitioning Creditors' Emergency Motion (I) To Quash Or Modify The Alleged Debtors' Rule 45 Subpoenas Upon Petitioning Creditors, Jin Wang And Yijing Wu And Third Parties; (II) For An Order Scheduling A Discovery Conference And Setting A Discovery Schedule; (III) Requiring The Alleged Debtors To Abide By The Discovery Order And Adjourn Depositions Of Third Party Witnesses And (IV) For Sanctions Against Counsel For The Alleged Debtors And Timothy Barton For Violations Of Discovery Rules And Witness Intimidation* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX, 75242 (the "Bankruptcy Court"), on or before **June 2, 2020 by 4:00 p.m. Prevailing Central Time** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **June 3, 2020 at 09:00 a.m. Prevailing Central Time** before the Honorable Judge Harlin D. Hale, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX, 75242. **THE HEARING WILL TAKE PLACE VIA WEBEX. THE WEBEX HEARING LINK WILL BE POSTED TO JUDGE HALE'S WEB PAGE PRIOR TO THE HEARING AND ACCESSIBLE HERE: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates. PARTIES ARE INSTRUCTED TO REVIEW THE WEBEX INFORMATION AND TIPS PRIOR TO THE HEARING. THE INSTRUCTIONS ARE ALSO ATTACHED HERETO AS EXHIBIT A.**

Dated: June 2, 2020

/s/ Jiangang Ou
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC,** ***et al.***[1]**,** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**DECLARATION OF TIMOTHY BARTON**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

1. "My name is Timothy Barton. I am an Officer and Representative of the Managing Member of the Alleged Debtors, and make this Declaration in support of the *Alleged Debtors' Objection to the Petitioning Creditors' Emergency Motion (I) to Quash or Modify the Alleged Debtors' Rule 45 Subpoenas Upon Petitioning Creditors, Jin Wang and Yijing Wu, and Third Parties; (II) for an Order Scheduling a Discovery Conference and Setting a Discovery Schedule; (III) Requiring the Alleged Debtors to Abide by the Discovery Order and Adjourn Depositions of Third Party Witnesses and (IV) for Sanctions Against Counsel for the Alleged Debtors and Timothy Barton for Violations of Discovery Rules and Witness Intimidation* (the "Objection") filed by the Alleged Debtors.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

EXHIBIT
I

2. I sent a wechat message to Haibo Jiang after being advised that Haoqiang Fu a/k/a Michael Fu and Haibo Jiang wanted payment of $5,000,000 or the property to dismiss the involuntary cases.

3. I declare under penalty of perjury that the statements contained herein and in the Objection are within my personal knowledge and are true and correct.

Executed this 2 day of June, 2020.

Timothy Barton
Officer and Representative of the
Managing Member of the Alleged Debtors