CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 4, 2020**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**ORDER GRANTING, IN PART, THE PETITIONING CREDITORS' EMERGENCY MOTION (I) TO QUASH OR MODIFY THE ALLEGED DEBTORS' RULE 45 SUBPOENAS UPON PETITIONING CREDITORS, JIN WANG AND YIJING WU AND THIRD PARTIES; (II) FOR AN ORDER SCHEDULING A DISCOVERY CONFERENCE AND SETTING A DISCOVERY SCHEDULE; (III) REQUIRING THE ALLEGED DEBTORS TO ABIDE BY THE DISCOVERY ORDER AND ADJOURN DEPOSITIONS OF THIRD PARTY WITNESSES AND (IV) FOR SANCTIONS AGAINST COUNSEL FOR THE ALLEGED DEBTORS AND TIMOTHY BARTON FOR VIOLATIONS OF DISCOVERY RULES AND WITNESS INTIMIDATION**

Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu,

---

[1]The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors sat this time.

Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu, (collectively, the "Petitioning Creditors") filed *The Petitioning Creditors' Emergency Motion (I) To Quash Or Modify The Alleged Debtors' Rule 45 Subpoenas Upon Petitioning Creditors, Jin Wang And Yijing Wu And Third Parties; (II) For An Order Scheduling A Discovery Conference And Setting A Discovery Schedule; (III) Requiring The Alleged Debtors To Abide By The Discovery Order And Adjourn Depositions Of Third Party Witnesses And (IV) For Sanctions Against Counsel For The Alleged Debtors And Timothy Barton For Violations Of Discovery Rules And Witness Intimidation* [Docket No. 38] (the "Motion to Quash"); and the Court having jurisdiction to consider the Motion to Quash and having considered the arguments of counsel at a hearing conducted on June 3, 2020:

IT IS HEREBY ORDERED THAT

1. The Motion to Quash is GRANTED, IN PART.

2. Counsel for the Petitioning Creditors shall submit the last draft version of the parties' Joint Discovery Plan ("Plan") to the Court for consideration.

3. The third-party Rule 45 Subpoena's ("Third-Party Subpoenas") served by the Alleged Debtors upon third-parties, Haibo Jiang and Haoqiang Fu a/k/a Michael Fu ("Third-Parties") are still in full force and affect and the Third-Parties have not been released from such

subpoenas. Such Third-Party Subpeonas are hereby modified, per the Court's ruling, such that they shall be held in abeyance for two weeks and until June 17, 2020 after which time they may be reset.

4. Co-Counsel for the Petitioning Creditors shall use their best efforts to assist the Alleged Debtors' counsel in facilitating the appearances of Mr. Fu and Mr. Jiang for depositions, subject to provisions of this Order and the Joint Discovery Plan.

5. The Rule 45 Subpoenas relative to Petitioning Creditors ("Party Subpoenas") are hereby quashed without prejudice to any right which the Alleged Debtors may have to conduct such depositions, or any objection the Petitioning Creditors may raise, under the Joint Discovery Plan once it is approved by the Court and counsel for the Petitioning Creditors shall cooperate in making such persons available for deposition.

6. Mr. Timothy Barton shall have no further contact with the Petitioning Creditors and all communications shall be through the Alleged Debtors counsel to the Petitioning Creditors' counsel.

7. The Parties and their counsel shall cooperate to the fullest extent possible prior to bringing further discovery disputes before the Court and will file a certification under Local Rule 7007-1(b) prior to filing any pleadings with the Court regarding discovery disputes.

8. The Petitioning Creditor's request for sanctions is hereby denied.

# # # End of Order # # #

Submitted by:

Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120. Houston, TX 77042
(832) 767-0339 | Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500. Philadelphia, PA 19103
(215)246-3147 | Email: spackman@archerlaw.com

*Co-Counsel for the Petitioning Creditors*

218649715v4