# EXHIBIT "A"

# Wall007, LLC

May 04, 2017

No_G26733358

Dear Cunxiang Ji:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD 200,000.00 by wire transfer into our account at Capital One Bank on April 11, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall007 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall007, LLC

May 04, 2017

No_E72440477

Dear Wang Jin:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD 60,000.00 by wire transfer into our account at Capital One Bank on April 18, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall007 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall007, LLC

May 04, 2017

No_E80147802

Dear Jun Li:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD 2,000,000.00 by wire transfer into our account at Capital One Bank on April 14, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall007 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall007, LLC

May 04, 2017

No_G42638576

Dear Tian Kai:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on April 18, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall007 LLC

# Wall007, LLC

May 04, 2017

No_E13211404

Dear Zhou Lin:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on April 18, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall007 LLC

# Wall007, LLC

May 04, 2017

No_E90833751

Dear Peng Guo:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on April 17, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall007 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall007, LLC

May 04, 2017

No_E89280825

Dear Vice President Chen Qu:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on April 18, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall007 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall007, LLC

May 4, 2017

No_G54255758

Dear Yunding Kang:

This letter will serve as confirmation by Wall 007 that we have received the amount of USD300,000.00 by wire transfer into our account at Capital One Bank on April 14, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall 007

By: Timothy Barton

President of Carnegie Development LLLC

The Managing Member of Wall007 LLC

13901 Midway Road, Suite 102
Dallas, TX 75224
(PH) 972-385-9934 (Fax) 972-241-4484