**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31131 (HDH) |

**<u>DECLARATION OF JORGE GARCIA, ESQUIRE</u>**

1. I, Jorge Garcia, an associate at Archer & Greiner, P.C., attorneys for the Petitioning Creditors, hereby declare as follows:

2. Attached hereto as Exhibit "A" are true and correct copies of WALL009 LLC's acknowledgements of receipt of loan proceeds from the following Petitioning Creditors:

(a) Chenchen Jiang;

(b) Heng Zhang;

(c) Hong Guo;

(d) Lin Zhou;

(e) Mai Ye;

(f) Pei Guan;

(g) Qiuying Li;

(h) Ruinian Wu;

(i) Weijia Kong;

(j) Gong Xuegeng;

(k) Yijing Wu; and

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

(l) Yu Xu.

3. I declare under penalty of perjury, that the foregoing is true and correct.

Dated: June 4, 2020

/s/ *Jorge Garcia*
Jorge Garcia, Esquire
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3102
Email: jgarcia@archerlaw.com

*Counsel for the Petitioning Creditors*

**SERVICE LIST**

WALL007 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL009 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL010 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244
DALLAS-TX

WALL011 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL012 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL016 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

WALL017 LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Joyce W. Lindauer, Esq.
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Ste. 500
Dallas, TX 75202

Hoover Slovacek LLP
c/o Patrick D. Sullivan, Esq.
Galleria Tower II
5051 Westheimer, Ste. 1200
Houston, TX 77056

Robert W. Buchholz, Esq.
The Law Office of Robert W. Buchholz, P.C.
420 S. Cesar Chavez Blvd., Ste. 300
Dallas, TX 75201

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202