# EXHIBIT "A"

# Wall009, LLC

June 30, 2017

Jiang Chenchen
Passport No G47916008
3395 Michelson Dr. Apt. 4460
Irvine, CA 92612

Dear Jiang Chenchen:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 29, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Zhang Heng
Passport No G44750509
Rm 503, Building 10, Yichengmingyuan, BDA
Daxing District, Beijing 100176

Dear Zhang Heng:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Guo Hong
Passport No G38054256
Room 6-902, No.500, Gubei Central Garden, South Yili Rd.
Changning District, Shanghai, China

Dear Guo Hong:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 29, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Zhou Lin
Passport No E13211404
Room 1-406, No.1058, Lianhua Road
Shanghai , China

Dear Zhou Lin:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on June 23, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 14, 2017

Ye Mai
Passport No G48953534

Dear Ye Mai:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 08, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC

# Wall009, LLC

June 28, 2017

Guan Pei
Passport No G27500096
#6101 Building 1, No.36 Zengguang Road
Beijing, China

Dear Guan Pei:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 26, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall009, LLC

June 30, 2017

Li Qiuying
Passport No G39643292
Room 703, No.101 Xidajie, Xuanwumen
Xicheng District, Beijing, China

Dear Li Qiuying:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...
By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 28, 2017

Wu Ruinian
Passport No E77502901
5-2-401, Xisihuan
Meiliyuan, Beijing, China

Dear Cai Xuezhen:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 06, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall009, LLC

June 30, 2017

Kong Weijia
Passport No G43015013
Room 615, Building No.28, West Area, Guanyingyuan
Xicheng District, Beijing, China

Dear Kong Weijia:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 150,000.00 by wire transfer into our account at Capital One Bank on June 27, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall009, LLC

June 30, 2017

Gong Xuegeng
Passport No E01308176
Rm 1801, Building C, Shengshijiayuan, No.98 Jianguo Rd.
Chaoyang District, Beijing, China

Dear Gong Xuegeng:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Wu Yijing
Passport No G45202760
4-4-1403, Huafangyicheng, No.29 Qingnian Rd
Chaoyang Dist., Beijing, China

Dear Wu Yijing:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 400,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 27, 2017

Xu Yue
Passport No G51025650
Rm 1801, Building C
Shengshijiayuan, No.98 Jianguo Rd.
Chaoyang District, Beijing, China

Dear Xu Yue:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 20, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC