# EXHIBIT "A"

DocuSign Envelope ID: 3183C22D-6739-4FBE-B7A4-D78082169313

# Wall010, LLC

March 7, 2018

Ji Lan
Passport No E75552449
Room 202, Building No.1, Block A 13 Guangwaichezhan St.East,
Xicheng District, Beijing,China
13811087680@163.com
(86)13811087680

Dear Ji Lan:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 30,000.00 by wire transfer into our account at Wells Fargo Bank on December 05, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Timothy Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

DocuSign Envelope ID: 0525CAAA-D7B7-4C4A-BD20-E0512A90987A


# Wall010, LLC

November 3, 2017

Yang Liying
Passport No E47091811
7-4-701 Wulin Garden, No 112 Tianmushan Rd
Xihu District, Hangzhou, China
54658392@qq.com
(86) 13858141704

Dear Yang Liying:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 300,000.00 by wire transfer into our account at Capital One Bank on October 30, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

# Wall010, LLC

November 1, 2017

Wenjun Wang
Passport No G42129091
Room 2401,Unit 2,Building 3,Yu Cai Rd,
Kuang District, Yangquan, Shanxi, China
13935310518@139.com
(86) 13935310518

Dear Wenjun Wang:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on October 27, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

# Wall010, LLC

September 14, 2017

Zhang Yan
Passport No EA4010363
727# Yan Chang Rd, Jingan District
Shanghai, China
zhangyancaoxi@126.com
(86) 13816767843

Dear Zhang Yan:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Capital One Bank on September 08, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC