# EXHIBIT "A"

# Wall011, LLC

February 7, 2018

Ji Cunxiang
Passport No G26733388
Room 1-114, No.5, Cuiweidongli,
Haiding District, Beijing, China
wubohxs@163.com
(86)13311209871

Dear Ji Cunxiang

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on February 06, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 1, 2018

Jiang Li
Passport No EA3681029
1-5-401 ， North dormitory, Haidian Health Bureau,
Qinghe 3rd Street, Haidian District, Beijing,China
kwj80@163.com
(86)13611224740

Dear Jiang Li:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 150,000.00 by wire transfer into our account at Capital One Bank on January 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 1, 2018

GAO LIN
Passport No E73962401
A-102,Chunshen Chuangyi Yuan, No 228 Meifu Road,
Minhang District, Shanghai, China
gao_lin@vip.163.com
(86)13816800602

Dear GAO LIN:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on January 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

March 7, 2018

Li Lin
ID: 130123198108067510
Room 4-1-302, Section 6, Shijicheng Yuandayuan, Yuanda Rd.,
Haidian District, Beijing, China
17145575@qq.com
(86)18033699135

Dear Li Lin:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Wells Fargo Bank on February 26, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Timothy Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 7, 2018

Qin Qiao
Passport No EB1116049
1-202,No 12 Yiyuanjv,No 4 Cuiwei Road,
Haidian District,Beijing, China
jonson-yu@163.com
(86)18611035500

Dear Qin Qiao

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on February 06, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 28, 2018

Ding Rufeng
Passport No E01344929
Room 306, South Building Haiyue Mingmen,
No 38 North Zaoying Lane,Maizidian
lucy_ding1021@yahoo.com
(86) 18901367110

Dear Ding Rufeng:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 125,000.00 by wire transfer into our account at Capital One Bank on February 07, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

January 4, 2018

Song Tianqing
Passport No E44219169
12-204,Zhongding Shanzhuang, No 299 Zhongshanmen Street,
Nanjing, Jiangsu, China
Stq2898@163.com
(86) 18913986558

Dear Song Tianqing:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Capital One Bank on January 3, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 28, 2018

Hao Xiaodong
ID: 14242119840617352X
Room302,Unit 3,Building 10,Shuangqiao Railway Community,
Chaoyang District,Beijing,China
chunchundongdong@126.com
(86)15810161651

Dear Hao Xiaodong:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on February 09, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

January 24, 2018

Zhou Ying
Passport No E22337540
15-3,Rongjin Yuan,Taoyuan Town,Shenjiadian Community,
Xianlin Subdistrict,Yuhang District,Hangzhou,China
zhouyingxiehe2008@163.com
(86)13858041758

Dear Zhou Ying:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 400,000.00 by wire transfer into our account at Capital One Bank on January 22, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 1, 2018

Zhang Yue
Passport No E24004107
Room 1-304, Building No.9, Tianzhaojiayuan,
No.41 Xizhimen N street, Haidian District, Beijing
450177716@qq.com
(86)13901086803

Dear Zhang Yue

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on January 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC