# EXHIBIT "A"

# Wall012, LLC

June 1, 2018

Yan Feng
Passport Number: E88861852
54#, No.219 Gaomuqiao Road., Pudong District,
Shanghai, China
yan.windy@163.com
(86) 18502159855

Dear Yan Feng:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 150,000.00 by wire transfer into our account at Chase Bank on May 31, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

July 3, 2018

Chen Jiancheng
ID Number: 320503196206031012
Building 68,Tianzhu Jiayuan,Pinghe Road,Suzhou, China
775060960@qq.com
(86) 18915538022

Dear Chen Jiancheng:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Wells Fargo Bank on June 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall012, LLC

June 28, 2018

Wu Jinzhe
Passport Number: EA2307256
APT.4-2-2702 TIANLINYUAN, GULOU WEST STREET,
NANKAI DISTRCT, TIANJIN, CHINA
wujinzhewjz@163.com
(86) 13920052666

Dear Wu Jinzhe:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on June 27, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

May 7, 2018

Mao Kangying
Passport Number: E08644351
11-2702，Langqin Yuan, South Shoupakou Street,
Xicheng District, Beijing, China
13581926119@139.com
(86) 13611344765

Dear Mao Kangying:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on May 3, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall012, LLC

June 1, 2018

Jiang Li
Passport Number: EA3681029
1-5-401 , North dormitory, Haidian Health Bureau,
Qinghe 3rd Street, Haidian District, Beijing, China
kwj80@163.com
(86) 13611224740

Dear Jiang Li:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 500,000.00 by wire transfer into our account at Chase Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

July 24, 2018

Jiang Ou
Passport Number: E90471226
B-2508,Huarun Dasha,No 1366,Qianjiang Rd,Jianggan District,
Hangzhou, China
wxjo@163.com
(86) 18605712577

Dear Jiang Ou:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on July 23, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall012, LLC

July 3, 2018

Dong Pengfei
Passport Number: G55890228
Rm801,No53,Lane1859,Sanquan Rd,Baoshan District,
Shanghai, China
chris_dong0919@hotmail.com
(86) 15800977879

Dear Dong Pengfei:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on June 28, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

July 24, 2018

Li Wanwan
ID Number: 320922198908143326
Rm 501,Unit 1,Building 32,Xixi Zhixing,Wuchang Jiedao,
Yuhang District, Hangzhou,Zhejiang, China
13750824665@163.com
(86) 13750824665

Dear Li Wanwan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Chase Bank on July 23, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

July 18, 2018

Wang Weisi
Passport Number: E28051645
Room103, Unit 1, Building 7, Yunti Hutong,
Xicheng District, Beijing, China
wangweisi@126.com
(86) 13641236437

Dear Wang Weisi:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 500,000.00 by wire transfer into our account at Chase Bank on July 11, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 6, 2018

Yin Wenjuan
Passport Number: E73981743
Room1501,Unit 12,Yulan Gongguan,North Rongchuang Daning,
Shanghai, China
yinwj@live.cn
(86) 13816500713

Dear Yin Wenjuan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Chase Bank on June 1, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 28, 2018

Dai Xiaoquan
Passport Number: E42745514
12-508,Meixing Yuan,Shang Meilin,Futian District,
Shenzhen, China
daixiaoquan@yahoo.com
(86) 13502800631

Dear Dai Xiaoquan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on June 25, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall012, LLC

June 1, 2018

Liu Yadan
Passport Number: G44599134
Room2008,Building10,Cuiwei Xili,Wanshou Road,
Haidian District,Beijing, China
liuyadan2009@163.com
(86) 13901316694

Dear Liu Yadan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 1, 2018

Zhang Ying
Passport Number: E45741507
1-6-501,No 9,Fangyuan Nanli,Chaoyang District,
Beijing, China
judy7835@hotmail.com
(86) 13601011962

Dear Zhang Ying:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC