**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**DECLARATION OF JORGE GARCIA, ESQUIRE**

1. I, Jorge Garcia, an associate at Archer & Greiner, P.C., attorneys for the Petitioning Creditors, hereby declare as follows:

2. Attached hereto as Exhibit "A" are true and correct copies of WALL016 LLC's acknowledgements of receipt of loan proceeds from the following Petitioning Creditors:

(a) Di Tang;

(b) Jingqiu Tang;

(c) Jun Wang;

(d) Jun Zeng;

(e) Kui Wang;

(f) Li Jiang (2 acknowledgements);

(g) Pei Guan;

(h) Qin Chu (2 acknowledgements);

(i) Sicheng Zhan;

(j) Wu Yijing;

(k) Yue Zhang; and

---

1 The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

(l) Yulan Chen.

3. I declare under penalty of perjury, that the foregoing is true and correct.

Dated: June 4, 2020

/s/ *Jorge Garcia*
Jorge Garcia, Esquire
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3102
Email: jgarcia@archerlaw.com

*Counsel for the Petitioning Creditors*