# EXHIBIT "A"

# Wall016, LLC

October 3, 2018

Tang Di
Passport Number: ED8190323
F05-05C, Fenglin Lvzhou,Datun Rd,
Chaoyang District, Beijing, China
tangdi98@gmail.com
(86) 13901032830

Dear Tang Di:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on September 27, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall016, LLC

October 3, 2018

Tang Jinqiu
Passport Number: G42882925
4-1804,Ronghui Jiangshan, No 289 West Yangqiao Rd,
Fuzhou, Fujian, China
417177286@qq.com
(86) 13705953815

Dear Tang Jinqiu:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on October 02, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

DocuSign Envelope ID: 6B61312C-1CE7-44A9-B117-6328F669D031

# Wall016, LLC

November 7, 2018

Wang Jun
Passport Number: G20956333
Rm 1602, No.38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China
1508225788@qq.com
(86) 15210393532

Dear Wang Jun:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Chase Bank on November 6, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

# Wall016, LLC

August 6, 2018

Zeng Jun
Passport Number: E21730486
Room 232, No.21 Er Wei Rd., Shen He District,
Shenyang City, Liao Ning Province, China
zjun2@126.com
(86) 13704272071

Dear Zeng Jun:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Wells Fargo Bank on August 2, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

# Wall016, LLC

August 24, 2018

Wang Kui
Passport Number: G35722445
Rm 1103, No.18, Baiwanzhuang Rd., Xicheng District,
Beijing, China
wangkuicn@126.com
(86) 13801131738

Dear Wang Kui:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on August 17, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall016, LLC

September 4, 2018

Jiang Li
Passport Number: EA3681029
1-5-401，North dormitory, Haidian Health Bureau,
Qinghe 3rd Street, Haidian District, Beijing, China
kwj80@163.com
(86) 13611224740

Dear Jiang Li:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on August 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall016, LLC

September 5, 2018

Jiang Li
Passport Number: EA3681029
1-5-401 , North dormitory, Haidian Health Bureau,
Qinghe 3rd Street, Haidian District, Beijing, China
kwj80@163.com
(86) 13611224740

Dear Jiang Li:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on September 4, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall016, LLC

July 30, 2018

Guan Pei
Passport Number: G27500096
#6101 Building 1, No.36 Zengguang Road,
Beijing, China
2875823@qq.com
(86) 13671039097

Dear Guan Pei:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on July 26, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

# Wall016, LLC

September 17, 2018

Chu Qin
Passport Number: G35777596
No.13 Plant Building,No 8 Hangdu Rd,Damaiwan Industrial District,
Hangtou Town,Pudong New Area,Shanghai, China
gracechu@evan.com.cn
(86) 13917538546

Dear Chu Qin:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on September 14, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall016, LLC

October 4, 2018

Chu Qin
Passport Number: G35777596
No.13 Plant Building, No 8 Hangdu Rd, Damaiwan Industrial District,
Hangtou Town, Pudong New Area, Shanghai, China
gracechu@evan.com.cn
(86) 13917538546

Dear Chu Qin:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on October 3, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

# Wall016, LLC

October 3, 2018

Zhan Sicheng
Passport Number: G51453838
3001 Biyadi Road, Pingshan District, Shenzhen,
Guangdong, China
zhan.janson@gmail.com
(86) 18620332094

Dear Zhan Sicheng:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 130,000.00 by wire transfer into our account at Chase Bank on September 28, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

# MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding (MOU) is intended to be the basis for an ongoing established relationship between Seagoville Farms, LLC and Ms Yijing Wu regarding the re-allocation of the Loan funds. Agreement effective the 30th day of June 29, 2018 between Seagoville Farms, LLC, and Ms Yijing Wu.

WHEREAS Seagoville Farms, LLC and Ms Yijing Wu and Wall016, LLC wish to enter into this MOU for the re-allocation of loan funds from Seagoville, LLC to Wall0016, LLC.

Now therefore in exchange of mutual consideration the acceptance of which is hereby acknowledged, the parties agree as follows:

## GENERAL PROVISIONS

1. Re-Allocation of Loan Funds: JMJ, Seagoville, LLC and Wall0016, LLC is authorized by Ms Yijing Wu to re-allocate the current principal of Seagoville Farms, LLC which is $1,920,000 USD to the new land deal transaction Wall0016, LLC.

2. Original Maturity Date: it is hereby agreed that the original maturity date for the loan between Seagoville Farms, LLC and Ms Yijing Wu is Feb 28, 2019.

3. Original Loan Agreement Termination: It is agreed that the Loan Agreement between Seagoville Farms, LLC and Ms Yijing Wu shall be terminated on June 30, 2018.

4. Revised Loan terms for re-allocation to Wall0016, LLC: It is agreed that the revised loan terms shall be as follows:

   a. The new Loan Principal amount shall be $2,000,000 ($1,920,000 original principal plus $80,000 of earned interest)
   b. The new effective date of the loan shall be considered the date this MOU Agreement is fully executed by both all Parties.
   c. The annual interest rate for Ms Yijing Wu will be set at 17.5% for the period of July 1, 2018 to February 28, 2019.
   d. The interest rate shall be adjusted to 15% on February 29, 2019 and shall remain so until the maturity date of the loan which shall be revised to July 2, 2020.

5. Joint Obligations: The parties will cooperate in good faith with one another and will take all appropriate action and execute any documents, instruments or conveyances of any kind that may be reasonably necessary or advisable to carry out any of the transactions contemplated hereunder.

6. Indemnity of the Parties: Each party agrees to defend, indemnify, and hold harmless the other including its affiliates, directors, officers, employees, agents and shareholders (each, an "Indemnified Party"), against any and all claims, actions, demands, liabilities, losses, damages, judgments, settlements, costs, and expenses, including without limitation, interest, penalties, reasonable attorneys' fees and all amounts paid in connection with any claims made or suits brought by a third party against for claims related to the willful misconduct, material misrepresentation, gross negligence, or fraud of the offending party. This provision shall survive the termination or expiration of this agreement.

7. Entire Agreement: This instrument contains the entire agreement among the Parties relating to the subject matter herein and all prior agreements related hereto are terminated. This Agreement may be amended and terminated in writing and upon the unanimous agreement of the Parties

8. Governing Law: This Agreement shall be governed by and construed in accordance with the local, internal laws of the State of Texas with forum and venue being in Dallas, Dallas County, Texas.

9. Successors and Assigns: Subject to restrictions on Transfers and assignments herein, this Agreement shall be binding upon and shall inure to the benefit of the Parties and their respective heirs, legal representatives, successors and assigns.

10. Severability: If any provision of this Agreement or the application thereof to any Person or circumstance shall, for any reason and to any extent, be invalid or unenforceable, but the extent of such invalidity or unenforceability does not destroy the basis of the bargain among the Parties as expressed herein, the remainder of this Agreement and the application of such provision to other Persons or circumstances shall not be affected thereby, but rather shall be enforced to the greatest extent permitted by law.

11. Joint Negotiation: The parties acknowledge that each party was actively involved in the negotiation and drafting of this Agreement and that no law or rule of construction shall be raised or used in which the provisions of this Agreement shall be construed in favor or against either party hereto because one is deemed to be the author thereof.

12. Confidentiality: Each party agrees (1) to keep this Agreement, negotiations and information related to the Purpose of this Agreement, and the contents of all related documents confidential and to request its agents, employees, and representatives to keep this Agreement confidential and (2) to not make any public announcements, press releases or similar disclosures related to the subject matter of this Agreement at any time without the written consent of the other parties, provided that nothing contained in this Agreement shall prohibit disclosure of any matter to the extent required by law or order of any court or administrative agency or preclude the Parties from making disclosure to its agents, professionals, employees, attorneys, investors and prospective investors and lenders provided each agrees to keep the information provided to them confidential in accordance with the terms of this Section. This provision shall survive termination or expiration of this agreement for a period of 5 years following such termination or expiration.

13. Counterparts and Binding Effect: This Agreement may be executed in one or more counterparts, each of which shall be an original but all of which taken together shall constitute a single document. This Agreement shall be binding upon each Party as evidenced by their signatures below. Faxed or Emailed copies of this agreement shall be binding as the original.

14. Assignability: No party may assign this agreement or their related membership interests without the written approval of the other parties unless the party is (1) assigning to an entity or trust for the purpose of estate planning or (2) assigning this agreement to an entity the assigning party owns a majority interest or the assigning party controls.

15. No Interpretation Against Drafter: This Agreement has been negotiated between unrelated parties who are sophisticated and knowledgeable in the matters contained in this Agreement and who have acted in their own self interest. In addition, each Party has been represented by legal counsel or have been advised to consult with an attorney and had the opportunity to do so. Accordingly, any rule of law, as well as any other statute, law, ordinance, or common law principles or other authority of any jurisdiction of similar effect, or legal decision that would require interpretation of any ambiguities in this Agreement against the party who has drafted it is not applicable and is hereby waived. The provisions of this Agreement shall be interpreted in a reasonable manner to affect the purpose of the Parties, and this Agreement shall not be interpreted or construed against any party to

this Agreement because that party or any attorney or representative for that party drafted this Agreemen participated in the drafting of this Agreement.

16. Notices: Notifications, as defined above, given under this Agreement shall be duly given to the appropr addresses by certified mail return receipt requested, e-mail addresses (with confirmation of delivery), an facsimile numbers (with confirmation of delivery) set forth below (or to such other addresses and facsi numbers as a party may designate as to itself by notice to the other):

IN WITNESS WHEREOF, the parties have executed this Agreement on the 30th day June 2018.

**SEAGOVILLE FARMS, LLC**

**Tim Barton, President**

**MS YIJING WU**

**BY: MS YIJING WU**

**WALL016, LLC**

**Tim Barton, President**

# Wall016, LLC

July 30, 2018

Zhang Yue
Passport Number: E24004107
Room 1-304, Building No.9, Tianzhaojiayuan, No.41 Xizhimen N street,
Haidian District, Beijing, China
450177716@qq.com
(86) 13901086803

Dear Zhang Yue:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on July 26, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

# Wall016, LLC

September 21, 2018

Chen Yulan
Passport Number: G42737146
Room 12-303, No.1065, Gu Long Road, Shanghai, China
chenyulan1946@sina.com
(86) 18281553124

Dear Chen Yulan:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on September 21, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC