# EXHIBIT "A"

# Wall017, LLC

January 17, 2019

Luo Aiguo
Passport Number: G53172582
2-2-1401, Xiyuan, Jialvjingyuan Dongxiyuan,
Xihu District, Hangzhou, Zhejiang, China
373892105@qq.com
(86) 13705711191

Dear Luo Aiguo:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Wells Fargo Bank on January 14, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

January 16, 2019

Xu Chao
Passport Number: G52029293
6A-1203, Nuode Int'l, Qianhai-Yanhu Lukou, Nanshan District,
Shenzhen, Guangdong, China
helenaxu0915@aliyun.com
(86) 15012666468

Dear Xu Chao:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 50,000.00 by personal check into our account at Chase Bank on January 4, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

January 30, 2019

Tang Di
Passport Number: ED8190323
F05-05C, Fenglin Lvzhou,Datun Rd,
Chaoyang District, Beijing, China
tangdi98@gmail.com
(86) 13901032830

Dear Tang Di:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on January 29, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall017, LLC

January 16, 2019

Ding Fang
Passport Number: E45523348
No.2, Lane 218, Xiuyan Xi Road, Pudong,
Shanghai, China
elvamm72@qq.com
(86) 13601614072

Dear Ding Fang:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on January 2, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

December 19, 2018

Chen Fuqing
Passport Number: ED0856325
5 Yi - 808, Qianhe Garden, No.108 Beisihuan Donglu,
Chaoyang District, Beijing, China
Tourist001@163.com
(86) 13051028868

Dear Chen Fuqing:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 120,000.00 by wire transfer into our account at Chase Bank on December 13, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall017, LLC

November 14, 2018

Zhou Guoqin
Passport Number: E90465995
22-2,Xinda Yinjun Xiangyuan, No.777 Xijiao Rd.,
Yuecheng District, Shaoxing City,
Zhejiang Province, China
nacee@fuluogarments.com
(86) 13957505115

Dear Zhou Guoqin:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on November 7, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

January 3, 2019

Fu Hanjiang
Passport Number: G35075038
1-1-201,Yaojiang Fucun, Shangcheng District,
Hangzhou, Zhejiang, China
937781790@qq.com
(86) 13905819547

Dear Fu Hanjiang:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Wells Fargo Bank on December 27, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall017, LLC

February 12, 2019

Hu Jialin
Passport Number: E28511084
No.7 Longteng Rd., Maoshan Industrial Zone,
Jiangshan County, Yinzhou District, Ningbo,
Zhejiang, China
edgar1@vip.163.com
(86) 13805881990

Dear Hu Jialin:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on February 7, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall017, LLC

February 18, 2019

Lu Jiaxiang
Passport Number: E38595236
Zone 1-196, Luojiazhuang Xiyuan,
Wenxin Community, Xihu District,
Hangzhou, Zhejiang, China
kfcljx1986@163.com
(86) 13806501150

Dear Lu Jiaxiang:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 130,000.00 by check into our account at Chase Bank on February 13, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

January 3, 2019

Chu Qin
Passport Number: G35777596
No.13 Plant Bldg., No.8 Hangdu Rd., Damaiwan Industrial Zone,
Hangtou County, Pudong District,
Shanghai, China
gracechu@evan.com.cn
(86) 13917538546

Dear Chu Qin:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on January 2, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall017, LLC

January 3, 2019

Ying Wai
Passport Number: K01895975
13-3-502, Yuefu Jiangnan, No.Yi-1, Yongding Road,
Haidian District, Beijing, China
13911331588@139.com
(86) 13522869919

Dear Ying Wai:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on December 21, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

January 3, 2019

Zhu Xiangdong
Passport Number: G61051758
2-8-1705, Lvdi Haiwaitan Garden, Yunfei Road,
Jiangbei District, Ningbo, Zhejiang, China
474502048@qq.com
(86) 13306709096

Dear Zhu Xiangdong:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on December 31, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

January 17, 2019

Fan Xiaomin
Passport Number: E26113857
E-8D, Huating Jiayuan, No. 6 Beisihuan Zhonglu,
Chaoyang District, Beijing, China
wangzhiqing220@163.com
(86) 18601199358

Dear Fan Xiaomin:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 300,000.00 by wire transfer into our account at Chase Bank on January 7, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

February 15, 2019

Fan Xiaomin
Passport Number: E26113857
E-8D, Huating Jiayuan, No. 6 Beisihuan Zhonglu,
Chaoyang District, Beijing, China
wangzhiqing220@163.com
(86) 18601199358

Dear Fan Xiaomin:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on February 12, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

October 30, 2018

Wu Yijing
Passport Number: G45202760
4-4-1403, Huafangyicheng, No.29 Qingnian Rd,
Chaoyang Dist., Beijing, China
110041228@qq.com
(86) 13811055575

Dear Wu Yijing:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 550,000.00 by wire transfer into Steve Wall's account at Regions Bank on October 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

February 20, 2019

Yuan Yuan
Passport Number: G49795107
7-1, Ruili Zhongyang Huacheng, Jiangling Road,
Binjiang District, Hangzhou, Zhejiang, China
39353472@qq.com
(86) 13157759966

Dear Yuan Yuan:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Wells Fargo Bank on February 19, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC