CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 2, 2020**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4 FOR DESIGNATION OF LOCAL COUNSEL**

Upon consideration of the Motion to Waive Requirement of L.B.R. 2090-4 for Designating Local Counsel (the "Motion"), filed by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi

[1]The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors sat this time.

Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and Yijing Wu (collectively, the "Petitioning Creditors") of Alleged Debtors, WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC ("Alleged Debtors"), by and through their co-counsel, Archer & Greiner, P.C. ("Archer") and Nguyen & Chen LLP ("N&C"), after due deliberation, the Court finds that good and sufficient cause exists for the granting of the relief requested in the Motion. Therefore, it is:

ORDERED that the Motion and relief requested therein is GRANTED as provided herein; it is further

ORDERED that the requirements of Local Bankruptcy Rule 2090-4 are hereby WAIVED in their entirety.

# # # End of Order # # #

Submitted by:

Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120. Houston, TX 77042
(832) 767-0339 | Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500. Philadelphia, PA 19103
(215)246-3147 | Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*

United States Bankruptcy Court
Northern District of Texas

In re:
WALL007 LLC
Debtor

Case No. 20-31131-hdh
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: jblanco Page 1 of 3 Date Rcvd: Jun 02, 2020
Form ID: pdf019 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.
aty +Stephen M. Packman, Three Logan Square, 1717 Arch St., Ste 3500, Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:

Jiangang Ou on behalf of Petitioning Creditor Jiancheng Chen jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Rufeng Ding jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yue Zhang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Weijia Kong jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Pei Guan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Di Tang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xiaodong Hao jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yi Tang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yan Zhang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xuegeng Gong jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Wenjuan Yin jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Wai Ying jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Cunxiang Ji jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Ruinian Wu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Weisi Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Qu Chen jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Ying Zhou jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yunding Kang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yulan Chen jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Fang Ding jou@nguyen-chen.com, ahuber@archerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jiangang Ou on behalf of Petitioning Creditor Jingqiu Tang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xiangdong Zhu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Heng Zhang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jialin Hu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jin Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Lan Ji jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yadan Liu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Lin Gao jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Lin Zhou jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Ying Zhang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Liying Yang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Kangying Mao jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Qin Chu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Chao Xu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Tianqing Song jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Hanjiang Fu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Wanwan Li jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yijing Wu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jinzhe Wu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jun Zeng jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Ou Jiang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Mai Ye jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yue Xu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Kai Tian jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Feng Yan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Aiguo Luo jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Qiuying Li jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Pengfei Dong jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Lin Li jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Li Jiang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Peng Guo jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Fuqing Chen jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Chenchen Jiang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jun Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Hong Guo jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jiaxiang Lu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Kui Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yuan Yuan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Guoqin Zhou jou@nguyen-chen.com, ahuber@archerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jiangang Ou on behalf of Petitioning Creditor Qiao Qin jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xiaomin Fan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xiaoquan Dai jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Wenjun Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Sicheng Zhan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jun Li jou@nguyen-chen.com, ahuber@archerlaw.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL007 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL012 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL017 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL009 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL011 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL016 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL010 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Patrick D. Sullivan on behalf of Creditor Benchmark Acquisitions, LLC sullivan@hooverslovacek.com
Robert W. Buchholz on behalf of Creditor Southern Star Capital, LLC bob@attorneybob.com
United States Trustee ustpregion06.da.ecf@usdoj.gov

TOTAL: 75