Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ALLEGED DEBTORS' WITNESS AND EXHIBIT LIST**

Come now WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC., the alleged debtors in the above-styled and numbered bankruptcy case ("Alleged Debtors"), and files this their Witness and Exhibit List for the hearing scheduled on June 15, 2020.

**Witnesses**

At the hearing, the Alleged Debtors may call the following persons to testify as witnesses:

1. Vance McMurray
2. Timothy Barton
3. Any witness designated by any other party

**Exhibits**

At the hearing the Alleged Debtors may present one or more of the following exhibits:

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet for consolidated cases | | |
| 2 | Second Motion of Alleged Debtors to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies [Docket No. 27] | | |
| 3 | Petitioning Creditors' Response to Alleged Debtors' Motions to Dismiss and Motions for Other Relief [Docket No. 35] | | |
| 4 | Involuntary Petition filed in each case | | |
| 5 | Proof of Service for Involuntary Cases | | |
| 6 | Transcript of Hearing on Joint Administration Request | | |
| 7 | Amended Certificate of Service (regarding Petition and Summons) [Docket No. 32] | | |
| 8 | Amended Certificate of Service (regarding Motion for Joint Administration) [Docket No. 33] | | |
| 9 | Any exhibits identified by any other party | | |

The exhibits set forth above are all part of the Court's docket and are not being uploaded with this list. Alleged Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and introduce additional exhibits in rebuttal. Alleged Debtors further reserve the right to supplement this list prior to the hearing.

Dated: June 10, 2020.

Respectfully Submitted

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Patrick D. Sullivan on behalf of Creditor Benchmark Acquisitions, LLC
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer