**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**PETITIONING CREDITORS' WITNESS AND OBJECTION AND EXHIBIT LIST**

The petitioning creditors, Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu (collectively, "Petitioning Creditors") of the Alleged Debtors, WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC (collectively, the "Alleged Debtors"), by and through its undersigned counsel, hereby files this Witness and Objection and Exhibit List for the hearing scheduled on June 15, 2020.

---

1 The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

## I. WITNESSES AND OBJECTION TO THE ALLEGED DEBTOR'S LIST

1. The Petitioning Creditors reserves the right to call and examine any witness(es) designated by any other party to this dispute.

2. However, the Petitioning Creditors believe, and therefore aver, that no witnesses are necessary or should be permitted by the Court on the Alleged Debtor's second motion to dismiss ("Second Motion to Dismiss") which raises purely procedural issues, all of which have been thoroughly addressed by the Petitioning creditors in their responsive papers. The Alleged Debtors have not made any showing why testimony of the witnesses so designated by them is warranted. The Petitioning Creditors therefore object to the Alleged Debtor's designation and calling of witnesses.

## II. EXHIBITS

3. Any and all documents, pleadings and exhibits filed in the above-caption proceedings.

4. All the exhibits listed by the Alleged Debtors.

5. The Petitioning Creditors additionally designate and identify as potential exhibits all writings and/or documents which may be necessary to explain, complete, or otherwise put in context any writings and/or documents introduced by any other party to this dispute. The Petitioning Creditors also designate and identify as potential exhibits all such exhibits as may be necessary for rebuttal purposes. The Petitioning Creditors reserve the right to amend and/or supplement this Exhibit List from time to time, as may be necessary.

Respectfully submitted,

Dated: June 11, 2020

/s/ *Stephen M. Packman*

Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
Tel: 832-767-0339
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
Tel: 215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on June 11, 2020, a true and correct copy of the foregoing document was served on all parties requesting service via the Court's ECF system.

*/s/ Stephen M. Packman*
Stephen M. Packman

218694270v1