Katherine T. Hopkins
Tex. Bar I.D. 24070737
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
katherine.hopkins@kellyhart.com

ATTORNEY FOR NEIGHBORHOOD ASSOCIATION
OF LOST CREEK ESTATES, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| WALL007 LLC, *et al.*[1], | § | |
| | § | Case No. 20-31131 (HDH) |
| Alleged Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

Please take notice that the undersigned counsel hereby gives notice pursuant to Federal Rule of Bankruptcy Procedure 9010(b) of her appearance as counsel for Neighborhood Association of Lost Creek Estates, Inc., a party in interest, in these proceedings and respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this matter, be given to and served upon:

Katherine T. Hopkins
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
katherine.hopkins@kellyhart.com

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

This request encompasses all notices required to be given under the Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any motions, orders, petitions, complaints, demands, applications or pleadings and requests, and any other documents brought before this Court in this matter which otherwise affect or seek to affect this matter.

Dated: June 12, 2020

Respectfully submitted,

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins
Tex. Bar I.D. 24070737
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
katherine.hopkins@kellyhart.com

**ATTORNEY FOR NEIGHBORHOOD ASSOCIATION OF LOST CREEK ESTATES, INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served on June 12, 2020, on the persons/entities receiving service via ECF notification.

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins