# Exhibit B

# United States District Court
## Northern District of Texas

*Stephen Packman*

*was qualified to practice, administered the oath, and admitted to practice as an Attorney in the United States District Court on June 8, 2020.*

*In testimony whereof, I set my hand and affix the seal of this Court on June 8, 2020*

*Karen Mitchell, Clerk of Court*

*S. Ready*
*Deputy Clerk*