# Exhibit C

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 2, 2020**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH)<br>(Jointly Administered) |
| Alleged Debtors. | |

**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4 FOR DESIGNATION OF LOCAL COUNSEL**

Upon consideration of the Motion to Waive Requirement of L.B.R. 2090-4 for Designating Local Counsel (the "Motion"), filed by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi

[1]The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors sat this time.

Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and Yijing Wu (collectively, the "Petitioning Creditors") of Alleged Debtors, WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC ("Alleged Debtors"), by and through their co-counsel, Archer & Greiner, P.C. ("Archer") and Nguyen & Chen LLP ("N&C"), after due deliberation, the Court finds that good and sufficient cause exists for the granting of the relief requested in the Motion. Therefore, it is:

ORDERED that the Motion and relief requested therein is GRANTED as provided herein; it is further

ORDERED that the requirements of Local Bankruptcy Rule 2090-4 are hereby WAIVED in their entirety.

# # # End of Order # # #

Submitted by:

Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120. Houston, TX 77042
(832) 767-0339 | Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500. Philadelphia, PA 19103
(215)246-3147 | Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*