Katherine T. Hopkins
Tex. Bar I.D. 24070737
Joakim G. Soederbaum
Tex. Bar I.D. 24091338
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

ATTORNEYS FOR L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| WALL007 LLC, *et al.*[1], | § | |
| | § | Case No. 20-31131 (HDH) |
| Alleged Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS, AND NOTICE OF AMENDED STATE COURT FILING**

Please take notice that the undersigned counsel hereby gives notice pursuant to Federal Rule of Bankruptcy Procedure 9010(b) of their appearance as counsel for L. Allen Hodges III, as Independent Executor of The Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., and Blackfoot Interest, Ltd. (all collectively, the "Hodges Plaintiffs"), parties in interest in these proceedings and respectfully request that all notices given or required to be given in this case, and all papers served or required to be served in this matter, be given to and served upon:

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

Katherine T. Hopkins
Joakim G. Soederbaum
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

This request encompasses all notices required to be given under the Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any motions, orders, petitions, complaints, demands, applications or pleadings and requests, and any other documents brought before this Court in this matter which otherwise affect or seek to affect this matter.

Further, on or about June 14, 2020, the Alleged Debtors filed an *Emergency Motion to Enforce Automatic Stay until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362* ("Motion to Enforce"),[2] asserting that the claims asserted, and relief sought, by the Hodges Plaintiffs in connection with their claims against 2999TC LP, LLC, Tim Barton, and JMJ Development, LLC in cause number 141-316567-20, currently pending in the 141st District Court, Tarrant County, Texas (the "State Lawsuit"),[3] violate Section 11 U.S.C. 362 in various ways. [*See* Doc. 63, at pp. 2-4, 7-9]. The Hodges Plaintiffs respectfully ask the Court to take notice of their First Amended Petition that was filed in the State Lawsuit, a true and correct copy of which is attached hereto as Exhibit A and incorporated herein by reference. While the Hodges Plaintiffs disagrees with the Alleged Debtors' position as to the application of the automatic stay to the State Lawsuit, the First Amended Petition makes indisputably clear that no interest of the Alleged Debtors is at issue in the State Lawsuit and therefore moots the Motion to Enforce.

---

[2] The Alleged Debtors did not move for leave to have their emergency motion heard, and did not notify the Hodges Plaintiffs of their filing.

[3] Notably, none of the defendants in the State Lawsuit are parties to the above-styled bankruptcy proceeding, and none of the Alleged Debtors are parties to the State Lawsuit.

Dated: June 15, 2020

Respectfully submitted,

*/s/ Katherine T. Hopkins*

Katherine T. Hopkins
Tex. Bar I.D. 24070737
Joakim G. Soederbaum
Tex. Bar I.D. 24091338
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

**ATTORNEYS FOR L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served on June 15, 2020, on the persons/entities receiving service via ECF notification.

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins