Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**MOTION FOR SETTING AND**
**REQUEST FOR EXPEDITED HEARING**

1. The Alleged Debtors hereby request that a hearing be set on the *Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362* [Docket No. 63] (the "Motion") at the Court's earliest convenience. An expedited hearing is necessary to abate all deadlines, actions and hearings in the Hodges Lawsuit that implicate directly or indirectly the assets of the Alleged Debtors.

2. Notice of the proposed expedited hearing will be provided to the U.S. Trustee; Dee J. Kelly Jr., counsel for the Hodges Plaintiffs; and all parties receiving electronic notice in this case via the Court's ECF system, facsimile or U.S. First Class Mail in advance of the hearing.

3. A hearing was not requested earlier because the Motion was just filed. A hearing in the next ten days is being requested.

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

Dated: June 15, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 15, 2020, I conferred with Dee Kelly, counsel for the Hodges Plaintiffs, regarding the relief requested herein. Mr. Kelly stated that they were opposed to an expedited hearing.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2020, a true and correct copy of the foregoing Motion for Setting and Request for Expedited Hearing was served via email upon the parties listed below in the manner indicated.

**VIA EMAIL**:

Dee J. Kelly, Jr.
Joakim G. Soederbaum
Kelly, Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Email: dee.kelly@kellyhart.com
Joakim.soederbaum@kellyhart.com

**VIA ECF:**

Robert W. Buchholz
bob@attorneybob.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Patrick D. Sullivan on behalf of Creditor Benchmark Acquisitions, LLC
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer