Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ALLEGED DEBTORS' WITNESS AND EXHIBIT LIST**

Come now WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC., the alleged debtors in the above-styled and numbered bankruptcy case ("Alleged Debtors"), and files this their Witness and Exhibit List for the hearing scheduled on June 19, 2020.

**Witnesses**

At the hearing, the Alleged Debtors may call the following persons to testify as witnesses:

1. Elizabeth Brandon

2. Timothy Barton

3. Any witness designated by any other party

**Exhibits**

At the hearing the Alleged Debtors may present one or more of the following exhibits:

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet for consolidated cases | | |
| 2 | Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362 [Docket No. 63] | | |
| 3 | Notice of Appearance and Request for Service of Notices and Pleadings, and Notice of Amended State Court Filing [Docket No. 65] | | |
| 4 | The State Court Plaintiffs' Objection to Alleged Debtors' Motion for Expedited Hearing [Docket No. 68] | | |
| 5 | Alleged Debtors' Supplement to Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362 [Docket No. 70] | | |
| 6 | Notice of Appearance and Request for Service of Notices and Pleadings (Katherine Hopkins) [Docket No. 60] | | |
| 7 | Any exhibits identified by any other party | | |

The exhibits set forth above are all part of the Court's docket and are not being uploaded with this list. Alleged Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and introduce additional exhibits in rebuttal. Alleged Debtors further reserve the right to supplement this list prior to the hearing.

Dated: June 17, 2020.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer