**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 20-31131** |
| | § | |
| **WALL007, LLC** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR** | § | |
| | § | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned counsel and the law firm of Kane Russell Coleman Logan PC hereby enter an appearance on behalf of Michael Fu and Bob Jiang. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

**Michael P. Ridulfo**
Bar No. 16902020
SDTX No.: 27086
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Ph: (713) 425-7400
Fax: (713) 425-7700
mridulfo@krcl.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

Dated: June 18, 2020

Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By: */s/ Michael P. Ridulfo*
Michael P. Ridulfo
State Bar No. 16902020
5051 Westheimer Rd., 10th Floor
Houston, Texas 77056
Ph: (713) 425-7400
Fax: (713) 425-7700
mridulfo@krcl.com

ATTORNEY FOR CHENGDU, LLC

**CERTIFICATE OF SERVICE**

This is to certify that on June 18, 2020, a true and correct copy of the foregoing Notice of Appearance was served via the Court's CM/ECF notification system.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo