**3:20bk31131, WALL007 LLC**

US Bankruptcy Court for the Northern District of Texas

(Dallas)

**This case was retrieved on 06/18/2020**

## Header

**Case Number:** 3:20bk31131
**Date Filed:** 04/08/2020
**Date Proceedings & Schedule Retrieved:** 06/18/2020
**Misc:** (0) UNKNOWN
**Chapter:** 7
**Flags:** jntadmn, LEAD, REFORM
**Case Type:** Bankruptcy
**Assets:** No
**Vol:**
**Judge:** Harlin DeWayne Hale
**Pending Status:**
**Date of Last Filing:** 06/18/2020

| Litigants | Attorneys |
|---|---|
| WALL007 LLC<br>13901 Midway Rd., Ste. 102<br>Dallas, TX 75244<br>SSN / ITIN: xxx-xx-0000<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Alleged Debtor** | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street,Suite 500<br>Dallas, TX 75202<br>**Phone:** 972 503-4033<br>Assigned: 05/06/20;<br>**Email:** joyce@joycelindauer.com<br>Alleged Debtor |
| Qu Chen<br>1-4-602, Yongtai,<br>Haidian District,Beijing<br>China<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Petitioning Creditor** | Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road Suite 120<br>Houston, TX 77042<br>**Phone:** 832 767-0339<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** jou@nguyen-chen.com<br>Petitioning Creditor |
| Peng Guo<br>6th Floor, Block C, North Third Ring Roa<br>East Dongcheng District,Bejing, No. 36,World<br>Trade Center<br>China<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Petitioning Creditor** | Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road Suite 120<br>Houston, TX 77042<br>**Phone:** 832 767-0339<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** jou@nguyen-chen.com<br>Petitioning Creditor |

**EXHIBIT "1"**

| Litigants | Attorneys |
| --- | --- |
| Cunxiang Ji<br>9-1, Weisi Road<br>Datong Mining Area,Shanxi Province<br>China<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Petitioning Creditor** | Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road Suite 120<br>Houston, TX 77042<br>**Phone:** 832 767-0339<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** jou@nguyen-chen.com<br>Petitioning Creditor |
| Yunding Kang<br>Room 2401, 56 New Nuclear Power Village<br>No. 55 Xinqiao South Road,Wuyuan Town,<br>Haiyan County,Zhejiang Province<br>China<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Petitioning Creditor** | Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road Suite 120<br>Houston, TX 77042<br>**Phone:** 832 767-0339<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** jou@nguyen-chen.com<br>Petitioning Creditor<br><br>Stephen M. Packman<br>Archer & Greiner, P.C.<br>Three Logan Square,1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>**Phone:** 215 246-3147<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** spackman@archerlaw.com |
| Jun Li<br>No. 336 Central Tianfu Street<br>Wenjiant District,Chengdu<br>China<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Petitioning Creditor** | Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road Suite 120<br>Houston, TX 77042<br>**Phone:** 832 767-0339<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** jou@nguyen-chen.com<br>Petitioning Creditor |
| Kai Tian<br>No. 17 Minkang Hutong<br>Xiachen District,Bejing<br>China<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Petitioning Creditor** | Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road Suite 120<br>Houston, TX 77042<br>**Phone:** 832 767-0339<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** jou@nguyen-chen.com<br>Petitioning Creditor |
| Jin Wang<br>4-2-202, Huanxi Xincun<br>Xiachen District,Hangzhou<br>China<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Petitioning Creditor** | Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road Suite 120<br>Houston, TX 77042<br>**Phone:** 832 767-0339<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** jou@nguyen-chen.com<br>Petitioning Creditor |

| Litigants | Attorneys |
| --- | --- |
| Lin Zhou<br>1-406, Lane 1058<br>Lotus Road,Minghang District,Shanghai<br>China<br>**TAXID / EIN:**<br>Added: 04/08/2020<br>**Petitioning Creditor** | Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road Suite 120<br>Houston, TX 77042<br>**Phone:** 832 767-0339<br>LEAD ATTORNEY; Assigned: 04/09/20;<br>**Email:** jou@nguyen-chen.com<br>Petitioning Creditor |
| Southern Star Capital, LLC<br>Dallas<br>Dallas<br>**TAXID / EIN:**<br>Added: 05/05/2020<br>**Creditor** | Robert W. Buchholz<br>The Law Office of Robert W. Buchholz, PC<br>420 S. Cesar Chavez Blvd.,Suite 300<br>Dallas, TX 75201<br>**Phone:** 214 754-5500<br>Assigned: 05/05/20;<br>**Email:** bob@attorneybob.com<br>Creditor |
| Michael Fu<br>**TAXID / EIN:**<br>Added: 06/18/2020<br>**Creditor** | Michael P. Ridulfo<br>Kane Russell Coleman & Logan, PC<br>5051 Westheimer Rd., 10th Floor<br>Houston, TX 77056<br>**Phone:** 713-425-7442<br>Assigned: 06/18/20;<br>**Email:** mridulfo@krcl.com<br>Creditor |
| Bob Jiang<br>**TAXID / EIN:**<br>Added: 06/18/2020<br>**Creditor** | Michael P. Ridulfo<br>Kane Russell Coleman & Logan, PC<br>5051 Westheimer Rd., 10th Floor<br>Houston, TX 77056<br>**Phone:** 713-425-7442<br>Assigned: 06/18/20;<br>**Email:** mridulfo@krcl.com<br>Creditor |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202<br>**TAXID / EIN:**<br>**Phone:** 214-767-8967<br>**Email:** ustpregion06.da.ecf@usdoj.gov<br>Added: 04/08/2020<br>**U.S. Trustee** | |

## Proceedings

| # | Date | Proceeding Text |
|---|---|---|
| 1 | 04/08/2020 | Chapter 7 involuntary petition against a non-individual. Fee Amount $335 Re: WALL007 LLC Filed by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian (Ou, Jiangang) |
| | 04/08/2020 | Receipt of filing fee for Involuntary petition (chapter 7)(20-31131-7) [misc,invol7] ( 335.00). Receipt number 27642101, amount $ 335.00 (re: Doc# 1). (U.S. Treasury) |
| 2 | 04/10/2020 | Involuntary summons issued on WALL007 LLC . (Bergreen, J.) |
| 3 | 04/10/2020 | Standing scheduling order regarding involuntary cases. Status Conference to be held on 5/15/2020 at 10:30 AM at Dallas Judge Hale Ctrm (VIA WEBEX VIDEO CONFERENCE). Entered on 4/10/2020 (Bergreen, J.) |
| 4 | 04/16/2020 | Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Ou, Jiangang) |
| 5 | 04/16/2020 | Motion for expedited hearing(related documents 4 Motion for joint administration) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Ou, Jiangang) (GRANTED ORALLY; DKT #4 SET FOR TELEPHONIC HEARING ON 4/22/20 AT 10:30 AM) Modified on 4/17/2020 (Bergreen, J.). |
| 6 | 04/16/2020 | Certificate of service re: Motion for Joint Administration and Motion for Expedited Hearing filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)4 Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 , 5 Motion for expedited hearing(related documents 4 Motion for joint administration) ). (Ou, Jiangang) |
| 7 | 04/17/2020 | Notice of hearing filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)4 Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou). Hearing to be held on 4/22/2020 at 10:30 AM Dallas Judge Hale Ctrm for 4, (Ou, Jiangang) |
| 8 | 04/17/2020 | Certificate of service re: Notice of Hearing for Motion for Joint Administration filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)7 Notice of hearing). (Ou, Jiangang) |
| 9 | 04/20/2020 | Certificate of service re: Summons, Involuntary Bankruptcy Petition and Scheduling Order filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7), 2 Involuntary summons issued, 3 Standing scheduling order regarding involuntary cases). (Ou, Jiangang) |
| 10 | 04/20/2020 | Notice of Appearance and Request for Notice and Reservation of Rights by Patrick D. Sullivan filed by Creditor Benchmark Acquisitions, LLC. (Sullivan, Patrick) |
| | 04/22/2020 | Hearing held on 4/22/2020. (RE: related document(s)4 Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, |

| # | Date | Proceeding Text |
|---|---|---|
| | | Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED.) (Green, Shanette) (Entered: 04/23/2020) |
| 11 | 04/24/2020 | Order jointly administered lead case 20-31131 with member case(s) 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139. (RE: related document(s)4 Motion for joint administration filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian). Entered on 4/24/2020 (Ecker, C.) |
| 12 | 04/24/2020 | Request for transcript regarding a hearing held on 4/22/2020. The requested turn-around time is 3-day expedited (Green, Shanette) |
| 13 | 04/26/2020 | BNC certificate of mailing - PDF document. (RE: related document(s)11 Order jointly administered lead case 20-31131 with member case(s) 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139. (RE: related document(s)4 Motion for joint administration filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian). Entered on 4/24/2020 (Ecker, C.)) No. of Notices: 1. Notice Date 04/26/2020. (Admin.) |
| 14 | 04/27/2020 | Transcript regarding Hearing Held 4/22/2020 RE: 4, motion for joint administration. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 07/27/2020. Until that time the transcript may be viewed at the Clerk''s Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy Sumner, Telephone number 214 802-7196. (RE: related document(s) Hearing held on 4/22/2020. (RE: related document(s)4 Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED.)). Transcript to be made available to the public on 07/27/2020. (Sumner, Cindy) |
| 15 | 05/04/2020 | Certificate of service re: Order Directing Joint Administration of Debtors'' Chapter 7 Cases filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)11 Order (jntadmn-LEAD) (granting)). (Ou, Jiangang) |
| 16 | 05/05/2020 | Notice of Appearance and Request for Notice by Robert W. Buchholz filed by Creditor Southern Star Capital, LLC. (Buchholz, Robert) |
| 17 | 05/06/2020 | Notice of Appearance and Request for Notice by Joyce W. Lindauer filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 18 | 05/07/2020 | Motion to dismiss case Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 19 | 05/07/2020 | Brief in support filed by Alleged Debtor WALL007 LLC (RE: related document(s)18 Motion to dismiss case, 20 Motion for substitution of real party-in-interest, 21 Motion for bond, 22 Motion for award of fees, costs and damages, 23 Motion to abstain ). (Lindauer, Joyce). Modified on 5/8/2020 (Rielly, Bill). |
| 20 | 05/07/2020 | Motion for substitution of real party-in-interest filed by WALL007 LLC . |

| # | Date | Proceeding Text |
|---|---|---|
| | | (Attachments: # 1 Proposed Order) (Rielly, Bill) (Entered: 05/08/2020) |
| 21 | 05/07/2020 | Motion for bond filed by WALL007 LLC . (Attachments: # 1 Proposed Order) (Rielly, Bill) (Entered: 05/08/2020) |
| 22 | 05/07/2020 | Motion for award of fees, costs and damages filed by WALL007 LLC . (Attachments: # 1 Proposed Order) (Rielly, Bill) (Entered: 05/08/2020) |
| 23 | 05/07/2020 | Motion to abstain filed by WALL007 LLC . (Attachments: # 1 Proposed Order) (Rielly, Bill) (Entered: 05/08/2020) |
| 24 | 05/12/2020 | Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)18 Motion to dismiss case Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 PROPOSED ORDER), 20 MOTION FOR SUBSTITUTION OF REAL PARTY-IN-INTEREST FILED BY WALL007 LLC. (ATTACHMENTS: # 1 PROPOSED ORDER), 21 MOTION FOR BOND FILED BY WALL007 LLC. (ATTACHMENTS: # 1 PROPOSED ORDER), 22 MOTION FOR AWARD OF FEES, COSTS AND DAMAGES FILED BY WALL007 LLC. (ATTACHMENTS: # 1 PROPOSED ORDER), 23 MOTION TO ABSTAIN FILED BY WALL007 LLC. (ATTACHMENTS: # 1 Proposed Order)). Hearing to be held on 8/17/2020 at 09:00 AM Dallas Judge Hale Ctrm for 20 and for 18 and for 22 and for 23 and for 21, (Lindauer, Joyce) |
| 25 | 05/13/2020 | Pre-Status Conference Report filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Ou, Jiangang) |
| 26 | 05/14/2020 | Statement of Corporate Ownership filed. Corporate parents added to case: Carnegie Development LLC. filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 27 | 05/14/2020 | Motion to dismiss case /Second Motion to Dismiss Filed by Alleged Debtor WALL007 LLC (Lindauer, Joyce) |
| 28 | 05/14/2020 | Notice /Alleged Debtor''s List of Creditors filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| | 05/15/2020 | 30 Hearing held on 5/15/2020. (RE: related document(s)1 Chapter 7 involuntary petition against a non-individual. Fee Amount $335 Re: WALL007 LLC Filed by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian) (STATUS CONFERENCE HELD; SET FOR TRIAL ON 8/17/2020.) (Green, Shanette) (Entered: 05/19/2020) |
| 29 | 05/18/2020 | Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)27 Motion to dismiss case /Second Motion to Dismiss Filed by Alleged Debtor WALL007 LLC). Hearing to be held on 6/15/2020 at 09:00 AM Dallas Judge Hale Ctrm for 27, (Lindauer, Joyce) |
| 31 | 05/26/2020 | Notice / Alleged Debtors'' Certificate of Service of First Sets of Discovery filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 32 | 05/28/2020 | Certificate of service re: Amended Certificate of Service for Petition, Summons, and Scheduling Order filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)9 Certificate of service). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Ou, Jiangang) |
| 33 | 05/28/2020 | Certificate of service re: Amended Certificate of Service for Motion for Joint Administration, Motion for Expedited Consideration, and Notice of Hearing for Motion for Joint Admin filed by Petitioning Creditors Qu Chen, Peng Guo, |

| # | Date | Proceeding Text |
|---|---|---|
| | | Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)6 Certificate of service, 8 Certificate of service). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Ou, Jiangang) |
| 34 | 05/28/2020 | Motion to waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B) (Ou, Jiangang) MODIFIED text to match pdf on 6/1/2020 (Bergreen, J.). |
| 35 | 05/29/2020 | Response opposed to (related document(s): 18 Motion to dismiss case filed by Alleged Debtor WALL007 LLC, 20 Motion by WALL007 LLC. filed by Alleged Debtor WALL007 LLC, 21 Motion by WALL007 LLC. filed by Alleged Debtor WALL007 LLC, 22 Motion by WALL007 LLC. filed by Alleged Debtor WALL007 LLC, 23 Motion by WALL007 LLC. filed by Alleged Debtor WALL007 LLC, 27 Motion to dismiss case /Second Motion to Dismiss filed by Alleged Debtor WALL007 LLC) filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Ou, Jiangang) |
| 36 | 05/29/2020 | Certificate of service re: Amended Certificate of Service regarding the Summons to a Debtor in an Involuntary Case, Involuntary Petition against a Non-Individual, and Standing Scheduling Order Regarding Involuntary Cases, Amended Certificate of Service regarding the Motion of Petitioning Creditors for Entry of an Order Directing Joint Administration of Related Chapter 7 Cases, Motion for Expedited Consideration of the Petitioning Creditors Motion for Entry of an Order Directing Joint Administration of Related Chapter 7 Cases, and Notice of Hearing for Motion for Entry of an Order Directing Joint Administration of Relates Chapter 7 Cases, The Motion to Waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel, Petitioning Creditors Response to Alleged Debtors Motions to Dismiss and Motions for Other Relief filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)32 Certificate of service, 33 Certificate of service, 34 Motion to waive appearance at Motion to Waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel, 35 Response). (Ou, Jiangang) |
| 37 | 05/29/2020 | Response opposed to (related document(s): 27 Motion to dismiss case /Second Motion to Dismiss filed by Alleged Debtor WALL007 LLC) filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Ou, Jiangang) |
| 38 | 06/02/2020 | Motion to quash (Emergency Motion) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Ou, Jiangang) |
| 39 | 06/02/2020 | Motion for expedited hearing(related documents 38 Motion to quash) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Proposed Order) (Ou, Jiangang) |
| 40 | 06/02/2020 | Notice of hearing re: The Petitioning Creditors Emergency Motion (I) To Quash Or Modify The Alleged Debtors Rule 45 Subpoenas Upon Petitioning Creditors, Jin Wang And Yijing Wu And Third Parties; (II) For An Order Scheduling A |

| # | Date | Proceeding Text |
|---|---|---|
| | | Discovery Conference And Setting A Discovery Schedule; (III) Requiring The Alleged Debtors To Abide By The Discovery Order And Adjourn Depositions Of Third Party Witnesses And (IV) For Sanctions Against Counsel For The Alleged Debtors And Timothy Barton For Violations Of Discovery Rules And Witness Intimidation filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)38 Motion to quash (Emergency Motion) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 EXHIBIT A # 2 EXHIBIT B # 3 EXHIBIT C # 4 Exhibit D)). Hearing to be held on 6/3/2020 at 09:00 AM Dallas Judge Hale Ctrm for 38, (Ou, Jiangang) |
| 41 | 06/02/2020 | Order granting motion to waive requirement of local bankruptcy rule 2090-4 for designation of local counsel (related document # 34) Entered on 6/2/2020. (Blanco, J.) |
| 42 | 06/02/2020 | Order granting motion for expedited hearing on Motion (I) To Quash Or Modify The Alleged Debtors Rule 45 SubpoenasUpon Petitioning Creditors, Jin Wang And Yijing Wu And Third Parties; (II) For An OrderScheduling A Discovery Conference And Setting A Discovery Schedule; (III) Requiring TheAlleged Debtors To Abide By The Discovery Order And Adjourn Depositions Of Third PartyWitnesses And (IV) For Sanctions Against Counsel For The Alleged Debtors And Timothy BartonFor Violations Of Discovery Rules And Witness Intimidation (Related Doc# 39)(document set for hearing: 38 Motion to quash) Hearing to be held on 6/3/2020 at 09:00 AM Dallas Judge Hale Ctrm for 38, Entered on 6/2/2020. (Blanco, J.) |
| 43 | 06/02/2020 | Response opposed to (related document(s): 38 Motion to quash (Emergency Motion) filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| | 06/03/2020 | 44 Hearing held on 6/3/2020. (RE: related document(s)38 Motion to quash (Emergency Motion) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou.) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED IN PART; MR. PACKMAN TO UPLOAD ORDER AFTER CIRCULATING.) (Green, Shanette) |
| 45 | 06/03/2020 | Notice / Letter to The Court filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 46 | 06/04/2020 | Request for transcript regarding a hearing held on 6/3/2020. The requested turn-around time is ordinary 30 day (Green, Shanette) |
| 47 | 06/04/2020 | Notice Letter filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Ou, Jiangang) |
| 48 | 06/04/2020 | Order granting in part Emergency Motion (I) To Quash OrModify The Alleged Debtors Rule 45 Subpoenas Upon Petitioning Creditors, Jin Wang And YijingWu And Third Parties; (II) For An Order Scheduling A Discovery Conference And Setting ADiscovery Schedule; (III) Requiring The Alleged Debtors To Abide By The Discovery Order AndAdjourn Depositions Of Third Party Witnesses And (IV) For Sanctions Against Counsel For TheAlleged Debtors And Timothy Barton For Violations Of Discovery Rules And Witness Intimidation (related document # |

| # | Date | Proceeding Text |
|---|---|---|
| | | 38) Entered on 6/4/2020. (Blanco, J.) |
| 49 | 06/04/2020 | Declaration re: WALL007 LLC"s Acknowledgements of Receipt of Loan Proceeds filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 50 | 06/04/2020 | Declaration re: WALL009 LLC"s Acknowledgements of Receipt of Loan Proceeds filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 51 | 06/04/2020 | Declaration re: WALL010 LLC"s Acknowledgements of Receipt of Loan Proceeds filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 52 | 06/04/2020 | Declaration re: WALL011 LLC"s Acknowledgements of Receipt of Loan Proceeds filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 53 | 06/04/2020 | Declaration re: WALL012 LLC"s Acknowledgements of Receipt of Loan Proceeds filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 54 | 06/04/2020 | Declaration re: WALL016 LLC"s Acknowledgements of Receipt of Loan Proceeds filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 55 | 06/04/2020 | Declaration re: WALL017 LLC"s Acknowledgements of Receipt of Loan Proceeds filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 56 | 06/04/2020 | BNC certificate of mailing - PDF document. (RE: related document(s)42 Order granting motion for expedited hearing on Motion (I) To Quash Or Modify The Alleged Debtors Rule 45 SubpoenasUpon Petitioning Creditors, Jin Wang And Yijing Wu And Third Parties; (II) For An OrderScheduling A Discovery Conference And Setting A Discovery Schedule; (III) Requiring TheAlleged Debtors To Abide By The Discovery Order And Adjourn Depositions Of Third PartyWitnesses And (IV) For Sanctions Against Counsel For The Alleged Debtors And Timothy BartonFor Violations Of Discovery Rules And Witness Intimidation (Related Doc39)(document set for hearing: 38 Motion to quash) Hearing to be held on 6/3/2020 at 09:00 AM Dallas Judge Hale Ctrm for 38, Entered on 6/2/2020. (Blanco, J.)) No. of Notices: 1. Notice Date 06/04/2020. (Admin.) |
| 57 | 06/04/2020 | BNC certificate of mailing - PDF document. (RE: related document(s)41 Order granting motion to waive requirement of local bankruptcy rule 2090-4 for designation of local counsel (related document 34) Entered on 6/2/2020. (Blanco, J.)) No. of Notices: 1. Notice Date 06/04/2020. (Admin.) |
| 58 | 06/10/2020 | Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)27 Motion to dismiss case /Second Motion to Dismiss). (Lindauer, Joyce) |
| 59 | 06/11/2020 | Witness and Exhibit List filed by Petitioning Creditors Qu Chen, Peng Guo, |

| # | Date | Proceeding Text |
|---|---|---|
| | | Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)27 Motion to dismiss case /Second Motion to Dismiss). (Ou, Jiangang) |
| 60 | 06/12/2020 | Notice of Appearance and Request for Notice Notice of Appearance and Request for Service of Notices and Pleadings by Katherine T. Hopkins filed by Interested Party Neighborhood Association of Lost Creek Estates, Inc. (Hopkins, Katherine) |
| 61 | 06/12/2020 | Notice filed by Alleged Debtor WALL007 LLC (RE: related document(s)29 Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)27 Motion to dismiss case /Second Motion to Dismiss Filed by Alleged Debtor WALL007 LLC). Hearing to be held on 6/15/2020 at 09:00 AM Dallas Judge Hale Ctrm for 27,). (Lindauer, Joyce) |
| 62 | 06/12/2020 | Declaration re: Declaration of Jorge Garcia, Esquire in Further Support of Petitioning Creditors" Response to Alleged Debtors Second Motions to Dismiss filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)37 Response). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Ou, Jiangang) |
| 63 | 06/14/2020 | Motion for leave /Debtors" Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362 Filed by Alleged Debtor WALL007 LLC (Lindauer, Joyce) |
| 64 | 06/15/2020 | Declaration re: /Declaration of Timothy Barton filed by Alleged Debtor WALL007 LLC (RE: related document(s)27 Motion to dismiss case /Second Motion to Dismiss). (Lindauer, Joyce) |
| 65 | 06/15/2020 | Notice of Appearance and Request for Notice Notice of Appearance and Request for Service of Notices and Pleadings, and Notice of Amended State Court Filing related to Dkt. No. 63 Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chp 7 Proceedings (RE: Related document(s) 63 Motion for leave /Debtors" Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362 filed by Alleged Debtor WALL007 LLC) by Katherine T. Hopkins filed by Interested Parties L. Allen Hodges, III, Blackfoot Interest, Ltd., LAH III Family Specific Interest, Ltd., Tejas Group, Ltd.. (Attachments: # 1 Exhibit A) (Hopkins, Katherine). . Modified on 6/15/2020 (Rielly, Bill). |
| | 06/15/2020 | 66 Hearing held on 6/15/2020. (RE: related document(s)27 Motion to dismiss case /Second Motion to Dismiss Filed by Alleged Debtor WALL007 LLC) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION DENIED; DEADLINE FOR WET SIGNATURES WILL BE 7/6/2020; MS. LINDAUER TO PREPARE ORDER.) (Green, Shanette) |
| 67 | 06/15/2020 | Motion for expedited hearing(related documents 63 Motion for leave) Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) (GRANTED ORALLY; DKT #63 SET FOR HEARING ON 6/19/20 AT 10:00 AM VIA WEBEX) Modified on 6/16/2020 (Bergreen, J.) |
| 68 | 06/16/2020 | Objection to (related document(s): 67 Motion for expedited hearing(related documents 63 Motion for leave) filed by Alleged Debtor WALL007 LLC) The State Court Plaintiffs" Objection to Alleged Debtors" Motion for Expedited Hearing filed by Interested Parties Blackfoot Interest, Ltd., L. Allen Hodges, III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd.. (Attachments: # 1 Exhibit A) (Hopkins, Katherine) |
| 69 | 06/16/2020 | Expedited Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related |

| # | Date | Proceeding Text |
|---|---|---|
| | | document(s)63 Motion for leave /Debtors" Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362 Filed by Alleged Debtor WALL007 LLC). Hearing to be held on 6/19/2020 at 10:00 AM Dallas Judge Hale Ctrm for 63, (Lindauer, Joyce) |
| 70 | 06/16/2020 | Support/supplemental document/Alleged Debtors" Supplement to Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. Section 362 filed by Alleged Debtor WALL007 LLC (RE: related document(s)63 Motion for leave /Debtors" Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362). (Lindauer, Joyce) |
| 71 | 06/17/2020 | Transcript regarding Hearing Held 06/03/2020 RE: 38, motion to quash. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 09/15/2020. Until that time the transcript may be viewed at the Clerk"s Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy Sumner, Telephone number 214802-7196. (RE: related document(s) 44 Hearing held on 6/3/2020. (RE: related document(s)38 Motion to quash (Emergency Motion) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou.) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED IN PART; MR. PACKMAN TO UPLOAD ORDER AFTER CIRCULATING.)). Transcript to be made available to the public on 09/15/2020. (Sumner, Cindy) |
| 72 | 06/17/2020 | Notice /Joint Discovery Plan filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 73 | 06/17/2020 | Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)63 Motion for leave /Debtors" Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362). (Lindauer, Joyce) |
| 74 | 06/18/2020 | Notice of Appearance and Request for Notice by Michael P. Ridulfo filed by Bob Jiang, Michael Fu. (Ridulfo, Michael) |