Dee J. Kelly, Jr.
Tex. Bar I.D. 11217250
Katherine T. Hopkins
Tex. Bar I.D. 24070737
Joakim G. Soederbaum
Tex. Bar I.D. 24091338
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

ATTORNEYS FOR L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| WALL007 LLC, *et al.*[1], | § | |
| | § | Case No. 20-31131 (HDH) |
| Alleged Debtors. | § | (Jointly Administered) |
| | § | |

**THE STATE COURT PLAINTIFFS' DESIGNATION OF WITNESSES AND EXHIBITS FOR JUNE 19, 2020 HEARING**

L. Allen Hodges III, as Independent Executor of The Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., and Blackfoot Interest, Ltd. (all collectively, the "State Court Plaintiffs"), non-creditors and parties-in-interest in the above-styled case, file this Witness and Exhibit List for the hearing on the Alleged Debtors' Emergency Motion to Enforce Automatic Stay [Doc. No. 63] and Supplement thereto [Doc. No. 70] currently scheduled for June 19, 2019 at 10:00 a.m. (the "Hearing"), before the Honorable Harlin D. Hale.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

## I. WITNESSES

The State Court Plaintiffs designate the following persons who may be called as witnesses to testify at the Hearing:

1. Any witness called or designated by another party; and
2. Any rebuttal or impeachment witnesses, as necessary.

## II. EXHIBITS

The State Court Plaintiffs respectfully request that this Court take judicial notice of all filings made and orders entered in the matter styled *L. Allen Hodges III, et al. v. 2999TC LP, LLC, et al.*, Cause No. 141-316567-20, pending in the 141st District Court of Tarrant County, Texas, the Honorable John Chupp, and admit those exhibits without separate physical introduction, which the State Court Plaintiffs may use as exhibits at the Hearing. In addition, the State Court Plaintiffs may offer into evidence any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Plaintiffs - Exhibit A | First Amended Petition; | | | |
| Plaintiffs - Exhibit B | June 15, 2020, E-mail from Joyce Lindauer; | | | |
| Plaintiffs - Exhibit C | May 18-19, 2020 E-mail string regarding agreement to extend temporary restraining order; | | | |
| Plaintiffs - Exhibit D | Wall009 Corporate Ownership Statement [Doc. No. 17]; | | | |
| Plaintiffs - Exhibit E | Wall009 List of Creditors [Doc. No. 19]; | | | |
| Plaintiffs - Exhibit F | Motion for Default Judgment; | | | |
| Plaintiffs - Exhibit G | June 5, 2020, E-mail from Elizabeth Brandon; | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | Any document which any other party introduces; and | | | |
| | Any exhibit necessary to rebut the evidence or testimony of another party. | | | |

The State Court Plaintiffs reserve the right to supplement this Witness and Exhibit List as necessary to introduce any other documents designated by any other party and to rebut the testimony of witnesses called or exhibits designated by any other party. The State Court Plaintiffs reserve the right to introduce additional exhibits (not designated herein) to rebut any evidence presented via testimony or exhibits at the Hearing.

The State Court Plaintiffs reserve the right to hereafter supplement, amend or modify this list as appropriate. The State Court Plaintiffs also reserve the right to present demonstrative exhibits.

Dated: June 18, 2020

Respectfully submitted,

*/s/ Katherine T. Hopkins*

Dee J. Kelly, Jr.
Tex. Bar I.D. 11217250
Katherine T. Hopkins
Tex. Bar I.D. 24070737
Joakim G. Soederbaum
Tex. Bar I.D. 24091338
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly@kellyhart.com
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

**ATTORNEYS FOR L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this June 18, 2020, a true and correct copy of the foregoing was served on all parties receiving notification via ECF notification.

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins

31547996v1