# EXHIBIT C

**Janet McNeese**

**From:** Tim Barton <tbarton@jmjdevelopment.com>
**Sent:** Tuesday, May 19, 2020 8:59 AM
**To:** Joakim Soederbaum; Brandon, Elizabeth C.
**Subject:** Re:

I affirmative state that myself on my own behalf and on behalf of JMJ Development, LLC agree to the request as set forth in the attached motion (1) for the extension of the existing temporary restraining order, and (2) that the hearing on the request for a temporary injunction be moved to 9:30 a.m. on June 16, 2020

Agreed
Tim Barton
Sent from my BlackBerry 10 smartphone.

---

**From:** Joakim Soederbaum
**Sent:** Tuesday, 19 May 2020 8:33 AM
**To:** Tim Barton; Brandon, Elizabeth C.
**Subject:** RE: Re:

Thank you both. I will get this finalized and presented to the Court. Mr. Barton, I am assuming that the question mark at the end of your affirmation was inadvertently included from copying the below language, but just to be clear, can you please confirm real quick that's the case?

Thank you,

Joakim

---

**From:** Tim Barton [mailto:tbarton@jmjdevelopment.com]
**Sent:** Monday, May 18, 2020 10:34 PM
**To:** Joakim Soederbaum; Brandon, Elizabeth C.; Tim Barton
**Subject:** Re:

I affirmative state that myself on my own behalf and on behalf of JMJ Development, LLC agree to the request as set forth in the attached motion (1) for the extension of the existing temporary restraining order, and (2) that the hearing on the request for a temporary injunction be moved to 9:30 a.m. on June 16, 2020?

Sent from my BlackBerry 10 smartphone.

---

**From:** Joakim Soederbaum
**Sent:** Monday, 18 May 2020 11:07 PM
**To:** Brandon, Elizabeth C.; Tim Barton
**Subject:** RE: Re:

Thank you both for your prompt responses.

I see no reason to change things up from our previous extension and have attached a substantially similar motion and proposed order. Can you both please review and let me know if you have any changes?

Ms. Brandon, would you please also let me know if I have you permission to add your electronic signature?

Mr. Barton, if everything is acceptable to you, would you please respond to this email and affirmatively state that you on your own behalf and on behalf of JMJ Development, LLC agree to the request as set forth in the attached motion (1) for the extension of the existing temporary restraining order, and (2) that the hearing on the request for a temporary injunction be moved to 9:30 a.m. on June 16, 2020?

As soon as I have everyone's express agreement, I will get this filed and bring it to the Court's attention.

Thank you,

Joakim

---

**From:** Brandon, Elizabeth C. [mailto:EBrandon@reedsmith.com]
**Sent:** Monday, May 18, 2020 2:22 PM
**To:** Tim Barton; Joakim Soederbaum
**Subject:** RE: Re:

Thanks, Joakim. The company agrees as well. Please circulate a draft of the revised paperwork.

Best,

Elizabeth

**Elizabeth C. Brandon**
**Partner**
Office +1 469-680-4212
ebrandon@reedsmith.com

ReedSmith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
**www.reedsmith.com**

---

**From:** Tim Barton <tbarton@jmjdevelopment.com>
**Sent:** Monday, May 18, 2020 1:34 PM
**To:** Joakim Soederbaum <Joakim.Soederbaum@kellyhart.com>; Brandon, Elizabeth C. <EBrandon@reedsmith.com>
**Subject:** Re:

EXTERNAL E-MAIL - From tbarton@jmjdevelopment.com

I agree

Tim Barton

Sent from my BlackBerry 10 smartphone.

---

**From:** Joakim Soederbaum
**Sent:** Monday, 18 May 2020 2:21 PM
**To:** Tim Barton; Brandon, Elizabeth C.

**Subject:** RE:

Good afternoon,

It is my understanding that nothing has yet been resolved on the transactional side and that Mr. Barton may still be out of state. In light of Memorial Day Weekend coming up it is highly unlikely that everything would be sorted out before Tuesday's hearing. Accordingly, to save the parties time and expense in preparing for that hearing, I am reaching out to see whether 2999TC, JMJ, and Mr. Barton would all agree to another extension of the current temporary restraining order and to further push the temporary injunction hearing. Please respond to this email at your earliest convenience and let me know if you agree to extend the TRO and push the TI hearing until June 16. If so, I'll prepare the necessary paperwork and circulate for approval.

Thank you,

Joakim

**Joakim Soederbaum**
*Attorney*

KELLY HART
201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102
TELEPHONE (817) 878-9369
FAX (817) 878-9876
*joakim.soederbaum@kellyhart.com*
*www.kellyhart.com*

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged. If you have received this communication in error, do not read it. Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error. Then delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

**From:** Tim Barton [mailto:tbarton@jmjdevelopment.com]
**Sent:** Monday, May 11, 2020 3:58 PM
**To:** Joakim Soederbaum
**Cc:** Brandon, Elizabeth C.
**Subject:**

Joakim

Hope this does it for you

Tim

Sent from my BlackBerry 10 smartphone.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01