# EXHIBIT D

Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL009 LLC,** | § | **Case No. 20-31133-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtor.** | § | |

**ALLEGED DEBTOR'S CORPORATE OWNERSHIP STATEMENT**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Pursuant to FEDERAL RULES OF BANKRUPTCY PROCEDURE 1011(f) and 7007.1, and to enable the Judge to evaluate possible disqualification or recusal, the undersigned authorized officer of WALL009 LLC, the Alleged Debtor in the above-captioned proceeding, certifies that it is a corporation as defined by 11 U.S.C. § 101(9) and the following is entities directly or indirectly owns 10% or more of any class of the corporation's equity interests, and that the last service of each holder is set forth below:

CARNEGIE DEVELOPMENT LLC (100.00%)
a Delaware limited liability company
c/o INCORP SERVICES, INC., its Registered Agent
919 North Market Street, Suite 950
Wilmington, DE 19801

Dated: May 14, 2020

**WALL009 LLC**
**a Texas limited liability company**

By: CARNEGIE DEVELOPMENT LLC,
a Delaware limited liability company,
its Managing Member

Name: Timothy Barton
Title: President