# EXHIBIT B

Cause Number 141-316567-20

L. ALLEN HODGES III, ET AL                    2999TC LP, LLC, ET AL

VS

# OFFICER'S RETURN

Received this Citation By Certified Mail on the 23rd day of April, 2020 at 8:04 AM ; and executed at B/S MEMBER-TIM BARTON 1755 WITTINGTON PL STE 340 DALLAS TX 75234

within the county of ______ State of TX on the 28th day of April, 2020 by mailing to the within named 2999TC LP LLC a true copy of this Citation By Certified Mail together with the accompanying copy of:

PLAINTIFF'S ORIGINAL PETITION

Authorized Person/Constable/Sheriff: Thomas A. Wilder
100 N CALHOUN
FORT WORTH TX 76196-0402

County of Tarrant, State of Texas

By Yolanda E. Garza Deputy

Fees $ 75.00    YOLANDA GARZA

(Must be verified if served outside the State of Texas)

State of ______ County of ______

Signed and sworn to by the said ______ before me this ______

to certify which witness my hand and seal of office

(Seal) E-MAILED

DISTRICT COURT OF TARRANT COUNTY, TEXAS

Victoria [signature]

County of Tarrant, State of Texas

*14131656720000009*

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

**ORIGINAL**

*CITATION* *Cause No. 141-316567-20*

L. ALLEN HODGES III, ET AL
VS.
2999TC LP, LLC, ET AL

TO: 2999TC LP LLC

B/S REG AGENT-INCORP SERVICES INC 919 N MARKET ST STE 950 WILMINGTON, DE 198

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFFS being

L ALLEN HODGES, III, TEJAS GROUP LTD, LAH III FAMILY SPECIFIC INTEREST LTD, BLACKFOOT INTEREST LTD.

Filed in said Court on April 22nd, 2020 Against
2999TC LP LLC, JMJ DEVELOPMENT LLC, TIM BARTON

For suit, said suit being numbered 141-316567-20 the nature of which demand is as shown on said PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION a copy of which accompanies this citation.

FILED TARRANT COUNTY 2020 MAY -4 PM 4:00 THOMAS A. WILDER DISTRICT CLERK

DEE J KELLY, JR
Attorney for L ALLEN HODGES, III Phone No. (817)332-2500
Address 201 MAIN ST STE 2500 FORT WORTH, TX 76102

Thomas A. Wilder, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 22nd day of April, 2020.

By *Tamara Colacino* Deputy
TAMARA COLACINO

DISTRICT COURT OF TARRANT COUNTY, TEXAS

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *14131656720000009*

Received this Citation on the _______ day of _______________, _______ at ______ o'clock ___M; and executed at _______________ within the county of _______________, State of _________ at ________ o'clock ___M on the ________ day of _______________, _______ by mailing to the within named _______________

a true copy of this Citation together with the accompanying copy of PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION having first endorsed on same the date of delivery.

Deputy/Constable/Sheriff: _______________

County of _______________ State of _________ By _______________ Deputy

Fees $_________

State of _________ County of _______________ (Must be verified if served outside the State of Texas)

Signed and sworn to by the said _______________ before me this _____ day of _________, _____

to certify which witness my hand and seal of office

(Seal)

County of _______________, State of _______________

7019 0160 0001 0222 0779

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
CLIENT PRODUCTION
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$ 7.35

Postmark Here
APR 23 2020
DALLAS TX 75260

Sent To
B/S REG AGENT-INCORP SERVICES INC
Street and Apt. No.
919 N MARKET ST STE 950
City, State, ZIP+4
WILMINGTON, DE 19801

141-316567-20 DP/TJC/CM

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7019 0160 0001 0222 0779

FILED
TARRANT COUNTY
2020 MAY -4 PM 4:00
THOMAS A. WILDER
DISTRICT CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2999TC LP LLC
B/S REG AGENT-INCORP SERVICES INC
919 N MARKET ST STE 950
WILMINGTON, DE 19801

141-316567-20 DP/TJC/CM

9590 9402 4878 9032 3450 65

2. Article Number (Transfer from service label)
7019 0160 0001 0222 0779

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C119 ☒ Agent ☐ Addressee

B. Received by (Printed Name)
AA

C. Date of Delivery
4-28-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

*CITATION*

Cause No. 141-316567-20

L. ALLEN HODGES III, ET AL

VS.

2999TC LP, LLC, ET AL

ISSUED

This 22nd day of April, 2020

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By TAMARA COLACINO Deputy

DEE J KELLY, JR
Attorney for: L ALLEN HODGES, III
Phone No. (817)332-2500
ADDRESS: 201 MAIN ST STE 2500

FORT WORTH, TX 76102

*CIVIL LAW*

*14131656720000009*

ORIGINAL

# EXHIBIT C

# Delaware

The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "2999TC LP, LLC" AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF FORMATION, FILED THE TENTH DAY OF SEPTEMBER, A.D. 2019, AT 2:45 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "2999TC LP, LLC".*

Jeffrey W. Bullock, Secretary of State

SECRETARY'S OFFICE 1793 DELAWARE 1855

7602115 8100H
SR# 20205435314

Authentication: 203030110
Date: 06-02-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
# CERTIFICATE OF FORMATION
# OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1. The name of the limited liability company is 2999TC LP, LLC.

2. The Registered Office of the limited liability company in the State of Delaware is located at 919 North Market Street, Suite 950 (street), in the City of Wilmington, Zip Code 19801. The name of the Registered Agent at such address upon whom process against this limited liability company may be served is Incorp Services, Inc..

By: [signature]
Authorized Person

Name: Vance McMurry
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:45 PM 09/10/2019
FILED 02:45 PM 09/10/2019
SR 20196961406 - File Number 7602115

# EXHIBIT D

**CAUSE NO. 141-316567-20**

| | | |
|---|---|---|
| **L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD.,** | § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § | **141ST JUDICIAL DISTRICT** |
| **v.** | § | |
| **2999TC LP, LLC, JMJ DEVELOPMENT, LLC, AND TIM BARTON,** | § | |
| **Defendants.** | § | **TARRANT COUNTY, TEXAS** |

**CERTIFICATE OF LAST KNOWN ADDRESSES**

TO THE CLERK OF THE COURT:

Plaintiff certifies to the Clerk of this Court that the last known addresses of Defendants 2999TC LP, LLC, JMJ Development, LLC, and Tim Barton in the above-entitled and numbered cause against whom a default judgment is requested to be rendered, are as follows:

1. 2999TC LP, LLC
   c/o Elizabeth Brandon
   **REED SMITH LLP**
   2501 N. Harwood St, Ste. 1700
   Dallas, TX 75201

2. JMJ Development, LLC
   Attn: Tim Barton, CEO
   1755 Wittington Place, Suite 340
   Dallas, Texas 75234

3. Tim Barton
   3525 Arrowhead Drive.
   Dallas, Texas 75204

Respectfully submitted,

***/s/ Joakim G. Soederbaum***

Dee J. Kelly, Jr.
dee.kelly@kellyhart.com
State Bar No. 11217250
Joakim G. Soederbaum
joakim.soederbaum@kellyhart.com
State Bar No. 24091338
**KELLY, HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: 817-332-2500
Facsimile: 817-878-9280

**COUNSEL FOR PLAINTIFFS**

# EXHIBIT E

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

# CITATION

*Cause No. 141-316567-20*

FILED
TARRANT COUNTY
5/1/2020 1:09 PM
THOMAS A. WILDER
DISTRICT CLERK

L. ALLEN HODGES III, ET AL
VS.
2999TC LP, LLC, ET AL

TO: JMJ DEVELOPMENT LLC

B/S REG AGENT-ONE AGENT TEXAS LLC 13901 MIDWAY RD STE 102 DALLAS, TX 75244-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFFS being

L ALLEN HODGES, III, TEJAS GROUP LTD, LAH III FAMILY SPECIFIC INTEREST LTD, BLACKFOOT INTEREST LTD

Filed in said Court on April 22nd, 2020 Against
2999TC LP LLC, JMJ DEVELOPMENT LLC, TIM BARTON

For suit, said suit being numbered 141-316567-20 the nature of which demand is as shown on said PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION a copy of which accompanies this citation.

DEE J KELLY, JR
Attorney for L ALLEN HODGES, III Phone No. (817)332-2500
Address 201 MAIN ST STE 2500 FORT WORTH, TX 76102

Thomas A. Wilder, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 22nd day of April, 2020.

By Tamara Colacino
TAMARA COLACINO

A CERTIFIED COPY
ATTEST: 04/22/2020
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Tamara Colacino

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *14131656720000005*

Received this Citation on the 23rd day of April, 2020 at 5:00 o'clock P M; and executed at 1755 Wittington Pl. Ste 340 Dallas, TX 75234 within the county of Dallas, State of Texas at 3:00 o'clock P M on the 30th day of April, 2020 by delivering to the within named (Def.): JMJ Development LLC defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION, having first endorsed on same the date of delivery. by taping to the door of the office pursuant to Rule 106(b), with order for Substitute Service attached.

Authorized Person/Constable/Sheriff: Christopher LaFountain PSC: 16473 (3-31-21)
County of Tarrant State of Texas By Christopher LaFountain ~~Deputy~~

Fees $____

State of TX County of Tarrant (Must be verified if served outside the State of Texas)
Signed and sworn to by the said C. LaFountain before me this 1st day of May, 2020
to certify which witness my hand and seal of office

(Seal)

CHRISTOPHER J. FIORE
ID #11826697
My Commission Expires
December 22, 2023

County of Tarrant, State of TX

# *CITATION*

Cause No. 141-316567-20

L. ALLEN HODGES III, ET AL

VS.

2999TC LP, LLC, ET AL

ISSUED

This 22nd day of April, 2020

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By TAMARA COLACINO Deputy

DEE J KELLY, JR
Attorney for: L ALLEN HODGES, III
Phone No. (817)332-2500
ADDRESS: 201 MAIN ST STE 2500

FORT WORTH, TX 76102

*CIVIL LAW*

*14131656720000005*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

DISTRICT COURT OF TARRANT COUNTY, TEXAS
A CERTIFIED COPY
ATTEST: 04/22/2020
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXA
BY: /s/ Tamara Colacino

141-316567-20

FILED
TARRANT COUNTY
5/4/2020 12:27 PM
THOMAS A. WILDER
DISTRICT CLERK

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

CITATION

Cause No. 141-316567-20

L. ALLEN HODGES III, ET AL
VS.
2999TC LP, LLC, ET AL

TO: JMJ DEVELOPMENT LLC

B/S REG AGENT-ONE AGENT TEXAS LLC 13901 MIDWAY RD STE 102 DALLAS, TX 75244-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court, 100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFFS being

L ALLEN HODGES, III, TEJAS GROUP LTD, LAH III FAMILY SPECIFIC INTEREST LTD, BLACKFOOT INTEREST LTD

Filed in said Court on April 22nd, 2020 Against
2999TC LP LLC, JMJ DEVELOPMENT LLC, TIM BARTON

For suit, said suit being numbered 141-316567-20 the nature of which demand is as shown on said PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION a copy of which accompanies this citation.

DEE J KELLY, JR
Attorney for L ALLEN HODGES, III Phone No. (817)332-2500
Address 201 MAIN ST STE 2500 FORT WORTH, TX 76102

Thomas A. Wilder, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 22nd day of April, 2020.

By *Tamara Colacino*
TAMARA COLACINO

A CERTIFIED COPY
ATTEST: 04/22/2020
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Tamara Colacino

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *14131656720000005*

Received this Citation on the *24th* day of *April*, *2020* at *1* o'clock *P* M; and executed at *733 Wittington Place (#340) Dallas, TX 75234* within the county of *Dallas*, State of *TX* at *2:00* o'clock *P* M on the *1st* day of *May* *2020* by delivering to the within named (Def.): *JMJ Development LLC* defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION, having first endorsed on same the date of delivery. **Via certified mail, first class mail and email to tbarton@jmjdevelopment.com per Rule 106 order (with order attached) to each to Board Chairman and CEO Tim Barton*

Authorized Person/Constable/Sheriff: *[signature]* *C.V. Fiore PSC 4488 (7-31-20)*
County of *Tarrant* State of *TX* By _______ Deputy

Fees $ ______

State of *TX* County of *Tarrant* (Must be verified if served outside the State of Texas)
Signed and sworn to by the said *C.V. Fiore* before me this *4th* day of *May*, *2020* to certify which witness my hand and seal of office

(Seal) *Tammy Berryman*

County of *Tarrant*, State of *TX*

TAMMY JO BERRYMAN
Notary Public, State of Texas
Comm. Expires 05-23-2023
Notary ID 11905245

# *CITATION*

Cause No. 141-316567-20

L. ALLEN HODGES III, ET AL

VS.

2999TC LP, LLC, ET AL

ISSUED

This 22nd day of April, 2020

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By TAMARA COLACINO Deputy

DEE J KELLY, JR
Attorney for: L ALLEN HODGES, III
Phone No. (817)332-2500
ADDRESS: 201 MAIN ST STE 2500

FORT WORTH, TX 76102

*CIVIL LAW*

*14131656720000005*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

DISTRICT COURT OF TARRANT COUNTY, TEXAS

A CERTIFIED COPY
ATTEST: 04/22/2020
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXA
BY: /s/ Tamara Colacino

# EXHIBIT F

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Ruth R. Hughs
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

JMJ DEVELOPMENT, LLC
Filing Number: 801578251

Change of Registered Agent/Office March 05, 2020

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on June 02, 2020.

Ruth R. Hughs
Secretary of State

**Form 401**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

**Filing Fee: See Instructions**

## Statement of Change of Registered Office/Agent

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 801578251 03/05/2020**
**Document #: 953095000003**
**Image Generated Electronically for Web Filing**

### Entity Information

The name of the entity is :

**JMJ DEVELOPMENT, LLC**

The file number issued to the entity by the secretary of state is: **801578251**

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

**Tim Barton**

**13901 Midway Rd, Ste 102, LB 243, Dallas, TX, USA 75244**

### Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

Registered Agent Change

☑ A. The new registered agent is an organization by the name of:

**ONE Agent Texas, LLC**

OR

☐ B. The new registered agent is an individual resident of the state whose name is:

Registered Office Change

☑ C. The business address of the registered agent and the registered office address is changed to:

**13901 Midway Rd, Ste 102, Dallas, TX, USA 75244**

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

☑ B. The consent of the registered agent is maintained by the entity.

### Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **March 5, 2020** **Saskya Bedoya**

Signature of authorized person(s)

**FILING OFFICE COPY**

# EXHIBIT G

141-316567-20

FILED
TARRANT COUNTY
5/1/2020 1:09 PM
THOMAS A. WILDER
DISTRICT CLERK

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION* *Cause No. 141-316567-20*

L. ALLEN HODGES III, ET AL
VS.
2999TC LP, LLC, ET AL

TO: TIM BARTON

1755 WITTINGTON PL STE 340 DALLAS, TX 75234-
OR WHEREVER HE IS FOUND

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFFS being

L ALLEN HODGES, III, TEJAS GROUP LTD, LAH III FAMILY SPECIFIC INTEREST LTD, BLACKFOOT INTEREST LTD

Filed in said Court on April 22nd, 2020 Against
2999TC LP LLC, JMJ DEVELOPMENT LLC, TIM BARTON

For suit, said suit being numbered 141-316567-20 the nature of which demand is as shown on said PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION a copy of which accompanies this citation.

DEE J KELLY, JR
Attorney for L ALLEN HODGES, III Phone No. (817)332-2500
Address 201 MAIN ST STE 2500 FORT WORTH, TX 76102

Thomas A. Wilder, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 22nd day of April, 2020.

By Tamara Colacino
TAMARA COLACINO

A CERTIFIED COPY
ATTEST: 04/22/2020
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Tamara Colacino

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *14131656720000006*

Received this Citation on the 23rd day of April, 2020 at 5:00 o'clock P M; and executed at 3525 Arrowhead Dr. Dallas, Tx 75204 within the county of Dallas, State of Texas at 3:50 o'clock P M on the 30th day of April, 2020 by delivering to the within named (Def.): Tim Barton defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFFS' ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION, having first endorsed on same the date of delivery. by delivering to Jeremy, who is at least 16 years of Age, pursuant to Rule 106(b) with Order for Substitute Service attached.

Authorized Person/Constable/Sheriff: Christopher LaFountain PSC:16473
County of Tarrant State of Texas By Christopher LaFountain ~~Deputy~~ (3-31-21)

Fees $

State of TX County of TARRANT (Must be verified if served outside the State of Texas)
Signed and sworn to by the said C LAFOUNTAIN before me this 1st day of May, 2020
to certify which witness my hand and seal of office

(Seal)
CHRISTOPHER J. FIORE
ID #11826697
My Commission Expires
December 22, 2023

County of TARRANT, State of TX

*CITATION*

Cause No. 141-316567-20

L. ALLEN HODGES III, ET AL

VS.

2999TC LP, LLC, ET AL

ISSUED

This 22nd day of April, 2020

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By TAMARA COLACINO Deputy

DEE J KELLY, JR
Attorney for: L ALLEN HODGES, III
Phone No. (817)332-2500
ADDRESS: 201 MAIN ST STE 2500

FORT WORTH, TX 76102

*CIVIL LAW*

*14131656720000006*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

DISTRICT COURT OF TARRANT COUNTY, TEXAS

A CERTIFIED COPY
ATTEST: 04/22/2020
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Tamara Colacino

# EXHIBIT H

**CAUSE NO. 141-316567-20**

| | | |
|---|---|---|
| **L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD.,** | § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § | **141ST JUDICIAL DISTRICT** |
| **v.** | § | |
| **2999TC LP, LLC, JMJ DEVELOPMENT, LLC, AND TIM BARTON,** | § | |
| **Defendants.** | § | **TARRANT COUNTY, TEXAS** |

**SERVICE MEMBERS' AFFIDAVIT OF JOAKIM G. SOEDERBAUM**

STATE OF TEXAS §
§
COUNTY OF TARRANT §

BEFORE ME, the undersigned authority, on this day appeared Joakim G. Soederbaum, who is personally known by me, and after first being duly sworn according to law, upon his oath deposed and said:

1. "My name is Joakim G. Soederbaum. I am over eighteen years of age, of sound mind, and am legally competent to make this Affidavit. I have personal knowledge of the facts stated within this Affidavit, and each fact is true and correct.

2. "I am an attorney licensed to practice law in the state of Texas, and am an associated with the firm of Kelly Hart & Hallman LLP, which was retained by Plaintiffs L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr., Tejas Group, Ltd.,

LAH III Family Specific Interest, Ltd., and Blackfoot Interest, Ltd., to provide legal representation in the above-referenced matter.

3. "Defendant, Tim Barton, is not in military service as defined in the Service Members Civil Relief Act (formerly known as the Soldier's and Sailor's Civil Relief Act of 1940). Attached as **Exhibit H-1** to this Affidavit are the original verifications that I obtained from the Defense Manpower Data Center website confirming such fact.

4. "Defendant, JMJ Development, LLC, is not in military service as defined in the Service Members Civil Relief Act (formerly known as the Soldier's and Sailor's Civil Relief Act of 1940).

5. "Defendant, 2999TC LP, LLC, is not in military service as defined in the Service Members Civil Relief Act (formerly known as the Soldier's and Sailor's Civil Relief Act of 1940).

"FURTHER, AFFIANT SAYETH NOT."

Joakim G. Soederbaum

SUBSCRIBED AND SWORN TO BEFORE ME on the 5th day of June, 2020 to certify which witness my hand and official seal.

Notary Public in and for the State of Texas

NOTARY PUBLIC STATE OF TEXAS
JOHN R. LEWIS
Notary Public
STATE OF TEXAS
Notary ID # 124717271
My Comm. Exp. March 29, 2024

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date: Aug-XX-1963
Last Name: BARTON
First Name: TIM
Middle Name: L
Status As Of: Jun-03-2020
Certificate ID: 4HGVXM9YMFJPV9G

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

Michael V. Sorrento

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Jun-03-2020 03:46:40 PM

SCRA 5.4

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date: Aug-XX-1963
Last Name: BARTON
First Name: TIMOTHY
Middle Name: L
Status As Of: Jun-03-2020
Certificate ID: GWGKJ6G44TT4X7G

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

# EXHIBIT I

**CAUSE NO. 141-316567-20**

| | | |
|---|---|---|
| **L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD.,** | § § § § § § § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § § § | **141ST JUDICIAL DISTRICT** |
| **v.** | § § | |
| **2999TC LP, LLC, JMJ DEVELOPMENT, LLC, AND TIM BARTON,** | § § § § | |
| **Defendants.** | § | **TARRANT COUNTY, TEXAS** |

**AFFIDAVIT OF JOAKIM SOEDERBAUM IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

STATE OF TEXAS §
§
COUNTY OF TARRANT §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Joakim Soederbaum, a person known to me who after being duly sworn, deposed as follows:

1. "My name is Joakim Soederbaum. I am over twenty-one (21) years of age, have never been convicted of a felony, and am fully competent to testify to, and have personal knowledge of the matters stated in this Affidavit. Every statement of fact contained herein is within my personal knowledge and true and correct. I am a licensed attorney in the State of Texas and currently work at the law firm of Kelly Hart & Hallman LLP ('KHH'). My personal knowledge of the facts stated herein has been derived from the performance of my duties as one of the attorneys for L. Allen Hodges III, as Independent Executor of The Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., and Blackfoot Interest, Ltd. (all collectively, 'Plaintiffs'), and my review of the file, pleadings, motions, fee statements, and other papers associated with this cause.

2. "Plaintiffs employed KHH's services in connection with their efforts to protect their rights and interests in connection with a loan they made to 2999TC LP, LLC ('2999TC') in or around September of 2019, including but not limited to the litigation of the claims asserted in

the above-styled cause against 2999TC, JMJ Development, LLC ('JMJ'), and Tim Barton ('Barton') (all collectively, 'Defendants'). I have reviewed the file, pleadings, motions, fee statements, and other papers associated with this matter, including but not limited to Plaintiffs' Motion for Default Judgment and the exhibits attached thereto (the 'Motion'). The 204.5 hours which were expended for the purpose of protecting Plaintiffs' rights and interests in this matter as of June 4, 2020 included, but were not limited to, the following procedures

i) Fact gathering;

ii) Preparation and review of loan documents;

iii) Documentation of loan collateral;

iv) Preparation of several notices to Defendants concerning their various defaults in connection with the loan;

v) Drafting of pleadings;

vi) Legal research;

vii) Review of relevant documents;

viii) Applying for and obtaining a temporary restraining order against Defendants;

ix) Prepare and file a motion for substitute service and extension of the temporary restraining order;

x) Preparing for the hearing on Plaintiffs' application for a temporary injunction;

xi) Communications with Defendants' transactional counsel;

xii) Communications with counsel for 2999TC;

xiii) Communications with Barton and JMJ;

xiv) Prepare and file two unopposed motions to extend the temporary restraining order;

xv) Conferring with the client;

xvi) Reviewing time records and fee statements;

xvii) Preparing Plaintiffs' Motion and supporting documents; and

xviii) Pursuing settlement efforts and negotiations.

3. "The aforementioned 204.5 hours were expended by the following attorneys at their specified billing rates, as follows:

| Name | Hours Billed | Hourly Billing Rate | Total Fees |
|---|---|---|---|
| Dee Kelly | 7.8 | $595.00 | $4,641.00 |
| Brandon Hill | 41.6 | $450.00 | $18,720.00 |
| Joakim G. Soederbaum | 130.7 | $325.00 | $42,477.50 |
| Judy Collins | 24.4 | $210.00 | $5,124.00 |
| TOTAL | 204.5 | *** | $70,962.50 |

4. "Defendants previously submitted payment of $12,795.00 toward the fees incurred by Plaintiffs. Crediting that payment toward the fees incurred by Plaintiffs through June 4, 2020, leaves an outstanding balance of $58,167.50. Defendants have made no further payments toward these fees and are entitled to no other offsets or credits.

5. "In the event of an appeal by one or more of the Defendants of a judgment rendered in Plaintiffs' favor, Plaintiffs will incur reasonable and necessary attorney's fees as follows: (1) at least $20,000 to respond to an appeal to the Second Court of Appeals of Texas and to prepare for and present oral argument; (2) at least $10,000 to respond to or file a petition for review with the Texas Supreme Court; and (3) at least $20,000 to provide full briefing, if required by the Texas Supreme Court and to prepare for and present oral argument.

6. "Dee Kelly is a partner at KHH. He graduated from The University of Texas Law School in 1985 and has been a licensed attorney in the State of Texas since that time. Mr. Kelly has experience representing corporate and individual clients in a wide variety of business litigation in state and federal courts, including throughout Texas.

7. "Brandon Hill is a partner at KHH. He graduated from the Texas Tech University School of Law in 2006 and has been a licensed attorney in the State of Texas since that time. Mr. Hill has experience representing corporate and individual clients in a wide variety of transactional matters, including different forms of both secured and unsecured transactions and real estate developments.

8. "Judy Collins has an Associate's Degree in paralegal studies from an ABA approved college and has been performing substantive legal work as a litigation legal assistant with Kelly Hart & Hallman LLP for more than 11 years. Her education and 20 years of experience as a legal assistant qualify her to perform substantive legal work. The aforementioned hours that Ms. Collins spent on this case were spent performing substantive legal work under the direction and supervision of an attorney, including research and preparation of court documents.

9. "I am an associate attorney with KHH. I have been licensed to practice in Texas since 2014 and have been practicing law in Texas, including in and around Travis County and

Tarrant County, Texas, since 2014, primarily in the area of complex commercial litigation. Prior to joining KHH, I spent one year clerking for the Honorable Justice Debra Lehrmann at the Supreme Court of Texas, working on a broad variety of complex legal issues. In my practice, I have become personally familiar with the reasonable and customary rates of fees charged in the Tarrant County legal market, particularly the fees charged in litigation. The fees that have been charged in this case are customarily charged in this area for the same or similar services for attorneys that have worked on this case considering their experience, reputation, and ability, as well as the type of controversy, the time limitations imposed, and the nature and length of the firm's relationship with Plaintiffs.

10. "The fees set forth in Paragraphs 2 through 5 above are reasonable and necessary in protecting Plaintiffs' rights and interests in this matter, including prosecuting Plaintiffs' claims against Defendants. In reaching my conclusions and opinions, I have considered each of the factors set out in TEX. DISCIPLINARY R. PROF. CONDUCT 1.04, (STATE BAR RULES, art. X, § 9). Specifically, I have considered the following:

(1) the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;

(2) the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer;

(3) the fee customarily charged in the locality for similar legal services;

(4) the amount involved and the results obtained;

(5) the time limitations imposed by the client or by the circumstances;

(6) the nature and length of the professional relationship with the client;

(7) the experience, reputation, and ability of the lawyer or lawyers performing the services; and

(8) whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

I have also considered the decisions of the Texas Supreme Court in *Tony Gullo Motors I, LP v. Chapa*, 212 S.W.3d 299, 313 (Tex. 2006) (dealing with segregation in multi-claim cases); *Arthur Anderson & Co. v. Perry Equipment*, 925 S.W.2d 812 (1997) (relating to fee shifting in general); and *Stewart Title Guar. Co. v. Sterling*, 822 S.W.2d 1, 10-11 (Tex. 1991), modified on other grounds, *Tony Gullo Motors I, L.P. v. Chapa,* 212 S.W.3d 299 (Tex. 2006). My conclusions and opinions regarding the reasonableness and necessity of the attorney's fees incurred by Plaintiffs in connection with the prosecution of their claims against Defendants take into account Plaintiffs' obligation to segregate the fees incurred to the extent required by law and allowed by the circumstances. It is my opinion that all legal services provided to Plaintiffs in connection with these matters as summarized above have been incurred for the purpose of protecting Plaintiffs' rights and interests in this matter, including but not limited to Plaintiffs' claims against

Defendants for breach of the promissory notes and guaranties. Because the notes and guaranties at issue expressly provide for Plaintiffs' recovery of such fees, Plaintiffs are under no obligation to segregate their fees and are seeking 100% of the attorney's and paralegal's fees identified above. Even assuming Plaintiffs would otherwise have an obligation to segregate the fees incurred against 2999TC from those incurred against Barton and JMJ, the guaranties at issue make expressly clear that Barton and JMJ are liable for all amounts owed by 2999TC under the notes, and the factual circumstances giving rise to the claims against JMJ and Barton are so intertwined with the factual circumstances giving rise to the claims against 2999TC that segregation would be impossible. Despite my opinions on these matters, the hours and fees set forth in paragraphs 2-4 above reflect a discount of $3,598.00 worth of additional work on this matter.

11. "Attached as Exhibit I-1 to Plaintiffs' Motion is a true and correct copy of a printout from website for the Texas Secretary of State obtained by KHH on June 5, 2020. Attached as Exhibits I-2 through I-4 to Plaintiffs' Motion are true and correct copies of emails I sent and received in connection with this matter. Finally, attached as Exhibit I-5 to Plaintiffs' Motion is a true and correct copy of a screen shot from website for the Delaware Secretary of State obtained by KHH on June 2, 2020.

"FURTHER AFFIANT SAYETH NOT."

JOAKIM SOEDERBAUM

SWORN TO and SUBSCRIBED before me by Joakim Soederbaum on the 5th day of June, 2020, to certify which witness my hand and official seal.

Notary Public in and for the State of Texas

JOHN R. LEWIS
Notary Public
STATE OF TEXAS
Notary ID # 124717271
My Comm. Exp. March 29, 2024

# EXHIBIT I-1

# TEXAS SECRETARY of STATE
## RUTH R. HUGHS

**FIND ENTITY NAME SEARCH**

This search was performed with the following search parameter:
**ENTITY NAME :** 2999TC LP

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| | 803327854 | 2999TC JMJ LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| | 803387209 | 2999TC Acquisitions, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| | 803387231 | 2999TC Acquisitions MZ, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| | 803387209 | MO 2999TC, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | Prior |
| | 803387231 | MO 2999TC MZ, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | Prior |

Return to Order | New Search

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# EXHIBIT I-2

**Judy Collins**

| | |
|---|---|
| **From:** | Brandon, Elizabeth C. <EBrandon@reedsmith.com> |
| **Sent:** | Wednesday, May 27, 2020 6:03 PM |
| **To:** | Joakim Soederbaum; Tim Barton |
| **Cc:** | Purcell, Bradley |
| **Subject:** | RE: Re: |

Thanks, Joakim. For the company, we construe the Supreme Court's Emergency order to modify the service and related answer deadlines. We intend to file an answer on June 1.

**Elizabeth C. Brandon**
Partner
email@reedsmith.com
Direct: +1 469 680 4212

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Joakim Soederbaum <Joakim.Soederbaum@kellyhart.com>
**Sent:** Wednesday, May 27, 2020 5:49 PM
**To:** Brandon, Elizabeth C. <EBrandon@reedsmith.com>; Tim Barton <tbarton@jmjdevelopment.com>
**Cc:** Purcell, Bradley <BPurcell@reedsmith.com>
**Subject:** RE: Re:

EXTERNAL E-MAIL - From Joakim.Soederbaum@kellyhart.com

Elizabeth,

Here is what I have:

2999TC LP, LLC was mailed out via CMRRR by the clerk on 4/23/20. Adding three additional days to the 20 makes it 5/16/20 and the first following Monday 5/18/20.

JMJ Development was sub served via posting on the door on 4/30/20 and going out in the mail on 5/1/20. Adding 20 days, the first following Monday was 5/25/20.

Mr. Barton was served via hand delivery to someone over 16 years of age on 4/30/20. Adding 20 days, the first following Monday was 5/25/20 (which was Memorial Day).

If I am missing something, please let me know.

Joakim

**From:** Brandon, Elizabeth C. [mailto:EBrandon@reedsmith.com]
**Sent:** Wednesday, May 27, 2020 4:29 PM
**To:** Joakim Soederbaum; Tim Barton
**Cc:** Purcell, Bradley
**Subject:** RE: Re:

Joakim,

We have the answer deadline to be June 1, not last week. How are you calculating?

**Elizabeth C. Brandon**
Partner
email@reedsmith.com
Direct: +1 469 680 4212

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Joakim Soederbaum <Joakim.Soederbaum@kellyhart.com>
**Sent:** Wednesday, May 27, 2020 4:26 PM
**To:** Tim Barton <tbarton@jmjdevelopment.com>; Brandon, Elizabeth C. <EBrandon@reedsmith.com>
**Subject:** RE: Re:

EXTERNAL E-MAIL - From Joakim.Soederbaum@kellyhart.com

Good afternoon,

Our records indicate that the deadline for 2999TC to file an answer was last Monday, May 18, and the deadline for Mr. Barton and JMJ was yesterday, May 26. Please advise as to whether the various defendants will be filing their answers this week.

Thank you,

Joakim

**Joakim Soederbaum**
*Attorney*

KELLY HART
201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102
TELEPHONE (817) 878-9369
FAX (817) 878-9876
*joakim.soederbaum@kellyhart.com*
*www.kellyhart.com*

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged. If you have received this communication in error, do not read it. Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error. Then delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

**From:** Tim Barton [mailto:tbarton@jmjdevelopment.com]
**Sent:** Tuesday, May 19, 2020 8:59 AM
**To:** Joakim Soederbaum; Brandon, Elizabeth C.
**Subject:** Re:

I affirmative state that myself on my own behalf and on behalf of JMJ Development, LLC agree to the request as set forth in the attached motion (1) for the extension of the existing temporary restraining order, and (2) that the hearing on the request for a temporary injunction be moved to 9:30 a.m. on June 16, 2020

Agreed
Tim Barton
Sent from my BlackBerry 10 smartphone.

**From:** Joakim Soederbaum
**Sent:** Tuesday, 19 May 2020 8:33 AM
**To:** Tim Barton; Brandon, Elizabeth C.
**Subject:** RE: Re:

Thank you both. I will get this finalized and presented to the Court. Mr. Barton, I am assuming that the question mark at the end of your affirmation was inadvertently included from copying the below language, but just to be clear, can you please confirm real quick that's the case?

Thank you,

Joakim

**From:** Tim Barton [mailto:tbarton@jmjdevelopment.com]
**Sent:** Monday, May 18, 2020 10:34 PM
**To:** Joakim Soederbaum; Brandon, Elizabeth C.; Tim Barton
**Subject:** Re:

I affirmative state that myself on my own behalf and on behalf of JMJ Development, LLC agree to the request as set forth in the attached motion (1) for the extension of the existing temporary restraining order, and (2) that the hearing on the request for a temporary injunction be moved to 9:30 a.m. on June 16, 2020?

Sent from my BlackBerry 10 smartphone.

**From:** Joakim Soederbaum
**Sent:** Monday, 18 May 2020 11:07 PM
**To:** Brandon, Elizabeth C.; Tim Barton
**Subject:** RE: Re:

Thank you both for your prompt responses.

I see no reason to change things up from our previous extension and have attached a substantially similar motion and proposed order. Can you both please review and let me know if you have any changes?

Ms. Brandon, would you please also let me know if I have you permission to add your electronic signature?

Mr. Barton, if everything is acceptable to you, would you please respond to this email and affirmatively state that you on your own behalf and on behalf of JMJ Development, LLC agree to the request as set forth in the attached motion (1) for the extension of the existing temporary restraining order, and (2) that the hearing on the request for a temporary injunction be moved to 9:30 a.m. on June 16, 2020?

As soon as I have everyone's express agreement, I will get this filed and bring it to the Court's attention.

Thank you,

Joakim

---

**From:** Brandon, Elizabeth C. [mailto:EBrandon@reedsmith.com]
**Sent:** Monday, May 18, 2020 2:22 PM
**To:** Tim Barton; Joakim Soederbaum
**Subject:** RE: Re:

Thanks, Joakim. The company agrees as well. Please circulate a draft of the revised paperwork.

Best,

Elizabeth

**Elizabeth C. Brandon**
**Partner**
Office +1 469-680-4212
ebrandon@reedsmith.com

ReedSmith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
**www.reedsmith.com**

---

**From:** Tim Barton <tbarton@jmjdevelopment.com>
**Sent:** Monday, May 18, 2020 1:34 PM
**To:** Joakim Soederbaum <Joakim.Soederbaum@kellyhart.com>; Brandon, Elizabeth C. <EBrandon@reedsmith.com>
**Subject:** Re:

EXTERNAL E-MAIL - From tbarton@jmjdevelopment.com

I agree

Tim Barton

Sent from my BlackBerry 10 smartphone.

**From:** Joakim Soederbaum
**Sent:** Monday, 18 May 2020 2:21 PM
**To:** Tim Barton; Brandon, Elizabeth C.
**Subject:** RE:

Good afternoon,

It is my understanding that nothing has yet been resolved on the transactional side and that Mr. Barton may still be out of state. In light of Memorial Day Weekend coming up it is highly unlikely that everything would be sorted out before Tuesday's hearing. Accordingly, to save the parties time and expense in preparing for that hearing, I am reaching out to see whether 2999TC, JMJ, and Mr. Barton would all agree to another extension of the current temporary restraining order and to further push the temporary injunction hearing. Please respond to this email at your earliest convenience and let me know if you agree to extend the TRO and push the TI hearing until June 16. If so, I'll prepare the necessary paperwork and circulate for approval.

Thank you,

Joakim

**Joakim Soederbaum**
*Attorney*

KELLY HART
201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102
TELEPHONE (817) 878-9369
FAX (817) 878-9876
*joakim.soederbaum@kellyhart.com*
*www.kellyhart.com*

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged. If you have received this communication in error, do not read it. Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error. Then delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** Tim Barton [mailto:tbarton@jmjdevelopment.com]
**Sent:** Monday, May 11, 2020 3:58 PM
**To:** Joakim Soederbaum
**Cc:** Brandon, Elizabeth C.
**Subject:**

Joakim

Hope this does it for you

Tim

Sent from my BlackBerry 10 smartphone.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this

message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

# EXHIBIT I-3

**Judy Collins**

| | |
|---|---|
| **From:** | Joakim Soederbaum |
| **Sent:** | Thursday, April 30, 2020 7:50 PM |
| **To:** | Brandon, Elizabeth C. |
| **Cc:** | Purcell, Bradley; Judy Collins |
| **Subject:** | RE: Hodges v 2999TC, Cause No. 141-316567-20 |
| **Attachments:** | Original Petition and Request for Injunctive Relief.pdf; 316567 TRO.PDF; 14131656720000005 Citation.pdf; 14131656720000006 Citation.pdf; 14131656720000015 TRO.PDF; 14131656720000014 TRO.PDF; 316567 Order Authorizing Sub Service & Extending TRO.PDF |

Elizabeth and Brad,

Pleasure talking to you both today. As a quick follow up to our conversation, it turns out that service on JMJ Development and Mr. Barton was completed before we spoke. While I know that you currently represent only 2999TC and will get back with me tomorrow regarding whether you will represent Mr. Barton and/or JMJ Development as well, I have gone ahead and attached copies of the petition, TRO, citations for JMJ and Barton (just in case you end up representing them as well), and order authorizing substitute service and extending the TRO for your records. If you need any additional documents for purposes of getting caught up to speed, please do not hesitate to let me know.

I look forward to working with both of you in connection with this matter.

Best,

Joakim

---

**From:** Brandon, Elizabeth C. [mailto:EBrandon@reedsmith.com]
**Sent:** Thursday, April 30, 2020 4:05 PM
**To:** Joakim Soederbaum
**Cc:** Purcell, Bradley; Judy Collins
**Subject:** RE: Hodges v 2999TC, Cause No. 141-316567-20

Thank you.

**Elizabeth C. Brandon**
**Partner**
Office +1 469-680-4212
ebrandon@reedsmith.com

ReedSmith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
www.reedsmith.com

---

**From:** Joakim Soederbaum <Joakim.Soederbaum@kellyhart.com>
**Sent:** Thursday, April 30, 2020 4:00 PM
**To:** Brandon, Elizabeth C. <EBrandon@reedsmith.com>
**Cc:** Purcell, Bradley <BPurcell@reedsmith.com>; Judy Collins <judy.collins@kellyhart.com>
**Subject:** RE: Hodges v 2999TC, Cause No. 141-316567-20

EXTERNAL E-MAIL - From Joakim.Soederbaum@kellyhart.com

That shouldn't be a problem. Got somewhat held up myself, so no worries.

---

**From:** Brandon, Elizabeth C. [mailto:EBrandon@reedsmith.com]
**Sent:** Thursday, April 30, 2020 3:30 PM
**To:** Joakim Soederbaum
**Cc:** Purcell, Bradley; Judy Collins
**Subject:** RE: Hodges v 2999TC, Cause No. 141-316567-20

Joakim, I'm on a call that is running long. Will you be available after 5 or 5:30 today?

**Elizabeth C. Brandon**
**Partner**
Office +1 469-680-4212
ebrandon@reedsmith.com

ReedSmith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
**www.reedsmith.com**

---

**From:** Brandon, Elizabeth C.
**Sent:** Thursday, April 30, 2020 1:57 PM
**To:** 'Joakim Soederbaum' <Joakim.Soederbaum@kellyhart.com>
**Cc:** Purcell, Bradley <BPurcell@reedsmith.com>; Judy Collins <judy.collins@kellyhart.com>
**Subject:** RE: Hodges v 2999TC, Cause No. 141-316567-20

Thanks, Joakim. We can give you a call around 3:30.

**Elizabeth C. Brandon**
**Partner**
Office +1 469-680-4212
ebrandon@reedsmith.com

ReedSmith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
**www.reedsmith.com**

---

**From:** Joakim Soederbaum <Joakim.Soederbaum@kellyhart.com>
**Sent:** Thursday, April 30, 2020 12:18 PM
**To:** Brandon, Elizabeth C. <EBrandon@reedsmith.com>
**Cc:** Purcell, Bradley <BPurcell@reedsmith.com>; Judy Collins <judy.collins@kellyhart.com>
**Subject:** RE: Hodges v 2999TC, Cause No. 141-316567-20

EXTERNAL E-MAIL - From Joakim.Soederbaum@kellyhart.com

Elizabeth,

Thank you for reaching out. To put your mind somewhat at ease while you get up to speed, I can let you know that this morning the Court signed the attached order authorizing substitute service on the other two defendants, JMJ Development, LLC and Mr. Barton, and extending the TRO until May 20 (and pushing the TI hearing as well). That said, I'd still be more than happy to get on a call with you this afternoon. I am working from home since childcare is closed, so please feel free to try my cell at any time that is convenient for you: (903) 257-8195.

Also, can you please let me know if your involvement in this matter is strictly limited to 2999TC or if you represent JMJ Development and Mr. Barton as well and, if so, if you will accept service on their behalf?

And just to let you know: we filed our motion yesterday (at which time we were unaware that any defendant had legal representation) and it is my understanding that the court has issued service directly to your client of the attached order by mail – so your client may still receive formal receive through those channels.

Thank you. I look forward to visiting with you this afternoon.

Best,

Joakim

**Joakim Soederbaum**
*Attorney*

KELLY HART

201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102
TELEPHONE (817) 878-9369
FAX (817) 878-9876
*joakim.soederbaum@kellyhart.com*
*www.kellyhart.com*

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged. If you have received this communication in error, do not read it. Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error. Then delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

**From:** Brandon, Elizabeth C. [mailto:EBrandon@reedsmith.com]
**Sent:** Thursday, April 30, 2020 9:03 AM
**To:** Joakim Soederbaum
**Cc:** Purcell, Bradley
**Subject:** Hodges v 2999TC, Cause No. 141-316567-20

Good morning, Joakim. Our firm has just been retained to represent 2999TC in this matter and in connection with the TRO and upcoming TI hearing. We understand there has been some communications with the company directly, but we are still trying to get up to speed on background. In light of the upcoming TI hearing, we would appreciate a chance to discuss the issues and, at the very least, push out the hearing date. Are you available this afternoon to discuss?

Best,

Elizabeth Brandon

**Elizabeth C. Brandon**
**Partner**
Office +1 469-680-4212
ebrandon@reedsmith.com

ReedSmith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
**www.reedsmith.com**

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

# EXHIBIT I-4

**Judy Collins**

**From:** Tim Barton <tbarton@jmjdevelopment.com>
**Sent:** Monday, May 11, 2020 3:58 PM
**To:** Joakim Soederbaum
**Cc:** Brandon, Elizabeth C.
**Attachments:** IMG_20200511_165718.jpg

Joakim

Hope this does it for you

Tim

Sent from my BlackBerry 10 smartphone.

# EXHIBIT I-5

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies




Department of State: Division of Corporations

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey
Loading...

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 7602115 | Incorporation Date / Formation Date: | 9/10/2019 (mm/dd/yyyy) |
| Entity Name: | 2999TC LP, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | INCORP SERVICES, INC. | | |
| Address: | 919 NORTH MARKET STREET, SUITE 950 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 800-246-2677 | | |

100%

Desktop 3:24 PM 6/2/2020