# EXHIBIT G

**Janet McNeese**

**From:** Brandon, Elizabeth C. <EBrandon@reedsmith.com>
**Sent:** Friday, June 05, 2020 5:09 PM
**To:** Joakim Soederbaum
**Cc:** Purcell, Bradley
**Subject:** 141-316567-20, Hodges v. 2999TC LP, LLC, et al. - Motion to Stay and Motion to Dissolve TRO

Good after, Joakim. As I discussed last week, I had hoped that the parties would have been able to voluntarily agree to pause the litigation to attempt to work out a resolution. Unfortunately, that has not happened. Thus, we intend to move to stay the proceedings because the collateral identified in plaintiffs' petition is tied up in the Chapter 7 bankruptcy proceedings involving the Wall entities. Please advise whether you oppose that motion.

Best,

Elizabeth

**Elizabeth C. Brandon**
Partner
email@reedsmith.com
Direct: +1 469 680 4212

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01