Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR TAMAMOI, LLC and FDRE, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | § | Case No. 20-31131 (HDH) |
| Debtor | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b), COMBINED WITH REQUEST FOR ALL CORRESPONDENCE**

TO THE HONORABLE JUDGE OF THE SAID COURT:

PLEASE TAKE NOTICE that Behrooz P. Vida of the law firm of THE VIDA LAW FIRM, PLLC, 3000 Central Drive, Bedford, Texas 76021, hereby enters his appearance on behalf of TAMAMOI, LLC and FDRE, INC., and requests that all copies, either formal or informal, by whatever means, of pleadings, reports, orders, documents, notices of hearings, and other communications be forwarded to:

THE VIDA LAW FIRM, PLLC
ATTENTION: Behrooz P. Vida
3000 Central Drive
Bedford, Texas 76021

1 The entities to be declared debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

Respectfully submitted:

By: /s/ Behrooz P. Vida June 22, 2020

Behrooz P. Vida
State Bar No. 20578040
Carla Reed Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
EMAIL: filings@vidalawfirm.com
TEL: (817) 358-9977
FAX: (817) 358-9988

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to the parties indicated on the mailing matrix attached to the original certificate filed with the Court.

WALL007 LLC, Debtor
13901 Midway Rd., Ste. 102
Dallas, TX 75244

VIA US MAIL

Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road, Suite 120
Houston, TX 77042

VIA ECF

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103

VIA ECF

| | |
|---|---|
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202 | VIA ECF |
| Dee J. Kelly, Jr.<br>Katherine T. Hopkins<br>Joakim G. Soederbaum<br>KELLY HART & HALLMAN LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | VIA ECF |
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

/s/ Behrooz P. Vida June 22, 2020
Behrooz P. Vida
Carla R. Vida