BTXN 208 (rev. 07/09)

IN RE: WALL007 LLC

DEBTOR

Expedited Motion For Leave/Debtor's Emergency Motion To Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362 Filed by Alleged Debtor WALL007 LLC

Case # 20−31131−hdh7

**TYPE OF HEARING**

WALL007 LLC, et al

**PLAINTIFF / MOVANT**

***VS***

Neighborhood Association of Lost Creek Estates, Inc.

**DEFENDANT / RESPONDENT**

Joyce W. Lindauer

**ATTORNEY**

Katherine T. Hopkins

**ATTORNEY**

**EXHIBITS**

Exhibit #1 − Docket Sheet for Consolidated Cases

Exhibit #2 − Debtor's Emergency Motion To Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings

Exhibit #3 − Notice of Appearance and Request for Service

Exhibit #4 − The State Court Plaintiffs' Objection to Alleged Debtor's Motion For Expedited Hearing

Exhibit #5 − Alleged Debtors' Supplement To Emergency Motion To Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings

Exhibit #6 − Notice of Appearance and Request for Service of Notices and Pleadings (Kathrine Hopkins)

Exhibit #A − First Amended Petition

Exhibit #B − June 15, 2020, Email from Joyce Lindauer

Exhibit #C − May 18−19, 2020, Email string regarding agreement to extend temporary restraining order

Exhibit #D − Wall009 Corporate Ownership Statement

Exhibit #E − Wall009 List of Creditors

Exhibit #F − Motion For Default Judgment

Exhibit #G − June 5, 2020, Email from Elizabeth Brandon

Michael Edmond

REPORTED BY

June 19, 2020

Harlin DeWayne Hale

JUDGE PRESIDING

HEARING
DATE