CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 22, 2020**

**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, et. al.**[1] | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ORDER ON SECOND MOTION OF ALLEGED DEBTORS TO DISMISS INVOLUNTARY PETITION WITHOUT PREJUDICE FOR PROCEDURAL DEFICIENCIES**

CAME ON FOR CONSIDERATION the Second Motion of Alleged Debtors to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies (the "**Motion**") filed by Wall007, LLC, et. al., the Alleged Debtors in the above-styled and numbered case. The Court having considered the pleadings on file and the arguments of counsel, and for the reasons stated on the record, (1) finds this matter to be a core proceeding pursuant to 28 U.S.C. § 157(b); (2) finds

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

that due and proper notice of the Motion has been provided to all parties in interest; and (3) finds good cause for entry of the following Order.[2] It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion is **PARTIALLY DENIED** and **PARTIALLY GRANTED** as set forth herein; it is further

**ORDERED, ADJUDGED AND DECREED** that all Petitioning Creditors shall provide their "wet", non-electronic signatures on the involuntary petition herein by no later July 6, 2020 to their Counsel who will provide them to the Alleged Debtor's Counsel; it is further

**ORDERED, ADJUDGED AND DECREED** that concurrently with the provision of signatures as ordered above and by no later than July 6, 2020, counsel for the Petitioning Creditors shall comply with this Court's General Order 2020-7 (Temporarily Suspending "Wet Signature" Requirement); it is further

**ORDERED, ADJUDGED AND DECREED** that except as ordered above the Motion is **DENIED WITHOUT PREJUDICE.**

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
ATTORNEYS FOR ALLEGED DEBTORS

[2] Capitalized terms not defined herein shall have the meanings attributed to them in the Motion.