CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 2, 2020**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **Chapter 7** |
| | **§** | |
| **WALL007 LLC, et. al.**[1] | **§** | **Case No. 20-31131-hdh7** |
| | **§** | **(Jointly Administered)** |
| **Alleged Debtors.** | **§** | |

**ORDER ON DEBTORS' EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY UNTIL ADJUDICATION OF THE CHAPTER 7 PROCEEDINGS PURSUANT TO <u>SECTION 11 U.S.C. 362</u>**

CAME ON FOR HEARING on June 19, 2020 the *Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362* (Dkt. No. 63), and the *Supplement* thereto (Dkt. No. 70), collectively, "the Motion". The Court having considered the pleadings on file, the evidence presented and the arguments of counsel, and for the reasons stated on the record, hereby finds as follows:

(1) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b);

(2) due and proper notice of the Motion has been provided to all parties in interest;

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC (collectively referred to herein as the "Alleged Debtors").

(3) the Plaintiffs in the lawsuit styled as *L. Allen Hodges III, et al. v. 2999TC LP, LLC, et al.*, Cause No. 141-316567-20, pending in the 141st Judicial District Court of Tarrant County, Texas (the "Lawsuit") filed an amended petition stating that they are not seeking relief as to WALL009 LLC, a debtor herein, or the membership interests in WALL009 LLC and will not seek such relief without prior approval of this Court; and

(4) counsel for the Plaintiffs in the Lawsuit represented to this Court during the hearing that said Plaintiffs would not seek relief against any of the Alleged Debtors, any of the Alleged Debtors' assets, or any membership interests in any of the Alleged Debtors in this case without prior approval of this Court.

It is therefore,

**ORDERED, ADJUDGED AND DECREED** that, based on the representations of the Plaintiffs in the Lawsuit and their counsel stated above, the Motion is denied.

# # # END OF ORDER # # #

AGREED TO IN FORM BY:

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
ATTORNEYS FOR DEBTOR

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins
State Bar No. 24070737
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
ATTORNEY FOR THE STATE COURT PLAINTIFFS