**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**DECLARATION OF JIANGANG OU, ESQUIRE**

1. I, Jiangang Ou, an attorney at Nguyen & Chen, LLP, counsel for the Petitioning Creditors, hereby declare as follows:

2. I am fluent in written Mandarin Chinese and English.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Power of Attorney agreement signed and notarized between Timothy Barton and Ling Zhong which appoints Mr. Zhong and Mr. Barton's agent.

4. Attached hereto as Exhibit "2" is a true and correct copy of the WeChat group chat with messages in Mandarin Chinese between Timothy Barton's agents, Ling Zhong and Yang Jiang and the Petitioning Creditors.

5. Attached hereto as Exhibit "3" is a true and correct English translation of the WeChat group chat with messages in Mandarin Chinese between Timothy Barton's agents Ling Zhong and Yang Jiang and the Petitioning Creditors.

6. Attached hereto as Exhibit "4" is a true and correct copy of the WeChat group chat with messages in Mandarin Chinese between Timothy Barton's agent Ling Zhong and the Petitioning Creditors.

7. Attached hereto as Exhibit "5" is a true and correct English translation of the WeChat group chat with messages in Mandarin Chinese between Timothy Barton's agent Ling Zhong and the Petitioning Creditors.

8. Attached hereto as Exhibit "6" is a true and correct copy of the PDF document sent by Ling Zhong to the Petitioning Creditors.

9. Attached hereto as Exhibit "7" is a true and correct list of all parties on the WeChat group chat, including Petitioning Creditors.

---

1 The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

10. I declare under penalty of perjury, that the foregoing is true and correct.

Dated: July 2, 2020

/s/ *Jiangang Ou*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

*Counsel for the Petitioning Creditors*