# Power of Attorney

I, Tim Barton ("Declarant"), President of Wall Entities, hereby appoint Ling Zhong of 1005 Robin Road, Blacksburg, VA 24060, USA, holding Chinese Passport# E05269609, and is also a co-lender in Wall019 LLC, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

My Agent shall have the full power and authority to talk to the any or all of the co-lenders from China, who signed up the loan agreement with the Wall Entities so as to explain

a. The details of the court cases what Michael FU and/or PIC, the business entity of Michael FU with offices in China, and/or petitioners from China, against the Wall entities
b. The implications of the court cases mentioned in para a above. Here, both the Declarant as well as the Agent are aware that both of us are not legal experts to discuss the legal implications in in its entirety, whereas the Agent being a Chinese and is also a co-lender in Wall019 LLC, is in a better position to discuss and explain from the Chinese point of view
c. Agent is fully aware of the communication from the Wall entities on 31st March 2020 about the loan forbearance and the related extension. While some co-lenders understood the loan forbearance and the related extensions as a "force majeure" event, many of the co-lenders require explanations. Agent understands the details and would like to reach out all the co-lenders for explaining the details, as perceived by the Agent. While the Agent can explain the perceptions to each and every co-lender, it does not necessarily be the viewpoint of the Declarant. However, the work of the Agent is valuable and can be wetted by the legal team for finalizing the negotiations, before being agreed and signed by the related parties
d. While explaining the details, Agent agrees to verify the each and every co-lender as per KYC rules
e. Agent also agrees to comply with the rule of convincing each and every lender to receive the settlement to the same bank account where from the money was sent to the Wall entities as per the loan agreement as a Co-lender. For any deviation, the Agent agrees to follow the extra verification procedures and/or the payment methods such as using the negotiable instruments, as recognized by law. Here, the Agent shall follow the guidelines and instructions from the legal team as well as the administrative team of the Declarant
f. Agent is fully aware of the IRS rules and regulations and hence agrees to obtain the consent of each and every Co-lender for the tax withholdings, for which the Declarant agrees to provide the detailed procedures as evolved by a team of tax experts
g. Agent agrees to do all the negotiations, but at the same time, the Agent agrees to consult and take prior approvals of the Declarant
h. The basic purpose of entrusting the negotiations with the Agent is to make sure that all the settlements are in compliance and no contravention of law and/or the rules, is permitted
i. The Agent can not appoint any one for carrying on the activities mentioned above
j. The Agent can not deal with any of the related properties
k. The Declarant agrees to provide reports and other documents, as may be permitted by the legal team, dealing with the court cases

This Power of Attorney shall be construed broadly as a Power of Attorney for the specified purposes. Accordingly, the powers are restricted

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing: (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to my estate, my personal representative or me. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document. If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent is not entitled to any compensation for any services provided as my Agent. My Agent is not entitled to reimbursement of any expense incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent, but only if I so request or if such a request is made by any authorized personal representative or fiduciary acting on my behalf.

This Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until my death. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

Ling Zhong Date: 5/6/2020 Agent (phone / email): 540-818-3693, [illegible]@gmail.com
Agent (signature)

Witness #1: Signature: Cen Zhong Full Legal Name: CEN ZHONG

Address: 1005 Robin Rd. Blacksburg, VA, 24060

Witness #2: Signature: LI LIN Full Legal Name: LI LIN

Address: 1005 ROBIN RD. BLACKSBURG, VA, 24060

[signature] Date: ________ Declarant (phone / email): ________
Declarant (signature)

While the signature of the Agent is attested by the two witnesses, the Declarant signed the foregoing instrument before me on 5/6/2020, and the Declarant, Tim Barton, is personally known to me or has produced Driver's License as identification.

[signature]
Signature of Notary taking acknowledgment Date of Expiration: 09/24/2022

Bella D Khusal
My Commission Expires
09/24/2022
ID No. 131734480