中国移动 09:53

达拉斯投资人群(48)

蒋阳

大家好：很久没联系各位了！对不起！今天我们开了个会：1、钟灵先生继续做第一阶段工作，为没参加联合的 35 个人准备二个方案（续投、退款）；2、6 月 19 号的州开庭之事，我们已经 90% 胜算了（今天法官传回的消息）；3、参加上诉的 65 个人第二、第三批解决方案正在讨论中。

09:38

蒋阳

Tim 决对不会向起诉方妥协的，反诉已经开始了。

09:51

AMBER

@蒋阳 我们 2019 年买的，今年利息没有给，明年 4 月到期，我们都想退出来，想退款，怎么办？

钟灵

我已经收到了二个方案，我正在为 35 个人争取更好、更多的合同条件。

中国移动 09:33

达拉斯投资人群(48)

理解决的二个方案。

蒋阳

下周会有结果，文件与大家见面。

5月24日 上午09:48

行者无疆

拭目以待

5月28日 上午07:26

蒋阳

6月19日开庭，要等开庭后出来（二个）方案。

09:32

蒋阳

大家好：很久没联系各位了！对不起！今天我们开了个会：1、钟灵先生继续做第一阶段工作，为没参加联合的35个人准备二个方案（续投、退款）；2、6月19号的州开庭之事，我们已经90%胜算了（今天法官传回的消息）；3、参加上诉的65个人第二、第三批解决方案正在讨论中。

中国移动 07:31

达拉斯投资人群(48)

JMJ 公司正在研究为中国第的投资者，提供投资款的解决方案。第一批次的人数不会很多。

钟灵

希望所有投资者都能够进群。

5月24日 凌晨00:59

蒋阳

受 tim 委托的钟灵先生，一直在努力与 JMJ 的律师团及公司领导层沟通，处理解决的二个方案。

蒋阳

下周会有结果，文件与大家见面。

5月24日 上午09:48

行者无疆

拭目以待

07:26

蒋阳

6 月 19 日开庭，要等开庭后出来（二个）方案。

中国移动 10:35

达拉斯投资人群(51)

6月21日 晚上21:37

"花想容"邀请"ljj"加入了群聊

6月21日 晚上22:07

"李弯弯"邀请"郑🐷"加入了群聊

昨天 21:39

GF


美国怎么处理大学录取造...
行业新闻
美国怎么处理大学录取造假？FBI出动，最高判65年，道歉撤职不顶用
打开网易新闻 查看更多图片 >
网易新闻
打开

10:31

蒋阳

今天完成了019项目的谈判。下周该项目的四个人同意后，大家签署律师起稿的法律文件后，即脱离傅先生融资的纠纷体系，与破产官司无关了！今天预恭喜019整个项目的4位投资者。可能损失了一点钱和时间，但是投资款已经可以自选转移了！