Ex. 3 English Translation of Ex. 2

-----------------------English Translation of WeChat Chatting starts----------

Group of Dallas Investors (48)

Ling Zhong: Hope that all investors will join the group.

00:59 May 24

Yang Jiang: Mr. Ling Zhong, the representative of Tim, has been working hard on communicating with JMJ's legal team and management, on two plans dealing with and solving [ ].

Yang Jiang: There will be an answer next week, we will see the documents.

09:48 AM May 24

XingZheWuJiang: Let's wait and see.

07:26 June 9

Yang Jiang: A court hearing on June 19, and [we] will have (two) proposals after that.

09:32 June 9

Yang Jiang: Hello everyone, long time no communications! Apologize! We had a meeting today:1. Mr. Ling Zhong will continue to do the Phase I Work, preparing two proposals(reinvestment or repayment) for the 35 individuals who don't participate in the joint [petitioning]; 2. As to the matter of hearing on June 19, we have a 90% chance to win [based on] the message that came back from Judge today); 3. The second and third settlement proposals for the 65 individuals who are participating in the [petitioning] are being discussed.

09:38

Yang Jiang: Tim will never make any compromise to the Petitioners, the counterclaim has been initiated.

09:51

AMBER: @Yang Jiang We purchased in 2019, have not yet received the interest this year, the loan will expire in April next year, we all want to exit and refund, how to do this?

Ling Zhong: I have received the second proposal, I'm trying to get better and additional terms and conditions for the 35 individuals.

Group of Dallas Investors (51)

June 21 21:37

“HuaXiangRong” invited “ljj” into the group

June21 22:07

“LiWanWan” invited “Zheng--”into the group

10:31 (June 28)

Yang Jiang: The negotiations on Project 019 has been done today. Upon the consent of the four individuals of this Project next week and the execution of the legal documents drafted by lawyers, they will be separated from the (Michael) Fu financing dispute system and have nothing to do with the bankruptcy case! Congratulations to all of these four investors of Project 019 today. May lose some money and time, but their investment money will be transferred per their own choices!

----------------------English Translation WeChat Chatting ends----------