
中国移动 4.39K/s
100 08:33
达拉斯投资人群(47)
钟灵
SignOutPetition for WALL 个人声明.pdf
48.4 KB
PDF
钟灵
详细关于那个SignOutPetition个人声明，三句都要做出勾选☑，无论是否曾是petitioners。下面Witness见证人就是需要两个看着本人签字的人签字。
然后在（美国中部时间）周五7/3之前将 扫描件 和 一张本人与声明的合照发给
MVenkat@jmjdevelopment.com
08:32
钟灵
一部分人会转入债权房产群。