Ex. 5- English Translation of Ex. 4

Group of Dallas Investors (47)

Ling Zhong: SignOutPetition for WALL Personal Statement.pdf

Ling Zhong: Details for the SignOutPetition Personal Statement, all of the three sentences must be ticked , regardless of whether or not you have been petitioners. The Witness listed below means you need two person who witness your signature to sign. Then send to MVenkat@jmjdevelopment.com a scanned copy and a photo of yourself and the Statement before (US Central Time) Friday 7/3.

08:32 (July 1,2020)

Ling Zhong: Some will be transferred to the group of Real Estate Claims.