WALL _________ , LLC
个人声明

| | | |
|---|---|---|
| I did not agree to a bankruptcy being filed for Wall _______ .<br>本人未曾同意对本人参与的 Wall 项目呈递破产申请。 | Yes ☐<br>是 | NO ☐<br>否 |
| I did not sign by DocuSign a petition to file such bankruptcy.<br>本人未曾作为原告请愿人在呈递的破产申请上做过电子签名。 | Yes ☐<br>是 | NO ☐<br>否 |
| I withdraw any consent to a bankruptcy being filed for Wall _______ .<br>本人撤回任何对 Wall 项目破产申请的同意书。 | Yes ☐<br>是 | NO ☐<br>否 |

Print Name: ____________________________
姓名中英文印刷体

Signature 签名: _________________________

Date 日期: _____________________________

Witnessed By: __________________________
见证人签名

Witnessed By: __________________________
见证人签名

Date 日期: _____________________________