| 微信名 | Name | Lender of Which Entity | Petitioning Creditor (Y or N) |
|---|---|---|---|
| 蒋阳 | jiang yang | Barton's agent | N |
| Yalena | lin yao hua`s daughter | WALL012 | N |
| mei | | | |
| 花想容 | yang shu ping | WALL012 | N |
| simian | zhou ying | WALL011 | Y |
| 糖糖 | tang yi | WALL012 | Y |
| 钟灵 | zhong ling | WALL019 (Barton's Agent) | N |
| shufang | luo shu fang | WALL019 | N |
| 徐刚_G | xu gang | WALL009/WALL012/WALL017 | N |
| 愚公 | | | |
| 郝晓东 | hao xiao dong | WALL011 | Y |
| 深圳~ | zhang shun | WALL018 | Y |
| □缘 | fan xiao min | WALL018 | Y |
| 华 | lin yao hua | WALL012 | N |
| 孙（Bryan) | sun nan jin | WALL018 | N |
| 行者无疆 | li jun | WALL007 | Y |
| Hong | chen hong | WALL018 | N |
| 月永 | ye mai | WALL009 | Y |
| 季岚 | ji lan | WALL010 | Y |
| 晨曦Yue | zhang yue | WALL011/WALL016 | Y |
| 深圳~ | xu chao | WALL017 | Y |
| 林 | | | |
| 大智若愚 | ji cun xiang | WALL007/WALL011/WALL018 | Y |
| 海天一色 | tang di | WALL016/WALL017 | Y |
| GF | gao fei | WALL017 | N |
| nacee | zhou guo qin | WALL017 | Y |
| 成 | chen jian cheng | WALL012 | Y |
| Linda | xu hai ming`s wife | WALL016 | N |
| 唐子富 | tang jin qiu | WALL016 | Y |
| 石头 | lu jia xiang | WALL017 | Y |
| 雨过天晴 | zou jie | WALL009/WALL011 | N |
| 李弯弯 | li wan wan | WALL012 | Y |
| 骆斌 | luo bin behalf of Jiang chen ch | WALL009 | Y |
| 山海 | xiao rui ling | WALL017 | N |
| 逸猪 | wang jun | WALL016 | Y |
| 王❀ | wang kui | WALL016 | Y |
| AMBER | bian li wen | WALL018 | not yet |
| Lily | mao li ying | WALL010 | N |
| FREEMAN | ying wai`s husband | WALL017 | Y |
| 桃之夭夭 | deng min | WALL009 | N |
| qiuying | li qiu ying | WALL009 | Y |
| 褚琴 | chu qin | WALL016/WALL017 | Y |
| 风 | feng zhong guo | WALL017 | N |
| 白云 | feng zhong guo`s wife | WALL017 | N |
| Lily.L | | | |
| 小小 | gao huai zhen | WALL012 | N |
| 游 | wu dan | WALL009 | |
| Wendy | yan feng | WALL012 | Y |




工作表1

218839931v1