**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**CERTIFICATION OF JIANGANG OU, ESQUIRE REGARDING RECEIPT OF ORIGINAL "WET-SIGNATURE" PETITIONS AND DECLARATIONS FROM PETITIONING CREDITORS**

1. I, Jiangang Ou, an attorney at Nguyen & Chen, LLP, counsel for the Petitioning Creditors, hereby declare as follows:

2. I am in receipt of original "wet-signature" petitions and declarations from all of the Petitioning Creditors of the above-captioned debtors, except from the following Petitioning Creditors:

   (a) Liying Yang of WALL010 LLC;

   (b) Sicheng Zhan of WALL016 LLC;

   (c) Lan Ji of WALL010 LLC.

3. I expect to receive original "wet-signature" petitions and declarations for the aforementioned Petitioning Creditors later this week and will file an amended certification with the Court once those are received.

4. I certify that I will maintain the "wet-signature" petitions and declarations in accordance with Administrative Procedures for the Filing, Signing, and Verifying of Documents by Electronic Means in Texas Bankruptcy Courts.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

5. I declare under penalty of perjury, that the foregoing is true and correct.

Dated: July 6, 2020

/s/ *Jiangang Ou*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

*Counsel for the Petitioning Creditors*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on July 6, 2020, a true and correct copy of the foregoing document was served on all parties requesting service via the Court's ECF system.

/s/ *Jiangang Ou*
Jiangang Ou

218848228v2