**Written Consent in Lieu of Special Meeting of**
**Wall 010, LLC**

12/30, 2018

Effective as of the date above, the undersigned, holding then necessary voting membership interests of the Company of Wall 010, LLC, a Texas limited liability company (the "Company"), do hereby, pursuant to company agreement consent to the following which shall have the same force and effect as a vote by the undersigned at a special meeting of the Members.

WHEREAS the Company entered into certain Agency and Loan Agreements with certain Chinese co-lenders as serviced by Platinum Investment Corporation ("PIC") for a loan to ("Loan") be used as part of the acquisition and development of certain property as described therein ("Original Property").

WHEREAS Company loaned to its managing member, Carnegie Development, LLC, $1,35,239.57 ("Note") which were used towards the acquisition and development of certain property consisting of 195.5 acres in Venus, Johnson County, Texas ("Replacement Property") including approximately $1,500,000 which shall be used as an Earnest Money Deposit.

WHEREAS the development of the Original Property was not feasible and Company seeks to replace the Original Property with the Replacement Property.

WHEREAS the Company and its Managing Member agree that the Managing Member will contribute the Replacement Property to the Company in exchange for the termination of the Note.

BE IT RESOLVED, that, the undersigned consents to the contribution of the Replacement Property to the Company in exchange the Note and all obligations related thereto are terminated.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent in Lieu of Special Meeting.

**Managing Member**

Carnegie Development, LLC

__________________________
Timothy Barton
President