Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR TAMAMOI, LLC and FDRE, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | § | Case No. 20-31131 (HDH) |
| Debtor | § | (Jointly Administered) |
| | § | |

---

**MOVANT'S AFFIDAVIT IN SUPPORT OF ITS MOTION FOR RELIEF FROM AUTOMATIC STAY**

STATE OF OREGON )(
COUNTY OF BENTON )(

James Richardson, being duly sworn according to law, deposes and says:

1. I am over the age of eighteen and authorized to make this affidavit.

2. I have care, custody and control of books, records and files relating to the loan made by FDRE, Inc., and Tamamoi, LLC, (collectively "Movant") to Carnegie Development, LLC ("Carnegie"). I have personally worked on said books, records and files and, as to the following facts, I know them to be true of my own personal knowledge or have gained knowledge of them from Movant's books, records and files. Said books, records and files were prepared in the regular course of Movant's business at or near the time of the acts, conditions, or events to which they relate by a person who had personal knowledge of the event being recorded and a business duty to accurately record such event. I have reviewed all of Movant's books and records in connection with this matter. Based upon my review of Movant's books and records, I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify

1 The entities to be declared debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

thereto.

3. I have reviewed the Motion for Relief from Stay to be filed in this proceeding and it contains the appropriate legal description for the Property the subject of the motion.

4. Movant agreed on a short-term basis to finance the purchase of the Property for Carnegie.

5. On December 28, 2018, Carnegie through Timothy Barton, its manager, signed a Promissory Note in the amount of $2,000,000.00 (the "Promissory Note") and executed a Deed of Trust (the "Deed of Trust"), which was recorded on January 4, 2019. Also, Timothy Barton personally guaranteed Carnegie's indebtedness to Movant.

6. The Promissory Note interest rate was 11.5% and it matured on June 27, 2020.

7. Before the maturity date of the Promissory Note, Carnegie defaulted under the terms of the Promissory Note.

8. Movant sent to Carnegie its notice of intent to accelerate.

9. Movant posted the Property for the July 7, 2020, foreclosure date.

10. As of July 7, 2020, the payoff on the indebtedness to Movant was the sum of $2,150,882.15. This balance remains unpaid and is accruing interest and other applicable charges.

11. On July 7, 2020, for the first time ever, Carnegie and WALL010, LLC ("Debtor"), through Timothy Barton and Vance McMurry, Esq., provided the following documents to Movant: (a) Promissory Note executed between Carnegie and Debtor on July 16, 2018, (b) Written Consent in Lieu of Special Meeting of Wall010, LLC, executed on December 30, 2018, (c) Unrecorded Warranty Deed transferring the Property from Carnegie to Debtor executed on January 14, 2019.

12. Movant has never had any contractual relationship with Debtor.

13. Paragraph A.11 of the Deed of Trust specifically provides Carnegie had to "obtain the written consent of [Movant] prior to entering into any pledge, security agreement, mortgage, or deed of trust covering any portion of the Property." Carnegie did not obtain Movant's written consent.

14. Paragraph B.9 of the Deed of Trust specifically provides "If [Carnegie] shall sell or convey all or any part of the Property or any interest therein, [Movant] may at [Movant's] option, declare the Note to be immediately due and payable, which option may be exercised at any time following such sale and/or conveyance."

15. Had Movant been aware of the transfer of the Property from Carnegie to Debtor, it would have sought this Court's help much sooner.

Further affiant says nothing.

James Richardson

Subscribed and sworn to before me the undersigned authority on July 16, 2020 after review of photographic identification.

OFFICIAL STAMP
NEIL STEPHEN ABREW
NOTARY PUBLIC - OREGON
COMMISSION NO. 986055
MY COMMISSION EXPIRES APRIL 07, 2023

Notary Public - State of Oregon