**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

In Re: WALL007 LLC, et al.

Debtor(s)

§ Case No.: 20-31131-hdh
§ (Jointly Administered)
§
§
§
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***

1. Name: Walji (*Last*) Khudabuksh (*First*) K (*MI*)

2. Firm Name: Law Office of K. Walji

3. Address: 10701 Corporate Drive
Suite 350
Stafford, TX 77477

4. Phone: 281-401-9672 FAX: 281-401-9673

   Email: k.walji@waljilaw.com

5. Name used to sign ***all*** pleadings: Khudabuksh Walji

6. Retained by: WALL007 LLC, et al.

7. Admitted on 05/10/1985 and presently a member in good standing of the bar of the highest court of the state of Texas and issued the bar license number of 20691500 .

8. Admitted to practice before the following courts:

| *Court:* | *Admission Date:* |
|---|---|
| U.S. Supreme Court | 10/1/2012 |
| | |
| | |

***Continued.***

9. Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☒ Yes ☐ No

If "Yes," please provide details:

State Bar of Texas - Fully Probated 11/16/94 - 11/15/95

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
| --- | --- |
| None | |
| | |
| | |

13. Local counsel of record: Joyce W. Lindauer

14. Local counsel's address: Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500, Dallas, TX 75202

***Continued.***

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on July 20, 2020.

Khudabuksh K. Walji

Printed Name of Applicant

July 20, 2020

Date

[signature]

Signature of Applicant