# Exhibit “D”

## Garcia, Jorge

| | |
|---|---|
| **From:** | Packman, Stephen |
| **Sent:** | Monday, July 20, 2020 1:17 PM |
| **To:** | Garcia, Jorge |
| **Subject:** | FW: Wall Entities - Response I like below |

---

**From:** Packman, Stephen
**Sent:** Monday, July 20, 2020 1:09 PM
**To:** 'Joyce Lindauer' <joyce@joycelindauer.com>
**Cc:** Jiangang (James) Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>
**Subject:** RE: Wall Entities - Response I like below

Your response is wholly unacceptable. We will file our motion to compel. Also, if you intend to depose anyone of our clients, we will required significant advance notice. If you fail to provide that notice, you do so at your clients' own risk.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, July 20, 2020 1:02 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Subject:** [EXT MAIL] FW: Wall Entities - Response I like below

In order to respond before your noon deadline we would state the following in response to your email this morning.

1. Since we have not heard from you further, we assume the Alleged Debtors will not be responding further today (as demanded) to our discovery requests, as further clarified by our lengthy written responses to your objections.

**Response:** The Petitioning Creditors have not met their burden to provide the Wet Signatures (except for one). Their signatures are a variation of DocuSign by changing the font - that does not meet the Wet Signature requirement! Moreover, you held these DocuSign signatures out to be actual Wet Signatures. As such, we do not intend to provide any further discovery until the Wet Signatures issue is fully resolved via a Motion to Compel.

2. If that is not the case, please let me know by noon Central time today when we can expect your responses and which ones you still object to so we can tailor our motion to compel.

**Response:** It is our position the Petitioning Creditors must first meet the threshold requirement of providing their Wet Signatures which have been last due since the Court-ordered deadline of July 7, 2020.

3. As far as depositions, what is the status of your rescheduled deposition of Mr. Fu? Your clients were in a rush early in this case to depose him and have now gone silent. If you intend to take his deposition, please reschedule it with input from me, Mr. Ou and Mr. Ridulfo. If not, I am sure Mr. Ridulfo would like to let Mr. Fu know that he can take his trip back to China.

**Response:** Pursuant to the communications with Mr Ridulfo, Mr Fu's Deposition is scheduled now on July 23rd and/or July 24th. Given the suspicious technical difficulties which arose on Mr. Jiang's deposition (taken from Mr. Fu's residence), we will be discussing with Mr. Ridulfo to have Mr. Fu appear in person at a deposition location in Houston which meets all the COVID-19 precautions. Let me now if those dates are an issue. Mr. Fun intends to leave for China the next week.

4. If you intend to depose anyone else prior to trial, we would like to know that this week as well so we can plan accordingly. We will work with you to schedule additional video depositions but that will not be possible if you send us notices "last minute."

**Response:** We intend to take depositions of certain Petitioning Creditors and Remitters in-person in Dallas, and not by Video Deposition, with sufficient notice to you so that your clients can arrive in Dallas.

5. We intend to take video depositions of 30(b)(6) designee(s) for the Alleged Debtors, for Carnegie Development, for TRWF LLC, and for Northstar PM, LLC ; Mr. Barton; Mr. Cumber, Mr. Bedoya; Mr. Wall; Ling Zhong; M. Venkat; Yang Jiang; and the Alleged Debtors outside accountant (s). This is without limitation or prejudice to additional depositions as needed. We need the name of the Alleged Debtors outside accountant(s). For now, please provide me with five available days (if possible) for the depositions. If not consecutive, then as close together as possible over the next few weeks. Some will be longer than others but none more than half a day. If you cannot produce any of the foregoing, or assist us in securing their appearance for deposition, let us know so we can subpoena them directly.

**Response:** We will work with your dates for these depositions.

## PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039