**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**NOTICE OF HEARING FOR THE PETITIONING CREDITORS' MOTION FOR AN ORDER (I) HOLDING TIMOTHY BARTON IN CONTEMPT FOR FAILURE TO COMPLY WITH THE COURT'S ORDER (II) IMPOSING SANCTIONS AGAINST TIMOTHY BARTON AND AWARDING THE PETITIONING CREDITORS ATTORNEY'S FEES AND (III) REQUIRING BARTON TO APPEAR BEFORE THE COURT CONCERNING THE IMPOSITION OF ADDITIONAL SANCTIONS AGAINST HIM AND/OR THE DEBTOR**

PLEASE TAKE NOTICE that Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu (collectively, the "Petitioning Creditors"), by and through

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors sat this time.

their undersigned counsel, have filed *The Petitioning Creditors' Motion For An Order (I) Holding Timothy Barton In Contempt For Failure To Comply With The Court's Order (Ii) Imposing Sanctions Against Timothy Barton And Awarding The Petitioning Creditors Attorney's Fees And (Iii) Requiring Barton To Appear Before The Court Concerning The Imposition Of Additional Sanctions Against Him And/Or The Debtor* (the "Motion") [Dkt. 83].

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX, 75242 (the "Bankruptcy Court"), on or before **August 6, 2020 by 4:00 p.m. Prevailing Central Time** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **August 10, 2020 at 09:00 a.m. Prevailing Central Time** before the Honorable Judge Harlin D. Hale, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX, 75242. **THE HEARING WILL TAKE PLACE VIA WEBEX. THE WEBEX HEARING LINK WILL BE POSTED TO JUDGE HALE'S WEB PAGE PRIOR TO THE HEARING AND ACCESSIBLE HERE: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates. PARTIES ARE INSTRUCTED TO REVIEW THE WEBEX INFORMATION AND TIPS PRIOR TO THE HEARING. THE INSTRUCTIONS ARE ALSO ATTACHED HERETO AS EXHIBIT A.**

Dated: July 23, 2020

/s/ *Stephen M. Packman*

Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*

# **Exhibit A**

218973276v1