Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Paul B. Geilich
State Bar No. 07792500
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ALLEGED DEBTORS' OBJECTION TO MOTION FOR AN ORDER (I) HOLDING TIMOTHY BARTON IN CONTEMPT FOR FAILURE TO COMPLY WITH THE COURT'S ORDER (II) IMPOSING SANCTIONS AGAINST TIMOTHY BARTON AND AWARDING THE PETITIONING CREDITORS ATTORNEY'S FEES AND (III) REQUIRING BARTON TO APPEAR BEFORE THE COURT CONCERNING THE IMPOSITION OF ADDITIONAL SANCTIONS AGAINST HIM AND/OR THE DEBTOR**

**TO THE HONORBLE UNITED STATES BANKRUPTCY COURT:**

COME NOW WALL0007, LLC, et al. ("Alleged Debtors"), the Alleged Debtors in the above-styled and numbered bankruptcy case, and files the Alleged Debtors' Objection to Motion for an Order (I) Holding Timothy Barton in Contempt for Failure to Comply with the Court's Order (II) Imposing Sanctions Against Timothy Barton and Awarding the Petitioning Creditors Attorney's Fees and (III) Requiring Barton to Appear Before the Court Concerning the Imposition of Additional Sanctions Against Him and/or the Debtor and would respectfully show the Court as follows:

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

1. The Alleged Debtors deny the allegations contained in Paragraph 1 of the Motion.

2. The Alleged Debtors admit the allegations contained in Paragraph 2 of the Motion to the extent the Order so provides.

3. The Alleged Debtors deny the allegations contained in Paragraph 3 of the Motion.

4. The Alleged Debtors deny the allegations contained in Paragraph 4 of the Motion.

5. The Alleged Debtors admit the allegations contained in Paragraph 5 of the Motion.

6. The Alleged Debtors admit the allegations contained in Paragraph 6 of the Motion.

7. The Alleged Debtors admit the allegations contained in Paragraph 7 of the Motion.

8. The Alleged Debtors admit the allegations contained in Paragraph 8 of the Motion.

9. The Alleged Debtors admit the allegations contained in Paragraph 9 of the Motion.

10. The Alleged Debtors admit the allegations contained in Paragraph 10 of the Motion.

11. The Alleged Debtors admit the allegations contained in Paragraph 11 of the Motion.

12. The Alleged Debtors admit the allegations contained in Paragraph 12 of the Motion.

13. The Alleged Debtors admit the allegations contained in Paragraph 13 of the Motion to the extent the Order so provides.

14. The Alleged Debtors admit the allegations contained in Paragraph 14 of the Motion.

15. The Alleged Debtors admit the allegations contained in Paragraph 15 of the Motion.

16. The Alleged Debtors admit the allegation contained in Paragraph 16 of the Motion to the extent the document so provides.

17. The Alleged Debtors admit the allegations contained in Paragraph 17 of the Motion.

18. The Alleged Debtors deny the allegations in Paragraph 18 as Ling Zhong and Yang Jiang are not agents of Mr. Barton.

19. The Alleged Debtors deny the allegations in Paragraph 19 that Ling Zhong and Yang Jiang are agents of Mr. Barton.

20. The Alleged Debtors admit the allegations contained in Paragraph 20 of the Motion.

21. The Alleged Debtors deny the allegations contained in Paragraph 21 of the Motion as Ling Zhong and Yang Ziang are not agents of Mr. Barton

22. The Alleged Debtors deny the allegations contained in Paragraph 22 of the Motion.

23. The Alleged Debtors deny the allegation in Paragraph 23 of the Motion that Mr. Barton is "hiding behind his agents" and that he has taken any action to "harass or confuse" the Petitioning Creditors as Ling Zhong and Yang Jiang are not agents of Mr. Barton.

24. The Alleged Debtors deny that Mr. Barton should be held in contempt as alleged in Paragraph 24 of the Motion.

25. The Alleged Debtors admit the allegations contained in Paragraph 25 of the Motion.

26. The Alleged Debtors deny the allegations contained in Paragraph 26 of the Motion.

27. The Alleged Debtors deny the allegations contained in Paragraph 27 of the Motion.

28. The Alleged Debtors deny the allegations contained in Paragraph 28 of the Motion.

29. The Alleged Debtors deny the allegations contained in Paragraph 29 of the Motion.

30. The Alleged Debtors deny the allegation contained in Paragraph 30 of the Motion that Mr. Barton has "clearly and knowingly violated" any order of this Court pertaining to contacting any Petitioning Creditors as Ling Zhong and Yang Jiang are not agents of Mr. Barton.

WHEREFORE, PREMISES CONSIDERED, the Alleged Debtors request that this Court enter an order denying the relief requested in the Motion, and for such other and further relief to which the Alleged Debtors may be justly entitled.

Dated: July 23, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Paul B. Geilich
State Bar No. 07792500
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida on behalf of Creditor Tamamoi, LLC and FDRE, Inc.
filings@vidalawfirm.com, legalprokirstin@gmail.com;bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer