**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

## CERTIFICATE OF SERVICE

I, Jorge Garcia, an associate at Archer & Greiner, attorneys for the Petitioning Creditors, hereby certify as follows:

1. That on July 24, 2020, copies of the following documents to be served upon all parties that are registered to receive electronic service through the court's ECF notice system:

- *Notice Of Hearing For The Petitioning Creditors' Motion To Compel Responses To Petitioning Creditors' First Request For Production Of Documents And First Set Of Interrogatories.*

3. I also served the documents on July 24, 2020, upon the Alleged Debtors' counsel directly via email at joyce@joycelindauer.com.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

Dated: July 24, 2020

/s/ *Jorge Garcia*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*