Steven C. Metzger
State Bar No. 13982500
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Tel: 214-740-5030
Fax: 214-224-7555
Email: smetzger@pmklaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **WALL007, LLC, et al[1],** | § | |
| | § | **CASE NO. 20-31131-hdh7** |
| **Alleged Debtors.** | § | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017 AND 9007**

COME NOW STEVEN C. METZGER AND METZGER LAW PLLC (formerly, METZGER & MCDONALD PLLC), pursuant to Bankruptcy Rules 9010(b), 2002, 3017(a) and 9007, and file this Notice of Appearance and request for service of documents as counsel for TIM BARTON, individually, an interested party in the captioned proceeding.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith and all papers served or required to be served in this case and any cases consolidated herewith be given to and served upon the following at the office, postal address and telephone numbers listed below:

Steven C. Metzger, Esq.
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-224-7555
Email: smetzger@pmklaw.com

1 The Alleged Debtors in these cases are: Wall007, LLC, Wall009, LLC, Wall010, LLC, Wall011, LLC, Wall012, LLC and Wall017, LLC.

The request encompasses all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules, including, without limitation, notices of Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, facsimile, email or otherwise, which affects or seeks to affect the above case or the rights or interests of (i) the Alleged Debtor or (ii) property in which the Alleged Debtor may claim an interest or (iii) property in the possession, custody or control of the Alleged Debtor, including that of Carnegie Development LLC, as the managing member of Alleged Debtor, or (iv) which seeks to require any act or conduct by Carnegie Development LLC, as the managing member of Alleged Debtor, or Tim Barton, as the manager of Carnegie Development LLC or individually.

This Notice of Appearance shall not be construed as authorization to serve counsel for Carnegie Development LLC or Tim Barton with any summons and complaint or any service of process under Bankruptcy Rules 7001, *et seq.* The undersigned additionally requests that the Alleged Debtor, Trustee and Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Dated this 24th day of July, 2020.

Respectfully submitted,

/s/ Steven C. Metzger

Steven C. Metzger
Texas State Bar No. 13982500
METZGER LAW PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-224-7555
Email: smetzger@pmklaw.com

ATTORNEY FOR TIM BARTON

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for all Copies was served by electronic transmission on all ECF users authorized to receive electronic notice in this case on July 24, 2020.

/s/ Steven C. Metzger
Steven C. Metzger