Steven C. Metzger
State Bar No. 13982500
3626 N. Hall Street, Suite 800
Dallas, Texas 75219
Telephone: (214) 740-5030
Facsimile: (214) 224-7555
Email: smetzger@pmklaw.com
Attorney Tim Barton

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**BARTON'S RESPONSE TO MOTION FOR AN ORDER (I) HOLDING TIMOTHY BARTON IN CONTEMPT FOR FAILURE TO COMPLY WITH THE COURT'S ORDER (II) IMPOSING SANCTIONS AGAINST TIMOTHY BARTON AND AWARDING THE PETITIONING CREDITORS ATTORNEY'S FEES AND (III) REQUIRING BARTON TO APPEAR BEFORE THE COURT CONCERNING THE IMPOSITION OF ADDITIONAL SANCTIONS AGAINST HIM AND/OR THE DEBTOR**

**TO THE HONORBLE UNITED STATES BANKRUPTCY COURT:**

COME NOW Tim Barton, an officer and representative of the Managing Member of the Alleged Debtors in the above-styled and numbered bankruptcy case, and through counsel files Barton's Response to Motion for an Order (I) Holding Timothy Barton in Contempt for Failure to Comply with the Court's Order (II) Imposing Sanctions Against Timothy Barton and Awarding the Petitioning Creditors Attorney's Fees and (III) Requiring Barton to Appear Before the Court Concerning the Imposition of Additional Sanctions Against Him and/or the Debtor and would respectfully show the Court as follows:

1. Barton denies all the allegations contained in Paragraph 1 of the Motion.

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

2. Barton admits the allegations contained in Paragraph 2 of the Motion to the extent the Order so provides, but Barton was instructed differently by the Court.

3. Barton denies all the allegations contained in Paragraph 3 of the Motion.

4. Barton denies all the allegations contained in Paragraph 4 of the Motion.

5. Barton admits the allegations contained in Paragraph 5 of the Motion.

6. Barton admits the statement contained in Paragraph 6 of the Motion.

7. Barton admits the statement contained in Paragraph 7 of the Motion.

8. Barton admits the allegations contained in Paragraph 8 of the Motion.

9. Barton admits the allegations contained in Paragraph 9 of the Motion.

10. Barton admits the allegations contained in Paragraph 10 of the Motion.

11. Barton admits the allegations contained in Paragraph 11 of the Motion.

12. Barton admits the allegations contained in Paragraph 12 of the Motion.

13. Barton denies all the allegations contained in Paragraph 13 of the Motion to the extent the Order so provides, but admits that the Court instructed Barton that "future communications about this bankruptcy case needs to go through your counsel.".

14. Barton admits the allegations contained in Paragraph 14 of the Motion, that he attended the hearing on June 3, 2020, but denies the remainder of the allegations in Paragraph 14 of the Motion.

15. Barton admits the allegations contained in Paragraph 15 of the Motion to the extent that Judge Hale spoke directly to Mr. Barton, but denies the balance of the allegations in Paragraph 15 of the Motion.

16. Barton admits the allegation contained in Paragraph 16 of the Motion to the extent the document so provides.

17. Barton admits the allegations contained in Paragraph 17 of the Motion.

18. Barton denies all the allegations in Paragraph 18 as Ling Zhong and Yang Jiang are not agents of Mr. Barton.

19. Barton denies all the allegations in Paragraph 19 that Ling Zhong and Yang Jiang are agents of Mr. Barton.

20. Barton admits the allegations contained in Paragraph 20 of the Motion.

21. Barton denies the allegations contained in Paragraph 21 of the Motion as Ling Zhong and Yang Ziang are <u>not</u> agents of Mr. Barton

22. Barton denies all the allegations contained in Paragraph 22 of the Motion.

23. Barton denies all the allegation in Paragraph 23 of the Motion that Mr. Barton is "hiding behind his agents" and that he has taken any action to "harass or confuse" the Petitioning Creditors as Ling Zhong and Yang Jiang are <u>not</u> agents of Mr. Barton.

24. Barton denies that Mr. Barton should be held in contempt as alleged in Paragraph 24 of the Motion.

25. Barton admits the statements contained in Paragraph 25 of the Motion.

26. Barton denies all the allegations contained in Paragraph 26 of the Motion.

27. Barton denies all the allegations contained in Paragraph 27 of the Motion.

28. Barton denies all the allegations contained in Paragraph 28 of the Motion.

29. Barton denies all the allegations contained in Paragraph 29 of the Motion.

30. Barton denies all the allegation contained in Paragraph 30 of the Motion that Mr. Barton has "clearly and knowingly violated" any order of this Court pertaining to contacting any Petitioning Creditors as Ling Zhong and Yang Jiang are <u>not</u> agents of Mr. Barton.

WHEREFORE, PREMISES CONSIDERED, Barton requests that this Court enter an order denying all the relief requested in the Motion, and for such other and further relief to which Barton may show himself to be justly entitled.

Dated: July 24, 2020.

Respectfully submitted,

*/s/ Steven C. Metzger*

Steven C. Metzger
State Bar No. 13982500
3626 N. Hall Street, Suite 800
Dallas, Texas 75219
Telephone: (214) 740-5030
Facsimile: (214) 224-7555
Email: smetzger@pmklaw.com
Attorneys for Tim Barton

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 24, 2020, a true and correct copy of the foregoing document was served pursuant to the Court's ECF system.

*/s/ Steven C. Metzger*

Steven C. Metzger