**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:** | |
| **WALL007, et al** | **Case No. 20-31131**<br>**Chapter 7** |
| **Alleged Debtors.** | |

**ORDER GRANTING ALLEGED DEBTORS' MOTION TO COMPEL PRODUCTION OF DOCUMENTARY EVIDENCE PERMITTING VERIFICATION OF ELECTRONIC SIGNATURES AND STAY ALL ADDITIONAL DISCOVERY OF NON-DISPOSITIVE ISSUES, OR IN THE ALTERNATIVE TO INVALIDATE THE INVOLUNTARY PETITION AND TO SCHEDULE HEARING IN CONJUNCTION WITH CREDITORS' MOTION TO COMPEL**

CAME ON FOR CONSIDERATION BY THE COURT the Alleged Debtors Wall007, et al.'s *Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to*

*Invalidate the Involuntary Petition, and to Schedule Hearing in Conjunction With Creditors' Motion to Compel* (the "Motion"), and the Court having considered same orders as follows:

ORDERED, ADJUDGED AND DECREED that the Petitioning Creditors are compelled to provide documentary evidence permitting verification of identity and/or existence of the electronic signatories to the Involuntary Bankruptcy in accordance with Local Civil Rule 11.1 by no later than August 7, 2020; it is further

ORDERED, ADJUDGED AND DECREED that all discovery is stayed on non-dispositive issues pending further order of this Court; it is further

ORDERED, ADJUDGED AND DECREED that the Involuntary Petitions should be deemed invalid for lack of verified electronic signatures as required pursuant to Local Civil Rule 11.1 if the signature issues are not resolved by August 7, 2020.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
**ATTORNEYS FOR ALLEGED DEBTORS**