CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 27, 2020**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[a],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ORDER REGARDING REQUEST FOR EXPEDITED HEARING**

The request for an expedited hearing on the *Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay all Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petitions and to Schedule Hearing in Conjunction with Creditors' Motion to Compel* [Docket No. 101] (the "Motion") filed by the Alleged Debtors is **GRANTED**. It is, therefore

**ORDERED, ADJUDGED AND DECREED** that an expedited hearing will be held on the Motion on **July 31, 2020 at 1:30 p.m.** before the Honorable Harlin D. Hale, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242; it is further

**ORDERED** that the parties are to have a good-faith conference regarding their discovery disputes.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Alleged Debtors

---

[a] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.