**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WALL007, et al**<br><br>**Alleged Debtors.** | <br><br>**Case No. 20-31131**<br>**Chapter 7** |

**ORDER GRANTING SECOND MOTION TO COMPEL DISCOVERY RESPONSES, FILED IN THE ALTERNATIVE TO ALLEGED DEBTORS' MOTION TO COMPEL PRODUCTION OF DOCUMENTARY EVIDENCE PERMITTING VERIFICATION OF ELECTRONIC SIGNATURES AND STAY ALL ADDITIONAL DISCOVERY OF NON-DISPOSITIVE ISSUES, OR IN THE ALTERNATIVE TO INVALIDATE THE INVOLUNTARY PETITION AND TO SCHEDULE HEARING IN CONJUNCTION WITH CREDITORS' MOTION TO COMPEL**

CAME ON FOR CONSIDERATION BY THE COURT the Alleged Debtors Wall007, et al.'s *Second Motion to Compel Discovery Responses Filed in the Alternative to Alleged Debtor's Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to*

*Invalidate the Voluntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel* (the "Motion"), and the Court having considered same orders as follows:

ORDERED, ADJUDGED AND DECREED that the Petitioning Creditors are compelled to provide responses to all Alleged Debtors' requested discovery in accordance with Fed. R. Civ. P. 26(b)(1), 37(a)(3)(B), and (a)(4) by no later than August 7, 2020; it is further

ORDERED, ADJUDGED AND DECREED that all Petitioning Creditor's objections to Alleged Debtor's discovery requests shall be waived or be otherwise stricken pursuant to Fed. R. Civ. P. 37(b)(2) if responses to all Alleged Debtors' requested discovery are not served upon counsel for Alleged Debtors by no later than August 7, 2020; it is further

ORDERED ADJUDGED AND DECREED that all designated matters supporting Petitioning Creditors' claims shall be prohibited from introduction into evidence pursuant to Fed. R. Civ. P. 37(b)(2) if responses to all Alleged Debtors' requested discovery are not served upon counsel for Alleged Debtors by no later than August 7, 2020; it is further

ORDERED ADJUDGED AND DECREED that facts shall be taken to be deemed in the Alleged Debtors' favor pursuant to FED. R. CIV. P. 37(b)(2) if responses to all Alleged Debtors' requested discovery are not served upon counsel for Alleged Debtors by no later than August 7, 2020.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
**ATTORNEYS FOR ALLEGED DEBTORS**