Joyce W. Lindauer
State Bar No. 21555700
Paul B. Geilich
State Bar No. 07792500
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
**ATTORNEYS FOR ALLEGED DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

# MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

1. The Alleged Debtors hereby request that a hearing be set on the *Second Motion to Compel Discovery Responses Filed in the Alternative to Alleged Debtor's Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Voluntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel* [Docket No. 105] (the "Motion") on July 31, 2020 at 1:30 p.m. along with the matters currently set for hearing. An expedited hearing is necessary in order to properly take depositions and prepare for the August 17, 2020 hearing in this case.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

2. Notice of the proposed expedited hearing will be provided to the U.S. Trustee; counsel for the Petitioning Creditors, and all parties receiving electronic notice in the case via email pursuant to the Court's CM/ECF system.

3. A hearing was not requested earlier because the Motion was just filed.

Dated: July 28, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Paul B. Geilich
State Bar No. 07792500
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
**ATTORNEYS FOR ALLEGED DEBTORS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 28, 2020, I attempted to confer with Stephen Packman, counsel for the Petitioning Creditors, but at the time of filing this Motion have not received a response. This matter will be discussed in the discovery conference requested by the Court.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2020, a true and correct copy of the foregoing Motion for Setting and Request for Expedited Hearing was served via email pursuant to the Court's CM/ECF system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer