Joyce W. Lindauer
State Bar No. 21555700
Paul B. Geilich
State Bar No. 07792500
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**NOTICE OF EXPEDITED HEARING**

Please take notice that an expedited hearing on the *Second Motion to Compel Discovery Responses Filed in the Alternative to Alleged Debtor's Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Voluntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel* [Docket No. 105] will be held via Webex video on **July 31, 2020 at 1:30 p.m.** before the Honorable Harlin D. Hale, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. The Webex hearing link has been posted to Judge Hale's web page and may be accessed here: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates. Parties are requested to review the Webex information and Tips (attached) prior to the hearing.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

Dated: July 28, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Paul B. Geilich
State Bar No. 07792500
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Steven C. Metzger
smetzger@pmklaw.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida
filings@vidalawfirm.com, legalprokirstin@gmail.com;bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

**TIPS FOR A BETTER-QUALITY EXPERIENCE:**

1. You may connect to the videoconference by cell phone, tablet, laptop, or desktop computer. We have found that newer iPhones provide the best visual and audio feed—better than most desktop computers. If you are on a personal computer, **headphones or earbuds are required** for those who need to speak during the hearing. External speakers tend to result in distorted sound when that person's microphone is unmuted.

2. Please observe proper videoconference etiquette—

   a. Identify yourself each time you speak and speak slowly and clearly. Remember we are trying to maintain a good record in addition to allowing the court and everyone to hear you and see you while you are speaking. Also, WebEx has active speaker identification that will determine who is speaking and display your screen to everyone after it picks up your voice, which could be a second or two after you start speaking.

   b. **Mute yourself when not speaking**. Be aware that court staff can also mute participants if needed, so make sure you are unmuted when you do need to speak.

   c. All witness and attorneys who will be conducting examination must use a separate camera and microphone so that they may be seen and heard by the Court and other conference attendees.

3. When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a handset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

## PARTICIPATING IN BANKRUPTCY COURT HEARINGS BY VIDEOCONFERENCE

During the COVID-19 Pandemic, the Northern District of Texas Bankruptcy Court is using videoconferencing more frequently for hearings. The determination to use videoconferencing for hearings will be made on a case-by-case basis by the presiding judge, based upon the needs of the case.

**HOW?** Currently, we are using the Cisco WebEx application for videoconferencing that can easily be accessed on a phone, tablet, laptop or PC. There is no fee/charge of any kind for the participants, although you will have to download WebEx to your computer or the WebEx App to your phone or tablet. The courtroom deputy will give you instructions on how to connect (for example, by giving you the link and Conference ID to use). You may also be asked to include this information in your notice of hearing.

**WHAT IF I WOULD RATHER JUST LISTEN IN AND NOT HAVE VIDEO?** You will still be able to participate through the WebEx telephone dial-in only option on a cell phone or land line in those hearings where the court decides to make videoconferencing available. You also have the ability to connect through the WebEx application and select "audio only" if you

just want to listen to the hearing and not participate by video, or you can "mute" your video presence at any time during the hearing.

**EXHIBITS AND SUCH:** Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules. Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, you will have the ability to share your screen, or a particular document, with everyone in the WebEx meeting. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

During the videoconference hearing, lawyers can refer to (and offer) their exhibits by referencing where they appear on the docket for the court and all to access. Later, after the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. For witnesses, you should consider emailing exhibits to them ahead of time since they may not have access to PACER—although, again, a document share-your-screen feature is available on WebEx.