**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**DECLARATION OF AMY M. HUBER**

1. I, Amy M. Huber, a Bankruptcy Administrative Assistant/Paralegal at Archer & Greiner, P.C., attorneys for the Petitioning Creditors, hereby declare as follows:

2. On or about June 27, 2020, the Alleged Debtors in the above-captioned case filed *Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay all Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petitions and to Schedule Hearing in Conjunction with Creditors' Motion to Compel* [Dkt. No. 101] (the "Motion").

3. The Alleged Debtors' Motion questions the validity of the "wet signatures" on the Petitions and Declarations submitted on behalf of the Petitioning Creditors.

4. Prior to the filing of the Motion, I contacted every Petitioning Creditor of the Alleged Debtors to confirm their "wet signatures" on the Petitions and Declarations filed with the Court.

5. Attached hereto as Exhibit "A" are true and correct copies of emails from the following Petitioning Creditors verifying that the wet signatures appearing on the Petition and Declarations in the WALL007 LLC involuntary bankruptcy are their original signatures:

---

1 The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

(a) Cunxiang Ji;

(b) Jin Wang;

(c) Jun Li;

(d) Kai Tian;

(e) Lin Zhou;

(f) Peng Guo;

(g) Qu Chen; and

(h) Yunding Kang.

6. I declare under penalty of perjury, that the foregoing is true and correct.

Dated: July 28, 2020

/s/ *Amy M. Huber*

Amy M. Huber, Bankruptcy Administrative Assistant/Paralegal
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-963-3300
Email: ahuber@archerlaw.com

# EXHIBIT "A"

**Huber, Amy M.**

**From:** wubohxs@[redacted]
**Sent:** Tuesday, July 21, 2020 7:23 PM
**To:** Huber, Amy M.
**Subject:** [EXT MAIL] 回复：WALL007

是

发自我的华为手机

-------- 原始邮件 --------
主题：WALL007
发件人："Huber, Amy M."
收件人：wubohxs@[redacted]
抄送："Packman, Stephen" ,"Jiangang "James" Ou (jou@nguyen-chen.com)"

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

早上好， 随信， 我谨代表Stephen M. Packman律师，请找到您的“请愿书和宣言”的“原始签名”页面。应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“是”；如果不是， 请回复“不是”。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

**From:** wubohxs@[redacted]
**Sent:** Tuesday, July 21, 2020 7:25 PM
**To:** Huber, Amy M.
**Subject:** [EXT MAIL] 回复：WALL007

yes

发自我的华为手机

-------- **原始**邮件 --------
**主**题：WALL007
发件人："Huber, Amy M."
**收件人**：wubohxs@[redacted]
**抄送**："Packman, Stephen" ,"Jiangang "James" Ou (jou@nguyen-chen.com)"

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

**早上好**，**随信**，**我**谨代表Stephen M. Packman**律**师，请找到您的"请愿书和宣言"**的**"**原始**签名"页面。应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和**宣言上的**签名是您的亲笔签名。如果是，请回复"**是**"；**如果不是**，请回复"**不是**"。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

**From:** tina@[redacted]
**Sent:** Thursday, July 23, 2020 11:52 PM
**To:** Huber, Amy M.
**Cc:** Packman, Stephen; jou
**Subject:** [EXT MAIL] Re: WALL007

是

tina@[redacted]

---

**From:** Huber, Amy M.
**Date:** 2020-07-22 01:27
**To:** tina@[redacted]
**CC:** Packman, Stephen; Jiangang \James\" Ou (jou@nguyen-chen.com)"
**Subject:** WALL007

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

早上好, 随信, 我谨代表Stephen M. Packman律师，请找到您的“请愿书和宣言”的“原始签名”页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“是”；如果不是, 请回复“不是”。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY

ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

| | |
|---|---|
| **From:** | 李军 <lijun1975@[redacted]> |
| **Sent:** | Friday, July 24, 2020 10:07 AM |
| **To:** | Huber, Amy M. |
| **Cc:** | Packman, Stephen; Jiangang "James" Ou (jou@nguyen-chen.com); Huber, Amy M. |
| **Subject:** | [EXT MAIL] Re:WALL007 |

是

--
发自我的网易邮箱手机智能版

在 2020-07-22 01:30:22，"Huber, Amy M." <ahuber@archerlaw.com> 写道：

> Good morning,
>
> On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.
>
> Thanks.
>
> **早上好**，**随信**，**我**谨代表 Stephen M. Packman **律**师，请找到您的“请愿书和宣言”**的**“**原始**签名”页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和**宣言上的**签名是您的亲笔签名。如果是，请回复“**是**”；**如果不是**，请回复“**不是**”。
>
> 谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

**From:** yuanjx@[redacted]
**Sent:** Friday, July 24, 2020 3:48 AM
**To:** Huber, Amy M.
**Cc:** Packman, Stephen; Jiangang James Ou (jou@nguyen-chen.com)
**Subject:** [EXT MAIL] 回复：WALL007

是

发自我的华为手机

-------- 原始邮件 --------
发件人： "Huber, Amy M." <ahuber@archerlaw.com>
日期： 2020年7月22日周三 凌晨1:31
收件人： yuanjx@[redacted]
抄送： "Packman, Stephen" <spackman@archerlaw.com>, "Jiangang "James" Ou (jou@nguyen-chen.com)" <jou@nguyen-chen.com>
主 题： WALL007

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

早上好， 随信，我谨代表Stephen M. Packman律师，请找到您的"请愿书和宣言"的"原始签名"页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复"是"；如果不是，请回复"不是"。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

**From:** 周霖 <lynn@[redacted]>
**Sent:** Friday, July 24, 2020 8:12 PM
**To:** Huber, Amy M.
**Subject:** [EXT MAIL] 回复:RE: WALL007

Dear Amy,

Sorry for my late response. Yes it's my original signatures, thanks.

Best Regards,
Lin Zhou

----------

该邮件从移动设备发送

--------------**原始**邮件--------------

发件人："Huber, Amy M. "<ahuber@archerlaw.com>;

发送时间：2020**年**7**月**24**日**(**星期五**) **晚上**10:02

**收件人**："lynn@[redacted]" <lynn@[redacted]>;

主题：RE: WALL007

-----------------------------------

Good morning,

Please review my below email. It is imperative that we receive your response as soon as possible. Thank you.

早上好， 请查看我下面的电子邮件。 我们必须尽快收到您的回复。 谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

---

**From:** Huber, Amy M.
**Sent:** Tuesday, July 21, 2020 1:33 PM
**To:** 'lynn@[redacted]' <lynn@[redacted]>
**Cc:** Packman, Stephen <spackman@archerlaw.com>; Jiangang "James" Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>
**Subject:** WALL007

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

**早上好**，**随信**，**我**谨代表Stephen M. Packman**律**师，请找到您的"请愿书和宣言"**的**"**原始**签名"页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和**宣言上的**签名是您的亲笔签名。如果是，请回复"**是**"；**如果不是**，请回复"**不是**"。

谢谢。

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

**From:** GG <zgww_1166@[redacted]>
**Sent:** Friday, July 24, 2020 3:49 AM
**To:** Huber, Amy M.
**Cc:** Packman, Stephen; Jiangang James Ou (jou@nguyen-chen.com)
**Subject:** [EXT MAIL] Re: WALL007

是

**GG**

邮箱：zgww_1166@[redacted]

签名由 网易邮箱大师 定制

On 07/22/2020 01:33, Huber, Amy M. wrote:

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

**早上好**， **随信**， **我**谨代表Stephen M. Packman**律**师，请找到您的"请愿书和宣言"**的**"**原始**签名"页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和**宣言上的**签名是您的亲笔签名。如果是，请回复"**是**"；**如果不是**， 请回复"**不是**"。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

| | |
|---|---|
| **From:** | 陈曲 <annie@[redacted]> |
| **Sent:** | Wednesday, July 22, 2020 10:14 PM |
| **To:** | Huber, Amy M. |
| **Cc:** | Packman, Stephen; Jiangang James Ou(jou@nguyen-chen.com) |
| **Subject:** | [EXT MAIL] Re：WALL007 |

是

---原始邮件---

发件人:"Huber, Amy M."<ahuber@archerlaw.com>

发送时间:2020 年 7 月 22 日(星期三) 凌晨 1:34

收件人:"annie@[redacted]"<annie@[redacted]>;

主题:WALL007

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel forthe Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

早上好， 随信，我谨代表 Stephen M. Packman 律师，请找到您的“请愿书和宣言”的“原始签名”页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“是”；如果不是，请回复“不是”。

谢谢。

Amy M. Huber
Bankruptcy Administrative Assistant/Paralegal
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square

1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION(INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

**From:** glass <179595348@[redacted]>
**Sent:** Wednesday, July 22, 2020 2:52 AM
**To:** Huber, Amy M.
**Subject:** [EXT MAIL] Re: WALL007

Yes.

是。

康云鼎

20200722

发自我的iPhone

------------------ Original ------------------

**From:** Huber, Amy M. <ahuber@archerlaw.com>

**Date:** Wed,Jul 22,2020 1:35 AM

**To:** 179595348@[redacted] <179595348@[redacted]>

**Cc:** Packman, Stephen <spackman@archerlaw.com>, Jiangang "James" Ou(jou@nguyen-chen.com) <jou@nguyen-chen.com>

**Subject:** Re: WALL007

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

**早上好**， **随信**，**我**谨代表Stephen M. Packman**律**师，请找到您的“请愿书和宣言”**的**“**原始**签名”页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“**是**”；**如果不是**， 请回复“**不是**”。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.