# EXHIBIT "A"

**RE: wire record for Lender Zhang Heng & Guan Pei**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Thursday, Jun 29, 2017 6:01 AM
Recipient:周霖<lynn@yding.cn>

Please find attached the wire receipt for Guan Pei.

**Saskya Bedoya**

**JMJ Development, Inc.**

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

C: 214.641.0122

sbedoya@jmjdevelopment.net

www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Tuesday, June 27, 2017 3:11 AM
**To:** Saskya Bedoya
**Subject:** wire record for Lender Zhang Heng & Guan Pei

Hi Saskya,

Lender Zhang Heng wired total $100,060 today via three different name, you can check attached file Zhang Heng 10w 01~03, thanks.

Lender Guan Pei wired total $100,000 today, you can check the last attachment.

Pls send me both two wire receipts after your accounting confirm the receipt, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330
www.yding.cn

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Guan\x26nbsp;Pei.pdf (343.83K)

# Wall009, LLC

June 28, 2017

Guan Pei
Passport No G27500096
#6101 Building 1, No.36 Zengguang Road
Beijing, China

Dear Guan Pei:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 26, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

**Wire Receipts**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Thursday, Feb 8, 2018 6:56 AM
Recipient:lynn<lynn@yding.cn>

**Saskya Bedoya**
**JMJ Development LLC**
13901 Midway Rd
Suite 102-LB 243
Dallas, TX 75244
P: 972.385.9934
F: 972.241.4484
C: 214.641.0122
sbedoya@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**2EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Ji\x26nbsp;Cunxiang.pdf (108.17K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Qin\x26nbsp;Qiao.pdf (108.20K)

# Wall011, LLC

February 7, 2018

Ji Cunxiang
Passport No G26733388
Room 1-114, No.5, Cuiweidongli,
Haiding District, Beijing, China
wubohxs@163.com
(86)13311209871

Dear Ji Cunxiang

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on February 06, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 7, 2018

Qin Qiao
Passport No EB1116049
1-202,No 12 Yiyuanjv,No 4 Cuiwei Road,
Haidian District,Beijing, China
jonson-yu@163.com
(86)18611035500

Dear Qin Qiao

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on February 06, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

**RE: 回复：several payment proof for Wall012**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Saturday, Jun 2, 2018 3:11 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>; 郭虹<Michelle@yding.cn>; Saskya Bedoya<SBedoya@jmjdevelopment.net>; Lynn@yding.cn<Lynn@yding.cn>

Hi Lynn,

Attached please find the receipt for Liu Yadan, Zhang Ying, Gao Huaizhen, Jiang Li, Yan Feng.

Thanks

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Friday, June 01, 2018 3:33 AM
**To:** Hongpeng Lin; Saskya Bedoya
**Cc:** 郭虹
**Subject:** 回复：several payment proof for Wall012

Hi Hong,

I attached several more wire proofs here, Kindly pls update the wire receipt progress today, thanks.

1) Liu Yadan: principle is $100K, she wired three time, 1st $49,965 via Zhang Yinjing; 2nd $49,980 via herself; 3rd $91.62 via Yuan Transfer, total amount is over $100K, pls check the actual arrival amount and send me the wire receipt of total 100K later on; (Confirmed 1st wire arrival amount is $49950, 2nd wire to Tim arrival amount $49,965, rest $85 you got from Yuan Transfer yesterday), you can release wire receipt now.

2) Zhang Ying: principle is $50K, you received her 1st $10K and 2nd $20K already; attached is her 3rd $20390.54 via Yuan transfer, pls check the actual arrival amount and send me wire receipt for total $100K later on; (Confirmed 1st wire arrival amount is $9995, 2nd wire arrival amount is $20000, rest $20005 you got from Yuan Transfer yesterday), you can release wire receipt now.

3) Jiang Li: principle is $500K, 1st $100K via Silverland Finance Limited, 2nd $150K via Silverland, 3rd 25K via HSBC. Pls check attached proof for 2nd and 3rd wire.

4) Gao Huaizhen: principle is $200K, wired total $200K via HSBC; (Confirmed wire pending is $19975,

Gao wire the rest $25 in RMB to PIC, will wire to JMJ once we know the total gap from other lenders after all wires are made for Wall012), you can release wire receipt now.

5) Yan Feng: principle is $150K, 1st $100K via herself, 2nd $500 via Silverland, 3rd $49500 wired by himsefl, pls check attached wire proof.

6) Yang Shuping: principle is $100K, both 1st $50K and 2nd $50K wired by herself, pls check attached payment proof.

7) Cai Hua: principle is $500K, up to now she wired $350K as following allocation, pls check the receipt accordingly.

Yong Sun ,east-west bank ,$64400

Yong Sun ,cathey bank, $41300

Wanjia Sun, bank of America,$196000

Wanjia Sun,Chase bank,$25000

Wanjia Sun,Chase bank,$23300

P.S total wire you recieved from Yuan Transfer is $20113.18 yesterday, $85 goes for Liu Yadan, $20005 goes for Zhang Ying, pls keep the rest $23 on your account, same as above 4) we'll calculate the final shortage numbers PIC needs to wire to JMJ after all wires made for Wall012 project.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月29日(星期二) 22:47

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：回复：several payment proof for Wall012

Hi Hong,

Gao Huaizhen wired total $200K via HSBC bank, attached is her payment proof, pls check the receipt as well, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月28日(星期一) 18:51

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>; Tim Barton <tbarton@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：回复：several payment proof for Wall012

Hi Hong,

Just a further follow up for below payment progress, pls let us know which wire you have received already on Tuesday, thanks.

Liu Yadan's 2nd wire $49980 to Wall012 LLC has been returned by SPD bank today due to some restriced policy, so she wired to Tim's personal account instead of Wall012 LLC, attached is her payment proof, kindly pls check with Tim and update the receipt to us later on, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月25日(星期五) 19:36

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya

<sbedoya@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：several payment proof for Wall012

Hi Hong,

Following are several payment proofs for Wall012, kindly pls check the receipt accordingly, thanks.

1) Liu Yadan: principle is $100K, she wired three time, 1st $49,965 via Zhang Yinjing; 2nd $49,980 via herself; 3rd $91.62 via Yuan Transfer, total amount is over $100K, pls check the actual arrival amount and send me the wire receipt of total 100K later on;

2) Zhang Ying: principle is $50K, you received her 1st $10K and 2nd $20K already; attached is her 3rd $20390.54 via Yuan transfer, pls check the actual arrival amount and send me wire receipt for total $100K later on;

3) Jiang Li: principle is $500K, 1st $100K via Silverland Finance Limited, balance will be wired later.

About Yuan Transfer, the handling charge from their end is around 1.8%~1.9% of wired amount, so we suggest lender to wire extra amount already. Pls let us know the actual arrival amount so we can track if there is any bank charge inside of United States other than Yuan Transfer.

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**5EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-100,000\x26nbsp;-Liu\x26nbsp;Yadan.pdf (1.05M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-50,000\x26nbsp;-Zhang\x26nbsp;Ying.pdf (1.04M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-200,000\x26nbsp;-Gao\x26nbsp;Huaizhen.pdf (1.05M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-500,000\x26nbsp;-Jiang\x26nbsp;Li.pdf (1.05M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-150,000\x26nbsp;-Yan\x26nbsp;Feng.pdf (1.04M)

# Wall012, LLC

June 1, 2018

Zhang Ying
Passport Number: E45741507
1-6-501,No 9,Fangyuan Nanli,Chaoyang District,
Beijing, China
judy7835@hotmail.com
(86) 13601011962

Dear Zhang Ying:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 1, 2018

Yan Feng
Passport Number: E88861852
54#, No.219 Gaomuqiao Road., Pudong District,
Shanghai, China
yan.windy@163.com
(86) 18502159855

Dear Yan Feng:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 150,000.00 by wire transfer into our account at Chase Bank on May 31, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 1, 2018

Gao Huaizhen
Passport Number: G28257288
Room802,Unit Jia,Building4,Dongpo Yajv,Tianning District,
Changzhou,Jiangsu, China
13606115081@163.com
(86) 13606115081

Dear Gao Huaizhen:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on May 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall012, LLC

June 1, 2018

Jiang Li
Passport Number: EA3681029
1-5-401 , North dormitory, Haidian Health Bureau,
Qinghe 3rd Street, Haidian District, Beijing, China
kwj80@163.com
(86) 13611224740

Dear Jiang Li:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 500,000.00 by wire transfer into our account at Chase Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 1, 2018

Liu Yadan
Passport Number: G44599134
Room2008,Building10,Cuiwei Xili,Wanshou Road,
Haidian District,Beijing, China
liuyadan2009@163.com
(86) 13901316694

Dear Liu Yadan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

**Wire receipts**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Wednesday, Jan 23, 2019 1:04 AM
Recipient:郭虹<Michelle@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>; Lynn@yding.cn<Lynn@yding.cn>

Hi Michelle,

Attached please find the wire receipts for Camillo Lake and Wall017.

Thanks,

Hongpeng Lin

JMJ Development, Inc.

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

HLin@jmjdevelopment.net

www.jmjdevelopment.net

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.

---

**4EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Camillo\x26nbsp;lakes\x26nbsp;II\x26nbsp;-Qin\x26nbsp;Zhao\x26nbsp;-\x26nbsp;lot\x26nbsp;2-31\x26nbsp;-\x26nbsp;$48000.pdf (1.17M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-\x26nbsp;$300k-\x26nbsp;Fan\x26nbsp;Xiaomin.pdf (1.29M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-\x26nbsp;$100,000-\x26nbsp;Luo\x26nbsp;Aiguo.pdf (1.25M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-1\x26nbsp;million-\x26nbsp;Gao\x26nbsp;Fei.pdf (1.28M)

**JMJAV, LLC**

January 17, 2019

Qin Zhao
No.7 Longteng Rd., Maoshan Industrial Zone, Jiangshan County,
Yinzhou District, Ningbo, Zhejiang, China
mariszhao@vip.163.com
0086- 13805862053

Dear Qin Zhao:

This letter will serve as confirmation by JMJAV LLC that we have received the amount of USD 48,000.00 by wire transfer, as earnest money for purchasing of Camillo Lakes II lot 2-31, on January 14,2019.

Sincerely,

By: Saskya Bedoya

Director of Finance

**13901 Midway Rd Suite 102, Dallas, TX 75244**
Phone (972) 385-9934 Fax (972) 241-4484

# Wall017, LLC

January 17, 2019

Luo Aiguo
Passport Number: G53172582
2-2-1401, Xiyuan, Jialvjingyuan Dongxiyuan,
Xihu District, Hangzhou, Zhejiang, China
373892105@qq.com
(86) 13705711191

Dear Luo Aiguo:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Wells Fargo Bank on January 14, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall017, LLC

January 17, 2019

Fan Xiaomin
Passport Number: E26113857
E-8D, Huating Jiayuan, No. 6 Beisihuan Zhonglu,
Chaoyang District, Beijing, China
wangzhiqing220@163.com
(86) 18601199358

Dear Fan Xiaomin:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 300,000.00 by wire transfer into our account at Chase Bank on January 7, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

January 17, 2019

Gao Fei
Passport Number: G41758382
No.65, Xisi Bei'ertiao, Xicheng District,
Beijing, China
gaofei699@126.com
(86) 13311193699

Dear Gao Fei:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 1,000,000.00 by wire transfer into our account at Wells Fargo Bank on January 4, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC