# EXHIBIT "B"

**REQUEST NO. 25:** True and correct copies of any and all invoices tendered on You by Your counsel of record for fees and expenses incurred in relation to this Involuntary Case with any attorney-client privileged information redacted whether or not such fees have been paid or will be paid by You or any Third Party.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Ambiguity, Confidentiality, and Legal Conclusion Objections. The documents sought are entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will maintain a privilege log and will not respond further to this Request.

**REQUEST NO. 34:** True and correct copies of any and all United States Certificate of Naturalization issued to You.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Undue Burden, and Confidentiality Objections. The documents sought are entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 35:** True and correct copies of any and all United States residency card issued to You.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Undue Burden, and Confidentiality Objections. The documents sought are entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 36:** True and correct copies of any and all passports issued to You by any country and any United States visas issued to You.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Undue Burden, and Confidentiality Objections. The documents sought are entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 37:** True and correct copies of any tax identification number issued to You by the Internal Revenue Service of the United States,

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Undue Burden, and Confidentiality Objections. The documents sought are entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 38:** True and correct copies of any and all other United States identification card or paper issued to You by the United States, including by an applicable state government of the United States, including without limitation any driver's licenses, social security cards, or tax identification form.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Undue Burden, and Confidentiality Objections. The documents sought are entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 39:** True and correct copies of any and all Documents containing personal identification information that You provided to the Alleged Debtor prior to the Date of the Involuntary Petition.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Undue Burden, and Confidentiality Objections. The documents sought are entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 40:** True and correct copies of any and all Documents containing personal identification information that You provided to any of the Fu Parties prior to the Date of the Involuntary Petition.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Undue Burden, and Confidentiality Objections. The documents sought are entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.