# EXHIBIT "C"

**INTERROGATORY NO. 8:** Identify and describe any and all notices sent by Your or on Your behalf to, approvals applied for, or approvals received from any government agency located in China or any other country prior to the transmission of any funds by You or any other person on Your behalf including any Agent, including without limitation pre-approvals from the National Development and Reform Commission, the Ministry of Commerce, the State Administration of Foreign Exchange, and People's Bank of China.

**ANSWER:** Petitioning Creditor asserts the Relevancy, Ambiguity, Undue Burden, Confidentiality, and Legal Conclusion Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**INTERROGATORY NO. 12:** Please describe Your past and current relationship with the other Petitioning Creditors and any Other Lenders that You have met either in person or via telephonic or Electronic means and the Date upon which such relationship first began.

**ANSWER:** Petitioning Creditor asserts the Relevancy Objection. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**INTERROGATORY NO. 15:** Describe any of Your current or future plans to be represented by any attorneys, other than Your counsel of record in this Involuntary Case, with respect to any claims or asserted defaults against the Alleged Debtor.

**ANSWER:** Petitioning Creditor asserts the Relevancy, Ambiguity, Undue Burden, Attorney/Client Privilege, and Legal Conclusion Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**INTERROGATORY NO. 16:** Describe any written or oral communications, representations, and whatever reason, into efforts to organize You, the Petitioning Creditors, and any Other Lenders who are not Petitioning Creditors, for the filing of this Involuntary Case.

**ANSWER:** Petitioning Creditor asserts the Relevancy, Ambiguity, Undue Burden, Attorney/Client Privilege, and Legal Conclusion Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**INTERROGATORY NO. 17:** Identify and describe the amount, source, and method of payment of any and all legal fees incurred by You or incurred on Your behalf, including any prepaid retainer, related to this Involuntary Case including whether nor not any of the Fu Parties paid any legal fees on Your behalf including without limitation the initial retainer amount, and if such legal fees were paid by any of the Fu Parties the date You first learned that any of the Fu Parties would pay or had paid such legal fees and how You learned such information.

**ANSWER:** Petitioning Creditor asserts the Relevancy, Ambiguity, Undue Burden, Attorney/Client Privilege, and Legal Conclusion Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**INTERROGATORY NO. 18:** Identify and describe who delivered, and the method used to deliver, a draft of the involuntary petition to You and the process to consent to and sign the Involuntary Petition including without limitation identification of any Third Party, including any of the Fu Parties and any attorney, who provided the initial draft or provided any explanation of the involuntary petition.

**ANSWER:** Petitioning Creditor asserts the Relevancy, Ambiguity, Undue Burden, Attorney/Client Privilege, and Legal Conclusion Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.