# EXHIBIT "D"

**REQUEST NO. 94:** Admit that at least one of the Fu Parties retained Your attorneys in this Involuntary Case on Your Behalf.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Ambiguity and Attorney/Client Privilege Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 95:** Admit that Michael Fu retained Your attorneys in this Involuntary Case on Your Behalf.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Ambiguity and Attorney/Client Privilege Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 96:** Admit that at least one of the Fu Parties paid the initial retainer to Your attorneys in this Involuntary Case on Your Behalf.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Ambiguity and Attorney/Client Privilege Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.

**REQUEST NO. 97:** Admit that Michael Fu paid the initial retainer to Your attorneys in this Involuntary Case on Your Behalf.

**RESPONSE:** Petitioning Creditor asserts the Relevancy, Ambiguity and Attorney/Client Privilege Objections. The information sought is entirely irrelevant to the claims and defenses raised in this Case and are not reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Petitioning Creditor will not respond further to this Request.