Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Paul B. Geilich
State Bar No. 07792500
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC,** ***et al.***[1], | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**SUPPLEMENTAL DECLARATION OF TIMOTHY BARTON**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

1. "My name is Timothy Barton. I am an Officer and Representative of the Managing Member of the Alleged Debtors, and make this Declaration in support of *WALL010, LLC's Objection to Motion for Relief from Stay* (the "Objection") filed by Tamamoi, LLC.

2. The statements made herein are all true and correct and I have personal knowledge of the facts stated herein.

3. The alleged debt owed to Tamamoi, LLC and FDRE, Inc. is just over $2,130,000.00. The property that secures this debt is 195.5 acres. The current value of this property is

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

over $4,500,000.00. There is substantial equity in this property for the Debtor and its other creditors.

4. The property was acquired in the name of Carnegie Development, LLC the managing member and owner of WALL010, LLC for the benefit of WALL010, LLC.

5. These transactions are reflected in the Promissory Note dated July 16, 2028 between Carnegie Development, LLC and WALL 010, LLC, the Written Consent of WALL010, LLC and the Special Warranty Deed dated January 14, 2019 that clearly show that WALL 010, LLC acquired an interest in the property in 2019 that Movants seek to remove the stay from.

6. The Movants are correct that the debt is reflected in the name of Carnegie Development, LLC but the real property itself belongs to WALL010, LLC.

7. I declare under penalty of perjury that the statements contained herein and in the Objection are within my personal knowledge and are true and correct.

Executed this 5th day of August, 2020

Timothy Barton
Officer and Representative of the
Managing Member of the Alleged Debtor
WALL010, LLC