# EXHIBIT "B"

**Summary List of Documents Provided**

"Response to Request No. 6":

- Email from vance@mcmurrylegal.com to Joyce Lindauer with subject line: RE: Yding Website.

"Response to Request No. 10":

- Names of individuals under the heading "Remitted by" with monetary amounts not identified.

"Response to Request No. 15":

- Complaint, Cause No. DC-19-18361, captioned *Silverland Finance LTD., Platinum Investment Corporation, Lin Zhou, Jin Wang, and Ji Lu v. Wall007, LLC, Wall009, LLC, Timothy Barton, Sada Cumber, and Carnegie Development Inc*

"Response to Request No. 25":

- Apparent draft of an Affidavit

"Response to Request No. 33":

- Master Loan Agreement dated February 15, 2017 between Platinum Investment Corporation and Wall007, LLC (UNSIGNED)