# EXHIBIT "D"

Centers for Disease Control and Prevention

MENU >




# Travelers Prohibited from Entry to the United States
# Travelers Prohibited from Entry to the US

Updated June 15, 2020 Print

Several Presidential proclamations established restrictions on the entry of certain travelers into the United States in an effort to help slow the spread of coronavirus disease 2019 (COVID-19).

**With specific exceptions, foreign nationals who have been in any of the following countries during the past 14 days may not enter the United States. For a full list of exceptions, please refer to the relevant proclamations in the links below.**

- China
- Iran
- European Schengen area (Austria, Belgium, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Italy, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Slovakia, Slovenia, Spain, Sweden, Switzerland, Monaco, San Marino, Vatican City)
- United Kingdom (England, Scotland, Wales, Northern Ireland)
- Republic of Ireland
- Brazil

As further provided in each proclamation, citizens and lawful permanent residents of the United States, certain family members, and other individuals who meet specified exceptions, who have been in one of the countries listed above in the past 14 days will be allowed to enter the United States through one of 15 airports. After arriving to the United States from one of these countries, CDC recommends that travelers stay home and monitor their health for 14 days. More information about what to do after arriving to the United States is available on CDC's Returning from International Travel webpage.

Last Updated June 15, 2020