# EXHIBIT "A"

**Garcia, Jorge**

**From:** Packman, Stephen
**Sent:** Monday, August 10, 2020 9:13 AM
**To:** Garcia, Jorge
**Subject:** FW: Wall

---

**From:** Packman, Stephen
**Sent:** Tuesday, July 28, 2020 7:59 AM
**To:** 'Joyce Lindauer' <joyce@joycelindauer.com>
**Cc:** Steven C. Metzger <smetzger@pmklaw.com>
**Subject:** RE: Wall

Mr. Metzger, please advise me of you and your client's availability for examination next week on August 3 or 4. I anticipate the deposition should take about a half a day but might spill over into the afternoon, your time.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, July 27, 2020 12:23 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Cc:** Steven C. Metzger <smetzger@pmklaw.com>
**Subject:** [EXT MAIL] RE: Wall

Mr. Barton's counsel is Steve Metzger I am forwarding your requests to him

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Monday, July 27, 2020 11:07 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: Wall

3rd or 4th

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, July 27, 2020 12:06 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Subject:** [EXT MAIL] RE: Wall

Ok will do – do you have a date I mind

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Monday, July 27, 2020 10:58 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Jiangang (James) Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>
**Subject:** Wall

Please provide me dates for Mr. Barton's video deposition next week. Thanks.

**Garcia, Jorge**

| | |
|---|---|
| **From:** | Packman, Stephen |
| **Sent:** | Monday, August 10, 2020 9:14 AM |
| **To:** | Garcia, Jorge |
| **Subject:** | FW: Deposition of Timothy Barton |

**From:** Packman, Stephen
**Sent:** Wednesday, July 29, 2020 8:33 AM
**To:** 'Joyce Lindauer' <joyce@joycelindauer.com>
**Subject:** RE: Deposition of Timothy Barton

Thanks.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Wednesday, July 29, 2020 8:32 AM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Subject:** [EXT MAIL] Re: Deposition of Timothy Barton

I will check
We also have your clients to depose as well

Sent from my iPhone

> On Jul 29, 2020, at 7:29 AM, Packman, Stephen <spackman@archerlaw.com> wrote:
>
> Joyce:
>
> My understanding is that Mr. Barton is the representative of the Debtor. Since Mr. Metzger is not responding to my emails, we will send you a formal Notice to Produce him but I don't understand why that is necessary. I will also raise this issue with the Court Friday if it is not resolved.
>
> We also wish to take video depositions of Saskya Bedoya and Hongpeng Lin. Let us know if the Alleged Debtors will produce them and dates next week for them as well. We are running out of time to finish our discovery and motion practice in order to have a full hearing on August 17th.
>
> Thanks.

## Garcia, Jorge

**From:** Packman, Stephen
**Sent:** Monday, August 10, 2020 9:15 AM
**To:** Garcia, Jorge
**Subject:** FW: Depositions:

---

**From:** Packman, Stephen
**Sent:** Wednesday, August 5, 2020 2:59 PM
**To:** 'Joyce Lindauer' <joyce@joycelindauer.com>
**Subject:** RE: Depositions:

Of petitioning creditors?

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Wednesday, August 5, 2020 2:58 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Subject:** [EXT MAIL] RE: Depositions:

I just received your email
I can respond to your points in just a few minutes
I hope you saw in the letter we can adjust dates per your schedule
We also have another batch of notices as well to schedule

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Wednesday, August 5, 2020 1:56 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Jiangang (James) Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>; Garcia, Jorge <jgarcia@archerlaw.com>; Steven Metzger <smetzger@pmklaw.com>
**Subject:** Depositions:

Joyce:

1) Is the Debtor producing a 30b6 witness, Ms. Bedoya and Mr. Barton next week on the dates noticed/subpoenaed? I need to know for planning purposes. If not, I need alternative dates in August. I am not willing to push these off far. If we cannot agree on dates this week, I will have to take this before the Judge which I would rather not do given his directive to resolve discovery disputes or be subject to sanctions.

2) As far as the depositions of petitioning creditors, you noticed a lot of them without checking with us on dates. I will not be here from August 13-16th so those dates are out. To the extent you want to reschedule them, let me know. Due to COVID and travel restrictions, no petitioning creditors will be appearing live for depositions. I do not expect any of your witnesses to appear live either if they choose not to do so. I will be taking our depositions remotely. All depositions must be by video given COVID. I am not risking the health of anyone over a bankruptcy case.

3) Let me know what dates in August work for rescheduling the Petitioning creditors and I will set up the video depositions. The week of August 24th is good for me as of now. I also need to know how long you need with each

one. Frankly, 11 of them seems like an awful lot given the issues you have raised. Please see if you can narrow it down some.

4) We still need to understand which documents and interrogatories you will respond to and when. Please advise us and send the documents.

Thanks.

## Huber, Amy M.

**From:** Packman, Stephen
**Sent:** Thursday, August 6, 2020 7:39 AM
**To:** Garcia, Jorge
**Subject:** Fwd: In Re Wall 007, LLC, et al.

Sent from my iPhone

Begin forwarded message:

**From:** "Packman, Stephen" <spackman@archerlaw.com>
**Date:** July 29, 2020 at 2:47:00 PM EDT
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** "Jiangang (James) Ou (jou@nguyen-chen.com)" <jou@nguyen-chen.com>, "Garcia, Jorge" <jgarcia@archerlaw.com>
**Subject: RE: In Re Wall 007, LLC, et al.**

Thanks Joyce. Please let me know when Mr. Barton will appear for deposition then.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Wednesday, July 29, 2020 2:43 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Subject:** [EXT MAIL] RE: In Re Wall 007, LLC, et al.

As I understand Mr. Barton's schedule he is out next week
Not sure how many days.
I have inquired about Ms. Bedoya and her availability.

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Wednesday, July 29, 2020 1:32 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Steven C. Metzger <smetzger@pmklaw.com>; Jiangang (James) Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>; Garcia, Jorge <jgarcia@archerlaw.com>
**Subject:** RE: In Re Wall 007, LLC, et al.

Joyce:

I am responding directly to you not Mr. Metzger since the Petitioning Creditors are seeking to depose Mr. Barton and Mr. Bedoya as officers and representatives of the Alleged Debtors. Please see the attached wherein the Alleged Debtors identified **Barton and Bedoya as officers of the Alleged Debtors** (Interrogatory response 1(c)).

As Alleged Debtor's counsel, you will be receiving Notices of Depositions later today/this evening with tentative dates but we are somewhat flexible in that regard. If we can agree upon consensual dates for the video depositions within the next 10 days or so, great. If not, we will be filing another Motion but hope that is not necessary.

Also, for the record, and in case Mr. Metzger is not aware, there is a hearing currently scheduled in this case for August 17 so we will not agree to push off the depositions as you suggest below. We are flexible but do not agree to take the depositions only a week or so prior to the hearing date.

Please get me dates of availability for Mr. Barton and Mr. Bedoya this week as they are representatives of the Debtors and the Petitioning Creditors wish to take their depositions in advance of the August 17 hearing.

Mr. Metzger, the contempt motion against your client is not August 6. It is scheduled currently for August 10.

We will talk to you, Joyce, at 3pm CT time today. I trust that the call will only be with you (and any of your associates) as Alleged Debtors counsel. The purpose of the call is as directed by the Judge: to try to resolve the pending discovery motions on both sides.

Talk to you then.

---

**From:** Steven Metzger <smetzger@pmklaw.com>
**Sent:** Wednesday, July 29, 2020 1:16 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** [EXT MAIL] In Re Wall 007, LLC, et al.

Mr. Packman-

I have sought from Tim Barton his availability next week and am advised that he will be traveling for previously scheduled matters and not available for the dates you request in your email below. Please note that his Declaration was filed yesterday with respect to the matter of your Motion for Contempt which I understand is currently scheduled for hearing on August 6, 2020 at 4 pm.

If you are really seeking more, subject to the result of the hearing this Friday afternoon on the Alleged Debtors Motion to Compel Discovery Responses, I imagine that we can find a mutually agreeable time in the future for a reasonable length deposition of Mr. Barton on the issues remaining in the case, if it continues.

******************************
**Steven C. Metzger**
**Metzger Law PLLC**
***(Formerly Metzger & McDonald PLLC)***
**3626 N. Hall Street, Suite 800**
**Dallas, Texas 75219-5133**
**214-740-5030 (Direct)**
**214-969-7600 (Main)**
**214-957-2505 (Cell)**
**214-224-7555 or 214-523-3838 (Facsimile)**
***smetzger@pmklaw.com***
***www.pmklaw.com***

PURPOSE OF EMAIL: This email is not intended to create an attorney client relationship where none previously exists. This email is not intended to be an opinion of counsel.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this

message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (Collect) (214-740-5033), and destroy the original message. Thank you.

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Tuesday, July 28, 2020 6:59 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Steven Metzger <smetzger@pmklaw.com>
**Subject:** RE: Wall

Mr. Metzger, please advise me of you and your client's availability for examination next week on August 3 or 4. I anticipate the deposition should take about a half a day but might spill over into the afternoon, your time.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, July 27, 2020 12:23 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Cc:** Steven C. Metzger <smetzger@pmklaw.com>
**Subject:** [EXT MAIL] RE: Wall

Mr. Barton's counsel is Steve Metzger I am forwarding your requests to him

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Monday, July 27, 2020 11:07 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: Wall

3rd or 4th

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, July 27, 2020 12:06 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Subject:** [EXT MAIL] RE: Wall

Ok will do – do you have a date I mind

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Monday, July 27, 2020 10:58 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Jiangang (James) Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>
**Subject:** Wall

Please provide me dates for Mr. Barton's video deposition next week. Thanks.

**Huber, Amy M.**

---

**From:** Packman, Stephen
**Sent:** Thursday, August 6, 2020 7:40 AM
**To:** Garcia, Jorge
**Subject:** Fwd: Wall
**Attachments:** Wu ruinian receipt from Saskya 20170629.pdf; ATT00001.htm; yang li ying receipt from Saskya 20171103.pdf; ATT00002.htm; Wall011 wire list.pdf; ATT00003.htm

Sent from my iPhone

Begin forwarded message:

> **From:** "Packman, Stephen" <spackman@archerlaw.com>
> **Date:** July 29, 2020 at 9:00:19 AM EDT
> **To:** Joyce Lindauer <joyce@joycelindauer.com>
> **Cc:** "Jiangang (James) Ou (jou@nguyen-chen.com)" <jou@nguyen-chen.com>, "Steven C. Metzger" <smetzger@pmklaw.com>
> **Subject: Wall**
>
> We think these documents speak for themselves. Again, please advise if the Alleged Debtors will produce Mr. Barton, Mr. Bedoya and Mr. Mr. Lin for depositions next week.

**RE: missing one wire receipt for lender Wu Ruinian**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Thursday, Jun 29, 2017 5:44 AM
Recipient:周霖<lynn@yding.cn>

Sorry for the delay. Please find attached.

Regards,

**Saskya Bedoya**

**JMJ Development, Inc.**

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

C: 214.641.0122

sbedoya@jmjdevelopment.net

www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Tuesday, June 27, 2017 12:23 AM
**To:** Saskya Bedoya
**Subject:** missing one wire receipt for lender Wu Ruinian

Hi Saskya,

I checked my file record while I don't have the wire receipt for Wu Ruinian ($100,000) , maybe I didn't ask for it before. Since the wire arrived already when I was in your office, can you pls send me his wire receipt? Thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330
www.yding.cn

---------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年6月27日(星期二) 06:42

收件人：周霖 <lynn@yding.cn>

主　题：RE: 回复：several wire record for your reference

Please find attached.

Regards,

Saskya Bedoya

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Monday, June 26, 2017 7:17 AM
**To:** Saskya Bedoya
**Subject:** 回复：several wire record for your reference

Hi Saskya,

Thanks a lot for your update information, pls send me the wire receipt for Xu Yue first, others you can send later when total amount arrive, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330

www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年6月24日(星期六) 07:38

收件人：周霖 <lynn@yding.cn>

主　题：RE: several wire record for your reference

Hi Lynn,

This is what our bank shows for the account Wall009 LLC.

| | | |
|---|---|---|
| Pending | Wire transfer deposit US...020941 | + $48,983.00 |
| 06/21/2017 | ACH deposit XUEGENG GONG SENDER WALL009LLC | + $100,015.00 |
| 06/20/2017 | Wire transfer fee YUE XU | - $15.00 |
| 06/20/2017 | Wire transfer deposit YUE XU USDG...3921801 | + $100,015.00 |

Kind regards,

**Saskya Bedoya**

**JMJ Development LLC**

13901 Midway Rd

Suite 102-LB 243

Dallas, TX 75244

P: 972.385.9934

F: 972.241.4484

C: 214.641.0122

sbedoya@jmjdevelopment.net

www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Friday, June 23, 2017 3:34 AM
**To:** Saskya Bedoya
**Subject:** several wire record for your reference

Hi Saskya,

I sent you two wire records (Gong Xuegeng 1st 100K and my 1st 49K) already, now let me have a short summary for you regarding the latest payments from our side. Pls check following:

1, Gong Xuegeng: wired 1st 100K, pls check attached wire record. and she mailed 100K wellsfargo check via DHL 5918425542 today, pls check attached copy;

2, Xu Yue: wired 100K, pls check attached wire record;

3, Zhou Lin: wired 49K, pls check attached wire record, anothr $1000 will be wired out soon.

Pls let me know if your accounting receive above payment, and send me the wire receipt for Gong & Xu first once you receive their money, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330
www.yding.cn

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Wu\x26nbsp;Ruinian.pdf (340.59K)

# Wall009, LLC

June 28, 2017

Wu Ruinian
Passport No E77502901
5-2-401, Xisihuan
Meiliyuan, Beijing, China

Dear Cai Xuezhen:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 06, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

**RE: 回复：回复：回复：wire receipt checking**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Friday, Nov 3, 2017 11:28 PM
Recipient:'??'<lynn@yding.cn>

Hi Lynn,

Please find wire receipts attached. I will send Mao Liying in one moment.

Regards,

Saskya Bedoya

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Wednesday, November 01, 2017 9:16 PM
**To:** Saskya Bedoya
**Subject:** 回复：回复：回复：wire receipt checking

Hi Saskya,

Got it, thanks.

Still waiting for following receipts, pls send them to me when your accounting receive those wires, thanks a lot.

-- $300K from Yang Liying

-- $200K from Mao Liying

-- $200K from Yang Hairuo (she wired another $100K which you confirmed the receipt on Oct 26th, she wired another 100K on Oct 30th, pls send me $200K wire receipt)

-- $100K from Lin Changhua (he wired $100K on Nov 1st, attached is his payment proof)

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年11月2日(星期四) 09:12

收件人：周霖 <lynn@yding.cn>

主　题：RE: 回复：回复：wire receipt checking

Hi Lynn,

Please find attached wire receipts for Li Jianjin and Wenjun Wang.

Which other wire receipts do you need?

Regards,

Saskya Bedoya

---

**From:** Saskya Bedoya
**Sent:** Tuesday, October 31, 2017 9:22 AM
**To:** 周霖
**Subject:** Re: 回复：回复：wire receipt checking

19,946 shows pending

300,000 yang liying posted

200,000 pending

100,000 pending

Saskya Bedoya

(214) 641-0122

Sent from my iPhone

On Oct 31, 2017, at 9:16 AM, 周霖 <lynn@yding.cn> wrote:

Hi Saskya,

Tina wired the rest $19950 (total $19965 include $15 bank charge) from Silverland to Wall 010 LLC on behalf of Li Jianjin, once you receive this wire, pls send me wire receipt

$500K for Li Jianjin, thanks.

BTW, another client Mao Liying also wired total $200K today, attached is her payment proof, pls check the receipt accordingly, thanks.

So today pls check 3 wire as following:

-- $19965 from Silverland for Li Jianjin;

-- $300000 pending from Yang Liying;

-- $200000 wire from Mao Liying

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年10月31日(星期二) 09:50

收件人：周霖 <lynn@yding.cn>

主　题：Re:回复：wire receipt checking

Received 480,025 li jian jin

Received 50,000 Haonan Chen

Pending 300,000

Saskya Bedoya

(214) 641-0122

Sent from my iPhone

On Oct 29, 2017, at 10:10 AM, 周霖 <lynn@yding.cn> wrote:

Hi Saskya,

Wang Wenjun's son Haonan Chen finally helped her to wire $50K in USA, attached is the payment proof for your reference, kindly pls check the receipt accordingly, thanks.

Now we are waiting for your confirmation of following payments:

1) $480050 wired from Li Jianjin via HSBC on Oct 20th;

2) $300000 wired from Yang Liying via HSBC on Oct 26th;

3) $50,000 wired from Haonan Chen on behalf of Wang Wenjun in USA on Oct 27th.

Kindly pls check and send me wire receipts accordinlgy, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年10月27日(星期五) 05:19

收件人：周霖 <lynn@yding.cn>

主　题：RE: wire receipt checking

Please find attached.

Kind regards,

Saskya Bedoya

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Thursday, October 26, 2017 4:49 AM

**To:** Saskya Bedoya
**Subject:** wire receipt checking

Hi Saskya,

Other than last two wires Gang and Jianjin which you confirmed one Gang's $500K, we have two more wires today. $100K from Yang Hairuo, she will wire another $100K once this payment has been received, and Yang Liying's $300K. Attached is their payment proof, pls check with your accounting as well, thanks.

Pls send me Gang's wire receipt today, thanks.

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**3EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall010\x26nbsp;-\x26nbsp;200000\x26nbsp;-\x26nbsp;Yang\x26nbsp;Hairuo.pdf (108.22K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall010\x26nbsp;-\x26nbsp;100000\x26nbsp;-\x26nbsp;Lin\x26nbsp;Changhua.pdf (111.63K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall010\x26nbsp;-\x26nbsp;300000\x26nbsp;-\x26nbsp;Yang\x26nbsp;Liying.pdf (108.26K)

# Wall010, LLC

November 3, 2017

Lin Changhua
Passport No E39044981
56-2-402, Qiushi cun
Hangzhou, China
2465507079@qq.com
(86) 13805747448

Dear Lin Changhua:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on November 1, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

# Wall010, LLC

November 3, 2017

Yang Hairuo
Passport No G48731804
Room 1302, 9#, No.100 Lane, Yushan Rd.
Pudong District, Shanghai, China
295140330@qq.com
(86) 13916213655

Dear Yang Hairuo:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Capital One Bank on October 31, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

DocuSign Envelope ID: 0525CAAA-D7B7-4C4A-BD20-E0512A90987A


# Wall010, LLC

November 3, 2017

Yang Liying
Passport No E47091811
7-4-701 Wulin Garden, No 112 Tianmushan Rd
Xihu District, Hangzhou, China
54658392@qq.com
(86) 13858141704

Dear Yang Liying:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 300,000.00 by wire transfer into our account at Capital One Bank on October 30, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

**(no subject)**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Tuesday, Feb 6, 2018 10:09 AM
Recipient:周霖<Lynn@yding.cn>

**Saskya Bedoya**
**JMJ Development, Inc.**
1755 Wittington Place
Suite 340
Dallas, TX 75234
P: 972.385.9934
F: 972.241.4484
C: 214.641.0122
sbedoya@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**General accessories**

wall011\x26nbsp;received\x26nbsp;wires\x26nbsp;-\x26nbsp;02052018.xlsx (9.77K)

| Date | Description | Amount |
|---|---|---|
| Pending | Wire transfer deposit US...275371 | $49,985.00 |
| Pending | Wire transfer deposit US...275173 | $49,985.00 |
| 2018-2-2 | Wire transfer fee LILIN | ($15.00) |
| 2018-2-2 | Wire transfer fee JI CUN XIANG | ($15.00) |
| 2018-2-2 | Wire transfer deposit LILIN USD...7972 | $49,985.00 |
| 2018-2-2 | Wire transfer deposit JI CUN XIANG USDBJMUSBC | $49,985.00 |
| 2018-1-30 | Wire transfer fee MS GAO LIN ROOM 602 NO 6 L | ($15.00) |
| 2018-1-30 | Wire transfer fee LIYANXIA | ($15.00) |
| 2018-1-30 | Wire transfer fee LIU YI | ($15.00) |
| 2018-1-30 | Wire transfer deposit LIU YI USDS0680301A0AF01 | $49,980.00 |
| 2018-1-30 | Wire transfer deposit LIYANXIA USD...7041 | $49,985.00 |
| 2018-1-30 | Wire transfer deposit MS GAO LIN ROOM 602 NO 6 L USDS0680300B7A | $100,000.00 |

**Huber, Amy M.**

| | |
|---|---|
| **From:** | Packman, Stephen |
| **Sent:** | Thursday, August 6, 2020 7:38 AM |
| **To:** | Garcia, Jorge |
| **Subject:** | Fwd: Wall-Tomorrow's Hearings |

Sent from my iPhone

Begin forwarded message:

**From:** "Packman, Stephen" <spackman@archerlaw.com>
**Date:** July 30, 2020 at 4:53:00 PM EDT
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** "Jiangang (James) Ou (jou@nguyen-chen.com)" <jou@nguyen-chen.com>, "Garcia, Jorge" <jgarcia@archerlaw.com>
**Subject: Wall-Tomorrow's Hearings**

Joyce:

Per our call today, we agree to continue tomorrow's motion hearings to the 17th of August and turn tomorrow's hearing into a status conference. We agree that we should advise the Court tomorrow of the discovery and case status; the outstanding issues on both sides; and request that the 8-17 date be reserved for us to present to the Court any outstanding discovery disputes and any other case issues that warrant discussion. We also intend to advise the Court tomorrow that we will be filing a summary judgement motion in the near future. We will be sending you notices and subpoenas later this evening for several Debtor and third-party witnesses we intend to depose by video.

Sincerely,

**Huber, Amy M.**

**From:** Packman, Stephen
**Sent:** Thursday, August 6, 2020 7:39 AM
**To:** Garcia, Jorge
**Subject:** Fwd: [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm

Sent from my iPhone

Begin forwarded message:

**From:** "Packman, Stephen" <spackman@archerlaw.com>
**Date:** July 30, 2020 at 1:49:35 PM EDT
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** "Jiangang (James) Ou (jou@nguyen-chen.com)" <jou@nguyen-chen.com>, "Garcia, Jorge" <jgarcia@archerlaw.com>
**Subject: RE: [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm**

Thanks. Talk to you at 3pm CT.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Thursday, July 30, 2020 1:33 PM
**To:** Packman, Stephen <spackman@archerlaw.com>
**Cc:** K Walji <k.walji@waljilaw.com>; Krista Vassallo <KVassallo@jmjdevelopment.com>
**Subject:** RE: [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm

Much like you I am trying to narrow down the responses and what is still at issue for tomorrow.
See below

Please send me this morning the documents you will produce **by request number** and the interrogatories you will answer **by number** and timing on production of same. Our goal is to narrow down the disputes today over our motion to compel and your second motion to compel. Production:

Communications with Petitioning Creditors
Will produce
Communications with Michael Fu and his representatives
**Will produce**

Let me explain how we would like to see this case proceed. Since the standing issue has been raised And I believe the documents in 1 and 2 above could go to standing seems those should be produced.

As far as the Interrogatory Answers we are generally amending all the answers to address any omissions in the prior responses and should have those shortly.

I will do the same for yours **by request number** as to the discovery we did not answer and which you and we both summarized for the court yesterday in our papers (and which coincide based on the papers filed).

I would like to report to the Court later today on those request numbers (on both sides) which we have resolved and the numbers we have not, so that tomorrow is not a lengthy, dramatic production. We are being cooperative and so are YOU at least. Thanks for that. I agree

As far as the First Motion to Compel, please let me know exactly what else you would like to discuss with us about that Motion which we find to be procedurally improper and wholly unsupported. We are obviously not going to agree to it. We filed last night Declarations with proof attached that all but three of our clients did in fact sign the Petitions and Declarations. As to the remaining three, we should have those confirmations before the hearing. There is nothing else we are going to provide at this time as there is nothing else to provide. Please withdraw the Motion. We can reframe that Motion but we need to address the standing questions as those seem to be the most contested right now. Those are preliminary issues dealing with the basic claims being made in the cases. I will point you to the specific questions we expected to get answered in the discovery to cover these issues.

We can discuss depositions if you wish later today. However, I would point out that so far we have not received any cooperation from you or Mr. Metzger regarding scheduling depositions of Mr. Barton and Mr. Bedoya. If we don't have those scheduled this week, we will have to file another Motion. We will be sending you subpoenas for them this morning. Steve Metzger will be on the call. Ms. Bedoya is 7 months pregnant and under a doctor's care so that one is problematic. Mr. Barton is traveling next week so that is another problem. And we have your clients which is yet another issue regarding where and when those depositions will take place and the Declarations filed last night just raise more questions with your clients.

As far as your request to depose 10 different Petitioning Creditors, please let me know a date or dates and the topics for the deponents. Please also let us know how long do you intend the depositions to be so we can communicate directly with our clients. To the extent they are Chinese Nationals (which the majority are), they cannot obtain travel visas at this time due to travel bans due to COVID-19. We will try to make them available for video depositions provided that you provide the interpreter and timely provide us with the deposition topics for them. We will provide the video link. If that is not satisfactory for you, there is nothing else we can do at this time due to the virus and both Chinese and US travel bans and restrictions.

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Thursday, July 30, 2020 7:49 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Jiangang (James) Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>; Garcia, Jorge <jgarcia@archerlaw.com>
**Subject:** RE: [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm

Joyce:

Please send me this morning the documents you will produce **by request number** and the interrogatories you will answer **by number** and timing on production of same. Our goal is to narrow down the disputes today over our motion to compel and your second motion to compel.

I will do the same for yours **by request number** as to the discovery we did not answer and which you and we both summarized for the court yesterday in our papers (and which coincide based on the papers filed).

I would like to report to the Court later today on those request numbers (on both sides) which we have resolved and the numbers we have not, so that tomorrow is not a lengthy, dramatic production. We are being cooperative and so are YOU at least. Thanks for that.

As far as the First Motion to Compel, please let me know exactly what else you would like to discuss with us about that Motion which we find to be procedurally improper and wholly unsupported. We are obviously not going to agree to it. We filed last night Declarations with proof attached that all but three of our clients did in fact sign the Petitions and Declarations. As to the remaining three, we should have those confirmations before the hearing. There is nothing else we are going to provide at this time as there is nothing else to provide. Please withdraw the Motion.

We can discuss depositions if you wish later today. However, I would point out that so far we have not received any cooperation from you or Mr. Metzger regarding scheduling depositions of Mr. Barton and Mr. Bedoya. If we don't have those scheduled this week, we will have to file another Motion. We will be sending you subpoenas for them this morning.

As far as your request to depose 10 different Petitioning Creditors, please let me know a date or dates and the topics for the deponents. Please also let us know how long do you intend the depositions to be so we can communicate directly with our clients. To the extent they are Chinese Nationals (which the majority are), they cannot obtain travel visas at this time due to travel bans due to COVID-19. We will try to make them available for video depositions provided that you provide the interpreter and timely provide us with the deposition topics for them. We will provide the video link. If that is not satisfactory for you, there is nothing else we can do at this time due to the virus and both Chinese and US travel bans and restrictions.

Thanks.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Wednesday, July 29, 2020 10:12 PM
**To:** Garcia, Jorge <jgarcia@archerlaw.com>; Packman, Stephen <spackman@archerlaw.com>; K Walji <k.walji@waljilaw.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject:** RE: [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm

Thank you for your courtesy

---

**From:** Garcia, Jorge <jgarcia@archerlaw.com>
**Sent:** Wednesday, July 29, 2020 8:33 PM
**To:** Packman, Stephen <spackman@archerlaw.com>; K Walji <k.walji@waljilaw.com>; Joyce Lindauer <joyce@joycelindauer.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject:** RE: [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm

All—

As a follow up to Steve's email, attached are our filed oppositions to the first and second motions to compel filed by the Alleged Debtors. Please review in anticipation to our follow up call tomorrow.

Thanks,
Jorge

**Jorge Garcia, Esq.**

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3102
jgarcia@archerlaw.com
www.archerlaw.com

---

**From:** Packman, Stephen <spackman@archerlaw.com>
**Sent:** Wednesday, July 29, 2020 8:35 PM
**To:** K Walji <k.walji@waljilaw.com>; Joyce Lindauer <joyce@joycelindauer.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Cc:** Garcia, Jorge <jgarcia@archerlaw.com>
**Subject:** RE: [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm

Mr. Walji:

There was a typo in my email below which I have corrected and highlighted. Please have a wonderful evening and tomorrow we will discuss why you need to withdraw your First Motion to Compel.

Sincerely,

---

**From:** Packman, Stephen
**Sent:** Wednesday, July 29, 2020 8:15 PM
**To:** 'K Walji' <k.walji@waljilaw.com>; Joyce Lindauer <joyce@joycelindauer.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject:** RE: [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm

Mr. Walji:

I disagree with your version of the conference call you set forth below. At the outset of the call, I asked Ms. Lindauer how she wished to proceed and she chose to first address the Petitioning Creditors' Motion to Compel. That was her choice not mine. I was flexible as to the manner and order of the conference. The conversation between Ms. Lindauer and me was proceeding civilly until you decided to interrupt us after I asked her why the Alleged Debtors would not produce their financial and corporate documents. Rather than allow Ms. Lindauer to respond you suddenly interjected and wanted to shift the discussion to your apparent quest to discredit the Petitioning Creditors and my law firm (and Mr. Ou's) by filing false accusations in your papers. I told you that since Ms. Lindauer and I were taking the

matters in the order she chose that we would proceed in that fashion at which point you, for the moment, went silent.

After Ms. Lindauer and I worked through her remaining issues with the Petitioner's Motion to Compel, we then moved on to the Alleged Debtors' Second Motion to Compel. I advised Ms. Lindauer that the Petitioning Creditors responded to the vast majority of the voluminous discovery requests served by the Alleged Debtors. I advised that I would be providing her with our responses to the Second Motion which will clarify those objections which warranted no further response or production by the Petitioning Creditors. That will be forthcoming shortly as, in the interim, I have to spend time and my clients' money on responding to your inaccurate representations below.

We then turned to the Alleged Debtors' First Motion to Compel which is really not a motion to compel but rather a position paper that you are apparently taking on behalf of the Alleged Debtors. The First Motion is, as I said repeatedly, your position. It is not in response to discovery propounded on the Petitioning Creditors. It is nothing more than your unsupported belief that the Petitioning Creditors are not real clients of our firms. It is a position that is both insulting and false. We will be responding to that position tonight.

As I further said, if after you review our filing tonight, you wish to discuss it further, we will do so tomorrow. However, I can tell you that if you do not withdraw your false accusations against our law firm, Mr. Ou's firm and against the Petitioning Creditor, we will have no choice but to proceed with all rights and remedies against you and your clients. As far as your final comment, as I said, I have never in 31 years of practice been accused by anyone of filing anything false or representing fictitious clients. You are the first to make such allegations and you had better be prepared to back them up if you persist with your First Motion to Compel.

I also have noted to Ms. Lindauer that you have an unavoidable conflict under the Bankruptcy Code in representing the Alleged Debtors. Not only do you represent the principal of the Alleged Debtors, Timothy Barton, but you also are listed as a creditor of each of the Alleged Debtors. Perhaps you are unfamiliar with the conflict provisions of the Bankruptcy Code. We will moving to disqualify you from representing the Alleged Debtors in due course.

Sincerely,

---

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Wednesday, July 29, 2020 7:53 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; Packman, Stephen <spackman@archerlaw.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Cc:** K Walji <k.walji@waljilaw.com>
**Subject:** [EXT MAIL] Court Order of July 27, 2020 re: Good-Faith Conference Call held on July 29, 2020 at 3:00 pm

Mr. Packman, Ms. Lindauer and Mr. Ou,

1. This purpose of this email is to highlight the key outcomes of today's conference call today held from 3:00 pm to approximately 3:45pm CST.

2. The conference call today was initiated pursuant to the Court's Order of July 27, 2020 which "ORDERED that the parties are to have a good-faith conference regarding their discovery disputes."

3. Ms. Lindauer spent approximately 30 minutes in discussing with Mr. Packman the Petitioners request for production of documents, and she also offered to provide a Chart which would

highlight Petitioners responses to Alleged Debtors discovery requests to facilitate the good-faith discussions.

4. However, when the discussions pivoted toward the *Alleged Debtors Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay all Additional Discovery of Non-Dispositive Issues, or in the alternative to Invalidate the Involuntary Petition, and for Sanctions, Attorney Fees, and Costs, and to Schedule Hearing in Conjunction with Petitioners Motion to Compel,* Mr. Packman was not prepared to discuss the issues on the table and instead informed that he would be filing an opposition pleading this evening.

5. Accordingly, it was decided to have a follow-up the conference call tomorrow, July 30, 2020 at 1:00 pm CST, and per Mr. Packman, the Call-In Details remain the same, i.e. Tel No 855.501.8979 Access Code # 3543078#.

Finally, I wish to kindly request that tomorrow's discussions remain civil and professional and ask Mr. Packman to refrain from using crude and unprofessional language as he did during today's conference call.

Thank you,

**Khudabuksh**
**K. WALJI, Esq.**
**U.S. & Int'l Legal Advisor**
**M: +1.713.562.6875**
**Confidentiality Implied**

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.