# EXHIBIT "B"

**Amended Summary List of Documents Provided**

"Response to Request No. 6":

- Email from vance@mcmurrylegal.com to Joyce Lindauer with subject line: RE: Yding Website.

"Response to Request No. 10":

- Names of individuals under the heading "Remitted by" with monetary amounts not identified.

"Response to Request No. 15":

- Complaint, Cause No. DC-19-18361, captioned *Silverland Finance LTD., Platinum Investment Corporation, Lin Zhou, Jin Wang, and Ji Lu v. Wall007, LLC, Wall009, LLC, Timothy Barton, Sada Cumber, and Carnegie Development Inc*

"Response to Request No. 25":

- Apparent draft of an Affidavit

"Response to Request No. 33":

- Master Loan Agreement dated February 15, 2017 between Platinum Investment Corporation and Wall007, LLC (UNSIGNED)

On August 10, 2020, the Alleged Debtors produced additional documents "responsive" to the following Requests for Production.

"Response to Request No. 1":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang;
- A Declaration of Barton dated August 3, 2020;
- A screenshot of web page of Fu's company "www.yding.cn".

"Response to Request No. 4":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang;
- A Declaration of Barton dated August 3, 2020;
- A screenshot of web page of Fu's company "www.yding.cn".

"Response to Request No. 7":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 10":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 11":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 12":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 13":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 15":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 16":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang;
- A screenshot of Dallas Morning News reporting the filing of IBP in April.

"Response to Request No. 17":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang;
- A screenshot of Dallas Morning News reporting the filing of IBP in April.

"Response to Request No. 18":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 19":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 20":

- Depo Tr. of Fu;
- Depo. Tr. of Jiang.

"Response to Request No. 23":

- EIN & Certificate of Formation of the Alleged Debtors.

"Response to Request No. 25":

- Depo Tr. of Fu.