# EXHIBIT "G"

**JOYCE W. LINDAUER ATTORNEY, PLLC**
Attorney & Mediator
1412 Main Street, Suite 500
Dallas, Texas 75202
Email: joyce@joycelindauer.com

Telephone No.
(972) 503-4033

Facsimile No.
(972) 503-4034

August 5, 2020

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Squaer, 1717 Arch Street, Suite 3500
Philadelphia, Pennsylvania 19103
spackman@archerlaw.com

Jiangang Ou
Nguyen & Chen, L.L.P.
11200 Westheimer Road, Suite 120
Houston, Texas 77042
jou@nguyen-chen.com

**RE: WALL007, et al. (Case No. 20-31131) - Production of Documents**

Dear Messrs. Packman and Ou,

Attached to this correspondence is a copy of our clients' *Amended Objections and Responses to Petitioning Creditors First Set of Requests for Production*. Please utilize the following DropBox link to access our client's documents responsive to such Requests.

https://www.dropbox.com/sh/xz0bj7syjojlu7d/AACN2SV6lQDrZ9AjbkH4_VJfa?dl=0

As you will note, there are separate folders for each Request. Documents contained therein correspond to the referenced Request. Further, as additional responsive documentation is identified, it is being uploaded into these folders. This will require you to continue to review the folders for such supplemental production.

If you have any issues, questions, or concerns with this production of documents or if you have any difficulty using the link provided, please call me at (972) 503-4033 or contact me by email at joyce@joycelindauer.com.

Sincerely,

Joyce W. Lindauer
Attorney-at-Law