Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR TAMAMOI, LLC and FDRE, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | § | Case No. 20-31131 (HDH) |
| Debtor | § | (Jointly Administered) |
| | § | |

---

**NOTICE ON FINAL HEARING ON**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

The final hearing on the Motion for Relief from Stay as filed by TAMAMOI, LLC, a Delaware limited liability company ("Tamamoi") and FDRE, INC., an Oregon corporation ("FDRE") (collectively "Movant"), is set for October 19, 2020 at 9:00 A.M. before the Honorable Harlin D. Hale, United States Bankruptcy Judge, Earle Cabell Federal Building, 1100 Commerce St., 14th Floor, Courtroom #3 Dallas, Texas 76102. A creditor or party in interest is not required to attend unless the creditor has an objection to the Motion.

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first class mail to the parties indicated on the mailing matrix attached to the original certificate filed with the Court.

WALL007 LLC, Debtor
13901 Midway Rd., Ste. 102
Dallas, TX 75244

VIA US MAIL

---

1 The entities to be declared debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| | |
|---|---|
| Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road, Suite 120<br>Houston, TX 77042 | VIA ECF |
| Stephen M. Packman<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103 | VIA ECF |
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202 | VIA ECF |
| Dee J. Kelly, Jr.<br>Katherine T. Hopkins<br>Joakim G. Soederbaum<br>KELLY HART & HALLMAN LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | VIA ECF |
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

By: /S/ Behrooz P. Vida__ August 11, 2020

Behrooz P. Vida
State Bar No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988