**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**NOTICE OF HEARING FOR THE PETITIONING CREDITORS' <u>AMENDED MOTION TO COMPEL</u>**

PLEASE TAKE NOTICE that Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu (collectively, the "Petitioning Creditors"), by and through their undersigned counsel, have filed *Petitioning Creditors' Amended Motion to Compel* [Dkt. No. 129] (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the Northern District of Texas, 1100

[1]The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors sat this time.

Commerce Street, 14th Floor, Courtroom #3, Dallas, TX, 75242 (the "Bankruptcy Court"), on or before **August 14, 2020 by 4:00 p.m. Prevailing Central Time** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **August 17, 2020 at 09:00 a.m. Prevailing Central Time** before the Honorable Judge Harlin D. Hale, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX, 75242. **THE HEARING WILL TAKE PLACE VIA WEBEX. THE WEBEX HEARING LINK WILL BE POSTED TO JUDGE HALE'S WEB PAGE PRIOR TO THE HEARING AND ACCESSIBLE HERE: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates. PARTIES ARE INSTRUCTED TO REVIEW THE WEBEX INFORMATION AND TIPS PRIOR TO THE HEARING. THE INSTRUCTIONS ARE ALSO ATTACHED HERETO AS EXHIBIT A.**

Dated: August 11, 2020

/s/ *Stephen M. Packman*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*

# Exhibit A

## TIPS FOR A BETTER-QUALITY EXPERIENCE:

1. You may connect to the videoconference by cell phone, tablet, laptop, or desktop computer. We have found that newer iPhones provide the best visual and audio feed—better than most desktop computers. If you are on a personal computer, **headphones or earbuds are required** for those who need to speak during the hearing. External speakers tend to result in distorted sound when that person's microphone is unmuted.

2. Please observe proper videoconference etiquette—

   a. Identify yourself each time you speak and speak slowly and clearly. Remember we are trying to maintain a good record in addition to allowing the court and everyone to hear you and see you while you are speaking. Also, WebEx has active speaker identification that will determine who is speaking and display your screen to everyone after it picks up your voice, which could be a second or two after you start speaking.

   b. **Mute yourself when not speaking**. Be aware that court staff can also mute participants if needed, so make sure you are unmuted when you do need to speak.

   c. All witness and attorneys who will be conducting examination must use a separate camera and microphone so that they may be seen and heard by the Court and other conference attendees.

3. When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a handset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

## PARTICIPATING IN BANKRUPTCY COURT HEARINGS BY VIDEOCONFERENCE

During the COVID-19 Pandemic, the Northern District of Texas Bankruptcy Court is using videoconferencing more frequently for hearings. The determination to use videoconferencing for hearings will be made on a case-by-case basis by the presiding judge, based upon the needs of the case.

**HOW?** Currently, we are using the Cisco WebEx application for videoconferencing that can easily be accessed on a phone, tablet, laptop or PC. There is no fee/charge of any kind for the participants, although you will have to download WebEx to your computer or the WebEx App to your phone or tablet. The courtroom deputy will give you instructions on how to connect (for example, by giving you the link and Conference ID to use). You may also be asked to include this information in your notice of hearing.

**WHAT IF I WOULD RATHER JUST LISTEN IN AND NOT HAVE VIDEO?** You will still be able to participate through the WebEx telephone dial-in only option on a cell phone or land line in those hearings where the court decides to make videoconferencing available. You also have the ability to connect through the WebEx application and select "audio only" if you

just want to listen to the hearing and not participate by video, or you can "mute" your video presence at any time during the hearing.

**EXHIBITS AND SUCH:** Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules. Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, you will have the ability to share your screen, or a particular document, with everyone in the WebEx meeting. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

During the videoconference hearing, lawyers can refer to (and offer) their exhibits by referencing where they appear on the docket for the court and all to access. Later, after the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. For witnesses, you should consider emailing exhibits to them ahead of time since they may not have access to PACER—although, again, a document share-your-screen feature is available on WebEx.