**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WALL007, et al**<br><br>**Alleged Debtors.** | <br><br>**Case No. 20-31131**<br>**Chapter 7** |

**ORDER GRANTING MOTION TO QUASH PETITIONERS' DEPOSITION NOTICES**

CAME ON FOR CONSIDERATION the *Motion to Quash Petitioners' Deposition Notices* (the "Motion"), filed by Alleged Debtors Wall007, *et al.*,[1] and Timothy Barton, Venkat Murugan, and Hongpeng Lin, in their individual capacities, and the Court having considered the pleadings

[1] The Alleged Debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

and argument of counsel, and for the reasons stated on the record, finds good cause to grant same. It is, therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED**; it is further

**ORDERED** that all depositions noticed by the Petitioners are quashed until the resolution of dispositive issues; it is further

**ORDERED** that there will be no further discovery on non-dispositive issues until the resolution of dispositive issues; and it is further

**ORDERED** that all depositions must be conducted in the United States and specifically Dallas, Texas.

# # # END OF ORDER # # #