Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
**ATTORNEYS FOR ALLEGED DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**MOTION FOR SETTING AND
<u>REQUEST FOR EXPEDITED HEARING</u>**

1. The Alleged Debtors and Timothy Barton, Venkat Murugan, and Hongpeng Lin, in their individual capacities, hereby request that a hearing be set on the *Motion to Quash Petitioners' Deposition Notices* [Docket No. 133] (the "Motion") on August 17, 2020 at 9:00 a.m. along with the matters currently set for hearing. An expedited hearing is necessary in order to prevent all depositions by Petitioners' counsel until the resolution of dispositive issues, pending a contrasting ruling on the Motion to Stay Discovery; to prevent any further discovery on non-dispositive issues until the resolution of dispositive issues, pending a contrasting ruling on the Motion to Stay Discovery; and prohibiting any depositions of the Petitioners from occurring in China (including Hong Kong) whether in person or by video, and ordering that all depositions be conducted in the United States, specifically Dallas, Texas.

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

2. Notice of the expedited hearing will be provided to the U.S. Trustee; counsel for the Petitioning Creditors, and all parties receiving electronic notice in the case via email pursuant to the Court's CM/ECF system.

3. A hearing was not requested earlier because the Motion was just filed.

Dated: August 12, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR ALLEGED DEBTORS

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 12, 2020, my paralegal emailed Stephen Packman, counsel for the Petitioning Creditors, but at the time of filing this Motion we have not received a response.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 12, 2020, a true and correct copy of the foregoing Motion for Setting and Request for Expedited Hearing was served via email pursuant to the Court's CM/ECF system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Steven C. Metzger
smetzger@pmklaw.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
Ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida
filings@vidalawfirm.com; legalprokirstin@gmail.com; bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer