Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

## ALLEGED DEBTORS' AMENDED WITNESS AND EXHIBIT LIST

Come now WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC., the alleged debtors in the above-styled and numbered bankruptcy case ("Alleged Debtors"), and files this their Amended Witness and Exhibit List for the hearings scheduled on August 17, 2020.

### Witnesses

At the hearing, the Alleged Debtors may call the following persons to testify as witnesses:

1. Timothy Barton
2. Vance McMurray
3. Any witness designated by any other party

### Exhibits

At the hearing the Alleged Debtors may present one or more of the following exhibits:

1 The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay all Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel [Docket No. 101] | | |
| 2 | Opposition of Petitioning Creditors to the Alleged Debtors' Motion to Compel Production of Documentary Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay all Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel [Docket No. 118] | | |
| 3 | Alleged Debtors' Second Motion to Compel Discovery Responses, Filed in the Alternative to Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay all Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel [Docket No. 105] | | |
| 4 | Opposition of Petitioning Creditors to the Alleged Debtors' Second Motion to Compel Discovery Responses, Filed in the Alternative to Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay all Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel [Docket No. 119] | | |
| 5 | Petitioning Creditors' Amended Motion to Compel [Docket No. 129] | | |
| 6 | Alleged Debtors' Response in Opposition to Petitioning Creditors' Amended Motion to Compel [Docket No. 145] | | |
| 7 | Motion to Quash Petitioners' Deposition Notices [Docket No. 133] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 8 | Petitioning Creditors' Opposition to the Alleged Debtors', Timothy Barton's, Venkat Murugan's, and Hongpeng Lin's Motion to Quash Petitioners' Deposition Notices [Docket No. 140] | | |
| 9 | Status Report [Docket No. 143] | | |
| 10 | Chart of Production received from Petitioning Creditors (attached to Status Report - Exhibit 9) | | |
| 11 | Alleged Debtors' Supplement to Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition [Docket No. 144] | | |
| 12 | Alleged Debtors Reply to Petitioners Opposition to Alleged Debtors Motion to Quash Petitioners Deposition Notices [Docket No. 146] | | |
| 13 | Any exhibits identified by any other party | | |

Alleged Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and introduce additional exhibits in rebuttal. Alleged Debtors further reserve the right to supplement this list prior to the hearing.

Dated: August 14, 2020.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Steven C. Metzger
smetzger@pmklaw.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
Ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida
filings@vidalawfirm.com; legalprokirstin@gmail.com; bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer