**Miscellaneous:**

20-31131-hdh7 WALL007 LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 7 i | Office: 3 (Dallas) |
| Judge: hdh | Case Flag: EXHIBITS, jntadmn, LEAD, REFORM | |

Filed: 04/08/2020 Closed:
Reopen: Dismissed:
Dismissed(jdb):
Converted: Discharged:
Discharged(jdb):



**U.S. Bankruptcy Court**

**Northern District of Texas**

Notice of Electronic Filing

The following transaction was received from Joyce W. Lindauer entered on 8/14/2020 at 3:23 PM CDT and filed on 8/14/2020
**Case Name:** WALL007 LLC
**Case Number:** 20-31131-hdh7
**Document Number:** 144

**Docket Text:**
Support/supplemental document/*Alleged Debtors' Supplement to Motion to Compel* filed by Alleged Debtor WALL007 LLC (RE: related document(s)[101] Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures). (Lindauer, Joyce)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Supplement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=8/14/2020] [FileNumber=45891652-0] [3eb263bb45c108f2de725ff9972bed5994e4ebf21f6441717ac2823e63ab6331be97d934bdbb4c4cd2d5479e8b0bbd0256f735f929e1d79453f437c8c13db71d]]

**20-31131-hdh7 Notice will be electronically mailed to:**

Robert W. Buchholz on behalf of Creditor Southern Star Capital, LLC
bob@attorneybob.com

Katherine T. Hopkins on behalf of Interested Party Blackfoot Interest, Ltd.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party L. Allen Hodges, III
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party LAH III Family Specific Interest, Ltd.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party Neighborhood Association of Lost Creek Estates, Inc
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party Tejas Group, Ltd.
katherine.thomas@kellyhart.com

Joyce W. Lindauer on behalf of Alleged Debtor WALL007 LLC
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer on behalf of Alleged Debtor WALL009 LLC
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer on behalf of Alleged Debtor WALL010 LLC

**EXHIBIT "11"**

joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer on behalf of Alleged Debtor WALL011 LLC
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer on behalf of Alleged Debtor WALL012 LLC
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer on behalf of Alleged Debtor WALL016 LLC
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer on behalf of Alleged Debtor WALL017 LLC
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Steven C. Metzger on behalf of Interested Party Timothy Barton
smetzger@pmklaw.com

Jiangang Ou on behalf of Petitioning Creditor Aiguo Luo
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Chao Xu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Chenchen Jiang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Cunxiang Ji
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Di Tang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Fang Ding
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Feng Yan
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Fuqing Chen
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Guoqin Zhou
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Hanjiang Fu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Heng Zhang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Hong Guo
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jialin Hu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jiancheng Chen
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jiaxiang Lu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jin Wang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jingqiu Tang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jinzhe Wu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jun Li
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jun Wang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Jun Zeng
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Kai Tian
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Kangying Mao
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Kui Wang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Lan Ji
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Li Jiang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Lin Gao
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Lin Li
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Lin Zhou
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Liying Yang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Mai Ye
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Ou Jiang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Pei Guan
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Peng Guo
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Pengfei Dong
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Qiao Qin
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Qin Chu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Qiuying Li
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Qu Chen
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Rufeng Ding
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Ruinian Wu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Sicheng Zhan
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Tianqing Song
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Wai Ying
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Wanwan Li
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Weijia Kong
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Weisi Wang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Wenjuan Yin
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Wenjun Wang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Xiangdong Zhu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Xiaodong Hao
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Xiaomin Fan
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Xiaoquan Dai
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Xuegeng Gong
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yadan Liu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yan Zhang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yi Tang

jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yijing Wu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Ying Zhang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Ying Zhou
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yuan Yuan
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yue Xu
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yue Zhang
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yulan Chen
jou@nguyen-chen.com, ahuber@archerlaw.com

Jiangang Ou on behalf of Petitioning Creditor Yunding Kang
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Cunxiang Ji
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Jin Wang
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Jun Li
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Kai Tian
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Li Jiang
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Lin Li
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Lin Zhou
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Peng Guo
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Qu Chen
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Weisi Wang
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Xuegeng Gong
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Yan Zhang
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Yunding Kang
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo on behalf of Creditor Bob Jiang
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo on behalf of Creditor Michael Fu
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan on behalf of Creditor Benchmark Acquisitions, LLC
sullivan@hooverslovacek.com

Patrick D. Sullivan on behalf of Creditor Benchmark Acquisitions, LLC
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida on behalf of Creditor Tamamoi, LLC and FDRE, Inc.
filings@vidalawfirm.com, legalprokirstin@gmail.com;bkfilings@yahoo.com

**20-31131-hdh7 Notice will not be electronically mailed to:**

Carnegie Development LLC
,

Hongpeng Lin
,

Venkat Murugan
,

Khudabuksh K Walji on behalf of Alleged Debtor WALL007 LLC
Law Office of K. Walji
10701 Corporate Drive, Ste 350
Stafford, TX 77477

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WALL007 LLC, *et al.***<br><br>**Alleged Debtors.** | <br><br>**Case No. 20-31131**<br>**Chapter 7** |

# ALLEGED DEBTORS' SUPPLEMENT TO MOTION TO COMPEL PRODUCTION OF DOCUMENTARY EVIDENCE PERMITTING VERIFICATION OF ELECTRONIC SIGNATURES AND STAY ALL ADDITIONAL DISCOVERY OF NON-DISPOSITIVE ISSUES, OR IN THE ALTERNATIVE TO INVALIDATE THE INVOLUNTARY PETITION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COME NOW the Alleged Debtors Wall007 LLC *et al.*[1] and file this Supplement to the Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition (the "Motion," Dkt. No. 101), and hereby state as follows:

1. After the filing the Motion, the Alleged Debtors consulted a Forensic Document Examiner, Mr. Jeffrey H. Luber to provide an opinion as to the consistency and validity (or lack thereof) of the signatures of Petitioners available for analysis. The Examiner's opinion is attached hereto as **Exhibit A.** Additionally, a chart compiling the various signatures of the Petitioners is attached hereto as **Exhibit B**. Alleged Debtors file these Exhibits as further evidentiary support for the arguments made in the Motion.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

Dated: August 14, 2020

Respectfully submitted,

**Joyce W. Lindauer Attorney, PLLC**
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
joyce@joycelindauer.com

Guy H. Holman
State Bar No. 24095171
guy@joycelindauer.com

*Attorneys for Alleged Debtors*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon all counsel of record on this 14th day of August 2020, in accordance with the Federal Rules of Bankruptcy Procedure and Federal Rules of Civil Procedure.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

JEFFREY H. LUBER

FORENSIC DOCUMENT EXAMINER

229 CEDRUS AVENUE
EAST NORTHPORT, NEW YORK 11731-4514
(631) 266-6615

DIPLOMATE, AMERICAN BOARD OF
FORENSIC DOCUMENT EXAMINERS

AMERICAN SOCIETY OF
QUESTIONED DOCUMENT
EXAMINERS

July 30, 2020

**RE:** Case Name: WALL007 LLC, Case Number: 20-31131- hdh7
U.S. Bankruptcy Court - Northern District of Texas
JHL Lab No. 0720567

**Material Submitted:**

The following item is a digital .pdf file and was received via electronic mail on 7/29/2020:

**Item 1:** **Motion to Compel Re Wet Signatures with Exhibit A and B,** of which Exhibit "A" depicts a total of 78 names with accompanying signature entries.

**Issue to be Determined:**

Whether any of the purportedly handwritten "wet-inked signature" entries depicted under the **Petition** heading in Exhibit "A" can be verified as a genuine signature as compared to the computer generated "DocuSigned by:" electronic signature entries for that named person.

**Findings:**

1) A forensic document examination was conducted on the depicted signature entries contained within Exhibit "A". The single purported "wet-inked" signature in the **Petition** segment for each writer cannot be verified from the computer generated "DocuSigned by:" electronic signature entries due to the lack of verified known handwritten signatures for comparison.

2) Based upon the presented information contained in Exhibit "A", the purported "wet-inked" signatures could easily be the product of another writer trying to copy or draw the "wet-inked" signature from the model "DocuSigned by:" electronic signature entry (entries).

3) To ensure confidence in the presented "wet-inked" signature entries, a thorough handwriting examination must be performed and would require approximately ten to fifteen known 'course of business' handwritten contemporaneous signatures for comparison purposes for each named person.



**EXHIBIT "A"**

4) Several discrepancies were noted between the purported "wet-inked" signatures of Kui Wang (Exhibit "A", Middle of PDF - Page 28), Ou Jiang (Exhibit "A", Bottom of PDF - Page 29), and Yuan Yuan (Exhibit "A", Bottom of PDF - Page 33) and their corresponding "DocuSigned by:" electronic signature entries causing considerable concerns that the purported "wet-inked" signatures are legitimate as they purport to be.

5) Additional examination time and additional known handwriting signatures for each named person will be necessary to examine and refine my conclusion as it may be possible that more than one writer wrote several of the purported "wet-inked" signatures.

*See Appendix "A" to this report*

Example:

Yuan Yuan (Exhibit "A", Bottom of PDF - Page 33)




Purported Handwritten "wet"

The following discrepancies were noted:
DocuSign name – slowly written, First Name: straight "Y", long ending stroke on "u", flat wide "n" form; Last Name: long "a" ending stroke, flat wide "n" form as compared to the purported handwritten "wet-inked" signature entry as compared to the Purported Handwritten "wet - inked" entry which is much more fluently written, has curved "Y" form, a short "u" ending stroke, and has narrow "n" forms

Jeffrey H. Luber

# Appendix A

Kui Wang (Exhibit "A", Middle of PDF - Page 28)




The following discrepancies were noted:
DocuSign name is slowly written with lack of fluidity; First Name: wide second bowl of "W", open "a" form at apex of "a", short "n" form; Last Name: short "i" form, as compared to the Purported Handwritten "wet-inked" entry which displays narrow bottom bowls of the "W", closed "a" form at the apex, taller "n" form and tall "i" form

Ou Jiang (Exhibit "A", Bottom of PDF - Page 29)




Handwritten "wet"

The following discrepancies were noted:
DocuSign name is slowly written with lack of fluidity; the Purported Handwritten name is a fast smooth, fluid signature which appears to be a stroke by stroke duplication of the DocuSign electronic signature

# Curriculum Vitae of
# Jeffrey H. Luber

# *JEFFREY H. LUBER*

FORENSIC DOCUMENT EXAMINER
229 CEDRUS AVENUE
EAST NORTHPORT, NEW YORK 11731

631-266-6615
mail: qdjeff@optonline.net
web address: www.jeffreyluber.com

## EDUCATION:

Masters of Forensic Science., 1980
The George Washington University, Washington, D.C.

Bachelor of Arts, 1978
University of Maryland, College Park, Maryland

## EXPERIENCE:

Suffolk County Crime Laboratory* - 1984 to Present
Suffolk County (Long Island), New York
*Forensic Scientist III (Questioned Document)*
** An ASCLAD (American Society of Crime Laboratory Directors) accredited laboratory utilizing quality control proficiency testing.*

Illinois State Police Crime Lab - 1980 To 1984
*Staff Document Examiner - Forensic Scientist II.*

Internship with United States Secret Service, Document Section, Summer 1979.

Trained with Stephen McKasson for three years, including two years of supervised casework at the Bureau of Scientific Services Training and Applications Laboratory, Joliet, Illinois.

## ADDITIONAL EDUCATION:

United States Secret Service, Washington, D.C.
Questioned Documents Seminar, two weeks, 1979.

Federal Bureau of Investigation, Washington, D.C.
Questioned Documents Seminar, two weeks, 1981.

Federal Bureau of Investigation, Washington, D.C.
Advanced Typewriter and Printing Devices Seminar, one week, 1993

Rochester Institute of Technology, Rochester, NY
Printing Process Identification and Image Analysis, one week, 2001, 2017

## TRAINING GIVEN:

Taught a two year training program given to two Questioned Document Trainee Detectives from the Nassau County Police Department. 1988, 1989, 1990

## TEACHING APPOINTMENTS:

Clinical Professor in the Department of Chemistry and Physical Sciences/Forensic Sciences Program
Pace University, One Pace Plaza, New York, New York: Graduate Course – FOR 696B Selected Topics – Forensic Document Examination Spring 2005 – 2010

Adjunct Professor in the Department of Chemistry/Forensic Sciences Program, Hofstra University, Hempstead, New York: FOR 165 Questioned Documents Spring 2012

## Professional Affiliations:

Northeastern Association of Forensic Scientists
American Academy of Forensic Sciences
American Society of Questioned Document Examiners
American Board of Forensic Document Examiners

## Publications:

Co-authored "Experimental Exophthalmos: Binding of Thyrotropin and An Exophthalmogenic Factor Derived from Thyrotropin to Retro-Orbital Tissue Plasma Membranes", *Journal of Biological Chemistry*, Vol. 250, No.16, pp. 6516-6521, Aug. 25, 1975.

Luber,J. H., "Digital Embedded Information in Paper Documents", *International Journal of Forensic Document Examiners*, Vol 5, Jan/Dec 1999, pp. 361-364.

## Courtroom Experience:

State and County Courts - Illinois
Supreme and County Courts - Suffolk Co.
U.S. Bankruptcy Court, Eastern District of NY
U.S. Court, Eastern District of NY
U.S. Court, Southern District of NY
Superior Court- Waterbury, Danbury, Norwalk, Connecticut
Surrogates Court in New York – Suffolk, Nassau, Kings, Richmond, Queens, Broome
Surrogates Court – Morris County, NJ,

## Certification:

**Diplomate, American Board of Forensic Document Examiners, #236**

***Jeffrey H. Luber***
Forensic Document Examiner
229 Cedrus Avenue
East Northport, New York 11731-4514
631-266-6615
qdjeff@optonline.net web address: www.jeffreyluber.com

**As of March 2, 2020:**

**The following is a list of court/deposition activities (private and crime laboratory) that I have testified in since 1995 organized by court system. Previously, I have testified approximately 30 times from 1980 through 1994.**

**Please note that the testimony is ranked in chronological order by Court Systems.**

United States Federal Court, EDNY, 1995 Judge Wexler (handwriting)
United States Federal Court, EDNY, 2003, Judge Wexler
Docket #CV00-4326 Coplan et al v. County of Suffolk
United States Federal Bankruptcy Court, EDNY, 1995, Judge Cyganowski (Handwriting)
United States Federal Bankruptcy Court, EDNY, 11/2008, Judge Trust (Handwriting)
Docket # 8-06-70091 ast, Adversary Proceedings No. 07-1172-ast
Atty: Herzberg, Opposing Atty: Ross
United States Federal Court, EDNY, 6/2001 Judge Hurley CV98-0292 (handwriting)
United States Federal Court, SDNY, Judge Koeltl (handwriting)
S5 97 CR 108 United States v. SZUR (defense)
United States Federal Court, SDNY, Judge Chin (type font) 5/2010
08-civ-9830 ( DC) Michael Wright et al v. Joseph Robinson et al
United States Federal Court, EDNY, Judge Block (handwriting) 7/2011
Index # 09-Civ 2489 OEC Freight Inc. v Phiip Whitney, Ltd and Harry J. Philip
United States District Court for the District of Rhode Island , Judge Mary M. Lisi
Index No. 1:14-cv-00295-ML-PAS (signatures) 9/4/2014

**New York State Supreme Court - Suffolk County:**

Hon. Fernando Camacho, Crim Negligent Homicide, 3/2/2020 I# 2201/18, ADA Lindemann
Hon. John B. Collins, Robbery, 1/16/2019, I# 1771-B-17, (Print Process) ADA Flanagan, Atty Cassar
Hon. John B. Collins, Homicide, 10/1,2/2018, I# 1222-18, ADA Levy, Atty Cassar
Hon. Richard Ambro, Homicide, 5/15/2017, Index No. 1701-14, (+ Handwriting), Atty: ADA Biancavilla, Def Atty: Keahon
Hon. William Condon, Homicide,10/24/2016, I# 2173/2013, Defendant -Pro Se, ADA Biancavilla

Hon. William G. Ford, (Civil) 9/19/2016, Index No. 63929/13, (Signatures) Atty: Kaiteris

Hon. John B. Collins, Homicide, 8/4/2016, I# 2515-2014, ADA Pearl, Atty McElwee
Hon. Mark D. Cohen, Homicide, 3/8/2016, I# 1835-14, ADA Newcombe, Def Atty: Wilutis
Hon. Mark D. Cohen, Homicide, 11/5/2015, I# 2765-13, ADA Pearl, ADA Kearon, Def Atty: Corozzo

(Defense Witness)

Hon. William Condon, Homicide, 5/19/15,I#1095B-2012, ADA Kurtzrock, Atty. Hanshe
(Handwriting)
Hon. William Condon, Homicide,1/14,15/2015, I# 588A/2011 ADA Abdolufia, ADA Biancavilla
Judge Hudson, 10/5,6,7/2014 I# 12-2710 (Handwriting) ADA Thalia Stavrides
Hon. Emily Pines, Part 46, Civil, 7/28/2014, Index # 22581/10 (Handwriting) Atty D. Cooper
Judge Doyle, Homicide, 1/18/2011, I#1338B-09 ADA Biancavilla
Judge Hinrichs, Homicide, 1/7/2010, I#729-2007, ADA Pettigrew
Judge Kahn, Robbery, 12/16/2009, I#147-2009, ADA Spencer (Handwriting)
Judge Doyle, Homicide, 11/6/2009, I#2117 A/B, ADA Prudenti
Judge Doyle, Homicide, 4/28,29/2009, I#2851-2007, ADA Merrifield
Judge Doyle, Homicide, 10/1/08, I#104-07 ADA Albertson (Handwriting)
Judge Hinrichs, Homicide 4/15,16/08 I# 2045-07 ADA Clifford
Judge Hudson, 3/19,20/2008 I# 539/2007 Identity Theft (Handwriting) ADA Pearl
Judge Jones, JJJ, Kidnapping, 11/19/07, I#3033-06, ADA Moroff, Lab 06-8771
Judge Hinrichs, Homicide 10/4,5/2007 I# 932A-06 ADA Schwartz
Judge Mullen,M Homicide 3/13/07, I#1838-2006, Atty McElwee (defense witness)
Judge Emerson Forgery 11/28/06 I# 04-24007 Atty Pittman (Handwriting)
Judge Crecca Homicide 11/14/06 ADA O'Donnell I# 1466/06
Judge Hinrichs Rape 10/16/06 I# 2032/05 ADA Abbate (Handwriting)
Judge Costello Forgery 3/10/06 Index # 259673/99 Atty Loglisci (civil) (Handwriting)
Judge Crecca Homicide 1/24/06 ADA Kelly I# 2882.04
Judge Crecca Homicide 11/05 ADA Brosco I#2459-03
Judge Hudson Forgery 10/20/05 Attorney Robert Ross (Civil) (Handwriting)
Judge Olig Homicide 11/5,8/04 ADA Merrifield, 1470A-03
Judge Hinrichs Homicide 6/7/0404 ADA Merrifield
Judge Weber Homicide 5/19/04 ADA Kelly
Judge Doyle Homicide 5/15/04 ADA Brosco Judge Olig Homicide 3/8/04 ADA Merrifield
Judge James Hudson Homicide 278/02, 10/3/02
Judge Tisch Forgery (Handwriting)
Judge Rohl Forgery (Handwriting)
Judge Mullen Homicide 811ABCD 95 (Handwriting) ADA Timmons
Judge Weber Forgery (Handwriting)
Judge Seidel civil (Signatures) (Handwriting)
Judge Seidel Signature, Crispino v. Greenpoint Bank, Index No. 3244/01 8/01 (civil) (Handwriting)
Judge Cacciabaudo Attempted Murder DA Family Crimes 9000106/96
Judge Cacciabaudo Bank Robbery Note, Attempt Murder #95-9262 (Handwriting)
Judge Cacciabaudo Attempted Murder/Rape 29754/96
Judge Weber Armed Robbery ADA James Charilifoux 18523/97 (Handwriting)
Homicide ADA Janet Albertson 1324-2000 6/02
Judge Copertino Insurance Fraud Felony ADA Neil Freidman I# 1877-98 A+B
Def. Atty: Kevin Cummings (Handwriting, Common Machine Copier Source) 10/99
Judge John Mullin Homicide, #1043-98, People v. Kenneth Payne

**Suffolk County District Court**

Judge Wm. Rebolini, Assault (Handwriting) Index No. 2000-SU013644, People vs. Hector Feliciano, ADA Caputo, 3/02

Judge T. Bean, Domestic Violence (Handwriting) Docket # 2005 SU 21229 Peo. v. Klaus, ADA Corbois 1/2007

**New York State -Supreme Court, County of Westchester**

Judge Colangelo, Index No.: 61409/2015, NDUE GELAJ v MARIA GELAJ a/k/a MARIA KAJTAZI and SCARSDALE MANOR OWNERS, INC., Attorney Amir 4/23/2019

Judge Orazio R. Bellantoni, Index No. 2713-04, Trial Part (Handwriting)
Nazzal v. Haddad, Attorney Amir, 1/2011

Hon. Lawrence C. Ecker, Index No. 12514-11, Scialdone v Stepping Stones Accociates, Inc. Attorney: T. Gugliotta, Opposing: Finger & Finger, 3/28/2016 (Type Font)

**New York State Supreme Court-Richmond County**

Special Referee - Peter DeLizzio, Part:SR3 50853/06, (Handwriting) 10/24/07
Atty: Brown, Atty: Worms

Court Attorney/Referee - Edward V. Corrigan, 80068/2015 (Type Font) 1/15/2016
Atty: Richard Halpern (State Farm)

**New York State Supreme Court-Kings County**

Hon. Cutrona #4420/95 Drew Tallis, Wilson Forgery, Plaintiff (3/17/99)
Pt 35 (Handwriting)
Hon. Demarest, # 015283/2007 (C2009-001557T), Atty: Feldman (1/25/2010)
(Handwriting)
Hon. Larry Martin, Index # 700013/201, Felder v Storobin and NYC Board of Elections
(Handwriting), Atty: Lawrence Mandelker (8/10/2012)
Special Referee R. Allman, Index # 507542/2017, State Farm v. Christopher Rasin
(Type font), Atty: Richard Halpern (2/6/2018)

**New York State -Supreme Court, County of Putnam**

Judge Victor Grossman, Index No. 549/2010, US Bank National Association v. Michael Krauer, ET AL. (Handwriting), Atty: Megan Smith (7/14/2015)

**New York State -Supreme Court, County of New York** (12/17/99)

Judge Harold Tompkins, Index # 101759/95 Broadwhite Associates v. Dr. Mac Truong & Maryse Truong (Handwriting )

Hon. James Burke, Index No. 2335-2018, Peo. v. Harvey Weinstein, for Defense Atty Damon Chernois, (Photoshop - Digital image adjustments), 2/7/2020

**New York State -Supreme Court, County of Bronx**

Judge Bowman, Index No. 21762/86, Part 15 Abel Pacheco v. NYCTA, (10/2000)
(Handwriting)

Judge Globerman, Index No. 19X01918-2002, Part DV, Delroy Fleming (Handwriting)
ADA Roth, Marise Robergeau (testify for defense) 2/03

**New York State -Supreme Court, County of Queens**

Hon. Rodger N. Rosengarten J.H.O., Lightwave Systems vs. Optical Communications Group, Index No. 16367/2013 (Handwriting) 5/16/2016
Atty Scotto

Judge Dorsa, Index No. 027079/2000, Part 51 Harris v, Harris (Handwriting) (9/02)

Hon. Patricia P. Satterfield, Index 20318/09 Part F, Matter of the Application of Sasson v. Board of Elections and Kavadas, Attorney Steiner, Attorney Johnson 8/09 Handwriting

**New York State -Supreme Court, County of Queens (Long Island City)**
Judge Joseph Risi, Index No. 28566/01, Trial Term Part 32 6/1/2005
Stanley Kamamis adv. Elias Leckas (Handwriting) Atty: Martin Kroll

**New York State -Supreme Court, County of Suffolk** (5/02)
Justice Cohalan, Index No. 2000-02568, Trial Part (Handwriting)
Loucopoulos v. 482 Mill Road Associates, Inc.

**New York State District Court-Hempstead**, Landlord/Tenant
Judge Bergstein, SP05633/96, Pollack v. Romanelli, Atty Adges, Pollack pro se (Handwriting)

**New York State 5 th District Court - Ronkonkoma,** Landlord-Tenant
Judge William Blake III, ISLT 01**-0000302, Estate of Gary Ufier v. Weidner (**Handwriting**)**

**New York State Bronx Civil Court**
Index No. 16971BCV97 Part 19A Judge Rosen (9/99) (Handwriting )
Index No. 039062 Part 52 Hon Howard Sherman (10/2001)
Reyes v. Liberty Mutual Insurance Co. (Handwriting)

**New York State -Supreme Court, County of Nassau**
Justice Mahon, IAS Part 13, Index # 77696/03, Atty: Ira Newman
Hafiz Maboob v. Pandi Mukund, Pharti Mukund, Gopal Desai and Sukeshi Desai 10/06 (Handwriting)

Honorable Denise L. Sher, Part 33, Index # 13297/12, Atty: Robert Clasen
State Farm v. Kenya Shard 8/20/2013 (Font Size)

**Nassau County Surrogate's Court**
File # 306090, Estate of Nicholas Fromigia (Handwriting)
Attorney Gary Oberlander

**Suffolk County Surrogate's Court**,
Hon. John Czygier Jr., Estate of Madeline Smith 5/02 Attorney Robert Boucher (Handwriting)
Hon. John Czygier Jr., Estate of Sarah Glynn, Docket No. 2009-709/A, B
Attorney Robert Baumann Jr. (Handwriting) 12/12/2013

**Queen's County Surrogate's Court Probate Part,**
Estate of Jane Ricca 10/25/05 Atty. Stephen Hand, (Handwriting)

**Broome County Surrogate's Court**
Estate of Genevieve Misiaszek, Index # 2010-661, Hon. David Guy
Atty. Margaret Fowler (Signatures) 5/8/2012

**New York State -Supreme Court, County of Broome**
Hon. Molly Fitzgerald, Giannuzzi, Veya vs. Kearney, Eric, Index No. 001155/2013
Atty: Carman Garufi, Atty: Benjamin (Signatures) 9/21/2015

**New York State - Supreme Court, Richmond County,** ***Court Appointed*** ,
Hon.Barbara Panepinto Index # 50853/2006 2/8/07 (handwriting)

**New York State - Supreme Court, Tompkins County,** Special Part
Hon. William Ames, Index # 2009-1111, 5/17/2011 (handwriting) Atty. Donald Martin

**Civil Court of the City of New York, New York County**, Part R, Judge S. Kraus, 1/10/2013
Attorney Rose, Index # L&T 76794/06 (signature)

**New Jersey:**

**Superior Court of New Jersey, County of Union,**
Special Civil Part Landlord-Tenant Division, Judge John Hudak,
Index No. 8831/2019, 1/2/2020 Attorney Levine (Signature)

**Superior Court of New Jersey, County of Morris,**
Probate Part, Estate of Charles Pacinella Jr. Justice Stanton, Attorney Edward Evans 6/2001
(Handwriting)

**Supreme Court of New Jersey, Middlesex County Law Division**
Hon. Heidi Willis Currier Docket No. MID-L-4067-14 Civil
9/9/2014, Atty. Daniel Cogan (Handwriting)

**Superior Court of New Jersey, County of Camden,**
Chancery Division, Probate Part, Estate of Adrian J. Folcher Jr, (Handwriting)
# CP-211-07, 10/3/2012, Judge John Fratto, Attorney: Julianna Petito

**State of Connecticut:**

**Superior Court of Connecticut, Judicial District of Waterbury**

Judge Gormley, Estate of John Vieira Jr. 7/04 Docket No. 02-0172366s (Handwriting)
Denna Vieira, PPA v. Ann C. Vieira, et al

**Superior Court of Connecticut, Judicial District of Danbury at Danbury**
Hon. Heidi Winslow, J, Debra Sickel-Pardee v William Wilson Jr., 2/13/08
Docket No. DBD-CV-06-5001018-S, Attorney Merrie Hawley, (Handwriting)

**Superior Court of Connecticut, Housing Session at Norwalk**
Judge Jack Grogins, Aquinaldo v. Warner, 6/08, Docket No. SNSP 034562
Attorney Kim Nolan (Handwriting)

**Others:**

Hearing, Judge Whelan, Index 01-29552 6/02 Atty: John Stravato (Handwriting)

NASD Arbitration #96-03323 (Handwriting)

**Court Appointed Arbitration** (Bergen County Supreme, New Jersey), Hon. William Meehan, 5/23/2012 Attorney – Michael Cohen **(Winne, Banta, Hetherington, Basralian & Kahn, P.C.)** JKLC, LLC v. Kil Sung Church

**American Arbitration Association** (Commercial Mediation Div) 13-M-174-987-98 St. Irene - Chrisovalantou Greek Monastery against Cigna Company (DEF) (Handwriting/Document dating)

**American Arbitration Association** 50 148T 00073 06 2/28/08
Waxfield Ltd. vs. Bank Julius Baer & Co., LTD
Handwriting, Line sequence

**American Arbitration Association** Case # 13 160 00969 10 6/18/2012

In the Matter of Arbitration Between: Janet Milan, Claimant v. Weldbuilt Body, Inc., Respondent

Atty: Barry Pittman, JHL Lab No.: 090850

Arbitration Judge: Hon. Salzman

**Arbitration, Suffolk County Attorney's Office,** Ms. Townley-Arbitrator (Handwriting)

Consultant to CBS *60 Minutes II*, Associate Producer T. Sean Herbert 2/11/2000
Air Date: Pending, (Handwriting, Alteration/Obliteration)

**United States Air Force: Court-Martial**, 1/15 through and including 1/18, 2018
US v SMSgt Young USAF
Joint Base McGuire-Dix-Lakehurst -Special Order No. AB 6, AB 1
Defense Expert, Advisor, Handwriting, Non-Testimony

Counsel - KASEY W. HAWKINS, Capt, USAF. Area Defense Counsel
Co- Counsel – Nathan Allred, Major, USAF
Joint Base McGuire-Dix-Lakehurst, NJ

**Depositions:**

- Standard Charter Bank v. National Heritage Ins. Co. (JHL118343)12/17/98 (Handwriting)
- State of Florida v. Pamela Creedon, case # 97-4699-CF-A
- American Business Forms (NY) v. American Business Forms (MN), Civil Action No. 00CV1769, 5/02
- Boudreau vs. Town of Greenwich, Civil Action 04 CV 1471 (PCD) USDC, District of CT 5/22/06 (handwriting)
- Aguinaldo v. Mary Ellen Warner, John Doe, Jane Doe, SNSP – 034562, Superior Court Stamford/Norwalk at Norwalk (Housing Session) (JHL 117746) 5/15/08 (Handwriting)
- Diamond v. Schwartz (NYS Supreme Ct. 115819/ 2006) (JHL 028753) Handwriting 5/16/08
- Thomas Glynn, Sarah Ann Glynn Suffolk County (NY) Surrogate's Court, File # 2009-709B, 2009-707B, 9/5/2012 w/ Harry J. Binder (atty)/ Robert Baumann, Jr.(atty)
- Robert Shatles JPMorgan Chase Bank, EDNY, US Bankruptcy Court, Index: 14-74775, Attorney David Bythewood, 7/28/2015
- Schulte v. William Penn Life Insurance Co. and Shulte, Index No. 5233/2014 Atty Raiche, Opposing Atty: R. DuVall, Supreme Ct. Dutchess County, 5/17/2017
-

Jeffrey H. Luber

| Full Name | Entity | Passport | Petition | Declaration | Example of the closest standard Docusign Signature (Docusign has 11 standard signatures - the # in corner represents which one of the 11 choices is used) | Loan Agreement - Signature page | Discovery Signature (All are Supposedly Docusigned but have no Docusign ID with the signatures) | Attorney |
|---|---|---|---|---|---|---|---|---|
| Aiguo Luo | WALL017 | | DocuSigned by: Aiguo Luo 3/22/2020 | DocuSigned by: Aiguo Luo AIGUO LUO | DocuSigned by: Aiguo Luo 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: 12/4/2018 | | Jiangang Ou |
| Chao Xu | WALL017 | | DocuSigned by: Xu Chao CHAO XU | DocuSigned by: Xu Chao 3/23/2020 | DocuSigned by: Xu Chao 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Xu Chao 12/11/2018 | | Jiangang Ou |
| Chenchen Jiang | WALL009 | | DocuSigned by: Chenchen Jiang 3/21/2020 | DocuSigned by: Chenchen Jiang CHENCHEN JIANG | DocuSigned by: Chenchen Jiang 68ED39D16CF8498... 1 | "CO-LENDER" DocuSigned by: Jiang Chenchen | Chenchen Jiang | Jiangang Ou |
| | Wall007 | | Executed on 3/21/2020 MM / DD / YYYY 6/18/2020 Signature of petitioner or representative, including representative's title | Dated: 6/18/2020 CUNXIANG JI | DocuSigned by: Cunxiang Ji 68ED39D16CF8498... 9 | "LENDER" | DocuSign Envelope ID: 63CB5FF8-EA8D-41AD-B9D5-EE45F257BE63 Cunxiang Ji | Jiangang Ou |
| Cunxiang Ji | Wall011 | | Cunxiang Ji 6/18/2020 3/21/2020 | Dated: 3/21/2020 6/18/2020 CUNXIANG JI | DocuSigned by: Cunxian Ji 68ED39D16CF8498... 9 | "CO-LENDER" Ji Cunxiang | DocuSign Envelope ID: 64F14434-2A06-4B87-AE14-FE4594C43341 Cunxiang Ji | Jiangang Ou |
| | WALL016 | | Chaoyang District, Beijing, China DocuSigned by: 3/30/2020 | DocuSigned by: DI TANG | None | "CO-LENDER" DocuSigned by: 9/22/2018 | | Stephen Packman |
| Di Tang | WALL017 | | Executed on 3/31/2020 MM / DD / YYYY DocuSigned by: Di Tang Signature of petitioner or representative, including representative's title | DocuSigned by: Di Tang DI TANG | DocuSigned by: Di Tang 68ED39D16CF8498... 1/23/2019 9 | "CO-LENDER" DocuSigned by: 1/23/2019 | | Stephen Packman |
| Fang Ding | WALL017 | | DocuSigned by: Ding Fang Fang Ding 3/22/2020 | DocuSigned by: Ding Fang Fang Ding FANG DING | DocuSigned by: Ding Fang 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Ding Fang 12/15/2018 | | Jiangang Ou |
| Feng Yan | WALL012 | | DocuSigned by: Feng Yan Feng Yan 3/23/2020 | Executed The Petition page twice - did not wet sign the declaration. | DocuSigned by: Feng Yan 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Yan Feng | | Jiangang Ou |

**EXHIBIT "B"**

| Full Name | Entity | Passport | Petition | Declaration | Example of the closest standard Docusign Signature (Docusign has 11 standard signatures - the # in corner represents which one of the 11 choices is used) | Loan Agreement - Signature page | Discovery Signature (All are Supposedly Docusigned but have no Docusign ID with the signatures) | Attorney |
|---|---|---|---|---|---|---|---|---|
| Fuqing Chen | WALL017 | 陈福庆 | Beijing, China; DocuSigned by: Fuqing Chen; 3/23/2020 | DocuSigned by: Fuqing Chen; FUQING CHEN | DocuSigned by: Fuqing Chen; 2 (all caps) | "CO-LENDER"; DocuSigned by: Fuqing Chen; 11/29/2018 | | Jiangang Ou |
| Guoqin Zhou | WALL017 | | | DocuSigned by: Guoqin Zhou; GUOQIN ZHOU | DocuSigned by: Guoqin Zhou; 9,5 | "CO-LENDER"; DocuSigned by: Guoqin Zhou; 11/6/2018 | | Jiangang Ou |
| Hanjiang Fu | WALL017 | | DocuSigned by: Hanjiang Fu; 3/22/2020 | DocuSigned by: Hanjiang Fu; HANJIANG FU | DocuSigned by: Fu Hanjiang; Matches to Loan Agreement only 9 | "CO-LENDER"; DocuSigned by: Fu Hanjiang; 12/19/2018 | | Jiangang Ou |
| | WALL009 | | DocuSigned by: Heng Zhang; Heng Zhang; 3/21/2020 | DocuSigned by: Heng Zhang; HENG ZHANG | DocuSigned by: Heng Zhang; Similar but not exact match 9 | "CO-LENDER"; DocuSigned by: Zhang Heng; Zhang Heng | DocuSign Envelope ID: DBD80918-9922-4E64-8C85-3E2D77648FF0; Heng Zhang | Jiangang Ou |
| Heng Zhang | WALL012 | | DocuSigned by: Heng Zhang; Heng Zhang; 3/21/2020 | DocuSigned by: Heng Zhang; HENG ZHANG | DocuSigned by: Zhang Heng; Match to Loan Agreement only 9 | "CO-LENDER"; Zhang Heng; DocuSigned by: Zhang Heng | Heng Zhang | Jiangang Ou |
| Hong Guo | WALL009 | | DocuSigned by: Guo Hong; Guo Hong; 3/23/2020 | DocuSigned by: Guo Hong; HONG GUO | DocuSigned by: Guo Hong; 9 | "CO-LENDER"; DocuSigned by: Guo Hong; Guo Hong | Guo Hong; Hong Guo | Jiangang Ou |
| Jialin Hu | WALL017 | | DocuSigned by: Hu Jialin; 3/23/2020 | DocuSigned by: Hu Jialin; JIALIN HU | DocuSigned by: Hu Jialin; 9 | "CO-LENDER"; DocuSigned by: Hu Jialin; 1/22/2019 | | Jiangang Ou |
| Jiancheng Chen | WALL012 | | DocuSigned by: Jiancheng Chen; 3/23/2020; jianchengchen; NOTE: Signed different page than by the docusign. | DocuSigned by: Jiancheng Chen; JIANCHENG CHEN; jianchengchen | DocuSigned by: Jiancheng Chen; 9 | "CO-LENDER"; DocuSigned by: Chen Jiancheng; Chen Jiancheng | | Jiangang Ou |
| Jiaxiang Lu | WALL017 | | DocuSigned by: Jiaxiang Lu; Lu Jiaxiang; 3/21/2020 | DocuSigned by: Jiaxiang Lu; Lu Jiaxiang; JIAXIANG LU | DocuSigned by: Lu Jiaxiang; 9 | "CO-LENDER"; DocuSigned by: Lu Jiaxiang; 2/1/2019 | | Jiangang Ou |
| | WALL007 | | Executed on 4/2/2020 MM / DD / YYYY; DocuSigned by: Wang Jin; Jin Wang; Signature of petitioner or representative, including representative's title | DocuSigned by: Wang Jin; Jin Wang; JIN WANG | DocuSigned by: Wang Jin; 9 | TO LENDER: DocuSigned by: Wang Jin; "LENDER"; By: DocuSigned by: Wang Jin | Wang Jin; Jin Wang | Jiangang Ou |
| Jin Wang | WALL009 | | Executed on 4/2/2020 MM / DD / YYYY; DocuSigned by: Wang Jin; Jin Wang; Signature of petitioner or representative, including representative's title | MISSING | DocuSigned by: Wang Jin; 9 | DocuSigned by: Wang Jin; Wang Jin | Wang Jin; Jin Wang | Jiangang Ou |

| Full Name | Entity | Passport | Petition | Declaration | Example of the closest standard Docusign Signature (Docusign has 11 standard signatures - the # in corner represents which one of the 11 choices is used) | Loan Agreement - Signature page | Discovery Signature (All are Supposedly Docusigned but have no Docusign ID with the signatures) | Attorney |
|---|---|---|---|---|---|---|---|---|
| Jingqiu Tang | WALL016 | | 唐静秋 TANG JINQIU Jingqiu Tang Jingqiu tang 3/21/2020 | 唐静秋 TANG JINQIU Jingqiu Tang Jingqiu tang JINGQIU TANG | Jingqiu Tang 9 | "CO-LENDER" Tang Jingqiu 9/24/2018 | | Jiangang Ou |
| Jinzhe Wu | WALL012 | 吴津喆 | Jinzhe Wu 3/21/2020 Jinzhe Wu | Jinzhe Wu Jinzhe Wu JINZHE WU | None | "CO-LENDER" Wu Jinzhe Wu Jinzhe | Jinzhe Wu Jinzhe Wu | Jiangang Ou |
| Jun Li | WALL007 | 李军 | Executed on 3/21/2020 MM / DD / YYYY Li Jun LI Jun Signature of petitioner or representative, including representative's title | Li Jun LI Jun JUN LI | NONE | LI JUN 2017 "LENDER" By: 李军 LI JUN 2017年11月28日 | Li Jun Jun Li | Jiangang Ou |
| Jun Wang | WALL016 | | Jun Wang Jun Wang 3/23/2020 | Jun Wang Jun Wang JUN WANG | Wang Jun Matches Loan Agreement only 9 | "CO-LENDER" Wang Jun 9/29/2018 | | Jiangang Ou |
| Jun Zeng | WALL016 | 曾军 | Zeng Jun Zeng Jun 3/24/2020 | Zeng Jun Zeng Jun JUN ZENG | Zeng Jun 9 | "CO-LENDER" Zeng Jun | | Jiangang Ou |
| Kai Tian | WALL007 | 田凯 | Kai tian Kai tian 3/24/2020 | Kai tian Kai tian KAI TIAN | Kai Tian 9 | TO LENDER: Tian kai By: Tian kai | Kai tian Kai Tian | Jiangang Ou |
| Kangying Mao | WALL012 | 毛康瑛 | Mao kangying Mao kangying 3/31/2020 | Mao kangying Mao kangying KANGYING MAO | Mao kangying 9 | "CO-LENDER" Mao kangying Mao Kangying | | Jiangang Ou |
| Kui Wang | WALL016 | | Xicheng District, Beijing, China wang kui wang kui 3/22/2020 | wang kui wang kui KUI WANG | None | "CO-LENDER" 王葵 | | Jiangang Ou |
| Lan Ji | Wall010 | | 3/20/2020 | LAN JI | None | "CO-LENDER" J L Ji Lan | Missing | Jiangang Ou |
| Li Jiang | Wall011 | 姜丽 | Co-lender is also in Wall012 and Wall016 - confirmed this is the submitted wet signature for Wall011 Petition and declaration. Executed on 3/21/2020 MM / DD / YYYY Li jiang Li Jiang Signature of petitioner or representative, including representative's title | Li jiang Li Jiang LI JIANG | Li jiang 9 | "CO-LENDER" Jiang Li Jiang Li | | Stephen Packman |
| | Wall012 | 姜丽 | Co-lender is also in Wall011 and Wall016 - confirmed this is the submitted wet signature for Wall012 Petition and declaration. Executed on 3/21/2020 MM / DD / YYYY Li jiang Li Jiang Signature of petitioner or representative, including representative's title | Li jiang Li jiang LI JIANG | Li jiang 9 | "CO-LENDER" Jiang Li Jiang Li | | Stephen Packman |
| Li Jiang | Wall016 | 姜丽 | Also co-lender in Wall011 and Wal012 - this wet signature is from the Wall016 petition and declaration. Executed on 3/21/2020 MM / DD / YYYY Li jiang Li jiang Signature of petitioner or representative, including representative | Li jiang Li Jiang LI JIANG | Li Jiang 9 | "CO-LENDER" Jiang Li | | Stephen Packman |
| Lin Gao | Wall011 | | GAO LIN GAO LIN 3/23/2020 | GAO LIN GAO LIN LIN GAO | GAO LIN 10 | "CO-LENDER" GAO LIN GAO LIN | | Jiangang Ou |

| Full Name | Entity | Passport | Petition | Declaration | Example of the closest standard Docusign Signature (Docusign has 11 standard signatures - the # in corner represents which one of the 11 choices is used) | Loan Agreement - Signature page | Discovery Signature (All are Supposedly Docusigned but have no Docusign ID with the signatures) | Attorney |
|---|---|---|---|---|---|---|---|---|
| Lin Li | Wall011 | | Executed on 3/21/2020 MM / DD / YYYY; Signature of petitioner or representative, including representa | LIN LI | DocuSigned by: 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Li Lin | | Stephen Packman |
| | WALL007 | | District, Shanghai, China 3/23/2020 | District, Shanghai, China 3/23/2020 | DocuSigned by: 68ED39D16CF8498... 9 | TO LENDER: "LENDER" By: | Lin Zhou | Jiangang Ou |
| Lin Zhou | WALL009 | | DocuSigned by: 3/23/2020 | LIN ZHOU | DocuSigned by: 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Zhou Lin | Lin Zhou | Jiangang Ou |
| Liying Yang | Wall010 | | Executed on 3/29/2020 MM / DD / YYYY; Signature of petitioner or representative, including representative's title | LIYING YANG | DocuSigned by: Match to Loan Agreement only 9 | "CO-LENDER" DocuSigned by: Yang Liying | Liying Yang | Jiangang Ou |
| Mai Ye | WALL009 | | DocuSigned by: 3/21/2020 | MAI YE | DocuSigned by: 68ED39D16CF8498... 4 | "CO-LENDER" DocuSigned by: Ye Mai | Mai Ye | Jiangang Ou |
| Ou Jiang | WALL012 | | DocuSigned by: 3/21/2020 | OU JIANG | NONE | "CO-LENDER" DocuSigned by: Jiang Ou | | Jiangang Ou |
| | WALL009 | | DocuSigned by: 3/22/2020 | PEI GUAN | DocuSigned by: 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Guan Pei | Pei Guan | Jiangang Ou |
| Pei Guan | WALL016 | | DocuSigned by: 3/22/2020 | PEI GUAN | DocuSigned by: 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: | | Jiangang Ou |
| Peng Guo | WALL007 | | World Trade Center, China 3/23/2020 | PENG GUO | DocuSigned by: 68ED39D16CF8498... 9 | "LENDER" By: | Peng Guo | Jiangang Ou |
| Pengfei Dong | WALL012 | | DocuSigned by: 3/27/2020 | PENGFEI DONG | DocuSigned by: 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Dong Pengfei | | Jiangang Ou |
| Qiao Qin | Wall011 | | DocuSigned by: 3/22/2020 | QIAO QIN | None | "CO-LENDER" DocuSigned by: Qin Qiao | Qiao Qin | Jiangang Ou |
| | WALL016 | | Executed on 3/23/2020 MM / DD / YYYY; Signature of petitioner or representative, including representative's title | QIN CHU | DocuSigned by: 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: 9/19/2018 | | Jiangang Ou |

| Full Name | Entity | Passport | Petition | Declaration | Example of the closest standard Docusign Signature (Docusign has 11 standard signatures - the # in corner represents which one of the 11 choices is used) | Loan Agreement - Signature page | Discovery Signature (All are Supposedly Docusigned but have no Docusign ID with the signatures) | Attorney |
|---|---|---|---|---|---|---|---|---|
| Qin Chu | WALL017 | | DocuSigned by: Qin Chu — Qin Chu 3/23/2020 | DocuSigned by: Qin Chu — Qin Chu<br>QIN CHU | DocuSigned by: Qin Chu 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Chu Qin 12/5/2018 | | Jiangang Ou |
| Qiuying Li | WALL009 | | Street, Xicheng District, Beijing, China<br>DocuSigned by: Qiuying Li — Qiuying Li 李秋莹 3/24/2020 | DocuSigned by: Qiuying Li — Qiuying Li<br>QIUYING LI 李秋莹 | DocuSigned by: Qiuying Li 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Li Qiuying<br>Li Qiuying | Qiuying Li<br>Qiuying Li | Jiangang Ou |
| Qu Chen | WALL007 | 陈曲 | DocuSigned by: QU CHEN — Qu CHEN 3/21/2020 | DocuSigned by: QU CHEN — Qu CHEN<br>QU CHEN | DocuSigned by: QU CHEN 68ED39D16CF8498... 9 | TO LENDER: DocuSigned by: QU CHEN<br>"LENDER" By: DocuSigned by: QU CHEN | QU CHEN<br>Qu Chen | Jiangang Ou |
| Rufeng Ding | Wall011 | 丁汝锋 | DocuSigned by: Rufeng Ding — Rufeng Ding 3/20/2020 | DocuSigned by: Rufeng Ding — Rufeng Ding<br>RUFENG DING | None | "CO-LENDER" DocuSigned by: Ding Rufeng<br>Ding Rufeng | Rufeng Ding<br>Rufeng Ding | Jiangang Ou |
| Ruinian Wu | WALL009 | 吴瑞年 | DocuSigned by: Wu Ruinian — Wu Ruinian 3/22/2020 | DocuSigned by: Wu Ruinian — Wu Ruinian<br>RUINIAN WU | DocuSigned by: Wu Ruinian 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Wu Ruinian<br>Wu Ruinian | Wu Ruinian<br>Ruinian Wu | Jiangang Ou |
| Sicheng Zhan | WALL016 | | DocuSigned by: Sicheng Zhan | DocuSigned by: Sicheng Zhan | DocuSigned by: Sicheng Zhan 68ED39D16CF8498... 10 | DocuSigned by: Sicheng Zhan<br>SICHENG ZHAN | | Jiangang Ou |
| | Wall010 | 宋天庆 | Originally Tianqing Song was not included in the original petition for Wall010 - Was the Petition added before the wet signatures were provided? Otherwise they didn't actually file a petition for this creditor for Wall010. (NOTE: this person is also a co-lender in Wall011 and was originally included there)<br>x TBS — Song tianqing | TBS TIANQING SONG<br>Song tianqing | DocuSigned by: Song Tianqing 68ED39D16CF8498...<br>Match to Loan Agreement only 9 | "CO-LENDER" DocuSigned by: Song Tianqing<br>Song Tianqing | Song Tianqing<br>Tianqing Song | Jiangang Ou |
| Tianqing Song | WALL011 | 宋天庆 | DocuSigned by: Song Tianqing 4/2/2020 Song tianqing | DocuSigned by: Song Tianqing<br>TIANQING SONG<br>Song tianqing | DocuSigned by: Song Tianqing 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Song Tianqing<br>Song Tianqing | | Jiangang Ou |
| Wai Ying | WALL017 | | DocuSigned by: Wai Ying — Wai Ying 3/23/2020 | DocuSigned by: Wai Ying — Wai Ying<br>WAI YING | DocuSigned by: Wai Ying 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Ying Wai<br>Ying Wai | | Jiangang Ou |
| Wanwan Li | WALL012 | | x Wan Wan Li<br>NOTE: Did not sign by the docusign signature | DocuSigned by: Wanwan Li — WanWan Li<br>WANWAN LI | DocuSigned by: Wanwan Li 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Li Wanwan<br>Li Wanwan | | Jiangang Ou |
| Weijia Kong | WALL009 | | DocuSigned by: Weijia Kong — Weijia Kong 3/2/2020 | DocuSigned by: Weijia Kong — Weijia Kong<br>WEIJIA KONG | DocuSigned by: Weijia Kong 68ED39D16CF8498...<br>8, 9 | "CO-LENDER" DocuSigned by: Kong Weijia<br>Kong Weijia | | Jiangang Ou |
| Weisi Wang | WALL012 | 王伟思 | MM / DD / YYYY<br>x DocuSigned by: Wang Weisi — Wang Weisi<br>Signature of petitioner or representative, including repre | DocuSigned by: Wang Weisi — Wang Weisi<br>WEISI WANG | DocuSigned by: Wang Weisi 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Wang Weisi<br>Wang Weisi | | Stephen Packman |

| Full Name | Entity | Passport | Petition | Declaration | Example of the closest standard Docusign Signature (Docusign has 11 standard signatures - the # in corner represents which one of the 11 choices is used) | Loan Agreement - Signature page | Discovery Signature (All are Supposedly Docusigned but have no Docusign ID with the signatures) | Attorney |
|---|---|---|---|---|---|---|---|---|
| Wenjuan Yin | WALL012 | | DocuSigned by: Wenjuan Yin 3/21/2020 | DocuSigned by: WENJUAN YIN | DocuSigned by: Wenjuan Yin 9 | "CO-LENDER" DocuSigned by: Yin Wenjuan | | Jiangang Ou |
| Wenjun Wang | Wall010 | | DocuSigned by: Wenjun Wang | DocuSigned by: WENJUN WANG | DocuSigned by: Wenjun Wang 9 | "CO-LENDER" DocuSigned by: Wenjun Wang | | Jiangang Ou |
| Xiangdong Zhu | WALL017 | | DocuSigned by: Zhu Xiangdong | lty of perjury under the laws of the United DocuSigned by: XIANGDONG ZHU | None | "CO-LENDER" DocuSigned by: Zhu Xiangdong | | Jiangang Ou |
| Xiaodong Hao | Wall011 | | DocuSigned by: Xiao Dong Hao 3/21/2020 | DocuSigned by: XIAODONG HAO | DocuSigned by: Hao Xiaodong Matches Loan Agreement only 9 | "CO-LENDER" DocuSigned by: Hao Xiaodong | | Jiangang Ou |
| Xiaomin Fan | WALL017 | | DocuSigned by: Xiaomin Fan Signature of petitioner or representative, including representative's title | DocuSigned by: XIAOMIN FAN | DocuSigned by: Xiaomin Fan 9 | "CO-LENDER" DocuSigned by: Fan Xiaomin 12/27/2018 | | Jiangang Ou |
| Xiaoquan Dai | WALL012 | | Executed on MM / DD / YYYY Signature of petitioner or representative, including representative's title Note: Didn't execute on the docusigned page. | DocuSigned by: XIAOQUAN DAI | DocuSigned by: Xiaoquan Dai 9 | "CO-LENDER" DocuSigned by: Dai Xiaoquan | | Jiangang Ou |
| Xuegeng Gong | WALL009 | | DocuSigned by: Xuegeng Gong Signature of petitioner or representative, including representative's title | DocuSigned by: XUEGENG GONG | DocuSigned by: Xuegeng Gong 9 | "CO-LENDER" DocuSigned by: Gong Xuegeng | | Stephen Packman |
| Yadan Liu | WALL012 | | Haidian District, China Yadan Liu 3/21/2020 | DocuSigned by: YADAN LIU | DocuSigned by: Yadan Liu 9 | "CO-LENDER" DocuSigned by: Liu Yadan | | Jiangang Ou |
| Yan Zhang | Wall010 | | Executed on 3/21/2020 MM / DD / YYYY DocuSigned by: Zhang Yan Signature of petitioner or representative, including representative's title | DocuSigned by: YAN ZHANG | DocuSigned by: Zhang Yan 9 | "CO-LENDER" DocuSigned by: Zhang Yan | | Stephen Packman |
| Yi Tang | WALL012 | | DocuSigned by: Tang Yi 3/21/2020 | DocuSigned by: YI TANG | DocuSigned by: Tang Yi Matches Loan Agreement only 9 | "CO-LENDER" DocuSigned by: Tang Yi | | Jiangang Ou |
| | WALL009 | | DocuSigned by: Yijing Wu Signature of petitioner or representative, including representative's title | DocuSigned by: YIJING WU | DocuSigned by: Yijing Wu 9 | "CO-LENDER" DocuSigned by: Wu Yijing | | Jiangang Ou |

| Full Name | Entity | Passport | Petition | Declaration | Example of the closest standard Docusign Signature (Docusign has 11 standard signatures - the # in corner represents which one of the 11 choices is used) | Loan Agreement - Signature page | Discovery Signature (All are Supposedly Docusigned but have no Docusign ID with the signatures) | Attorney |
|---|---|---|---|---|---|---|---|---|
| | WALL016 | | Executed on 4/2/2020 MM / DD / YYYY ✕ DocuSigned by: Yijing Wu Yijing Wu Signature of petitioner or representative, including representative's title | DocuSigned by: Yijing Wu Yijing Wu YIJING WU | DocuSigned by: Yijing Wu 68ED39D16CF8498... 9 | MS YIJING WU BY: MS YIJING WU | WALL016, LLC Tim Barton, President SEAGOVILLE ..., LLC Tim Barton, President | Jiangang Ou |
| Yijing Wu | WALL017 | | x DocuSigned by: Yijing Wu 4/6/2020 | DocuSigned by: Yijing Wu YIJING WU | DocuSigned by: Wu Yijing 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Wu Yijing 0D9EFF2ABD7948B... | | Jiangang Ou |
| Ying Zhang | WALL012 | | x DocuSigned by: Zhang Ying zhang Ying 3/23/2020 zhang Ying | DocuSigned by: Zhang Ying zhang Ying YING ZHANG zhang Ying | DocuSigned by: Zhang Ying 68ED39D16CF8498... Matches Loan Agreement only 9 | "CO-LENDER" DocuSigned by: Zhang Ying B5A7D0443FCE4B1... Zhang Ying | | Jiangang Ou |
| Ying Zhou | Wall011 | | ✕ DocuSigned by: Ying Zhou Zhou Ying Signature of petitioner or representative, including representative's title | DocuSigned by: Ying Zhou Zhou Ying YING ZHOU | DocuSigned by: Ying Zhou 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Zhou Ying Zhou Ying | | Jiangang Ou |
| Yuan Yuan | WALL017 | | x DocuSigned by: Yuan Yuan 8/26/2020 Yuan Yuan | DocuSigned by: Yuan Yuan YUAN YUAN Yuan Yuan | None | "CO-LENDER" DocuSigned by: Yuan Yuan 12/12/2018 | | Jiangang Ou |
| Yue Xu | WALL009 | | Yue Xu YUE XU | | DocuSigned by: Yue Xu 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Xu Yue Xu Yue | | Jiangang Ou |
| | Wall011 | 张玥 | x DocuSigned by: Yue Zhang 0CBE0AE2950E48F 3/21/2020 | DocuSigned by: Yue Zhang 0CBE0AE2950E48F YUE ZHANG | DocuSigned by: Yue Zhang 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: 张玥 0CBE0AE2950E48F Zhang Yue | | Jiangang Ou |
| Yue Zhang | WALL016 | 张玥 | x DocuSigned by: Yue Zhang 0CBE0AE2950E48F 3/21/2020 Name and mailing address of petitioner | DocuSigned by: Yue Zhang 0CBE0AE2950E48F YUE ZHANG | DocuSigned by: Yue Zhang 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Zhang Yue 0CBE0AE2950E48F | | Jiangang Ou |

| Full Name | Entity | Passport | Petition | Declaration | Example of the closest standard Docusign Signature (Docusign has 11 standard signatures - the # in corner represents which one of the 11 choices is used) | Loan Agreement - Signature page | Discovery Signature (All are Supposedly Docusigned but have no Docusign ID with the signatures) | Attorney |
|---|---|---|---|---|---|---|---|---|
| Yulan Chen | WALL016 | | DocuSigned by: Yulan Chen x Yulan Chen 3/23/2020 | DocuSigned by: Yulan Chen YULAN CHEN Yulan Chen | DocuSigned by: Yulan Chen 68ED39D16CF8498... 9 | "CO-LENDER" DocuSigned by: Chen Yulan 9/19/2018 | | Jiangang Ou |
| Yunding Kang | WALL007 | | Executed on 3/23/2020 MM / DD / YYYY DocuSigned by: Yunding Kang x Yunding Kang Signature of petitioner or representative, including representative's title | DocuSigned by: Yunding Kang Yunding Kang YUNDING KANG | DocuSigned by: Yunding Kang 68ED39D16CF8498... Note: Page 9 is missing from the loan agreement attached to the petition 9 | "LENDER" By: Kang Yunding | Yunding Kang Yunding Kang | Stephen Packman |