CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 18, 2020**

**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | § | Case No. 20-31131 (HDH) |
| Debtor | § | (Jointly Administered) |
| | § | |

**INTERIM ORDER ON**
**MOTION FOR RELIEF FROM STAY**

On August 5, 2020, a hearing was held on *Motion for Relief from Stay* (the "**Motion**") filed by TAMAMOI, LLC, a Delaware limited liability company and FDRE, INC., an Oregon corporation (collectively "**Movant**"), against WALL010, LLC ("**Alleged Debtor**"). The Court after having considered the argument of counsel and the pleadings on file, issued its ruling from the bench.

**IT IS THEREFORE ORDERED** that no later than August 12, 2020, Movant shall be paid an adequate protection payment of $30,000.00.

1 The entities to be declared debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

**IT IS FURTHER ORDERED** that Movant is granted leave to amend its Motion.

**IT IS FURTHER ORDERED** that this matter shall be set for a final hearing and the proper notice on the date and time of the final hearing shall be filed with the Court.

**###END OF ORDER###**