# Exhibit “A-1”

中国移动 HD 4G 4G 267B/s 99 08:58
中国电信

# 达拉斯投资人群(47)

昨天 02:05

钟灵

周一17号开了庭，结果傅先生告诉你们了吗？

钟灵

30-60天后还要开一次最终的庭。

钟灵

这边的律师告诉我全部的结果😜

08:37

钟灵



钟灵

这是结果

钟灵

祝各位30-60天之后好运🙏🏼🙏🏼🙏🏼

按住 说话

# Exhibit “A-2”

English Translation of Ex. A

Dallas Investors Group(47)

Yesterday 02:45

Ling Zhong: Had a court hearing on Monday the 17th, did Mr. Fu tell you the results?

Ling Zhong: There will be a final hearing within 30-60 days.

Ling Zhong: The lawyer on this side has told me the results in its entirety /::P [*an emoji of naughty smile and one eye open and one eye blinking and mouth open wide*]

Ling Zhong: [A picture of the one-page handwritten note on yellow color legal pad sheet]

Ling Zhong: This is the results.

Ling Zhong: Good luck to all within 30-60 days

# Exhibit "B-1"

8/17. 周一 上庭日.(倒数第二次).

法官: 最后一次决定让付凌齐65个人到达拉斯来,亲自上庭.(30~60天后)

否则就驳回诉讼

有偏见驳回
(所有人不可以再诉)

无偏见驳回
(可以再诉)

↓ 大概率

Tim无意归还任何人投资款
因为所有的时间金钱损失
甚至会报复!(悄悄报复老付)

二、所以在最后一次出庭机会之前,让65个人内部讨论开会,最好让他们趁早自动放弃诉讼,还有谈判还款的余地.

# Exhibit “B-2”

English Translation of the 8/19 Note sent by Mr. Ling Zhong to Petitioning Creditors

8/19. Monday Court Hearing Day (the last [hearing] but one)

Judge: Finally ruled that Fu shall have all 65 individuals come to Dallas, appear in person in the court. (within 30-60 days)
Otherwise, the litigation will be dismissed.

Dismissal with prejudice
(All Petitioning Creditors cannot sue again)

Dismissal without prejudice
(may sue again)

Highly likely

Tim does not intend to repay any investment money to anyone
Because the loss of all the time and money
Further, will take retaliation! (definitely will retaliate on Fu)

Therefore, before the final opportunity to attend the court hearing, let the 65 individuals have an internal meeting to discuss, best to let them voluntarily withdraw from the litigation as early as possible,
Still have the room for negotiation of repayment.