Steven C. Metzger
State Bar No. 13982500
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Tel: 214-740-5030
Fax: 214-224-7555
Email: smetzger@pmklaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **WALL007, LLC, et al[1],** | § | |
| | § | **CASE NO. 20-31131-hdh7** |
| **Alleged Debtors.** | § | **(Jointly Administered)** |

**DECLARATION NO. 2 OF TIMOTHY BARTON**

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| COUNTY OF DALLAS | § | |

1. My name is Timothy Barton. I am an officer and representative of the Managing Member of the Alleged Debtors and make this Declaration No. 2 in response to a *Supplement to a Motion for an Order Holding Timothy Barton in Contempt for Failure to Comply with the Court's Order, Imposing Sanctions against Timothy Barton and Awarding Attorneys' Fees and Requiring Barton to Appear before the Court Concerning the Imposition of Additional Sanctions against Him and/or the Debtor* (the "**Supplement**," Dkt. No. 160) and the Declaration of Jiangang Ou, attached to the original Motion, all of which I have reviewed and to which I have personal knowledge.

1 The Alleged Debtors in these cases are: Wall007, LLC, Wall009, LLC, Wall010, LLC, Wall011, LLC, Wall012, LLC and Wall017, LLC.

2. The Managing Member of the Alleged Debtors is also the Managing Member of other entities, none of which are subject to any of these cases.

3. I was in attendance at the hearing before the Court on June 3, 2020, and, contrary to what the written Order in question says, I understood the Court from the bench to order that "further communications from [me] about the Bankruptcy Cases needs to go through counsel." That occurred on June 3, 2020.

4. I have not spoken to Mr. Ling Zhong, as alleged by Petitioners in the Supplement.

5. I have not communicated with the Petitioners since the entry of the June 3, 2020 Order.

6. For avoidance of any doubt, Mr. Zhong's involvement is with respect to WALL018, LLC and WALL019, LLC ***only***, which are not involved in these bankruptcy proceedings.

7. I do not speak Mandarin Chinese or any other variation of the Chinese language, nor am I able to read the symbols of such language, and, therefore, I am not able to speak to any correctness of any translation of messages in that language. Similarly, I have not delivered a copy of any material I have received from counsel concerning the captioned case to Mr. Zhong, and I do not have the ability to personally communicate through WeChat.

8. I declare that I have not violated the Court's Order or oral instructions to me since the entry of those items, effective June 3, 2020.

EXECUTED this 31st day of August, 2020.

______________________________
Timothy Barton, individually and as an Officer and Representative of the Managing Member of the Alleged Debtors