CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 4, 2020**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*,** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ORDER GRANTING IN PART THE ALLEGED DEBTOR'S**
**<u>SECOND MOTION TO COMPEL DISCOVERY RESPONSES FROM PETITIONERS</u>**
**<u>[DKT. NO. 105]</u>**

UPON CONSIDERATION OF the *Alleged Debtors Second Motion to Compel Discovery Responses Filed in the Alternative to Alleged Debtor's Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Voluntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel* (the "Motion") (Dkt. No. 105) filed by Alleged Debtors Wall007, et al. and all related filings, and having considered the

arguments of counsel at the hearing conducted on August 17, 2020 and the Court's oral ruling on August 19, 2020, it is hereby

ORDERED that the Motion is GRANTED in part and DENIED in part as provided herein; it is further

ORDERED that no discovery or motions practice shall continue unless and until a live deposition agreement signed by counsel for Petitioners is filed with the Court, as required by the Court's ruling on Alleged Debtors Motion to Quash Deposition Notices (Docket No. 133); it is further

ORDERED that, subject to the above limitations, Petitioners are required to produce all documents concerning the underlying transfer of funds to the Alleged Debtors from Chinese accounts; it is further

ORDERED that, subject to the above limitations, Petitioners are required to produce all documents concerning communications between the Petitioners and Mr. Michael Fu; it is further

ORDERED that Petitioners are required to sign their answers to their interrogatories with their own "wet signatures," as opposed to the signature of Petitioners Counsel; it is further

ORDERED that the Motion to Compel is DENIED in part with respect to the remaining relief requested.

# # # END OF ORDER # # #

United States Bankruptcy Court
Northern District of Texas

In re:
WALL007 LLC
Debtor

Case No. 20-31131-hdh
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0539-3 User: jblanco Page 1 of 3 Date Rcvd: Sep 04, 2020
Form ID: pdf012 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.
aty +Khudabuksh K Walji, Law Office of K. Walji, 10701 Corporate Drive, Ste 350, Stafford, TX 77477-4091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:

Behrooz P. Vida on behalf of Creditor Tamamoi, LLC and FDRE, Inc. filings@vidalawfirm.com, legalprokirstin@gmail.com;bkfilings@yahoo.com
Jiangang Ou on behalf of Petitioning Creditor Jun Li jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jiancheng Chen jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Rufeng Ding jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yue Zhang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Weijia Kong jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Pei Guan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Di Tang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xiaodong Hao jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yi Tang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yan Zhang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xuegeng Gong jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Wenjuan Yin jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yunding Kang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Wai Ying jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Cunxiang Ji jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Ruinian Wu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Weisi Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Qu Chen jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Ying Zhou jou@nguyen-chen.com, ahuber@archerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jiangang Ou on behalf of Petitioning Creditor Yulan Chen jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Fang Ding jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jingqiu Tang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xiangdong Zhu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Heng Zhang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jialin Hu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Lan Ji jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jin Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yadan Liu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Hanjiang Fu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Lin Gao jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Lin Zhou jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Ying Zhang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Liying Yang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Kangying Mao jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Qin Chu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Feng Yan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Chao Xu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Tianqing Song jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Wanwan Li jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yijing Wu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jinzhe Wu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jun Zeng jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Hong Guo jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Ou Jiang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Mai Ye jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yue Xu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Kai Tian jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Aiguo Luo jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Qiuying Li jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Pengfei Dong jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Lin Li jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Li Jiang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Peng Guo jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Fuqing Chen jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Chenchen Jiang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jiaxiang Lu jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Jun Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Wenjun Wang jou@nguyen-chen.com, ahuber@archerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jiangang Ou on behalf of Petitioning Creditor Kui Wang jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Yuan Yuan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Guoqin Zhou jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Qiao Qin jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xiaomin Fan jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Xiaoquan Dai jou@nguyen-chen.com, ahuber@archerlaw.com
Jiangang Ou on behalf of Petitioning Creditor Sicheng Zhan jou@nguyen-chen.com, ahuber@archerlaw.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL007 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL012 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL017 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL011 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL009 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL016 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Joyce W. Lindauer on behalf of Alleged Debtor WALL010 LLC joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com
Katherine T. Hopkins on behalf of Interested Party Neighborhood Association of Lost Creek Estates, Inc katherine.thomas@kellyhart.com
Katherine T. Hopkins on behalf of Interested Party LAH III Family Specific Interest, Ltd. katherine.thomas@kellyhart.com
Katherine T. Hopkins on behalf of Interested Party L. Allen Hodges, III katherine.thomas@kellyhart.com
Katherine T. Hopkins on behalf of Interested Party Blackfoot Interest, Ltd. katherine.thomas@kellyhart.com
Katherine T. Hopkins on behalf of Interested Party Tejas Group, Ltd. katherine.thomas@kellyhart.com
Michael P. Ridulfo on behalf of Creditor Bob Jiang mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com
Michael P. Ridulfo on behalf of Creditor Michael Fu mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com
Patrick D. Sullivan on behalf of Creditor Benchmark Acquisitions, LLC sullivan@hooverslovacek.com
Robert W. Buchholz on behalf of Creditor Southern Star Capital, LLC bob@attorneybob.com
Stephen M. Packman on behalf of Petitioning Creditor Jin Wang spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Weisi Wang spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Yunding Kang spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Peng Guo spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Lin Zhou spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Li Jiang spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Lin Li spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Cunxiang Ji spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Xuegeng Gong spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Qu Chen spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Kai Tian spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Jun Li spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Stephen M. Packman on behalf of Petitioning Creditor Yan Zhang spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com
Steven C. Metzger on behalf of Interested Party Timothy Barton smetzger@pmklaw.com
United States Trustee ustpregion06.da.ecf@usdoj.gov

TOTAL: 97