# EXHIBIT "E"

D220194030 8/10/2020 9:11 AM PGS 56 Fee: $239.00 Submitter: SIMPLIFILE
Electronically Recorded by Tarrant County Clerk in Official Public Records Mary Louise Nicholson
Mary Louise Nicholson

Unofficial Copy

**SUBSTITUTE TRUSTEE'S DEED AND BILL OF SALE**
(D219077623)

STATE OF TEXAS )
)
COUNTY OF TARRANT )

**RECITALS:**

1. By that certain Deed of Trust (herein "Deed of Trust") dated June 25, 2018, from Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd., as Grantor (and at times "Debtor"), conveyed to Timothy Barton, Trustee, for the benefit of WALL010 LLC, a Texas limited liability company, certain real and personal property situated in Tarrant County, Texas, as described therein (collectively, the "Mortgaged Property"), including without limitation that certain real property situated in Tarrant County, Texas and described on Exhibit A attached hereto and made a part hereof for all purposes (the "Property"), to secure the payment of one certain Promissory Note (herein the "Note") therein described in the principal amount of $300,000.00, which Deed of Trust was electronically recorded by Tarrant County Clerk in Official Public Records of Tarrant County, Texas , reference/ clerk's file number D219077623 on April 15, 2019, reference to said Deed of Trust being hereby made for all purposes.

2. Wall010 LLC, as mortgagee, pursuant to the provisions of the Deed of Trust, has designated and appointed the undersigned as Substitute Trustee by that certain Appointment of Substitute Trustee, dated July 14, 2020, to act in the place and stead of the original Trustee.

3. Default has occurred in the payment of the Indebtedness and such default has continued despite notice to Debtor from or on behalf of Wall010 LLC, as the original mortgagee, and an opportunity for Debtor to cure the default. Accordingly, Wall010 LLC, as the original mortgagee, has, because of such default, requested the undersigned, the duly appointed Substitute Trustee under the Deed of Trust, to enforce the trust and sell the Mortgaged Property pursuant to and in accordance with the provisions of the Deed of Trust and the laws of the State of Texas.

4. The undersigned, at, the request of the Wall010 LLC, as original mortgagee, did cause (i) to be posted for at least 21 consecutive days prior to the day of sale at the Courthouse door of said Tarrant County, Texas, and (ii) to be filed for at least 21 consecutive days prior to the day of sale with the County Clerk of Tarrant County, Texas, written notice that the Mortgaged Property would be sold pursuant to the Deed of Trust, in public venue to the highest bidder at the area at the County Courthouse designated by the Commissioners Court where sales are to take place, beginning no earlier than 10:00 o'clock a.m., on Tuesday, August 4, 2020, the first Tuesday of August 2020.

5. The undersigned, at the request of Wall010 LLC, as original mortgagee, did cause written notice of the proposed sale to be served by certified mail, return receipt requested, on Debtor and by certified mail, return receipt requested, on every other party obligated to pay the Indebtedness according to the records of Wall010 LLC, as mortgagee, at least 21 days preceding the date of sale, such service having been completed by deposit of the notice enclosed in a prepaid wrapper, properly addressed to each such party at the most recent address of such party as shown by the records of Wall010 LLC, as mortgagee, in a post office or official depository under the care and custody of the United States Postal Service.

6. An affidavit confirming recital numbers 3, 4, and 5 is attached as Exhibit B to this Deed.

7. The Note, Indebtedness and Deed of Trust has been transferred by Wall010 LLC to **LC ALEDO TX, LLC** (aka LC ALEDO, LLC), a Texas limited liability company (hereinafter "Mortgagee") by Assignment of Note and Liens executed by Wall010 LC, as assignor, to Mortgagee dated August 3, 2020, recorded August 4, 2020, at 9:25 a.m., under Instrument D220188044, Official Public Records, Tarrant County, Texas. The Mortgagee, and current holder of the indebtedness and beneficiary of the Deed of Trust has confirmed to me the requests set forth in paragraph 5 here of, and further requested the undersigned to proceed with the subject foreclosure sale of the Mortgaged Property, in accordance with the Deed of Trust.

8. The undersigned on August 4, 2020, commencing at approximately 10:15 o'clock a.m., pursuant to the powers under the Deed of Trust vested in me as Substitute Trustee, did cause the Mortgaged Property to be sold at public venue in the manner required by and as provided in and under the Deed of Trust and by law.

9. The undersigned offered the Property for sale; and in response to that offer, the undersigned sold the Property to **LC ALEDO TX, LLC** (aka LC ALEDO, LLC), a Texas limited liability company ("**Grantee**"), the best and highest bidder at the sale for the sum of TWO HUNDRED THOUSAND AND NO/100 U. S. DOLLARS ($200,000.00) (the "Bid").

**NOW, THEREFORE**, in consideration of the premises and the payment of the Bid, the receipt of which is hereby acknowledged, I, Randy P. Marx, Substitute Trustee, by virtue of the authority vested in me under the Deed of Trust, have GRANTED, BARGAINED, SOLD, CONVEYED, CONFIRMED and SET OVER and by this Substitute Trustee's Deed and Bill of Sale do hereby GRANT, BARGAIN, SELL, CONVEY, CONFIRM and SET OVER unto Grantee, and its legal representatives, successors and assigns, the Mortgaged Property, subject to those matters of public record, if any, it being expressly understood that I, Randy P. Marx, Substitute Trustee, have made no independent investigation or inquiry concerning the same and do not hereby make any covenant, representation or warranty concerning the same except as hereinafter provided.

Unofficial Copy

**TO HAVE AND TO HOLD** the Mortgaged Property, together with all and singular the rights and appurtenances thereto in anywise belonging, unto Grantee, its legal representatives, successors and assigns forever; and I, Randy P. Marx, Substitute Trustee, do hereby bind the Debtor, its successors and assigns, to WARRANT and FOREVER DEFEND, all and singular, the Mortgaged Property unto Grantee and its legal representatives, successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

This Trustee's Deed covers both real and personal property, any of said personal property which is part of the Mortgaged Property having been sold pursuant to the real property sale to the maximum degree permitted by law, or otherwise pursuant to Section 9.5O1(d) of the Texas Uniform Commercial Code.

The address of the Grantee hereunder is:

2999 Turtle Creek Blvd.
Dallas, Texas 75219

<u>**SIGNATURE(S) ON FOLLOWING PAGE(S)**</u>

Unofficial Copy

Unofficial Copy

**IN WITNESS WHEREOF**, this Substitute Trustee's Deed and Bill of Sale has been executed by Randy P. Marx, Substitute Trustee, in his capacity as such in accordance with and under and pursuant to the provisions, powers and authorities of the Deed of Trust, on this the 5th day of August, 2020.

Randy P. Marx, Substitute Trustee

STATE OF TEXAS )
)
COUNTY OF DALLAS )

Bella D Khusal
My Commission Expires
09/24/2022
ID No. 131734480

This instrument was acknowledged before me on the 5 day of August, 2020 by Randy P. Marx, Substitute Trustee.

Notary Public in and for
the State of Texas

My Commission Expires: 09/24/2022
Printed Name: Bella D Khusal

Exhibit A

Property

(as per the attached)

Unofficial Copy

Unofficial Copy

## EXHIBIT "A"

BEING TRACTS 1, 2, 3, 4 & 5 SITUATED IN THE C.E. BURKHAM SURVEY, ABSTRACT NO. 246, THE J. BURLESON SURVEY, ABSTRACT NO. 78 AND THE J.H. BURSEY SURVEY, ABSTRACT NO. 241, TARRANT COUNTY, TEXAS AND BEING PORTIONS OF THE 170.44 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME 7142, PAGE 551, COUNTY RECORDS, TARRANT COUNTY, TEXAS AND BEING ALL OF THOSE TRACTS OF LAND DESCRIBED IN EXHIBIT "C" OF THAT CORRECTION DEED TO CLUBCORP GOLF OF TEXAS, L.P., AS RECORDED IN VOLUME 14178, PAGE 455, DEED RECORDS, TARRANT COUNTY, TEXAS, AND BEING PORTIONS OF BLOCKS 12 AND 15 OF LOST CREEK ADDITION, AS RECORDED IN VOLUME 388-123, PAGE 4, PLAT RECORDS, TARRANT COUNTY, TEXAS AND BEING ALL OF LOT A-R-1, BLOCK 11, LOST CREEK ADDITION AS RECORDED IN CABINET A, SLIDE 606, PLAT RECORDS, TARRANT COUNTY, TEXAS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**TRACT 1:**

BEGINNING AT A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WEST LINE OF SAID BURKHAM SURVEY, 1480.40 FEET FROM ITS SOUTHWEST CORNER, SAID POINT BEING A WESTERLY SOUTHWEST CORNER OF SAID 170.44 ACRE TRACT;

THENCE N 00 DEGREES 10 MINUTES 15 SECONDS E, 728.77 FEET ALONG THE WEST LINE OF SAID BURKHAM SURVEY AND SAID 170.44 ACRE TRACT TO THE SOUTHWEST CORNER OF LOT 35, BLOCK 3, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/115, PAGE 97, SAID COUNTY RECORDS;

THENCE ALONG THE SOUTHERLY LINE OF SAID BLOCK 3, LOST CREEK ADDITION, THE FOLLOWING BEARINGS AND DISTANCES:

N 74 DEGREES 25 MINUTES 32 SECONDS E, 207.01 FEET TO A POINT;

N 65 DEGREES 08 MINUTES 00 SECONDS E, 320.06 FEET TO A POINT;

N 56 DEGREES 48 MINUTES 00 SECONDS E, 405.86 FEET TO A POINT;

N 68 DEGREES 37 MINUTES 31 SECONDS E, 100.07 FEET TO THE SOUTHEAST CORNER OF LOT 43, SAID BLOCK 3;

THENCE S 87 DEGREES 01 MINUTES 44 SECONDS E, 56.13 FEET TO AN IRON ROD FOUND;

THENCE N 08 DEGREES 01 MINUTES 55 SECONDS E, 50.00 FEET TO AN IRON ROD FOUND;

THENCE N 82 DEGREES 15 MINUTES 05 SECONDS E, 9.37 FEET TO AN IRON ROD FOUND;

THENCE N 10 DEGREES 55 MINUTES 05 SECONDS E, 29.86 FEET TO AN IRON ROD FOUND;

THENCE N 19 DEGREES 26 MINUTES 05 SECONDS W, 84.02 FEET TO AN IRON ROD FOUND IN THE SOUTHERLY RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE;

THENCE N 85 DEGREES 34 MINUTES 15 SECONDS E, 88.58 FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD AS RECORDED IN PLAT VOLUME 388/215, PAGE 86 OF PHASE 2, LOST CREEK ADDITION;

THENCE ALONG THE WESTERLY LINE OF SAID PHASE 2, LOST CREEK ADDITION, THE FOLLOWING BEARINGS AND DISTANCES:

S 00 DEGREES 31 MINUTES 15 SECONDS W, 423.04 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

123.28 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 14 DEGREES 21 MINUTES 29 SECONDS, A RADIUS OF 492.00 FEET AND A LONG CHORD OF S 06 DEGREES 39 MINUTES 37 SECONDS E, 122.97 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS' SET;

N 90 DEGREES 00 MINUTES 00 SECONDS W, 119.40 FEET TO AN IRON ROD FOUND;

S 60 DEGREES 22 MINUTES 06 SECONDS W, 330.36 FEET TO AN IRON ROD FOUND;

S 61 DEGREES 58 MINUTES 05 SECONDS W, 290.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 09 DEGREES 29 MINUTES 17 SECONDS W, 130.09 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 13 DEGREES 08 MINUTES 53 SECONDS E, 99.98 FEET TO AN IRON ROD FOUND;

S 58 DEGREES 01 MINUTES 05 SECONDS E, 70.64 FEET TO AN IRON ROD FOUND;

S 32 DEGREES 39 MINUTES 05 SECONDS E, 620.74 FEET TO AN IRON ROD FOUND;

S 03 DEGREES 24 MINUTES 57 SECONDS E, 784.56 FEET TO AN IRON ROD FOUND;

S 89 DEGREES 37 MINUTES 25 SECONDS E, 240.00 FEET TO AN IRON ROD FOUND;

N 17 DEGREES 36 MINUTES 13 SECONDS E, 298.11 FEET TO AN IRON ROD FOUND;

N 63 DEGREES 12 MINUTES 13 SECONDS W, 67.41 FEET TO AN IRON ROD FOUND;

N 03 DEGREES 32 MINUTES 28 SECONDS W, 472.49 FEET TO A POINT FROM WHICH AN IRON ROD FOUND BEARS N 71 DEGREES 30 MINUTES 40 SECONDS E, 0.36 FEET;

S 70 DEGREES 15 MINUTES 20 SECONDS E, 302.92 FEET TO AN IRON ROD FOUND;

Unofficial Copy

N 37 DEGREES 46 MINUTES 59 SECONDS E, 611.21 FEET TO AN IRON ROD FOUND IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

S 44 DEGREES 14 MINUTES 12 SECONDS E, 113.74 FEET ALONG SAID WESTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND;

S 45 DEGREES 21 MINUTES 00 SECONDS W, 115.00 FEET, LEAVING SAID WESTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND;

S 46 DEGREES 25 MINUTES 31 SECONDS E, 264.54 FEET TO AN IRON ROD FOUND;

THENCE S 49 DEGREES 22 MINUTES 20 SECONDS W, 414.35 FEET, LEAVING THE WESTERLY LINE OF SAID PHASE 2, LOST CREEK ADDITION TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 265.89 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 29 DEGREES 32 MINUTES 16 SECONDS, A RADIUS OF 515.77 FEET AND A LONG CHORD OF S 34 DEGREES 36 MINUTES 19 SECONDS W, 262.96 FEET TO AN IRON ROD FOUND;

THENCE S 19 DEGREES 50 MINUTES 12 SECONDS W, 528.98 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 41 DEGREES 39 MINUTES 04 SECONDS W, 53.64 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 63 DEGREES 30 MINUTES 35 SECONDS W, 81.60 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 89 DEGREES 36 MINUTES 29 SECONDS W, 90.00 FEET; TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 00 DEGREES 27 MINUTES 44 SECONDS W, 119.28 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 89 DEGREES 30 MINUTES 28 SECONDS W, 274.94 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 00 DEGREES 11 MINUTES 10 SECONDS E, 119.34 FEET TO AN IRON ROD FOUND;

THENCE N 89 DEGREES 36 MINUTES 29 SECONDS W, 210.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 00 DEGREES 11 MINUTES 10 SECONDS E, 809.66 FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE 298.41 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 61 DEGREES 03 MINUTES 50 SECONDS, A RADIUS OF 280.00 FEET AND A LONG CHORD OF N 52 DEGREES 07 MINUTES 56 SECONDS W, 284.49 FEET TO AN IRON ROD FOUND;

THENCE N 00 DEGREES 12 MINUTES 14 SECONDS E, 142.35 FEET TO AN IRON ROD FOUND;

THENCE N 44 DEGREES 49 MINUTES 25 SECONDS W, 99.00 FEET TO AN IRON ROD FOUND;

THENCE N 89 DEGREES 47 MINUTES 35 SECONDS W, 255.13 FEET TO THE POINT OF BEGINNING AND CONTAINING 34.319 ACRES OF LAND, MORE OR LESS.

---

TRACT 2:

BEGINNING AT AN IRON ROD FOUND AT THE SOUTHEAST CORNER OF PARCEL 7, A 2.6857 ACRE TRACT AS DESCRIBED BY DEED TO INTERWEST SAVINGS ASSOCIATION AS RECORDED IN VOLUME 8167, PAGE 697, SAID COUNTY RECORDS;

THENCE S 00 DEGREES 20 MINUTES 23 SECONDS W, 43.78 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 34 DEGREES 24 MINUTES 19 SECONDS W, 56.56 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 13 DEGREES 09 MINUTES 12 SECONDS W, 89.39 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 03 DEGREES 18 MINUTES 13 SECONDS W, 37.06 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 02 DEGREES 23 MINUTES 18 SECONDS E, 130.54 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 12 DEGREES 44 MINUTES 41 SECONDS W, 89.94 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 09 DEGREES 54 MINUTES 28 SECONDS W, 83.90 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 00 DEGREES 45 MINUTES 38 SECONDS E, 107.17 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 89 DEGREES 44 MINUTES 58 SECONDS E, 91.70 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 06 DEGREES 12 MINUTES 42 SECONDS E, 86.16 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 89 DEGREES 42 MINUTES 42 SECONDS W, 98.40 FEET TO AN IRON ROD FOUND, THE SOUTHEAST

CORNER OF LOT 3, BLOCK 25, SAID PHASE II LOST CREEK ADDITION;

THENCE ALONG THE SOUTHERLY LINE AND THEN THE EASTERLY LINE OF SAID PHASE II, LOST CREEK ADDITION, ALSO THE EASTERLY RIGHT-OF -WAY LINE OF LOST CREEK BOULEVARD, THE FOLLOWING BEARINGS AND DISTANCES:

N 00 DEGREES 21 MINUTES 50 SECONDS E, 251.94 FEET TO AN IRON ROD FOUND;

N 89 DEGREES 42 MINUTES 42 SECONDS W, 170.02 FEET TO AN IRON ROD FOUND;

S 00 DEGREES 21 MINUTES 50 SECONDS W, 136.05 FEET TO AN IRON ROD FOUND;

N 89 DEGREES 38 MINUTES 50 SECONDS W, 1000.28 FEET TO A SPIKE IN CONCRETE FOUND;

S 00 DEGREES 20 MINUTES 59 SECONDS W, 424.92 FEET TO AN IRON ROD FOUND;

S 84 DEGREES 51 MINUTES 06 SECONDS W, 99.98 FEET TO AN IRON ROD FOUND;

S 43 DEGREES 30 MINUTES 04 SECONDS W, 84.50 FEET TO AN IRON ROD FOUND IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

325.50 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 19 DEGREES 37 MINUTES 53 SECONDS, A RADIUS OF 950.00 FEET AND A LONG CHORD OF N 56 DEGREES 14 MINUTES 32 SECONDS W, 323.91 FEET TO AN IRON ROD FOUND;

N 66 DEGREES 03 MINUTES 26 SECONDS W, 31.43 FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT;

337.42 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 21 DEGREES 49 MINUTES 14 SECONDS, A RADIUS OF 886.00 FEET AND A LONG CHORD OF N 55 DEGREES 08 MINUTES 49 SECONDS W, 335.39 FEET TO AN IRON ROD FOUND;

N 44 DEGREES 14 MINUTES 12 SECONDS W, 249.71 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 53 DEGREES 12 MINUTES 36 SECONDS W, 468.08 FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

401.37 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 53 DEGREES 43 MINUTES 51 SECONDS, A RADIUS OF 428.00 FEET AND A LONG CHORD OF N 26 DEGREES 20 MINUTES 41 SECONDS W, 386.82 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS SET;

N 00 DEGREES 31 MINUTES 15 SECONDS E, 388.17 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 84 DEGREES 08 MINUTES 29 SECONDS E, 45.68 FEET, LEAVING THE EASTERLY LINE OF SAID PHASE II, LOST CREEK ADDITION AND ALSO THE EASTERLY RIGHT-OF-WAY LINE OF SAID LOST CREEK

BOULEVARD, TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT, SAID POINT BEING IN THE WESTERLY LINE OF LOT A-R-1 BLOCK 1, LOST CREEK ADDITION AS RECORDED IN PLAT CABINET A, SLIDE 600, SAID COUNTY RECORDS;

THENCE 24.99 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 03 DEGREES 18 MINUTES 52 SECONDS, A RADIUS OF 432.06 FEET AND A LONG CHORD OF N 24 DEGREES 12 MINUTES 33 SECONDS W, 24.99 FEET TO A POINT IN THE SOUTHERLY RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID BLUE CREEK DRIVE, THE FOLLOWING BEARINGS AND DISTANCES:

254.07 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 35 DEGREES 30 MINUTES 01 SECONDS, A RADIUS OF 410.05 FEET AND A LONG CHORD OF S 76 DEGREES 40 MINUTES 46 SECONDS E, 250.02 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 58 DEGREES 55 MINUTES 45 SECONDS E, 143.74 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

101.38 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 18 DEGREES 49 MINUTES 29 SECONDS, A RADIUS OF 308.56 FEET AND A LONG CHORD OF S 68 DEGREES 20 MINUTES 30 SECONDS E, 100.92 FEET, TO AN IRON ROD FOUND, THE NORTHWESTERLY CORNER OF LOT 1-R-1, AS RECORDED IN PLAT CABINET A, SLIDE 600;

THENCE S 08 DEGREES 25 MINUTES 54 SECONDS E, 168.77 FEET ALONG THE WESTERLY LINE OF SAID LOT 1-R-1, TO AN IRON ROD FOUND;

THENCE S 24 DEGREES 54 MINUTES 58 SECONDS E, 72.80 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1-R-1;

THENCE S 65 DEGREES 05 MINUTES 02 SECONDS E, 72.80 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1-R-1;

THENCE N 40 DEGREES 53 MINUTES 40 SECONDS E, 19.50 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1- R-1 TO THE SOUTHWEST CORNER OF LOT 2R, BLOCK 11, LOST CREEK ADDITION, AS RECORDED IN PLAT VOLUME 388/122, PAGE 28 OF SAID COUNTY RECORDS;

THENCE ALONG THE SOUTHERLY LINE AND THE EASTERLY LINE OF SAID BLOCK 11, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/122, PAGE 28 AND 388/115, PAGE 97, THE FOLLOWING BEARINGS AND DISTANCES:

N 73 DEGREES 40 MINUTES 48 SECONDS E, 104.40 FEET TO A POINT;

S 67 DEGREES 49 MINUTES 10 SECONDS E, 107.70 FEET TO A POINT;

Unofficial Copy

Unofficial Copy

S 72 DEGREES 55 MINUTES 18 SECONDS E, 104.40 FEET TO A POINT;

N 80 DEGREES 10 MINUTES 31 SECONDS E, 101.81 FEET TO A POINT;

S 80 DEGREES 31 MINUTES 50 SECONDS E, 101.27 FEET TO A POINT;

S 74 DEGREES 59 MINUTES 29 SECONDS E, 413.37 FEET TO A POINT;

N 79 DEGREES 04 MINUTES 09 SECONDS E, 101.98 FEET TO A POINT;

N 68 DEGREES 39 MINUTES 52 SECONDS E, 256.60 FEET TO A POINT;

N 76 DEGREES 06 MINUTES 52 SECONDS E, 372.52 FEET TO A POINT;

N 00 DEGREES 25 MINUTES 00 SECONDS E, 65.00 FEET TO THE NORTHEAST CORNER OF LOT 13, SAID BLOCK 11, LOST CREEK ADDITION IN THE NORTH LINE OF SAID BURSEY SURVEY AND THE SOUTH LINE OF THE S. PETITT SURVEY, ABSTRACT NO. 1234;

THENCE S 89 DEGREES 35 MINUTES 00 SECONDS E, 650.50 FEET TO A POINT;

THENCE S 00 DEGREES 21 MINUTES 37 SECONDS W, 50.00 FEET TO THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE 86.54 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 99 DEGREES 10 MINUTES 32 SECONDS, A RADIUS OF 50.00 FEET AND A LONG CHORD OF S 46 DEGREES 43 MINUTES 16 SECONDS W, 75.14 FEET;

THENCE S 74 DEGREES 27 MINUTES 23 SECONDS W, 229.87 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 87 DEGREES 32 MINUTES 37 SECONDS E, 367.15 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED CARTER & BURGESS SET;

THENCE S 74 DEGREES 52 MINUTES 15 SECONDS E, 217.92 FEET TO THE POINT OF BEGINNING AND CONTAINING 63.606 ACRES OF LAND, OF WHICH 1.228 ACRES ARE WITHIN WHISPERING CREEK STREET, 8.155 ACRES SAVE AND EXCEPT TRACT 1, 2.196 ACRES SAVE AND EXCEPT TRACT VI, LEAVING A NET AREA OF 52.027 ACRES OF LAND, MORE OR LESS.

<u>TRACT 3:</u>

BEGINNING AT AN IRON ROD FOUND AT THE SOUTHWEST CORNER OF LOT 3, BLOCK 4, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 368/115, PAGE 97, SAID COUNTY RECORDS;

THENCE N 89 DEGREES 34 MINUTES 00 SECONDS E, 341.68 FEET ALONG THE SOUTH LINE OF SAID BLOCK 4 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WESTERLY RIGHTOF- WAY LINE OF LOST CREEK BOULEVARD;

THENCE S 15 DEGREES 26 MINUTES 00 SECONDS E, 100. 00 FEET ALONG SAID WESTERLY RIGHT-OF -WAY LINE TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 48, SAID BLOCK 4, LOST CREEK ADDITION;

THENCE S 74 DEGREES 34 MINUTES 00 SECONDS W. 110.00 FEET ALONG THE NORTH LINE OF SAID LOT 48 TO AN IRON ROD FOUND AT ITS NORTHWEST CORNER;

THENCE SOUTHERLY ALONG THE WEST LINE OF SAID BLOCK 4, THE FOLLOWING BEARINGS AND DISTANCES:

S 15 DEGREES 26 MINUTES 00 SECONDS E, 217.74 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT;

220.85 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 30 DEGREES 00 MINUTES 00 SECONDS , A RADIUS OF 421.60 FEET AND A LONG CHORD OF S 00 DEGREES 26 MINUTES 00 SECONDS E, 218.34 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 14 DEGREES 34 MINUTES 00 SECONDS W, 41.69 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

332.24 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 13 DEGREES 59 MINUTES 49 SECONDS, A RADIUS OF 1360.02 FEET AND A LONG CHORD OF S 07 DEGREES 34 MINUTES 06 SECONDS W, 331.42 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 00 DEGREES 34 MINUTES 11 SECONDS W, 1186.90 FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF LOT 29, SAID BLOCK 4;

THENCE S 89 DEGREES 25 MINUTES 49 SECONDS E, 110.00 FEET TO AN IRON ROD FOUND AT THE SOUTHEAST CORNER OF SAID LOT 29 IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE S 00 DEGREES 34 MINUTES 11 SECONDS W, 127.30 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE NORTHERLY RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE;

THENCE S 89 DEGREES 34 MINUTES 15 SECONDS W, 158.19 FEET, ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 20.90 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 01 DEGREES 55 MINUTES 28 SECONDS, A RADIUS OF 622.58 FEET AND A LONG CHORD OF S 84 DEGREES 36 MINUTES 33 SECONDS W, 20.90 FEET TO THE SOUTHEAST CORNER OF LOT 28, SAID BLOCK 4 FROM WHICH AN IRON ROD FOUND BEARS N 74 DEGREES 21 MINUTES 22 SECONDS W, 0.95 FEET;

THENCE N 04 DEGREES 25 MINUTES 45 SECONDS W, 110.97 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF SAID LOT 28, BLOCK 4;

THENCE S 85 DEGREES 34 MINUTES 15 SECONDS W, 200.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHWEST CORNER OF LOT 27 AND THE SOUTHEAST CORNER OF LOT 25, BLOCK 4;

Unofficial Copy

THENCE N 00 DEGREES 34 MINUTES 54 SECONDS E, 2154.51 FEET ALONG THE EAST LINE OF SAID BLOCK 4 TO THE POINT OF BEGINNING, AND CONTAINING 14.677 ACRES OF LAND, SAVE AND EXCEPT TRACT II, 0.333 ACRES DEEDED TO MAX H. EUBANK AND BILLY JOE SMITH IN VOLUME 9111, PAGE 1039, SAID COUNTY RECORDS, AND SAVE AND EXCEPT TRACT V, (LOT 49R) 0.274 ACRES, LEAVING A NET AREA OF 14.270 ACRES OF LAND, MORE OR LESS.

TRACT 4:

BEGINNING AT A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET THE SOUTHWEST CORNER OF LOT 1, BLOCK 2, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/115, PAGE 97, SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 89 DEGREES 34 MINUTES 00 SECONDS E, 356.41 FEET ALONG THE SOUTH LINE OF SAID BLOCK 2 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHEAST CORNER OF LOT 4;

THENCE N 39 DEGREES 34 MINUTES 00 SECONDS E, 48.69 FEET TO AN IRON ROD FOUND;

THENCE S 50 DEGREES 26 MINUTES 00 SECONDS E, 45.00 FEET TO AN IRON ROD FOUND;

THENCE N 39 DEGREES 34 MINUTES 00 SECONDS E, 150.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 50 DEGREES 26 MINUTES 00 SECONDS W, 45.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EASTERLY LINE OF LOT 5, BLOCK 1;

THENCE N 39 DEGREES 34 MINUTES 00 SECONDS E, 166.53 FEET ALONG THE EAST LINE OF SAID LOT 5, BLOCK 1, TO THE NORTHEAST CORNER OF SAME LOT FROM WHICH AN IRON ROD FOUND BEARS S 66 DEGREES 42 MINUTES 37 SECONDS E, 0.49 FEET;

THENCE N 89 DEGREES 34 MINUTES 00 SECONDS E, 906.09 FEET TO AN IRON ROD FOUND IN THE EAST LINE OF SAID 170.44 ACRE TRACT;

THENCE S 00 DEGREES 41 MINUTES 00 SECONDS W, 130.73 FEET ALONG THE EAST LINE OF SAID 170.44 ACRE TRACT TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF LOT 25, BLOCK 8, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/122, PAGE 28, SAID COUNTY RECORDS;

THENCE S 84 DEGREES 33 MINUTES 12 SECONDS W, 280.98 FEET ALONG THE NORTH LINE OF LOTS 25 AND 26, SAID BLOCK 8 TO AN IRON ROD FOUND, THE NORTHWEST CORNER OF SAID LOT 26;

THENCE S 00 DEGREES 54 MINUTES 39 SECONDS W, 120.00 FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF SAID LOT 26, BLOCK 8;

---

THENCE S 89 DEGREES 19 MINUTES 00 SECONDS E, 59.82 FEET ALONG THE SOUTH LINE OF SAID LOT 26, BLOCK 8 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 00 DEGREES 41 MINUTES 00 SECONDS W, 45.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE NORTH LINE OF LOT 21, BLOCK 7, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/115, PAGE 97, SAID COUNTY RECORDS;

THENCE N 89 DEGREES 19 MINUTES 00 SECONDS W, 60.00 FEET TO AN IRON ROD FOUND, THE NORTHWEST CORNER OF SAID LOT 21;

THENCE ALONG THE WEST LINE AND THEN THE NORTH LINE OF SAID BLOCK 7, THE FOLLOWING BEARINGS AND DISTANCES:

S 00 DEGREES 53 MINUTES 67 SECONDS W, 1280.09 FEET TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 8, SAID BLOCK 7;

S 79 DEGREES 24 MINUTES 57 SECONDS W, 75.94 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 81 DEGREES 21 MINUTES 00 SECONDS W, 234.58 FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

495.14 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 49 DEGREES 58 MINUTES 00 SECONDS, A RADIUS OF 567.77 FEET AND A LONG CHORD OF N 56 DEGREES 22 MINUTES 00 SECONDS W, 479.60 FEET TO AN IRON ROD FOUND, THE NORTHERLY CORNER OF LOT 1, SAID BLOCK 7;

S 58 DEGREES 37 MINUTES 00 SECONDS W, 110.00 FEET TO AN IRON ROD FOUND, THE WESTERLY CORNER OF SAID LOT 1, BLOCK 7, IN THE NORTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT;

THENCE N 31 DEGREES 23 MINUTES 00 SECONDS W, 187.54 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 299.32 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND CONTINUING ALONG SAID NORTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF 58 DEGREES 02 MINUTES 45 SECONDS, A RADIUS OF 295.45 FEET AND A LONG CHORD OF N 60 DEGREES 24 MINUTES 23 SECONDS W, 286.68 FEET TO AN IRON ROD FOUND;

THENCE N 89 DEGREES 25 MINUTES 45 SECONDS W, 3.03 FEET CONTINUING ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE 146.16 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG THE EASTERLY RIGHT-OFWAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF 07 DEGREES 00 MINUTES 49 SECONDS, A RADIUS OF 1194.02 FEET AND A LONG CHORD OF N 11 DEGREES 03 MINUTES 35 SECONDS E, 146.07 FEET TO A 5/6 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 14 DEGREES 34 MINUTES 00 SECONDS E, 4.57 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE

Unofficial Copy

TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF LOT 18, BLOCK 5 OF SAID LOST CREEK ADDITION;

THENCE ALONG THE OUTSIDE BOUNDARY LINE OF SAID BLOCK 5, THE FOLLOWING BEARINGS AND DISTANCES:

S 87 DEGREES 26 MINUTES 00 SECONDS E, 30.04 FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT; 27.02 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 30 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 51.60 FEET AND A LONG CHORD OF S 72 DEGREES 26 MINUTES 00 SECONDS E, 26.71 FEET TO AN IRON ROD FOUND;

S 57 DEGREES 26 MINUTES 00 SECONDS E, 142.00 FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;
130.20 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 13 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 673.84 FEET AND A LONG CHORD OF S 63 DEGREES 56 MINUTES 00 SECONDS E, 129.92 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 70 DEGREES 26 MINUTES 00 SECONDS E, 306.51 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 429.58 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 116 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 212.18 FEET AND A LONG CHORD OF N 51 DEGREES 34 MINUTES 00 SECONDS E, 359.86 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 06 DEGREES 26 MINUTES 00 SECONDS W, 249.50 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 494.00 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 122 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 232.00 FEET AND A LONG CHORD OF N 67 DEGREES 26 MINUTES 00 SECONDS W, 405.82 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 51 DEGREES 34 MINUTES 00 SECONDS W, 227.47 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 172.76 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 32 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 309.37 FEET AND A LONG CHORD OF S 35 DEGREES 34 MINUTES 00 SECONDS W, 170.55 FEET TO AN IRON ROD FOUND;

S 19 DEGREES 34 MINUTES 00 SECONDS W, 2.00 FEET TO AN IRON ROD FOUND AT THE WESTERLY CORNER OF LOT 1, SAID BLOCK 5 IN THE NORTHERLY RIGHT-OF-WAY LINE OF PINE CREEK COURT;

THENCE N 57 DEGREES 26 MINUTES 00 SECONDS W, 47.66 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE OF PINE CREEK COURT TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 110.79 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG SAID NORTHERLY RIGHT-OFWAY LINE THROUGH A CENTRAL ANGLE OF 30 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 211.60 FEET AND A LONG CHORD OF N 72 DEGREES 26 MINUTES 00 SECONDS W, 109.53 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 87 DEGREES 26 MINUTES 00 SECONDS W. 9.52 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND AT THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE 183.19 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG SAID EASTERLY RIGHT-OFWAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF 17 DEGREES 51 MINUTES 27 SECONDS, A RADIUS OF 587.80 FEET AND A LONG CHORD OF N 06 DEGREES 30 MINUTES 18 SECONDS W, 182.45 FEET TO AN IRON ROD FOUND;

THENCE N 15 DEGREES 26 MINUTES 00 SECONDS W, 302.73 FEET CONTINUING ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING AND CONTAINING 26.256 ACRES OF LAND, SAVE AND EXCEPT TRACT III 0.487 ACRES DEEDED TO MAX H. EUBANK AND BILLY JOE SMITH IN VOLUME 9111, PAGE 1029, SAID COUNTY RECORDS, LEAVING A NET AREA OF 25.769 ACRES OF LAND, MORE OR LESS.

TRACT 5:

BEGINNING AT AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 14, BLOCK 9, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/122, PAGE 28, SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 00 DEGREES 34 MINUTES 11 SECONDS E. 682.81 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

THENCE 95.27 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG SAID EASTERLY RIGHT-OFWAY LINE THROUGH A CENTRAL ANGLE OF 04 DEGREES 34 MINUTES 17 SECONDS, A RADIUS OF 1194.02 FEET AND A LONG CHORD OF N 02 DEGREES 51 MINUTES 20 SECONDS E, 95.24 FEET TO AN IRON ROD FOUND IN THE SOUTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT;

THENCE S 89 DEGREES 25 MINUTES 45 SECONDS E, 8.09 FEET ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT;

THENCE 248.66 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG SAID SOUTHERLY RIGHTOF- WAY FINE THROUGH A CENTRAL ANGLE OF 58 DEGREES 02 MINUTES 45 SECONDS, A RADIUS OF 245.45 FEET AND A LONG CHORD OF S 60 DEGREES 24 MINUTES 23 SECONDS E, 238.17 FEET TO AN IRON ROD FOUND;

THENCE S 31 DEGREES 23 MINUTES 00 SECONDS E, 187.54 FEET CONTINUING ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 13.49 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND CONTINUING ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF 01 DEGREE 03 MINUTES 43 SECONDS, A RADIUS OF 727.77 FEET AND A LONG CHORD OF S 31 DEGREES 54 MINUTES 52 SECONDS E, 13.49 FEET TO AN IRON ROD FOUND, THE NORTHERLY CORNER OF LOT 1-R, BLOCK 8, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/122, PAGE 97, SAID COUNTY RECORDS;

THENCE S 19 DEGREES 17 MINUTES 00 SECONDS W. 134.80 FEET TO THE WESTERLY CORNER OF SAID LOT 1- R, BLOCK 8, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE 831.17 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG THE SOUTHERLY LINE OF SAID BLOCK 6, THROUGH A CENTRAL ANGLE OF 43 DEGREES 09 MINUTES 58 SECONDS, A RADIUS OF 837.77 FEET AND A LONG CHORD OF S 59 DEGREES 44 MINUTES 53 SECONDS E, 810.35 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 81 DEGREES 21 MINUTES 00 SECONDS E, 311.52 FEET CONTINUING ALONG THE SOUTHERLY LINE OF SAID BLOCK 8 TO AN IRON ROD FOUND;

THENCE S 86 DEGREES 16 MINUTES 00 SECONDS E, 321.23 FEET CONTINUING ALONG THE SOUTHERLY LINE OF SAD BLOCK 6 TO AN IRON ROD FOUND, THE SOUTHEAST CORNER OF LOT 10, IN THE EASTERLY LINE OF SAID 170.44 ACRE TRACT;

THENCE S 00 DEGREES 41 MINUTES 00 SECONDS W, 786.54 FEET ALONG SAID EASTERLY LINE TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 13, BLOCK 10, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/122, PAGE 28, SAID COUNTY RECORDS;

THENCE N 89 DEGREES 19 MINUTES 00 SECONDS W, 85.95 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHWEST CORNER OF SAID LOT 13, BLOCK 10;

THENCE S 17 DEGREES 58 MINUTES 05 SECONDS W, 126.10 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHWEST CORNER OF SAID LOT 13, BLOCK 10 IN THE NORTH LINE OF BLUE CREEK DRIVE, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF SAID BLUE CREEK DRIVE, THE FOLLOWING BEARINGS AND DISTANCES:

50.08 FEET ALONG THE ARC OF SAID NON-TANGENT CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 18 DEGREES 31 MINUTES 20 SECONDS, A RADIUS OF 154.94 FEET AND A LONG CHORD OF N 85 DEGREES 20 MINUTES 05 SECONDS W, 49.87 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 85 DEGREES 24 MINUTES 15 SECONDS W, 70.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 63.14 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 22 DEGREES 40 MINUTES 00 SECONDS, A RADIUS OF 159.61 FEET AND A LONG CHORD OF N 83 DEGREES 15 MINUTES 45 SECONDS W. 62.73 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 71 DEGREES 55 MINUTES 45 SECONDS W, 69.44 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 109.62 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 26 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 241.57 FEET AND A LONG CHORD OF N 84 DEGREES 55 MINUTES 45 SECONDS W, 108.68 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 82 DEGREES 04 MINUTES 15 SECONDS W, 89.62 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 141.82 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 43 DEGREES 59 MINUTES 47 SECONDS, A RADIUS OF 184.69 FEET AND A LONG CHORD OF N 75 DEGREES 55 MINUTES 49 SECONDS W, 138.37 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

117.18 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 24 DEGREES 59 MINUTES 52 SECONDS, A RADIUS OF 268.58 FEET AND A LONG CHORD OF N 66 DEGREES 25 MINUTES 49 SECONDS W, 116.25 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 78 DEGREES 55 MINUTES 45 SECONDS W, 126.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 90.25 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 20 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 258.56 FEET AND A LONG CHORD OF N 68 DEGREES 55 MINUTES 45 SECONDS W, 89.80 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 58 DEGREES 55 MINUTES 45 SECONDS W, 143.74 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 285.04 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 35 DEGREES 30 MINUTES 00 SECONDS, A RADIUS OF 460.05 FEET AND A LONG CHORD OF N 76 DEGREES 40 MINUTES 45 SECONDS W, 280.51 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 85 DEGREES 34 MINUTES 15 SECONDS W, 13.11 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE 122.58 FEET ALONG THE ARC OF SAID NON-TANGENT CURVE TO THE RIGHT AND ALONG THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF 16 DEGREES 15 MINUTES 20 SECONDS, A RADIUS OF 432.06 FEET AND A LONG CHORD OF N 07 DEGREES 33 MINUTES 29 SECONDS W, 122.17 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHWEST CORNER OF LOT 1, BLOCK 10, SAID LOST CREEK ADDITION, THE BEGINNING OF A NONTANGENT CURVE TO THE LEFT;

THENCE ALONG THE SOUTHERLY LINE OF SAID BLOCK 10, THE FOLLOWING BEARINGS AND DISTANCES: 111.72 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 11 DEGREES 58 MINUTES 28 SECONDS, A RADIUS OF 534.60 FEET AND A LONG CHORD OF N 84 DEGREES 34 MINUTES 57 SECONDS E, 111.52 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 78 DEGREES 34 MINUTES 16 SECONDS E, 243.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 208.15 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 35 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 340.74 FEET AND A LONG CHORD OF S 83 DEGREES 55 MINUTES 45 SECONDS E, 204.92 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 66 DEGREES 25 MINUTES 45 SECONDS E, 20.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 344.07 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 20 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 985.69 FEET AND A LONG CHORD OF S 76 DEGREES 25 MINUTES 45 SECONDS E, 342.33 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

Unofficial Copy

S 86 DEGREES 25 MINUTES 45 SECONDS E, 287.06 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHEAST CORNER OF LOT 12, SAID BLOCK 10;

THENCE N 03 DEGREES 34 MINUTES 15 SECONDS E, 60.00 FEET ALONG THE EAST LINE OF SAID LOT 12 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 86 DEGREES 25 MINUTES 45 SECONDS E, 45.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 03 DEGREES 34 MINUTES 15 SECONDS E, 150.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 86 DEGREES 25 MINUTES 45 SECONDS W, 45.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EAST LINE OF LOT 12, BLOCK 9, SAID LOST CREEK ADDITION;

THENCE N 03 DEGREES 34 MINUTES 15 SECONDS E, 60.00 FEET ALONG THE EAST LINE OF SAID LOT 12, BLOCK 9 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF SAID LOT 12;

THENCE ALONG THE NORTHERLY LINE OF SAID BLOCK 9, THE FOLLOWING BEARINGS AND DISTANCES:

86 DEGREES 25 MINUTES 45 SECONDS W, 287.06 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 249.82 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH CENTRAL ANGLE OF 20 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 715.69 FEET AND A LONG CHORD OF N 76 DEGREES 25 MINUTES 45 SECONDS W, 248.56 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 66 DEGREES 25 MINUTES 45 SECONDS W, 20.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 373.06 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 35 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 610.74 FEET AND A LONG CHORD OF N 83 DEGREES 55 MINUTES 45 SECONDS W, 367.31 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 78 DEGREES 34 MINUTES 15 SECONDS W, 299.00 FEET TO AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 1, SAID BLOCK 9 IN THE EASTERLY LINE OF LOST CREEK BOULEVARD;

THENCE N 00 DEGREES 34 MINUTES 11 SECONDS E, 20.00 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND AT THE SOUTHWEST CORNER OF LOT 13, BLOCK 9, LOST CREEK ADDITION AS RECORDED IN VOLUME 388/122, PAGE 28, SAID COUNTY RECORDS;

THENCE N 78 DEGREES 34 MINUTES 15 SECONDS E, 112.46 FEET ALONG THE SOUTH LINE OF SAID LOT 13, BLOCK 9 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT ITS SOUTHEAST CORNER.

THENCE N 00 DEGREES 34 MINUTES 11 SECONDS E, 186.62 FEET TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 14, BLOCK 9;

THENCE N 89 DEGREES 25 MINUTES 49 SECONDS W, 110.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 25.366 ACRES OF LAND.

SAVE & EXCEPT TRACT I:

BEING A TRACT SITUATED IN THE J.H. BURSEY SURVEY, ABSTRACT NO. 241, TARRANT COUNTY, TEXAS AND BEING A PORTION OF THE 170.44 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME 7142, PAGE 551, AND A PORTION OF PARCEL "A" AS DESCRIBED BY DEED TO LOST CREEK COUNTY CLUB AS RECORDED IN VOLUME 8167, PAGE 583, SAID COUNTY RECORDS, SAID SAVE AND EXCEPT TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT AN IRON ROD FOUND AT THE MOST SOUTHERLY SOUTHWEST CORNER OF SAID PARCEL "A";

THENCE N 00 DEGREES 21 MINUTES 50 SECONDS E, 127.29 FEET TO A POINT FROM WHICH AN IRON ROD FOUND BEARS N 88 DEGREES 16 MINUTES 29 SECONDS E, 0.37 FEET;

THENCE N 88 DEGREES 28 MINUTES 35 SECONDS W, 1066.18 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 01 DEGREES 31 MINUTES 25 SECONDS E, 270.00 FEET TO AN IRON ROD FOUND;

THENCE N 86 DEGREES 24 MINUTES 06 SECONDS E, 1055.56 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 11 DEGREES 37 MINUTES 21 SECONDS E, 373.00 FEET TO AN IRON ROD FOUND;

THENCE S 00 DEGREES 21 MINUTES 60 SECONDS W, 127.22 FEET TO AN IRON ROD FOUND;

THENCE N 89 DEGREES 42 MINUTES 42 SECONDS W, 50.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 8.155 ACRES OF LAND, MORE OR LESS.

SAVE & EXCEPT TRACT II:

BEING A TRACT OF LAND SITUATED IN THE J. BURLESON SURVEY, ABSTRACT NO. 78, TARRANT COUNTY, TEXAS AND BEING A PORTION OF THE 170.44 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME 7174, PAGE 551, SAID COUNTY RECORDS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF LOT 29, BLOCK 4, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/115, PAGE 97, SAID COUNTY RECORDS;

THENCE S 00 DEGREES 34 MINUTES 11 SECONDS W, 127.30 FEET TO A POINT IN THE NORTH RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE;

THENCE S 86 DEGREES 34 MINUTES 15 SECONDS W, 110.41 FEET ALONG SAID NORTH RIGHT-OF-WAY LINE;

Unofficial Copy

THENCE N 00 DEGREES 34 MINUTES 11 SECONDS E, 136.92 FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF SAID LOT 29, BLOCK 4;

THENCE S 89 DEGREES 25 MINUTES 49 SECONDS E, 110.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.333 ACRES OF LAND, MORE OR LESS

SAVE AND EXCEPT TRACT III:

BEING LOTS 1 AND 2, BLOCK 2A, OF LOST CREEK ADDITION, AS RECORDED IN CABINET B, SLIDE 283, PLAT RECORDS OF TARRANT COUNTY, TEXAS, AND BEING A TRACT OF LAND SITUATED IN THE J. BURLESON SURVEY, ABSTRACT NO. 78, TARRANT COUNTY, TEXAS, AND BEING A PORTION OF THE 170.44 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN DEED VOLUME 7174, PAGE 551, SAID COUNTY RECORDS; SAID TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF LOT 1, BLOCK 2, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388-115, PAGE 97, SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE S 15 DEGREES 26 MINUTES 00 SECONDS E, 20.00 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING;

THENCE N 89 DEGREES 34 MINUTES 00 SECONDS E, 110.00 FEET;

THENCE S 15 DEGREES 26 MINUTES 00 SECONDS E, 200.00 FEET;

THENCE S 89 DEGREES 34 MINUTES 00 SECONDS W, 110.00 FEET TO A POINT IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 15 DEGREES 26 MINUTES 00 SECONDS W, 200.00 FEET TO THE POINT OF BEGINNING, AND CONTAINING 0.487 ACRES OF LAND, MORE OR LESS.

SAVE & EXCEPT TRACT V:

BEING A TRACT OF LAND SITUATED IN THE J. BURLESON SURVEY, ABSTRACT NO. 78, TARRANT COUNTY, TEXAS AND BEING ALL OF LOT 49R, BLOCK 4, LOST CREEK ADDITION AS RECORDED IN CABINET B, SLIDE NO. 197 SAID COUNTY RECORDS, AND CONTAINING 0.274 ACRES OF LAND MORE OR LESS.

SAVE & EXCEPT TRACT VI:

BEING LOTS 2, 3, 4, AND 5, BLOCK 15 OF LOST CREEK ADDITION, AS RECORDED IN CABINET B, SLIDE 163, PLAT RECORDS OF TARRANT COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF LOT 39, BLOCK 16, PHASE II, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/215, PAGE 86, SAID COUNTY RECORDS, SAID POINT BEING IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 39 DEGREES 20 MINUTES 36 SECONDS E, 64.41 FEET TO THE POINT OF BEGINNING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 44 DEGREES 14 MINUTES 12 SECONDS W, 76.72 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE;

THENCE N 53 DEGREES 12 MINUTES 36 SECONDS W, 324.22 FEET CONTINUING ALONG SAID EASTERLY RIGHT-OF-WAY LINE;

THENCE N 38 DEGREES 47 MINUTES 24 SECONDS E, 162.02 FEET;

THENCE N 66 DEGREES 47 MINUTES 24 SECONDS E, 21.76 FEET;

THENCE N 36 DEGREES 47 MINUTES 24 SECONDS E, 82.13 FEET;

THENCE S 51 DEGREES 00 MINUTES 02 SECONDS E, 242.15 FEET;

THENCE S 07 DEGREES 24 MINUTES 02 SECONDS E, 74.82 FEET;

THENCE S 53 DEGREES 12 MINUTES 36 SECONDS E, 95.00 FEET;

THENCE S 36 DEGREES 47 MINUTES 24 SECONDS W, 211.97 FEET TO THE POINT OF BEGINNING AND CONTAINING 2.196 ACRES OF LAND, MORE OR LESS.

Unofficial Copy

Exhibit B

Affidavit of Substitute Trustee

(as per the attached)

Unofficial Copy

Unofficial Copy

**FILING, POSTING AND MAILING AFFIDAVIT**

THE STATE OF TEXAS §
§
COUNTY OF TARRANT §

BEFORE ME, the undersigned authority, on this day personally appeared RANDY P. MARX, a person well known to me, who, after being first duly sworn, upon oath stated:

I, RANDY P. MARX, am a person over the age of eighteen (18) years, have never been convicted of a crime and have personal knowledge of the facts set forth herein, all of which are true and correct.

I am the Substitute Trustee appointed to enforce the power of sale contained in that one certain Deed of Trust described as follows:

> One certain Deed of Trust (herein "Deed of Trust") dated June 25, 2018, from Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd., as Grantor, conveyed to Timothy Barton, Trustee, for the benefit of WALL010 LLC, a Texas limited liability company, certain real property situated in Tarrant County, Texas, as described therein to secure the payment of one certain Promissory Note (herein the "Note") therein described in the principal amount of $300,000.00, which Deed of Trust was electronically recorded by Tarrant County Clerk in Official Public Records of Tarrant County, Texas , reference/ clerk's file number D219077623 on April 15, 2019, reference to said Deed of Trust being hereby made for all purposes.

which secures that certain Promissory Note described as follows:

> One certain Promissory Note (herein the "Note") dated June 25, 2018 in the principal amount of $300,000.00, made by Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd., payable to the order of WALL010 LLC, a Texas limited liability company.

Unofficial Copy

On July 14, 2020, I filed signed copies of an Appointment of Substitute Trustee, a true and correct copy of which is attached hereto as Exhibit "B" and incorporated herein by reference for all purposes (the "Appointment"), with the County Clerk's Office of Tarrant County, Texas, at or about 2:52 p.m. that day.

On July 14, 2020, I further filed copies of a (Corrected) Notice of Substitute Trustee's Sale, a true and correct copy of which is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes (the "Notice"), with the County Clerk's Office of Tarrant County, Texas, at or about 3:25 p.m. that day, and then posted a signed copy thereof at the place designated for such postings, at or about 4:00 p.m. that day; namely in the basement of said building, by the restroom board designated for such foreclosure sale postings.

I further served a true and correct copy of such Notice, along with a copy of Appointment in the form attached hereto as Exhibit "B", upon the following person(s) on July 14, 2020, at or about 5:03 p.m. by depositing the same in a wrapper, postage prepaid, certified mail, return receipt requested, in a post office or official depository under the care and custody of the U.S. Postal Service. The person(s) upon whom such notice was served and their addresses are as follows:

Somerset-Lostcreek, Golf Ltd.
4101 Lost Creek Boulevard
Aledo, Texas 76008

I further served, courtesy/ advance copies of true and correct copy of such Notice, along with a copy of Appointment in the form attached hereto as Exhibit "B", upon the following person(s) on July 15, 2020, at or about 1:45 p.m. by email. The person(s) upon whom such courtesy/advance notice was served and their addresses are as follows:

Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd.
4101 Lost Creek Boulevard
Aledo, Texas 76008
ATTN: Rhonda Artz, President, Member & Manager of Somerset-Lost Creek Management, LLC, sole General Partner
rhonda@somersetgolf.com
Rhonda Artz
gr8mermaid@att.net

EXECUTED this 5th day of ~~July~~ August, 2020.

AFFIANT:

RANDY P. MARX

STATE OF TEXAS §
§
COUNTY OF DALLAS §

Bella D Khusal
My Commission Expires
09/24/2022
ID No. 131734450

SUBSCRIBED AND SWORN TO BEFORE ME on this 5 day of ~~July,~~ August 2020by RANDY P. MARX, , Substitute Trustee.

Printed name: Bella D Khusal
My commission expires: 09/24/2022
Notary Public

STATE OF TEXAS §
§
COUNTY OF DALLAS §

This instrument was acknowledged before me on the 5 day of ~~JULY~~ August, 2020, by RANDY P. MARX, , Substitute Trustee.

Printed name: Bella D Khusal
My commission expires: 09/24/2022
Notary Public

Bella D Khusal
My Commission Expires
09/24/2022
ID No. 131734450

Unofficial Copy

EXHIBIT "A"

Unofficial Copy

Unofficial Copy

COPY

July 14, 2020

Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd.
4101 Lost Creek Boulevard,
Aledo, Texas 76008
ATTN: Rhonda L. Artz, President, Member & Manager of Somerset-Lost Creek Management, LLC, sole General Partner
Sent via regular mail, and CMRRR 7020 0640 0000 5785 5856 on this date

(corrected)

NOTICE OF SUBSTITUTE TRUSTEE'S SALE

Notice is hereby given that a public sale at auction of the Property (as that term is defined and described below) will be held at the date, time and place specified in this notice.

DATE OF SALE:
Tuesday, the 4th day of August, 2020 (which is the first Tuesday of that month).

TIME OF SALE:
The earliest time at which the sale shall occur is 10:00 a.m. The sale shall begin at that time or not later than three hours after that time.

POSTPONEMENT:
The Deed of Trust permits the Lender to postpone, withdraw, or reschedule the sale for another day. In such case, the Trustee, or the Substitute Trustee, under the Deed of Trust need not appear at the date, time, and place of a scheduled sale to announce the postponement, withdrawal or rescheduling. Notice of the date of any rescheduled foreclosure sale will be reposted and refiled in accordance with the posting and filing requirements of the Texas Property Code and the Deed of Trust. Such reposting or refiling may be after the date originally scheduled for this sale.

PLACE OF SALE:
The foreclosure sale will be conducted at public venue at the area at the Tarrant County Courthouse designated by the Commissioners Court of Tarrant County, Texas, where foreclosure sales are to take place, or if no place is designated by the Commissioner's Court, the sale will be conducted at the area immediately adjacent to the location where the Notice of Trustee's Sale (this notice) was posted. Such designation, in Tarrant County, is as follows: the base of the Courthouse steps on the west side of the building, more particularly described: ______________________________________________________________ ______________________________________________________________. The address of the Tarrant County Courthouse is: 100 ~~East~~ West Weatherford Street, Fort Worth, Texas 76196.

FILED
JUL 14 2020
COUNTY CLERK TARRANT CO. TEXAS
BY ______________ DEPUTY

Unofficial Copy

INFORMATION REGARDING THE NOTE/INDEBTEDNESS SECURED, AND DEED OF TRUST LIEN, AND PROPERTY THAT IS THE SUBJECT OF THIS SALE:

Promissory Note
**One certain Promissory Note (herein the "Note") dated June 25, 2018 in the principal amount of $300,000.00, made by Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd., payable to the order of WALL010 LLC, a Texas limited liability company.**

Deed of Trust
**One certain Deed of Trust (herein "Deed of Trust") dated June 25, 2018, from Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd., as Grantor, conveyed to Timothy Barton, Trustee, for the benefit of WALL010 LLC, a Texas limited liability company, certain real property situated in Tarrant County, Texas, as described therein to secure the payment of one certain Promissory Note (herein the "Note") therein described in the principal amount of $300,000.00, which Deed of Trust was electronically recorded by Tarrant County Clerk in Official Public Records of Tarrant County, Texas , reference/ clerk's file number D219077623 on April 15, 2019, reference to said Deed of Trust being hereby made for all purposes.**

Grantor/Borrower:
**Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd.**

Lender/Beneficiary:
**WALL010 LLC, a Texas limited liability company,** is the current owner and holder of the Promissory Note and the other Loan Documents.

Original Trustee:
**Timothy Barton**

Successor Trustee:
NAME OF DOCUMENT: Appointment of Substitute Trustee
DATE: **July 14, 2020**
NAME OF SUBSTITUTE TRUSTEE: **Randy P. Marx**

Loan Documents:
The Note, the Deed of Trust, and each and every other document executed or delivered in connection therewith.

Loan:
The indebtedness and obligations evidenced by the Loan Documents.

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY__________ DEPUTY

Unofficial Copy

PROPERTY DESCRIPTION:
The real property located in Tarrant County, Texas, and being more particularly described on Exhibit "A" attached hereto and made a part hereof for all purposes, together with the improvements, fixtures, and other real and personal property described in the Deed of Trust(collectively, the "Property"). The Property will be sold subject to any exceptions referenced in the Deed of Trust to the extent same are still in effect and shall not include any property that has been released from the Deed of Trust.

Default has occurred in the payment of the Note secured by the Deed of Trust. The entire indebtedness evidenced by the Note is now wholly due and payable. The owner and holder of the indebtedness has requested that the undersigned, as Substitute Trustee under the Deed of Trust, sell the Property, the proceeds of such sale to be applied in accordance with the provisions of the Deed of Trust.

The owner and holder of the indebtedness has further requested that the undersigned, as Substitute Trustee under the Deed of Trust, sell all of the components of the Property that are personal property, if any, in accordance with the terms of the Deed of Trust and Article 9 of the Texas Uniform Commercial Code. The sale of the personalty will be held at the same time and place as the above—described real property sale; however, to the extent permitted by Article 9 of the Texas Uniform Commercial Code, the undersigned has been instructed to proceed as to both the real and personal property in accordance with the rights and remedies of the owner and holder of the indebtedness in respect of the real property, i.e., in accordance with the Deed of Trust.

Therefore, at the date, time and place set forth above, the undersigned, as Substitute Trustee, will sell the Property to the highest bidder pursuant to the terms of the Deed of Trust.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY__________ DEPUTY

Unofficial Copy

IN WITNESS WHEREOF this Notice of Substitute Trustee's Sale has been executed on this the 14th day of July, 2020.

SUBSTITUTE TRUSTEE:

Randy P. Marx

Name and address of Sender of Notice:
Randy P Marx, Attorney
The Marx Firm
2999 Turtle Creek Blvd.
Dallas, Texas 75219
214.360.9343 Office/Direct
214.405.5120 Cell
214.292.8818 Fax
randy@themarxfirm.com
www.themarxfirm.com

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY_______________DEPUTY

Unofficial Copy

Exhibit A

(as per the attached)

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY_____________DEPUTY

Unofficial Copy



Unofficial Copy

EXHIBIT "A"

BEING TRACTS 1, 2, 3, 4 & 5 SITUATED IN THE C.E. BURKHAM SURVEY, ABSTRACT NO. 146, THE J. BURLESON SURVEY, ABSTRACT NO. 12 AND THE J.H. [illegible] SURVEY, ABSTRACT NO. 144, TARRANT COUNTY, TEXAS AND BEING PORTIONS OF THE 176.44 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME [illegible], PAGE [illegible], COUNTY RECORDS, TARRANT COUNTY, TEXAS AND BEING ALL OF THOSE TRACTS OF LAND DESCRIBED IN EXHIBIT "C" OF THAT CONVEYANCE DEED TO CLUBCORP GOLF OF TEXAS, L.P., AS RECORDED IN VOLUME [illegible], PAGE [illegible], DEED RECORDS, TARRANT COUNTY, TEXAS, AND BEING PORTIONS OF BLOCKS [illegible] AND [illegible] OF LOST CREEK ADDITION, AS RECORDED IN VOLUME [illegible], PAGE [illegible], PLAT RECORDS, TARRANT COUNTY, TEXAS AND BEING ALL OF LOT [illegible], BLOCK 11, LOST CREEK ADDITION AS RECORDED IN CABINET A, SLIDE [illegible], PLAT RECORDS, TARRANT COUNTY, TEXAS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

TRACT I:

BEGINNING AT A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WEST LINE OF SAID BURKHAM SURVEY, [illegible] FEET FROM ITS SOUTHWEST CORNER, SAID POINT BEING A WESTERLY SOUTHEAST CORNER OF SAID 176.44 ACRE TRACT;

THENCE N 00 DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG THE WEST LINE OF SAID BURKHAM SURVEY AND SAID 176.44 ACRE TRACT TO THE SOUTHWEST CORNER OF LOT 30, BLOCK 3, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS;

THENCE ALONG THE SOUTHERLY LINE OF SAID BLOCK 3, LOST CREEK ADDITION, THE FOLLOWING BEARINGS AND DISTANCES:

N 74 DEGREES 26 MINUTES 37 SECONDS E, [illegible] FEET TO A POINT;

N 65 DEGREES [illegible] MINUTES [illegible] SECONDS E, 120.65 FEET TO A POINT;

N 64 DEGREES 46 MINUTES 00 SECONDS E, [illegible] FEET TO A POINT;

N 86 DEGREES 37 MINUTES [illegible] SECONDS E, [illegible] FEET TO THE SOUTHEAST CORNER OF LOT 43, SAID BLOCK 3;

THENCE S 87 DEGREES 01 MINUTES [illegible] SECONDS [illegible], [illegible] FEET TO AN IRON ROD FOUND;

THENCE N 04 DEGREES 01 MINUTES [illegible] SECONDS [illegible], [illegible] FEET TO AN IRON ROD FOUND;

THENCE N 42 DEGREES 16 MINUTES [illegible] SECONDS [illegible], [illegible] FEET TO AN IRON ROD FOUND;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND;

THENCE N 12 DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND IN THE SOUTHERLY RIGHT-OF-WAY LINE OF [illegible] DRIVE;

THENCE N 85 DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD AS RECORDED IN PLAT VOLUME [illegible], PAGE [illegible] OF PHASE 2, LOST CREEK ADDITION;

THENCE ALONG THE WESTERLY LINE OF SAID PHASE 2, LOST CREEK ADDITION, THE FOLLOWING BEARINGS AND DISTANCES:

S 08 DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

[illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, 110.40 FEET TO AN IRON ROD FOUND;

S 40 DEGREES 32 MINUTES [illegible] SECONDS W, 139.36 FEET TO AN IRON ROD FOUND;

S 61 DEGREES 56 MINUTES 05 SECONDS W, 190.06 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 09 DEGREES 29 MINUTES 37 SECONDS W, 130.09 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 12 DEGREES 05 MINUTES 53 SECONDS E, 93.05 FEET TO AN IRON ROD FOUND;

S 65 DEGREES 41 MINUTES 06 SECONDS E, 70.64 FEET TO AN IRON ROD FOUND;

S 32 DEGREES 39 MINUTES 05 SECONDS E, 126.74 FEET TO AN IRON ROD FOUND;

S 01 DEGREES 24 MINUTES 57 SECONDS E, 704.56 FEET TO AN IRON ROD FOUND;

S 65 DEGREES 31 MINUTES 25 SECONDS E, 316.00 FEET TO AN IRON ROD FOUND;

N 17 DEGREES 30 MINUTES 11 SECONDS E, 394.51 FEET TO AN IRON ROD FOUND;

N 63 DEGREES 12 MINUTES 13 SECONDS W, 67.41 FEET TO AN IRON ROD FOUND;

N 03 DEGREES 32 MINUTES 41 SECONDS W, 172.41 FEET TO A POINT FROM WHICH AN IRON ROD FOUND BEARS N 71 DEGREES 36 MINUTES 46 SECONDS E, 0.36 FEET;

S 70 DEGREES 16 MINUTES 29 SECONDS E, 302.92 FEET TO AN IRON ROD FOUND;

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY_______________ DEPUTY

Unofficial Copy



N 37 DEGREES 40 MINUTES 05 SECONDS E, 611.71 FEET TO AN IRON ROD FOUND IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

S 41 DEGREES 14 MINUTES 12 SECONDS E, 113.74 FEET ALONG SAID WESTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND;

S 46 DEGREES 21 MINUTES 06 SECONDS W, 115.86 FEET, LEAVING SAID WESTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND;

S 46 DEGREES 24 MINUTES 31 SECONDS E, 284.54 FEET TO AN IRON ROD FOUND;

THENCE S 43 DEGREES 23 MINUTES 36 SECONDS W, [illegible] FEET, LEAVING THE WESTERLY LINE OF SAID PHASE 2, LOST CREEK ADDITION TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 265.41 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 30 DEGREES 32 MINUTES 14 SECONDS, A RADIUS OF 512.37 FEET AND A LONG CHORD OF S 34 DEGREES 30 MINUTES 19 SECONDS W, 262.59 FEET TO AN IRON ROD FOUND;

THENCE S 19 DEGREES 00 MINUTES 17 SECONDS W, 130.45 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 41 DEGREES 38 MINUTES 04 SECONDS W, 31.7[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 81 DEGREES 30 MINUTES 35 SECONDS W, 41.50 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 87 DEGREES 26 MINUTES 27 SECONDS W, 30.07 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 63 DEGREES 22 MINUTES 44 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 86 DEGREES 32 MINUTES 20 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 00 DEGREES 11 MINUTES 10 SECONDS [illegible], [illegible]9.34 FEET TO AN IRON ROD FOUND;

THENCE N 35 DEGREES 30 MINUTES 21 SECONDS W, 270.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 04 DEGREES 11 MINUTES [illegible] SECONDS E, 808.46 FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE 290.41 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 61 DEGREES 03 MINUTES 14 SECONDS, A RADIUS OF 280.00 FEET AND A LONG CHORD OF N 87 DEGREES 07 MINUTES 26 SECONDS W, 28[illegible] FEET TO AN IRON ROD FOUND;

THENCE N 60 DEGREES 12 MINUTES 14 SECONDS E, 142.35 FEET TO AN IRON ROD FOUND;

THENCE N 44 DEGREES 49 MINUTES 25 SECONDS W, 99.00 FEET TO AN IRON ROD FOUND;

THENCE N 03 DEGREES 47 MINUTES 35 SECONDS W, 255.13 FEET TO THE POINT OF BEGINNING AND CONTAINING 3[illegible].315 ACRES OF LAND, MORE OR LESS.

---

TRACT 3:

BEGINNING AT AN IRON ROD FOUND AT THE SOUTHEAST CORNER OF PARCEL 7, A 3.6[illegible] ACRE TRACT AS DESCRIBED IN DEED TO INTERFIRST SAVINGS ASSOCIATION AS RECORDED IN VOLUME [illegible], PAGE 175, SAID COUNTY RECORDS;

THENCE S 10 DEGREES 26 MINUTES 33 SECONDS W, 45.70 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 34 DEGREES 24 MINUTES 11 SECONDS W, 66.66 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 13 DEGREES 09 MINUTES 12 SECONDS W, 19.39 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 03 DEGREES 16 MINUTES 13 SECONDS W, 31.66 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 02 DEGREES 23 MINUTES 10 SECONDS E, 120.34 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 12 DEGREES 46 MINUTES 41 SECONDS W, 43.94 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 09 DEGREES 54 MINUTES 39 SECONDS W, 41.90 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 20 DEGREES 45 MINUTES 46 SECONDS E, 107.17 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 18 DEGREES 47 MINUTES 50 SECONDS E, 91.30 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 45 DEGREES 12 MINUTES 42 SECONDS E, 46.10 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 89 DEGREES 47 MINUTES 41 SECONDS W, 91.40 FEET TO AN IRON ROD FOUND, THE SOUTHEAST

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY__________ DEPUTY

Unofficial Copy



CORNER OF LOT 3, BLOCK 25, SAID PHASE II LOST CREEK ADDITION;

THENCE ALONG THE SOUTHERLY LINE AND THEN THE EASTERLY LINE OF SAID PHASE II, LOST CREEK ADDITION, ALSO THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE FOLLOWING BEARINGS AND DISTANCES:

N 00 DEGREES 21 MINUTES 30 SECONDS E, 251.84 FEET TO AN IRON ROD FOUND;

N 64 DEGREES 47 MINUTES 42 SECONDS W, 170.92 FEET TO AN IRON ROD FOUND;

S 80 DEGREES 21 MINUTES 50 SECONDS W, 135.25 FEET TO AN IRON ROD FOUND;

N 80 DEGREES 38 MINUTES 50 SECONDS W, 1000.20 FEET TO A SPIKE IN CONCRETE FOUND;

S 60 DEGREES 20 MINUTES 40 SECONDS W, 474.92 FEET TO AN IRON ROD FOUND;

S 44 DEGREES 51 MINUTES 06 SECONDS W, 53.58 FEET TO AN IRON ROD FOUND;

S 43 DEGREES 34 MINUTES 04 SECONDS W, [illegible] FEET TO AN IRON ROD FOUND IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

336.66 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 17 DEGREES 37 MINUTES 53 SECONDS, A RADIUS OF 550.[illegible] FEET AND A LONG CHORD OF N 60 DEGREES 14 MINUTES 37 SECONDS W, 332.[illegible] FEET TO AN IRON ROD FOUND;

N 64 DEGREES 57 MINUTES 26 SECONDS W, 51.47 FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT;

317.47 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES 47 MINUTES 14 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 53 DEGREES [illegible] MINUTES [illegible] SECONDS W, 332.22 FEET TO AN IRON ROD FOUND;

N 44 DEGREES 14 MINUTES 17 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 41 DEGREES 12 MINUTES 76 SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

441.37 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 41 DEGREES 41 MINUTES 51 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 25 DEGREES 39 MINUTES 41 SECONDS W, 306.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 00 DEGREES 31 MINUTES [illegible] SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 64 DEGREES 45 MINUTES 37 SECONDS E, 48.44 FEET, LEAVING THE EASTERLY LINE OF SAID PHASE II, LOST CREEK ADDITION AND ALONG THE EASTERLY RIGHT-OF-WAY LINE OF SAID LOST CREEK

---

BOULEVARD, TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT, SAID POINT BEING IN THE WESTERLY LINE OF LOT A-R-1 BLOCK 1, LOST CREEK ADDITION AS RECORDED IN PLAT CABINET A, SLIDE 660, SAID COUNTY RECORDS;

THENCE 34.99 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 03 DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF 437.00 FEET AND A LONG CHORD OF N 24 DEGREES 12 MINUTES 31 SECONDS W, [illegible] FEET TO A POINT IN THE SOUTHERLY RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID BLUE CREEK DRIVE, THE FOLLOWING BEARINGS AND DISTANCES:

224.87 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 34 DEGREES 30 MINUTES 01 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF S [illegible] DEGREES 48 MINUTES 46 SECONDS E, 256.02 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 59 DEGREES 58 MINUTES 45 SECONDS E, 161.74 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

101.28 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 18 DEGREES 49 MINUTES 23 SECONDS, A RADIUS OF 304.40 FEET AND A LONG CHORD OF S 61 DEGREES 20 MINUTES 30 SECONDS E, 100.92 FEET, TO AN IRON ROD FOUND, THE NORTHWESTERLY CORNER OF LOT 1-R-1, AS RECORDED IN PLAT CABINET A, SLIDE 580;

THENCE S 05 DEGREES 26 MINUTES 54 SECONDS E, 186.72 FEET ALONG THE WESTERLY LINE OF SAID LOT 1-R-1, TO AN IRON ROD FOUND;

THENCE S 84 DEGREES 44 MINUTES 55 SECONDS E, 12.00 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1-R-1;

THENCE S 85 DEGREES 05 MINUTES 02 SECONDS E, 72.56 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1-R-1;

THENCE N 40 DEGREES 53 MINUTES 42 SECONDS E, 44.50 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1-R-1 TO THE SOUTHWEST CORNER OF LOT 1R, BLOCK 11, LOST CREEK ADDITION, AS RECORDED IN PLAT VOLUME 388/22, PAGE 35 OF SAID COUNTY RECORDS;

THENCE ALONG THE SOUTHERLY LINE AND THE EASTERLY LINE OF SAID BLOCK 11, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/22, PAGE 38 AND 388/[illegible], PAGE 07, THE FOLLOWING BEARINGS AND DISTANCES:

N 73 DEGREES 40 MINUTES 46 SECONDS E, 104.44 FEET TO A POINT;

S 47 DEGREES 43 MINUTES 16 SECONDS E, 197.20 FEET TO A POINT;

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY________________DEPUTY

Unofficial Copy



S 72 DEGREES 55 MINUTES 10 SECONDS E, 104.40 FEET TO A POINT;

N 60 DEGREES 16 MINUTES 51 SECONDS E, 101.0[illegible] FEET TO A POINT;

S 30 DEGREES 31 MINUTES 60 SECONDS E, 101.2[illegible] FEET TO A POINT;

S 74 DEGREES 60 MINUTES 2[illegible] SECONDS E, 41[illegible] FEET TO A POINT;

N 79 DEGREES 04 MINUTES 30 SECONDS E, 101.9[illegible] FEET TO A POINT;

N 66 DEGREES 39 MINUTES 57 SECONDS E, [illegible] FEET TO A POINT;

N 76 DEGREES 04 MINUTES 57 SECONDS E, 373.62 FEET TO A POINT;

N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO THE NORTH[illegible] CORNER OF LOT 11, SAID BLOCK 11, LOST CREEK ADDITION IN THE NORTH LINE OF SAID BURSEY SURVEY [illegible] THE SOUTH LINE OF THE E. PRIM SURVEY, ABSTRACT NO. 1274;

THENCE S 60 DEGREES 35 MINUTES [illegible] SECONDS E, [illegible] FEET TO A [illegible];

THENCE S 00 DEGREES 21 MINUTES 37 SECONDS W, [illegible] FEET TO THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET;

THENCE S 74 DEGREES [illegible] MINUTES 23 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S [illegible] DEGREES 02 MINUTES 37 SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED CARTER & BURGESS SET;

THENCE S 74 DEGREES [illegible] MINUTES 15 SECONDS [illegible] FEET TO THE POINT OF BEGINNING AND CONTAINING [illegible] ACRES OF LAND, OF WHICH [illegible] ACRES ARE WITHIN [illegible] CREEK [illegible], 6.105 ACRES SAVE AND EXCEPT TRACT [illegible] SAVE AND EXCEPT TRACT VI, LEAVING A NET AREA OF [illegible] ACRES OF LAND, MORE OR LESS.

**TRACT 3:**

BEGINNING AT AN IRON ROD [illegible] AT THE SOUTHWEST CORNER OF LOT 3, BLOCK 4, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE 17, SAID COUNTY RECORDS;

THENCE [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG THE SOUTH LINE OF SAID BLOCK 4 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE S [illegible] DEGREES [illegible] MINUTES 00 SECONDS E, [illegible] FEET ALONG SAID WESTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND [illegible] NORTHEAST CORNER OF LOT 46, SAID BLOCK [illegible], LOST CREEK ADDITION;

THENCE S 74 DEGREES [illegible] MINUTES 00 SECONDS W, 110.00 FEET ALONG THE NORTH LINE OF SAID LOT 46 TO AN IRON ROD FOUND AT ITS NORTHWEST CORNER;

THENCE SOUTHERLY ALONG THE WEST LINE OF SAID BLOCK 4, THE FOLLOWING BEARINGS AND DISTANCES:

S [illegible] DEGREES 36 MINUTES 03 SECONDS E, 217.74 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT;

[illegible] FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF 421.[illegible] FEET AND A LONG CHORD OF S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S [illegible] DEGREES 34 MINUTES [illegible] SECONDS W, 41.0[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

[illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S [illegible] DEGREES 34 MINUTES 11 SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF LOT 2[illegible], SAID BLOCK 4;

THENCE S [illegible] DEGREES 25 MINUTES [illegible] SECONDS E, 110.[illegible] FEET TO AN IRON ROD FOUND AT THE SOUTHEAST CORNER OF SAID LOT [illegible] IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE S [illegible] DEGREES 34 MINUTES 11 SECONDS W, 127.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE NORTHERLY RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE;

THENCE S [illegible] DEGREES 34 MINUTES 16 SECONDS W, 150.[illegible] FEET, ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO THE SOUTHEAST CORNER OF LOT 2[illegible], SAID BLOCK 4 FROM WHICH AN IRON ROD FOUND BEARS [illegible] DEGREES 21 MINUTES 17 SECONDS W, [illegible] FEET;

THENCE N [illegible] DEGREES 25 MINUTES [illegible] SECONDS W, 110.97 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF SAID LOT 2[illegible], BLOCK 4;

THENCE S [illegible] DEGREES 34 MINUTES 15 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHWEST CORNER OF LOT 2[illegible] AND THE SOUTHEAST CORNER OF LOT 2[illegible], BLOCK 4;

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY ____________ DEPUTY

Unofficial Copy



THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS [illegible] FEET ALONG THE [illegible] LINE OF SAID BLOCK 4 TO THE POINT OF BEGINNING, AND CONTAINING [illegible] ACRES OF LAND, SAVE AND EXCEPT TRACT [illegible] ACRES DEEDED TO [illegible] AND [illegible] IN VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS, AND SAVE AND EXCEPT TRACT [illegible] ACRES, LEAVING [illegible] OF [illegible] ACRES OF LAND, MORE OR LESS.

TRACT 4:

BEGINNING AT A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET THE SOUTHWEST CORNER OF LOT 1, BLOCK 2, LOST CREEK ADDITION [illegible] AT VOLUME [illegible], PAGE 37, SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N [illegible] DEGREES 34 MINUTES [illegible] SECONDS E, [illegible] FEET ALONG THE SOUTH LINE OF SAID BLOCK 2 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHEAST CORNER OF LOT 4;

THENCE N 30 DEGREES [illegible] MINUTES 00 SECONDS E, [illegible] FEET TO AN IRON ROD FOUND;

THENCE S 60 DEGREES 36 MINUTES [illegible] SECONDS E, 45.00 FEET TO AN IRON ROD FOUND;

THENCE N 30 DEGREES [illegible] MINUTES [illegible] SECONDS [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 30 DEGREES [illegible] MINUTES [illegible] SECONDS [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EASTERLY LINE OF LOT 5, BLOCK 1;

THENCE N [illegible] DEGREES 34 MINUTES [illegible] SECONDS [illegible] FEET ALONG THE EAST LINE OF SAID LOT 5, BLOCK 1, TO THE NORTHEAST CORNER OF SAID LOT [illegible] WHICH AN IRON ROD FOUND BEARS S 60 DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET;

THENCE N [illegible] DEGREES 34 MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND IN THE EAST LINE OF SAID [illegible] ACRE TRACT;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET ALONG THE EAST LINE OF SAID [illegible] ACRE TRACT TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF LOT [illegible], BLOCK [illegible], LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE 26, SAID COUNTY RECORDS;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET ALONG THE NORTH LINE OF LOTS 25 AND 26, SAID BLOCK [illegible] TO AN IRON ROD FOUND, THE NORTHWEST CORNER OF SAID LOT 26;

THENCE S [illegible] DEGREES [illegible] MINUTES 33 SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF SAID LOT [illegible], BLOCK [illegible];

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG THE SOUTH LINE OF SAID LOT 26, BLOCK [illegible] TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE NORTH LINE OF LOT 21, BLOCK 7, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE NORTHWEST CORNER OF SAID LOT 21;

THENCE ALONG THE WEST LINE AND THEN THE NORTH LINE OF SAID BLOCK 7, THE FOLLOWING BEARINGS AND DISTANCES;

S 02 DEGREES 57 MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT [illegible], SAID BLOCK 7;

S [illegible] DEGREES 24 MINUTES 57 SECONDS W, 75.04 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N [illegible] DEGREES 21 MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

[illegible] FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE NORTHERLY CORNER OF LOT 1, SAID BLOCK 7;

S [illegible] DEGREES 27 MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE WESTERLY CORNER OF SAID LOT 1, BLOCK 7, IN THE NORTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT;

THENCE N [illegible] DEGREES 25 MINUTES 00 SECONDS W, 167.54 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO THE BEGINNING OF A CURVE TO THE LEFT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND CONTINUING ALONG SAID NORTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND;

THENCE N [illegible] DEGREES [illegible] MINUTES 45 SECONDS W, [illegible] FEET CONTINUING ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS [illegible], [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N [illegible] DEGREES 34 MINUTES [illegible] SECONDS E, [illegible] FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY_______________ DEPUTY

Unofficial Copy



TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF LOT 11, BLOCK 5 OF SAID LOST CREEK ADDITION;

THENCE ALONG THE OUTSIDE BOUNDARY LINE OF SAID BLOCK 5, THE FOLLOWING BEARINGS AND DISTANCES:

N 87 DEGREES 24 MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT; [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF S 72 DEGREES 20 MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND;

S 51 DEGREES [illegible] MINUTES [illegible] SECONDS E, 142.00 FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;
130.30 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 13 DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF S [illegible] MINUTES [illegible] SECONDS E, 129.92 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 76 DEGREES [illegible] MINUTES [illegible] SECONDS E, 108.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 428.30 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, 240.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 67 DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 61 DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND;

S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND AT THE WESTERLY CORNER OF LOT 1, SAID BLOCK 5 IN THE NORTHERLY RIGHT-OF-WAY LINE OF PINE CREEK COURT;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, 47.[illegible] FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE OF PINE CREEK COURT TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG SAID NORTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND AT THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG SAID EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, 182.45 FEET TO AN IRON ROD FOUND;

THENCE [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET CONTINUING ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING AND CONTAINING [illegible] ACRES OF LAND, SAVE AND EXCEPT TRACT [illegible] ACRES DEEDED TO MAX H. EUBANK AND BILLY JOE SMITH IN VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS, LEAVING A NET AREA OF [illegible] ACRES OF LAND, MORE OR LESS.

TRACT 2:

BEGINNING AT AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 14, BLOCK 8, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE 26, SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG SAID EASTERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF 1194.12 FEET AND A LONG CHORD OF N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND IN THE SOUTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND;

THENCE S 31 DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET CONTINUING ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND CONTINUING ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND, THE NORTHERLY CORNER OF LOT [illegible], BLOCK 8, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO THE WESTERLY CORNER OF SAID LOT [illegible], BLOCK 8, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY_______________DEPUTY

Unofficial Copy



THENCE 631.12 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG THE SOUTHERLY LINE OF SAID BLOCK 8, THROUGH A CENTRAL ANGLE OF 45 DEGREES 05 MINUTES 16 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 83 DEGREES 41 MINUTES 53 SECONDS E, 616.35 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 61 DEGREES 21 MINUTES 06 SECONDS E, 391.52 FEET CONTINUING ALONG THE SOUTHERLY LINE OF SAID BLOCK 8 TO AN IRON ROD FOUND;

THENCE S 60 DEGREES 10 MINUTES 26 SECONDS E, 32.[illegible] FEET CONTINUING ALONG THE SOUTHERLY LINE OF SAID BLOCK 8 TO AN IRON ROD FOUND, THE SOUTHEAST CORNER OF LOT 10, IN THE [illegible]ERLY LINE OF SAID [illegible] ACRE TRACT;

THENCE S 00 DEGREES 41 MINUTES 50 SECONDS W, 766.54 FEET ALONG SAID EASTERLY LINE TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 13, BLOCK 10, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388[illegible], PAGE 26, [illegible] COUNTY RECORDS;

THENCE N 89 DEGREES 18 MINUTES 30 SECONDS W, 85.59 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHWEST CORNER OF SAID LOT 13, BLOCK 10;

THENCE S 17 DEGREES 55 MINUTES 35 SECONDS W, 12[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHWEST CORNER OF SAID LOT 13, BLOCK 10 IN THE NORTH LINE OF BLUE CREEK DRIVE, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF SAID BLUE CREEK DRIVE, THE FOLLOWING BEARINGS AND DISTANCES:

49.66 FEET ALONG THE ARC OF SAID NON-TANGENT CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 10 DEGREES 31 MINUTES 16 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 45 DEGREES 29 MINUTES 05 SECONDS W, 49.57 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 45 DEGREES 24 MINUTES 15 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 65.12 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 32 DEGREES 40 MINUTES 00 SECONDS, A RADIUS OF 115.41 FEET AND A LONG CHORD OF N 45 DEGREES 10 MINUTES 45 SECONDS W, 64.25 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 71 DEGREES 55 MINUTES 49 SECONDS W, 49.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 103.02 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 25 DEGREES 03 MINUTES 00 SECONDS, A RADIUS OF 24[illegible]7 FEET AND A LONG CHORD OF N 84 DEGREES 45 MINUTES 45 SECONDS W, 105.08 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 83 DEGREES 06 MINUTES 48 SECONDS W, 89.81 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 141.82 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 41 DEGREES 38 MINUTES 47 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 75 DEGREES 55 MINUTES 48 SECONDS W, 138.37 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

[illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 31 DEGREES 54 MINUTES 52 SECONDS, A RADIUS OF 261.54 FEET AND A LONG CHORD OF N 69 DEGREES 25 MINUTES 49 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 78 DEGREES 55 MINUTES 45 SECONDS W, 125.66 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 95.35 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 25 DEGREES 02 MINUTES 05 SECONDS, A RADIUS OF 324.56 FEET AND A LONG CHORD OF N 66 DEGREES 15 MINUTES 45 SECONDS W, 95.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 53 DEGREES [illegible] MINUTES 45 SECONDS W, 143.74 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 265.44 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 34 DEGREES 50 MINUTES 0[illegible] SECONDS, A RADIUS OF 436.55 FEET AND A LONG CHORD OF N 70 DEGREES 40 MINUTES 45 SECONDS W, 290.41 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 85 DEGREES 24 MINUTES 15 SECONDS W, 11.11 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE 122.58 FEET ALONG THE ARC OF SAID NON-TANGENT CURVE TO THE RIGHT AND ALONG THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF 16 DEGREES 10 MINUTES 30 SECONDS, A RADIUS OF 432.66 FEET AND A LONG CHORD OF N 07 DEGREES 33 MINUTES 29 SECONDS W, 122.17 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHWEST CORNER OF LOT 1, BLOCK 10, SAID LOST CREEK ADDITION, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE ALONG THE SOUTHERLY LINE OF SAID BLOCK 10, THE FOLLOWING BEARINGS AND DISTANCES:
111.73 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 11 DEGREES 58 MINUTES 16 SECONDS, A RADIUS OF 534.60 FEET AND A LONG CHORD OF N 84 DEGREES 34 MINUTES 57 SECONDS E, 111.52 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 78 DEGREES 34 MINUTES 14 SECONDS E, 50.58 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 208.41 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 35 DEGREES 45 MINUTES 06 SECONDS, A RADIUS OF 310.72 FEET AND A LONG CHORD OF S 83 DEGREES 51 MINUTES 45 SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 66 DEGREES 24 MINUTES 45 SECONDS E, 58.64 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 366.07 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 40 DEGREES 16 MINUTES 42 SECONDS, A RADIUS OF 52[illegible] FEET AND A LONG CHORD OF S 16 DEGREES 25 MINUTES 45 SECONDS E, 360.33 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY_______________ DEPUTY

Unofficial Copy



Unofficial Copy

S 88 DEGREES 25 MINUTES 45 SECONDS E, 257.09 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHEAST CORNER OF LOT 12, SAID BLOCK 10;

THENCE N 01 DEGREES 34 MINUTES 15 SECONDS E, [illegible] FEET ALONG THE EAST LINE OF SAID LOT 12 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 88 DEGREES 25 MINUTES 45 SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 01 DEGREES 34 MINUTES 15 SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 88 DEGREES 25 MINUTES 45 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EAST LINE OF LOT 12, BLOCK [illegible], LOST CREEK ADDITION;

THENCE N 01 DEGREES 34 MINUTES 15 SECONDS E, [illegible] FEET ALONG THE EAST LINE OF SAID LOT 12, BLOCK 9 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF SAID LOT 12;

THENCE ALONG THE NORTHERLY LINE OF SAID BLOCK [illegible] THE FOLLOWING COURSES AND DISTANCES:

[illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

[illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; [illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S [illegible] DEGREES 34 MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 1, SAID BLOCK 9 IN THE EASTERLY LINE OF LOST CREEK BOULEVARD;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS [illegible] FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND AT THE SOUTHWEST CORNER OF LOT 13, BLOCK 5, LOST CREEK ADDITION AS RECORDED IN VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS;

THENCE N 78 DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG THE SOUTH LINE OF SAID LOT 13, BLOCK 5 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT ITS SOUTHEAST CORNER;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 14, BLOCK [illegible];

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, 110.00 FEET TO THE POINT OF BEGINNING AND CONTAINING [illegible] ACRES OF LAND.

SAVE & EXCEPT TRACT [illegible]:

BEING A TRACT SITUATED IN THE [illegible] BURGEY SURVEY, ABSTRACT NO. [illegible], TARRANT COUNTY, TEXAS AND BEING A PORTION OF THE [illegible] ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME [illegible], PAGE [illegible], AND A PORTION OF PARCEL "A" AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AS RECORDED IN VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS, SAID SAVE AND EXCEPT TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT AN IRON ROD FOUND AT THE MOST SOUTHERLY SOUTHWEST CORNER OF SAID PARCEL "A";

THENCE N [illegible] DEGREES 31 MINUTES [illegible] SECONDS E, [illegible] FEET TO A POINT FROM WHICH AN IRON ROD FOUND BEARS N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET;

THENCE N 88 DEGREES 28 MINUTES 25 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 01 DEGREES 31 MINUTES 55 SECONDS E, [illegible] FEET TO AN IRON ROD FOUND;

THENCE N [illegible] DEGREES 34 MINUTES 06 SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 11 DEGREES 37 MINUTES 24 SECONDS E, [illegible] FEET TO AN IRON ROD FOUND;

THENCE S 00 DEGREES 21 MINUTES 54 SECONDS W, [illegible] FEET TO AN IRON ROD FOUND;

THENCE N 88 DEGREES 42 MINUTES 42 SECONDS W, [illegible] FEET TO THE POINT OF BEGINNING AND CONTAINING [illegible] ACRES OF LAND, MORE OR LESS.

SAVE & EXCEPT TRACT [illegible]:

BEING A TRACT OF LAND SITUATED IN THE J. HURLESON SURVEY, ABSTRACT NO. [illegible], TARRANT COUNTY, TEXAS AND BEING A PORTION OF THE [illegible] ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF LOT [illegible], BLOCK 4, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A POINT IN THE NORTH RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET ALONG SAID NORTH RIGHT-OF-WAY LINE;

FILED
JUL 14 2020
COUNTY CLERK, TARRANT CO., TEXAS
BY, ________________ DEPUTY

Unofficial Copy



THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF SAID LOT [illegible], BLOCK [illegible];

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO THE POINT OF BEGINNING AND CONTAINING [illegible] ACRES OF LAND, MORE OR LESS

SAVE AND EXCEPT TRACT [illegible]:

BEING LOTS 1 AND 2, BLOCK [illegible], OF LOST CREEK ADDITION, AS RECORDED IN CABINET [illegible], SLIDE [illegible], PLAT RECORDS OF TARRANT COUNTY, TEXAS, AND BEING A TRACT OF LAND SITUATED IN THE [illegible] SURVEY, ABSTRACT NO. [illegible], TARRANT COUNTY, TEXAS, AND BEING A PORTION OF THE [illegible] ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN DEED RECORD VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS; SAID TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF LOT 1, BLOCK 2, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO A POINT IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO THE POINT OF BEGINNING, AND CONTAINING [illegible] ACRES OF LAND, MORE OR LESS.

SAVE & EXCEPT TRACT [illegible]:

BEING A TRACT OF LAND SITUATED IN THE [illegible] SURVEY, ABSTRACT NO. [illegible], TARRANT COUNTY, TEXAS AND BEING ALL OF LOT [illegible], BLOCK 4, LOST CREEK ADDITION AS RECORDED IN CABINET [illegible], SLIDE NO. [illegible] SAID COUNTY RECORDS, AND CONTAINING [illegible] ACRES OF LAND MORE OR LESS.

SAVE & EXCEPT TRACT [illegible]:

BEING LOTS [illegible], [illegible], [illegible], AND [illegible], BLOCK [illegible], LOST CREEK ADDITION, AS RECORDED IN CABINET [illegible], SLIDE [illegible], PLAT RECORDS OF TARRANT COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF LOT [illegible], BLOCK [illegible], PHASE [illegible], LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME [illegible], PAGE [illegible], SAID COUNTY RECORDS, SAID POINT BEING IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET TO THE POINT OF BEGINNING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE [illegible] DEGREES [illegible] MINUTES 12 SECONDS W, [illegible] FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE;

THENCE N [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS W, [illegible] FEET CONTINUING ALONG SAID EASTERLY RIGHT-OF-WAY LINE;

THENCE [illegible] DEGREES 47 MINUTES 24 SECONDS E, [illegible] FEET;

THENCE N [illegible] DEGREES 47 MINUTES 24 SECONDS E, [illegible] FEET;

THENCE N [illegible] DEGREES 47 MINUTES 24 SECONDS E, [illegible] FEET;

THENCE S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, [illegible] FEET;

THENCE S [illegible] DEGREES 24 MINUTES [illegible] SECONDS E, [illegible] FEET;

THENCE S [illegible] DEGREES [illegible] MINUTES 36 SECONDS E, [illegible] FEET;

THENCE S [illegible] DEGREES 47 MINUTES 24 SECONDS W, [illegible] FEET TO THE POINT OF BEGINNING AND CONTAINING [illegible] ACRES OF LAND, MORE OR LESS.

Unofficial Copy

FILED

JUL 14 2020

COUNTY CLERK, TARRANT CO., TEXAS
BY____________________ DEPUTY

Unofficial Copy

DUPLICATE

MARY LOUISE NICHOLSON
COUNTY CLERK, TARRANT COUNTY
100 W. WEATHERFORD
FORT WORTH, TX 76196-0401

Receipt Time: 07/14/2020 03:25:11 PM    Receipt #: 4434859
Issued To: THE MARX FIRM, LLC

**Documents**

| # | Type | # Pages | Quantity | Reference # | Book / Page | Amount |
|---|---|---|---|---|---|---|
| 1 | FCNOTICE | 1 | 1 | | | $16.00 |
| | | | | Total : | | $16.00 |

**Payments**

| # | Type | Payment # | Amount | NSF |
|---|---|---|---|---|
| 1 | CHECK | 9449 | $16.00 | |
| | | Total Payments: | $16.00 | |

THANK YOU

Mary Louise Nicholson
County Clerk
*Recording life's events since 2011*

EXHIBIT "B"

Unofficial Copy

Unofficial Copy

**APPOINTMENT OF SUBSTITUTE TRUSTEE**

THE STATE F TEXAS KNOW ALL MEN

COUNTY OF TARRANT BY THESE PRESENTS

A. WHEREAS, by Deed of Trust (herein "Deed of Trust") dated **June 25, 2018, from Somerset-Lostcreek Golf, Ltd., a Texas limited partnership, at times identified Somerset-Lost Creek, Ltd.,** as Grantor, conveyed to **Timothy Barton**, Trustee, for the benefit of **WALL010 LLC, a Texas limited liability company**, certain real property situated in **Tarrant** County, Texas, being described as follows:

> **BEING THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATED IN THE CITY OF ALEDO, TARRANT COUNTY, TEXAS, AND BEINGMORE PARTICULARLY DESRIBED THEREIN (AND HEREIN) BY METES AND BOUNDS ON EXHIBIT "A" ATTACHED THERETO (AND HERETO) AND MADE A PART HEROF FOR ALL PURPOSES, as may be more fully described in the Deed of Trust,**

to secure the payment of one certain Promissory Note (herein the "Note") therein described in the principal amount of **$300,000.00**, which Deed of Trust was **electronically recorded by Tarrant County Clerk in Official Public Records of Tarrant County, Texas , reference/ clerk's file number D219077623 on April 15, 2019,** reference to said Deed of Trust being hereby made for all purposes; and

B. WHEREAS, the owner and holder of the Note described in said Deed of Trust and the Beneficiary in said Deed of Trust desires to appoint a Substitute Trustee.

Unofficial Copy

NOW, THEREFORE, the undersigned, the holder of the Note described in the said Deed of Trust and Beneficiary of said Deed of Trust has named and appointed, and by these presents does name and appoint **Randy P. Marx, of Dallas County, Texas,** Substitute Trustee to act under and by virtue of said Deed of Trust.

WITNESS MY HAND this **14th day of July, 2020.**

**OWNER AND HOLDER OF THE NOTE:**

**WALL010 LLC, a Texas limited liability company**

By: ______________________
Timothy Barton, President

Acknowledgement

THE STATE OF TEXAS §

COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared **Timothy Barton, in his capacity as the president of WALL010 LLC, a Texas limited liability company**, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of said corporation and that he executed the same as the act of such corporation for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 14th day of July, 2020.

______________________
Notary Public in and for The State of Texas
My Commission Expires: ______

RANDY P. MARX
Notary Public, State of Texas
Comm. Expires 05-03-2023
Notary ID 132001233

Unofficial Copy

**Exhibit A**

(as per the attached)

Unofficial Copy



Unofficial Copy

EXHIBIT "A"

BEING TRACTS 1, 2, 3, 4 & 5 SITUATED IN THE C.E. [illegible] SURVEY, ABSTRACT NO. 24[illegible], THE J. BURLESON SURVEY, ABSTRACT NO. 7[illegible] AND THE J.H. BURSEY SURVEY, ABSTRACT NO. 241, TARRANT COUNTY, TEXAS AND BEING PORTIONS OF THE 170.44 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME 7[illegible], PAGE 5[illegible], COUNTY RECORDS, TARRANT COUNTY, TEXAS AND BEING ALL OF THOSE TRACTS OF LAND DESCRIBED IN EXHIBIT "C" OF THAT CORRECTION DEED TO CLUBCORP GOLF OF TEXAS, L.P., AS RECORDED IN VOLUME 14[illegible], PAGE 455, DEED RECORDS, TARRANT COUNTY, TEXAS, AND BEING PORTIONS OF BLOCKS 12 AND 15 OF LOST CREEK [illegible], AS RECORDED IN VOLUME 388-123, PAGE 6, PLAT RECORDS, TARRANT COUNTY, TEXAS AND BEING ALL OF [illegible] A-R-1, BLOCK 11, LOST CREEK ADDITION AS RECORDED IN CABINET A, SLIDE [illegible], PLAT RECORDS, TARRANT COUNTY, TEXAS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

TRACT 1:

BEGINNING AT A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WEST LINE OF SAID BURKHAM SURVEY, [illegible] FEET FROM ITS SOUTHWEST CORNER, SAID POINT BEING A WESTERLY SOUTHWEST CORNER OF SAID 170.44 ACRE TRACT;

THENCE N 00 DEGREES 10 MINUTES 15 SECONDS E, 728.[illegible] FEET ALONG THE WEST LINE OF SAID BURKHAM SURVEY AND SAID 170.44 ACRE TRACT TO THE SOUTHWEST CORNER OF LOT 3[illegible], BLOCK 3, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388-[illegible], PAGE [illegible], SAID COUNTY RECORDS;

THENCE ALONG THE SOUTHERLY LINE OF SAID BLOCK 3, LOST CREEK ADDITION, THE FOLLOWING BEARINGS AND DISTANCES:

N 74 DEGREES 25 MINUTES 37 SECONDS E, [illegible] FEET TO A POINT;

N 65 DEGREES [illegible] MINUTES 02 SECONDS E, 220.0[illegible] FEET TO A POINT;

N 56 DEGREES 48 MINUTES 00 SECONDS E, [illegible] FEET TO A POINT;

N 08 DEGREES 37 MINUTES [illegible] SECONDS E, [illegible] FEET TO THE SOUTHEAST CORNER OF LOT 4[illegible], SAID BLOCK 3;

THENCE S 87 DEGREES [illegible] MINUTES 44 SECONDS [illegible], [illegible] FEET TO AN IRON ROD FOUND;

THENCE N [illegible] DEGREES 01 MINUTES 1[illegible] SECONDS [illegible], 60.4[illegible] FEET TO AN IRON ROD FOUND;

THENCE N 62 DEGREES 1[illegible] MINUTES [illegible] SECONDS [illegible], [illegible] FEET TO AN IRON ROD FOUND;

THENCE N 10 DEGREES 55 MINUTES [illegible] SECONDS E, 2[illegible] FEET TO AN IRON ROD FOUND;

THENCE N [illegible] DEGREES 2[illegible] MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND IN THE SOUTHERLY RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE;

THENCE N [illegible] DEGREES 3[illegible] MINUTES [illegible] SECONDS E, [illegible] FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD AS RECORDED IN PLAT VOLUME 388-[illegible], PAGE [illegible] OF PHASE 2, LOST CREEK ADDITION;

THENCE ALONG THE WESTERLY LINE OF SAID PHASE 2, LOST CREEK ADDITION, THE FOLLOWING BEARINGS AND DISTANCES:

S 00 DEGREES 3[illegible] MINUTES 15 SECONDS W, 427.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

123.2[illegible] FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 1[illegible] DEGREES [illegible] MINUTES 2[illegible] SECONDS, A RADIUS OF 452.00 FEET AND A LONG CHORD OF S [illegible] DEGREES [illegible] MINUTES 3[illegible] SECONDS E, 122.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 30 DEGREES [illegible] MINUTES [illegible] SECONDS W, 118.[illegible] FEET TO AN IRON ROD FOUND;

S 60 DEGREES 22 MINUTES [illegible] SECONDS W, 3[illegible] FEET TO AN IRON ROD FOUND;

S 61 DEGREES 46 MINUTES 05 SECONDS W, 2[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 09 DEGREES 2[illegible] MINUTES 1[illegible] SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 1[illegible] DEGREES [illegible] MINUTES 5[illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND;

S [illegible] DEGREES [illegible] MINUTES [illegible] SECONDS E, 70.[illegible] FEET TO AN IRON ROD FOUND;

S 32 DEGREES 30 MINUTES 06 SECONDS E, [illegible] FEET TO AN IRON ROD FOUND;

S [illegible] DEGREES 24 MINUTES 57 SECONDS E, 144.56 FEET TO AN IRON ROD FOUND;

S [illegible] DEGREES 37 MINUTES 25 SECONDS E, 340.00 FEET TO AN IRON ROD FOUND;

N 17 DEGREES 3[illegible] MINUTES 1[illegible] SECONDS E, 2[illegible] FEET TO AN IRON ROD FOUND;

N [illegible] DEGREES 12 MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND;

N 03 DEGREES 32 MINUTES 2[illegible] SECONDS W, 472.4[illegible] FEET TO A POINT FROM WHICH AN IRON ROD FOUND BEARS N 71 DEGREES 3[illegible] MINUTES 40 SECONDS E, 0.[illegible] FEET;

S 70 DEGREES 15 MINUTES 20 SECONDS E, 30[illegible] FEET TO AN IRON ROD FOUND;

Unofficial Copy



Unofficial Copy

N 37 DEGREES 46 MINUTES 39 SECONDS E, 811.21 FEET TO AN IRON ROD FOUND IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

S 44 DEGREES 14 MINUTES 12 SECONDS E, 103.74 FEET ALONG SAID WESTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND;

S 44 DEGREES 21 MINUTES 00 SECONDS W, 1[illegible] FEET, LEAVING SAID WESTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND;

S 46 DEGREES 25 MINUTES 51 SECONDS E, 2[illegible] FEET TO AN IRON ROD FOUND;

THENCE S 49 DEGREES 23 MINUTES 38 SECONDS W, [illegible] FEET, LEAVING THE WESTERLY LINE OF SAID PHASE 2, LOST CREEK ADDITION TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 265.43 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 29 DEGREES 32 MINUTES 16 SECONDS, A RADIUS OF 515.77 FEET AND A LONG CHORD OF S 34 DEGREES 36 MINUTES 11 SECONDS W, 262.98 FEET TO AN IRON ROD FOUND;

THENCE S 19 DEGREES 50 MINUTES 12 SECONDS W, 226.18 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 41 DEGREES 2[illegible] MINUTES 04 SECONDS W, 51.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 83 DEGREES 30 MINUTES 35 SECONDS W, 41.67 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 89 DEGREES 26 MINUTES 2[illegible] SECONDS W, 44.20 FEET; TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 00 DEGREES 37 MINUTES 44 SECONDS [illegible] 19.2[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 89 DEGREES 38 MINUTES 28 SECONDS W, 274.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 00 DEGREES 11 MINUTES 10 SECONDS [illegible] 2[illegible]9.34 FEET TO AN IRON ROD FOUND;

THENCE N 86 DEGREES 30 MINUTES 2[illegible] SECONDS W, 210.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 00 DEGREES 11 MINUTES [illegible] SECONDS E, 800.46 FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE 234.71 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 51 DEGREES 03 MINUTES 35 SECONDS, A RADIUS OF 260.00 FEET AND A LONG CHORD OF N 57 DEGREES 07 MINUTES 56 SECONDS W, 22[illegible] FEET TO AN IRON ROD FOUND;

THENCE N 00 DEGREES 12 MINUTES 14 SECONDS E, 142.35 FEET TO AN IRON ROD FOUND;

THENCE N 44 DEGREES 48 MINUTES 25 SECONDS W, 99.09 FEET TO AN IRON ROD FOUND;

THENCE N 89 DEGREES 47 MINUTES 36 SECONDS W, 255.13 FEET TO THE POINT OF BEGINNING AND CONTAINING 3[illegible].239 ACRES OF LAND, MORE OR LESS.

TRACT 2:

BEGINNING AT AN IRON ROD FOUND AT THE SOUTHEAST CORNER OF PARCEL 3, A 2.6857 ACRE TRACT AS DESCRIBED BY DEED TO INTERWEST SAVINGS ASSOCIATION AS RECORDED IN VOLUME 6103, PAGE 597, SAID COUNTY RECORDS;

THENCE S 40 DEGREES 20 MINUTES 33 SECONDS W, 43.79 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 34 DEGREES 24 MINUTES 10 SECONDS W, 56.56 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 15 DEGREES 09 MINUTES 12 SECONDS W, 80.20 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 43 DEGREES 18 MINUTES 13 SECONDS W, 37.06 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 02 DEGREES 23 MINUTES 10 SECONDS E, 130.54 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 12 DEGREES 44 MINUTES 41 SECONDS W, 89.84 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 09 DEGREES 54 MINUTES 24 SECONDS W, 43.90 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 80 DEGREES 45 MINUTES 34 SECONDS E, 107.17 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 81 DEGREES 44 MINUTES 58 SECONDS E, 91.70 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 56 DEGREES 12 MINUTES 42 SECONDS E, 86.16 FEET TO AN IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 29 DEGREES 42 MINUTES 42 SECONDS W, 58.46 FEET TO AN IRON ROD FOUND, THE SOUTHEAST

Unofficial Copy



CORNER OF LOT 2, BLOCK 23, SAID PHASE II LOST CREEK ADDITION;

THENCE ALONG THE SOUTHERLY LINE AND THEN THE EASTERLY LINE OF SAID PHASE II, LOST CREEK ADDITION, ALSO THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE FOLLOWING BEARINGS AND DISTANCES:

N 05 DEGREES 21 MINUTES 50 SECONDS E, 2[illegible] FEET TO AN IRON ROD FOUND;

N 69 DEGREES 42 MINUTES 42 SECONDS W, 1[illegible].42 FEET TO AN IRON ROD FOUND;

S 00 DEGREES 21 MINUTES 50 SECONDS W, 136.85 FEET TO AN IRON ROD FOUND;

N 89 DEGREES 34 MINUTES 50 SECONDS W, [illegible].26 FEET TO A SPIKE IN CONCRETE FOUND;

S 00 DEGREES 20 MINUTES 59 SECONDS W, 424.12 FEET TO AN IRON ROD FOUND;

S 44 DEGREES 51 MINUTES 00 SECONDS W, 55.36 FEET TO AN IRON ROD FOUND;

S 43 DEGREES 30 MINUTES 04 SECONDS W, 64.53 FEET TO AN IRON ROD FOUND IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

326.50 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 13 DEGREES 37 MINUTES 53 SECONDS, A RADIUS OF 850.00 FEET AND A LONG CHORD OF N 56 DEGREES 14 MINUTES 31 SECONDS W, 3[illegible].91 FEET TO AN IRON ROD FOUND;

N 66 DEGREES 05 MINUTES 24 SECONDS W, 51.43 FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT;

377.47 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 21 DEGREES 48 MINUTES 14 SECONDS, A RADIUS OF 550.00 FEET AND A LONG CHORD OF N 55 DEGREES 06 MINUTES 49 SECONDS W, 3[illegible] FEET TO AN IRON ROD FOUND;

N 44 DEGREES 14 MINUTES 12 SECONDS W, 24[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 53 DEGREES 12 MINUTES 35 SECONDS W, [illegible] FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

451.37 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 53 DEGREES 42 MINUTES 51 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 26 DEGREES 20 MINUTES 41 SECONDS W, 434.82 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS SET;

N 00 DEGREES 31 MINUTES 1[illegible] SECONDS E, [illegible].12 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 84 DEGREES 08 MINUTES 39 SECONDS E, 45.68 FEET, LEAVING THE EASTERLY LINE OF SAID PHASE II, LOST CREEK ADDITION AND ALSO THE EASTERLY RIGHT-OF-WAY LINE OF SAID LOST CREEK

BOULEVARD, TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT, SAID POINT BEING IN THE WESTERLY LINE OF LOT A-R-1 BLOCK 4, LOST CREEK ADDITION AS RECORDED IN PLAT CABINET A, SLIDE 604, SAID COUNTY RECORDS;

THENCE 66.41 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 43 DEGREES [illegible] MINUTES [illegible] SECONDS, A RADIUS OF 432.86 FEET AND A LONG CHORD OF N 24 DEGREES 17 MINUTES 33 SECONDS W, [illegible].37 FEET TO A POINT IN THE SOUTHERLY RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID BLUE CREEK DRIVE, THE FOLLOWING BEARINGS AND DISTANCES:

254.07 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 35 DEGREES 30 MINUTES 01 SECONDS, A RADIUS OF 410.05 FEET AND A LONG CHORD OF S 76 DEGREES 48 MINUTES 45 SECONDS E, 250.42 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 58 DEGREES 65 MINUTES 45 SECONDS E, 147.74 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

101.30 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 18 DEGREES 49 MINUTES 29 SECONDS, A RADIUS OF 308.56 FEET AND A LONG CHORD OF S 68 DEGREES 20 MINUTES 30 SECONDS E, 100.92 FEET, TO AN IRON ROD FOUND, THE NORTHWESTERLY CORNER OF LOT 1-R-1 AS RECORDED IN PLAT CABINET A, SLIDE 600;

THENCE S 00 DEGREES 25 MINUTES 54 SECONDS E, 198.77 FEET ALONG THE WESTERLY LINE OF SAID LOT 1-R-1, TO AN IRON ROD FOUND;

THENCE S 24 DEGREES 64 MINUTES 56 SECONDS E, 12.80 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1-R-1;

THENCE S 65 DEGREES 05 MINUTES 02 SECONDS E, 12.60 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1-R-1;

THENCE N 40 DEGREES 53 MINUTES 40 SECONDS E, 19.50 FEET ALONG THE SOUTHERLY LINE OF SAID LOT 1-R-1 TO THE SOUTHWEST CORNER OF LOT 2R, BLOCK 11, LOST CREEK ADDITION, AS RECORDED IN PLAT VOLUME 388/122, PAGE 29 OF SAID COUNTY RECORDS;

THENCE ALONG THE SOUTHERLY LINE AND THE EASTERLY LINE OF SAID BLOCK 11, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/122, PAGE 28 AND 388/15, PAGE 57, THE FOLLOWING BEARINGS AND DISTANCES:

N 33 DEGREES 40 MINUTES 48 SECONDS E, 104.49 FEET TO A POINT;

S 87 DEGREES 43 MINUTES 10 SECONDS E, 187.70 FEET TO A POINT;

Unofficial Copy



Unofficial Copy

S 72 DEGREES 55 MINUTES 18 SECONDS E, 104.48 FEET TO A POINT;

N 40 DEGREES 10 MINUTES 21 SECONDS E, 101.81 FEET TO A POINT;

S 80 DEGREES 31 MINUTES 50 SECONDS E, 101.27 FEET TO A POINT;

S 74 DEGREES 50 MINUTES 29 SECONDS E, 413.57 FEET TO A POINT;

N 29 DEGREES 04 MINUTES 09 SECONDS E, 101.36 FEET TO A POINT;

N 64 DEGREES 39 MINUTES 52 SECONDS E, 256.40 FEET TO A POINT;

N 76 DEGREES 06 MINUTES 52 SECONDS E, 372.52 FEET TO A POINT;

N 09 DEGREES 24 MINUTES 00 SECONDS E, 15.62 FEET TO THE NORTHWEST CORNER OF LOT 13, SAID BLOCK 11, LOST CREEK ADDITION IN THE NORTH LINE OF SAID BURSEY SURVEY AND THE SOUTH LINE OF THE S. PETITT SURVEY, ABSTRACT NO. 1234;

THENCE S 89 DEGREES 35 MINUTES 00 SECONDS E, [illegible] FEET TO A POINT;

THENCE S 00 DEGREES 24 MINUTES 37 SECONDS W, 50.[illegible] FEET TO THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE 80.54 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 89 DEGREES 10 MINUTES 32 SECONDS, A RADIUS OF 50.00 FEET AND A LONG CHORD OF S 46 DEGREES 41 MINUTES 16 SECONDS W, 70.14 FEET;

THENCE S 74 DEGREES 27 MINUTES 22 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 87 DEGREES 32 MINUTES 27 SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED CARTER & BURGESS SET;

THENCE S 74 DEGREES 43 MINUTES 15 SECONDS E, [illegible] FEET TO THE POINT OF BEGINNING AND CONTAINING 63.806 ACRES OF LAND, OF WHICH 2.25 ACRES ARE WITHIN WHISPERING CREEK STREET, 8.155 ACRES SAVE AND EXCEPT TRACT I, 7.194 [illegible] AND EXCEPT TRACT VI, LEAVING A NET AREA OF 52.027 ACRES OF LAND, MORE OR LESS.

TRACT 3:

BEGINNING AT AN IRON ROD FOUND AT THE SOUTHWEST CORNER OF LOT 3, BLOCK 4, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/115, PAGE 37, SAID COUNTY RECORDS;

THENCE N 89 DEGREES 34 MINUTES 09 SECONDS E, 341.14 FEET ALONG THE SOUTH LINE OF SAID BLOCK 4 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE S 19 DEGREES [illegible] MINUTES 00 SECONDS E, 100.00 FEET ALONG SAID WESTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND AT THE NORTHEAST CORNER OF LOT 46, SAID BLOCK 4, LOST CREEK ADDITION;

THENCE S 74 DEGREES [illegible] MINUTES 00 SECONDS W, 110.00 FEET ALONG THE NORTH LINE OF SAID LOT 46 TO AN IRON ROD FOUND AT ITS NORTHWEST CORNER;

THENCE SOUTHERLY ALONG THE WEST LINE OF SAID BLOCK 4, THE FOLLOWING BEARINGS AND DISTANCES:

S 14 DEGREES 24 MINUTES 00 SECONDS E, 217.74 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT;

223.45 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 30 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 426.60 FEET AND A LONG CHORD OF S 00 DEGREES 26 MINUTES 00 SECONDS E, 216.24 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 14 DEGREES 34 MINUTES 00 SECONDS W, 41.69 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

332.24 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 13 DEGREES 59 MINUTES 48 SECONDS, A RADIUS OF 1360.02 FEET AND A LONG CHORD OF S 07 DEGREES 34 MINUTES 06 SECONDS W, 331.42 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 00 DEGREES 34 MINUTES 11 SECONDS W, 1186.50 FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF LOT 29, SAID BLOCK 4;

THENCE S 89 DEGREES 25 MINUTES 49 SECONDS E, 110.00 FEET TO AN IRON ROD FOUND AT THE SOUTHEAST CORNER OF SAID LOT 29 IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE S 00 DEGREES 34 MINUTES 11 SECONDS W, 127.30 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE NORTHERLY RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE;

THENCE S 85 DEGREES 34 MINUTES 15 SECONDS W, 150.19 FEET, ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 20.90 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 01 DEGREES 55 MINUTES 39 SECONDS, A RADIUS OF 622.50 FEET AND A LONG CHORD OF S 84 DEGREES 36 MINUTES 33 SECONDS W, 20.90 FEET TO THE SOUTHEAST CORNER OF LOT 28, SAID BLOCK 4 FROM WHICH AN IRON ROD FOUND BEARS N 74 DEGREES 21 MINUTES 33 SECONDS W, 1.35 FEET;

THENCE N 04 DEGREES 25 MINUTES 45 SECONDS W, 110.07 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF SAID LOT 28, BLOCK 4;

THENCE S 85 DEGREES 34 MINUTES 15 SECONDS W, 200.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHWEST CORNER OF LOT 27 AND THE SOUTHEAST CORNER OF LOT 25, BLOCK 4;

Unofficial Copy



THENCE N 00 DEGREES 34 MINUTES 54 SECONDS E, 2194.31 FEET ALONG THE EAST LINE OF SAID BLOCK 4 TO THE POINT OF BEGINNING, AND CONTAINING 14.872 ACRES OF LAND, SAVE AND EXCEPT TRACT 8, 0.333 ACRES DEEDED TO MAX H. [illegible] AND BILLY JOE [illegible] IN VOLUME 1111, PAGE 10[illegible], SAID COUNTY RECORDS, AND SAVE AND EXCEPT TRACT V, [LOT [illegible]] 0.274 ACRES, LEAVING [illegible] OF 14.270 ACRES OF LAND, MORE OR LESS.

TRACT 4:

BEGINNING AT A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET THE SOUTHWEST CORNER OF LOT 1, BLOCK 2, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/115, PAGE 57, SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 88 DEGREES 34 MINUTES 00 SECONDS E, 556.7[illegible] FEET ALONG THE SOUTH LINE OF SAID BLOCK 2 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHEAST CORNER OF LOT 4;

THENCE N 39 DEGREES 34 MINUTES 00 SECONDS E, 41.6[illegible] FEET TO AN IRON ROD FOUND;

THENCE S 64 DEGREES 26 MINUTES 40 SECONDS E, 45.00 FEET TO AN IRON ROD FOUND;

THENCE N 39 DEGREES 34 MINUTES 00 SECONDS [illegible], 153.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 50 DEGREES 26 MINUTES 00 SECONDS [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EAST LINE OF LOT 5, BLOCK 1;

THENCE N 39 DEGREES 34 MINUTES 00 SECONDS [illegible] FEET ALONG THE EAST LINE OF SAID LOT 5, BLOCK 1, TO THE NORTHEAST CORNER OF SAME [illegible] WHICH AN IRON ROD FOUND BEARS S 88 DEGREES 42 MINUTES 37 SECONDS E, [illegible];

THENCE N 89 DEGREES 34 MINUTES [illegible] SECONDS E, [illegible] FEET TO AN IRON ROD FOUND IN THE EAST LINE OF SAID 170.44 ACRE TRACT;

THENCE S 00 DEGREES 41 MINUTES 56 SECONDS W, 130.33 FEET ALONG THE EAST LINE OF SAID 170.44 ACRE TRACT TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF LOT [illegible], BLOCK [illegible], LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/122, PAGE 26, SAID COUNTY RECORDS;

THENCE S 84 DEGREES 23 MINUTES 22 SECONDS W, 333.86 FEET ALONG THE NORTH LINE OF LOTS 25 AND 26, SAID BLOCK 8 TO AN IRON ROD FOUND, THE NORTHWEST CORNER OF SAID LOT 26;

THENCE S 04 DEGREES [illegible] MINUTES 35 SECONDS W, 128.84 FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF SAID LOT [illegible], BLOCK [illegible];

THENCE S 82 DEGREES 36 MINUTES 00 SECONDS E, 38.82 FEET ALONG THE SOUTH LINE OF SAID LOT 26, BLOCK 8 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 00 DEGREES 41 MINUTES 00 SECONDS W, 41.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE NORTH LINE OF LOT 21, BLOCK 7, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388/115, PAGE 57, SAID COUNTY RECORDS;

THENCE N 89 DEGREES 18 MINUTES 00 SECONDS W, 60.00 FEET TO AN IRON ROD FOUND, THE NORTHWEST CORNER OF SAID LOT 21;

THENCE ALONG THE WEST LINE AND THEN THE NORTH LINE OF SAID BLOCK 7, THE FOLLOWING BEARINGS AND DISTANCES:

S 00 DEGREES 03 MINUTES 57 SECONDS W, 1244.09 FEET TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 8, SAID BLOCK 7;

S 79 DEGREES 24 MINUTES 57 SECONDS W, 75.94 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 81 DEGREES 21 MINUTES 00 SECONDS W, 234.60 FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

496.14 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 49 DEGREES 59 MINUTES 00 SECONDS, A RADIUS OF 567.77 FEET AND A LONG CHORD OF N 56 DEGREES 22 MINUTES 00 SECONDS W, 479.80 FEET TO AN IRON ROD FOUND, THE NORTHERLY CORNER OF LOT 1, SAID BLOCK 7;

S 51 DEGREES 37 MINUTES 00 SECONDS W, 110.00 FEET TO AN IRON ROD FOUND, THE WESTERLY CORNER OF SAID LOT 1, BLOCK 7, IN THE NORTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT;

THENCE N 38 DEGREES 23 MINUTES 00 SECONDS W, 187.54 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 299.32 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND CONTINUING ALONG SAID NORTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF 58 DEGREES 02 MINUTES 45 SECONDS, A RADIUS OF 295.45 FEET AND A LONG CHORD OF N 60 DEGREES 24 MINUTES 23 SECONDS W, 286.68 FEET TO AN IRON ROD FOUND;

THENCE N 89 DEGREES 25 MINUTES 45 SECONDS W, 3.03 FEET CONTINUING ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE 146.16 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF 07 DEGREES 00 MINUTES 49 SECONDS, A RADIUS OF 1194.02 FEET AND A LONG CHORD OF N 11 DEGREES 03 MINUTES 35 SECONDS E, 145.87 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 14 DEGREES 34 MINUTES 00 SECONDS E, 4.57 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE

Unofficial Copy



TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF LOT 18, BLOCK 5 OF SAID LOST CREEK ADDITION;

THENCE ALONG THE OUTSIDE BOUNDARY LINE OF SAID BLOCK 5, THE FOLLOWING BEARINGS AND DISTANCES:

S 17 DEGREES 26 MINUTES 63 SECONDS E, 32.64 FEET TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT; 27.42 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 30 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 31.60 FEET AND A LONG CHORD OF S 72 DEGREES 26 MINUTES 06 SECONDS E, 26.71 FEET TO AN IRON ROD FOUND;

S 57 DEGREES 28 MINUTES 00 SECONDS E, 142.00 FEET TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;
130.20 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 13 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 573.64 FEET AND A LONG CHORD OF S [illegible] DEGREES 56 MINUTES 00 SECONDS E, 129.92 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 70 DEGREES 26 MINUTES 00 SECONDS E, 361.56 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 429.56 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF [illegible] DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 212.18 FEET AND A LONG CHORD OF N 51 DEGREES 34 MINUTES 00 SECONDS E, 359.86 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 06 DEGREES 36 MINUTES 68 SECONDS W, 240.58 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 484.00 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 122 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 232.00 FEET AND A LONG CHORD OF N 67 DEGREES 26 MINUTES 00 SECONDS W, 405.82 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 51 DEGREES 34 MINUTES 00 SECONDS W, 227.47 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 172.76 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 32 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 309.37 FEET AND A LONG CHORD OF S 35 DEGREES 34 MINUTES 00 SECONDS W, 170.56 FEET TO AN IRON ROD FOUND;

S 19 DEGREES 34 MINUTES 00 SECONDS W, [illegible] FEET TO AN IRON ROD FOUND AT THE WESTERLY CORNER OF LOT 1, SAID BLOCK 5 IN THE NORTHERLY RIGHT-OF-WAY LINE OF PINE CREEK COURT;

THENCE N 87 DEGREES 26 MINUTES [illegible] SECONDS W, 47.44 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE OF PINE CREEK COURT TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 119.78 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG SAID NORTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF 30 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 211.00 FEET AND A LONG CHORD OF [illegible] DEGREES 26 MINUTES 00 SECONDS W, 109.53 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 87 DEGREES 26 MINUTES 06 SECONDS W, 1.52 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND AT THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE 103.15 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG SAID EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF 17 DEGREES 01 MINUTES 77 SECONDS, A RADIUS OF 347.00 FEET AND A LONG CHORD OF N 06 DEGREES 38 MINUTES 18 SECONDS W, 102.45 FEET TO AN IRON ROD FOUND;

THENCE [illegible] DEGREES 26 MINUTES 04 SECONDS W, 302.73 FEET CONTINUING ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING AND CONTAINING 25.256 ACRES OF LAND, SAVE AND EXCEPT TRACT [illegible] ACRES DEEDED TO MAX H. EUBANK AND BILLY JOE SMITH IN VOLUME 9111, PAGE 1078, SAID COUNTY RECORDS, LEAVING A NET AREA OF 25.108 ACRES OF LAND, MORE OR LESS.

TRACT E

BEGINNING AT AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 14, BLOCK 5, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 384/122, PAGE 24, SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 00 DEGREES 34 MINUTES 31 SECONDS E, 662.81 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE RIGHT;

THENCE 55.27 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG SAID EASTERLY RIGHT-OFWAY LINE THROUGH A CENTRAL ANGLE OF 04 DEGREES 34 MINUTES 17 SECONDS, A RADIUS OF 1184.02 FEET AND A LONG CHORD OF N 02 DEGREES 51 MINUTES 20 SECONDS E, 55.24 FEET TO AN IRON ROD FOUND IN THE SOUTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT;

THENCE S 69 DEGREES 25 MINUTES 45 SECONDS E, 8.99 FEET ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF BEN CREEK COURT TO AN IRON ROD FOUND AT THE BEGINNING OF A CURVE TO THE RIGHT;

THENCE 246.66 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT AND ALONG SAID SOUTHERLY RIGHTOF-WAY LINE THROUGH A CENTRAL ANGLE OF 58 DEGREES 02 MINUTES 45 SECONDS, A RADIUS OF 245.45 FEET AND A LONG CHORD OF S 40 DEGREES 24 MINUTES 35 SECONDS E, 236.17 FEET TO AN IRON ROD FOUND;

THENCE S 31 DEGREES 23 MINUTES 40 SECONDS E, 187.54 FEET CONTINUING ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND, THE BEGINNING OF A CURVE TO THE LEFT;

THENCE 13.49 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND CONTINUING ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF 01 DEGREE 03 MINUTES 43 SECONDS, A RADIUS OF 727.77 FEET AND A LONG CHORD OF S 31 DEGREES 54 MINUTES 52 SECONDS E, 13.49 FEET TO AN IRON ROD FOUND, THE NORTHERLY CORNER OF LOT 1-R, BLOCK 6, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 384/122, PAGE 97, SAID COUNTY RECORDS;

THENCE S 19 DEGREES 17 MINUTES 08 SECONDS W, 134.80 FEET TO THE WESTERLY CORNER OF SAID LOT 1-R, BLOCK 6, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

Unofficial Copy



THENCE 631.17 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT AND ALONG THE SOUTHERLY LINE OF SAID BLOCK 6, THROUGH A CENTRAL ANGLE OF 43 DEGREES 03 MINUTES 56 SECONDS, A RADIUS OF 837.77 FEET AND A LONG CHORD OF S 58 DEGREES 44 MINUTES 51 SECONDS E, 616.35 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 81 DEGREES 21 MINUTES 09 SECONDS E, 311.52 FEET CONTINUING ALONG THE SOUTHERLY LINE OF SAID BLOCK 8 TO AN IRON ROD FOUND;

THENCE S 86 DEGREES 10 MINUTES 09 SECONDS E, 321.53 FEET CONTINUING ALONG THE SOUTHERLY LINE OF SAID BLOCK 8 TO AN IRON ROD FOUND, THE SOUTHEAST CORNER OF LOT [illegible], IN THE EASTERLY LINE OF SAID 170.44 ACRE TRACT;

THENCE S 04 DEGREES 41 MINUTES 00 SECONDS W, 786.54 FEET ALONG SAID EASTERLY LINE TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 13, BLOCK 10, LOST CREEK [illegible] AS RECORDED IN PLAT VOLUME 348/122, PAGE 28, SAID COUNTY RECORDS;

THENCE N 89 DEGREES 10 MINUTES 00 SECONDS W, 85.85 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHWEST CORNER OF SAID LOT 13, BLOCK 10;

THENCE S 17 DEGREES 58 MINUTES 05 SECONDS W, 1[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHWEST CORNER OF SAID LOT 13, BLOCK 10 IN THE NORTH LINE OF BLUE CREEK DRIVE, THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF SAID BLUE CREEK DRIVE, THE FOLLOWING BEARINGS AND DISTANCES:

50.09 FEET ALONG THE ARC OF SAID NON-TANGENT CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 18 DEGREES 31 MINUTES 20 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 85 DEGREES 20 MINUTES 05 SECONDS W, 49.87 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 85 DEGREES 24 MINUTES 15 SECONDS W, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 63.14 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 22 DEGREES 40 MINUTES 00 SECONDS, A RADIUS OF 159.61 FEET AND A LONG CHORD OF N 83 DEGREES 15 MINUTES 45 SECONDS W, 62.73 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 71 DEGREES 55 MINUTES 45 SECONDS W, 69.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 105.62 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 26 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 24[illegible] FEET AND A LONG CHORD OF N 84 DEGREES 55 MINUTES 45 SECONDS W, 104.68 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 82 DEGREES 04 MINUTES [illegible] SECONDS W, 60.52 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 141.82 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 42 DEGREES 19 MINUTES 47 SECONDS, A RADIUS OF [illegible] FEET AND A LONG CHORD OF N 75 DEGREES 85 MINUTES 49 SECONDS W, 138.37 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT;

117.10 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 24 DEGREES 59 MINUTES 57 SECONDS, A RADIUS OF 268.34 FEET AND A LONG CHORD OF N 66 DEGREES 25 MINUTES 46 SECONDS W, 11[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 78 DEGREES 55 MINUTES 45 SECONDS W, 126.60 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 36.25 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 30 DEGREES 09 MINUTES 50 SECONDS, A RADIUS OF 228.24 FEET AND A LONG CHORD OF N 64 DEGREES 55 MINUTES 45 SECONDS W, 35.[illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET,

N 38 DEGREES [illegible] MINUTES 45 SECONDS W, 141.34 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 215.04 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 15 DEGREES 30 MINUTES 30 SECONDS, A RADIUS OF 400.85 FEET AND A LONG CHORD OF N 16 DEGREES 40 MINUTES 45 SECONDS W, 209.31 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 85 DEGREES 34 MINUTES 15 SECONDS W, 13.11 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD, THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE 122.58 FEET ALONG THE ARC OF SAID NON-TANGENT CURVE TO THE RIGHT AND ALONG THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD THROUGH A CENTRAL ANGLE OF 16 DEGREES 15 MINUTES 20 SECONDS, A RADIUS OF 432.68 FEET AND A LONG CHORD OF N 07 DEGREES 32 MINUTES 39 SECONDS W, 122.17 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHWEST CORNER OF LOT 1, BLOCK 10, SAID LOST CREEK ADDITION, THE BEGINNING OF A NONTANGENT CURVE TO THE LEFT;

THENCE ALONG THE SOUTHERLY LINE OF SAID BLOCK 10, THE FOLLOWING BEARINGS AND DISTANCES: 111.72 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 11 DEGREES 58 MINUTES 22 SECONDS, A RADIUS OF 534.00 FEET AND A LONG CHORD OF N 84 DEGREES 34 MINUTES 57 SECONDS E, 111.51 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

N 78 DEGREES 34 MINUTES 15 SECONDS E, 243.60 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 238.15 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH A CENTRAL ANGLE OF 25 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 545.75 FEET AND A LONG CHORD OF S 88 DEGREES 61 MINUTES 45 SECONDS E, 236.27 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 66 DEGREES 25 MINUTES 45 SECONDS E, 24.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 344.07 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 30 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 661.60 FEET AND A LONG CHORD OF S 78 DEGREES 25 MINUTES 45 SECONDS E, 342.33 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

Unofficial Copy



S 88 DEGREES 25 MINUTES 45 SECONDS E, [illegible] FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE SOUTHEAST CORNER OF LOT 12, SAID BLOCK [illegible];

THENCE N 03 DEGREES 34 MINUTES 15 SECONDS E, 50.00 FEET ALONG THE EAST LINE OF SAID LOT 12 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 88 DEGREES 25 MINUTES 45 SECONDS E, 45.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 03 DEGREES 34 MINUTES 15 SECONDS E, 150.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 88 DEGREES 25 MINUTES 45 SECONDS W, 45.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET IN THE EAST LINE OF LOT 12, BLOCK [illegible], LOST CREEK ADDITION;

THENCE N 03 DEGREES 34 MINUTES 15 SECONDS E, [illegible] FEET ALONG THE EAST LINE OF SAID LOT 12, BLOCK 3 TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE NORTHEAST CORNER OF SAID LOT 12;

THENCE ALONG THE NORTHERLY LINE OF SAID BLOCK [illegible] THE FOLLOWING BEARINGS AND DISTANCES:

88 DEGREES 25 MINUTES 45 SECONDS W, 287.09 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE RIGHT; 249.82 FEET ALONG THE ARC OF SAID CURVE TO THE RIGHT THROUGH CENTRAL ANGLE OF [illegible] DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 715.98 FEET AND A LONG CHORD OF N 76 DEGREES [illegible] SECONDS W, 244.56 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET.

N 66 DEGREES 25 MINUTES 45 SECONDS W, 20.00 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT THE BEGINNING OF A CURVE TO THE LEFT; 373.46 FEET ALONG THE ARC OF SAID CURVE TO THE LEFT THROUGH A CENTRAL ANGLE OF 25 DEGREES 00 MINUTES 00 SECONDS, A RADIUS OF 855.74 FEET AND A LONG CHORD OF N 83 DEGREES 55 MINUTES 45 SECONDS W, 367.31 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

S 76 DEGREES 34 MINUTES [illegible] SECONDS W, [illegible] FEET TO AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 1, SAID BLOCK [illegible] IN THE EASTERLY LINE OF LOST CREEK BOULEVARD;

THENCE N 03 DEGREES 34 MINUTES 11 SECONDS [illegible] FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO AN IRON ROD FOUND AT THE SOUTHWEST CORNER OF LOT 13, BLOCK 5, LOST CREEK ADDITION AS RECORDED IN VOLUME 388-122, PAGE [illegible], SAID COUNTY RECORDS;

THENCE N 76 DEGREES 34 MINUTES [illegible] SECONDS E, 112.46 FEET ALONG THE SOUTH LINE OF SAID LOT 13, BLOCK [illegible] TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET AT ITS SOUTHEAST CORNER.

THENCE N 88 DEGREES [illegible] MINUTES [illegible] SECONDS E, 198.42 FEET TO AN IRON ROD FOUND, THE NORTHEAST CORNER OF LOT 14, BLOCK [illegible]

THENCE N 88 DEGREES [illegible] MINUTES [illegible] SECONDS W, 110.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 25.366 ACRES OF LAND.

SAVE & EXCEPT TRACT [illegible]

BEING A TRACT SITUATED IN THE J.H. BURSEY SURVEY, ABSTRACT NO. 241, TARRANT COUNTY, TEXAS AND BEING A PORTION OF THE 170.44 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME 7142, PAGE 551, AND A PORTION OF PARCEL "A" AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AS RECORDED IN VOLUME 8167, PAGE 543, SAID COUNTY RECORDS, SAID SAVE AND EXCEPT TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT AN IRON ROD FOUND AT THE MOST SOUTHERLY SOUTHWEST CORNER OF SAID PARCEL "A";

THENCE [illegible] DEGREES 21 MINUTES 50 SECONDS E, 121.29 FEET TO A POINT FROM WHICH AN IRON ROD FOUND BEARS N 64 DEGREES 16 MINUTES 21 SECONDS E, 0.27 FEET;

THENCE N 88 DEGREES 28 MINUTES 35 SECONDS W, 1066.18 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE N 01 DEGREES 31 MINUTES 25 SECONDS E, 370.94 FEET TO AN IRON ROD FOUND;

THENCE N 86 DEGREES 24 MINUTES 06 SECONDS E, 1055.56 FEET TO A 5/8 INCH IRON ROD WITH PLASTIC CAP STAMPED "CARTER & BURGESS" SET;

THENCE S 11 DEGREES 37 MINUTES 21 SECONDS E, 273.00 FEET TO AN IRON ROD FOUND;

THENCE S 00 DEGREES 21 MINUTES 00 SECONDS W, 127.22 FEET TO AN IRON ROD FOUND;

THENCE N 63 DEGREES 42 MINUTES 42 SECONDS W, 66.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 8.155 ACRES OF LAND, MORE OR LESS.

SAVE & EXCEPT TRACT [illegible]:

BEING A TRACT OF LAND SITUATED IN THE J. BURLESON SURVEY, ABSTRACT NO. 15, TARRANT COUNTY, TEXAS AND BEING A PORTION OF THE 170.44 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN VOLUME 7174, PAGE 551, SAID COUNTY RECORDS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF LOT 23, BLOCK 4, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388-115, PAGE 57, SAID COUNTY RECORDS;

THENCE S 00 DEGREES 34 MINUTES 11 SECONDS W, 127.30 FEET TO A POINT IN THE NORTH RIGHT-OF-WAY LINE OF BLUE CREEK DRIVE;

THENCE S 85 DEGREES 34 MINUTES 15 SECONDS W, 116.41 FEET ALONG SAID NORTH RIGHT-OF-WAY LINE;

Unofficial Copy



THENCE N 89 DEGREES 34 MINUTES 11 SECONDS E, [illegible] FEET TO AN IRON ROD FOUND, THE SOUTHWEST CORNER OF SAID LOT 29, BLOCK 4;

THENCE S 00 DEGREES 25 MINUTES 43 SECONDS E, 118.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.333 ACRES OF LAND, MORE OR LESS

SAVE AND EXCEPT TRACT III:

BEING LOTS 1 AND 2, BLOCK 2A, OF LOST CREEK ADDITION, AS RECORDED IN CABINET B, SLIDE 193, PLAT RECORDS OF TARRANT COUNTY, TEXAS, AND BEING A TRACT OF LAND SITUATED IN THE J. BURLESON SURVEY, ABSTRACT NO. 76, TARRANT COUNTY, TEXAS, AND BEING A PORTION OF THE 170.36 ACRE TRACT AS DESCRIBED BY DEED TO LOST CREEK COUNTRY CLUB AND RECORDED IN DEED VOLUME 7174, PAGE 551, SAID COUNTY RECORDS; SAID TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF LOT 1, BLOCK 2, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388-115, PAGE 97, SAID COUNTY RECORDS, SAID POINT BEING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE S 15 DEGREES 26 MINUTES 00 SECONDS E, 20.[illegible] FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING;

THENCE N 84 DEGREES 34 MINUTES 00 SECONDS E, 110.[illegible] FEET;

THENCE S 15 DEGREES 26 MINUTES 00 SECONDS E, 200.00 FEET;

THENCE S 84 DEGREES 34 MINUTES 00 SECONDS W, [illegible] FEET TO A POINT IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 15 DEGREES 26 MINUTES 00 SECONDS W, [illegible] FEET TO THE POINT OF BEGINNING, AND CONTAINING 0.487 ACRES OF LAND, MORE OR LESS.

SAVE & EXCEPT TRACT V:

BEING A TRACT OF LAND SITUATED IN THE J. BURLESON SURVEY, ABSTRACT NO. 76, TARRANT COUNTY, TEXAS AND BEING ALL OF LOT 4R, BLOCK 4, LOST CREEK ADDITION AS RECORDED IN CABINET B, SLIDE NO. 187 SAID COUNTY RECORDS, AND CONTAINING 0.274 ACRES OF LAND MORE OR LESS.

SAVE & EXCEPT TRACT VI:

BEING LOTS 2, 3, 4, AND 5, BLOCK 12, LOST CREEK ADDITION, AS RECORDED IN CABINET B, SLIDE 163, PLAT RECORDS OF TARRANT COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF LOT 29, BLOCK 11, PHASE I, LOST CREEK ADDITION AS RECORDED IN PLAT VOLUME 388-115, PAGE 66, SAID COUNTY RECORDS, SAID POINT BEING IN THE WESTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N 30 DEGREES [illegible] MINUTES 36 SECONDS E, 44.41 FEET TO THE POINT OF BEGINNING IN THE EASTERLY RIGHT-OF-WAY LINE OF LOST CREEK BOULEVARD;

THENCE N [illegible] DEGREES 14 MINUTES 13 SECONDS W, 78.72 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE;

THENCE N 61 DEGREES 12 MINUTES 35 SECONDS W, 324.22 FEET CONTINUING ALONG SAID EASTERLY RIGHT-OF-WAY LINE;

THENCE N [illegible] DEGREES 47 MINUTES 24 SECONDS E, 182.02 FEET;

THENCE N 44 DEGREES 47 MINUTES 24 SECONDS E, 21.76 FEET;

THENCE N 35 DEGREES 47 MINUTES 24 SECONDS E, 82.13 FEET;

THENCE S 51 DEGREES 00 MINUTES 02 SECONDS E, 242.15 FEET;

THENCE S 07 DEGREES 24 MINUTES 02 SECONDS E, 74.52 FEET;

THENCE S 53 DEGREES 13 MINUTES 36 SECONDS E, 85.00 FEET;

THENCE S 36 DEGREES 47 MINUTES 24 SECONDS W, 211.07 FEET TO THE POINT OF BEGINNING AND CONTAINING 2.196 ACRES OF LAND, MORE OR LESS.

Unofficial Copy

MARY LOUISE NICHOLSON
COUNTY CLERK

100 West Weatherford Fort Worth, TX 76196-0401
PHONE (817) 884-1195

THE MARX FIRM
127 HOWELL ST
DALLAS, TX 75207

Submitter: THE MARX FIRM

***DO NOT DESTROY***
***WARNING - THIS IS PART OF THE OFFICIAL RECORD.***

Filed For Registration: 7/14/2020 2:52 PM
Instrument #: D220167148
APP 13 PGS $63.00

By: Mary Louise Nicholson

D220167148

ANY PROVISION WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

Unofficial Copy

**MARY LOUISE NICHOLSON**
**COUNTY CLERK, TARRANT COUNTY**
**100 W. WEATHERFORD**
**FORT WORTH, TX 76196-0401**

Receipt Time: 07/14/2020 02:52:53 PM    Receipt #: 4434762
Issued To: THE MARX FIRM

**Documents**

| # | Type | # Pages | Quantity | Reference # | Book / Page | Amount |
|---|---|---|---|---|---|---|
| 1 | APP | 12 | 1 | D220167148 | | $63.00 |
| | | | | | Total : | $63.00 |

**Payments**

| # | Type | Payment # | Amount | NSF |
|---|---|---|---|---|
| 1 | CHECK | 9448 | $63.00 | |
| | | Total Payments: | $63.00 | |

THANK YOU

Mary Louise Nicholson
County Clerk
*Recording life's events since 2011*

Unofficial Copy

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOMERSET-LOST CREEK
GOLF Ltd.
4101 LOST CREEK BLVD
ALEDO, TX 76008

9590 9402 5929 0049 2335 98

2. Article Number *(Transfer from service label)*

7020 0640 0000 5785 5856

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt




Unofficial Copy

Unofficial Copy

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ALEDO, TX 76008
OFFICIAL USE

7020 0640 0000 5785 5856

Certified Mail Fee $3.55
$ $2.85
Extra Services & Fees (check box, add fee as appropriate) $0.00
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.00
$
Total Postage and Fees $8.40
$

0202
46
Postmark
Here
07/14/2020

Sent To Somerset - Lost Creek Golf, Ltd.
Street and Apt. No., or PO Box No. 4101 Lost Creek Blvd.
City, State, ZIP+4® Aledo TX 76008

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

MAIN OFC DALLAS
401 TOM LANDRY HWY
DALLAS, TX 75260-9996
482200-0202
(800)275-8777
07/14/2020 05:03 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | $2.00 | $2.00 |
| Domestic ALEDO, TX 76008 Weight:0 Lb 5.10 Oz Estimated Delivery Date Friday 07/17/2020 | | | |
| Certified | | | $3.55 |
| USPS Certified Mail # 70200640000057855856 | | | |
| Return Receipt | | | $2.85 |
| USPS Return Receipt # 9590940259290049233598 | | | |
| Total: | | | $8.40 |

Debit Card Remit'd $8.40
Card Name:VISA
Account #:XXXXXXXXXXXX0863
Approval #
Transaction #:274
Receipt #:038926
Debit Card Purchase:$8.40
Cash Back:$0.00
AID:A0000000980840 Chip
AL:US DEBIT
PIN:Verified

SD

**********************************
Due to limited transportation availability as a result of nationwide COVID-19 impacts package delivery times may be extended. Priority Mail Express® service will not change.
**********************************

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5752-0105-002-00060-05422-02

or scan this code with your mobile device:

or call 1-800-410-7420.

YOUR OPINION COUNTS

Receipt #: 840-57520105-2-6005422-2
Clerk: 46

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

Unofficial Copy

**Tracking Number:** 70200640000057855856

Remove X

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

July 19, 2020
In Transit, Arriving Late

Feedback

**Text & Email Updates**

Confirmation - We Received Your Request
70200640000057855856

Your updates will be sent to:

randy@themarxfirm.com

When new tracking activity is available, you'll get notifications based on your selections.

**Tracking History**

July 19, 2020
In Transit, Arriving Late

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**July 15, 2020, 10:16 pm**
Departed USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**July 15, 2020, 9:26 am**
Arrived at USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**July 14, 2020, 10:42 pm**
Arrived at USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

**July 14, 2020, 4:59 pm**
USPS in possession of item
DALLAS, TX 75260

Feedback

**Product Information**

**See Less**

Unofficial Copy

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

Unofficial Copy

**Tracking Number:** 70200640000057855856

Remove X

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

Feedback

## In-Transit

July 19, 2020
In Transit, Arriving Late

**Text & Email Updates**

Confirmation - We Received Your Request
70200640000057855856

Your updates will be sent to:

randy@themarxfirm.com

When new tracking activity is available, you'll get notifications based on your selections.

**Tracking History**

July 19, 2020
In Transit, Arriving Late

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**July 15, 2020, 10:16 pm**
Departed USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**July 15, 2020, 9:26 am**
Arrived at USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**July 14, 2020, 10:42 pm**
Arrived at USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

**July 14, 2020, 4:59 pm**
USPS in possession of item
DALLAS, TX 75260

Feedback

**Product Information**

**See Less**

Unofficial Copy

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

## Certificate of Formation
## Limited Liability Company

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 803711606 08/05/2020**
**Document #: 987676010002**
**Image Generated Electronically for Web Filing**

**Article 1 - Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

**LC Aledo TX, LLC**

**Article 2 – Registered Agent and Registered Office**

☑ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Incorp Services**

**OR**

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**815 Brazos St, Suite 500 Austin TX 78701**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

**Article 3 - Governing Authority**

☑ A. The limited liability company is to be managed by managers.

**OR**

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **STL Park, LLC**

Address: **13901 Midway Rd 102-243 Dallas TX, USA 75244-75244**

**Article 4 - Purpose**

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below.

**Krista Vassallo** **1755 Wittington Place Suite 340 Dallas TX 75234**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Krista Vassallo**

Signature of Organizer

**FILING OFFICE COPY**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

**Certificate of Formation**
**Limited Liability Company**

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 802734291 05/31/2017**
**Document #: 741272920002**
**Image Generated Electronically for Web Filing**

**Article 1 - Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

**Wall010 LLC**

**Article 2 – Registered Agent and Registered Office**

☑ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**TRWF Lodge LLC**

**OR**

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**13901 Midway Rd**
**Suite 102 Dallas TX 75244**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

**Article 3 - Governing Authority**

☑ A. The limited liability company is to be managed by managers.

**OR**

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **TRWF LLC**

Address: **13901 Midway Rd Suite 102 Dallas TX, USA 75244**

**Article 4 - Purpose**

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below.

**Saskya Bedoya** **13901 Midway Rd Suite 102 Dallas, TX 75244**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Saskya Bedoya**

Signature of Organizer

**FILING OFFICE COPY**

# Guaranty

## Basic Information

Date: September 11, 2019.

Guarantor: Tim Barton.

Guarantor's Mailing Address: 1755 Wittington Place, Suite 340, Dallas, TX 75234

Borrower: WALL009, LLC, a Texas limited liability company.

Borrower's Mailing Address: 1755 Wittington Place, Suite 340, Dallas, TX 75234

Lender: Southern Star Capital, LLC d/b/a Reliance Mortgage Company

Lender's Mailing Address: 5220 Spring Valley Road, Suite 602, Dallas, Texas 75254.

Guaranteed Indebtedness: The debt evidenced by the note dated September 11, 2019, in the original principal amount of $900,000.00, executed by Borrower and payable to the order of Lender, the obligations under the deed of trust executed in connection with the note and any other document executed by Borrower evidencing or securing the note (collectively, the "Loan Documents"), plus all interest, penalties, expenses, attorney's fees, and other collection costs as provided in the Loan Documents.

## Clauses and Covenants

1. Guarantor agrees to pay, when due or declared due, the Guaranteed Indebtedness to Lender at Lender's Mailing Address.

2. Guarantor waives (a) diligence in preserving liability of any person on the Guaranteed Indebtedness and in collecting or bringing suit to collect the Guaranteed Indebtedness; (b) all rights of Guarantor under chapter 43 of the Texas Civil Practice and Remedies Code, section 17.001 of the Texas Civil Practice and Remedies Code, [and] rule 31 of the Texas Rules of Civil Procedure, and sections 51.003, 51.004, and 51.005 of the Texas Property Code]; (c) protest; (d) notice of extensions, increases, renewals, or rearrangements of the Guaranteed Indebtedness; and (e) notice of acceptance of this guaranty, of creation of the Guaranteed Indebtedness, of failure to pay the Guaranteed Indebtedness as it matures, of any other default, of adverse change in Borrower's financial condition, of release or substitution of collateral, of intent to accelerate, of acceleration, and of subordination of Lender's rights in any collateral, and every other notice of every kind. Guarantor's obligations under this guaranty will not be altered nor will Lender be liable to Guarantor because of any action or inaction of Lender in regard to a matter waived or of which notice is waived by Guarantor in the preceding sentence.

3. Guarantor agrees to pay reasonable attorney's fees and other collection costs if an attorney is retained to enforce this guaranty for collection.

4. This guaranty is an absolute, irrevocable, unconditional, and continuing guaranty of payment and performance and not of collection.

5. Lender need not resort to Borrower or any other person or proceed against collateral before pursuing its rights against Guarantor or any other guarantor. Lender's action or inaction with respect to any right of Lender under the law or any agreement will not alter the obligation of Guarantor hereunder. Lender may pursue any remedy against Borrower or any collateral or under any other guaranty without altering the obligations of Guarantor hereunder and without liability to Guarantor, even though Lender's pursuit of such remedy may result in Guarantor's loss of rights of subrogation or to proceed against others for reimbursement of contribution or any other right.

6. Guarantor will remain liable for the Guaranteed Indebtedness even though the Guaranteed Indebtedness may be unenforceable against or uncollectible from Borrower or any other person because of incapacity, lack of power or authority, discharge, or any other reason.

7. Guarantor consents and acknowledges that Guarantor's obligations will not be released by (a) the renewal, extension, or modification of the Guaranteed Indebtedness or any of the Loan Documents; (b) the insolvency, bankruptcy, liquidation, or dissolution of Borrower or any other obligor; (c) the failure of Lender to properly obtain, perfect, or preserve any security interest or lien in any collateral for the Guaranteed Indebtedness; (d) the release, substitution, or addition of any collateral for the Guaranteed Indebtedness; or (e) the failure of Lender to exercise diligence, commercial reasonableness, or reasonable care in the preservation, enforcement, or sale of any of the collateral.

8. Lender need not notify Guarantor that Lender has sued Borrower, but if Lender gives written notice to Guarantor that it has sued Borrower, Guarantor will be bound by any judgment or decree, to the extent permitted by law.

9. Lender may sue any guarantor without impairing Lender's rights against any other guarantor, with or without making Borrower a party. Lender may settle with Borrower or any other guarantor for such amounts as it may elect or may release Borrower or any guarantor or any collateral securing the Guaranteed Indebtedness without impairing Lender's right to collect the Guaranteed Indebtedness from Guarantor.

10. This guaranty binds Guarantor and Guarantor's heirs, successors, and assigns, and it benefits and may be enforced by Lender and Lender's successors in interest. When the context requires, singular nouns and pronouns include the plural. This guaranty will be construed under the laws of the state of Texas, without regard to choice-of-law rules of any jurisdiction. The provisions of this guaranty are severable. If a court of competent jurisdiction finds that any provision of this guaranty is unenforceable, then the remaining provisions will remain in effect without the unenforceable parts.

11. From time to time, at the request of Lender, Guarantor will (i) promptly correct any defect, error or omission which may be discovered in the contents of this Guaranty or in any other Loan Document executed by Guarantor or in the execution or acknowledgment thereof; (ii) execute, acknowledge, deliver and record or file (or cause to be executed, acknowledged, delivered and recorded or filed) such further documents and instruments and perform such further acts and

provide such further assurances as may be necessary, desirable, or proper, in Lender's opinion, (A) to carry out more effectively the purposes of this Guaranty and the other Loan Documents and the transactions contemplated hereunder and thereunder, (B) to confirm the rights created under this Guaranty and the other Loan Documents, (C) to protect and further the validity, priority and enforceability of this Guaranty and the other Loan Documents and the liens and security interests created thereby, and (D) to subject to the Loan Documents any property of Guarantor intended by the terms of any one or more of the Loan Documents to be encumbered by the Loan Documents; and (iii) pay all costs in connection with any of the foregoing.

12. FINAL AGREEMENT: THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

Tim Barton