# EXHIBIT F

**JOYCE W. LINDAUER ATTORNEY, PLLC**
Attorney & Mediator
1412 Main Street, Suite 500
Dallas, Texas 75202
Email: joyce@joycelindauer.com
Email: dian@joycelindauer.com

Telephone No.
(972) 503-4033

Facsimile No.
(972) 503-4034

July 6, 2020

**VIA EMAIL**
ian@ghristlaw.com

Ian Ghrist, Substitute Trustee
Ghrist Law Firm PLLC
2735 Villa Creek Drive, Suite 140
Farmers Branch, TX 75234

**VIA EMAIL**
3739966@gmail.com

David Campbell
Tamamoi, LLC
5060 SW Philomath Blvd., Suite 363
Corvallis, OR 97333

Re: *WALL010 LLC*

Gentlemen:

This letter is being sent in response to your Notice of Trustee's Sale sent to Carnegie Development, LLC related to the loan from Tamamoi, LLC and Deed of Trust on 195.4720 acres as described therein ("Property") and recorded as File number 2019-245 in the real property records of Johnson County, Texas and shall serve as written notice that any attempts to foreclose on the Property will be in violation of the automatic stay that is in place related to the involuntary bankruptcy petition filed against Wall010, LLC ("Alleged Debtor") in the Northern District of Texas (Case No. 20-31134-bjh7). The funds used to purchase such Property included the funds of the Alleged Debtor and who has an interest in the Property and as such, the automatic stay that is in place applies to the Property.

Any and all further correspondence must be directed to our office and not our client directly. Thank you.

Sincerely,

Joyce W. Lindauer