DARRELL W. COOK
State Bar No. 00787279
CATHERINE A. KEITH
State Bar No. 24046193
STEPHEN W. DAVIS
State Bar No. 24066792
DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
214-368-4686
214-593-5713 Telecopy
e-mail: dwcook@attorneycook.com
catherine@attorneycook.com
stephen@attorneycook.com
all@attorneycook.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| | § | |
| WALL007, LLC, et al, | § | CASE NO. 20-31131-hdh7 |
| Alleged Debtors | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance on behalf of FARGO CONSULTANTS, INC., creditor of Debtor herein, pursuant to § 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 9010(b), 2002, 3017(a), and 9007 and file this Notice of Appearance and request for service of documents. All such notices should be addressed to the following persons:

DARRELL W. COOK
State Bar No. 00787279
CATHERINE A. KEITH
State Bar No. 24046193
STEPHEN W. DAVIS
State Bar No. 24066792
DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206

214-368-4686
214-593-5713 Telecopy
e-mail: dwcook@attorneycook.com
catherine@attorneycook.com
stephen@attorneycook.com
all@attorneycook.com

**PLEASE TAKE FURTHER** notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Respectfully submitted this 14th day of October, 2020.

Respectfully Submitted,

DARRELL W. COOK & ASSOCIATES,
A PROFESSIONAL CORPORATION

/s/Darrell W. Cook______________

DARRELL W. COOK
State Bar No. 00787279
CATHERINE A. KEITH
State Bar No. 24046193
STEPHEN W. DAVIS
State Bar No. 24066792
DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION
6688 North Central Expressway
Suite 1000
Dallas, TX 75206
(214) 368-4686
(214) 593-5713 Facsimile

ATTORNEYS FOR CREDITOR
FARGO CONSULTANTS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this the 14th day of October, 2020, I electronically filed the foregoing document with the United States District Court for the Northern District of Texas, using the court's electronic case filing system. The electronic filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept the Notice of Electronic Filing as service of this document by electronic means.

/s/ Darrell W. Cook
DARRELL W. COOK