Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Paul B. Geilich
State Bar No. 07792500
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**WALL010, LLC'S OBJECTION TO MOTION**
**FOR RELIEF FROM STAY**

**TO THE HONORBLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW WALL010, LLC ("Alleged Debtor"), an alleged debtor in the above-styled and numbered bankruptcy case, and files its Objection to Motion for Relief from Stay [Docket No. 86] filed by Tamamoi, LLC, and in support thereof would respectfully show the Court as follows:

1. The Alleged Debtor admits the allegations contained in Paragraph 1 of the Motion.

2. The Alleged Debtor admits the allegations contained in Paragraph 2 of the Motion.

3. The Alleged Debtor admits the allegations contained in Paragraph 3 of the Motion.

4. The Alleged Debtor admits the allegations contained in Paragraph 4 of the Motion.

5. The Alleged Debtor admits the allegations contained in Paragraph 5 of the Motion to the extent documents so provide.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.



**EXHIBIT "2"**

6. The Alleged Debtor admits the allegations contained in Paragraph 6 of the Motion to the extent documents so provide.

7. The Alleged Debtor admits the allegations contained in Paragraph 7 of the Motion to the extent documents so provide.

8. The Alleged Debtor admits the allegations contained in Paragraph 8 of the Motion to the extent documents so provide.

9. The Alleged Debtor denies the allegations contained in Paragraph 9 of the Motion.

10. The Alleged Debtor admits the movant posted the Property for the July 7, 2020 foreclose date as contained in Paragraph 10 of the Motion to the extent documents so provide and otherwise deny the remaining allegations contained in such paragraph.

11. The Alleged Debtor admits the allegations contained in Paragraph 11 of the Motion.

12. The Alleged Debtor admits the allegations contained in Paragraph 12 of the Motion.

13. The Alleged Debtor admits the allegations contained in Paragraph 13 of the Motion.

14. The Alleged Debtor denies the allegations contained in Paragraph 14 of the Motion.

15. The Alleged Debtor denies the allegations contained in Paragraph 15 of the Motion.

16. The Alleged Debtor admits the allegation contained in Paragraph 16 of the Motion that Movant did not foreclose on the Property.

17. The Alleged Debtor denies the allegations contained in Paragraph 17 of the Motion.

18. The Alleged Debtor denies the allegations contained in Paragraph 18.

19. The Alleged Debtor denies the allegations contained in Paragraph 19 of the Motion.

20. The Alleged Debtor denies the allegations contained in Paragraph 20 of the Motion.

21. The Alleged Debtor admits the allegation contained in Paragraph 21 of the Motion that the petitioning creditors are attempting to place the Alleged Debtor into a Chapter 7 liquidation but denies that there is sufficient cause to do so.

22. The Alleged Debtor denies the allegations contained in Paragraph 22 of the Motion.

23. The property is necessary for an effective reorganization of the Alleged Debtor.

24. The equity in the property exceeds the amount of the alleged debts owed.

WHEREFORE, PREMISES CONSIDERED, WALL010, LLC requests that this Court enter an order denying the relief requested in the Motion, and for such other and further relief to which WALL010, LLC may be justly entitled.

Dated: July 31, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Paul B. Geilich
State Bar No. 07792500
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida on behalf of Creditor Tamamoi, LLC and FDRE, Inc.
filings@vidalawfirm.com, legalprokirstin@gmail.com;bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer