Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR TAMAMOI, LLC and FDRE, INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | § | Case No. 20-31131 (HDH) |
| Debtor | § | (Jointly Administered) |
| | § | |

## COMBINED WITNESSES AND EXHIBITS LIST

TAMAMOI, LLC and FDRE, INC. designate the following individuals and documents as witnesses and exhibits respectively in connection with the hearing on the amended motion for relif from stay to be held **10/19/2020 at 9:00 a.m**.

**WITNESSES**

1. David Campbell.
2. Jim Richardson.
3. Nathan D. Riley.
4. Any other witness called by Debtor or any other interested party.
5. Rebuttal witnesses as may be necessary.

1 The entities to be declared debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| EXHIBITS | DESCRIPTION |
|---|---|
| A. | Promissory Note Carnegie to Tamamoi/FDRE<br>Dated 12/28/2018 |
| B. | Deed of Trust Carnegie Tamamoi/FDRE<br>Recorded 1/1/2019 |
| C. | Personal Guarantee by Timothy Barton<br>Dated 12/28/2018 |
| D. | Notice of Intent to Accelerate<br>Dated 4/11/2020 |
| E. | Foreclosure Posting<br>Filed 6/8/2020 |
| F. | Lindauer Letter<br>Dated 7/6/2020 |
| G. | Lindauer E-mail<br>Dated 7/7/2020 |
| H. | Promissory Note Carnegie to WALL007<br>Dated 7/16/2018 |
| I. | Written Consent in Lie of Special Meeting<br>Dated 12/30/2018 |
| J. | Special Warranty Deed Carnegie to WALL007<br>Dated 1/14/2019 |
| K. | Appraisal Report<br>Dated 10/6/2020 |

Movant reserves the right to amend this document.

Respectfully submitted:

By: /s/ Behrooz P. Vida October 15, 2020
Behrooz P. Vida
State Bar No. 20578040

THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
info@vidalawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to the parties indicated below.

WALL007 LLC, Debtor — VIA US MAIL
13901 Midway Rd., Ste. 102
Dallas, TX 75244

Jiangang Ou — VIA ECF
Nguyen & Chen LLP
11200 Westheimer Road, Suite 120
Houston, TX 77042

Stephen M. Packman — VIA ECF
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103

Joyce W. Lindauer — VIA ECF
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202

Dee J. Kelly, Jr. — VIA ECF
Katherine T. Hopkins
Joakim G. Soederbaum
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

| | |
|---|---|
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

By: /s/ Behrooz P. Vida October 15, 2020
Behrooz P. Vida