# EXHIBIT G

**From:** Ian Ghrist
**To:** David Campbell (david@hasslefreecashflowinvesting.com); Jim Richardson; Behrooz Vida; tamsyn@hasslefreecashflowinvesting.com
**Subject:** FW:
**Date:** Tuesday, July 7, 2020 9:56:12 AM

---

-----Original Message-----
From: Joyce Lindauer <joyce@joycelindauer.com>
Sent: Tuesday, July 7, 2020 9:55 AM
To: Ian Ghrist <Ian@ghristlaw.com>
Cc: Vance McMurry <vance_mcmurry@hotmail.com>
Subject: RE:

I saw several he sent you last night in an email Check your emails again If your client does foreclose I am told that a suit for wrongful foreclosure sale and stay violations will be filed So I would consider resetting and working something out
Thanks

-----Original Message-----
From: Ian Ghrist <Ian@ghristlaw.com>
Sent: Tuesday, July 7, 2020 9:51 AM
To: Joyce Lindauer <joyce@joycelindauer.com>
Subject: RE:

Good morning,

I was told that I would be getting some documentation explaining how a bankruptcy of Wall010 could affect the borrower on the loan?

The only email I got from Mr. McMurray said that he didn't have his documents with him. So, I assume he would be trying to get them?

-Ian

-----Original Message-----
From: Joyce Lindauer <joyce@joycelindauer.com>
Sent: Monday, July 6, 2020 9:48 PM
To: Ian Ghrist <Ian@ghristlaw.com>
Subject:

Need an update or I am told to file bankruptcy petition Thanks Joyce Lindauer

Sent from my iPhone