Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR TAMAMOI, LLC and FDRE, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | § | Case No. 20-31131 (HDH) |
| Debtor | § | (Jointly Administered) |
| | § | |

## NOTICE HEARING
## FOR OCTOBER 19, 2020 AT 9:30 A.M. (CST)

PLEASE TAKE NOTICE that the following matter has been set for hearing on October 19, 2020 @ 9:30 A.M.(CST) (the "Hearing") before the Honorable Harlin D. Hale, United States Bankruptcy Judge, Earle Cabell Federal Building, 1100 Commerce St., 14th Floor, Courtroom #3 Dallas, Texas 76102., pursuant to the Court's Local Rules.

1. Hearing on Amended Motion for Relief from Stay [Docket No. 179].
2. In the event this hearing is conducted by video conference or telephone, instructions will be provided in advance of the hearing to all participants.
3. The hearing will be conducted via Webex. The Webex hearing link has been posted to Judge Hale's webpage and may be accessed here:

1 The entities to be declared debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates

4. Webex Information and Tips have been attached has an Exhibit.

PLEASE TAKE FURTHER NOTICE that all pleadings in these Bankruptcy Cases, including proposed orders and exhibits, are available on the Bankruptcy Court's website at https://ecf.txnb.uscourts.gov/.

By: /S/ Behrooz P. Vida__ October 16, 2020
Behrooz P. Vida
State Bar No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the above was served through electronic mail pursuant to the Electronic Case Management system of the United States Bankruptcy Court for the Northern District of Texas to all parties authorized to receive such service on October 14, 2020 and to all other parties by First Class Mail, postage prepaid.

By:/S/Behrooz P. Vida__ October 16, 2020
Behrooz P. Vida