Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**MOTION TO CONTINUE HEARING**

**TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT:**

COMES NOW WALL010, LLC, et al. ("Alleged Debtor"), an Alleged Debtor in the above-styled and numbered case, and files this its *Motion to Continue Hearing*, and would respectfully show the Court as follows:

1. An involuntary petition under Chapter 7, Title 11, of the United States Bankruptcy Code was filed against the Alleged Debtor on April 8, 2020.

2. On July 17, 2020, TAMAMOI, LLC filed its Motion for Relief from Stay [Docket No. 86] and Movant's Affidavit in Support of Its Motion for Relief from Automatic Stay [Docket No. 87]

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

3. On July 31, 2020, the Alleged Debtor filed WALL010, LLC's Objection to Motion for Relief from Stay [Docket No. 120]. On August 3, 2020, the Alleged Debtor filed the Declaration of Timothy Barton [Docket No. 121]. On August 5, 2020, the Alleged Debtor filed the Supplemental Declaration of Timothy Barton [Docket No. 123].

4. On October 7, 2020, TAMAMOI, LLC filed its Amended Motion for Relief from Stay [Docket No. 179]. For the first time TAMAMOI, LLC raised the issue of value in their Motion. But other than discussing value they did not attach any appraisal or new Affidavit to their Amended Motion. Which the Alleged Debtor would then have the opportunity to review. In fact they interjected a new issue into the proceedings a little over one week before the hearing on the Original Motion. No hearing has been set on the Amended Motion.

5. On October 14, 2020, the Alleged Debtor filed WALL010, LLC's Objection to Amended Motion for Relief from Stay [Docket No. 185]. On the same date the Alleged Debtor filed its Exhibit and Witness List again oblivious of any appraisal being prepared and provided.

6. On October 15, 2020, at 3:20 p.m. - Late, TAMAMOI, LLC filed its witness and exhibit list [Docket No. 187]. On October 15, 2020, at 4:10 p.m., TAMAMOI, LLC filed the exhibits referenced in its witness and exhibit list.

7. The exhibits filed by TAMAMOI, LLC included an appraisal of the Alleged Debtor's property. This appraisal had not previously been provided to the Alleged Debtor or its counsel. Only in the Amended Motion for Relief from Stay [Docket No. 179] was value for the first time actually discussed. The Amended Motion makes no mention of there being an appraisal.

8. The Alleged Debtor believes that it would be in the best interest of the Alleged Debtor and its estate to continue the hearing to allow the Alleged Debtor and its counsel to review the appraisal and to obtain its own appraisal of the property since value now seems to be at issue.

9. The Alleged Debtor requests that this Court continue the hearing for thirty (30) days.

WHEREFORE, PREMISES CONSIDERED, the Alleged Debtor respectfully requests that this Court enter an Order continuing the hearing for thirty (30) days, and for such other and further relief to which the Alleged Debtor may be justly entitled.

Dated: October 16, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090Joyce W. Lindauer
Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR ALLEGED DEBTORS

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 16, 2020, I emailed Behrooz Vida, counsel for TAMAMOI, LLC, regarding the requested continuance. Mr. Vida has not responded to the request.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 16, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Darrell Wayne Cook on behalf of Creditor Fargo Consultants, Inc.
dwcook@attorneycook.com, all@attorneycook.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Steven C. Metzger
smetzger@pmklaw.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
Ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida
filings@vidalawfirm.com; legalprokirstin@gmail.com; bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer