**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ORDER GRANTING ALLEGED DEBTOR'S**
**MOTION TO CONTINUE HEARING**

CAME ON FOR CONSIDERATION the Alleged Debtor's Motion to Continue Hearing filed by WALL010, LLC (the "Alleged Debtor"), an Alleged Debtor in the above-styled and numbered cause, and the Court having reviewed the Motion finds good cause to grant same. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the hearing on the Amended Motion for Relief from Stay [Docket No. 179] filed by TAMAMOI, LLC be and hereby is continued to ____ ______________________________________.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Attorneys for Alleged Debtors

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.