# EXHIBIT D

GHRIST
LAW

April 11, 2020

Carnegie Development
1201 Orange St #600
Wilmington DE 19899
Sent Via Regular Mail and CMRR# 7019 1640 0001 9056 6290

Re: *NOTICE OF INTENT TO ACCELERATE AND NOTICE TO CURE*

Property: Being a 195.4720 acre tract of land situated in the John N. Ely survey, abstract No. 261, Johnson County, Texas and being all that certain called 195.501 acre tract of land described in deed from Randolph M. Roten and Lisa Renne Roten to BSAG Properties Ltd. and recorded in Volume 4444, Page 156 of the Real Property Records of Johnson County, Texas (address of collateral secured by note) – Default on Note Secured by Deed of Trust Recorded in the Real Property Records of Johnson County, Texas Under Instrument Number 2019-245

Greetings,

Ghrist Law Firm represents FDRE, Inc, your loan servicing company, and Tamamoi, LLC and FDRE, Inc., the noteholder on the note and the beneficiary of the deed of trust (collectively referred to herein as "Lender"). We have been authorized by the foregoing to initiate legal proceedings in connection with the collection of a debt associated with the deed of Trust (the "Debt"). This letter is formal notice of the following:

The noteholder has declared this account to be in default. **If default has not been cured within twenty-four (24) days, then the Mortgagee intends to accelerate the maturity date of the Note evidencing the loan and to declare all sums and installments thereunder immediately due and payable**. The property will then be scheduled for foreclosure sale according to the terms of the Deed of Trust and the laws of the State of Texas. Notwithstanding anything else herein to the contrary, this notice shall serve as proper notice under Texas Property Code § 51.002(d) and debtor shall have the full cure period opportunity provided for by the Texas Property Code.

To avoid acceleration, foreclosure, and further legal proceedings related to default, you must timely cure all default, including but not limited to the following defaults:

GHRIST
LAW

- Payment default must be cured on this account and on the accounts of all senior lienholders, if any.

- If cure of the foregoing default(s) is not timely made, then the noteholder secured by the Deed of Trust referenced above intends to accelerate the note and to commence foreclosure proceedings.

- The presence of default necessitated the placement of this note for collections with Ghrist Law Firm PLLC to commence legal proceedings **for which a legal fee of $257.00 was incurred and has been added to your account**. Further legal fees will accrue as additional notices are sent and the account is prepared for a foreclosure auction.

Because the amount of interest and other charges may vary from day to day, the amount due on the day that you pay may vary. Please contact FDRE, Inc for current arrearage numbers good through the date that you intend to cure payment default. This account will accrue additional legal fees for posting of foreclosure notices and for the foreclosure itself. The lender intends to foreclose upon the property due to the default.

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THE ABOVE-REFERENCED DEBT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE.

You may contact us here:

Ghrist Law Firm
2735 Villa Creek Drive, Suite 140
Farmers Branch, Texas 75234
(817) 778-4136
ian@ghristlaw.com

ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.

GHRIST
LAW

In this communication, you have been provided with the name of the creditor or creditor's agent to whom the debt is owed, and the address of that creditor or creditor's agent. Unless, within thirty days after receipt of this notice, the debtor hereunder disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid. If the debtor notifies the undersigned in writing within the thirty-day period that the debt, or any portion thereof, is disputed, then we will obtain verification of the debt and a copy of such verification will be mailed to the consumer. Upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, current creditor, creditor's agents, current amount of debt, or such other information as the consumer may reasonably request. Please make the foregoing requests in writing to the undersigned.

Sincerely,

Ghrist Law Firm

By:____________________
Ian Ghrist
Attorney

2735 Villa Creek Drive, Suite 140 Farmer's Branch, Texas 75234 www.ghristlaw.com
Phone (817) 778-4136 Fax (817) 900-2863 ian@ghristlaw.com

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7019 1640 0001 9056 6290

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees

Postmark Here

NOI

**Carnegie Development**
**1201 Orange St #600**
**Wilmington DE 19899**

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### *Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**