Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Paul B. Geilich
State Bar No. 07792500
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**DECLARATION OF TIMOTHY BARTON**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

1. "My name is Timothy Barton. I am an Officer and Representative of the Managing Member of the Alleged Debtors, and make this Declaration in support of *WALL010, LLC's Objection to Motion for Relief from Stay* (the "Objection") filed by Tamamoi, LLC.

2. The statements made herein are all true and correct and I have personal knowledge of the facts stated herein.

3. The Alleged Debtor acknowledges that the Petitioning Creditors are attempting to place the Alleged Debtor into a Chapter 7 liquidation but denies that there is sufficient cause to do so.

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.



**EXHIBIT "3"**

4. The property in which the Alleged Debtor claims an interest is necessary to the Alleged Debtor's continued operations. Significantly the Alleged Debtor contends it has equity in the real property.

5. The reason the Alleged Debtor ceased making payments to the secured creditors was the filing of the involuntary cases.

6. I can arrange payments to the secured creditors in order to adequately protect their interests along with equity in the real property. Because of the involuntary bankruptcy filings the Alleged Debtor has been hampered in refinancing and/or selling its property because it has the cloud of the bankruptcy over it. Even if the stay were lifted the Alleged Debtor would still be constrained by the filings which have severely impacted the ability of the Alleged Debtor to arrange financing or sale to pay the secured creditors.

7. Once the bankruptcy cases are dismissed the Alleged Debtor will be able to work out a payment arrangement for the secured creditors, financing or a sale.

8. I declare under penalty of perjury that the statements contained herein and in the Objection are within my personal knowledge and are true and correct.

Executed this 3rd day of Auguts, 2020

Timothy Barton
Officer and Representative of the
Managing Member of the Alleged Debtor
WALL010, LLC