Valbridge
PROPERTY ADVISORS

High Point Center
12225 Greenville Avenue
Suite 490
Dallas, Texas 75243
(214) 446-1611 phone
valbridge.com

November 9, 2017

Mr. Allan Scharton
Liberty Bankers Life Insurance Company
1605 LBJ Freeway, Suite 710
Dallas, TX 75234

RE: Appraisal Report
101 Acres of Land
Northern side of CR 501, 2,300 feet west of Highway 157
Venus, Johnson County, Texas 76084

Dear Mr. Scharton:

In accordance with your request, we have performed an appraisal of the above referenced property. This appraisal report sets forth the pertinent data gathered, the techniques employed, and the reasoning leading to our value opinions. This letter of transmittal is not valid if separated from the appraisal report.

The subject property, as referenced above, is located on the north side of CR 501, 2,300 feet west of Highway 157 and is further identified as Assessor's Parcel Numbers (APN) 126.0358.00060 & 126.0358.00070. The subject is a 101.505-acre or 4,421,538-square-foot site. The subject property consists of 101.5045 acres that will be developed into single family residential lots. There will be 33 1-acre lots on 36 acres. The remaining 65.5045 acres is vacant land. However, we will provide the value as if the 65 acres will be platted, entitled and approved.

We developed our analyses, opinions, and conclusions and prepared this report in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Foundation; the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute; the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA); and the requirements of our client as we understand them.

The client in this assignment is Liberty Bankers Life Insurance Company and the intended user of this report is Liberty Bankers Life Insurance Company and no others. The intended use is for loan underwriting and-or credit decisions and no other use. The value opinions reported herein are subject to the definitions, assumptions and limiting conditions, and certification contained in this report.



EXHIBIT "7"

The acceptance of this appraisal assignment and the completion of the appraisal report submitted herewith are subject to the General Assumptions and Limiting Conditions contained in the report. The findings and conclusions are further contingent upon the following extraordinary assumptions and/or hypothetical conditions which might have affected the assignment results:

## Extraordinary Assumptions:

- None pertaining to this assignment

## Hypothetical Conditions:

- We assume the development of the proposed lots will be completed in good workmanlike manner, and completed according to the timeline provided and presented in this report.

Based on the analysis contained in the following report, our value conclusions are summarized as follows:

**Value Conclusions**

| Component | As Is of 101.5 Acres | As If 65.5 Acres is Entitled | Prospective Upon Completion of 36 Acres |
|---|---|---|---|
| Value Type | Market Value | Market Value | Market Value |
| Property Rights Appraised | Fee Simple | Fee Simple | Fee Simple |
| Effective Date of Value | November 1, 2017 | November 1, 2017 | October 1, 2018 |
| **Value Conclusion** | **$2,980,000** | **$2,330,000** | **$1,670,000** |
| | **$29,358 per acre** | **$35,573 per acre** | **$50,606 per lot** |

Respectfully submitted,
Valbridge Property Advisors | Dallas

Jason Wagner, MAI
Senior Appraiser
Texas License #TX-1380458-G
jwagner@valbridge.com

Tim Brennan, MAI
Managing Director
Texas License #TX-1321906-G
tbrennan@valbridge.com

Mike Divin, MAI
Senior Managing Director
Texas License #TX-1320831-G
mdivin@valbridge.com

© 2017 VALBRIDGE PROPERTY ADVISORS | DALLAS

# Summary of Salient Facts

## Property Identification

| | |
|---|---|
| Property Name | 101 Acres of Land |
| Property Address | Northern side of CR 501, 2,300 feet west of Highway 157<br>Venus, Johnson County, Texas 76084 |
| Latitude & Longitude | 32.443036, -97.119331 |
| Tax Parcel Numbers | 126.0358.00060 & 126.0358.00070 |
| Property Owners | Wall LLC |

## Site

| | |
|---|---|
| Zoning | Not Zoned |
| FEMA Flood Map No. | 48251C0225J & 48251C0250J |
| Flood Zone | Zone X (unshaded) |
| Primary Land Area | 101.505 acres |

## Proposed Improvements

| | |
|---|---|
| Property Use | Subdivision-Residential Land |
| Number of Lots | 33 on 36.0 acres |
| As Entitled Lots | 291 on 65.5 acres |

## Valuation Opinions

| | |
|---|---|
| Highest & Best Use - As Vacant | Single family residential |
| Highest & Best Use - As Improved | Single family residential |
| Reasonable Exposure Time | 12 months |
| Reasonable Marketing Time | 12 months |

## Value Indications

| Approach to Value | As Is of 101.5 Acres | As If 65.5 Acres is Entitled | Prospective Upon Completion of 36 Acres |
|---|---|---|---|
| Land Only - Sales Comparison | $2,980,000 | $2,330,000 | |
| Cost | N/A | N/A | |
| Sales Comparison | N/A | N/A | |
| Income Capitalization | | | |
| Direct Capitalization | | | N/A |
| Yield Capitalization (DCF) | | | $1,670,000 |
| Reconciled Income Capitalization | | | $1,670,000 |

## Value Conclusions

| Component | As Is of 101.5 Acres | As If 65.5 Acres is Entitled | Prospective Upon Completion of 36 Acres |
|---|---|---|---|
| Value Type | Market Value | Market Value | Market Value |
| Property Rights Appraised | Fee Simple | Fee Simple | Fee Simple |
| Effective Date of Value | November 1, 2017 | November 1, 2017 | October 1, 2018 |
| **Value Conclusion** | **$2,980,000** | **$2,330,000** | **$1,670,000** |
| | **$29,358 per acre** | **$35,573 per acre** | **$50,606 per lot** |

Our findings and conclusions are further contingent upon the following extraordinary assumptions and/or hypothetical conditions which might have affected the assignment results:

## Extraordinary Assumptions:

- We assume the development of the proposed lots will be completed in good workmanlike manner, and completed according to the timeline provided and presented in this report.

## Hypothetical Conditions:

- None pertaining to this assignment.

# Aerial and Front Views

**AERIAL VIEW**



## FRONT VIEW



Valbridge
PROPERTY ADVISORS



# Location Map




© 2017 VALBRIDGE PROPERTY ADVISORS | DALLAS

# Introduction

## Client and Intended Users of the Appraisal

The client in this assignment is Liberty Bankers Life Insurance Company and the intended user of this report is Liberty Bankers Life Insurance Company and no others.

## Intended Use of the Appraisal

The intended use of this report is loan underwriting and-or credit decisions and no other use.

## Real Estate Identification

The subject property is located at northern side of CR 501, 2,300 feet west of Highway 157, Venus, Johnson County, Texas 76084. The subject property is further identified by Assessor Parcel Numbers 126.0358.00060 & 126.0358.00070. The subject property consists of 101.5045 acres that will be developed into single family residential lots. There will be 33 1-acre lots on 36 acres. The remaining 65.5045 acres is vacant land. However, we will provide the value as if the 65 acres will be platted, entitled and approved.

## Legal Description

Being 101.505 acres, further described as situated in the John Haigler Survey, Abstract No. 358, City of Venus, Johnson County, Texas.

## Use of Real Estate as of the Effective Date of Value

As of the effective date of value, the subject was vacant land.

## Use of Real Estate as Reflected in this Appraisal

The subject is a subdivision-residential land property.

## Ownership of the Property

According to contract of sale and tax records, title to the subject property is vested in Wall LLC.

## History of the Property

Ownership of the subject property has changed within the past three years. The current owner acquired the subject property on July 10, 2017 for a reported consideration of $2,900,000. The grantor was Lynco Ventures, LLC, according to the deed. The recording number was 2017-16584. When appropriate, we have considered and analyzed the known history of the subject in the development of our opinions and conclusions.

## Listings/Offers/Contracts

There have been offers to purchase the subject property. Endeavor Wall Homes, LLC has offered to purchase the 33 paper lots of the subject property from the owner, for an initial price of $57,000 per lot, with a 6% annual increase for the subsequent 3 quarters of 7 lots. According to the contract of sale, the seller is responsible for all roll-back taxes. When appropriate, we have considered and analyzed the known history of the subject in the development of our opinions and conclusions.

© 2017 VALBRIDGE PROPERTY ADVISORS | DALLAS