**BETENBOUGH & ASSOCIATES**
853 Sandy Hill Rd.
Millsap, Texas 76066

**Mike Anderson** June 26, 2019
Southern Star Capital LLC
Reliance Mortgage Company / Company NMLS#370420
5220 Spring Valley Rd, Suite 602
Dallas, TX 75254

Re: Unimproved Vacant Land
A. 46.70 acres, CR 109
B.150.43 acres, CR 213 / CR 110
Venus, TX 76084

**BORROWER:** Carnegie Development, LLC

Dear Client;

**SCOPE OF WORK:**
In accordance with your request, I have completed a brief investigation and analysis necessary to form an Opinion of Value on the subject property within the parameters you have requested. The scope of this assignment is to inspect the subject property with reference to current market conditions and consider the subject as one contiguous tract of land (which has residential use potential). Also, to develop a market value of the "Fee Simple Interest" of the land (as if vacant). The subject tracts are located south of Hwy 67, north of CR 109, and east of CR 213, Venus, Texas.

Fee Simple Interest, defined as "an absolute ownership unencumbered by any other interest or estate", are the property rights estimated. The market value for the subject as defined by federal regulations is estimated by application of the District Sales Comparison Approach. The following value conclusions are offered in a Restricted Appraisal Report format.

I have performed a visual inspection of the subject property. I have researched, verified, & analyzed data from what I believe to be reliable public and/or private sources, such as the Regional Multiple Listing Service, Title Companies, local realtors, and tax records. I have reported my analysis, opinions, & conclusions in this report. The extent of analysis applied to this assignment may be further imparted within the report, the appraiser's certifications, and/or any other statement of limiting conditions. This report contains several assumptions and data available to the appraiser not included or discussed in this report.

The subject value estimate which follows is specifically formed by an application of the Direct Sales Comparison Approach. This is considered the most reliable approach which strongly reflects the actual decisions and judgments of buyers & sellers of vacant land. The Cost and/or Income Approach was not considered viable.



**EXHIBIT "8"**

Southern Star Capital
Dallas, TX

**PURPOSE/CLIENT/INTENDED USER:**
This report is intended for mortgage loan purposes and is for the exclusive use of Southern Star Capital (The Client). Use of this report by any additional parties is not intended or authorized by the appraiser.

The subject sites were inspected on June 26, 2019 and consideration has been given to the following factors which were requested by the client and discovered upon recent inspection of the subject property.
**NOTE!** This report will have two estimated values;
1. Undeveloped Raw Land ("As Is")
2. Entitled Value (Platted, Zoned, and ready for development)

**SUBJECT DESCRIPTIONS:**
**A.** One contiguous tract containing appx 46.7 (net) acres of land, rectangular in shape, and has appx 843' of road frontage along County Road 109. The property has slightly rolling terrain, no fences, and is currently being used as agriculture land. There is a 100' power line easement across the south part of the property (see survey plat). This easement contains metal power line towers which cause some negative marketing & development conditions. The property is located close to the Venus school complex that includes elementary, middle, and high schools. Football stadium, baseball fields, and other sports facilities are located within the immediate area. Also, CR 109 leads to CR 213 which provides access to Hwy 67.

**B.** One contiguous tract containing appx 150.43 (net) acres of land, appx square in shape, and has an abundance of road frontage on two sides (CR110 & CR213). Due to the abundance of road frontage, the subject could easily be subdivided into smaller tracts for resale. This property is also located outside Venus city limits and zoning controls. NOTE! There is an older house and some improvements located on the property. However, they have very little or no contributory value to the overall value of the property.

**UTILITIES:**
The subject property has access to utilities such as phone service & electricity, but does not currently have city water or sewer. Tract B has water & septic at the residence.

NOTE! As indicated by the attached map (provided by the Community Development Director of the City of Venus), proposed water/sewer lines are shown to go by both properties.

Southern Star Capital
Dallas, TX

**LEGAL DESCRIPTIONS:**
**A.** 47.86 acres located in the Jackson Smith Survey, A-758, Johnson County, Texas.
**B.** 153.94 acres located in the BBB & C RR CO Survey, A-93, Johnson County, Texas.

**FLOOD ZONE INFORMATION:**
FEMA Map No 48251C0250 J / Effective Date – 12/04/2012
It appears that the subject property is located in Zone X, outside the 100 year flood plain.

**PROPERTY TAXES:**
See Attached

**OWNERSHIP HISTORY & SALE ACTIVITY:**
Johnson County tax records indicate the current owner as Ldg001 LLC. The property is currently under consideration for purchase by the borrower. No copy of a contract was provided. See attached tax reports for ownership chain.

**ZONING:**
According to the City of Venus, both properties are located outside city limits & zoning restrictions, and have not yet been platted.

**HIGHEST & BEST USE:**
The subject property is located in an area of mixed use properties. A feasibility study has not been conducted to determine exact usage demands. However, visibility, size, frontage, and possible zoning, indicate the highest & best use could be some form of residential development.
A feasibility study would determine which particular lot size would be the most profitable (among alternatives) that would be legally permissible, physically possible, and economically feasible.

**MARKET CONDITIONS:**
Overall economic conditions have stabilized within the last six+ years and residential demand has trended upward. It appears sales of prospective developmental properties have increased due to increased demand, and values within the subject market area have stabilized and could be trending upward. However, some data indicates sales have dropped some within the last year. As long as the overall economy remains strong (or improves), property values within the area should remain favorable. Again, values & marketability are greatly influenced by the overall & local economies.

Southern Star Capital
Dallas, TX

**MARKET AREA:**
The subject market area would be considered as the eastern half of Johnson County, western half of Ellis County, SE quadrant of Tarrant County, and the SW part of Dallas County, Texas.

**ENVIRONMENTAL:**
Upon inspection, no containers of suspicious fluids, chemicals, hazardous materials or environmentally unsafe products were noticed. However, I am not an environmental specialist and not qualified to detect the presence of hazardous or toxic materials. Owners & lenders are advised to retain the services of qualified experts to determine the presence of these materials in addition to determining the cost of complying with applicable "clean up" requirements. Owners & lenders should consult with legal counsel and qualified environmental experts to determine what provision, if any, they may require to be included in transaction documents pertaining to the subject property.

**EXTRAORDINARY EXCEPTIONS (Entitled conditions for Tracts A&B):**
Final Value as determined in this report is subject to the following conditions and extraordinary assumptions;
1. Subject sites contain at least amount of acreage shown in this report.
2. There are no adverse easements, encroachments, or special assessments.
3. There are no prohibitive legal conditions that would limit the development of the subject property in such a way as to limit its use & enjoyment.
4. The subject property is located outside any flood zone area.
5. Water & sewer will be located at the subject properties (provided by City of Venus).

NOTE! Existing mineral rights, leasing rights, and/or any other rights pertaining to oil, gas, water, wind, and/or any other source of energy exploration or storage, was not considered in the valuation process of this report.

Southern Star Capital
Dallas, TX

**MARKET APPROACH:**
After research with; local realtors, tax information, other appraisers, data reporting agencies, and other appraisal reports completed on similar properties, all applicable information has been considered and a value conclusion arrived at.
The projected value of the subject property is defined by comparison of the subject land and improvements to the comparable sales.

**1.** "As Is" value analysis of Tracts A & B:
Four market sales were found located within the subject neighborhood and market area that could be considered possible market alternatives to the subject. These sales ranged from $7,500/acre to $18,986/acre. Median sale was $15,472/acre and the Average sale was $14,358/acre. Sale 3 was the most recent sale but had very little frontage. Sale #1 is most similar to Tract B in size but had no utilities or water source. Sale #4 is most similar to Tract A in size, but has very little road frontage
NOTE! Tract size ranged from 24 to 300 acres;
Median size – 62.5 acres, Average size – 112.3 acres.
NOTE! These size comparisons are slightly eschewed due to extreme on each end.

Considering all of the above market data, including characteristics such as location, size, frontage, neighboring properties, and factors such as marketing time, current marketing conditions, I feel Tract A should fall within the upper part of the value range, and Tract B should fall within the middle to upper part of the value range (mainly due to size).
NOTE! The larger the property (unit) is, the pool of prospective purchasers become smaller. Due to less competition, larger units typically have less value per unit as compared to similar smaller units. However, Tract B has an abundance of road frontage (two sides) and could easily be subdivided, and sold, in smaller tracts.
Active listings are attached to this report.

**A.** 46.7 acres x $18,986 = $ 887,000
**B.** 150.3 acres x $18,000 = $2,705,000
TOTAL $3,592,000

**2.** "Entitled" value analysis of Tracts A & B:
NOTE! After consultation with several developers, a reasonable formula for valuing properties that have been zoned, platted, and approved by a city was extracted. All developers contacted said that platting a property increases land value by 40 to 60 percent (depending on size, property characteristics, and location).

By applying this formula to the subject raw land value, an "entitled" value range of the two tracts was extracted;
**A.** $1,242,000 - $1,419,000
**B.** $3,787,000 - $4,328,000

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| Eff. Date of the Report: | June 26, 2019 |
| Location: | A. CR 109<br>B. CR 213 / CR 110 |
| Legal Description: | 1. Jackson Smith Survey,<br>2. BBB & C RR CO Survey<br>Full Descriptions attached |
| Land Size: | A. 46.70 acres<br>B. 150.43 acres |
| Zoning: | None |
| Flood Hazard Info: | Neither tract appears to be located in the 100 Year Flood Zone. |
| Highest & Best Use: | Residential<br>(Subject To Feasibility Study) |

**ESTIMATED FINAL VALUES:**
Raw Land Value $3,592,000
Entitled Value Range $3,787,000 - $4,328,000

Respectfully,

______________________________
Vin Betenbough
State Certified General/TX-1323636-G

## COMPARABLE LAND SALES

COMPARABLE SALE NO. 1

| | |
|---|---|
| LOCATION: | CR 506<br>Venus, TX |
| USE: | Agriculture |
| DATE OF SALE: | 09/07/2018 |
| SALES PRICE: | $750,000 |
| SITE SIZE: | 100 acres |
| UNIT SALES PRICE: | $7,500/acre |
| COMMENTS: | Located about one mile north of Hwy 67. All agriculture land, no city utilities or water at the site.<br>MLS#13862070 DOM-70 |

COMPARABLE SALE NO. 2

| | |
|---|---|
| LOCATION: | FM 1387<br>Midlothian, TX |
| USE: | Agriculture/Residential |
| DATE OF SALE: | 12/30/2017 |
| SALES PRICE: | $5,700,000 |
| SITE SIZE: | 300.2 acres |
| UNIT SALES PRICE: | $18,986/acre |
| COMMENTS: | Has city utilities, zoned PD but will need to be rezoned, had not been platted.<br>MLS#13477222 DOM-24 |

COMPARABLE SALE NO. 3

| | |
|---|---|
| LOCATION: | 9560 CR 109<br>Alvarado, TX |
| USE: | Agriculture |
| DATE OF SALE: | 05/13/2019 |
| SALES PRICE: | $325,000 |
| SITE SIZE: | 24 acres |
| UNIT SALES PRICE: | $13,536/acre |
| COMMENTS: | Outside city limits, has co-op water, co-op electric. very little road frontage.<br>MLS#13941115 DOM-215 |

COMPARABLE SALE NO. 4

| | |
|---|---|
| LOCATION: | TBD McAlpin Rd<br>Midlothian, TX |
| USE: | Agriculture/Residential |
| DATE OF SALE: | 04/12/2018 |
| SALES PRICE: | $435,000 |
| SITE SIZE: | 24.99 acres |
| UNIT SALES PRICE: | $17,408/acre |
| COMMENTS: | Located in city limits, but no city water/sewer at the site, zoned residential, & has very little road frontage.<br>MLS#13698583 DOM-309 |

NOTE! Active listings are attached to this report.

## CARL VIN BETENBOUGH

**PROFESSIONAL ASSOCIATIONS & DESIGNATIONS:**
State Certified General Real Estate Appraiser/TX-1323636-G
Texas Real Estate Commission/License #0252070 (Brokers)

**CLIENT LIST:**
Appraisals prepared for mortgage loan purposes on all types of real estate and have been or currently approved by:
-Allied Home Mortgage Capital-Beneficial Texas Inc.-Efast Funding LLC
-Pinnacle Bank – Keene & Azle, Texas
-USRES-Mortgage Information Services-Flagstar
-Nations Valuation Services-National Real Estate Information Services
-Source One Services-Texas Mortgage Authority-US Real Estate Services
-Community National Bank/Fort Worth, Burleson, Weatherford
-First National Bank of Weatherford
-Justin State Bank – Justin, Texas

**EDUCATION:**
Texas Tech University: Bachelor of Business Administration
Lincoln Graduate Center: Principles of Appraisal, Practices of Appraisal,
University of Saint Thomas: Texas Real Estate Update, Real Estate Investments and Real Estate Finance.
Texas A&M University/Commerce: USPAP &Techniques of Income Property Appraisal.
The Columbia Institute: Write It Right, Residential Sales Comparison-The Adjustment Process, Constructing The Professional Report, Property Inspection, Square Foot Calculations, 2018-2019 USPAP Update.

Continuing Education Providers: Completed all requirements for state appraisal certification renewal through 2020, including USPAP and other appropriate courses. I have also attended and completed various seminars and association meetings related to the appraisal/real estate industry.

**EXPERIENCE:**
Began Fee Appraisal in 1986, I have successfully completed all required continuing education and field work for the above described certification & license.

## CERTIFICATIONS & LIMITING CONDITIONS

I, the undersigned, certified that to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The report analysis, opinions, and conclusions are limited only by the reported assumptions & limited conditions, and are my personal, unbiased professional analysis, opinions and conclusions.
- I have no present or prospective interest in the property that is the subject of this report. I have no personal interest or bias with respect to the parties involved.
- My compensation is not contingent on an action or event resulting from the analysis, opinions, or conclusions derived from this report. Also, employment of the appraiser was not conditional upon the appraisal producing a specific value or the approval of a loan.
- My analysis, opinions, and conclusions were developed and prepared in conformity with the **Uniform Standards of Professional Appraisal Practice** that was in place on the date of this report. The **SCOPE OF WORK** was clearly stated.
- Vin Betenbough has made a personal inspection of the property that is the subject of this report.
- No one provided significant professional assistance to the person or persons signing this report.
- I will not disclose any contents of this report except as provided for the report itself.
- I have noted in this report any adverse conditions, (Needed Repairs, Hazardous wastes, etc…) observed during the inspection of the subject property or have become aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, I have no knowledge of any hidden or unapparent conditions that would make the property more or less valuable. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

Vin Betenbough
State Certified/General TX-1323636-G

EFFECTIVE DATE:
June 26, 2019