**BETENBOUGH & ASSOCIATES**
853 Sandy Hill Rd.
Millsap, Texas 76066

**Mike Anderson** July 09, 2019
Southern Star Capital LLC
Reliance Mortgage Company / Company NMLS#370420
5220 Spring Valley Rd, Suite 602
Dallas, TX 75254

Re: Unimproved Vacant Land
128.86 acres, 11417 CR 501
Venus, TX 76084

**BORROWER:** Carnegie Development, LLC

Dear Client;

**SCOPE OF WORK:**

In accordance with your request, I have completed a brief investigation and analysis necessary to form an Opinion of Value on the subject property within the parameters you have requested. The scope of this assignment is to inspect the subject property with reference to current market conditions and consider the subject as one contiguous tract of land (which has residential use potential). Also, to develop a market value of the "Fee Simple Interest" of the land (as if vacant). The subject tract is located north of Hwy 67, and west of FM 157, Venus, Texas.

Fee Simple Interest, defined as "an absolute ownership unencumbered by any other interest or estate", are the property rights estimated. The market value for the subject as defined by federal regulations is estimated by application of the District Sales Comparison Approach. The following value conclusions are offered in a Restricted Appraisal Report format.

I have performed a visual inspection of the subject property. I have researched, verified, & analyzed data from what I believe to be reliable public and/or private sources, such as the Regional Multiple Listing Service, Title Companies, local realtors, and tax records. I have reported my analysis, opinions, & conclusions in this report. The extent of analysis applied to this assignment may be further imparted within the report, the appraiser's certifications, and/or any other statement of limiting conditions. This report contains several assumptions and data available to the appraiser not included or discussed in this report.

The subject value estimate which follows is specifically formed by an application of the Direct Sales Comparison Approach. This is considered the most reliable approach which strongly reflects the actual decisions and judgments of buyers & sellers of vacant land. The Cost and/or Income Approach was not considered viable.



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

EXHIBIT "9"

Southern Star Capital
Dallas, TX

**PURPOSE/CLIENT/INTENDED USER:**
This report is intended for mortgage loan purposes and is for the exclusive use of Southern Star Capital (The Client). Use of this report by any additional parties is not intended or authorized by the appraiser.

The subject sites were inspected on July 09, 2019 and consideration has been given to the following factors which were requested by the client and discovered upon recent inspection of the subject property.
**NOTE!** This report will have two estimated values;
1. Un-Entitled Value (undeveloped raw land "As Is")
2. Entitled Value (Platted, Zoned, and ready for development)

**SUBJECT DESCRIPTION:**
One contiguous tract containing appx 128.86 acres of land (partially divided by CR 501), slightly irregular in shape, and has good road frontage along County Road 501 (also, the southeast part of the property has some frontage along FM 157). The property is mostly level, has no fences, and is currently being used as agriculture land. There is a 100' power line easement that crosses the northeast corner of the property (see survey plat). This easement contains metal power line towers which could cause some negative marketing & development conditions. Also, there is a 60' easement across the west side of the property for future CR 616. Part of the property is located within Venus city limits and has some zoning restrictions. The property is located appx one mile north of the intersection of Hwy 67 and FM 157.
NOTE! Per survey, the subject property contains appx 124.93 net acres (acreage less roads).
NOTE! The subject property has some flood zone areas across the south part of the property (along Grassy Creek). Appears to be appx 25-30 acres (survey is recommended to determine the exact amount of land located within the flood zone).
NOTE! Although this acreage cannot be developed into residential lots, it can be used as a greenbelt area and has aesthetic value due to the creek area and trees. It can also continue to be used as agricultural land. Due to these uses, it can add contributory value to the overall value of the property (although at a discounted amount per unit).

**UTILITIES:**
The subject property has access to utilities such as phone service & electricity, but does not currently have city water or sewer.

NOTE! As indicated by the attached map (provided by the Community Development Director of the City of Venus), proposed water/sewer lines are shown to go by the subject property. Community Director Darrell Cook said the target date for water/sewer access is currently October 01, 2019.



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Southern Star Capital
Dallas, TX

**LEGAL DESCRIPTIONS:**
128.86 acres located in the Absalom Williams Survey, A-857, Johnson County, Texas.

**FLOOD ZONE INFORMATION:**
FEMA Map No 48251C0250 J / Effective Date – 12/04/2012
It appears that some of the subject property is located in Zone A (within the 100 year flood plain). However, most of the property is located in Zone X.

**PROPERTY TAXES:**
See Attached

**OWNERSHIP HISTORY & SALE ACTIVITY:**
Johnson County tax records indicate the current owner as Djd Land Partners, LLC. The property is currently under consideration for purchase by the borrower. No copy of a contract was provided. See attached tax reports for ownership chain.

**ZONING:**
According to the City of Venus, part of the property is located inside city limits, and has some zoning restrictions. According to the city manager, complete zoning of the property for residential should not a problem. The property has not yet been platted.

**HIGHEST & BEST USE:**
The subject property is located in an area of mixed use properties. A feasibility study has not been conducted to determine exact usage demands. However, visibility, size, frontage, and possible zoning, indicate the highest & best use could be some form of residential development.
A feasibility study would determine which particular lot size would be the most profitable (among alternatives) that would be legally permissible, physically possible, and economically feasible.

**MARKET CONDITIONS:**
Overall economic conditions have stabilized within the last six+ years and residential demand has trended upward. It appears sales of prospective developmental properties have increased due to increased demand, and values within the subject market area have stabilized and could be trending upward. However, some data indicates sales have dropped some within the last year. As long as the overall economy remains strong (or improves), property values within the area should remain favorable. Again, values & marketability are greatly influenced by the overall (and local) economies.



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Southern Star Capital
Dallas, TX

**MARKET AREA:**
The subject market area would be considered as the eastern half of Johnson County, western half of Ellis County, SE quadrant of Tarrant County, and the SW part of Dallas County, Texas.

**ENVIRONMENTAL:**
Upon inspection, no containers of suspicious fluids, chemicals, hazardous materials or environmentally unsafe products were noticed. However, I am not an environmental specialist and not qualified to detect the presence of hazardous or toxic materials. Owners & lenders are advised to retain the services of qualified experts to determine the presence of these materials in addition to determining the cost of complying with applicable "clean up" requirements. Owners & lenders should consult with legal counsel and qualified environmental experts to determine what provision, if any, they may require to be included in transaction documents pertaining to the subject property.

**EXTRAORDINARY EXCEPTIONS (Entitled Conditions):**
Final Value as determined in this report is subject to the following conditions and extraordinary assumptions;
1. Subject sites contain at least amount of acreage shown in this report.
2. There are no adverse easements, encroachments, or special assessments.
3. There are no prohibitive legal conditions that would limit the development of the subject property in such a way as to limit its use & enjoyment.
4. Water & sewer will be located at the subject properties (provided by City of Venus).
5. Favorable zoning can be obtained for the entire property.
6. No more than 25 acres are located within the flood zone area.

NOTE! Community Development Director Darrell Cook stated plans were in progress to straighten out the roads where CR 501 and FM 157 meet.

NOTE! Existing mineral rights, leasing rights, and/or any other rights pertaining to oil, gas, water, wind, and/or any other source of energy exploration or storage, was not considered in the valuation process of this report.



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Southern Star Capital
Dallas, TX

**MARKET APPROACH:**
After research with; local realtors, tax information, other appraisers, data reporting agencies, and other appraisal reports completed on similar properties, all applicable information has been considered and a value conclusion arrived at.
The projected value of the subject property is defined by comparison of the subject land and improvements to the comparable sales.

**1.** Un-Entitled value analysis (based on net acreage):
Five market sales were found located within the subject neighborhood and market area that could be considered possible market alternatives to the subject. These sales ranged from $7,500/acre to $28,804/acre. Median sale was $17,408/acre and the Average sale was $17,247/acre. Sale 3 was the most recent sale but had very little frontage. Sale #1 is most similar to the subject tract in size but had no utilities or water source. Sale #2 has city utilities and sale #4 has very little road frontage. Sale #5 is an older sale, but joins the subject and is very similar in physical characteristics and market demand.

NOTE! Tract sizes ranged from 24 to 300 acres;
Median size – 100 acres, Average size – 109.97 acres.

NOTE! These size comparisons are slightly eschewed due to extreme on each end. Considering all of the above market data, including characteristics such as location, size, frontage, neighboring properties, and factors such as marketing time, current marketing conditions, I feel the subject tract should fall within the within the middle to upper part of the value range. A weighted average calculation using the median sale, average sale, & sale #5 (slightly more emphasis given to this sale) extracted an acreage amount of $2,216.

NOTE! Although the subject tract is larger than some of the comparables, it has an abundance of road frontage and could easily be subdivided, and sold, in smaller tracts.
99.93 acres x $22,316 = $2,230,000
25.00 acres x $ 7,500 = $ 188,000
TOTAL = $2,418,000

**2.** "Entitled" value analysis:
NOTE! After consultation with several developers, a reasonable formula for valuing properties that have been zoned, platted, and approved by a city was extracted. All developers contacted said that platting a property increases land value by 40 to 60 percent (depending on size, property characteristics, and location).

By applying this formula to the subject raw land value, an "entitled" value range of the subject tracts was extracted;
$3,122,000 + $188,000 = $3,310,000
$3,568,000 + $188,000 = $3,756,000



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| Eff. Date of the Report: | July 09, 2019 |
| Location: | 11417 CR 501 |
| Legal Description: | Absalom Williams Survey,<br>A-857, Johnson Cnty, TX<br>Full Descriptions attached |
| Land Size: | 128.86 acres |
| Zoning: | Partial |
| Flood Hazard Info: | Part of the subject tract appears to be located in the 100 Year Flood Zone. |
| Highest & Best Use: | Residential<br>(Subject To Feasibility Study) |

**ESTIMATED FINAL VALUES:**
Un-Entitled Value $2,418,000
Entitled Value Range $3,310,000 - $3,756,000

Respectfully,

Vin Betenbough
State Certified General/TX-1323636-G



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## COMPARABLE LAND SALES

COMPARABLE SALE NO. 1

| | |
|---|---|
| LOCATION: | CR 506<br>Venus, TX |
| USE: | Agriculture |
| DATE OF SALE: | 09/07/2018 |
| SALES PRICE: | $750,000 |
| SITE SIZE: | 100 acres |
| UNIT SALES PRICE: | $7,500/acre |
| COMMENTS: | Located about 3 miles north of Hwy 67. All agriculture land, no city utilities or water at the site.<br>MLS#13862070 DOM-70 |

COMPARABLE SALE NO. 2

| | |
|---|---|
| LOCATION: | FM 1387<br>Midlothian, TX |
| USE: | Agriculture/Residential |
| DATE OF SALE: | 12/30/2017 |
| SALES PRICE: | $5,700,000 |
| SITE SIZE: | 300.2 acres |
| UNIT SALES PRICE: | $18,986/acre |
| COMMENTS: | Has city utilities, zoned PD but will need to be rezoned, had not been platted.<br>MLS#13477222 DOM-24 |



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

COMPARABLE SALE NO. 3

| | |
|---|---|
| LOCATION: | 9560 CR 109<br>Alvarado, TX |
| USE: | Agriculture |
| DATE OF SALE: | 05/13/2019 |
| SALES PRICE: | $325,000 |
| SITE SIZE: | 24 acres |
| UNIT SALES PRICE: | $13,536/acre |
| COMMENTS: | Outside city limits, has co-op water, co-op electric. very little road frontage.<br>MLS#13941115 DOM-215 |

COMPARABLE SALE NO. 4

| | |
|---|---|
| LOCATION: | TBD McAlpin Rd<br>Midlothian, TX |
| USE: | Agriculture/Residential |
| DATE OF SALE: | 04/12/2018 |
| SALES PRICE: | $435,000 |
| SITE SIZE: | 24.99 acres |
| UNIT SALES PRICE: | $17,408/acre |
| COMMENTS: | Located in city limits, but no city water/sewer at the site, zoned residential, & has very little road frontage.<br>MLS#13698583 DOM-309 |

NOTE! Active listings are attached to this report.



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

COMPARABLE NO. 5

| | |
|---|---|
| LOCATION: | 11209 CR 501<br>Venus, TX |
| USE: | Residential |
| DATE OF SALE: | 07/10/2017 |
| SALES PRICE: | $2,900,000 |
| SITE SIZE: | 100.68 acres |
| UNIT SALES PRICE: | $28,804/acre |
| COMMENTS: | This property joins the subject property on the west side. The property is now entitled;<br>33 (1 acre) lots have been sold from this tract and 212 lots are planned to go under construction within the next two months. |

NOTE! Once this subdivision is developed and houses are being built, it will have a positive influence on the marketability & value of the subject property.



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**CARL VIN BETENBOUGH**

**PROFESSIONAL ASSOCIATIONS & DESIGNATIONS:**
State Certified General Real Estate Appraiser/TX-1323636-G
Texas Real Estate Commission/License #0252070 (Brokers)

**CLIENT LIST:**
Appraisals prepared for mortgage loan purposes on all types of real estate and have been or currently approved by:
-Allied Home Mortgage Capital-Beneficial Texas Inc.-Efast Funding LLC
-Pinnacle Bank – Keene & Azle, Texas
-USRES-Mortgage Information Services-Flagstar
-Nations Valuation Services-National Real Estate Information Services
-Source One Services-Texas Mortgage Authority-US Real Estate Services
-Community National Bank/Fort Worth, Burleson, Weatherford
-First National Bank of Weatherford
-Justin State Bank – Justin, Texas
- Southern Star Capital – Dallas, Texas

**EDUCATION:**
Texas Tech University: Bachelor of Business Administration
Lincoln Graduate Center: Principles of Appraisal, Practices of Appraisal,
University of Saint Thomas: Texas Real Estate Update, Real Estate Investments and Real Estate Finance.
Texas A&M University/Commerce: USPAP &Techniques of Income Property Appraisal.
The Columbia Institute: Write It Right, Residential Sales Comparison-The Adjustment Process, Constructing The Professional Report, Property Inspection, Square Foot Calculations, 2018-2019 USPAP Update.

Continuing Education Providers: Completed all requirements for state appraisal certification renewal through 2020, including USPAP and other appropriate courses. I have also attended and completed various seminars and association meetings related to the appraisal/real estate industry.

**EXPERIENCE:**
Began Fee Appraisal in 1986, I have successfully completed all required continuing education and field work for the above described certification & license.



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## CERTIFICATIONS & LIMITING CONDITIONS

I, the undersigned, certified that to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The report analysis, opinions, and conclusions are limited only by the reported assumptions & limited conditions, and are my personal, unbiased professional analysis, opinions and conclusions.
- I have no present or prospective interest in the property that is the subject of this report. I have no personal interest or bias with respect to the parties involved.
- My compensation is not contingent on an action or event resulting from the analysis, opinions, or conclusions derived from this report. Also, employment of the appraiser was not conditional upon the appraisal producing a specific value or the approval of a loan.
- My analysis, opinions, and conclusions were developed and prepared in conformity with the **Uniform Standards of Professional Appraisal Practice** that was in place on the date of this report. The **SCOPE OF WORK** was clearly stated.
- Vin Betenbough has made a personal inspection of the property that is the subject of this report.
- No one provided significant professional assistance to the person or persons signing this report.
- I will not disclose any contents of this report except as provided for the report itself.
- I have noted in this report any adverse conditions, (Needed Repairs, Hazardous wastes, etc…) observed during the inspection of the subject property or have become aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, I have no knowledge of any hidden or unapparent conditions that would make the property more or less valuable. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

Vin Betenbough
State Certified/General TX-1323636-G

EFFECTIVE DATE:
July 09, 2019



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Carnegie Development, LLC | | | | | | |
| Property Address | 11417 County Road 501 | | | | | | |
| City | Venus | County | Johnson | State | TX | Zip Code | 76084 |
| Lender | Southern Star Capital LLC | | | | | | |



SUBJECT LAND:



CR 501

## Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Carnegie Development, LLC | | | | | | |
| Property Address | 11417 County Road 501 | | | | | | |
| City | Venus | County | Johnson | State | TX | Zip Code | 76084 |
| Lender | Southern Star Capital LLC | | | | | | |




SIGN AT EAST EDGE OF PROPERTY:




SIGN WEST OF PROPERTY:

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Carnegie Development, LLC | | | | | | |
| Property Address | 11417 County Road 501 | | | | | | |
| City | Venus | County | Johnson | State | TX | Zip Code | 76084 |
| Lender | Southern Star Capital LLC | | | | | | |



SUBJECT LAND:



SUBJECT LAND:
South Side of CR 501

# Location Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Carnegie Development, LLC | | | | | | |
| Property Address | 11417 County Road 501 | | | | | | |
| City | Venus | County | Johnson | State | TX | Zip Code | 76084 |
| Lender | Southern Star Capital LLC | | | | | | |



# Location Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Carnegie Development, LLC | | | | | | |
| Property Address | 11417 County Road 501 | | | | | | |
| City | Venus | County | Johnson | State | TX | Zip Code | 76084 |
| Lender | Southern Star Capital LLC | | | | | | |



# SURVEY


SURVEY PLAT
showing
128.8645 ACRES
in the
ABSALOM WILLIAMS SURVEY
ABSTRACT No. 857
JOHNSON COUNTY, TEXAS
ABSOLAM WILLIAMS SURVEY
ABSTRACT No. 857
RADFORD BERRY SURVEY
ABSTRACT No. 26
JOHN HAIGLER SURVEY
Abstract No. 358
B.B.B.& C.R.R.Co. SURVEY
Abstract No. 93
POINT OF
BEGINNING
128.8645 Acres Gross
- 1.0190 Acres in C.R. No. 616
- 2.9180 Acres in C.R. No. 501
124.9275 Acres Net
SANDS SURVEYING CORPORATION
NO RECORD INFORMATION PROVIDED

## Proposed Water/Sewer Lines



# stewart *Stats*

## JUNE 2019

### Ellis, Hood, Johnson, Kaufman, Palo Pinto, Parker, and Rockwall Counties

| City | Area | Number of Sales | % Change vs. Prior Year | Price per Sqft | % Change vs. Prior Year | Average Days on Market | % Change vs. Prior Year | Active Listings | % Change vs. Prior Year | Months Inventory | % Change vs. Prior Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ellis County | 6 | 302 | 5% | $122 | 1% | 39 | -22% | 634 | 0% | 2.6 | -5% |
| Grayson Area | 37 | 177 | 1% | $118 | 5% | 68 | 42% | 624 | 21% | 4 | 25% |
| Hunt Area | 33 | 110 | -1% | $118 | 16% | 32 | -27% | 316 | 39% | 3.3 | 32% |
| Johnson County | 38 | 262 | -7% | $118 | 5% | 34 | -6% | 580 | 3% | 2.4 | 2% |
| Kaufman County | 35 | 246 | -6% | $115 | 4% | 52 | 41% | 677 | 17% | 3.2 | 19% |
| Palo Pinto County | 76 | 6 | -33% | $126 | 8% | 27 | -33% | 23 | -15% | 3.1 | -4% |
| Parker County | 140 | 16 | 45% | $134 | 21% | 67 | -33% | 43 | 10% | 3.4 | -11% |
| Parker County | 141 | 13 | 86% | $134 | 5% | 57 | 43% | 27 | 17% | 2.4 | -11% |
| Parker County | 142 | 2 | -67% | $119 | 7% | 10 | -74% | 15 | -29% | 2.3 | -17% |
| Parker County | 143 | 5 | -44% | $138 | 39% | 67 | 857% | 17 | 42% | 2.6 | 32% |
| Parker County | 144 | 7 | -53% | $140 | -1% | 62 | 170% | 17 | 42% | 2.9 | 94% |
| Parker County | 145 | 33 | 94% | $139 | 5% | 36 | -51% | 74 | 16% | 3.7 | 14% |
| Parker County | 146 | 18 | -33% | $142 | 11% | 93 | 116% | 48 | -29% | 2.7 | -20% |
| Parker County | 147 | 23 | -38% | $132 | -10% | 80 | 10% | 73 | 20% | 4 | 52% |
| Parker County | 148 | 24 | -27% | $151 | 1% | 34 | -37% | 93 | 21% | 4.5 | 49% |
| Parker County | 149 | 15 | -35% | $148 | 3% | 50 | -45% | 60 | 40% | 3.5 | 43% |
| Parker County | 150 | 8 | -38% | $141 | 4% | 32 | -73% | 29 | -19% | 4.7 | -2% |
| Parker County | 151 | 11 | 0% | $132 | -10% | 44 | -34% | 23 | -18% | 2.4 | -16% |
| Parker County | 152 | 9 | -10% | $134 | -2% | 71 | 154% | 20 | 25% | 3.2 | 28% |
| Parker County | 153 | 8 | 33% | $142 | 5% | 68 | 6% | 33 | 43% | 6.8 | 48% |
| Parker County | 154 | 17 | -15% | $127 | 10% | 75 | 150% | 46 | 15% | 3.1 | 25% |
| Parker County | 155 | 41 | -9% | $127 | 7% | 34 | -29% | 91 | 14% | 2.5 | 5% |
| Rockwall County | 34 | 197 | -12% | $130 | 1% | 55 | 12% | 675 | 9% | 3.8 | 9% |

Data provided by the Real Estate Center at Texas A&M University.

stewart
title

# Johnson County Appraisal District (Page 1)

## 11417 County Road 501, Venus, TX 76084-3617, Johnson County




| N/A | N/A | 5,538,654 | N/A |
|---|---|---|---|
| Beds | Bldg Sq Ft | Lot Sq Ft | Sale Price |
| N/A | N/A | AGR LND | N/A |
| Baths | Yr Built | Type | Sale Date |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **Djd Land Partners LLC** | Tax Billing Zip: | **75234** |
| Tax Billing Address: | **1755 Wittington Pl #340** | Tax Billing Zip+4: | **1930** |
| Tax Billing City & State: | **Dallas, TX** | Owner Occupied: | **No** |

### Location Information

| | | | |
|---|---|---|---|
| Location City: | **Venus** | MLS Area (Tax): | **38** |
| School District: | **Venus ISD** | MLS Sub Area: | **9** |
| School District Code: | **14** | Census Tract: | **1304.08** |
| Subdivision: | **Absolam Williams Surv Abs #857** | Carrier Route: | **R003** |

### Tax Information

| | | | |
|---|---|---|---|
| Tax ID: | **126-0857-00051** | Parcel ID: | **126085700051** |
| Alternate Tax ID: | **R000020422** | Exemption(s): | **Agricultural** |
| Legal Description: | **ABST 857 TR 7 PT A WILLIAMS** | | |

### Assessment & Tax

| **Assessment Year** | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Assessed Value - Total** | $25,616 | $17,289 | $12,442 |
| **YOY Assessed Change ($)** | $8,327 | $4,847 | |
| **YOY Assessed Change (%)** | 48.16% | 38.96% | |
| **Market Value - Total** | $508,600 | $508,600 | $508,600 |
| **Market Value - Land** | $508,600 | $508,600 | $508,600 |

| **Tax Year** | **Total Tax** | **Change ($)** | **Change (%)** |
|---|---|---|---|
| 2016 | $268 | | |
| 2017 | $375 | $107 | 39.76% |
| 2018 | $556 | $181 | 48.21% |

| **Jurisdiction** | **Tax Amount** | **Tax Type** | **Tax Rate** |
|---|---|---|---|
| Venus ISD | $407.17 | Actual | 1.5895 |
| Johnson County | $113.15 | Actual | .4417 |
| Hill College Ves | $12.49 | Actual | .04876 |
| Lateral Road | $7.76 | Actual | .0303 |
| Johnson Co Esd#1 | $15.37 | Actual | .06 |
| Total Estimated Tax Rate | | | 2.1703 |

### Characteristics

| | | | |
|---|---|---|---|
| Land Use - Corelogic: | **Agricultural Land** | Estimated Lot Acres: | **127.15** |
| Land Use - State: | **Non Qual. Ag/Tim Total Exmpt** | Estimated Lot Sq Ft: | **5,538,654** |

### Estimated Value

Value As Of: **06/26/2019**

### Last Market Sale & Sales History

**Courtesy of VIN BETENBOUGH, NTREIS**

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 07/10/2019

# Johnson County Appraisal District (Page 2)

| | | |
|---|---|---|
| **Recording Date** | 12/07/2006 | 04/16/1998 |
| **Buyer Name** | Anastasia Energy LLC | Hill Henry C & Bessie |
| **Seller Name** | Hill Henry C | Owner Record |
| **Document Number** | 3969-264 | 2169-664 |
| **Document Type** | Warranty Deed | Deed (Reg) |

## Mortgage History

| | | |
|---|---|---|
| **Mortgage Date** | 12/05/2018 | 12/07/2006 |
| **Mortgage Amount** | $127,500 | $1,889,075 |
| **Mortgage Lender** | Reliance Mtg Co | Covenant Bk |
| **Mortgage Code** | | Conventional |

## Property Map







*Lot Dimensions are Estimated

Courtesy of VIN BETENBOUGH, NTREIS
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 07/10/2019

Betenbough & Associates

# INVOICE

**FROM:**
Betenbough & Associates
Vin Betenbough
853 Sandy Hill Rd
Millsap, TX 76066-2617

**Telephone Number:** 817 597-5980 **Fax Number:**

**TO:**
Mike Anderson
Southern Star Capital LLC
5220 Spring Valley Rd, Suite 602
Dallas, TX 75254

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-Mail:** Mike@rmcdfw.com

**INVOICE NUMBER**

**DATE**
07/17/2019

**REFERENCE**
**Internal Order #:**
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

## DESCRIPTION

**Client:** Southern Star Capital LLC
**Property Address:** 11417 County Road 501
**City:** Venus
**County:** Johnson **State:** TX **Zip:** 76084
**Legal Description:** 128.86 acres; PA Williams Survey, A-857, Tr 7, Johnson County, TX
**Ordered By:** Mike Anderson

## FEES

| FEES | AMOUNT |
|---|---|
| | 850.00 |
| **SUBTOTAL** | 850.00 |

## PAYMENTS

| PAYMENTS | AMOUNT |
|---|---|
| **Check #:** **Date:** **Description:** | |
| **Check #:** **Date:** **Description:** | |
| **Check #:** **Date:** **Description:** | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $ 850.00 |

**Appraisal Request**

Southern Star Capital LLC dba Reliance Mortgage, LIC# 370420, NMLS# 370420 | Originator: Michael Deryl Anderson, LIC# 273018, NMLS# 273018

# Request for Appraisal

**Part I - Request**

To (Name & Address of Appraiser):
Vin Betenbough

From (Name & Address):
Leah Thomas
Southern Star Capital LLC dba Reliance Mortgage
5220 Spring Valley Road, Suite 602
Dallas, TX 75254
(P) 214-346-5201 (F) 214-239-0922

Applicant (Name & Address):
Carnegie Development

Lender (Name & Address):
Southern Star Capital LLC dba Reliance Mortgage
13140 Coit Rd ste 504
Dallas, TX 75240
(P) 214-346-5201
(F) 972-284-0714
(E-Mail) mike@reliancemortgage.com

Authorized by (Signature):
Title:
Date: 06/25/2019

**Part II - Property and Mortgage Information**

| Property Type: | Occupancy Status: | Type of Loan: | Lien Position: | Loan Purpose: |
|---|---|---|---|---|
| ☑ Detached | ☑ Primary Residence | ☑ Conventional | ☑ First Mortgage | ☑ Purchase |
| ☐ Attached | ☐ Second Home | ☐ FHA | ☐ Second Mortgage | ☐ Cash-Out Refi |
| ☐ Condo | ☐ Investment Property | ☐ VA | | ☐ No Cash-Out Refi |
| ☐ PUD | | ☐ USDA/Rural Housing | | ☐ Construction |
| ☐ CO-OP | | | | ☐ Construction-Perm |
| | No. of Units _____ | ☐ Other ___________ | | ☐ Other ___________ |

Property Address:
128 acres in Venus called Khoury Tract
Venus, TX

Estate Will Be Held In:
☑ Fee Simple ☐ Leasehold
expiration date: ___________

Legal Description:

Escrow Company:

Title Company:

Listing Agent:

Selling Agent:

**Part III - Appraisal Information**

Appraisal Type:
☐ Interior/Exterior(Full) ☐ Exterior Only
☐ Market Rent analysis ☐ Land Appraisal

Due Date:

Appraisal Order Number:

Appraisal Type(s) Ordered:

Estimate of Value Should Be:
☐ As is
☐ As Completed

Appraisal Cost:
$

Payment Method:
☐ C.O.D ☐ Credit Card ☐ Invoice Client
☐ Bill _____________ ☐ Other _____________

E-mail Appraisal To:

Contact for Entry:
(if not the same as borrower)

Comments:

Calyx Form - reqap.frm (09/10)

# Appraiser Certification

*You may wish to laminate the pocket identification card to preserve it.*

The person named on the reverse is licensed by the Texas Appraiser Licensing and Certification Board.

Inquiry as to the status of this license may be made to:

Texas Appraiser Licensing and Certification Board
P.O. Box 12188
Austin, Tx 78711-2188
www.talcb.texas.gov
(512) 936-3001
Fax:(512) 936-3899

CARL VIN BETENBOUGH
853 SANDY HILL RD
MILLSAP, TX 76066

**Texas Appraiser Licensing and Certification Board**
**P.O. Box 12188 Austin, Texas 78711-2188**
**Certified General Real Estate Appraiser**

Number#: **TX 1323636 G**
Issued: **09/14/2018** Expires: **09/30/2020**
Appraiser: **CARL VIN BETENBOUGH**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Texas Occupations Code, Chapter 1103, is authorized to use this title, Certified General Real Estate Appraiser.

**Douglas E. Oldmixon**
**Commissioner**

**Texas Appraiser Licensing and Certification Board**
**P.O. Box 12188 Austin, Texas 78711-2188**
**Certified General Real Estate Appraiser**

Number: **TX 1323636 G**
Issued: **09/14/2018** Expires: **09/30/2020**
Appraiser: **CARL VIN BETENBOUGH**

**Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Texas Occupations Code, Chapter 1103, is authorized to use this title, Certified General Real Estate Appraiser.**

**Douglas E. Oldmixon**
**Commissioner**

3. The zoning for the subject property is residential. The subject property is assumed to be a single family dwelling in compliance with this current zoning. The use of the real estate is assumed to be residential and this is the use that is appraised in this report.
4. The reliability of this valuation is considered to be impacted to a certain extent by the appraiser's lack of inspection of the subject property and the comparable sales.
5. The HIGHEST AND BEST USE as improved is assumed to be the present use and is the reasonably probable and legal use that is physically possible, appropriately supported, financially feasible, and results in the highest value. This assumption is an extraordinary assumption, which if found to be false, could significantly alter the value opinion expressed in this report.
6. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of its being under responsible ownership.
7. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
8. The appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more of less valuable. The appraiser has assumed that there are no such conditions and makes no guarantees or warranties, expressed or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this report must not be considered an environmental assessment of the property. If the subject property was built prior to 1978, the dwelling may contain lead-based paint.
9. Information regarding the subject's physical characteristics was obtained either from information supplied on the appraisal request or from third party sources that the appraiser considers to be reliable and believes the data to be true and correct. The appraiser does not assume responsibility for the accuracy of such data that were furnished by other parties.
10. The appraiser will not disclose the contents of this report except as provided for in the Uniform Standards of Professional Appraisal Practice.
11. The appraiser must provide his or her written consent before the lender/client specified in this report can distribute this report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower, the mortgagee or its successor and assigns, the mortgage insurer, consultants, professional appraisal organization, any state or federally approved financial institution, any department, agency, or instrumentality of the United States, or any state or the District of Columbia, except that the lender/client may distribute the property description section of this report only to data collection or reporting service(s)) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:
1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis. Differences in the subject and comparables were analyzed to arrive at the value conclusion in this report. Utilizing the Sales Comparison Approach, I placed most emphasis on the comparable(s) considered to be most similar to the subject.
2. I have taken into consideration the factors that I am aware of that have an impact on value in my development of the value conclusion presented in this report. I have not knowingly withheld any significant information from this report and I believe, to the best of my knowledge, that all statements and information in this report are true and correct.
3. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
4. I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. My engagement in this assignment was not contingent upon developing or reporting predetermined results. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
7. I have not made a personal inspection of the property that is the subject of this report.
8. In this assignment the appraiser has relied exclusively on the Sales Comparison Approach. Based on prior agreement with the client, an inspection of the subject property, the Cost Approach and Income Approach were excluded from this report. I have considered these exclusions and determined that the exclusion of an inspection, the Cost Approach and the Income Approach would not result in a report that is misleading to the client.
9. Although I have not personally inspected the subject property and the properties utilized as comparables in this report, I certify that I have no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions within the immediate vicinity of the subject property.
10. I personally prepared all conclusions and opinions about the real estate that were set forth in this report. If I relied on significant professional assistance from any individual or individuals in the performance of this report or the preparation of this report, I have named such individual(s) and disclosed the specific tasks performed by them in the general comment section of this report.

**APPRAISER:**

Signature: ____________________

Name: Vin Betenbough
Company Name: Betenbough & Associates
Company Address: 853 Sandy Hill Rd., Millsap, TX 76066

Date of Report/Signature: 01/04/2018
State Certification #: TX 1323636 G
or State License #:
State: TX
Expiration Date of Certification or License: 09/30/2020

**ADDRESS OF PROPERTY APPRAISED:**
11417 County Road 501
Venus, TX 76084

**APPRAISED VALUE OF THE SUBJECT PROPERTY: $** ____________
**EFFECTIVE DATE OF APPRAISAL:** ____________