**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**DECLARATION OF STEPHEN M. PACKMAN**

Stephen M. Packman, counsel for the Petitioning Creditors, hereby declare as follows:

**PETITIONERS' PASSPORTS**

1. The Petitioning Creditors' ("Petitioners") passports are accessible via the following Dropbox link: [redacted] ("Link").

2. The Petitioning Creditors' passports contain confidential, personal information and, therefore, they request permission to file this pleading on the docket in this case with the Link **redacted** from the public.

**WET SIGNATURES**

3. Attached hereto as Exhibit "A" are true and correct copies of forty five (45) Petitioners' wet signatures for the "Verifications" to their Responses and Objections to the First

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of the Alleged Debtors.

4. The remaining Verifications will be provided to the Court on or before November 6, 2020.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 30, 2020

/s/ *Stephen M. Packman*
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-963-3300
Email: spackman@archerlaw.com