# EXHIBIT "A"

DocuSign Envelope ID: DC4B47B8-188E-4705-9966-C2FC487F3A73

**VERIFICATION**

I, Jin Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Jin 王进 Wang Jin

Jin Wang

DocuSign Envelope ID: 3C53FEBE-51DC-4FAE-B6C9-23EDF63B8B80

**VERIFICATION**

I, Jun Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Li, Jun 李军 LI JUN

Jun Li

## VERIFICATION

I, Lin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Lin Zhou

Lin Zhou

周霖

DocuSign Envelope ID: E6A7A6BD-BB4D-47F6-9A8B-32DE6AFD92D2

**VERIFICATION**

I, Qu Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

QU CHEN

Qu Chen

陈曲 CHEN QU

DocuSign Envelope ID: 41867A33-CA7A-4E8A-AE45-31477D858540

**VERIFICATION**

I, Yunding Kang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yunding Kang yun ding Kang

Yunding Kang

DocuSign Envelope ID: B573B92A-DDF0-4A73-A36E-C60AA1CBE40A

**VERIFICATION**

I, Kai Tian, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Kai Tian 田凯 Kai Tian

Kai Tian

DocuSign Envelope ID: 5B981BE9-AB44-439D-A80B-35877150AD4E

**VERIFICATION**

I, Jin Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Jin Wang Jin

Jin Wang

DocuSign Envelope ID: E0D24174-4F43-464B-A6BC-516EC2FC3781

## VERIFICATION

I, Weijia Kong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Weijia Kong Weijia kong 孔维佳

Weijia Kong

DocuSign Envelope ID: 95D5E67C-AFFE-45E3-B737-F19680484FD7

**VERIFICATION**

I, Mai Ye, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Mai Ye Mai Ye

Mai Ye

DocuSign Envelope ID: 20A68210-ADBE-47CE-B64C-A33414845168

**VERIFICATION**

I, Lin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Lin Zhou

DocuSign Envelope ID: 517CA8A4-B6E3-47BE-8AFD-AACE15376EC3

**VERIFICATION**

I, Qiuying LI, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

李秋莹

Qiuying Li Qiuying Li

Qiuying Li

DocuSign Envelope ID: FBE0000F-DC50-41FC-94A0-B5F0216AD808

## VERIFICATION

I, Yue Xu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Xu

DocuSign Envelope ID: DB03AB0A-49B0-4E01-BD8F-F402D89E6E46

**VERIFICATION**

I, Wenjun Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wenjun Wang

________________________

Wenjun Wang

Wenjun Wang 王文君

**VERIFICATION**

I, Tianqing Song, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Song tian qing

Song tianqing 宋天清

Tianqing Song

DocuSign Envelope ID: CAA4FEAE-DC29-44E7-BA54-87448F403916

# VERIFICATION

I, Liying Yang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Liying Yang

_______________________
Liying Yang

Liying Yang

DocuSign Envelope ID: 080216C6-8976-4CD7-825E-DA958C624FA3

**VERIFICATION**

I, Yan Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zhang Yan 张雁

Yan Zhang Yan Zhang

DocuSign Envelope ID: 5A88C14E-6364-4053-94D3-9EF74075DBAB

**VERIFICATION**

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

li jiang Li Jiang
Li Jiang

# VERIFICATION

I, Tianqing Song, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Song tianqing

Song Tianqing

Tianqing Song

DocuSign Envelope ID: B0B6CFFF-AFDC-4D30-A9AC-717EE8A47055

# VERIFICATION

I, Rufeng Ding, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Rufeng Ding

Rufeng Ding

Rufeng Ding 丁[illegible]

DocuSign Envelope ID: 7CC1F38E-F843-4C3D-80E8-A74E36D54EBC

**VERIFICATION**

I, Lin Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

li lin li lin 李林

Lin Li

DocuSign Envelope ID: 546464D3-231E-48D4-89F6-88ACABB31BBE

**VERIFICATION**

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

li jiang Li Jiang 姜丽

Li Jiang

DocuSign Envelope ID: BF25A537-59B2-4BB0-AE69-22D9884456A0

**VERIFICATION**

I, Ou Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ou Jiang 江欧 Ou Jiang

Ou Jiang

DocuSign Envelope ID: 71693EBD-9E99-4C9E-9FC7-0B9E1A6C5F54

**VERIFICATION**

I, Yi Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Tang Yi

Yi Tang

唐艺 TANG YI

2020.10.24.

DocuSign Envelope ID: 150A1AB0-4279-4CED-B53C-6C18ACC7D87E

## VERIFICATION

I, Pengfei Dong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

董鹏飞

Pengfei Dong Pengfei Dong

Pengfei Dong

DocuSign Envelope ID: 89B9EFD4-BF46-4B1B-ACC8-5013154FACA9

## VERIFICATION

I, Jinzhe Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wu Jinzhe
吴津喆
Jinzhe Wu

Jinzhe Wu

DocuSign Envelope ID: 5D38DFDD-CB11-42EE-B7F0-E3B661003A7F

## VERIFICATION

I, Wenjuan Yin, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wenjuan Yin

DocuSign Envelope ID: 49B9D557-3055-41EF-AEC2-EE16CBDC64F2

**VERIFICATION**

I, Xiaoquan Dai, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaoquan Dai

Xiaoquan Dai

DocuSign Envelope ID: D6E4AD2F-7FE2-41AA-8199-B52DFE1C6E3D

## VERIFICATION

I, Jiancheng Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jiancheng Chen

Jiancheng Chen

陈建成 jiancheng chen

DocuSign Envelope ID: A0E4CB9F-38D4-44E9-B9E4-C7EE7C68D6AC

**VERIFICATION**

I, Wanwan Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

李弯弯 Wan wan Li　　Wanwan Li

______________________________

Wanwan Li

DocuSign Envelope ID: 669FA492-D6A1-42B3-A768-23A7E789B194

**VERIFICATION**

I, Feng Yan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Feng Yan

Feng Yan

DocuSign Envelope ID: 7E060550-5E77-4CED-951D-E3B07B8D8112

# VERIFICATION

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

li jiang Li Jiang 姜丽

Li Jiang

DocuSign Envelope ID: 1A58B0C1-7B51-4611-97E3-D795BC356698

# VERIFICATION

I, Sicheng Zhan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Sicheng Zhan

DocuSign Envelope ID: 3C21B320-C109-4011-ADA7-240D7C530D61

**VERIFICATION**

I, Yulan Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yulan Chen

Yulan Chen

ocuSign Envelope ID: A99ADA8C-AD0C-47E4-935E-BD70E0F8BCE2

**VERIFICATION**

I, Jun Zeng, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zeng Jun Zeng Jun 曾军

Jun Zeng

# VERIFICATION

I, Di Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Di Tang

Tang: [signature]

DocuSign Envelope ID: 5518DAE7-100C-410F-8762-7739D6A0ABC7

**VERIFICATION**

I, Fang Ding, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ding Fang Ding Fang 丁芳

Fang Ding

DocuSign Envelope ID: 695098EA-FB5D-4C9B-9473-1E6BD33480D9

**VERIFICATION**

I, Yuan Yuan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yuan Yuan

Yuan Yuan

Yuan Yuan

苑媛

DocuSign Envelope ID: 8003E74D-B31A-40EF-AC76-B97337291527

## VERIFICATION

I, Jialin Hu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Hu Jialin

Jialin Hu

# VERIFICATION

I, Di Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Di Tang

DocuSign Envelope ID: 67E4F9D8-68E2-4B71-905B-403960904222

**VERIFICATION**

I, Wai Ying, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wai Ying 邢偉

Wai Ying

Wai Ying.

DocuSign Envelope ID: 9BBEE656-56AD-4F3F-9514-9E6441F40149

## VERIFICATION

I, Xiangdong Zhu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

朱向东

Xiangdong Zhu

朱向东.

Zhu xiang dong.

DocuSign Envelope ID: C1C9D75D-DEE3-4440-93BF-A5C8EA009C40

**VERIFICATION**

I, Jiaxiang Lu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jiaxiang Lu Jiaxiang Lu 陆加祥
__________________________
Jiaxiang Lu



DocuSign Envelope ID: DF146606-F07F-4340-9473-DFC46E245B70

**VERIFICATION**

I, Aiguo Luo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Aiguo Luo



DocuSign Envelope ID: A694B8FD-FC40-4BA3-8D8F-CA3DEF781770

**VERIFICATION**

I, Chao Xu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xu Chao Xu Chao 许超

Chao Xu

DocuSign Envelope ID: 7636FDBD-0DD3-4F2C-A1DF-9C925E91F71A

**VERIFICATION**

I, Xiaomin Fan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaomin Fan Xiaomin Fan

Xiaomin Fan