**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**MOTION FOR EXPEDITED CONSIDERATION OF
PETITIONING CREDITORS' MOTION FOR PROTECTIVE ORDER**

Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu (collectively, the "Petitioning Creditors"), by and through their undersigned counsel, hereby submit this motion requesting a hearing on an emergency basis (the "Motion to Expedite") *Petitioning Creditors' Motion for Protective Order* [Docket No. 212] (the "Motion for Protective Order"). In further support of this Motion to Expedite, the Petitioning Creditors respectfully aver as follows:

[1]The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors sat this time.

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND[2]

3. On April 8, 2020 (the "Petition Date"), the Petitioning Creditors filed seven (7) involuntary bankruptcy petitions for relief under Chapter 7 of the Bankruptcy Code for the entities WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC (collectively, the "Alleged Debtors").

4. In conjunction with this Motion to Expedite, the Petitioning Creditors filed the Motion for Protective Order, which requests entry of an order, *inter alia*, deeming Petitioning Creditors' passports (the "Passports") private and confidential information.

5. The Motion for Protective Order was filed as a result of Petitioning Creditors' providing Alleged Debtors with a DropBox link giving them access to copies of the Passports.

6. The Court has requested that Petitioning Creditors file this Motion to Expedite so that the Motion for Protective Order may be heard on November 6, 2020 at 9:00 a.m. (CST).

7. Accordingly, the Petitioning Creditors respectfully request that this Court set expedited hearing on the relief sought in the Motion for Protective Order on November 6, 2020 at 9:00 a.m. (CST).

---

[2] Capitalized terms not defined in this Motion to Expedite shall have the same meaning as defined in the Motion to Compel.

## NOTICE

8. Notice of this Motion to Expedite shall be provided to: (a) the Office of the United States Trustee for the Northern District of Texas via email and (b) counsel for the Alleged Debtors via email and to (c) all notice parties in the above-captioned case via ECF.

9. The Petitioning Creditors respectfully submit that such notice is sufficient and that no further notice of this Motion to Expedite is required.

**WHEREFORE**, the Petitioning Creditors respectfully request that the Court grant the relief requested herein and such other and further relief to the Petitioning Creditors as the Court may deem just and appropriate.

Dated: November 3, 2020

/s/ *Stephen M. Packman*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*