**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**CERTIFICATE OF SERVICE**

I, Amy M. Huber, a Bankruptcy Administrative Assistant/Paralegal at Archer & Greiner, attorneys for the Petitioning Creditors, hereby certify as follows:

1. That on November 3, 2020, I caused a copy of the following document to be served upon all parties that are registered to receive electronic service through the court's ECF notice system:

- *Notice of Hearing on Petitioning Creditors' Motion for Protective Order ("Notice of Hearing")*

2. I also served the Notice of Hearing on November 3, 2020, upon the Alleged Debtors' counsel directly via email at joyce@joycelindauer.com.

Dated: November 3, 2020

*/s/ Amy M. Huber*
Amy M. Huber, Bankruptcy
Administrative Assistant/Paralegal

219675688v1

1 The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.