Jiangang Ou, Esquire
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
Tel: (832) 767-0339
Fax: (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman, Esquire.
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
Tel: (215) 246-3147
Fax: (215) 963-9999
Email: spackman@archerlaw.com
*COUNSEL FOR THE PETITIONING CREDITORS*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**PETITIONING CREDITORS' REQUEST FOR LEAVE**
**TO TAKE DIRECT APPEAL PURSUANT TO 11 U.S.C. § 158(d)(2)(A)**

**TO THE HONORABLE HARLIN D. HALE**:

Petitioning Creditors Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu (the "Petitioning Creditors"), as the Appellants, hereby respectfully file this request for leave to take a direct appeal to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. 158 (d)(2)(A), and in support thereof state as follows:

## THE FACTS NECESSARY TO UNDERSTAND THE QUESTION PRESENTED

The facts relevant to this mater are lengthy and, therefore, Petitioning Creditors respectfully direct the Court to the facts and procedural history portion of the Motion of Petitioning Creditors seeking leave to appeal and requesting certification of the appeal directly to the Appeals Court (the "Motion").

## QUESTIONS PRESENTED

1. Did the Bankruptcy Court err as a matter of law in determining that the Petitioning Creditors must agree to travel from mainland China to the United States for live depositions?

2. Did the Bankruptcy Court err as a matter of law in staying Petitioning Creditors' discovery and all motion practice in the Case pending Petitioning Creditors' agreement to travel here from mainland China to the United States for live depositions?

3. Did the Bankruptcy Court err as a matter of law in denying Petitioning Creditors' Motion for Reconsideration in light of a recent change in the law permitting travel by Chinese nationals to resume to Macau?

## RELIEF SOUGHT

Procedurally, the Petitioning Creditors seek leave to take a direct appeal to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. 158 (d)(2)(A)(iii). Substantively, the Petitioning Creditors, as Appellants, seek judicial review of the portions of the Orders (as defined in the Motion and annexed hereto) which would require the Petitioning Creditors to travel to the United States for live depositions as opposed to sitting for video depositions in Macau. In that regard, Petitioning Creditors seek reversal of those portions of the Orders imposing such travel requirements on Petitioning Creditors and denying them the alternative relief (video depositions in Macau) requested in the Motion for Reconsideration.

## REASON WHY LEAVE SHOULD BE GRANTED

The Court is respectfully directed to the Motion which sets forth therein, including in the Argument portion of the Motion, the reasons why the relief should be granted.

## ORDERS APPEALED FROM

The Orders subject to the Appeal are annexed hereto collectively as Exhibit "A."

Dated: November 3, 2020

/s/ *Stephen M. Packman*

Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*