# EXHIBIT "B"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**ORDER GRANTING PETITIONING CREDITORS' MOTION FOR LEAVE TO APPEAL AND CERTIFICATION TO THE COURT OF APPEALS**

Upon consideration of the Motion of the Petitioning Creditors, Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao,

[1]The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors sat this time.

Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and Yijing Wu (collectively, the "Petitioning Creditors"), for leave to appeal and request for certification of the appeal directly to the United States Court of Appeals for the Fifth Circuit ("Court of Appeals"):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Request is **GRANTED**, as set forth herein.

2. Petitioning Creditors are hereby granted leave to appeal the Orders as defined in the Motion.

3. The Court hereby certifies the appeal directly to the Court of Appeals pursuant to 28 U.S.C. 158(d)(2)(A).

## End of Order ##

Submitted by:
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120. Houston, TX 77042
(832) 767-0339 | Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500. Philadelphia, PA 19103
(215)246-3147 | Email: spackman@archerlaw.com
Counsel for the Petitioning Creditors