# EXHIBIT "A"

DocuSign Envelope ID: 63CB5FF8-EA8D-41AD-B9D5-EE45F257BE63

# VERIFICATION

I, Cunxiang Ji, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

纪存祥 Ji cunxiang
Cunxiang Ji

Cunxiang Ji

DocuSign Envelope ID: B2B7C416-A2FF-4140-9264-688148630A7B

# VERIFICATION

I, Peng Guo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Peng Guo 郭鹏 Peng Guo

Peng Guo

DocuSign Envelope ID: EDBF546C-5ACC-4BF2-A2D5-8EE980BAA9B6

## VERIFICATION

I, Pei Guan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Pei Guan

DocuSign Envelope ID: 7346B350-DF88-4AB3-8BDB-7C2825648A57

## VERIFICATION

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu 吴怡静 Yijing Wu
Yijing Wu

DocuSign Envelope ID: DBD80918-9922-4E64-8C85-3E2D77648FF0

**VERIFICATION**

I, Heng Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

HengZhang Heng Zhang 張恒

Heng Zhang

**VERIFICATION**

I, Ruinian Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wu Ruinian Wu Ruinian 吴瑞年

Ruinian Wu

DocuSign Envelope ID: E626E690-7D7F-4C2A-B74B-A5ED2CA7EF62

# VERIFICATION

I, Chenchen Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Chenchen Jiang

______________________________

Chenchen Jiang

Chenchen Jiang

DocuSign Envelope ID: C793AC14-EE03-45E8-BDA0-E90666D5817B

## VERIFICATION

I, Xugeng Gong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Deotor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xuegeng Gong

DocuSign Envelope ID: BEEECBF7-236C-4FA0-8053-D38FF67FE0CF

# VERIFICATION

I, Hong Guo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Guo Hong Hong Guo

Hong Guo

DocuSign Envelope ID: 584D0F0C-62A9-4471-98A6-2CF7B784987A

# VERIFICATION

I, Lin Gao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

GAO LIN GAO LIN

Lin Gao

DocuSign Envelope ID: 64F14434-2A06-4B87-AE14-FE4594C43341

**VERIFICATION**

I, Cunxiang Ji, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

纪存祥 Ji cunxiang

Cunxiang Ji

Cunxiang Ji

DocuSign Envelope ID: C765DDB7-8338-4BBD-9C35-B6CBBA4E5A0A

**VERIFICATION**

I, Qiao Qin, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Qiao

Qiao Qin

Qin Qiao

秦乔

DocuSign Envelope ID: 6F66092E-8C3C-4B1C-83D0-4F7FB403136C

**VERIFICATION**

I, Xiaodong Hao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

郝晓东
XiaoDong HAO
XiaoDongHao
___________________________
Xiaodong Hao

DocuSign Envelope ID: C9BBB48C-17B7-4573-AEEC-08C537C46EDE

## VERIFICATION

I, Ying Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ying Zhou Ying Zhou 周颖

Ying Zhou

## VERIFICATION

I, Yue Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Zhang

DocuSign Envelope ID: 9CEAA0CE-1D26-4AD7-9902-D7A0464AFC3F

**VERIFICATION**

I, Yadan Liu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yadan Liu 刘雅丹

Yadan Liu

DocuSign Envelope ID: 5B533128-A8CD-48BD-93A6-890A1A2AD236

**VERIFICATION**

I, Heng Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Heng Zhang Heng Zhang 張恒

Heng Zhang

DocuSign Envelope ID: 0247CB16-485B-4B40-8315-28EF0BEA24C8

**VERIFICATION**

I, Weisi Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Weisi 王伟思 Wang Weisi

Weisi Wang

DocuSign Envelope ID: 448DFB71-4ED6-4D96-ABC9-63EA750F8612

**VERIFICATION**

I, Kangying Mao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Mao kangying [illegible] Mao Kangying

Kangying Mao

DocuSign Envelope ID: D4366319-B8FA-4AB7-9483-BBEDCD148301

**VERIFICATION**

I, Ying Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zhang Ying Zhang Ying

Ying Zhang

DocuSign Envelope ID: 40B5455E-11EF-4E8E-B8C7-394FF187E9DF

**VERIFICATION**

I, Jun Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jun Wang Jun Wang 王

Jun Wang

DocuSign Envelope ID: 4F5775FB-E580-4B36-BB00-A291F1970FD0

**VERIFICATION**

I, Pei Guan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Pei Guan 关沛 Guan Pei

Pei Guan

DocuSign Envelope ID: A1022B23-54BE-4C10-A147-340828D79107

# VERIFICATION

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

____________________
Yijing Wu

DocuSign Envelope ID: C1F2E956-CC0C-48E9-92F4-1BC9FD1F4A5D

**VERIFICATION**

I, Jingqiu Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

TANG JIN QIU

Jingqiu Tang

DocuSign Envelope ID: E6614747-9C64-43D9-9E66-C7E6B35978EE

## VERIFICATION

I, Qin Chu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Chu Qin Chu 褚勒

Qin Chu

DocuSign Envelope ID: 4C13BF3D-54A2-4A68-9F88-3218F16A7D50

**VERIFICATION**

I, Kui Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

wang kui Wang kui

Kui Wang

王葵

**VERIFICATION**

I, Yue Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Zhang Yue Zhang

Yue Zhang

张玥

DocuSign Envelope ID: 96415A1E-DBA0-42CD-92B6-8DECE7521137

# VERIFICATION

I, Fuqing Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Fuqing Chen

FUQING CHEN

Fuqing Chen

DocuSign Envelope ID: F9C790D4-0783-4CB2-8236-4B9F77E48DE9

# VERIFICATION

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu 吴怡静 Yijing Wu

Yijing Wu

DocuSign Envelope ID: 5C5BD8CE-25BA-4C7D-869D-E02674C530EF

# VERIFICATION

I, Guoqin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Guoqin Zhou Guoqin Zhou

Guoqin Zhou

DocuSign Envelope ID: E6614747-9C64-43D9-9E66-C7E6B35978EE

# VERIFICATION

I, Qin Chu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Chu Qin Chu 褚勤

Qin Chu

DocuSign Envelope ID: DC49AFE7-2044-4FED-B6CD-B5664CB55370

**VERIFICATION**

I, Hanjiang Fu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Hanjiang Fu