**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WALL007 LLC,** ***et al.***<br><br>**Alleged Debtors.** | **Case No. 20-31131**<br>**Chapter 7** |

**ALLEGED DEBTORS' OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF STEPHEN PACKMAN [DOC. 244]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COME Alleged Debtors Wall007 LLC *et al.*[1] and file this their Objections to the Supplemental Declaration of Stephen Packman [Doc. 244] and hereby state as follows:

1. It is unclear why if the Petitioners had the signatures back in July of 2020 and they are just being produced now or are the signatures actually dated now and the documents just do not reflect the correct dates of execution. This is unclear from the Declaration's attachments.
2. Further the Petitioners were supposed to sign the answers not just the Verifications.
3. It is impossible to tell from copies whether the signatures are in fact original wet signatures.
4. Further, swearing that something is to the best of one's knowledge, information and belief is a conditional verification. The actual "penalty of perjury" provision reads as follows:

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 U.S.C. 1746).*

5. It is clear that Mr. Packman does not know if these are original wet signatures.
6. Mr. Packman does not attest that he has the wet signatures in hand only that these are copies of wet signatures.
7. Without analyzing the signatures further and without waiving the right to do so the Declaration remains deficient.

Dated: November 5, 2020

Respectfully submitted,

**Joyce W. Lindauer Attorney, PLLC**
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
joyce@joycelindauer.com

Guy H. Holman
State Bar No. 24095171
guy@joycelindauer.com

*Attorneys for Alleged Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon all counsel of record on this 5th day of November 2020, in accordance with the Federal Rules of Bankruptcy Procedure and Federal Rules of Civil Procedure.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer