**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**<u>SUPPLEMENTAL DECLARATION OF STEPHEN M. PACKMAN</u>**

Stephen M. Packman, counsel for the Petitioning Creditors, hereby declare as follows:

**<u>PETITIONERS' PASSPORTS</u>**

1. We believe we have provided passports of all Petitioning Creditors, except for Lin Li, a lender of WALL011, LLC, who gave his Chinese I.D. card to the Court and Alleged Debtor's counsel.

2. We have compared the passports from the Petitioning Creditors to the Loan Agreements between the Petitioning Creditors and the Alleged Debtors and, based on that review, we believe that the passport numbers for each of the lenders matches the majority of the numbers set forth in the first paragraph of each Loan Agreement except where a Chinese I.D. number was used instead.

3. Some of the Petitioning Creditors provided a Chinese identification number to the Alleged Debtors on the Loan Agreement instead of a passport number.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

4. Annexed as Exhibit "A" hereto is an example of the Petitioning Creditor's passport matching the number provided in the Loan Agreement drafted by or on behalf of the Alleged Debtors.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 6, 2020

/s/ *Stephen M. Packman*
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-963-3300
Email: spackman@archerlaw.com