Robert W. Buchholz
555 Republic Drive, Suite 490
Plano, Texas 75074
214-754-5500
214-754-9100 fax
bob@attorneybob.com
Attorney for Southern Star Capital, LLC d/b/a Reliance Mortgage

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 7** |
| **WALL007, LLC, et al*** | ) | |
| | ) | **Case No. 20-31131-HDH** |
| | ) | |
| **Alleged Debtors** | ) | |

**WITNESS AND EXHIBIT LIST
OF
SOUTHERN STAR CAPITAL, LLC**

SOUTHERN STAR CAPITAL, LLC., d/b/a RELIANCE MORTGAGE COMPANY, designate the following individuals and documents as witnesses and exhibits respectively in connection with the hearing on the Motion for Relief from stay to be held **November 10, 2020 at 9:00 a.m,**

**WITNESSES:**

1. Michael D. Anderson.

2. Al Keller.

* The entities to be declared debtors are: WALL007 LLC; WALL009 LLC; WALL010 LLC; WALL011 LLC; WALL012 LLC; WALL016 LLC; and WALL017 LLC. The property in question is owned by WALL009, LLC.

3. Robin Taylor

4. Phil Ruais.

5. William E. Lowe.

6. Mark Adams

7. Any other witness called by Debtor or any other interested party.

8. Rebuttal witnesses as may be necessary.

| **EXHIBITS** | **DESCRIPTION** |
|---|---|
| 1. | Promissory Note dated September 11, 2019 from WALL009, LLC., as Borrower, to Southern Star Capital, LLC d/b/a Reliance Mortgage Company, as Lender, in the original principal amount of $900,000.00 |
| 2. | Deed of Trust dated September 11, 2019 from WALL009, LLC to Robert W. Buchholz as Trustee to secure Southern Star Capital, LLC d/b/a Reliance Mortgage Company as Lender. |
| 3. | Guarantee of Tim Barton on note. |
| 4. | Collateral Assignment of Note, Loan Documents and Liens dated September 12, 2019 from Southern Star Capital, LLC as Assignor to Texas Brand Bank as Lender. |
| 5. | Letter from Texas Brand Bank confirming servicing rights of Southern Star Capital, LLC d/b/a Reliance Mortgage Company in connection with referenced loan. |
| 6. | Affidavit of Al J. Keller dated September 9, 2020. |
| 7. | Borrower’s Statement. |
| 8. | Allege Debtor’s List of Creditors. |
| 9. | Unrecorded Release of Lien. |
| 10. | Partial Release of Lien dated August 20, 2020. |
| 11. | Debtor’s Application to Employ Counsel from LDG001, LLC, Cause No. 20-43110-mxm. |

12. Invoice of Southern Star Capital dated March 3, 2020.

13. E-mail string beginning May 1, 2020 from Tim Barton.

14. Certified Copy of Docket Sheet from 249th District Court in Johnson County, Texas.

15. Copy of Order from 415th District Court in Parker County, Texas.

Movant reserves the right to amend this Exhibit list if necessary.

Respectfully submitted,

By: */s/ Robert W. Buchholz*
________________________________

Robert W. Buchholz
Texas Bar No: 03290600
555 Republic Drive, Suite 490
Plano, Texas 75074
Tel. (214) 754-5500
Fax. (214) 754-9100
Bob@attorneybob.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first class mail to the parties indicated on the mailing matrix attached to the original certificate filed with the Court including the following.

| | |
|---|---|
| WALL009 LLC, Debtor<br>13901 Midway Rd., Ste. 102<br>Dallas, TX 75244 | VIA US MAIL |
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202<br>Attorney for Alleged Debtor | VIA ECF |
| Jiangang Ou<br>Nguyen & Chen LLP<br>11200 Westheimer Road, Suite 120<br>Houston, TX 77042 | VIA ECF |
| Stephen M. Packman<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103 | VIA ECF |
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

By: */s/ Robert W. Buchholz*
______________________________
Robert W. Buchholz