TEXAS BRAND BANK

William E. Lowe
President

Mr. Mike Anderson
Southern Star Capital, LLC d/b/a
Reliance Mortgage Company
5220 Spring Valley Road, Suite 602
Dallas, Texas 75254

Re: Servicing Permitted Under Collateral Assignment

**Note:** Note dated September 11, 2019 in the principal amount of $900,000.00 payable to Southern Star Capital, LLC d/b/a Reliance Mortgage Company.

**Deed of Trust:**

Date: September 11, 2019.

Grantor: WALL009, LLC, a Texas limited liability company

Mortgagee: Southern Star Capital, LLC, d/b/a Reliance Mortgage Company.

Recording information: File No. 2019-24729 of the Deed Records of Johnson County, Texas.

**Guarantor:** Tim Barton

**Assignment:** Assigned to Texas Brand Bank on September 11, 2019 by Collateral Assignment of Note, Loan Documents and Liens recorded at File No. 2019-24811 of the Deed Records of Johnson County, Texas.

Dear Mr. Anderson:

This letter will confirm the rights of Southern Star Capital, LLC, d/b/a Reliance Mortgage Company, in and to the above referenced loan in light of the Assignment.

The Assignment is a collateral assignment (and not an absolute assignment) of the Note, Deed of Trust, the ancillary loan documents and the liens created by or securing the same. As more fully set forth in the Assignment, until an event of default under the Assignment or any other documents governing or evidencing the indebtedness of



EXHIBIT
Southern Star
5

TEXAS BRAND BANK

Southern Star Capital, LLC, to Texas Brand Bank, Southern Star Capital, LLC, retains the right to collect all scheduled payments on the subject loan, and to take all necessary actions for the enforcement of all of the Southern Star Capital, LLC's rights as set forth under the terms of the note, deed of trust and the guarantee. These actions may include, but are not limited to, processing demands, the receipt and collecting of all payments, taking any and all necessary action to conduct any foreclosure necessary to collect the debt, including requesting the trustee to act or the appointment of any substitute trustee, recording reconveyances and releases and the taking of any necessary action in any court of competent jurisdiction, including Texas State Courts, United States District Courts and United States Bankruptcy Courts to enforce the terms of the note, deed of trust and any guarantee and/or bringing any legal action necessary against any entity or individual that may be responsible for any or a part of the obligations due under the note, deed of trust and the guarantee.

Nothing contained in this letter shall be deemed a modification of the Assignment or any of the other loan documents evidencing or securing the loan by Texas Brand Bank to Southern Star Capital, LLC, or the release of any liens securing the same, and, to the extent there is a conflict between the terms of this letter and the loan documents, such loan documents prevail. Texas Brand Bank is delivering this letter to Southern Star Capital, LLC, at the request of, and as an accommodation to, Southern Star Capital, LLC, and nothing contained herein shall be used or construed against Texas Brand Bank in any action to enforce, interpret or otherwise exercise any rights or remedies under, its loan documents.

Sincerely,

Texas Brand Bank

By: ______________________
Name: WILLIAM E LEE
Title: PRESIDENT