# BORROWER'S STATEMENT

**Date:** September 11, 2019 **GFNo: 1903259-VVJA**

**Loan From:** Southern Star Capital LLC dba Reliance Mortgage Co
13140 Coit Road Suite 504
Dallas, TX 75240

**To:** Wall009, LLC
13901 Midway Rd, #102-LB 243
Farmers Branch, TX 75244

**Property:** 63.7644 acres in John Haigler Abstract No. 358, Johnson County, Texas

| | | |
|---|---|---|
| **Credits/Funds Received** | | |
| Loan Amount from Southern Star Capital LLC dba Reliance Mortgage Co | | $900,000.00 |
| **Total** | | **$900,000.00** |
| **Less: Charges/Disbursements** | | |
| Payoff - Good to 10/10 to Liberty Bankers Line Insurance Company | | $190,589.16 |
| Loan Charges to Southern Star Capital LLC dba Reliance Mortgage Co | | $36,868.00 |
| Origination Fee 4% | $36,000.00 | |
| Processing Fee | $850.00 | |
| Appraisal Fee | POC $550.00 | |
| Flood Cert | $18.00 | |
| Document Prep Fee to Southern Star Capital dba Reliance Mortgage | | $500.00 |
| Certificate of Deposit to Southern Star Capital LLC dba Reliance Mortgage Co | | $90,000.00 |
| Title Insurance | | $4,398.50 |
| Single Issue | $5,048.00 | |
| Not yet due/payable | $5.00 | |
| Renewal and extension /2 yr | ($654.50) | |
| 15% of Title Premium to Underwriter | | |
| Guaranty Fee to Silver Star Title, LLC dba Sendera Title Guaranty Fee Escrow Account | | $2.00 |
| Fees to Sendera Title | | $532.00 |
| Escrow Fee | $500.00 | |
| Courier/Overnight Delivery Fee | $32.00 | |
| Recording Fees to Sendera Title Recording | | $200.00 |
| Tax Certificate to GRS Tax Service | | $75.00 |
| Attorney's Fees to Trujillo Law Firm, PLLC | | $375.00 |
| **Total Charges/Disbursements** | | **$323,539.66** |
| **Net Amount Due to Borrower** | | **$576,460.34** |

Borrower understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

The undersigned hereby authorizes Silver Star Title LLC dba Sendera Title to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

EXHIBIT
Southern Star
7
tabbies

Printed at: 09/10/2019 (04:09 pm)

*Compliments of* **Silver Star Title LLC dba Sendera Title**

Silver Star Title LLC dba Sendera Title

By ______________________
Julie Lyssy

WALL009, LLC, a Texas limited liability company

By: TRWF LODGE, LLC, a Texas limited liability company
Its: Managing Member

______________________
Tim Barton, Managing Member

By: CARNEGIE DEVELOPMENT, LLC,
a Delaware limited liability company
Its: Managing Member

______________________
Tim Barton, Managing Member

*Note: Interest on existing liens is figured to the date indicated. If not paid by then, additional interest will have to be collected and your statement will be adjusted to have sufficient funds to secure release from the lienholder.