**After Recording Return to:**
Lawyers Title
6115 Camp Bowie Blvd #190
Fort Worth, TX 76116
GF# 2000641900721

# RELEASE OF LIEN

**Date:** ____________________, 2019

**Holder of Note and Lien:** Southern Star Capital LLC d/b/a Reliance Mortgage Company

**Holder's Mailing Address:** ____________________

**Note and Lien Are Described in the Following Documents:**

A deed of trust to secure an indebtedness in the amount shown below,

| | |
|---|---|
| Amount: | $900,000.00 |
| Dated: | September 11, 2019 |
| Trustor/Grantor: | Wall 009, LLC |
| Trustee: | Robert W. Buchholz |
| Beneficiary: | Southern Star Capital LLC d/b/a Reliance Mortgage Company |
| Loan No.: | n/a |
| Recording Date: | September 12, 2019 |
| Recording No: | under Clerk's File No(s). 2019-24729, Real Property Records, Johnson County, Texas |

An assignment of the beneficial interest under said deed of trust which names:

| | |
|---|---|
| Assignee: | Texas Brand Bank |
| Loan No.: | n/a |
| Recording Date: | September 13, 2019 |
| Recording No: | under Clerk's File No(s). 2019-24811, Real Property Records, Johnson County, Texas |

**Property (including any improvements) to Be Released from Lien ("Property"):**
Lot 21, Block 5, and Lot 1, Block 7 in subdivision of Lots 16-30, Block 5; Lots 14-16, Block 6; Lots 1-15, Block 7; Venus Ridge Phase IV, an addition to the City of Venus, Johnson County, Texas according to the map or plat thereof, recorded in Volume 11, Page 544, Real Property Records, Johnson County, Texas.

Holder of Note and Lien is the owner and holder of the Note and Lien described above. Holder of Note and Lien acknowledges payment in full of the Note and releases the Property from the Lien and from all liens held by Holder of Note and Lien, without regard to how they were created or evidenced. Holder of Note and Lien expressly waives and releases all present and future rights to establish or enforce the Lien as security for payment of any future or other indebtedness. When the context requires, singular nouns and pronouns include the plural.

When the context requires, singular nouns and pronouns include the plural.

Southern Star Capital LLC
d/b/a Reliance Mortgage Company

BY: Michael D. Anderson
Name: Mike D. Anderson
ITS: Owner / Manager
Title

EXHIBIT
Southern Star
9



EXHIBIT 18

THE STATE OF Texas §
COUNTY OF Dallas §

This instrument was acknowledged before me on this the 20th day of November 2019, by Michael D Anderson, the owner of Southern Star Capital LLC d/b/a Reliance Mortgage Company.

CODY W. OLYNYK
Notary ID #129405339
My Commission Expires
April 29, 2021

Notary Public, State of Texas