I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Johnson County, Texas. To verify the authenticity of this copy please visit: https://johnson.tx.publicsearch.us/verifycert/7WYdSncq

Johnson County Clerk
Digitally signed by Becky Ivey
Date: 2020.11.02 11:45:49 -06:00

2020 - 32257 10/09/2020 8:49AM Page 1 of 2

Lawyers Title GF# 2000(6)1190D721 - RT

After Recording Return to:
Lawyers Title
6115 Camp Bowie Blvd #190
Fort Worth, TX 76116

## PARTIAL RELEASE OF LIEN

**Date:** August 20, 2020

**Holder of Note and Lien:** Southern Star Capital LLC d/b/a Reliance Mortgage Company
**Holder's Mailing Address:** 5220 Spring Valley Rd., Ste 602, Dallas, TX 75254

**Note and Lien Are Described in the Following Documents:**

A deed of trust to secure an indebtedness in the amount shown below,

| | |
|---|---|
| Amount: | $900,000.00 |
| Dated: | September 11, 2019 |
| Trustor/Grantor | WALL009, LLC, a Texas limited liability company |
| Trustee: | Robert W. Buchholz |
| Beneficiary: | Southern Star Capital LLC d/b/a Reliance Mortgage Company |
| Recording Date: | September 12, 2019 |
| Recording No: | under Clerk's File No. 2019-24729, Real Property Records, Johnson County, Texas |

**Property (including any improvements) to Be Released from Lien ("Property"):**
Being Lot 1, Block 7, of Venus Ridge Phase IV, an Addition to the City of Venus, Johnson County, Texas, according to the Map or Plat thereof recorded in Volume 11, Page 544, of the Map or Plat Records of Johnson County, Texas.

**Commonly known as 1000 Sumner Dr, Venus, TX 76084.**

Being Lot 21, Block 5, of Venus Ridge Phase IV, an Addition to the City of Venus, Johnson County, Texas according to the Map or Plat thereof recorded in Volume 11, Page 544, of the Map or Plat Records of Johnson County, Texas.

**Commonly known as 1109 Sumner Dr, Venus, TX 76084.**

For value received, Holder of Note and Lien releases only the Property from the Lien and from all liens held by Holder of Note and Lien, without regard to how they were created or evidenced.

When the context requires, singular nouns and pronouns include the plural.

**Southern Star Capital LLC d/b/a Reliance Mortgage Company**

BY: Mike D. Anderson

ITS: Owner / Manager
Title

THE STATE OF Texas §
COUNTY OF Dallas §

This instrument was acknowledged before me on this the 20th day of August, 2020, by Mike D Anderson, the Owner of Southern Star Capital LLC d/b/a Reliance Mortgage Company, on behalf of said company.

CODY W. OLYNYK
Notary ID #129405339
My Commission Expires
April 29, 2021

Notary Public, State of Texas



EXHIBIT
Southern Star
10

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Johnson County, Texas. To verify the authenticity of this copy please visit: https://johnson.tx.publicsearch.us/verifycert/7WYdSncq

**Johnson County Clerk**

Digitally signed by Becky Ivey
Date: 2020.11.02 11:45:49 -06:00



**Johnson County**
**Becky Ivey**
**Johnson County**
**Clerk**

---

**Instrument Number:** 32257

eRecording - Real Property

Partial Release

Recorded On: October 09, 2020 08:49 AM

Number of Pages: 2

---

**" Examined and Charged as Follows: "**

Total Recording: $26.00

---

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 32257 |
| Receipt Number: | 20201009000017 |
| Recorded Date/Time: | October 09, 2020 08:49 AM |
| User: | Linda B |
| Station: | ccl30 |

**Record and Return To:**

Corporation Service Company

---

**STATE OF TEXAS**
**COUNTY OF JOHNSON**

**I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Johnson County, Texas.**

Becky Ivey
Johnson County Clerk
Johnson County, TX

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Johnson County, Texas. To verify the authenticity of this copy please visit: https://johnson.tx.publicsearch.us/verifycert/r7k6NfrX

Johnson County Clerk

Digitally signed by Becky Ivey Date: 2020.11.02 11:45:08 -06:00

2020 - 25449 08/20/2020 2:24PM Page 1 of 2

**After Recording Return to:**
Lawyers Title
6115 Camp Bowie Blvd #190
Fort Worth, TX 76116

**PARTIAL RELEASE OF LIEN**

**Date:** August 20, 2020

**Holder of Note and Lien:** Southern Star Capital LLC d/b/a Reliance Mortgage Company
**Holder's Mailing Address:** 5220 Spring Valley Rd, Ste 602, Dallas, TX 75254

**Note and Lien Are Described in the Following Documents:**

A deed of trust to secure an indebtedness in the amount shown below,

| | |
|---|---|
| Amount: | $900,000.00 |
| Dated: | September 11, 2019 |
| Trustor/Grantor | WALL009, LLC, a Texas limited liability company |
| Trustee: | Robert W. Buchholz |
| Beneficiary: | Southern Star Capital LLC d/b/a Reliance Mortgage Company |
| Recording Date: | September 12, 2019 |
| Recording No: | under Clerk's File No. 2019-24729, Real Property Records, Johnson County, Texas |

**Property (including any improvements) to Be Released from Lien ("Property"):**
Being Lot 1, Block 7, of Venus Ridge Phase IV, an Addition to the City of Venus, Johnson County, Texas, according to the Map or Plat thereof recorded in Volume 11, Page 544, of the Map or Plat Records of Johnson County, Texas.

**Commonly known as 1000 Sumner Dr, Venus, TX 76084.**

Being Lot 21, Block 5, of Venus Ridge Phase IV, an Addition to the City of Venus, Johnson County, Texas according to the Map or Plat thereof recorded in Volume 11, Page 544, of the Map or Plat Records of Johnson County, Texas.

**Commonly known as 1109 Sumner Dr, Venus, TX 76084.**

For value received, Holder of Note and Lien releases only the Property from the Lien and from all liens held by Holder of Note and Lien, without regard to how they were created or evidenced.

When the context requires, singular nouns and pronouns include the plural.

**Southern Star Capital LLC d/b/a Reliance Mortgage Company**

BY: Mike D. Anderson

ITS: Owner/Manager
Title

THE STATE OF Texas §
COUNTY OF Dallas §

This instrument was acknowledged before me on this the 20th day of August, 2020, by Mike D Anderson, the Owner of Southern Star Capital LLC d/b/a Reliance Mortgage Company, on behalf of said company.

CODY W. OLYNYK
Notary ID #129405339
My Commission Expires
April 29, 2021

Notary Public, State of Texas

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Johnson County, Texas.
To verify the authenticity of this copy please visit:
https://johnson.tx.publicsearch.us/verifycert/r7k6NfrX

Johnson County Clerk

Digitally signed by Becky Ivey
Date: 2020.11.02 11:45:08 -06:00

2020-25449 08/20/2020 2:24 PM Page 2 of 2

**Johnson County**
**Becky Ivey**
**Johnson County Clerk**

---

**Instrument Number:** 25449

eRecording - Real Property

Partial Release

Recorded On: August 20, 2020 02:24 PM

Number of Pages: 2

---

**" Examined and Charged as Follows: "**

Total Recording: $26.00

---

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 25449 |
| Receipt Number: | 20200820000142 |
| Recorded Date/Time: | August 20, 2020 02:24 PM |
| User: | Linda B |
| Station: | ccl30 |

**Record and Return To:**

Corporation Service Company

---

**STATE OF TEXAS**
**COUNTY OF JOHNSON**

**I hereby certify that this Instrument was FILED in the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Johnson County, Texas.**

Becky Ivey
Johnson County Clerk
Johnson County, TX