Guinn Justice Center
204 S. Buffalo Avenue, Ste. 208
Cleburne, Texas 76033

Board Certified - Criminal Law
Texas Board of Legal Specialization

THE STATE OF TEXAS

# Wayne Bridewell
## DISTRICT JUDGE
249th Judicial District of Texas
Johnson and Somervell Counties

Local Administrative
District Judge
of Somervell County

Office: 817/556-6825
Fax: 817/556-6849

FILED
JOHNSON COUNTY
2020 OCT -1 PM 4:33
DAVID R. LLOYD
DISTRICT CLERK
BY

October 1, 2020

Hon. Beau Powell via email beau@shawlaw.net

Hon. Robert Buchholz via email bob@attorneybob.com

Hon. Robert Wilson via email rwilson429@aol.com

RE: Cause No. DC-C202000421; LDG001, LLC and DJD Land Partners v. Southern Star Capital LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams, Robert W. Buchholz, and Citizens Bank

Please find enclosed a file marked copy of the docket sheet entry that the Court made on October 1, 2020 in the above referenced matter.

Very truly yours,

Wayne Bridewell
249th District Judge
DWB/grh

EXHIBIT
Southern Star
14

DISTRICT COURT
T E X A S
JOHNSON COUNTY

CERTIFIED COPY 4 PG(S)
DISTRICT COURT
NOV, 05 2020
DAVID R. LLOYD
DISTRICT CLERK - JOHNSON COUNTY, TEXAS
BY ______ DEPUTY

**DC – C202000421**
Filed: 07/24/2020

| | |
|---|---|
| Contract – Other | 249th District Court |

LDG001, LLC vs. Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams and Robert W. Buchholz

| Plaintiff | Lead Attorney |
|---|---|
| LDG001, LLC | SHAW EVAN LANE |

| Defendant | Lead Attorney |
|---|---|
| Southern Star Capital, LLC d/b | |
| Anderson, Mike | |
| Adams, Mark | |
| Buchholz, Robert W. | |

# CIVIL DOCKET

## NOTES

## DOCKET ENTRIES

| MONTH | DAY | YEAR | DOCKET ENTRIES |
|---|---|---|---|
| 7 | 29 | 2020 | Zoom Hrg - Atty Beau Powell present for Plts. Atty Robert Buchholz present w/Def(s). Both attys make opening statements. Witnesses sworn. Tim Barton testified. Plts Exh#4,5,6,7,8,9-Adm. Hrg recessed till Friday morning 7/31/2020 @ 9:00am. WB/Sheffield |
| 8 | 18 | 2020 | Zoom Hrg - Atty's Beau Powell & Van Shaw Present For Plt's. Atty Robert Wilson Present w/mark Adams. Atty Robert Buchholz Present w/Def's. Court Grants & Signs order to Withdraw & substitute Counsel. Witnesses sworn. Tim Barton Testified. Plt's Exh#1-15 & 16-21-Adm; Def's Exh# 1-3, 5-11, 13-19 & 21-35- Adm. recessed For Lunch until 1:25pm. All present @ 2:11pm. Plts Exh#22-Adm. Mike Anderson testified. Time ended. Case to be reset @ 4:50pm. WB/Howle |

DISTRICT COURT ★ JOHNSON COUNTY

| MONTH | DAY | YEAR | DOCKET ENTRIES |
|---|---|---|---|
| 9 | 30 | 2020 | Zoom Hrg - Atty Beau Powell present for Plts. Atty Robert Buchholz present for Defs. Atty Robert Wilson present for Mark Adams. Witnesses previously sworn. Plt's Exh # 23-27 - Adm. Mike Anderson testified. Def's Exh # 37-51 offered; Plt's object to 49-51; Exh # 37-48 - Adm. Def's Exh # 50 offered; Plt's object - recessed to locate official from Citizen's Bank - unable to locate - continue w/ testimony of Mike Anderson. Plt's rest. Def's Adams rest. Mark Adams sworn & testified. Def's Exh # 49 offered; Plt's object; Exh # 49 - Adm. Def's Exh # 51 - Adm. Jim [illegible] w/ Citizens Bank sworn & testified. Def's Exh # 50 - Adm. Continue testimony of Mark Adams. All parties make closing statements. Court will review file & exh's & make ruling by 5:00pm 10/2/2020. Hrg adjourned @ 12:42pm. WB/Howe |
| 10 | 1 | 2020 | The Court denys Plaintiff's Request for Temporary Injunction. [signature], Judge Presiding |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DISTRICT COURT JOHNSON COUNTY

FILED
JOHNSON COUNTY
2020 OCT -1 PM 4:33
DAVID R. LLOYD
DISTRICT CLERK
BY [signature]

**Gina Horton**

| | |
|---|---|
| **From:** | Gina Horton |
| **Sent:** | Thursday, October 1, 2020 4:39 PM |
| **To:** | 'Beau Powell'; Robert W. Buchholz; Bob Wilson |
| **Subject:** | 249th District Court Johnson County DCC202000421 LDG v.Southern et al |
| **Attachments:** | LDG Docket Ruling.pdf |

*Gina Horton*
*Civil and Domestic Court Coordinator*
*249th District Court*
*Johnson and Somervell Counties*
*817-556-6825 JoCo Extension 1130*

DISTRICT COURT JOHNSON COUNTY T E X A S

**CERTIFIED COPY CERTIFICATE**
**STATE OF TEXAS – COUNTY OF JOHNSON**
**I HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD ON FILE IN MY OFFICE**
**DAVID R. LLOYD**
**DISTRICT CLERK – JOHNSON COUNTY, TEXAS**
**DATE** NOV 05 2020
**BY** ______ **DEPUTY**