BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re:<br>WALL007 LLC | | § | |
| | | § | |
| | | § | Case No.: 20−31131−hdh7 |
| | Debtor(s) | § | Chapter No.: 7 |
| Jun Li, et al. | | § | |
| | Appellant(s) | § | |
| vs.<br>WALL007 LLC , et al. | | § | |
| | Appellee(s) | § | |
| | | § | |

# CERTIFICATE OF MAILING

Notice of Appeal Filed By: Jun Li, et al.

Re: [169] Order on motion to compel re: discovery

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on November 12, 2020.

DATED: 11/12/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk