CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 16, 2020**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | § | Case No. 20-31131 (HDH) |
| Debtor | § | (Jointly Administered) |
| | § | |

## ORDER CONDITIONING THE AUTOMATIC STAY

On November 3, 2020, a hearing was held on *Amended Motion for Relief from Stay* [ECF No. 179](the "**Motion**"), filed by TAMAMOI, LLC, a Delaware limited liability company and FDRE, INC., an Oregon corporation (collectively "**Movant**"), against WALL010, LLC ("**Alleged Debtor**"). The matter was taken under advisement. On November 10, 2020, the Court announced its ruling from the bench, after having considered the pleadings on file, the testimony presented, the evidence admitted into the record and argument of counsel.

1 The entities to be declared debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

**IT IS THEREFORE ORDERED** that the automatic stay is conditioned as follows:

1. No later than November 19, 2020, Movant shall be paid an adequate protection payment of $30,000.00.

2. No later than December 19, 2020, Movant shall be paid an adequate protection payment of $30,000.00.

3. Failure to make adequate protection payments by due date shall result in termination of the automatic stay as to Movant.

4. If the involuntary case against Alleged Debtor is not dismissed by December 1, 2020, Movant may reassert the Motion and have it set for a hearing in January 2021 at which time the Alleged Debtor will be required to demonstrate a detailed and comprehensive plan of action as to how the Movant will be repaid.

**###END OF ORDER###**