Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**APPELLEES' DESIGNATION OF RECORD**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

In accordance with Fed. R. Bankr. P. 8009, the Alleged Debtors, WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC and WALL017 LLC ("Alleged Debtors" and "Appellees") hereby submit their designation of items to be included in the record on appeal.

**DESIGNATION OF RECORD**

Appellees, the Alleged Debtors, designate the following items for inclusion in the record on appeal. Each designated item includes any and all attachments or exhibits to such item.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| Bankruptcy Case Docket Number | Date | Description |
|---|---|---|
| 48 | 06/04/2020 | Order Granting, in Part, the Petitioning Creditors' Emergency Motion (I) to Quash or Modify the Alleged Debtors' Rule 45 Subpoenas Upon Petitioning Creditors, Jin Wang and Yijing Wu and Third Parties; (II) for an Order Scheduling a Discovery Conference and Setting a Discovery Schedules; (III) Requiring the Alleged Debtors to Abide by the Discovery Order and Adjourn Depositions of Third Party Witnesses and (IV) for Sanctions Against Counsel for the Alleged Debtors and Timothy Barton for Violations of Discovery Rules and Witness Intimidation |
| 82 | 07/02/2020 | Order on Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362 |
| 121 | 08/03/2020 | Declaration of Timothy Barton |
| 122 | 08/05/2020 | Supplemental Declaration of Timothy Barton |
| 123 | 08/05/2020 | Supplemental Declaration of Timothy Barton |
| 161 | 08/31/2020 | Timothy Barton's Motion to Quash Petitioners' Supplement to Motion for Contempt or, in the alternative, Response and Opposition to Petitioners' Supplement to Motion for Contempt |
| 266 | 11/13/2020 | Alleged Debtors' Objection and Response to Petitioners' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A) Regarding Discovery Orders [Docket Numbers 220, 221, 225, 226, 230, 231, 235, 236, 240 and 241] |
| 278 | 11/16/2020 | Alleged Debtors' Amended Objection and response to Petitioners' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A) Regarding Discovery Orders [Docket Numbers 220, 221, 225, 226, 230, 231, 235, 236, 240 and 241] |

Appellees, the Alleged Debtors, expressly reserve their right to amend this Designation of Record on Appeal, including additional items for inclusion in the record on appeal.

Dated: November 17, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors
Email: joyce@joycelindauer.com
kerry@joycelindauer.com
guy@joycelindauer.com
Attorneys for Alleged Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon all parties receiving electronic notice in this case listed below.

Robert W. Buchholz on behalf of Creditor Southern Star Capital, LLC
bob@attorneybob.com

Darrell Wayne Cook on behalf of Creditor Fargo Consultants, Inc.
dwcook@attorneycook.com, all@attorneycook.com

Katherine T. Hopkins on behalf of Interested Party Blackfoot Interest, Ltd.
katherine.thomas@kellyhart.com

Joyce W. Lindauer on behalf of Alleged Debtor WALL007 LLC
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Steven C. Metzger on behalf of Interested Party Timothy Barton
smetzger@pmklaw.com

Jiangang Ou on behalf of Petitioning Creditor Aiguo Luo
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman on behalf of Petitioning Creditor Cunxiang Ji
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo on behalf of Creditor Michael Fu
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan on behalf of Creditor Benchmark Acquisitions, LLC
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida on behalf of Creditor Tamamoi, LLC and FDRE, Inc.
filings@vidalawfirm.com, legalprokirstin@gmail.com;bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer