# EXHIBIT "A"

**Huber, Amy M.**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject: RE: Wall - Certification re: Wet-Signatures**
**Date:** July 7, 2020 at 2:45:13 PM CDT
**To:** jou nguyen-chen.com <jou@nguyen-chen.com>

Thank you

---

**From:** jou nguyen-chen.com <jou@nguyen-chen.com>
**Sent:** Tuesday, July 7, 2020 1:10 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Jorge Garcia <jgarcia@archerlaw.com>; Stephen Packman <spackman@archerlaw.com>
**Subject:** Re: Wall - Certification re: Wet-Signatures

[redacted]

We received Liying Yang's early today so only two are pending.

> On Jul 7, 2020, at 11:11 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:
>
> Could you also provide us copies of the wet signatures – thank you
>
> ---
>
> **From:** Garcia, Jorge <jgarcia@archerlaw.com>
> **Sent:** Monday, July 6, 2020 8:53 PM
> **To:** Joyce Lindauer <joyce@joycelindauer.com>
> **Cc:** Packman, Stephen <spackman@archerlaw.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
> **Subject:** Wall - Certification re: Wet-Signatures
>
> Ms. Lindauer:

Attached is the Certification of Jiangang Ou, Esquire regarding Receipt of Original "Wet-Signature" Petitions and Declarations from Petitioning Creditors that I filed today. We filed this with the Court earlier today, docket no. 85 and 86, but apparently there is a technical issue and the filings do not show up on the docket or on PACER. I will be contacting the Court regarding this issue tomorrow morning, but wanted to get this to you today due to the Court's deadline.

If you have any questions, please let me know.

Thanks,
Jorge

**Jorge Garcia, Esq.**

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3102
jgarcia@archerlaw.com
www.archerlaw.com

<~WRD3490.jpg>

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.