# EXHIBIT “B”

**Huber, Amy M.**

| | |
|---|---|
| **From:** | jou nguyen-chen.com <jou@nguyen-chen.com> |
| **Sent:** | Monday, November 23, 2020 7:32 PM |
| **To:** | Huber, Amy M. |
| **Cc:** | Packman, Stephen M. |
| **Subject:** | [EXT MAIL] Fwd: contact information for the Chinese Lenders |
| **Attachments:** | wall 007.zip; wall 009.zip; wall 012.zip |

Begin forwarded message:

**From:** jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject: Fwd: contact information for the Chinese Lenders**
**Date:** August 27, 2020 at 10:08:27 AM CDT
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Stephen Packman <spackman@archerlaw.com>

Joyce,

FYI. —The original email and the three(3) zipped documents attached thereto proving passports of lenders were sent to the Alleged Debtors at their request.

Please let us know the names of the Petitioning Creditors of whom the Alleged Debtors allege do not have a copy of passport so we can verify and double check and help save the Court's time and efforts. Please be noted that our roles are not only clients' lawyers but also the court's officers.

Jiangang "James" Ou
Attorney at Law

Nguyen & Chen, LLP
11200 Westheimer Suite 120
Houston, Texas 77042
(832)767-0339
(832)767-0669 (fax)
jou@nguyen-chen.com

CONFIDENTIALITY NOTICE: The information in this electronic message may be privileged and confidential and is intended for the use of the individual or entity named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of this message is prohibited.

------------------ Original ------------------
**From:** "樊玲"<tidy@yding.cn>;
**Date:** Tue, Jun 18, 2019 04:51 PM
**To:** "Murugan Venkat"<mvenkat.jmj@gmail.com>;
**Cc:** "Tim Barton"<tbarton@jmjdevelopment.com>; "周霖"<lynn@yding.cn>; "Sohail Quraeshi"<sqpolo@gmail.com>; "Hongpeng Lin"<HLin@jmjdevelopment.com>; "Allen Zhang"<allen.zhang@yding.cn>;
**Subject:** Re: contact information for the Chinese Lenders

Hi Ven,
Kindly to check attachment as passport pictures for WALL007/WALL009/WA012, we are wait the last 4 from clients, after we received , we will send to you immediately.
About the WeChat ID, we will provide all list to Hong today.

------------------
Tidy Fan
tidy@yding.cn
+86-13918867172

------------------ Original ------------------
**From:** "Murugan Venkat"<mvenkat.jmj@gmail.com>;
**Date:** Mon, Jun 17, 2019 11:00 PM
**To:** "樊玲"<tidy@yding.cn>;
**Cc:** "Tim Barton"<tbarton@jmjdevelopment.com>; "周霖"<lynn@yding.cn>; "Sohail Quraeshi"<sqpolo@gmail.com>; "Hongpeng Lin"<HLin@jmjdevelopment.com>; "Allen Zhang"<allen.zhang@yding.cn>;
**Subject:** Re: contact information for the Chinese Lenders

Hello Tidy
Please send the copy of the passports for all these investors ASAP
**Thanks & regards**
**Murugan Venkat**
On Mon, Jun 17, 2019 at 8:19 AM 樊玲 <tidy@yding.cn> wrote:

> Hi, Tim,
> Kindly to check attachment as client list with name/cell number/address/passport or ID number on Wall007,Wall009,Wall012, we will add wechat ID information after we collect everyone, try to update tomorrow.
> ------------------
> Tidy Fan
> tidy@yding.cn
> +86-13918867172

**Huber, Amy M.**

**From:** jou nguyen-chen.com <jou@nguyen-chen.com>
**Sent:** Thursday, August 27, 2020 11:16 AM
**To:** Joyce Lindauer
**Cc:** Packman, Stephen
**Subject:** [EXT MAIL] Fwd: wall 010 011 护照
**Attachments:** wall 010.zip; wall 011.zip

Joyce,

FYI. —The original email and zipped documents attached thereto proving passports of lenders were sent to the Alleged Debtors at their request.

Please let us know the names of the Petitioning Creditors of whom the Alleged Debtors allege do not have a copy of passport so we can verify and double check ***and help save the Court's time and efforts. Please be noted that our roles are not only clients' lawyers but also the court's officers.***

Jiangang "James" Ou
Attorney at Law

Nguyen & Chen, LLP
11200 Westheimer Suite 120
Houston, Texas 77042
(832)767-0339
(832)767-0669 (fax)
jou@nguyen-chen.com

CONFIDENTIALITY NOTICE: The information in this electronic message may be privileged and confidential and is intended for the use of the individual or entity named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of this message is prohibited.

------------------ Original ------------------

**From:** "樊玲"<tidy@yding.cn>;
**Date:** Wed, Jun 19, 2019 08:18 PM
**To:** "Hongpeng Lin"<hlin@jmjdevelopment.net>; "Hongpeng Lin"<hlin@jmjdevelopment.com>;
**Subject:** wall 010 011 护照

今天发的护照照片太大了，我怕万一收不到，再分成两份邮件发给你

-----------------
Tidy Fan
tidy@yding.cn
+86-13918867172

**Huber, Amy M.**

**From:** jou nguyen-chen.com <jou@nguyen-chen.com>
**Sent:** Thursday, August 27, 2020 11:17 AM
**To:** Joyce Lindauer
**Cc:** Packman, Stephen
**Subject:** [EXT MAIL] Fwd: wall 016 017 护照
**Attachments:** wall 016.zip; wall 017.zip

Joyce,

FYI. —The original email and zipped documents attached thereto proving passports of lenders were sent to the Alleged Debtors at their request.

Please let us know the names of the Petitioning Creditors of whom the Alleged Debtors allege do not have a copy of passport so we can verify and double check ***and help save the Court's time and efforts. Please be noted that our roles are not only clients' lawyers but also the court's officers.***

Jiangang "James" Ou
Attorney at Law

Nguyen & Chen, LLP
11200 Westheimer Suite 120
Houston, Texas 77042
(832)767-0339
(832)767-0669 (fax)
jou@nguyen-chen.com

CONFIDENTIALITY NOTICE: The information in this electronic message may be privileged and confidential and is intended for the use of the individual or entity named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of this message is prohibited.

**From:** "樊玲"<tidy@yding.cn>;
**Date:** Wed, Jun 19, 2019 08:19 PM
**To:** "Hongpeng Lin"<hlin@jmjdevelopment.net>; "Hongpeng Lin"<hlin@jmjdevelopment.com>;
**Subject:** Re:wall 016 017 护照

这是016和017的

------------------
Tidy Fan
tidy@yding.cn
+86-13918867172

------------------ Original ------------------

**From:** "樊玲"<tidy@yding.cn>;
**Date:** Wed, Jun 19, 2019 08:18 PM
**To:** "Hongpeng Lin"<hlin@jmjdevelopment.net>; "Hongpeng Lin"<hlin@jmjdevelopment.com>;
**Subject:** wall 010 011 护照

**今天**发的护照照片太大了，我怕万一收不到，再分成两份邮件发给你

-----------------
Tidy Fan
tidy@yding.cn
+86-13918867172