# EXHIBIT "D"

**Huber, Amy M.**

| | |
|---|---|
| **From:** | jou nguyen-chen.com <jou@nguyen-chen.com> |
| **Sent:** | Monday, July 13, 2020 6:34 PM |
| **To:** | Packman, Stephen |
| **Cc:** | Joyce Lindauer; Garcia, Jorge |
| **Subject:** | [EXT MAIL] Re: Wall |

Joyce,

Please click the below DropBox web link and download the documents in response to the Alleged Debtors's Request for Production of Documents, which are being produced on rolling basis.

[redacted]

Jiangang "James" Ou
Attorney at Law

Nguyen & Chen, LLP
11200 Westheimer Suite 120
Houston, Texas 77042
(832)767-0339
(832)767-0669 (fax)
jou@nguyen-chen.com

CONFIDENTIALITY NOTICE: The information in this electronic message may be privileged and confidential and is intended for the use of the individual or entity named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of this message is prohibited.

On Jul 11, 2020, at 1:32 PM, Packman, Stephen <spackman@archerlaw.com> wrote:

Joyce:

Per our call yesterday, we will look over the alleged debtors' discovery responses again and advise what objections we have to those responses. If we cannot resolve those issues early next week, we will ask the Court to intervene. We categorically disagree with your statement yesterday during our call that the alleged debtors' financial records are irrelevant to these proceedings. Based upon defenses asserted by the alleged debtors those document are highly relevant. If the alleged debtors have no corporate or financial records, then that needs to be stated in your responses. We find that hard to believe since the alleged debtors have asserted in this litigation that the alleged debtors are in fact bona fide separate companies with assets and liabilities. Perhaps that is not the case?

James will begin production of documents to you by Petitioning Creditors on a rolling basis on Monday.

If you wish to convey any settlement offers, please convey them to me and James in writing.

Thanks.

**Huber, Amy M.**

> Begin forwarded message:
>
> From: Jiangang Ou <jou@nguyen-chen.com<mailto:jou@nguyen-chen.com>>
> Subject: Re: Wall
> Date: July 29, 2020 at 8:22:49 AM CDT
> To: Joyce Lindauer <joyce@joycelindauer.com<mailto:joyce@joycelindauer.com>>
> Cc: Stephen Packman <spackman@archerlaw.com<mailto:spackman@archerlaw.com>>, Jorge Garcia <jgarcia@archerlaw.com<mailto:jgarcia@archerlaw.com>>
>
> Joyce,
>
> Here is the first supplemental production: [redacted]
>
> Please let me know immediately should you have any problem in viewing or downloading same.
>

>
> Jiangang "James" Ou
> Attorney at Law
>
> Nguyen & Chen, LLP
> 11200 Westheimer Suite 120
> Houston, Texas 77042
> (832)767-0339
> (832)767-0669 (fax)
> jou@nguyen-chen.com<mailto:jou@nguyen-chen.com>
>
> CONFIDENTIALITY NOTICE: The information in this electronic message may be privileged and confidential and is intended for the use of the individual or entity named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of this message is prohibited.
>
>
>
> On Jul 13, 2020, at 5:34 PM, jou [redacted] <jou@nguyen-chen.com<mailto:jou@nguyen-chen.com>> wrote:
>
> Joyce,
>
> Please click the below DropBox web link and download the documents in response to the Alleged Debtors's Request for Production of Documents, which are being produced on rolling basis.
>
> [redacted]
>
> Jiangang "James" Ou
> Attorney at Law
>
> Nguyen & Chen, LLP
> 11200 Westheimer Suite 120
> Houston, Texas 77042
> (832)767-0339
> (832)767-0669 (fax)
> jou@nguyen-chen.com<mailto:jou@nguyen-chen.com>
>
> CONFIDENTIALITY NOTICE: The information in this electronic message may be privileged and confidential and is intended for the use of the individual or entity named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of this message is prohibited.

>
>
>
> On Jul 11, 2020, at 1:32 PM, Packman, Stephen <spackman@archerlaw.com<mailto:spackman@archerlaw.com>> wrote:
>
> Joyce:
>
> Per our call yesterday, we will look over the alleged debtors' discovery responses again and advise what objections we have to those responses. If we cannot resolve those issues early next week, we will ask the Court to intervene. We categorically disagree with your statement yesterday during our call that the alleged debtors' financial records are irrelevant to these proceedings. Based upon defenses asserted by the alleged debtors those document are highly relevant. If the alleged debtors have no corporate or financial records, then that needs to be stated in your responses. We find that hard to believe since the alleged debtors have asserted in this litigation that the alleged debtors are in fact bona fide separate companies with assets and liabilities. Perhaps that is not the case?
>
> James will begin production of documents to you by Petitioning Creditors on a rolling basis on Monday.
>
> If you wish to convey any settlement offers, please convey them to me and James in writing.
>
> Thanks.
>
>
>