Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR TAMAMOI, LLC and FDRE, INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | § | Case No. 20-31131 (HDH) |
| Debtor | § | (Jointly Administered) |
| | § | |

**MOVANT'S AFFIDAVIT IN SUPPORT OF ITS
MOTION FOR RELIEF FROM AUTOMATIC STAY**

| | |
|---|---|
| STATE OF OREGON | )( |
| COUNTY OF BENTON | )( |

James Richardson, being duly sworn according to law, deposes and says:

1. I am over the age of eighteen and authorized to make this affidavit.

2. I have care, custody and control of books, records and files relating to the loan made by FDRE, Inc., and Tamamoi, LLC, (collectively "Movant") to WALL007, LLC ("Debtor"). I have personally worked on said books, records and files and, as to the following facts, I know them to be true of my own personal knowledge or have gained knowledge of them from Movant's books, records and files. Said books, records and files were prepared in the regular course of Movant's business at or near the time of the acts, conditions, or events to which they relate by a person who had personal knowledge of the event being recorded and a business duty to accurately record such event. I have reviewed all of Movant's books and records in connection with this matter. Based upon my review of Movant's books and records, I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

1 The entities to be declared debtors are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

3. I have reviewed the Motion for Relief from Stay to be filed in this proceeding and it contains the appropriate legal description for the Property the subject of the motion.

4. On May 24, 2019, WALL007 through Timothy Barton, its President, signed a Balloon Promissory Note in the amount of $2,800,000.00 (the "Promissory Note") and executed a Deed of Trust (the "Deed of Trust"). Also, Timothy Barton personally guaranteed Carnegie's indebtedness to Movant.

5. The Promissory Note interest rate was 11.5% and it matured on May 23, 2020.

6. Before the maturity date of the Promissory Note, WALL007 defaulted under the terms of the Promissory Note.

7. As December 1, 2020, the payoff on the indebtedness to Movant is approximately $3,201,115.92. This balance remains unpaid and is accruing interest and other applicable charges.

Further affiant says nothing.

James Richardson

Subscribed and sworn to before me the undersigned authority on December 2nd, 2020 after review of photographic identification.

A.PALLESCHI
COMM. #2200387
NOTARY PUBLIC • CALIFORNIA
RIVERSIDE COUNTY
Commission Expires June 5, 2021

Notary Public - State of ~~Oregon~~ California