CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 1, 2020**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*,** | § | **Case No. 20-31131 (HDH)** |
| | § | |
| **Alleged Debtors.** | § | **(Jointly Administered)** |

## CERTIFICATION OF DISCOVERY ORDERS FOR DIRECT APPEAL

The above-captioned cases are involuntary bankruptcy proceedings filed by petitioning creditors (the "Petitioning Creditors") who are Chinese nationals residing in mainland China. On August 19, 2020, this Court issued an oral ruling disposing of four outstanding discovery motions. Based on determinations that (1) depositions of the Petitioning Creditors are necessary in these cases, (2) conducting the depositions in the United States would be difficult, but possible, (3) conducting the depositions in China, even by video, may be illegal, and (4) proceeding with other discovery or motions would be fruitless if the Petitioning Creditors are not willing to appear for depositions, the Court ordered that before any other discovery or motion practice would continue, counsel for the Petitioning Creditors must sign and file an agreement that the Petitioning Creditors will appear for live depositions in the United States (a "Deposition Agreement"). The

Court's oral ruling was memorialized in a series of written orders that were entered on September 4, 2020 (the "Discovery Orders").[1]

The Petitioning Creditors have not filed a Deposition Agreement. On September 15, 2020, the Petitioning Creditors filed a motion to reconsider the Discovery Orders,[2] which this Court denied.[3] On November 3, 2020, the Petitioning Creditors filed notices of appeal for the Discovery Orders and the order denying the motion to reconsider,[4] along with motions for leave to file interlocutory appeals of those orders[5] and requests for the certification necessary to obtain a direct review of those orders by the United States Court of Appeals for the Fifth Circuit.[6]

Both the Notices of Appeal and the Motions for Leave were transferred to the District Court for consideration, and on November 30, 2020, the District Court denied the Motions for Leave and dismissed the appeals.[7]

While those appeals were pending, this Court entered its *Order Directing Compliance with Prior Orders* [Docket No. 287], ordering that the bankruptcy cases will be dismissed without prejudice if, by the end of the day on December 4, 2020, the Petitioning Creditors have not either (1) filed the required Deposition Agreement or (2) obtained a stay of the Discovery Orders pending

---

[1] The Discovery Orders consist of four orders: *Order Granting in Part the Alleged Debtor's Motion to Compel Discovery Related to Wet Signatures [Dkt. No. 101]* [Docket No. 165]; *Order Granting in Part the Petitioners' Motion to Compel Discovery [Dkt. Nos. 92 & 129]* [Docket No. 167]; *Order Granting in Part the Alleged Debtor's Motion to Quash Petitioners' Deposition Notice [Dkt. No. 133]* [Docket No. 168]; *Order Granting in Part the Alleged Debtor's Second Motion to Compel Discovery Responses from Petitioners [Dkt. No. 105]* [Docket No. 169].

[2] *Motion of the Petitioning Creditors for (I) Reconsideration of Discovery Orders; and (II) Related Relief* [Docket No. 175].

[3] *Order Denying Motion for Reconsideration of Discovery Orders* [Docket No. 202] (the "Order Denying Reconsideration").

[4] Docket Nos. 218, 223, 228, 233, and 238 (the "Notices of Appeal").

[5] Docket Nos. 221, 226, 231, 236, and 241 (the "Motions for Leave").

[6] Dockets Nos. 220, 225, 230, 235, and 240 (the "Certification Requests").

[7] *See* Case Nos. 3:20-cv-03385, 3:20-cv-03386, 3:20-cv-03387, 3:20-cv-03388, and 3:20-cv-03389.

appeal. As a result, these cases are rapidly nearing their conclusion if the Petitioning Creditors do not comply with the existing orders or obtain relief from them.

Pursuant to Federal Rule of Bankruptcy Procedure 8006(a), a certification of an order for direct review in a court of appeals is only effective when a timely appeal has been taken and the notice of appeal has become effective. In addition, 28 U.S.C. § 158(d)(2)(A) states:

> The appropriate court of appeals shall have jurisdiction of appeals described in the first sentence of subsection (a) if the bankruptcy court, the district court, or the bankruptcy appellate panel involved, acting on its own motion or on the request of a party to the judgment, order, or decree described in such first sentence, or all the appellants and appellees (if any) acting jointly, certify that—
>
> (i) the judgment, order, or decree involves a question of law as to which there is no controlling decision of the court of appeals for the circuit or of the Supreme Court of the United States, or involves a matter of public importance;
>
> (ii) the judgment, order, or decree involves a question of law requiring resolution of conflicting decisions; or
>
> (iii) an immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken;
>
> and if the court of appeals authorizes the direct appeal of the judgment, order, or decree.

28 U.S.C. § 158(a) states, in relevant part, that "[t]he district courts of the United States shall have jurisdiction to hear appeals . . . with leave of the court, from other interlocutory orders and decrees . . . of bankruptcy judges entered in cases and proceedings referred to the bankruptcy judges under section 157 of this title."

It is not clear that the Court of Appeals would have jurisdiction over the Petitioning Creditors' interlocutory appeals of the Discovery Orders or the Order Denying Reconsideration in light of the fact that the District Court has denied the motions for leave to file interlocutory appeals

of those orders.[8] It is also not clear that the Certification Requests were not mooted by the District Court's dismissal of the Petitioning Creditors' appeals. Without deciding either of those issues, the Court makes the following certification out of an abundance of caution given the rapidly approaching deadline for the Petitioning Creditors to either file the required Deposition Agreement or obtain a stay of the Discovery Orders pending appeal.

Pursuant to 28 U.S.C. § 158(d)(2) and Bankruptcy Rule 8006, the Court certifies the Discovery Orders and the Order Denying Reconsideration for direct review by the United States Court of Appeals for the Fifth Circuit because an immediate appeal from the orders may materially advance the progress of the case or proceeding in which the appeal is taken.

###End of Certification###

[8] *See* 28 U.S.C. § 158(d)(2)(A).

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 20-31131-hdh

WALL007 LLC Chapter 7

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: jblanco Page 1 of 5

Date Rcvd: Dec 01, 2020 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Khudabuksh K Walji, Law Office of K. Walji, 10701 Corporate Drive, Ste 350, Stafford, TX 77477-4091 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida | on behalf of Creditor Tamamoi LLC and FDRE, Inc. filings@vidalawfirm.com, legalprokirstin@gmail.com;bkfilings@yahoo.com |
| Darrell Wayne Cook | on behalf of Creditor Fargo Consultants Inc. dwcook@attorneycook.com, all@attorneycook.com |
| Jiangang Ou | on behalf of Petitioning Creditor Jun Li jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Jiancheng Chen jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Rufeng Ding jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | |

on behalf of Petitioning Creditor Yue Zhang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Weijia Kong jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Pei Guan jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Di Tang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Xiaodong Hao jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Yi Tang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Yan Zhang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Xuegeng Gong jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Wenjuan Yin jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Yunding Kang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Wai Ying jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Cunxiang Ji jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Ruinian Wu jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Weisi Wang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Qu Chen jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Ying Zhou jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Yulan Chen jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Fang Ding jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Jingqiu Tang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Xiangdong Zhu jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Heng Zhang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Jialin Hu jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Lan Ji jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Jin Wang jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Yadan Liu jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Hanjiang Fu jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Lin Gao jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Lin Zhou jou@nguyen-chen.com ahuber@archerlaw.com

| | |
|---|---|
| Jiangang Ou | on behalf of Petitioning Creditor Ying Zhang jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Liying Yang jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Kangying Mao jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Qin Chu jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Feng Yan jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Chao Xu jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Tianqing Song jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Wanwan Li jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Yijing Wu jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Jinzhe Wu jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Hong Guo jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Jun Zeng jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Ou Jiang jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Mai Ye jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Yue Xu jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Kai Tian jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Aiguo Luo jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Qiuying Li jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Pengfei Dong jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Lin Li jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Li Jiang jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Peng Guo jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Fuqing Chen jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Chenchen Jiang jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Jiaxiang Lu jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Wenjun Wang jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Jun Wang jou@nguyen-chen.com ahuber@archerlaw.com |
| Jiangang Ou | on behalf of Petitioning Creditor Kui Wang jou@nguyen-chen.com ahuber@archerlaw.com |

Jiangang Ou
on behalf of Petitioning Creditor Yuan Yuan jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Guoqin Zhou jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Qiao Qin jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Xiaomin Fan jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Xiaoquan Dai jou@nguyen-chen.com ahuber@archerlaw.com

Jiangang Ou
on behalf of Petitioning Creditor Sicheng Zhan jou@nguyen-chen.com ahuber@archerlaw.com

Joyce W. Lindauer
on behalf of Alleged Debtor WALL007 LLC joyce@joycelindauer.com dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer
on behalf of Alleged Debtor WALL012 LLC joyce@joycelindauer.com dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer
on behalf of Alleged Debtor WALL017 LLC joyce@joycelindauer.com dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer
on behalf of Alleged Debtor WALL011 LLC joyce@joycelindauer.com dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer
on behalf of Alleged Debtor WALL009 LLC joyce@joycelindauer.com dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer
on behalf of Alleged Debtor WALL016 LLC joyce@joycelindauer.com dian@joycelindauer.com;gina@joycelindauer.com

Joyce W. Lindauer
on behalf of Alleged Debtor WALL010 LLC joyce@joycelindauer.com dian@joycelindauer.com;gina@joycelindauer.com

Katherine T. Hopkins
on behalf of Interested Party Neighborhood Association of Lost Creek Estates Inc katherine.thomas@kellyhart.com

Katherine T. Hopkins
on behalf of Interested Party LAH III Family Specific Interest Ltd. katherine.thomas@kellyhart.com

Katherine T. Hopkins
on behalf of Interested Party L. Allen Hodges III katherine.thomas@kellyhart.com

Katherine T. Hopkins
on behalf of Interested Party Blackfoot Interest Ltd. katherine.thomas@kellyhart.com

Katherine T. Hopkins
on behalf of Interested Party Tejas Group Ltd. katherine.thomas@kellyhart.com

Michael P. Ridulfo
on behalf of Creditor Bob Jiang mridulfo@krcl.com dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo
on behalf of Creditor Michael Fu mridulfo@krcl.com dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
on behalf of Creditor Benchmark Acquisitions LLC sullivan@hooverslovacek.com

Robert W. Buchholz
on behalf of Creditor Southern Star Capital LLC bob@attorneybob.com

Stephen M. Packman
on behalf of Petitioning Creditor Jin Wang spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman
on behalf of Petitioning Creditor Weisi Wang spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman
on behalf of Petitioning Creditor Yunding Kang spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman
on behalf of Petitioning Creditor Peng Guo spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman
on behalf of Petitioning Creditor Lin Zhou spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman
on behalf of Petitioning Creditor Li Jiang spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com

| | |
|---|---|
| Stephen M. Packman | on behalf of Petitioning Creditor Lin Li spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com |
| Stephen M. Packman | on behalf of Petitioning Creditor Cunxiang Ji spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com |
| Stephen M. Packman | on behalf of Petitioning Creditor Xuegeng Gong spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com |
| Stephen M. Packman | on behalf of Petitioning Creditor Qu Chen spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com |
| Stephen M. Packman | on behalf of Petitioning Creditor Kai Tian spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com |
| Stephen M. Packman | on behalf of Petitioning Creditor Jun Li spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com |
| Stephen M. Packman | on behalf of Petitioning Creditor Yan Zhang spackman@archerlaw.com jgarcia@archerlaw.com,ahuber@archerlaw.com |
| Steven C. Metzger | on behalf of Interested Party Timothy Barton smetzger@pmklaw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 98