Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ALLEGED DEBTOR'S WITNESS AND EXHIBIT LIST**

Comes now WALL009 LLC, an alleged debtor in the above-styled and numbered bankruptcy case ("Alleged Debtor"), and files this its Witness and Exhibit List for the hearing scheduled on November 10, 2020.

**Witnesses**

At the hearing, the Alleged Debtor may call the following persons to testify as witnesses:

1. Timothy Barton
2. Vance McMurray
3. Representative of Valbridge Property Advisors
4. Jason Wagner, MAI, Senior Appraiser
5. Any witness designated by any other party

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

## **Exhibits**

At the hearing the Alleged Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | Motion of Southern Star Capital, LLC d/b/a Reliance Mortgage Company for Relief from Automatic Stay [Docket No. 173] | | |
| 3 | WALL009, LLC's Response and Objection to Motion of Southern Star Capital, LLC d/b/a Reliance Mortgage Company for Relief from Automatic Stay [Docket No. 176] | | |
| 4 | Release of Lien | | |
| 5 | November 9, 2017 Appraisal of Property by Valbridge Property Advisors | | |
| 6 | Third Motion of Alleged Debtors to Dismiss Involuntary Petition with Prejudice [Docket No. 182] | | |
| 7 | Opposition of Petitioning Creditors to the Third Motion of Alleged Debtors to Dismiss Involuntary Petitions with Prejudice [Docket No. 294] | | |
| 8 | Any exhibits identified by any other party | | |

Alleged Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Alleged Debtor further reserves the right to supplement this list prior to the hearing.

Dated: December 4, 2020.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 4, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties listed below.

Robert W. Buchholz
bob@attorneybob.com

Darrell Wayne Cook on behalf of Creditor Fargo Consultants, Inc.
dwcook@attorneycook.com, all@attorneycook.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;gina@joycelindauer.com

Steven C. Metzger
smetzger@pmklaw.com

Jiangang Ou
jou@nguyen-chen.com, ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com, jgarcia@archerlaw.com,ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com, dtrevino@krcl.com;mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
Ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida
filings@vidalawfirm.com; legalprokirstin@gmail.com; bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer