Brian M. Gargano Esq.
Jiangang Ou, Esq.
Randall Towns, Esq.
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
Tel: (832) 767-0339
Fax: (832) 767-0669
Email: bgargano@nguyen-chen.com
Email: jou@nguyen-chen.com

COUNSEL FOR THE PETITIONING CREDITORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD

In accordance with FED. R. BANKR. P. 8009, Petitioning Creditors, Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, YadanLiu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, KangyingMao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang,Jun Zeng, Kui Wang, Yue Zhang,

Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu (the "Petitioning Creditors") and Appellants, hereby submit their designation of items to be included in the record on appeal and a statement of the issues to be presented on their appeal of the Order Dismissing Involuntary Bankruptcy Cases Without Prejudice (Dkt. No. 310) entered on December 7, 2020.[1]

**<u>STATEMENT OF ISSUES</u>**

1. Did the Petitioning Creditors disobey the Bankruptcy Court's Order requiring them to file a "Live Deposition Agreement" when Petitioning Creditors timely filed their "Live Deposition Agreement" on December 4, 2020?

2. Did the Petitioning Creditors willfully disobey the Bankruptcy Court's Order requiring them to file a "Live Deposition Agreement" when Petitioning Creditors timely filed their "Live Deposition Agreement" on December 24, 2020?

3. Did the Bankruptcy Court abuse its discretion in sanctioning the Petitioning Creditors under FRCP 37(b)(2) where the Petitioning Creditors did not willfully or consciously disobey the Bankruptcy Court's Discovery Orders and the Compliance Orders?

4. Did the Bankruptcy Court abuse its discretion under FRCP 37(b)(2) in issuing an unjust sanction of dismissal without prejudice given the Bankruptcy Court's sanction has caused Petitioning Creditors undue prejudice and exposure to the Alleged Debtor's recently filed motions under 11 U.S.C. § 303(i) for Attorneys' Fees, Costs, and Compensatory and Punitive Damages as a result of the dismissal sanction?

5. Did the Bankruptcy Court abuse its discretion under FRCP 37(b)(2) in issuing the sanction of dismissal without prejudice as applied to Petitioning Creditor's conduct where said conduct was not willful or in bad faith?

6. Did the Bankruptcy Court abuse its discretion under FRCP 37(b)(2) in issuing the sanction of dismissal without prejudice where the deterrent value of Rule 37 could have been achieved by the use of less drastic sanctions?

7. Did the Bankruptcy Court abuse its discretion under FRCP 37(b)(2) where the Bankruptcy Court did not provide Petitioning Creditors prior notice that the timely filed "Live Deposition Agreement" was unsatisfactory prior to the Bankruptcy Court's issuance of its sanction of dismissal without prejudice?

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC and WALL017 LLC.

8. Did the Bankruptcy Court abuse its discretion under FRCP 37(b)(2) where the Bankruptcy Court did not provide Petitioning Creditors an opportunity to address and cure the defects the Bankruptcy Court's found in the "Live Deposition Agreement" filed on December 4, 2020 prior to the Bankruptcy Court's issuance of its sanction of dismissal without prejudice?

9. Did the Bankruptcy Court abuse its discretion under FRCP 37(b)(2) when it dismissed the Petitioning Creditors' Involuntary Bankruptcy Petition where the failure to comply with the Bankruptcy Court's Discovery Orders and the Compliance Orders resulted from the Petitioning Creditors' inability to comply?

10. Did the Bankruptcy Court abuse its discretion in dismissing the Petitioning Creditors' Involuntary Bankruptcy Petition under FRCP 41(b) where the Petitioning Creditors did not willfully or consciously disobey the Bankruptcy Court's Discovery Orders and the Compliance Orders?

11. Did the Bankruptcy Court abuse its discretion under FRCP 41(b) in issuing an unjust sanction of dismissal without prejudice as applied to Petitioning Creditor's conduct given the Bankruptcy Court's sanction has caused Petitioning Creditors undue prejudice and exposure to the Alleged Debtor's recently filed motions under 11 U.S.C. § 303(i) for Attorneys' Fees, Costs, and Compensatory and Punitive Damages as a result of the dismissal sanction?

12. Did the Bankruptcy Court abuse its discretion under FRCP 41(b) in issuing the sanction of dismissal without prejudice given it could have been achieved by the use of less drastic sanctions?

13. Did the Bankruptcy Court abuse its discretion under FRCP 41(b) where the Bankruptcy Court did not provide Petitioning Creditors prior notice that the timely filed "Live Deposition Agreement" was unsatisfactory prior to the Bankruptcy Court's issuance of its sanction of dismissal without prejudice?

14. Did the Bankruptcy Court abuse its discretion under FRCP 41(b) where the Bankruptcy Court did not provide Petitioning Creditors an opportunity to address and cure the defects the Bankruptcy Court's found in the "Live Deposition Agreement" filed on December 4, 2020 prior to the Bankruptcy Court's issuance of its sanction of dismissal without prejudice?

15. Did the Bankruptcy Court abuse its discretion under FRCP 41(b) when it dismissed the Petitioning Creditors' Involuntary Bankruptcy Petition where the failure to comply with the Bankruptcy Court's Discovery Orders and the Compliance Orders resulted from the Petitioning Creditors' inability to comply?

**DESIGNATION OF RECORD**

Appellants, the Petitioning Creditors, designate the following items for inclusion in the record on appeal. Each designated item includes any and all attachments or exhibits to such item.

| Docket No. | Date | Description |
|---|---|---|
| 314 | 12/21/2020 | Notice of Appeal |
| 313 | 12/17/2020 | Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. Section 303(i) |
| 310 | 12/7/2020 | Order Dismissing Involuntary Bankruptcy Cases Without Prejudice |
| | | Docket Report for Case No. 20-31131 |
| | | Docket Report for Case No. 20-31133 |
| | | Docket Report for Case No. 20-31134 |
| | | Docket Report for Case No. 20-31135 |
| | | Docket Report for Case No. 20-31136 |
| | | Docket Report for Case No. 20-31138 |
| | | Docket Report for Case No. 20-31139 |
| 1 | 4/8/2020 | Involuntary Petition Against a Non-Individual filed against WALL007, LLC in Case No. 20-31131 |
| 1 | 4/8/2020 | Involuntary Petition Against a Non-Individual filed against WALL009, LLC in Case No. 20-31133 |
| 1 | 4/8/2020 | Involuntary Petition Against a Non-Individual filed against WALL010, LLC in Case No. 20-31134 |
| 1 | 4/8/2020 | Involuntary Petition Against a Non-Individual filed against WALL011, LLC in Case No. 20-31135 |
| 1 | 4/8/2020 | Involuntary Petition Against a Non-Individual filed against WALL012, LLC in Case No. 20-31136 |
| 1 | 4/8/2020 | Involuntary Petition Against a Non-Individual filed against WALL016, LLC in Case No. 20-31138 |
| 1 | 4/8/2020 | Involuntary Petition Against a Non-Individual filed against WALL017, LLC in Case No. 20-31139 |
| 18 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31131 |
| 19 | 5/7/2020 | Brief in Support of the Motions of Alleged Debtors to Dismiss Involuntary Petitions, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31131 |

| | | |
|---|---|---|
| 20 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31131 |
| 21 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31131 |
| | | |
| 22 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31131 |
| 23 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31131 |
| 15 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31133 |
| 16 | 5/7/2020 | Brief in Support of the Motions of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31133 |
| 14 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31134 |
| 15 | 5/7/2020 | Brief in Support of the Motions of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31134 |
| 14 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31135 |
| 15 | 5/7/2020 | Brief in Support of the Motions of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31135 |
| 14 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request |

| | | |
|---|---|---|
| | | for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31136 |
| 15 | 5/7/2020 | Brief in Support of the Motions of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31136 |
| 14 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31138 |
| 15 | 5/7/2020 | Brief in Support of the Motions of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31138 |
| 14 | 5/7/2020 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31139 |
| 15 | 5/7/2020 | Brief in Support of the Motions of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 filed in Case No. 20-31139 |
| 24 | 5/12/2020 | Notice of Hearing |
| 25 | 5/13/2020 | Joint Pre-Conference Statement |
| 27 | 5/14/2020 | Second Motion of Alleged Debtor to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies filed in Case No. 20-31131 |
| 18 | 5/14/2020 | Second Motion of Alleged Debtor to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies filed in Case No. 20-31133 |
| 17 | 5/14/2020 | Second Motion of Alleged Debtor to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies filed in Case No. 20-31134 |
| 17 | 5/14/2020 | Second Motion of Alleged Debtor to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies filed in Case No. 20-31135 |
| 17 | 5/14/2020 | Second Motion of Alleged Debtor to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies filed in Case No. 20-31136 |
| 17 | 5/14/2020 | Second Motion of Alleged Debtor to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies filed in Case No. 20-31138 |

| | | |
|---|---|---|
| 17 | 5/14/2020 | Second Motion of Alleged Debtor to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies filed in Case No. 20-31139 |
| 29 | 5/18/2020 | Notice of Hearing filed in Case No. 20-31131 |
| 35 | 5/29/2020 | Petitioning Creditors' Response to Alleged Debtors' Motions to Dismiss and Motions for Other Relief filed in Case No. 20-31131 |
| 37 | 5/29/2020 | Response of Petitioning Creditors to Alleged Debtors' Second Motions to Dismiss filed in Case No. 20-31131 |
| 58 | 6/10/2020 | Alleged Debtors' Witness and Exhibit List filed in Case No. 20-31131 |
| 59 | 6/11/2020 | Petitioning Creditors' Witness and objection and Exhibit List filed in Case No. 20-31131 |
| 61 | 6/12/2020 | Notice of hearing filed in Case No. 20-31131 |
| 62 | 6/12/2020 | Declaration of Jorge Garcia, Esquire in Further Support of Petitioning Creditors' Response to Alleged Debtors Second Motions to Dismiss filed in Case No. 20-31131 |
| 64 | 6/15/2020 | Declaration of Timothy Barton filed in Case No. 20-31131 |
| 81 | 6/23/2020 | Order on Second Motion of Alleged Debtors to Dismiss Involuntary Petition Without Prejudice for Procedural Deficiencies entered in Case No. 20-31131 |
| 92 | 7/23/2020 | Petitioning Creditors' Motion to Compel Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories |
| 93 | 7/23/2020 | Motion for Expedited Consideration of Petitioning Creditors' Motion to Compel Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories |
| 96 | 7/24/2020 | Notice of Hearing for the Petitioning Creditors' Motion to Compel Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories |
| 97 | 7/24/2020 | Certificate of Service |
| 101 | 7/27/2020 | Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel |
| 102 | 7/27/2020 | Motion for Setting and Request for Expedited Hearing |
| 103 | 7/27/2020 | Notice of Expedited Hearing |
| 104 | 7/27/2020 | Order Regarding Request for Expedited Hearing |
| 105 | 7/28/2020 | Alleged Debtors' Second Motion to Compel Discovery Responses, Filed in the Alternative to Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel |
| 106 | 7/28/2020 | Motion for Setting and Request for Expedited Hearing |
| 107 | 7/28/2020 | Order Granting Request for Expedited Hearing |

| | | |
|---|---|---|
| 108 | 7/28/2020 | Notice of Expedited Hearing |
| 110 | 7/29/2020 | Alleged Debtors' Opposition to Petitioners' Motion to Compel Responses to First Request for Production of Documents and First Set of Interrogatories |
| 118 | 7/29/2020 | Opposition of Petitioning Creditors to the Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Nondispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel |
| 119 | 7/29/2020 | Opposition of Petitioning Creditors to the Alleged Debtors' Second Motion to Compel Discovery Responses, Filed in the Alternative to Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Nondispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction With Creditors' Motion to Compel |
| 124 | 8/10/2020 | Petitioning Creditors' Amended Motion to Compel |
| 125 | 8/10/2020 | Amended Exhibit B to Petitioning Creditors' Amended Motion to Compel |
| 129 | 8/10/2020 | Petitioning Creditors' Amended Motion to Compel |
| 131 | 8/11/2020 | Notice of Hearing for the Petitioning Creditors' Amended Motion to Compel |
| 132 | 8/11/2020 | Certificate of Service |
| 133 | 8/11/2020 | Motion to Quash Petitioners' Deposition Notices |
| 134 | 8/12/2020 | Motion for Setting and Request for Expedited Hearing |
| 137 | 8/12/2020 | Notice of Expedited Hearing |
| 138 | 8/12/2020 | Alleged Debtors' Witness and Exhibit List |
| 140 | 8/13/2020 | Petitioning Creditors' Opposition to the Alleged Debtors', Timothy Barton's, Venkat Murugan's, and Hongpeng Lin's Motion to Quash Petitioners' Deposition Notices |
| 142 | 8/13/2020 | Notice of Hearing |
| 143 | 8/14/2020 | Alleged Debtors Status Report for August 17, 2020 Hearing |
| 144 | 8/14/2020 | Alleged Debtors' Supplement to Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition |
| 145 | 8/14/2020 | Alleged Debtors' Response in Opposition to Petitioning Creditors' Amended Motion to Compel |
| 146 | 8/14/2020 | Alleged Debtors Reply to Petitioners Opposition to Alleged Debtors Motion to Quash Petitioners Deposition Notices |
| 147 | 8/14/2020 | Alleged Debtors' Amended Witness and Exhibit List |
| 153 | 8/18/2020 | Notice of Hearing |
| 162 | 9/3/2020 | Correspondence from Clerk requesting order from attorney for Petitioning Creditors regarding Amended Motion to Compel |

| | | |
|---|---|---|
| 163 | 9/3/2020 | Correspondence from Clerk requesting order from attorney for Alleged Debtors regarding Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel |
| 164 | 9/3/2020 | Correspondence from Clerk requesting order from attorney for Alleged Debtors regarding Second Motion to Compel Discovery Responses, Filed in the Alternative to Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay All Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petition and to Schedule Hearing in Conjunction with Creditors' Motion to Compel |
| 165 | 9/4/2020 | Order Granting in Part the Alleged Debtor's Motion to Compel Discovery Related to Wet Signatures [Dkt. No. 101] |
| 167 | 9/4/2020 | Order Granting in Part the Petitioners' Motion Compel Discovery [Dkt. Nos. 92 & 129] |
| 169 | 9/4/2020 | Order Granting in Part the Alleged Debtor's Second Motion to Compel Discovery Responses From Petitioners [Dkt. No. 105] |
| 175 | 9/15/2020 | Motion of the Petitioning Creditors for (i) Reconsideration of Discovery Orders; and (ii) Related Relief |
| 177 | 9/23/2020 | Response and Objection to Motion of Petitioning Creditors for (i) Reconsideration of Discovery Orders; and (ii) Related Relief |
| 182 | 10/12/2020 | Third Motion of Alleged Debtors to Dismiss Involuntary Petition With Prejudice |
| 184 | 10/14/2020 | Notice of Hearing for the Status Conference |
| 202 | 10/22/2020 | Order Denying Motion for Reconsideration of Discovery Orders |
| 206 | 10/28/2020 | Notice of Hearing |
| 208 | 10/29/2020 | Notice of Continued Status Conference |
| 210 | 10/29/2020 | Notice of Hearing |
| 229 | 11/3/2020 | Appellants' Statement of Issues and Designation of Record |
| 230 | 11/3/2020 | Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. §(d)(2)(A) |
| 231 | 11/3/2020 | Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit |
| 232 | 11/3/2020 | Certificate of Service |
| 258 | 11/12/2020 | Certificate of Mailing of Notice of Appeal |
| 266 | 11/13/2020 | Alleged Debtors' Objection and Response to Petitioner's Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. §158(d)(2)(A) Regarding Discovery Orders [Docket Numbers 220, 221, 225, 226, 230, 231, 235, 236, 240 and 241] |
| 274 | 11/16/2020 | Notice of Transmittal |
| 283 | 11/17/2020 | Appellees' Designation of Record |
| 141 | 8/13/2020 | Transcript of 7/31/2020 Hearing |

| | | |
|---|---|---|
| 159 | 8/21/2020 | Transcript of 8/19/2020 Hearing |
| 172 | 9/10/2020 | Transcript of 8/17/2020 Hearing |
| 265 | 11/13/2020 | Transcript of 10/23/2020 Status Conference |
| | | Transcript of 11/6/2020 Status Conference |
| 287 | 11/23/2020 | Order Directing Compliance with Prior Orders |
| 308 | 12/4/2020 | Live Deposition Agreement |

Appellants, the Petitioning Creditors, expressly reserve their right to amend this Statement of Issues and Designation of Record on Appeal, including additional issues on appeal and items for inclusion in the record on appeal.

Dated: January 4, 2021

Respectfully Submitted,

By: /s/ *Brian M. Gargano*
Brian M. Gargano (*admission pending*)
bgargano@nguyen-chen.com
Jiangang Ou
Randall Towns

Nguyen and Chen LLP
11200 Westheimer Road, Suite 120
Houston, TX 77042
Phone: 832-767-0339

*Counsel for the Petitioning Creditors and Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to the parties listed below.

**Via U.S. Mail**
WALL007, LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**Via U.S. Mail**
WALL009, LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**Via U.S. Mail**
WALL010, LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**Via U.S. Mail**
WALL011, LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**Via U.S. Mail**
WALL012, LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**Via U.S. Mail**
WALL016, LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**Via U.S. Mail**
WALL017, LLC
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**Via ECF**
Khudabuksh K. Walji, Esquire
Law Office of K. Walji
10701 Corporate Dr., Ste. 350
Stafford, TX 77477

**Via ECF**
Robert W. Buchholz, Esquire
bob@attorneybob.com

**Via ECF**
Darrell Wayne Cook, Esquire
dwcook@attorneycook.com
all@attorneycook.com

**Via ECF**
Katherine T. Hopkins, Esquire
katherine.thomas@kellyhart.com

**Via ECF**
Joyce W. Lindauer, Esquire
joyce@joycelindauer.com
dian@joycelindauer.com
gina@joycelindauer.com

**Via ECF**
Steven C. Metzger, Esquire
smetzger@pmklaw.com

**Via ECF**
Michael P. Ridulfo, Esquire
mridulfo@krcl.com
dtrevino@krcl.com
mridulfo@ecf.courtdrive.com

**Via ECF**
Patrick D. Sullivan, Esquire
sullivan@hooverslovacek.com

**Via ECF**
United States Trustee
ustpregion06.da.ecf@usdoj.gov

**Via ECF**
Behrooz P. Vida, Esquire
filings@vidalawfirm.com
legalprokirstin@gmail.com
bkfilings@yahoo.com

Dated: January 4, 2021

*/s/ Brian M. Gargano*
Brian M. Gargano