**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**ORDER GRANTING APPELLANTS' MOTION FOR CONTINUANCE OF HEARING AND REQUEST FOR LIMITED DISCOVERY**

After considering the Motion for Continuance of Hearing and Request for Limited Discovery (the "Motion"), submitted by Petitioning Creditors Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Zhou, Kai Tian, Yijing Wu, Xuegeng Gong, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Dai, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Weisi Wang, Xiaoquan Dai, Feng Yan, Ou Jiang, Jinzhe Wu, Yadan Liu, Wenjuan Yin, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Qin Chu, Yulan Chen, Sicheng Zhan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Jun Wang, Xiaomin Fan, Jialin Hu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and Qu Chen ("Petitioning Creditors"), as well as any response and evidence and arguments submitted by counsel for the parties, the Court

**GRANTS** the Motion and continues the hearing on Alleged Debtors' under 11 U.S.C. § 303(i) ("Motion for Recovery") [Docket No. 313] until after the Court adjudicates Petitioning

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors"). Currently, Alleged Debtors' federal tax identification numbers are unknown to Petitioning Creditors.

Creditors' amended motion for reconsideration and related relief ("Motion for Reconsideration") [Docket No. 323]. The hearing on the Motion for Recovery is moved to __________ __, 2021. Further, the Court

**GRANTS** Petitioning Creditors request for discovery limited to the claims asserted in Alleged Debtors' Motion for Recovery.

SIGNED this _____ day of ______________________, 2021.

______________________________
PRESIDING JUDGE