**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **CASE NO. 20-31131-hdh7** |
| | § | **Chapter 7** |
| **Alleged Debtors.** | § | |

**ORDER GRANTING ALLEGED DEBTORS' MOTION FOR**
**PETITIONERS TO POST BOND PURSUANT TO 11 U.S.C. § 303(e)**

CAME ON FOR CONSIDERATION THE Alleged Debtors' Motion for Petitioners to Post Bond Pursuant to Post Bond Pursuant to 11 U.S.C. § 303(e), and the Court having considered the pleadings and argument of counsel, finds good cause to grant same. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Petitioners in these jointly administered cases shall post a bond in the amount of $138,671,477.76 to indemnify the Alleged

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

Debtors for the possible recovery of its attorneys' fees, costs, and compensatory and punitive damages sought in their *Motion for Recovery of Fees* [Dkt. No. 313].

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors