Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

## ALLEGED DEBTOR'S WITNESS AND EXHIBIT LIST

Comes now WALL007 LLC, an alleged debtor in the above-styled and numbered bankruptcy case ("Alleged Debtor"), and files this its Witness and Exhibit List for the hearing scheduled on February 23, 2021.

### Witnesses

At the hearing, the Alleged Debtor may call the following persons to testify as witnesses:

1. Timothy Barton.

### Exhibits

At the hearing the Alleged Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet 20-31131 (Wall007) | | |

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 2 | Original Petition – *Silverland Finance Limited, et al. v. Wall007, LLC et al.*, DC-19-18361, 44th Judicial District Court, Dallas County, Texas | | |
| 3* | Cause No. DC-19-18361 – Wall007, LLC and Wall009, LLC's Plea in Abatement, Special Exceptions, and Subject Thereto, Original Answer | | |
| 4 | Original Petition, Cause No. 20-31131, (Wall007, LLC) | | |
| 5 | Original Petition, Cause No. 20-31133, (Wall009, LLC) | | |
| 6 | Original Petition, Cause No. 20-31134, (Wall010, LLC) | | |
| 7 | Original Petition, Cause No. 20-31135, (Wall011, LLC) | | |
| 8 | Original Petition, Cause No. 20-31136, (Wall012, LLC) | | |
| 9 | Original Petition, Cause No. 20-31138, (Wall016, LLC) | | |
| 10 | Original Petition, Cause No. 20-31139, (Wall017, LLC) | | |
| 11 | Motion to Dismiss Involuntary Petition, Request for Substitution of Real Party-In-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 (Dkt. No. 18] | | |
| 12 | Brief in Support of Motions of Alleged Debtors to Dismiss Involuntary Petitions, Request for Substitution of Real Party in Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 [Dkt. No. 19] | | |
| 13 | Motion of Alleged Debtor to Dismiss Involuntary Petition, **Request for Substitution of Real Party in Interest**, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 [Dkt. No. 20] | | |
| 14 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party in Interest, **Request for Bond**, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305 [Dkt. No. 21] | | |
| 15 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party in Interest, Request for Bond, and **Request for Award of Fees, Costs and Damages** or in the Alternative to Abstain Under Bankruptcy Code § 305 [Dkt. No. 22] | | |
| 16 | Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party in Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the **Alternative to Abstain** Under Bankruptcy Code § 305 [Dkt. No. 23] | | |
| 17 | Joint Pre-Conference Statement [Dkt. No. 25] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 18 | Second Motion of Alleged Debtor to Dismiss Involuntary Petition [Dkt. No. 27] | | |
| 19 | Declaration of Timothy Barton [Dkt. No. 64] | | |
| 20 | Order on Second Motion of Alleged Debtor to Dismiss Involuntary Petition [Dkt. No. 81] | | |
| 21 | Declaration of Amy M. Huber [Dkt. No. 111] | | |
| 22 | Declaration of Amy M. Huber [Dkt. No. 112] | | |
| 23 | Declaration of Amy M. Huber [Dkt. No. 113] | | |
| 24 | Declaration of Amy M. Huber [Dkt. No. 114] | | |
| 25 | Declaration of Amy M. Huber [Dkt. No. 115] | | |
| 26 | Declaration of Amy M. Huber [Dkt. No. 116] | | |
| 27 | Declaration of Amy M. Huber [Dkt. No. 117] | | |
| 28 | Status Report for August 17, 2020 Hearing [Dkt. No. 143] | | |
| 29 | Order Granting in Part the Alleged Debtors' Motion to Compel Discovery Related to Wet Signatures (Dkt No. 101) [Dkt. No. 165] | | |
| 30 | Order Granting in Part the Petitioners' Motion to Compel Discovery (Dkt Nos. 92 & 129) [ Dkt. No. 167] | | |
| 31 | Order Granting in Part the Alleged Debtors' Motion to Quash Petitioners' Deposition Notice (Dkt. No. 133) [Dkt. No. 168] | | |
| 31 | Order Granting in Part the Alleged Debtor's Second Motion to Compel Discovery Responses from Petitioners (Dkt No. 105) [Dkt. No. 169] | | |
| 33 | Third Motion of Alleged Debtors to Dismiss Involuntary Petition [Dkt 182] | | |
| 34 | Order Denying Motion for Reconsideration of Discovery Orders [Dkt. No. 202] | | |
| 35 | Declaration of Stephen M. Packman [Dkt. No. 213] | | |
| 36 | Supplemental Declaration of Stephen M. Packman [Dkt No. 244] | | |
| 37 | Alleged Debtors' Objections to the Supplemental Declaration of Stephen M. Packman [Dkt. No. 247] | | |
| 38 | Supplemental Declaration of Stephen M. Packman [Dkt. No. 248] | | |
| 39 | Order Directing Compliance with Prior Orders [Dkt. No. 287] | | |
| 40 | Order Dismissing Involuntary Bankruptcy Cases Without Prejudice [Dkt No. 310] | | |
| 41 | Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs and Compensatory and Punitive Damages Pursuant to 11 U.S.C. § 303(i) [Dkt 313] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 42 | Dallas Morning News Article: Chinese investors seek forced bankruptcy of North Texas developments (June 1, 2020) | | |
| 43 | Transcript of Interpreted Oral Videotaped Deposition of Haoqiang (Michael) Fu, July 23, 2020. | | |
| 44 | Fu Deposition Exhibits – Excerpts – Master Loan Agreement – Version 1 | | |
| 45 | Fu Deposition Exhibits – Excerpts – Master Loan Agreement – Version 2 | | |
| 46 | Transcript of Interpreted/Videoconferencing Deposition of Haibo Jiang, June 29, 2020. | | |
| 47 | Handwriting Analysis and Jeffrey H. Luber CV | | |
| 48 | Vance McMurry Email dated July 22, 2020 regarding wet signatures. | | |

Alleged Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Alleged Debtor further reserves the right to supplement this list prior to the hearing.

Dated: February 18, 2021.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 18, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic service in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer