CAUSE NO. DC-19-18361

| | | |
|---|---|---|
| SILVERLAND FINANCE LTD., PLATINUM INVESTMENT CORPORATION, LIN ZHOU, JIN WANG, AND LI JUN, | § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § | |
| v. | § | 44th JUDICIAL DISTRICT |
| Wall007, LLC, Wall009, LLC, TIMOTHY BARTON, SADA CUMBER, CARNEGIE DEVELOPMENT, INC., AND JMJ DEVELOPMENT, LLC | § | |
| *Defendants.* | § | DALLAS COUNTY, TEXAS |

**DEFENDANTS, Wall007, LLC'S AND Wall009, LLC'S, PLEA IN ABATEMENT, SPECIAL EXCPETIONS, AND SUBJECT THERETO, ORIGINAL ANSWER**

Defendants, Wall007, LLC ("Wall007") and Wall009, LLC ("Wall009" and collectively, "Wall Defendants" or unless otherwise specified, "Defendants") file this its Plea in Abatement, Special Exceptions, and subject thereto, Original Answer (collectively, "Response") in response to the Original Petition filed by Silverland Financial Ltd. ("Silverland"), Platinum Investment Corporation ("PIC"), Lin Zhou, Jin Wang, and Li Jun (collectively, "Plaintiffs"), In support hereto, Defendants respectfully states as follows:

## I. BACKGROUND

1. Wall 007, LLC and Wall 009, LLC are Texas limited liability companies, formed in January 2, 207 and March 22, 2017 respectively which have the same manager, Carnegie Development, LLC (not to be confused with the Defendant, Carnegie Development, Inc. which is a separate and distinct entity) since at least May 15, 2018.[1] The Wall entities were set up for the

[1] As reflected in the public records maintained by the Texas Secretary of State.



EXHIBIT "3"

purpose acquiring land in order to construct horizontal improvements on the land as necessary to create a subdivision, including streets, water utilities, sewers, sidewalks, and residential lots so that the lots, as they are completed over a period of time, could be sold to home builders such as Carnegie Homes[2] (not to be confused with the Defendant, Carnegie Development, Inc. which is a separate and distinct entity).

2. Plaintiffs' Original Petition ("Petition") is nothing more than the proverbial "throw everything at the wall and see what sticks" filled with salacious assertions and spurious claims which is more of a shakedown led by financially desperate Plaintiffs, PIC and Silverland under the direction of their representative Michael Fu ("Fu"), who, by their own admission, are broke because of their own admitted failure to sell homes and earn any commissions on home sales as part of their business in the United States including the Houston area (even though neither Fu nor any Plaintiffs are licensed real estate brokers or agents), failure of their overseas venture in Greece, and unexpected financial costs for their Houston project. (See the email from Plaintiff Lin Zhou aka "Lynn" to Tim Barton on June 13, 2019 (hereafter, "Lynn Email"), attached hereto as Exhibit A.) [3] Plaintiffs' Original Petition lacks even basic descriptions of Defendants' alleged action

---

[2] PIC claims a business relationship with Carnegie Homes where they sell certain homes built by Carnegie Homes to individuals located in China. On PIC's website PIC states that they have successfully assisted Chinese investors in investing in commercial and residential projects in the United States totaling more than US $ 200 million. The projects are mainly concentrated in Texas, California and Florida" and that PIC "cooperates with developers such as Carnegie Homes, Lennar, etc. Carnegie is a leader in the field of land development and has extensive experience in acquiring high-quality land and developing high-quality residential communities."

See the Lynn Email where she states, "Our business is mainly focused on JMJ and Carnegie [Carnegie Homes, not the Defendant, Carnegie Development, Inc.]"

[3] Lynn's admissions include:

> "Michael [Fu] and whole [PIC] sales team are under big pressure, they are trying to improve it by introducing more projects with better location and good price, now they are still working on it. No sales no commission, PIC is really in the most difficult and critical time now, whether we can get through it or not depends on the cash flow. All previous commission income has been spent for past several months. Can you pls show your mercy to PIC and keep previous agreement on Camillo phase 2 cost sharing? Tidy and Krista calculated the numbers already, which is $356927.65. Can you pls wire it now to save PIC's life? As long as the sales team

which gives rise to their claims much less any evidentiary support or how Defendants' conduct would fulfill the required elements of any cause of action asserted.

3. Plaintiffs' Original Petition claims that Wall007 defaulted on the "007 Commission Agreement by failing to make any payments to Silverland when there were due" (*See* Orig. Pet. ¶ 26) and that Wall009 defaulted on the "009 Commission Agreement by failing to make any payments to Silverland when they were due" (*See* Orig. Pet. ¶33) which are easily refuted by accounting and bank records which show fees wired to an account for "Silverland Finance, Bank of Communication 7100, Shanghai China" for Wall007 totaling $307,100[4] (including $50,000 retained by PIC from loan proceeds from lender Guo Peng) and Wall009 totaling $309,700.[5] However, such payments do not include (i) any funds expended by Defendants on additional costs and expenses fronted to PIC to assist in their marketing and operating costs, (ii) any other fees retained by PIC and Silverland from the loan proceeds, and (iii) other offsets. Such payments were part of over $3.3 million in fees collectively paid to PIC, Silverland, and their designees[6] from Defendants and their related entities including projects outside of this lawsuit and even included $133,400 that was mysteriously directed to a fake account through information provided by Fu that has never been recovered.

still there, we can find new chance to recover and bring some positive effects to JMJ as our company gene is doing business in USA."

"Our business is mainly focused on JMJ and Carnegie [Carnegie Homes, not the Defendant, Carnegie Development, Inc.], currently our income is only from JMJ no Carnegie home has been closed yet. Sorry to push you, but we really need cash urgently to pay salary, office rent, etc."

[4] Payments include: $50,000 on 4/24/2017; $115,600 on 4/24/2017; $141,500 on 4/23/2018

[5] Payments include: $139,200 on 7/19/17; $170,500 on 7/3/2018

[6] Such payments to designees included a total of $955,698 directed by Fu to accounts in Greece for Glyfada Golf Properties Ike and Gate Greece Properties OE.

4. Many of Plaintiffs' claims rely on some erroneous belief that either the subject properties were transferred to Defendant CDI by the Wall Defendants or that the loan proceeds were not used to purchase the properties both of which are easily refuted as all real estate transactions are recorded in the public records in the counties where such properties are located. The property records show the acquisition of the real estate by the Wall Defendants and that CDI is not the owner of ANY real estate.

5. Much of the dispute between the Defendants and Plaintiffs started when Defendants began to shore up their accounting practices and implement better accounting procedures, especially after the loss of the previously mentioned $133,400. As part of those procedures, Defendants required that payments to lenders in China needed to be wired to their same accounts from where the funds originated to ensure funds were not misdirected or fraudulently transferred. Additionally, Defendants began to focus more on obtaining "know your customer" information of all lenders directly instead those of their representatives and agents or instead of relying on PIC to obtain such information on Defendants' behalf. Finally, Defendants ensured that the maximum amounts were withheld from all income payments made to overseas accounts in accordance with IRS regulations. However, Plaintiffs resisted these requirements and failed to fully cooperate with such procedures especially for lenders located in China.

6. Furthermore, PIC and Silverland continued to assert they were owed fees that had been paid or that were not owed and when Defendants rebuffed their tactics to force the payment of such fees, such Plaintiffs, acting through Fu, resorted to sharing confidential information, spreading rumors and false information, and defaming Defendants to other lenders who had loaned funds to related entities of the Defendants in an effort to pressure Defendants by tortuously interfering with those loan agreements in order to interfere with their projects and businesses.

7. Notwithstanding the foregoing, Defendants attempted to work out a solution with Fu who represented PIC, Silverland, and the other Plaintiffs (during which period Fu was represented by counsel, Justin Guenley) and believed they had agreed to a certain framework to resolve the issues between the parties which was apparently another deception by Fu which came to light when Defendants tried to workout the details with Mr. Guenley only for Mr. Guneley to inform them Fu had terminated his services which was followed by this lawsuit fifteen days later.[7]

8. Based on Plaintiffs' conduct and the fact that Fu had also previously directed multiple payments between March 28, 2018 and May 6, 2019 totaling $955,698 be sent to accounts in Greece,[8] Defendants realized that PIC and Silverland were likely involved in some sort of scheme and possibly even money laundering in order to circumvent Chinese laws restricting the transmission of funds outside of China by individuals in excess of $50,000.00 per year (which Defendants were not aware of previously), circumvent U.S tax laws, and mask the receipt of certain income to PIC and Silverland from the Chinese government – a scheme which would have likely been exposed if Silverland and PIC abided by Defendants' new payment requirements.

9. PIC and Silverland acting through Fu have continuously mislead Defendants and even their own clients and lenders, breached obligations and agreements with Defendants, interfered and obstructed Defendants in performing their obligations and efforts to remit certain payments directly to lenders, infringed upon the intellectual property rights of other Defendants; and have failed to abide by laws and regulations of Texas and apparently China.

---

[7] Defendants were notified on October 31, 2019 by Mr. Guenley via email that "Michael has notified me that my services have been terminated."

[8] Payments were made to 2 accounts: (1) Glyfada Golf Properties Ike, National Bank of Greece, Account Number ending in 2480 and (2) Gate Greece Properties OE, Account Number ending in 5596.

10. In addition to the aforementioned conduct, PIC went so far as to fraudulently use Defendant, JMJ Development, LLC's ("JMJ") name and logo and stole its business identity to print business cards with the JMJ logo and to open a "JMJ's branch office in China" under the JMJ brand, as if it represented JMJ, without JMJ"s knowledge or authorization. When discovered, JMJ was forced to send a cease and desist notice through its counsel. (See Exhibit B). In response, PIC had the audacity to attempt to simply swap out the JMJ brand with the Carnegie brand and operate under the Carnegie name also without Carnegie's knowledge or authorization. (see Exhibit B).

11. Defendants were only recently able to translate PIC's Chinese website,[9] yding.cn, maintained by PIC and its affiliate Yiding (Hangzouh) Investment Management Co., Ltd. of which Fu is the CEO of both. PIC uses the site to market and sell homes in the United States, primarily Texas, Florida, and California, and provides advice to Chinese investors regarding United States tax, real estate, immigration, and financing laws (much of which is legally incorrect) and describes schemes on how such investors can circumvent U.S. tax and immigration laws even though neither Fu, PIC, nor any Plaintiff is a licensed attorney, broker, or certified public accounting in the United States. (See Exhibit C). This is in addition to Plaintiffs' physical presence in Texas and efforts here to sell homes including in Houston without a license to sell real estate.[10]

12. Plaintiffs, PIC and Silverland, failed to register as foreign entities in order to do business in Texas and in PIC's case, claimed to be a Chinese company in the Original Petition

[9] The website yding.cn is operated by PIC and Fu which is in Chinese, but which Defendants translated by opening such site within the translate tool provided by Google at translate.google.com specifically https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn As such, any screenshots of the yding.cn website attached hereto have been translated into English using such tool, and Defendants make no representations as to the accuracy of such translations nor has Defendant verified such translations outside of the use of the such translate tool.

[10] See the Lynn email which mentions such selling efforts. Additionally, none of the Plaintiffs are listed as having a license to sell real estate with the Texas Real Estate Commission which is available through their online search tool at https://www.trec.texas.gov/apps/license-holder-search/index.php?lic_name=&lic_hp=&industry=Real+Estate

while in reality PIC is a suspended California corporation which uses its subsidiary, Yiding Investment Co., Ltd. (“Yiding”), to operate in China according to its website. (see Exhibit D).[11] Instead of maintaining its legal corporate status in California and registering as a foreign business in Texas as required, Fu chose to instead form a similarly named shell company in Texas called PIC Consultants, LLC in order to set up bank accounts and funnel payments made in Texas to PIC and himself. Such a scheme if not discovered essentially would have allowed PIC to enforce contracts through the Texas courts but then make PIC (the alleged Chinese entity) judgment proof in the event Defendants filed suit against PIC as Chinese courts will not enforce overseas judgments against Chinese companies.

13. Plaintiffs have demonstrated a pattern of complete and willful disregard of the regulations and laws of the state of Texas and the United States along with those in China through their business schemes and deceptive practices, and when Defendants chose to act within the bounds of the law and conduct their business accordingly, Plaintiffs chose to initiate this lawsuit, which includes defamatory and salacious statements against the Defendants, likely assuming that Defendants would capitulate in order to avoid the publicity of a lawsuit and possible interference with other related projects and that Plaintiffs would be able force a quick settlement even though Plaintiffs were praising Defendants only six months ago when begging for money to “save PIC’s life” even though they knew such money had not been earned.[12]

---

[11] The website claims Yiding Investments operates in the U.S., However, as demonstrated by the letter from the U.S. home builder Lennar (as posted on the website and included in Exhibit D) addressed to PIC, which worked on a project known as Camillo Lakes with PIC in the Houston area and as evidenced by the Lynn Email, PIC is the entity that conducted transactions in the United States and in Texas and not Yiding Investments.

[12] See the Lynn Email

## II. PLEA IN ABATEMENT

14. This case should be abated because of multiple deficiencies in the Original Petition that preclude the case from being considered by this Court. Specifically, Silverland and PIC must be removed as Plaintiffs and their claims stricken. Neither Silverland nor PIC is registered as foreign entity permitted to do business in the state of Texas and those both are precluded from filing suit within the Texas courts. Moreover, Silverland is not incorporated in the Marshall Islands, and thus does not even exist as an entity capable of bringing suit. Similarly, PIC is not actually a Chinese entity but rather a suspended California corporation. The "reasonable investigation" precondition to filing a lawsuit in Texas would have reviewed such facts and that PIC and Silverland are prohibited from filing suit in Texas. As such, PIC and Silverland should be removed as Plaintiffs in this case.

### A. Legal Standard

15. A plea in abatement challenges the ability of the plaintiff to proceed with the suit as filed. *Truong v. City of Houston*, 99 S.W.3d 204, 216 (Tex. App.—Houston [1st Dist.] 2002, no pet.). It is a procedural tool used to raise issues of defect in parties. *Id*. Abatement challenges the ability of the plaintiff to proceed with the suit as filed by asserting facts outside the pleadings. *Id*. "In the plea, the defendant must identify some impediment to the continuation of the suit, identify an effective cure, and must ask the court to abate the suit until the plaintiff corrects the defect." *Martin v. Dosohs I, Ltd, Inc*., 2 S.W.3d 350, 354 (Tex. App. 1999). A court may consider matters outside the pleadings when considering a plea in abatement. *See, e.g., id.; Truong, 99 S.W.3d at 216.* "By granting the plea, the trial court gives the plaintiff an opportunity to cure the defect." *Martin v. Dosohs I, Ltd, Inc*., 2 S.W.3d at 354. A plea in abatement is warranted here because Silverland and PIC lack capacity and authority to file suit in this Court.

### B. The Court Should Strike or Abate Plaintiffs' Original Petition Because Plaintiffs Silverland and PIC are Unregistered Foreign Entities that Lack Authority to Transact Business in Texas.

16. As foreign entities that have not registered to transact business with the Texas Secretary of State, Silverland and PIC are precluded from filing suit in this state.

17. The Original Petition pleads that Silverland is an entity formed under the laws of the Marshall Islands. Orig. Pet. ¶ 2 ("Plaintiff Silverland Finance Ltd. purports to be a foreign corporation incorporated under the laws of the Marshall Islands."); *Id*. ¶ 14 The Original Petition likewise alleges that PIC is a "foreign corporation incorporated under the laws of China." *Id*. ¶ 3.

18. Further, PIC, as revealed on its own website and through the California Secretary of State, is actually a California corporation that was incorporated in February of 2007 (See Exhibit D) and is not a Chinese entity. Furthermore, PIC's status as a California corporation was suspended. (See Exhibit D)

19. An entity formed outside of the state of Texas is required to register as a foreign entity with the Texas secretary of state in order to transact business in Texas. *See* Tex. Bus. Orgs. Code §9.001. While PIC and Silverland (hereafter collectively, "Foreign Entities") expressly plead they are foreign entities, no foreign entity registrations for either of these Foreign Entities have been discovered through the Texas Secretary of State.[13]

20. The Original Petition makes clear that Silverland and PIC have been transacting business in the State of Texas. Such business conduct in Texas is further described above including PIC's efforts to sell homes in Houston and their described activities from their website including where PIC claims to be real estate "consultants" operating in the United States and specifically Texas as evidenced by an entire portion of the website dedicated to projects and selling of homes

[13] See Affidavit of Vance McMurry attached hereto as Exhibit E.

in Texas including the same projects described in Plaintiff's Original Petition along. (see Exhibit F). However, their work as real estate "consultants" is really the selling and brokering of real estate in Texas which not only requires them to be registered to do business in Texas, but also requires them to have a valid license to sell real estate in Texas which none of the Plaintiffs have. Furthermore, Fu as the CEO and representative of PIC and Silverland has conducted multiple meetings in Dallas with Defendants in furtherance of its transactions within the state.

21. Both the 007 Commission Agreement and the 009 Commission Agreement (as defined paragraphs 20 and 27 of the Original Petition, hereinafter, the "Commission Agreements") state that each agreement was deemed to be made in Dallas County, Texas. Second, both the Zou Loan Agreement and the Wang Loan Agreement (as defined paragraphs 38 and 42 of the Original Petition, hereinafter, the "Loan Agreements") were performed in Texas and executed under the laws of the state of Texas as stated therein. Third, PIC and Silverland each allege that they served as agents and/or representatives for the lenders making the loans under the Loan Agreements. *See* Orig. Pet. ¶¶ 43-46. As stated under Paragraph 50 of the Original Petition, PIC and Silverland acted through their representative, Michael Fu, who regularly met with representatives of the Defendants Wall 007, LLC ("Wall007") and Wall 009, LLC ("Wall009") in Dallas, Texas as part of the negotiations and performance of the Commission Agreements, Loan Agreements, and any other services allegedly provided by the Foreign Entities.

22. Because the Foreign Entities are in violation of the requirement to register with the Texas Secretary of State as a foreign entity doing business in Texas, they may not initiate a lawsuit in Texas. Under Texas law:

> [a] foreign filing entity or the entity's legal representative ***may not*** maintain an action, suit, or proceeding in a court of this state, brought either directly by the entity or in the form of a derivative action in the entity's name, on a cause of action

> that arises out of the transaction of business in this state ***unless the foreign filing entity is registered in accordance with this chapter***.

Tex. Bus. Orgs. Code §9.051 (emphasis added).

23. The Texas Secretary of State website similarly states:[14]

> If a foreign entity transacts business in Texas without registering, the entity cannot maintain an action, suit, or proceeding in a Texas court until it registers; the attorney general can enjoin the entity from transacting business in Texas; the entity is subject to a civil penalty equal to all fees and taxes that would have been imposed if the entity had registered when first required; and if the entity has transacted business in the state for more than ninety (90) days, the secretary of state will impose a late filing fee for an application for registration equal to the registration fee for each calendar year or part of a calendar year of delinquency.

24. Here, the Foreign Entities were transacting business in the state of Texas, and their business activities do not qualify under any of the enumerated exemptions to permit them to bring this lawsuit. *See* Tex. Bus. Orgs. Code §9.251 (describing activities that do not constitute transacting business in the state of Texas which are passive activities in nature).[15] In any event,

---

[14] See Tex. Secretary of State website at https://www.sos.state.tx.us/corp/foreignfaqs.shtml#reg4

[15] 9.251. ACTIVITIES NOT CONSTITUTING TRANSACTING BUSINESS IN THIS STATE. For purposes of this chapter, activities that do not constitute transaction of business in this state include:
(1) maintaining or defending an action or suit or an administrative or arbitration proceeding, or effecting the settlement of:
(A) such an action, suit, or proceeding; or
(B) a claim or dispute to which the entity is a party;
(2) holding a meeting of the entity's managerial officials, owners, or members or carrying on another activity concerning the entity's internal affairs;
(3) maintaining a bank account;
(4) maintaining an office or agency for:
(A) transferring, exchanging, or registering securities the entity issues; or
(B) appointing or maintaining a trustee or depositary related to the entity's securities;
(5) voting the interest of an entity the foreign entity has acquired;
(6) effecting a sale through an independent contractor;
(7) creating, as borrower or lender, or acquiring indebtedness or a mortgage or other security interest in real or personal property;
(8) securing or collecting a debt due the entity or enforcing a right in property that secures a debt due the entity;
(9) transacting business in interstate commerce;
(10) conducting an isolated transaction that:
(A) is completed within a period of 30 days; and
(B) is not in the course of a number of repeated, similar transactions;
(11) in a case that does not involve an activity that would constitute the transaction of business in this state if the activity were one of a foreign entity acting in its own right:

the Original Petition fails to plead any facts that show that the Foreign Entities qualify under any of the statutory exemptions, which they do not.

25. Furthermore, PIC acting through Fu (whose legal name is Haoqiang Fu) along with Plaintiff, Jin Wang ("Wang") attempted to circumvent Texas' foreign business registration requirements in order to set up a bank account in Texas and to be paid by the Defendants and their related entities by forming PIC Consultants, LLC ("PIC Consultants"), a Texas limited liability company, which was formed on October 23, 2018 (see Exhibit G) after the date of all agreements in which Plaintiffs claim were breached by Defendants. Even though none of the Defendants nor any of their related entities have any agreement with PIC Consultants, Fu has directed certain payments to PIC be wired to certain accounts owned by PIC Consultants.[16] As a result, PIC would funnel payments made by Defendants and/or their related entities through PIC Consultants, LLC, a legal distinction easily missed by Defendants when wiring payments and without realization that multiple legal "PIC" entities were involved in order to circumvent Texas law.

---

(A) exercising a power of executor or administrator of the estate of a nonresident decedent under ancillary letters issued by a court of this state; or
(B) exercising a power of a trustee under the will of a nonresident decedent, or under a trust created by one or more nonresidents of this state, or by one or more foreign entities;
(12) regarding a debt secured by a mortgage or lien on real or personal property in this state:
(A) acquiring the debt in a transaction outside this state or in interstate commerce;
(B) collecting or adjusting a principal or interest payment on the debt;
(C) enforcing or adjusting a right or property securing the debt;
(D) taking an action necessary to preserve and protect the interest of the mortgagee in the security; or
(E) engaging in any combination of transactions described by this subdivision;
(13) investing in or acquiring, in a transaction outside of this state, a royalty or other nonoperating mineral interest;
(14) executing a division order, contract of sale, or other instrument incidental to ownership of a nonoperating mineral interest; or
(15) owning, without more, real or personal property in this state.

Acts 2003, 78th Leg., ch. 182, Sec. 1, eff. Jan. 1, 2006. Amended by: Acts 2009, 81st Leg., R.S., Ch. 84 (S.B. 1442), Sec. 14, eff. September 1, 2009.

[16] Such payments include $187,000 wired to PIC Consultant, LLC's account (…0600), transaction number 5210994490, on January 30, 2019.

### C. The Court Should Strike or Abate Plaintiff's Original Petition Because Plaintiff Silverland Is Not a Legal Entity.

26. In addition to the foregoing, Silverland is neither a valid and existing entity nor incorporated under the laws of the Marshall Islands or under any foreign (including international) jurisdiction as asserted in the Petition. (See Exhibit E.) Thus, Silverland has no capacity to bring this suit.

27. Information regarding all entities filed in the Marshal Islands are retained by "International Registries" which "provide administrative and technical support to the Republic of the Marshall Islands (RMI) Maritime and Corporate Registries."[17] As such, all entities filed in the Marshall Islands may be searched at https://www.register-iri.com/corporate/business-entities/entity-search/. However, a search of the International Registries produced no results for "Silverland Finance", "Silverland Finance, Ltd" or any variation thereto. (See Exhibit E) As a result, and as an additional basis to abate this suit, Silverland does not exist as a legal entity as asserted by the Plaintiffs and has no capacity to file this suit.

### D. The Court should Strike or Abate Plaintiff's Original Petition Due to Lack of Standing and Capacity to File Suit in Texas.

28. For the reasons previously stated and reasserted here as if fully re-pled, neither Silverland nor Pic has capacity to sue in this Court. To bring suit and recover on a course of action, a Plaintiff must have both standing and capacity. *El T. Mexican Restaurants, Inc. v. Bacon*, 921 S.W.2d 247, 250 (Tex.App.—Houston [1st Dist.] 1995, writ denied). Capacity is a party's legal authority to go into court to prosecute or defend a suit. *Id*. at 249-50. As neither Silverland nor Pic are Texas domestic entities nor foreign entities registered to transact business in the state of Texas, neither are legally permitted to file suit in Texas and lack capacity in this Court. Moreover,

[17] See https://www.register-iri.com/about-iri/

Silverland is not a valid and existing entity incorporated under the laws of the Republic of the Marshall Islands, and thus has no capacity to file suit. Therefore, Defendants respectfully request the Court abate the case and strike and dismiss PIC and Silverland from the Original Petition.

## II. SPECIAL EXCEPTIONS AND MOTION TO DISMISS

29. Subject to and without waiver of its Plea in Abatement, and stated in the alternative to the extent necessary, Defendants file these Special Exceptions and request that the Court to strike the claims asserted in the Original Petition for the reasons set forth below.

### A. Legal Standard

30. The purpose of special exceptions is to bring a "defect, omission, obscurity, duplicity, generality, or other insufficiency" with a Plaintiff's petition to the Court's attention. Tex. R. Civ. P. 91. When reviewing special exceptions, the trial court accepts all factual allegations as true (*Fernandez v. City of El Paso*, 876 S.W.2d 370, 372 (Tex. App.—El Paso 1993, writ denied)) and special exceptions must be limited to "pointing out defects in the other party's pleading that should be remedied before a substantive response is required. The exception[s] cannot inject factual allegations that do not appear in the pleading." *O'Neal v. Sherck Equip. Co.*, 751 S.W.2d 559, 564 (Tex. App.—Texarkana 1988, no writ); *see also Fernandez,* 876 S.W.2d at 373 (finding that special exception "must confine itself to addressing solely the matters shown on the face of the opposing pleading"); *see also Brown v. Hawes*, 764 S.W.2d 855, 856 (Tex. App.—Austin 1989, no writ) (finding that a special exception "only addresses matters shown on the face of the pleadings").

### B. All Claims Asserted by the Foreign Entities Must Be Dismissed Due to Lack of Standing and Capacity to File Suit in Texas.

19. Defendants specially excepts to all the claims asserted by the Foreign Entities because they lack standing and capacity to file suit in Texas for the reasons previously stated

above. Silverland is neither a valid and existing entity nor incorporated under the laws of any foreign (including international) jurisdiction as stated herein, and thus has no capacity to file suit. PIC, likewise, lacks capacity to sue because it is neither a domestic entity nor a foreign entity registered in the state of Texas to transact business in this state and is thus not permitted to file suit in Texas. Furthermore, PIC is actually a California corporation which has been suspended Therefore, Defendants respectfully requests the Court to strike and dismiss all of Silverland's and PIC's causes of action asserted in the Original Petition.

**C. The Claims Asserted against Defendants Must Be Dismissed as Vague, General, and Improper Group Pleading.**

21. The Original Petition asserts the following claims against the Wall Defendants:

- Breach of Contract and Breach of Guaranty (Count 1)
- Breach of Fiduciary Duty (Count 2);
- Common Law Fraud (Count 3);
- Statutory Fraud (Count 4);
- Violations of the Texas Securities Act (Count 5);
- Promissory Estoppel, Quantum Meruit, and Constructive Trust (Count 6),
- Civil Conspiracy (Count 7);
- Money Had and Received (Count 8);
- Conversion (Count 9); and
- Violations of the Texas Civil Theft Statute (Count 10).

22. The allegations in the Original Petition are excessively general and ambiguous and lack specificity as to a specific improper act by the Defendants to give rise to liability under any of the asserted claims. What's more, the Original Petition fails to identify which Plaintiff was purportedly harmed and by which specific Defendant in each of the pleaded claims. Instead, the

Original Petition describes multiple causes of action related to separate and independent transactions by one or more Defendants with one or more Plaintiffs—many of which do not involve the same parties or transactions, and are independent of one another. For these reasons, Plaintiffs fail to provide Defendants with fair notice of the basis for the claims asserted against it.

a. Breach of Contract and Breach of Guaranty (Count 1)

23. Plaintiffs fail to state with any specificity which Defendants have breached which supposed agreements with which Plaintiff including what payments that were owed that were not paid. Further they have not established when such alleged payments were even due. To plead a breach of contract claim, a Plaintiff must plead (1) the existence of a valid contract; (2) performance or tendered performance by the plaintiff; (3) breach of contract by the defendant; and (4) damages sustained as a result of the breach. *Davis v. Tex. Farm Bur. Ins.*, 470 S.W.3d 97, 104 (Tex. App.—Houston [1st Dist.] 2015). However, Plaintiff has failed to plead any such elements or any facts to support such a cause of action.

b. Breach of Fiduciary Duty (Count 2);

24. Plaintiffs assert that "under Texas law, the relationship between Plaintiffs [Silverland], PIC, Jun, Zhou, and Wang and Defendants Wall007, Wall009, Barton, and CID gives rise to fiduciary duties as a matter of law." *See* Orig. Pet. ¶61 However, Plaintiffs fail to define the relationship other than referencing certain fee and loan agreements that certain Plaintiffs and Defendants are a party to which do not give rise to any fiduciary duties. A fiduciary relationship may be formal or informal. Fiduciary duties arise as a matter of law in certain formal relationships, including attorney- client, partnership and trustee relationships. *Meyer v. Cathey,* 167 S.W.3d 327, 331 (Tex.2005). An informal fiduciary relationship may arise where one person trusts in and relies upon another, whether the relationship is a moral, social, domestic, or purely personal one. *Id*. To impose an informal fiduciary relationship in a business transaction, a special relationship of trust

and confidence must exist prior to, and separate from, the parties' agreement. *Schlumberger Technology Corp. v. Swanson*, 959 S.W.2d 171, 177 (Tex.1997). The fact that one businessman trusts another, and relies upon his promise to perform a contract does not rise to a confidential relationship. Every contract includes an element of confidence and trust that each party will faithfully perform his obligation under the contract. Neither is the fact that the relationship has been a cordial one, of long duration, evidence of a confidential relationship. *Crim Truck & Tractor v. Navistar Intern.*, 823 S.W.2d 591, 594-5 (Tex. 1992). As such, Plaintiffs have failed to describe anything that would give rise to any fiduciary duties by any of the Defendants much less included any evidentiary support. The Plaintiffs and Defendants only had contractual relationships between them which does not give rise to any fiduciary relationships.

25. In addition to failing to show a fiduciary relationship existed and even assuming such relationship did exist, Plaintiffs failed to allege how Defendants breached a fiduciary duty to any of the Plaintiffs or how such breach proximately caused injury to any of the Plaintiffs or benefited the Defendants (For the elements to a claim of a breach of fiduciary duty see *Jones v. Blume*, 196 S.W.3d 440, 447 (Tex. App.- Dallas 2006, pet. denied).) Simply stating that Defendants failed to disclose the certain assertions which Plaintiffs repeat throughout their Original Petition[18] (hereafter, the "Repeated Assertions) does not give rise to a breach of a fiduciary duty assuming such duty existed.

26. Plaintiffs assert that Defendants "acted with malice and fraud" in "orchestrating the series of agreements and/or occurrences" referenced the Repeated Assertions (*See* Orig. Pet. ¶64)

[18] See Orig. Pet. ¶ 66 where Plaintiffs make certain assertions under subparagraphs (a) through (h) which are then simply repeated throughout the Original Petition for Counts 3 (¶ 73) and Count 5 in ¶ 85, (hereafter referred to as the "Repeated Assertions") and then which Plaintiffs incorporated by reference "in the preceding paragraphs" for all other Counts.

without stating how or what the malice or fraud was or what was the series of agreements or occurrences or even how this relates to a breach of any supposed fiduciary duties.

a. Common Law Fraud (Count 3);

27. Plaintiffs simply state that they "assert a cause of action for common law fraud (including fraud in the inducement, fraud in the transaction, conspiracy to defraud and aiding and abetting a fraud" with nothing more than referencing the Repeated Assertions once again as their description of the alleged fraudulent conduct without any evidentiary support" and then generally stating that the fraud was engaged by "one or more of the following: (a) employing devices, schemes, conspiracies, and artifices to defraud; (b) making untrue statements of material facts or failing to state material facts necessary to make the statements made not untrue in light of the circumstances under which they were made; (c) engaging in acts, practices, and a course of business which operated as a fraud or deceit upon Third Party Plaintiffs [which are not defined] in connection with the transaction and/or occurrences describe above." See Orig. Pet. ¶ 74. The generality of the foregoing goes without saying but once again, Plaintiff's failed to make any specific factual allegation against any of the Defendants.

28. Moreover, Plaintiffs not only fail identify the elements of common law fraud but fail to distinguish the conduct of the Defendants (or which of all Defendants for that matter) giving rise to any fraud in the inducement, fraud in the transaction, conspiracy to defraud and aiding and abetting a fraud or the elements of such causes of action which are distinguishable from one another.

c. Statutory Fraud (Count 4);

29. Plaintiffs have failed to provide any specific factual allegations as to the conduct which would give rise to statutory fraud nor the elements of the statutory fraud.

30. A statutory fraud is found under Tex. Bus. & Com. Code §27.01 and requires a transaction involving "real estate or stock in a corporation or joint stock company" none of which has been alleged by Plaintiffs. The transactions in question simply involve either a loan agreement or a fee agreement and not any conveyance of any such stock or real estate between any Defendants or Plaintiffs. Furthermore, the statute requires that such fraud was "made for the purpose of inducing that person to enter into a contract" which would have to have been made before execution of any agreement and which was "relied on by that person in entering into that contract." However, all of the allegations made against the Defendants involve alleged conduct that would necessarily have occurred AFTER the referred to agreements were entered into even assuming such contracts involved stock or real estate. Thus, no inducement or reliance could have occurred.

d. Violations of the Texas Securities Act (Count 5);

31. Plaintiffs once again fail to allege any factual allegations against any Defendants as to how the Texas Securities Act were violated nor do Plaintiffs identify the required elements necessary to give rise to such a cause of action. Plaintiffs specifically fail to even allege that any securities were even involved. Loans and fee agreements do not involve securities. Furthermore, the actual transfer of a such securities must occur under the Texas Securities Act especially considering that the Plaintiffs could not be damaged nor would have nothing to rescind under the statute.

e. Promissory Estoppel, Quantum Meruit, and Constructive Trust (Count 6),

32. Plaintiffs failed to allege any factual allegations against any Defendants and failed state the elements of a breach of promissory estoppel quantum meruit, or constructive trust. Plaintiffs simply state that Defendants "made several promises to Plaintiffs regarding the repayment of the Loans to Wall007 and Wall009" (See Orig. Pet. ¶ 91) without stating what those

promises were, how Plaintiffs relied on such promises to their detriment, or how they were damaged. A claim of quantum meruit requires that valuable services and/or materials were furnished (none of which have been alleged by the Plaintiffs) or to whom such services and/or materials were furnished. Furthermore, the referenced loan agreements and commission agreements are all fully incorporated written agreements not subject to any oral modification. Additionally, "constructive trust" is an equitable remedy in Texas and not a cause of action.

f. Civil Conspiracy (Count 7);

33. Civil conspiracy is a "theory of vicarious liability and not an independent tort" (see *Agar Corporation, Inc. v. Elctro Circuits International, LLC*, 580 S.W.3d 136, 143 (2019)). As such, Plaintiffs must allege and prove that Wall Defendants conspired with the one or more of the other Defendants in the commission of some other tort of statutory violation. Plaintiffs failed to identify which alleged cause of action (which is required to be a tort of some statutory violation and not a breach of contract) the Wall Defendants conspired in performing.

34. Plaintiffs not only failed to identify the elements of civil conspiracy which requires the Plaintiffs to allege and prove all of the following: "(1) a combination of two or more persons; (2) the persons seek to accomplish an object or course of action; (3) the persons reach a meeting of the minds on the object or course of action; (4) one or more unlawful, overt acts are taken in pursuance of the object or course of action; and (5) damages occur as a proximate result" (*First United Pentecostal Church of Beaumont v. Parker*, 514 S.W.3d 214, 223 (Tex. 2017)) but failed to specifically state what act was performed by the Wall Defendants in combination with another Defendant, what was the object or course of action sought to be accomplished, what was the unlawful, overt act taken, and what damages were proximately suffered and by which Plaintiff.

g. Money Had and Received (Count 8);

35. Plaintiffs failed to allege any factual allegations against any Defendants nor state any of the elements of a "money had and received." Plaintiffs simply state that such money "in equity and good conscience belongs to Plaintiffs" with no other descriptions, allegations, or support. (*See* Orig. Pet. ¶104)

36. Furthermore, the cause of action for "money had and received" is not based on any wrongdoing but occurs when a defendant is the wrongful recipient of money such as money transmitted by a plaintiff to a defendant by mistake and only inquires as to "whether the defendant has received money which rightfully belongs to another." *Amoco Prod. Co. v. Smith*, 946 S.W.2d 162, 164 (Tex. App. - El Paso 1997, no writ). The funds transmitted by a lender under any loan agreement are by their nature not subject to such a cause of action. Likewise, any claim to pay a fee under a commission agreement is not subject to such a cause of action.

h. <u>Conversion (Count 9);</u>

37. Plaintiffs failed to allege any factual allegations against Defendants on how Defendants converted any property or funds nor did Plaintiffs' state the elements of "conversion" which are (1) the plaintiff owned or had possession of the property or entitlement to possession; (2) the defendant unlawfully and without authorization assumed and exercised control over the property to the exclusion of, or inconsistent with, the plaintiff's rights as an owner; (3) the plaintiff demanded return of the property; and (4) the defendant refused to return the property. *Khorshid, Inc. v. Christian*, 257 S.W.3d 748, 758–59 (Tex. App.—Dallas 2008, no pet.).

38. Under no circumstances or events described by Plaintiffs, especially as would be related to any Loan Agreement or Commission Agreement, would any Defendant have "unlawfully and without authorization assume and exercise control over the property to the

exclusion of, or inconsistent with, plaintiff's rights as an owner" based on the allegations in the Petition.

i. Violations of the Texas Civil Theft Statute (Count 10).

39. Plaintiffs failed to allege any factual allegations against any Defendants on how any theft was committed under the Texas Civil Theft Statute nor did Plaintiff assert the elements of such a cause of action which under §134.002(2) of the Tex. Civ. Prac. & Rem. Code necessarily requires the "unlawfully appropriating property or unlawfully obtaining services." However, no such allegation has been made by the Plaintiffs as money transferred by a lender to a borrower under a loan is not unlawful appropriation nor is any alleged failure to pay a fee under a Commission Agreement unlawfully obtaining services.

**B. The Breach of Contract Claim Must Be Dismissed for Lack of Attaching the Documents that the Original Petition Purports to Attach.**

40. Defendants specially excepts to Plaintiffs' breach of contract claims as alleged in paragraphs 52 through 59 of Plaintiffs' Original Petition because Plaintiffs fall short of pleading sufficient facts to afford notice to Defendants of the terms and said breach of any purported contract made with Plaintiffs.

23. To plead a breach of contract claim, a Plaintiff must plead (1) the existence of a valid contract; (2) performance or tendered performance by the plaintiff; (3) breach of contract by the defendant; and (4) damages sustained as a result of the breach. *Davis v. Tex. Farm Bur. Ins.*, 470 S.W.3d 97, 104 (Tex. App.—Houston [1st Dist.] 2015). The Original Petition purports to attach various contracts upon which Plaintiffs base their claims. *See* Org. Pet. ¶¶ 20, 26-27, 33-34, 37-38 (referencing Exhibits A-G as "attached" to the petition). However, Plaintiffs failed to attach any exhibits to the Original Petition, and thus no evidentiary support is included.

**C. Plaintiffs' Claims for Attorneys' Fees Must Be Dismissed and Attorney Fees Awarded to the Wall Defendants.**

25. Defendants specially excepts to Plaintiffs' attorneys' fees as alleged in Paragraph 117 and Article IX subparagraph "e" in the Prayer of the Original Petition. Plaintiffs claim that the Defendants are liable under the Texas Theft Liability Act must be dismissed because the plain terms of the Original Petition conclusively establish that Defendants did not attempt to deprive Plaintiffs of any property. In order to establish a claim under the Texas Theft Liability Act, Plaintiffs must plead and prove that (1) each plaintiff had a possessory right to property (2) which Defendants or its agents unlawfully appropriated (3) with the intent to deprive each plaintiff of the property, and (4) each plaintiff sustained damages as a result of the theft. Tex. Civ. Prac. & Rem. Code § 134.002-134.005; Tex. Pen. Code § 31.03-31.04. The express terms of the Original Petition negates essential elements of Plaintiffs' claims under the Texas Theft Liability Act because (1) there are insufficient allegations to support that Defendants unlawfully appropriated property belonging to any of the Plaintiff, (2) there are insufficient allegations to explain which Plaintiff is owed what monies, and (3) there are insufficient allegations to support that Defendants intended to deprive any of the Plaintiffs of any property.

26. Under the Texas Theft Liability Act, the prevailing party is entitled to recover reasonable and necessary attorneys' fees. Tex. Civ. Prac. & Rem. Code § 134.005(b). A defendant who successfully defends against a claim is the prevailing party for purposes of the Texas Theft Liability. Because Plaintiffs' pleading conclusively negates at least one essential element of Plaintiffs' claim under the Theft Liability Act, Defendants are entitled to recover its reasonable and necessary attorneys' fees incurred in defending against that claim. Tex. Civ. Prac. & Rem. Code § 134.005(b).

## III. GENERAL DENIAL

Subject to and without waiver of the foregoing, Defendants hereby invoke Rule 92 of the Texas Rules of Civil Procedure and in accordance therewith denies each and every, all and singular, the allegations contained in the Original Petition and demands strict proof thereof by a preponderance of the evidence.

## IV. DEFENSES

Without assuming the burden of proof as to the following (other than any burden imposed by law), Defendants further assert:

1. Plaintiffs' failed to credit all payments made by Wall007 on all agreements and Wall007 has paid any and all amounts owed under the 007 Commission Agreement as previously described.

2. Plaintiffs' failed to credit all payments made by Wall009 on all agreements and Wall009 has paid any and all amounts owed under the 009 Commission Agreement as previously described.

3. Plaintiffs have tortuously interfered with Defendants attempts to perform under their respective loan agreements.

4. The Petition fails to state a claim for which relief can be granted.

5. Plaintiffs' claims against Defendants are barred, in whole or in part, because Plaintiffs lack standing.

6. Plaintiffs' claims against Defendants are barred, in whole or in part, because Plaintiffs lack capacity to bring this suit.

7. Plaintiffs' claims against Defendants are barred, in whole or in part, by the doctrines of waiver, acquiescence, estoppel and/or collateral estoppel.

8. Plaintiffs' claims against Defendants are barred, in whole or in part, by Plaintiffs' actual knowledge of facts that constitute the basis of their claims and their lack of reliance on any alleged misrepresentation or omission by Defendants.

9. Plaintiffs' claims against Defendants are barred, in whole or in part, by failure of consideration.

10. Plaintiffs' claims against Defendants are barred are barred, in whole or in part, by lack of consideration.

## IV. REQUEST FOR DISCLOSURE

Plaintiffs are hereby requested to disclose the information required by Texas Rule of Civil Procedure 194.2(a)-(l) within thirty (30) days after service of this request.

## PRAYER FOR RELIEF

WHEREFORE, Wall requests judgment of the Court that Plaintiffs take nothing by this suit, that Wall receive its costs, and for such other and further relief at law or in equity and to which Wall may show itself entitled.

Dated: February 4, 2019

Respectfully submitted,

***/s/Robert F. Kemp***

Robert F. Kemp SBN 11256400
2815 Valley View Lane, Suite 202
Dallas. Texas 75234
214) 526-9601/(214) 526-2156 – Fax
Lawyerkemp@cs.com
ATTORNEY FOR DEFENDANTS
WALL 007, LLC AND WALL 009, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2020, a true and correct copy of the foregoing instrument was served on all counsel of record, pursuant to the Teas Rules of Civil Procedure.

***/s/Robert F. Kemp*____________**
**Robert F. Kemp**

# EXHIBIT A

## Lynn Email

**From:** 周霖 <lynn@yding.cn>
**Sent:** Thursday, June 13, 2019 7:22 AM
**To:** Tim Barton
**Cc:** Steve Wall; 樊玲; Murugan Venkat; Vance McMurry; Allen Zhang
**Subject:** Re:

Hi Tim,

Thanks a lot for your reply, it's the 1st time I received your long email like this. Things happened for reasons, now I understand why your attitude toward PIC and Michael changes thesedays, which is good at least we know the causality and both parties are open to discuss the solutions step by step. Thanks again for your frankness.

I know Michael and I have been working with him many years, he is the person who are full with campassion and justice. You heard about the story and met Mrs. Wang of Sun Village as well on our celebration party in May 2017, he has been subsidizing those Sun Village's children for quite a long time. A man like this won't put his partner in a loss situation but making money alone. That's why I am willing to support him in this critical period, although I should have enjoy my leisure life now. Besides, you can also tell his personality and trustworthness from Steve, our cooperation with Wall Homes on Rose Crest were quite good.

The problem on Camillo Lakes is unexpected, neither of us has experience on this kind of new business mode "double closing", besides Legend Home is not cooperative starting on phase 2. None of us expected the related fiancial cost could be such high, actually both parties are taking the risk not only JMJ, for phase 1 we share 50% financial cost, you can check the email I sent to you on May 25th, which I forwarded Michael's email on August 20th 2018, we did share 50% of total $161,811 fiancial cost on phase 1. Of couse you did this business is only to help PIC at the very beginning, we really appreciate your support and whole team's effort on our home sales business.

PIC is always focusing on land fund project and home sales in the United States, Michael try to balance the risk by doing Greece projects, but the progress is not so positive. You can ask Allen, we don't have any sales on Greece yet, only land investment by Mr. Jiang. the wire you help us to transfer is part of Mr. Jiang's investment. Other than this, our sales performace on USA homes are the worst since Jan, we never had such a small sales in almost half a year before. Michael and whole sales team are under big pressure, they are trying to improve it by introducing more projects with better location and good price, now they are still working on it. No sales no commission, PIC is really in the most difficult and critical time now, whether we can get through it or not depends on the cash flow. All previous commission income has been spent for past several months. Can you pls show your mercy to PIC and keep previous agreement on Camillo phase 2 cost sharing? Tidy and Krista calculated the numbers already, which is $356927.65. Can you pls wire it now to save PIC's life? As long as the sales team still there, we can find new chance to recover and bring some positive effects to JMJ as our company gene is doing business in USA.

Regarding wall projects, can we set up the processing more clearly as following?

1, Wall007: JMJ will pay all principle to PIC, PIC is responsible to transfer to every investor, a three parties agreement (lender - borrower - PIC) to be signed, and PIC is working on this; Interest will be wired after lender sign tax withholding letter, while there is one sentence on the letter "You shall continue to earn interest on the principal as stated in the above loan agreement", it should be delted, as Wall007 is terminated once JMJ refund the principle to PIC. Tidy is working with Hong to finalzie all letters on Wall007 interest payment;

2, Wall009: JMJ will prepare a principle redemption letter by offering options to the lender, can you pls send us the template first, so our sales know what options you offered to the lender. The interest payment will follow the same as Wall007.

3, Wall012: since some lender's 1st year interest is expired on June 1st, JMJ also need to send them tax withholding letter same as Wall007. A few of them wired principle from USA bank or HK bank, their interest can be wired back to the original account, after withouholding letter signed, JMJ can wire interest immdiately. Others who can not receive interest from the original bank, we'll discuss an alternative way.

thanks for your paitence to read my long email, I am crossing my fingers now to pray for your positive reply.

Best Regards,
Lynn

------------------ Original ------------------
**From:** "Tim Barton"<tbarton@jmjdevelopment.com>;
**Date:** Thu, Jun 13, 2019 12:18 PM
**To:** "Zhou Lynn"<lynn@yding.cn>;
**Cc:** "Steve Wall"<steve.wall@carnegieproperties.net>; "樊玲"<tidy@yding.cn>; "Murugan Venkat"<mvenkat.jmj@gmail.com>; "Vance McMurry"<vance@mcmurrylegal.com>; "Allen Zhang"<allen.zhang@yding.cn>;
**Subject:** Re:

Lynn

We have looked at the finance cost for both phase two and now phase one
The cost of finance to solve the delays by buyer is a lot and Michael suggest we should split the cost and in fact the cost of second phase and we should pay the cost of the first phase 100%

To be clear the small fee was acceptable because the main goal was to keep PIC with lots and not have michael sign with another crook like he has done so many times and then he ask us to solve his problem

We did it as a favour and so now to be asked to pay for the finance cost because of buyer delays is not in agreement

We let the talks happen that we could absorb some of the cost but that was based on belief. that PIC was working and selling for Steve and us.

The truth is from January or even farther back you have sold only 3 houses for Steve

So while you say PIC works only for Steve and I well the results don't show that

And all the camilo sales were done months ago so again no real sales or activity

Further we are stuck with two houses in Marcello and Fu offer in a email we are free to sell but he told us to buy and now he can't sell not his problem
As always we are forced to give double guarantee and PIC has no risk

Over and over if it does not work with PIC it's well sorry would could not sell no risk no cost to PIC

Over and over no risk big fees and big interest but no loss to PIC if PIC fails to finish

Again Fu wants product and we pay money to get the Preston wood deal as PIC begs for something to sell we obligated and risk lots of money and then ask for simple deposit and PIC says no

Well PIC has money to send to Greece and NY and other investments but pic not willing to pur a deposit on Preston wood or any of Steve deals

Which is half the camilo phase problems he never put a deposit so we have confusion

On the land fund now PIC is in default wall 18 is obligations and cost to us and no funding stopped again no risk no performance just stop and to bad for us

Now wall 19 same we risk funds and sales stopped

Other projects also never finished and no worry at all from piC

Again no risk no loss

In addition we are asked to pay promotion of over $100,000 and now no sales

If you have sold no homes for us since January or more how can we say we have a business???

How can you say partner when no risk only pay fee to pic pay interest to pic and pay extra 10% fee this is over 56% and no risk to pic

So when we look at absorbing cost of finance we can consider if there is a future but today we see no sales no future

So we will send the final numbers but we are no paying for any of the finance cost

We will consider paying some of the cost once sales of the fund happens again

We can set aside 25% of finance cost and pay this once wall 18 and 19 are funded but they must be funded in 60 days

We will issue letters and plans for interest on wall 7 and 9 shortly

Thank you for coming back we hope Michael recovers

Please note also any project that does not fully fund will not get the extra 10% fee on the backside. Ven will issue a letter of all land funds that PIC failed to finish

We will issue the process for interest and redemption shorlty

Regards

Tim Barton

Sent from my BlackBerry 10 smartphone.

---

**From:** 周霖
**Sent:** Wednesday, 12 June 2019 10:07 AM
**To:** Tim Barton
**Cc:** Steve Wall; 樊玲

**Subject:** Re:

Hi Tim,

Thanks a lot for your follow up, have you got any chance to check it now?

Our business is mainly focused on JMJ and Carnegie, currently our income is only from JMJ no Carnegie home has been closed yet. Sorry to push you, but we really need cash urgently to pay salary, office rent, etc. Below is the number Tidy calculated with Krista on June 9th, pls double check with Krista, thanks.

Hi Krista,
According our concall last week,the commission payment on March,April,May will be arranged after closing cost confirmed.
The closing cost is $ 127312.35 ,we wait your double check with title company and finally confirmed.
The commission on March and April is $156777 with 50% interest deducted.
The commission on May is $327463.
The commission total amount of three month is $484240 then.
$484240-$127312.35=$356927.65
Pls arrange this $356927.65 payment to PIC.

Regarding Wall009, we accept that JMJ will send the letter to all investors directly. As Allen required and you agreed JMJ will offer options to the invstor, can you pls send us the template letter first? Thanks.

Best Regards,
Lynn
------------------ Original ------------------
**From:** "Tim Barton"<tbarton@jmjdevelopment.com>;
**Date:** Tue, Jun 11, 2019 02:49 AM
**To:** "Zhou Lynn"<lynn@yding.cn>;
**Cc:** "Steve Wall"<steve.wall@carnegieproperties.net>;
**Subject:**

Lynn

We have had a major storm yesterday and no power in many places our building is closed not able to get in so collisions on camilo lake will not be commented on today

Regards

Tim

Sent from my BlackBerry 10 smartphone.

# EXHIBIT B

## Notices to Cease and Desist Use of Intellectual Property of Defendants

McMurry Law, PLLC

Attorney and Mediation Services

June 19, 2019

*Via electronic mail michael@ydlng.cn; lynn@ydlng.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Unauthorized Use of JMJ Marks, Misrepresentation, and Fraud

Mr. Fu:

I represent JMJ Development, Inc. and its related companies and business interests (collectively, "JMJ"). It has recently come to my attention that you including Platinum Investments, Inc and certain employees, consultants, and/or agents of yours (collectively, "Agents") are representing to third parties that you are an agent, representative, and/or employee of JMJ including the use of certain business cards you obtained with the JMJ Development marks (see Exhibit A) and operating out of offices which you represent are those of JMJ's. At no time has JMJ authorized you or anyone outside of the United States to open or operate any office under the JMJ name or to use its trademarks, service marks, or logos. Likewise, JMJ has never entered into any employment, consulting, agency, or representative agreement with you or your Agents which would authorize you or your Agents to act as a representative or agent of JMJ in any way or to bind JMJ to any transaction. Any discussions or agreements between you and JMJ as related to current business transactions are as independent contractors and neither party has any capacity to represent or bind the other. As a result, your conduct breaches upon my Client's intellectual property rights and is a fraudulent misrepresentation of your relationship with JMJ. Furthermore, such conduct is a breach of certain express and/or implied representations under Texas law between you and Carnegie Development, which is a related entity of JMJ, as part of certain business transaction agreements related to certain loans and financial transactions. Finally, such conduct, even if authorized, could result in breach of certain legal obligations a U.S. company operating in China would have under U.S. and Chinese law.

As a result and in order to preserve your current relationship with JMJ, this letter shall serve as JMJ's formal written demand that you and your Agents immediately cease and desist all conduct by which you hold yourselves out has having any partnership, employment, consultant, agency, representative, or similar relationship with JMJ including Carnegie Development. To the extent you have made such representatives to any third party, you shall notify them in writing that you do not in fact have any such relationship with JMJ and are not authorized to represent JMJ in anyway. Furthermore, you shall destroy all business cards, stationary, envelops, templates, and any other documents that have been created bearing the JMJ marks and shall cease operating any offices using the JMJ name.

Failure to take the above action, could result in JMJ incurring substantial liability and damages as a result of your fraudulent conduct which JMJ would seek to recover from you and could destroy any current and future relationship between you and JMJ. However, nothing herein shall constitute a waiver of the aforementioned conduct and breaches. Notwithstanding your adherence to the demands herein, JMJ reserves its right to pursue any and all remedies resulting from your conduct and the infringement upon JMJ's marks or other intellectual property rights. If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for JMJ Development, Inc.

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

508 W. Lookout, Ste 14-74 • Richardson, Texas 75080 • Phone: 972-746-9656 • Fax: 888-598-0561 • vance@mcmurrylegal.com

**EXHIBIT A**
**INFRINGING USE OF THE JMJ DEVELOPMENT MARKS**

JMJ
DEVELOPMENT

田应利
市场总监

手机：15600526912
微信：18500771044
邮箱：summer.tian@yding.cn
网址：www.jmjdevelopment.net
地址：北京朝阳区东三环中路9号富尔大厦1606室

**From:** 周霖 <lynn@yding.cn>
**Sent:** Wednesday, June 12, 2019 9:30 AM
**To:** Tim Barton; Steve Wall; Hongpeng Lin; Vance McMurry
**Subject:** Re:

Hi Tim,

Yes we'll follow your request before you and Michael discuss a new procedure regarding JMJ cards using.

Just a few more words on previous story,since PIC has been promoting wall projects and Camillo Lakes under JMJ's name for quite a long time, some local channel and clients visit our office as "JMJ's branch office in China", and our sales team works as JMJ's sales team in China, so they prepared the name card accordingly. We have posted JMJ door sign in front of our office as well under your approval.

Anyway I'll ask them stop using it now until we get clear instructions later, thanks.

Best Regards,
Lynn

------------------ Original ------------------
**From:** "Tim Barton"<tbarton@jmjdevelopment.com>;
**Date:** Tue, Jun 11, 2019 10:20 PM
**To:** "Zhou Lynn"<lynn@yding.cn>; "Steve Wall"<steve.wall@carnegieproperties.net>; "Hongpeng Lin"<HLin@jmjdevelopment.com>; "Vance McMurry"<vance@mcmurrylegal.com>;
**Subject:**

Lynn

I am not copying Michael so he stays calm

But you are to immediately stop anyone using JMJ cards

PIC is not a owner or investor and has no right to have its staff issue cards with my company

This is a fraud and not acceptable

Tim Barton

Sent from my BlackBerry 10 smartphone.

(no subject)

Tim Barton <tbarton@jmjdevelopment.com>
To summer.tian@yding.cn
Cc 傅浩强; justin; 'Vance McMurry'; Ambassador Sada Cumber

Reply | Reply All | Forward | ...
Sun 9/22/2019 10:57 AM

Follow up.

IMG_4770.JPG
64 KB

Summer

Please be advised you are not authorized to use the card attached
You do not work for Carnegie or JMJ

Destroy all cards and tell anyone else they are not authorized to use any card of our group.

You work for PIC not us

Please confirm you will comply

Tim Barton

Sent from my BlackBerry 10 smartphone.

CARNEGIE

田应利
市场总监

手机：15600526912
微信：15600526912
邮箱：summer.tian@yding.cn
地址：北京朝阳区东三环中路9号富尔大厦1606室

CARNEGIE

Summer
Marketing director

Cell：15600526912
WeChat：15600526912
Mail：summer.tian@yding.cn
Add：Room 1606, fuer building, no.9 Middle East sanhuan road, chaoyang district, Beijing

# EXHIBIT C

## PIC Website Screenshots




Google Translate
https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn
Translate From: Chinese To: English
View: Translation Original
逸鼎投资 诚信 · 专业 · 进取
您身边最贴心的美国房产投资专家
免费咨询热线
400 630 1003
Home US Real Estate Housekeeper
About PIC Contact PIC PIC meeting
Traveling around the United States success case
Second-hand property
携手逸鼎 置业美国
Your location : Home > About Yiding > U.S. Residential real estate purchase
About Yiding
Company Profile
Founder profile
Team of experts
Honor
Partner
Notes for buying a house
common problem
U.S. residential real estate purchase process
购买美国住宅的流程是什么
Previous post: U.S. Steps to invest in commercial real estate
Next post: Taxes and fees for residential real estate transactions in the United States
独栋精装别墅
美国-休斯敦
仅20万美金起

Google Translate | U.S. investment in comr

https://translate.googleusercontent.com/translate_c?depth=1&rurl=translate.google.com&sl=zh-CN&sp=nmt4&tl=en&u=http:

免费咨询热线 400 630 1003

Home | US Real Estate | Housekeeper | About PIC | Contact PIC | PIC meeting

Traveling around the United States | success case | Second-hand property

携手逸鼎 置业美国

Your location : Home > About Yiding > U.S. Steps to invest in commercial real estate

**About Yiding**

- Company Profile
- Founder profile
- Team of experts
- Honor
- Partner
- Notes for buying a house
- common problem

## U.S. investment in commercial real estate steps

1. Yiding recommends commercial real estate projects and investment solutions suitable for buyers.

2. The buyer signs a commercial real estate reservation agreement with Yiding and pays 20,000 yuan for US company registration, US tax ID application, etc. (the remaining deposit can be refunded). The buyer is also required to provide a statement of the condition of the family property.

3. Yiding confirms the condition of the property to the seller, submits a letter of intent for purchase (LOI), and starts contract and negotiation with the seller, including details such as price.

4. Yiding and Bank confirm the project loan: the bank will provide financing solutions (loan quota, interest, transaction costs, etc.) based on the project itself and the lender's property status. The bank will provide a list of terms as a written application from the lender.

5. The buyer hires a lawyer, signs a formal purchase contract with the seller, and pays a $ 50,000- $ 100,000 project deposit to a third-party regulatory account.

6. The project inspection period is 30-45 days from the date of signing the contract. During the period, buyers and their lawyers are obliged to review all relevant documents of the project and conduct on-site inspections; the bank will entrust a third party to evaluate the project and conduct environmental investigations, verify lease contracts, confirm ownership, etc. Finally signed a loan agreement with the buyer. (The buyer must pay the bank's third-party assessment fee; the buyer can entrust Yiding to hire a lawyer; during the inspection period, the buyer can terminate the purchase and get the project deposit; after the inspection period, if the buyer terminates the contract, the seller has the right Non-refundable deposit)

7. The buyer pays the project's first payment and transaction costs to a third-party supervised account. After completing all transaction documents, the property transfer is officially completed. (The entire project operation process is about 3-4 months)

**Previous post:** Basic taxes on commercial real estate in the United States

**Next post:** U.S. Residential real estate purchase process

独栋精装别墅 美国-休斯敦 仅20万美金起

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

逸鼎投资 诚信 · 专业 · 进取
您身边最贴心的美国房产投资专家
莱纳总裁俱乐部中国区唯一成员

免费咨询热线
400 630 1003

Home | US Real Estate | Housekeeper | About PIC | Contact PIC | PIC meeting

Traveling around the United States | success case | Second-hand property

携手逸鼎 置业美国

Your location : Home > About Yiding > U.S. Residential Real Estate Transaction Taxes

**About Yiding**

- Company Profile
- Founder profile
- Team of experts
- Honor
- Partner
- Notes for buying a house
- common problem

免费填写您的需求
我们让您的需求梦想成真！

免费咨询电话:
400-630-1003

## U.S. residential real estate transaction taxes

**(Take Orlando Florida as an example)**

1. The transaction completion fee for the property right company-$ 400
Settlement of closing fee to title company ---- $ 400.00
2. Property investigation fee to the property company ---- US $ 100
Abstract of title search to title company ---- $ 100.00
3. Title insurance premiums-$ 700
Title insurance ---- $ 700.00
4. Transfer fee-$ 65
Transfer fee --- $ 65.00
5. Transfer fee to the property company-$ 25
Wire fee to title company ---- $ 25.00

6. File storage fee for property rights company-$ 30
Doc storage fee to title company $ 30.00
7. Registration fee-$ 15
Recording fee ---- $ 15.00

8. Stamp Duty --- $ 7 USD per 100 USD
State tax / stamps ---- $ 0.070 Per $ 100.00

Total: about $ 2,000
The above data is for reference only. all fees are subject to final transaction

**Previous post:** U.S. Residential real estate purchase process

**Next post:** Maintenance Costs of American Residential Real Estate

独栋精装别墅 美国-休斯敦 仅20万美金起

**Q How to buy a house in the United States?**

**A** Yiding Investment will help to handle the entire process. We will provide services from the initial selection of the house and subsequent leases. After the house is selected, we will prepare relevant information and legal documents for you, sign it and send it back to the United States. Completion.

**Q Can I Buy a House?**

**A** Immigration to the United States has specific immigration projects, such as the EB5 investment immigration project. At present, immigration cannot be achieved by buying a house directly. The so-called buying a house to send immigrants is basically an advertising stunt. There is no such thing as buying a house in the United States. project.

**Q Does buying a house affect my immigration?**

**A** Buying a house has no effect on your immigration; on the contrary, if you already have a green card, Buying a home helps prove your willingness to live in order to retain your green card.

Q Can I buy a house in the name of a child?

A It is possible to buy a house in the name of a child. Real estate in the United States has permanent property rights and can be inherited forever.

Q How many houses can I buy in the United States?

A Some states have restrictions on land, but it is generally not allowed to own hundreds or thousands of feet, because it has no effect on general investment or self-help.

Q How to sell after buying a house?

A Yiding Investment is also developing after-sales asset management services, so when you want to sell a house, we will also provide you with a full service.

HomePrevious1 2NextLast

estate business

Q Buying a house in the United States is not troublesome. What procedures are required?

A Buying a house in the United States is very simple. First, after you decide to buy a house, you need to fill out a booking form. We will go to the developer to determine whether there is this house. Then the developer will be awarded a contract. 10% down payment to the third-party property rights company, the third-party property rights company will confirm whether the house you purchased can be transferred, after the confirmation, the property rights company will issue a very detailed payment list, we need to pay the rest 90% of the purchase price to complete the settlement.

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Yiding Information

Success storiesMore





## The last step in US real estate transactions: details of home ownership transfer

**House transfer introduction**

Real estate transfer is the last step in real estate transactions in the United States . Buyers have the right to choose a custodian company to ensure that buyers have legal property rights. If you don't know who to look for, a broker will recommend it to you.

The property transfer clauses entered into by buyers and sellers in real estate transactions are subject to the supervision of a third party, that is, the escrow company. The transfer escrow specialist is an independent intermediary and is responsible for keeping all transaction-related funds, instructions and documents, including deposits, new loans and loan documents, etc., as a bridge for the common instructions of all parties in the transaction to be followed.

The transfer custodian checks the title search to find out that the seller does own the property. The longest history is 40 to 60 years. Each state has its own rules. If problems are found, they must be resolved before the transfer. Property inspections can also identify property-related debts, such as tax arrears, loans, and renovation costs. These debts will follow the house, so the seller must clear them before the transfer. If there are no problems, the escrow company will go to the local land administration to register the deed in the buyer's name. To prevent accidents, lenders will also require buyers to purchase title insurance for the lenders. The owner's own title insurance, the buyer has the right to decide whether to buy or not.

Buy a US house for transfer and have a transfer day. The transfer date is agreed in the contract when the buyer and the seller reach an agreement. Of course, if both parties agree, the transfer can be done before this date.

**2. Preparation before transfer**

One week before the transfer, the buyer of the loan must make a home loan. If the mortgage interest rate has not been locked, it must be locked immediately, so as not to be too late when transferring. It is also necessary to prepare the transfer fee according to the draft transfer fee list (HUD-1) given by the transfer company and inform the bank when and how much it will cost.

A few days before the transfer, the buyer's agent will ask the seller's agent for a repair bill for problems found during house inspection. General repairs should have a 90-day warranty, and repair bills can also be used as proof of warranty.

The buyer had to re-examine the house before closing. In addition to seeing that the repairs have been completed, all equipment is running normally, everything that the seller should leave behind, and the digital numbers of the water and electricity meters must be recorded. If you find something that has not been repaired, you must negotiate with the seller during the transfer.

The day before the transfer, the transfer company will give an accurate transfer fee list, and the buyer can pay a cash check at the bank based on the transfer fee on the list. The cash check can be written to the buyer himself, and it can be written on the reverse side and paid to the transferring company. You will also need to bring a personal check during the transfer. If the actual transfer fee exceeds the amount of the cash check, you will need to complete a private check

**3. Details of transfer fees**

When buying a house in the United States, in addition to the house price, the buyer also needs to bear a closing cost when transferring, which accounts for about 2% -5% of the house price.

For a house of 500,000 US dollars, the transfer cost is about 10,000 to 25,000 US dollars. According to a recent survey, the average house transfer cost in the United States is $ 3,700.

The transfer fee does not specifically refer to a certain type of fee, but covers all costs that may be incurred during the transfer. Some fees can be negotiated with the seller.

Loan Costs

Loan handling fee

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Loan handling fee

The service fee charged by the bank for accepting loan applications, approval and preparing documents is about 1% of the loan amount.

Loan discount points

Points are the interest that the lender pays in advance and can be used to lower interest rates. A point is equivalent to 1% of the loan amount, and each point can reduce the loan interest rate by 0.25% –0.5%. The more points paid in advance, the lower the interest rate.

Application fee

Not every bank has an application fee, up to $ 500

Appraisal fee

The house is used as collateral for the loan, and the bank needs to hire someone to evaluate the price of the house. Different areas and different types of housing evaluation costs are different, about 300-500 US dollars, buyers can discuss this cost with the seller.

Credit report fee

The bank needs to ask a credit service agency to review the buyer's credit history, which is about $ 20-25.

Flood certification

This fee will be used to determine if the house is in the Flood Zone, typically at $ 15-20. If so, banks will require buyers to purchase Flood Insurance.

Title Charge

Title search fee (Title Search)

It is paid to the property company to check the property history of the house, to ensure that the seller does own the property, and does not have any debts related to the property, such as arrears in property taxes, loans in arrears, etc.

Title Insurance (Title Insurance)

The bank will require the buyer to purchase title insurance for the lending bank to avoid mistakes in previous property checks. Buyers can also purchase title insurance for themselves. The title insurance premium is determined by the loan amount, which is usually paid by the buyer, and the buyer can discuss the cost with the seller

Notary Fees

About 50-120 dollars.

Attorney Fees

The cost of attorneys reviewing transfer materials is not required by every state, about $ 300-500.

Pre-paids

Some of the transfer fees are one-off, and some fees need to be paid continuously while the house is being held, such as loan interest and house insurance. A prepayment is usually required to be part of the bank's Escrow Account.

Homeowners Insurance

P & I losses on houses and personal property for a variety of reasons (fire, theft, etc.), usually excluding floods and earthquakes. The first year's insurance premium is usually prepaid upon transfer.

Pre-paid interest

Interest from the day of transfer to the date of first repayment. If the house is transferred on April 10th, the buyer will have to pay the bank 20 days of interest.

**4. Materials needed for transfer**

U.S. real estate transfers require valid identification, such as a driver's license or photo ID. Foreigners bring passports. Bring cash and personal checks from the bank. It usually takes one hour to transfer, the main thing to do is to sign and pay. The notary of the transfer shall first go through the transfer fee list. If there is no objection, the seller and the buyer shall sign. After signing, the buyer handed the check to the transfer notary, and the transfer notary took a copy of all the signed documents and gave them to the signatory. Finally, the seller gave the keys to the buyer, and the house was the buyer.

**Previous post:**

**Next:** No

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

Your location: Home > Yiding News > How can I get a US marriage green card?

Yiding Information

Industry information

Media reports

Show information

我们让您的需求梦想成真！

姓名:

手机:

价格区间:

10万以下

面积区间:

100M2以下

您的需求:

提交

Success storiesMore



Yiding U.S. real estate client buying house case

Investment in commercial real estate



U.S. Commercial Real Estate Success Stories

Investment in commercial real

## How can I get a US marriage green card?

When it comes to green cards, most of them are familiar, because this thing can travel freely in the country, it is very convenient, so many people will find ways to get a green card in the country of immigration. Immigration country United States is basically the first choice. Similarly, the US marriage green card has also received relatively high attention. How to get this green card also requires related steps and procedures. After all, not every country has easy access.

US marriage green card

The types of immigration in the United States are comparative. Among them, employment immigration, investment immigration , spouse immigration, relative immigration, etc. are one of them. When applying, the conditions and requirements are very different So, for specific related immigrants, you have to see which type you belong to, so that you can go through the relevant procedures well. It is also very easy to apply for a green card and a green card, so it is appropriate to come together Learn about!

US Wedding Green Card US Wedding Green Card

The most common green card is a marriage green card obtained through marriage. Generally, it is to marry a local resident in the United States or to a person who holds a green card in the United States. These two also have certain requirements and restrictions on the number of people. There are no restrictions on the number of local citizens in the United States, and there are restrictions on the spouses of citizens holding green cards. The initial marriage green card has a limited period of validity, usually two years. After two years, it will slowly turn into a permanent period.

US marriage green card

After all, some unexpected situations will inevitably occur during the marriage. If your marriage is interrupted in two years, you will not be able to get a permanent green card, but there are special circumstances, such as domestic violence If this situation is more serious, you can still get a permanent green card, so the status of getting a marriage green card still depends on what the specific situation is.

**Previous:** How much does it cost to have a child in the United States? 2018 US Children's Guide

**Next:** How to choose a school district in Atlanta, USA?

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Visiting information

Success storiesMore





How to deal with US investment immigration? These things need to know

During the process of US investment immigration, some applicants did not know much about the application procedures. A certain degree of understanding of the US investment immigration application procedures will help applicants improve their application efficiency and shorten the application cycle. US investment immigration is divided into three steps: submitting an application for investment immigration, processing visa applications or adjusting status (conditional green card), and applying for a permanent green card.

How to handle US investment immigration

**Step 1: Submit an application for investment immigration.** US investment immigration applicants need to submit an I-526 application (Conditional Green Card) to the Immigration Department, along with supporting documents, including: legal proof of required investment funds and US investment project documents and other supporting documents, pay a certain application fee. Usually, the Immigration Department will review this application within six months to one year.

**Step 2: Visa processing or status adjustment (Condition Green Card)**

After I-526 is approved, similar to other immigration visas, investment immigrant applicants can start to apply for a "Conditional Green Card" (also known as a "temporary green card"), go to the Guangzhou Consulate to queue for an interview, and obtain a visa after passing , The family landed in the United States to obtain a conditional green card.

If the applicant is not located in the United States, the applicant must go through the immigration visa acceptance process and attend an immigration visa interview at the U.S. consulate to finally obtain a conditional green card; if the U.S. investor immigration applicant is in the United States, the applicant can submit it directly to the USCIS Application for Adjustment of Status (I-485). Usually, the trial process takes about 6 to 12 months.

Once the status adjustment is approved, the applicant will receive a "temporary green card" valid for two years, and temporary green card holders and permanent green card holders will enjoy the same treatment. Applicants' direct relatives (ie, spouse and unmarried children under 21 years of age) can simultaneously apply for adjustment of status as beneficiaries, and the processing time for adjustment of status is the same as above.

**Step 3: Apply for a permanent green card.** Within 90 days of the two-year expiration of the temporary green card, US investment immigration applicants must submit an I-829 application for "Foreign Entrepreneur Request to Cancel Conditional Status" to the USCIS. If the time limit is exceeded without an application, the applicant will be included in the list of eviction procedures. If the applicant meets all the EB-5 requirements for investment funds and employment creation, I-829 will be approved to obtain a permanent green card and become a legal permanent resident. Generally speaking, the trial time of I-829 is about six months to one year.

It usually takes three and a half to four years for an EB-5 investor immigration applicant to start applying for and obtain a permanent green card. During the I-829 hearing stage, the temporary green card status of the US investor immigration applicant is still valid. This status can be maintained for one year until the final decision of the Immigration Department, during which the applicant can still freely enter and leave the United States, etc. under the conditions of complete documents.

**Previous Article:**

**Next post:**

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

You are here: Home > News > US Real Estate Investment | The Most Complete Tax Guide in History

Yiding Information

Yiding News

Industry information

Media reports

Show information

Success storiesMore



Yiding U.S. real estate client buying house case

Investment in commercial real estate



U.S. Commercial Real Estate

## US Real Estate Investment | The Most Comprehensive Tax Guide Ever

Investing in real estate in the United States is much more complicated than in China. A large part of the reason comes from the cumbersome tax policies of the Internal Revenue Service (IRS). How to legally plan tax avoidance when buying and selling a house, and how to maximize the benefits from tax perspective in renting a house, are you ready?

This issue is crucial. Generally, real estate companies in the United States need to hire a professional accountant or lawyer to handle tax issues. Here is some tax knowledge for investing in real estate. If you can stick to it, you will definitely get more than half of the CPA!

First episode

Ready to buy a house

As a savvy buyer, from the moment you start preparing to buy a house, you have to plan how to minimize the amount of tax you will pay in the future. In simple terms, you can proceed from the following points:

Use: Whether it is used for self-occupation or for rental

Timing: Are you planning to sell in the near future and are you looking forward to appreciation

Status: Is a U.S. tax citizen (unlike a U.S. citizen under immigration law)

Debt: Whether to consider asset preservation or separation of real estate debt from individuals.

Why consider use?

Because the purpose of the house is related to what tax forms you need to deal with, which spending deductions you can use, which voucher files need to be saved or recorded for use in tax reporting, and so on. At the same time you also need to consider what form of ownership of the property can better achieve your purpose.

The main forms of ownership of the property:

Personally owned

If it is self-occupied and your house only has expenditures and no income, then you only need to use Schedule A, Itemized Deductions (hereinafter referred to as Sch A). If you rent it out in whole or in part, then you have to use Schedule E, real estate and other investment income (Rental and Royalty Income, hereinafter referred to as Sch E).

Company form ownership

Real estate investment is usually operated in the form of a partnership, a limited liability company (LLC), or a small business corporation (S-Corporation). The advantage of operating in the form of a company is that individuals can evade relevant legal responsibilities when the company invests in real estate. However, you will need to file an additional Form 1065 or Form 1120S tax return, one of which is a Form 8825 listing of your property. The company will send you a Schedule K-1 after completing your tax return, which will flow into your Individual Income Tax Return Form 1040 (Individual Income Tax Return).

Why bother when and when to sell?

You may have heard that "primary residence" homes in the U.S. can enjoy a tax deduction of $ 250,000 (single taxpayer) to $ 500,000 (couple taxpayer). To put it simply, if your house is value-added when it is sold, it can be exempted from VAT as long as the following conditions are met: 1) it must be your "main residence", 2) the ownership of the house for 5 years, 3) in Have lived here for at least 2 of the 5 years before selling. Moreover, the interval between each sale of a house cannot be less than 2 years.

For legal and reasonable tax avoidance, the overall plan for buying a house is very important!

▲ I want to have a room, but I don't want to be taken away by IRS with my money!

Second episode

Buy property

After buying a house, you will definitely receive a "Closing / Settlement Statement" (commonly known as HD-1), which records the detailed settlement time, real estate address, and a list of all completed transaction fees. This is a

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese to: English View: Translation Original



U.S. Commercial Real Estate Success Stories

Investment in commercial real estate

Second episode

Buy property

After buying a house, you will definitely receive a "Closing / Settlement Statement" (commonly known as HD-1), which records the detailed settlement time, real estate address, and a list of all completed transaction fees. This is a smelly and long list of headaches, but you must keep it, because it determines the cost of the house (Basis) when you sell and calculate VAT. There is a breakdown of the transaction amount between the buyer and seller, but you only need to pay attention to the breakdown of the buyer. Your Closing Costs including Commission, Title Costs, etc. can be added to your purchase price to increase the cost of the house.

In addition, we have to talk about property tax / land tax separately. The property tax will be mixed in the HD-1 form like the other fees mentioned above, it will always need to be picked up and treated separately. If your house has been occupied by you this year, please put property tax on line 6 of Schedule A itemized deductions in your personal tax form 1040. If your house is for rent, put it on line 16 Taxes of Schedule E Rental and Royalty income.

If you are buying a house on a loan, you will receive a Mortgage Interest Form 1098 at the beginning of the second year. If the house is self-occupied, you can happily fill this interest into line 10 of your Schedule A Itemized Deductions. If the house is for rent, you need to put it on line 12 of the Mortgage Interest on Schedule E's Rental and Royalty Income. In general, the percentage of mortgage interest paid in the first few years after you just bought a house is particularly high, so the amount of tax deductible is also considerable. The points charged by the loan bank can also be treated in a similar interest method, depending on the circumstances. in the year when the house is purchased, it can be fully deducted or amortized according to the term of the loan.

▲ Hold on, there are still many dry goods behind, don't fall down!

Third episode

Housing operations

After the house is in hand, the owner must consider how income and expenditure will affect your tax payment. So what preferential policies can you enjoy? First of all, we need to understand whether we own or rent a house. Many taxpayers are in a complex situation or own multiple properties. and they don't know what kind of homes should be counted. So Xiaobian here needs to popularize the classification of housing in the tax field again:

Principal Residence

As the name suggests, as long as you live alone or no more than 15 days of rental days a year (Rental Days), they can be considered as home.

Second Home

The IRS believes that everyone can own two homes reasonably. As long as you live by yourself, or if you rent for less than 15 days, and your personal days are more than 14 days, then your IRS rental income within 15 days is too lazy to control. This house naturally also belongs to its own house. If the above conditions are not met, your rent needs to be reported to Sch E, and the related loan interest, real estate tax and other deductions need to be divided into Sch E rental and Sch A self-occupation. Of course, I do n't know how the IRS can track your rental days. This is entirely conscious. In any case, there is nothing wrong with retaining the "evidence" of all costs!

Vacation Rental

You already have two houses, and you can't live alone for so many days for the third or more. So IRS assumes that you may rent it out, or go on holiday occasionally. As long as the rental period is more than 14 days, and you have less than 14 days or 10% of the rental period, then this is a rental house. Consistent with the previous treatment of rental housing, all rental income and expenses must be reported on Sch E.

Rental Property

This is a purely rented house. The 14-day rental test is no longer required. As long as the individual lives less than 14 days, all income and expenses are reported to Sch E.

Investment Property or Property

It neither rents nor owns it, waiting for the appreciation of investment houses. For example, the inherited celebrity ancient house, or the land to see appreciation. Expenses for this type of real estate belong to Investment Expenses, not operations, and all property taxes / land taxes can only be reported to Sch A for deduction. It should be noted here that only the part of the investment interest deduction that is lower than the investment income can be deducted

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese to English View: Translation Original

Investment Property or Property

It neither rents nor owns it, waiting for the appreciation of investment houses. For example, the inherited celebrity ancient house, or the land to see appreciation. Expenses for this type of real estate belong to Investment Expenses not operations, and all property taxes / land taxes can only be reported to Sch A for deduction. It should be noted here that only the part of the investment interest deduction that is lower than the investment income can be deducted from the Sch A deduction. Other investment expenses are filled into the Sch A miscellaneous deduction, which is limited to 2% of the net income Gross Income (AGI).

Commercial Property

As its name implies, it is a property used for commercial purposes, such as a hotel building for guests. Commercial real estate is usually taxed in the form of a company, which is an actively operated business, and is generally not subject to the restrictions of the "Passive Activity" of real estate.

▲ Your favorite plot is coming! Take a breath and keep watching, come on!

After clearly identifying your property type, let's take a look at what costs you can use to reasonably reduce taxes.

Mortgage Interest & Points

Earlier in the second episode, I mentioned how to pay tax on loan interest. Then in each year, you can deduct the amount of Sch A sub-deduction (for self-occupation) or Sch E (for rent) to deduct you. Taxable Income. Regardless of whether the taxpayer is buying a new house or applying for a loan (Refinance), the high percentage of mortgage interest in the first few years of repayment can save you a lot of taxes.

Mortgage Insurance Expenses

This benefit is more important for low-income homeowners in the United States, because they often cannot afford to pay a high down payment, they must purchase personal mortgage insurance before the home equity increases to 20%, and this part of the cost can be filled in the Sch A sub-item Deductions (for self-occupied). Therefore, once your adjusted net income (AGI) is as high as $ 109,000 (married couple taxpayers) or $ 54,500 (married couple taxpayers or single taxpayers), you will not be able to enjoy this benefit because your income is too high.

Property Tax

As mentioned in the second episode of buying a house, the local and state property taxes you pay can be deducted into the Sch A sub-deduction (for self-occupation) or Sch E (for rent) to deduct your federal tax and State taxes. The only difference from the first year is that it is no longer hidden in your HD-1 and you will receive a separate Property Tax Statement.

Casualty Loss

This is something many people don't know. For example, the flood destroyed the house, the house lost 500,000, and the insurance compensated 400,000. The remaining 100,000 is your accidental loss, which can be put into the Sch A sub-item deduction. After the calculation of the limit, it can be offset. The amount of the deduction.

Renovation cost (Improvement)

For example, the purchase price of a house is 500,000 yuan, and the owner has spent 200,000 yuan to renovate. Does the house appreciate in value? In the future, when the house is sold, the cost of the owner (Basis) will increase by about 200,000, and the value-added part in the calculation of VAT will be reduced accordingly. This is the so-called offset appreciation tax.

Renovation and improvement of energy saving and environmental protection of houses (Residential Energy Credit)

The U.S. government encourages taxpayers to save energy and protect the environment. Any decoration and improvement related to improving the energy efficiency of the home, including the installation of solar panels, energy-saving water heaters, and insulated windows and doors, can get up to $ 1,000 in tax credits (Residential Energy Credits). Tax deductions (Credits) are different from all kinds of tax deductions (Deductions). It is based on the taxable income calculated in the previous steps and directly deducts the corresponding tax amount, so you will be on the 1040 tax form. Find it a little bit back, on lines 48 to 54. For commercial property modification projects based on medical needs, such as installing wheelchair ramps, doors and windows for the disabled, bathtubs, etc., they can get tax deductions or reductions.

Home office

If you use your own study as a home office, you can directly put the percentage of a series of expenses such as

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese to English View: Translation Original

Home office

If you use your own study as a home office, you can directly put the percentage of a series of expenses such as mortgage interest, real estate tax, utilities, insurance, and other costs on the proportion of the office space occupied by the office, and directly put it into Schedule C as a business expense. Deduct self-employment (Self-Employment) income. If you find it too tedious to track so much, IRS also offers you an easy alternative to deducting $ 5 / sqft (up to $ 1,500 / year) for home office expenses.

These basic tax benefits are almost unlimited and suitable for all types of real estate! The following deductions are very important for rental / commercial houses in operation! I usually see Sch E or the company tax form Form4562 (depreciation calculation form), there will be a considerable depreciation expense, no cash expenditure can offset income, who can not love!

Home Depreciation (Depreciation)

Depreciation methods and ages vary according to the nature of the property. In the case of commercial real estate that is, medium and large real estate invested in the name of the company, such as office buildings, shops, industrial buildings, etc. used for commercial purposes, the straight-line depreciation period of commercial real estate is 39 years. If the civilian real estate provides housing for the general public to solve the problem of people's livelihood, IRS must of course take care of it. Civil properties can be depreciated more quickly than commercial properties, with a period of 27.5 years.

179 depreciation of fixed assets and bonus depreciation (179 / Bonus Depreciation)

One of the best things Obama and Congress can do is decide to permanently extend the $ 179 depreciation amount of $ 500,000. When the government announced this gratifying news around Christmas 2015, property asset owners and businessmen from all walks of life rejoiced. The regulations stipulate that if you purchase fixed assets (new or second-hand) of no more than $ 500,000 this year, then you can offset the income directly as depreciation expenses, and do not need to be included in fixed assets. In addition, the regulations also stipulate that the depreciation of awards will be maintained at 50% in 2015-2017, 40% in 2018, and 30% in 2019.

TPR De Minimis Safe Harbor

This is another new policy of the Tangible Property Regulation (TPR) issued by the US government that is good for homeowners. Usually small fixed asset purchases, such as $ 2,000 for sofa purchases, are counted as fixed assets and then depreciated over five years. However, from 2015 (strictly speaking from 2016), all purchases under $ 2 500 per item are directly regarded as expenses, no longer depreciated for many years, and are not included in the calculation range of 179 depreciation or bonus depreciation mentioned in the previous article.

You may ask, what if I do n't live in the United States and I 'm not a green card holder, but I have money to invest in the United States? This brings us back to the problem that we have to solve at the beginning. What is the relationship between tax status and tax declaration? If you are not a U.S. tax citizen, the IRS has slightly stricter tax requirements for you. In fact, it is reasonable to think about it. If you evade taxes, they will not be able to catch you far away, so taxes must be collected from the source.

If there is rental income for a property held in your personal capacity, you need to determine how your taxable rent will ultimately be calculated according to your "Material Participation" for this rental business:

For foreign holders who are passively involved in house management, the popular point is that you only rent the house to the tenant and do not spend time and energy on management, maintenance and services. Then you have to use the gross method, which is 30% of the total rental income.

For foreign holders who are actively involved in housing management, IRS thinks that you are all so actively involved and should not run away, so congratulations you basically enjoy the same net method as US tax citizens, namely taxable income = rental income-expenses (loans Interest, property taxes, maintenance costs, depreciation, etc.). The net amount is calculated based on the general income tax rate. You will ask, how can I actively participate in the United States? The editor tells you secretly that if you hire a professional property management company in the United States to take care of you and keep accounts, you will pay the appropriate service fee, and it may meet the requirement of "active participation".

Of course, foreign taxpayers can also hold real estate as a company. The advantage is that individuals do not need to bear legal responsibility when the real estate invested by the company is in an accident. Companies can use the net

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese to English View: Translation Original

requirement of "active participation".

Of course, foreign taxpayers can also hold real estate as a company. The advantage is that individuals do not need to bear legal responsibility when the real estate invested by the company is in an accident. Companies can use the net method to calculate income tax. The default nature of real estate investment income is "passive income". Net Passive Income will pay corporate tax and income tax according to the situation. Net Passive Loss cannot be combined with other Non-Passive Income is used to offset, and it can only be postponed until the next year (Passive Activity Loss Carryover) with net passive income. If you find it too much trouble to hold your property as a company, the IRS also allows you to elect to pay taxes in your personal capacity, as calculated above.

Episode four

Property for sale

After the sale, you will receive a stinky and long "Real Estate Transaction Completion Form" (Closing / Settlement Statement / HD-1), presumably you are no stranger to it. What you need to pay attention to this time is the details of the Seller. Almost all the above-mentioned costs related to selling a house can be used to deduct taxes. For example, Title Insurance, commissions for real estate agents, advertisements for selling houses, etc. The home repair expenses paid by the owner within 90 days before the sale of the house, as long as it can be proved to sell the house, can be used as the selling expense (Selling Expense) to offset the added value of your sale! Remember when we mentioned in the first episode that buying a house can increase costs (Basis)? It's time to put it into practice!

Let's take an example of the cost of comprehensive buying and selling: the value of buying a house in 2011 was 500,000, and the various types of buying houses on HD-1 were 20,000. In 2016, it was planned to sell. In order to increase the value of the house, it cost 100,000 to renovate. When selling a house, the selling price was 800,000, and the cost of selling the house HD-1 cost 60,000. Do you think that it simply adds value to 300,000? NO, the added value of your final house sale is: 80-6-50-2-10 = 120,000. Congratulations, if you happen to meet the above-mentioned major housing exemption conditions, you don't have to pay VAT.

If you look at the investment as a home buyer, you can use the more advanced and proactive 1031 Like-Kind Exchange. In other words, you sell your property (excluding your home) after it has appreciated in value, and then immediately buy back the same type of property that is not less than the original property, so that the funds return to the real estate market. Isn't this what the US government wants to see most? Capital has been flowing in the market without falling into the hands of a certain investor, so they give this kind of exchange a big preferential policy-VAT delay. The exchange of tax-deferred real estate can be exchanged for one more, or one more. When all real estate is sold at the end and no similar exchange investment is continued, VAT is paid together.

Let's talk about the rules for selling a house for non-U.S. Tax citizens. If a foreigner sells a property and the holding period does not exceed one year, the value-added income, together with other ordinary income, is calculated at the progressive tax rate of personal income tax. If the holding period exceeds one year, it will be considered as a long-term holding asset, and a capital gains tax rate of not more than 15% is allowed to be calculated. Back to the principle we mentioned earlier, when a foreigner sells a property, IRS will deduct 10% of the selling price first. When the taxpayer submits the 1040 NR form the next year after the sale, the calculation will be more and less, because IRS is also afraid You ran out of debt.

If your house wants to dispose of it, and you are worried that you may have to pay taxes if the value increases, you can also use the most tyrant method to combine the house with potential VAT in the future: give it away! This method of transferring property is called a gift. Gift and inheritance taxation in the United States is the same system. According to the latest data in 2015, a tax citizen can only give a tax allowance of no more than $ 5.43 million for life, and can give a gift of $ 14,000 per year. If your gift exceeds this amount within one year, you must file a Form 709 with the Inland Revenue Department. You can also choose not to pay the gift tax now, which is to deduct the gift from the available allowance of 5.43 million lifetime gifts / legacy. Note that the gift tax is a tax that the donor may have to pay, and the giftee never needs to pay the gift tax. If Mr. G bought a property 100,000 years ago and gave it to his children at a market value of $ 800,000, the cost of getting the house (Basis) of the gifted child would be the same as the cost of the original homeowner (Carryover). The house was sold for $ 1 million two years later, and the children received $ 900,000 in income. All 900,000 were paid capital income tax. The so-called "easy to pick up a house is difficult to raise a house", before being sent to the house by the local tyrants, consider carefully the future tax.

Google Translate | U.S. investment in commerc

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

Let's talk about the rules for selling a house for non-U.S. Tax citizens. If a foreigner sells a property and the holding period does not exceed one year, the value-added income, together with other ordinary income, is calculated at the progressive tax rate of personal income tax. If the holding period exceeds one year, it will be considered as a long-term holding asset, and a capital gains tax rate of not more than 15% is allowed to be calculated. Back to the principle we mentioned earlier, when a foreigner sells a property, IRS will deduct 10% of the selling price first. When the taxpayer submits the 1040 NR form the next year after the sale, the calculation will be more and less, because IRS is also afraid You ran out of debt.

If your house wants to dispose of it, and you are worried that you may have to pay taxes if the value increases, you can also use the most tyrant method to combine the house with potential VAT in the future: give it away! This method of transferring property is called a gift. Gift and inheritance taxation in the United States is the same system. According to the latest data in 2015, a tax citizen can only give a tax allowance of no more than $ 5.43 million for life, and can give a gift of $ 14,000 per year. If your gift exceeds this amount within one year, you must file a Form 709 with the Inland Revenue Department. You can also choose not to pay the gift tax now, which is to deduct the gift from the available allowance of 5.43 million lifetime gifts / legacy. Note that the gift tax is a tax that the donor may have to pay, and the giftee never needs to pay the gift tax. If Mr. G bought a property 100,000 years ago and gave it to his children at a market value of $ 800,000, the cost of getting the house (Basis) of the gifted child would be the same as the cost of the original homeowner (Carryover). The house was sold for $ 1 million two years later, and the children received $ 900,000 in income. All 900,000 were paid capital income tax. The so-called "easy to pick up a house is difficult to raise a house", before being sent to the house by the local tyrants, consider carefully the future tax payment issues.

For non-U.S. Tax citizens' assets in the U.S., the lifetime gift / legacy allowance you can enjoy is much lower than that of U.S. tax citizens. Therefore, the transfer of assets in the United States requires strategic planning, using companies or trusts to reasonably avoid taxes. For those who come to the United States to settle or invest but have overseas real estate, be careful that the US government will include your global income in the United States tax coverage. If your overseas property appreciates a lot, then it is recommended to sell the overseas net value-added property or give it to your parents before becoming a US tax citizen. The parents sold the money and gave it back. Capital gains tax on value added to the property can be avoided. For example, an investor bought a house in China at a cost of $ 100,000 20 years ago. In 2015, the homeowner moved to the United States to become a US tax citizen. The market value of the house was $ 1 million. Then, when he sold the house, all 900,000 US dollars were subject to VAT. But if he donated it to his parents in 2014, and his parents sold it at market value, and then donated 1 million yuan in cash to investors, then there is no need to pay a penny tax.

**Previous post:** U.S. Real Estate Investment VS General Financing, Which Should I Choose?

**Next:** How to handle US investment immigration? These things need to know




PIC U.S. real estate U.S. real estate U.S. real estate U.S. real estate U.S. real estate U.S. Housing New York Real Estate U.S. School District Housing U.S. Home Purchase Loan Seattle Villa Houston Villa Florida Villa

Home US Real Estate Company Profile Contact PIC Legal Notices Exhibition announcement Cooperative Media Mortgage Gadget

Links

Google Translate | U.S. investment in commerc | translate.googleusercontent

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original





我们让您的需求梦想成真！

I'm not a robot

About this page

Our systems have detected unusual traffic from your computer network. This page checks to see if it's really you sending the requests, and not a robot. Why did this happen?

# US real estate investment vs. general financial management, which one should I choose?

Investment and financial management has never been a strange topic, and there are many ways. So many people are more entangled. Let's save the bank. Interest can't pass CPI and currency inflation. Investing in stocks is too risky and not long-term. How to choose?

In fact, the most beloved president of the United States in the 20th century, Roosevelt once said: "Real estate will neither disappear or be stolen for no reason. If properly managed, real estate is the safest and most secure investment in the world." As early as 2014, the real estate industry leader Ren Zhiqiang once said: "Over the past 10 years of investment choices, houses are still the best investment products." For individual investors, real estate is the best way to create and accumulate wealth. First, compared with other financial investment tools, investing in real estate has other advantages over other financial management methods.

At present, the nominal annual interest rate for depositing money into the bank is 2.75%. After deducting the inflation rate, the actual interest rate is negative, which means that the amount of money you deposit into the bank appears to increase, but from the perspective of actual purchasing power But it is decreasing, that is, the money in your hands is constantly depreciating! In the long run, the gradual depreciation of currencies is a major trend. A boss of a listed company once said, "The biggest difference between the poor and the rich is that the poor love to save money. The rich are good at borrowing other people's money and wisdom and labor to create more wealth for themselves. This is the poor. An important reason for getting poorer and getting richer! "Therefore, bank deposits are suitable as a form of cash storage, and generally cannot be a better solution for long-term investment.

**Buying house one: resisting inflation**

In recent years, China's economy has developed rapidly and inflation has been severe. The emergence of the era of negative interest rates means that prices are rising while the purchasing power of currencies is falling. Obviously, in the face of inflation pressure, it is unwise to deposit money in banks. So how to take care of the remaining money in your hands? Facts have proved that real estate in the form of physical objects is the best choice, because the value of real estate will rise correspondingly during the period of inflation, so that the depreciation of family assets can be avoided.

In recent years, with the development of new forms of financial management such as Internet finance, if you only know how to deposit money in a bank, or even only on a regular basis, you are too out. Take Yu'ebao as a representative. Although it is easy to access and the interest rate is much higher than that of banks, and the Internet penetration rate is extremely high, it is not surprising that this type of financial management is popular. But in the final analysis, such financial products should only be short-term financial products, suitable for depositing small amounts of money. On the one

**Success storiesMore**



Yiding U.S. real estate client buying house case
Investment in commercial real estate



U.S. Commercial Real Estate Success Stories
Investment in commercial real estate

Google Translate | U.S. investment in commerc | translate.googleuserconten

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original



U.S. Commercial Real Estate Success Stories

Investment in commercial real estate

In recent years, with the development of new forms of financial management such as Internet finance, if you only know how to deposit money in a bank, or even only on a regular basis, you are too out. Take Yu'ebao as a representative. Although it is easy to access and the interest rate is much higher than that of banks, and the Internet penetration rate is extremely high, it is not surprising that this type of financial management is popular. But in the final analysis, such financial products should only be short-term financial products, suitable for depositing small amounts of money. On the one hand, there are hidden dangers to capital security. And the interest rate higher than the bank is just an attractive offer that Yu'e Bao has just begun to gather, and it cannot be so long. You can now see that the interest on Yu'e Bao has decreased compared with the previous two years when you open your mobile phone.

**Buying house advantage 2: "golden" channel for asset appreciation**

Experts in real estate investment often buy real estate when the demand is the lowest, and then choose to sell when the market is in short supply and the market reaches a high level, so that you can use the law of economic fluctuations to obtain rich investment returns. In the long run, almost all real estate investors will likely realize long-term real estate asset appreciation, which has been fully verified from the trend of rising housing prices in most areas of China in the past few years. Whether it is through the transfer of real estate or rental real estate, most investors have achieved several times the profits.

"The comparison of ten years, buying real estate for three generations, and stocks ruining one's life" is a very popular saying on the Internet that has profoundly revealed the gap between the two ways of managing money in buying real estate and stocks. Real estate and stocks are two very different investment targets. Real estate is defensive and stocks are offensive. High risk also usually brings high returns, especially when the market continues a bull market, short-term returns are often very impressive. But after all, the short-term and long-term ups and downs have become the main characteristics, and it is difficult for ordinary investors to grasp.

**Buying house advantage three: high investment return**

Real estate investment is a powerful means and a reliable guarantee for many people to become rich and achieve financial freedom. Of course, any investment has risks, but the risk of real estate investment is much less than that of stocks, but it can get investment income of people who are higher than stocks. In the short-term, stock returns may be higher than real estate, but the rapidly changing stock market or futures market may make you a poor person from a rich men in one minute, and the real estate investment of "one store for three generations" has long existed.

P2P financial management refers to the loan between individuals and individuals, with the company as an intermediary institution, and connecting the two sides of the borrower and lender to achieve their respective borrowing needs. Borrowers can be unsecured or secured. Intermediaries generally charge a new type of financial management model in which both parties or unilateral commissions are used for profit purposes or earn a certain interest rate for profit purposes. P2P online lending has

Google Translate | U.S. investment in commerc | translate.googleusercontent

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

P2P financial management refers to the loan between individuals and individuals, with the company as an intermediary institution, and connecting the two sides of the borrower and lender to achieve their respective borrowing needs. Borrowers can be unsecured or secured. Intermediaries generally charge a new type of financial management model in which both parties or unilateral commissions are used for profit purposes or earn a certain interest rate for profit purposes. P2P online lending has the characteristics of low threshold, high yield, and stable income. However, such online lending platforms are so mixed that it is easy to mislead investors. However, credit risk is still the main risk. Once the borrower does not pay back, the P2P online loan investor may lose the principal.

**Buying house advantage four: the most cost-effective loan**

Mortgage is the longest loan with low interest and repayment instalments. Only mortgage is a large amount of money that can be easily loaned. The purpose of the mortgage is to use leverage and low-cost loans to fight inflation. You need to pay more for the loan instead of paying less interest. The more interest you pay on the mortgage, the more glorious you get. That is why many wealthy people or business owners still have loans to buy a house, and the maximum amount of loans and the longest time.

After reading these, you may not be sure what the value of overseas real estate investment is. It doesn't matter. Let 's look at two sets of data.

If you have 10 million assets, actively invest in financial management in the country: 1 million is reserved for working capital and 9 million have bought domestic financial products or investments.

Income situation: Good luck that year, 8% annualized income, earn 720,000, then your total assets become 10.72 million. But that year, the international RMB exchange rate fell by 6%. In the end, your assets were actually worth only 10.706 million.

If you have 10 million assets, you will actively manage your finances and do global asset allocation: 1 million will be reserved for working capital, 6 million will be for domestic wealth management products or investments, and 3 million will be for US dollar assets such as real estate.

Income: The annualized return on domestic investment is still 8%, earning 480,000 yuan, and the total domestic asset value is 7.48 million. The renminbi exchange rate still fell by 6%, and the domestic assets were worth only 7,108,800. US real estate rental returns are 5%, earning 150,000, foreign assets totaling 3.15 million, and US dollar assets are not affected by exchange rate depreciation. In the end, your asset value is 10.33 million.

The above two sets of data are intuitive enough. With or without overseas asset allocation, the gap can be as high as 200,000 a year! Plan your small vault early! !!

**Previous post:** Buy a house in the United States, what happens if you do n't have the money to pay taxes?
**Next Article:** US Real Estate Investment | The Most Complete Tax Guide in History



Google Translate | U.S. investment in commerc | translate.googleuserconten

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

Since the real estate tax accounts for the main part of the local government's operating funds, including primary and secondary education funding, road maintenance, library operations, public facilities, police station funding, government employees' salaries and benefits, etc., all rely on government funding, so the real estate tax collection is Important government matters. For homeowners who owe or fail to pay real estate tax, the government first associates the tax arrears with the title deeds (Title and Deed). When a homeowner sells a home, it affects the deal, because the buyer does not want to buy a house that owes property taxes. Second, if the homeowner insists on not paying real estate tax or arrears, the government can take compulsory measures to auction the house in accordance with the law, a practice known as "tax sale home".

Specifically, there are roughly two approaches.

**1. Auction of tax lien sale**

The buyer with the highest bids buys the homeowner's tax arrears. In this way, the buyer becomes the homeowner's creditor, and the buyer is responsible for recovering the arrears, interest, legal fees, etc. from the homeowner. If the homeowner cannot meet the debt collection requirements of the new creditor, the new creditor can publicly auction the homeowner's house in accordance with the law. This auction is legal in 29 states across the United States, as well as in the capital Washington, DC, the Virgin Islands and Puerto Rico.

**2. Direct auction of real estate (tax deed sale)**

The highest bidder buys the property and the property tax owed.

Generally speaking, no matter which method is adopted, before the local government adopts the auction method to forcefully recover the real estate tax arrears by the homeowner, according to different local regulations, the **homeowner is often given months or years to pay the arrears. If the deadline expires, the auction process will start.** In most areas, the law stipulates that even if the homeowner's real estate is auctioned by the government, the homeowner has the right to buy it back from the new buyer within the prescribed period (mostly one year), but must pay the fresh buyer in full All fees paid and interest.

From the above, the **arrears of real estate taxes are very serious. In the end, real estate may be auctioned, which is worth taking seriously by homeowners.** However, for homeowners who do not have the ability to pay real estate tax (except those who are unable to pay), different local governments have different projects to help homeowners overcome difficulties, including delaying payment of real estate taxes, instalments or even reductions. Real estate tax, etc.

**Take Fairfax County as an example** . Residents living in the county who are over 65 years old or disabled and whose annual income is $ 52,000 or less can be exempt from real estate tax; if the income is between $ 52001 and $ 62,000, real estate Taxes are halved; if income is between $ 62001 and $ 72,000, real estate taxes are reduced by 25%.

Google Translate | U.S. investment in commerc | translate.googleuserconten

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

01 How to evaluate the value of the house

In real estate tax, two factors play a key role, one is the tax rate, the other is the value of the house and real estate, and the amount of real estate tax is composed of these two factors. Since the real estate tax is mainly collected by local governments, the evaluation of real estate value is the responsibility of local governments. Each local government has its own laws and regulations, so the real estate value assessment method is different.

**Broadly speaking, there are three basic principles of real estate appraisal.**

**1.** The transaction price of similar houses in the region in the recent period. This is an important factor in evaluating the value of the house (including the price of the hide in the area).

**2.** The price of building a similar house plus the price of the land, that is, the current cost of building materials and labor, the cost of building a similar house on the same plot of land, and at the same time depreciate the house according to the new and old.

**3.** House rental price, assuming the house is for rent, how much rent can be received.

Combining the above three factors and considering the economic development of the region, the valuer will evaluate the value of each property. The local government will send a new evaluation report to the homeowner half a year in advance based on the appraisers' evaluation. If the homeowner thinks the evaluation is reasonable, he will wait for the government to send a new tax form; if it is not reasonable, he can ask for a new evaluation. The government At the request of the owner, the evaluation report will be re-reviewed and the results will be notified to the owner. If the homeowner is not satisfied, he can ask for an appeal and the court will rule.

02 The difference between real estate tax and detached house

There are two types of apartment buildings, one is a coop, and the other is a condo. Regardless of the type of apartment building, as long as it is a resident's home rather than a commercial building, the tax rate is the same as that of a single-family house. it's the same.

**Taking the capital Washington, DC as an example**, the real estate tax rate for 2016-2017 is divided into 4 levels: the level 1 tax rate is 0.85%, which applies to all residential homes; the level 2 tax rate, A, is 1.65%, which is applicable to businesses with a value not exceeding $ 3 million And industrial buildings, including hotels; Tier 2 tax rate B is 1.85%, and commercial and industrial buildings with a value of more than US $ 3 million, including hotels; Tier 3 tax rate is 5%, applicable to vacant houses; Tier 4 tax rate is 10% , Suitable for poorly maintained or dilapidated houses (blighted real property).

The so-called poorly maintained or dilapidated houses mainly refer to poorly maintained walls, roofs, windows, balconies or other housing structures, or are dangerous, unsanitary, and threatening public health in the community. The main

Google Translate | U.S. investment in commerc | translate.googleuserconten

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

million, including hotels; Tier 3 tax rate is 5%, applicable to vacant houses; Tier 4 tax rate is 10% , Suitable for poorly maintained or dilapidated houses (blighted real property).

The so-called poorly maintained or dilapidated houses mainly refer to poorly maintained walls, roofs, windows, balconies or other housing structures, or are dangerous, unsanitary, and threatening public health in the community. The main purpose of this tax rate is to force homeowners to keep their homes safe, hygienic, and clean.

03 How much is a property tax in a year?

According to the US Census Bureau, the average real estate tax paid by homeowners in the United States in 2015 was $ 2,149 . In 2015, the lowest real estate tax rate in the United States was 0.27% in Hawaii, the highest in New Jersey was 2.35%, and the tax rate in New Jersey was 8.7 times that of Hawaii. In other words, a $ 200,000 property in Hawaii pays only $ 540 in taxes, while in New Jersey it pays $ 4,700.

04 What costs are deducted for a loan to buy a house?

**Bank loans to buyers are risky, so the house itself will be used as collateral** . If the lender does not buy house insurance to save money, the bank may not take out the loan once the house fires or other disasters; or The lender does not pay the real estate tax on time. Once the government collects the debt, the government can force the house to be auctioned. In this case, the bank is only the second-ranked creditor, and the government is the first-ranked creditor. In order to avoid the above two situations, banks generally require the setting up of an escrow account to pay real estate taxes and insurance costs for mortgage lenders. Of course, **if you want to direct customers to pay real estate taxes and homeowner's insurance, banks would agree, but tends to increase mortgage rates by 0.25 percentage points**

**Previous post:** 2018 US Real Estate Growth Trend Forecast

**Next Article:** Which Real Estate Investment VS General Financing Should I Choose?




PIC

Home US Real Estate Company Profile Contact PIC Legal Notices Exhibition announcement Cooperative Media Mortgage Gadget

Links

© 2015 – 2018 Yiding (Hangzhou) Investment Management Co., Ltd. All rights reserved. 浙ICP备18016893号 Email: info@yding.cn

Google Translate | U.S. investment in | translate.googleu | 16 Reasonabl | PSA - 512 units -

https://translate.googleusercontent.com/translate_c?depth=1&rurl=translate.google.com&sl=z

逸鼎投资 | 诚信 · 专业 · 进取
您身边最贴心的美国房产投资专家

免费咨询热线
400 630 1003

Home | US Real Estate | Housekeeper | About PIC | Contact PIC | PIC meeting

Traveling around the United States | success case | PIC Information
Second-hand property




Your location : Home > Yiding News > 16 Reasonable Tax Avoidance Measures for US Real Estate Investment

**Yiding Information**

- Yiding News
- Industry information
- Media reports
- Show information

我们让您的需求梦想成真！

姓名:

手机:

价格区间: 10万以下

面积区间: 100M2以下

您的需求:

提交

400-630-1003

**Success storiesMore**



Yiding U.S. real estate client buying house case
Investment in commercial real estate



U.S. Commercial Real Estate Success Stories
Investment in commercial real estate

## 16 Reasonable Tax Avoidances for U.S. Real Estate Investment

Five Questions and Five Answers to U.S. Real Estate Tax and China Real Estate Tax

**1. Buying a house in the US without paying any taxes to governments at all levels?**
Yes! If a new house has a builder's asking price of $ 500,000 and a bargain of $ 480,000, then the buyer only needs to pay $ 480,000 to the builder or seller, without paying any taxes to the government and no handling fees! (Except withholding luxury tax)
In China, in addition to various fees for buying or selling a house, taxes must be paid to governments at all levels.

**2. Can the U.S. real estate tax be used only for local regional infrastructure and education construction?**
Yes! The real estate tax collected by the local government in the United States can only be used for education and construction in the area where the local government is located (therefore, good school districts have higher taxes).

**3. Does the US Real Estate Tax have a complete legal system and is it protected by law?**
Yes! In the United States, if a taxpayer considers his property tax unfair in that year, the taxpayer or taxpayer's representative can participate in a hearing held by the local government and negotiate to resolve it; if he refuses to accept it, he can sue the local government to the court.

**4. Are US real estate files public?**
Yes! Disclosures include the names of US real estate owners; the size and valuation of real estate and properties; tax rates and amounts.

**5. In the US, the property tax rates are the same across states?**
No! Real estate tax rates vary from state to state, generally ranging from 1% to 3% of the market price of real estate. Both the purchase price of the property and the market price of the property include the price of the building and the land.

As an overseas investor closely watched by the US tax office, do we have a reasonable and legal way to avoid tax? Xiao Bian came with 16 projects that can be deducted from investment in real estate!

A. If you buy an investment house in your personal name, you can use the following methods to deduct taxes:

1. House tax (real estate tax), insurance premiums.
2. House depreciation, decoration depreciation, floor, doors and windows, kitchen, roof and other categories of depreciation.
3. Maintenance costs of the house.
4. Airfares and meals from landlords to the United States.
5. Management fees for real estate companies.
6. Intermediary fees for real estate agents.
7. Find the tenant's advertising costs.
8. Maintenance of your own minor children.

Google Translate | U.S. investment in | translate.googleu | 16 Reasonabl | PSA - 512 units -

https://translate.googleusercontent.com/translate_c?depth=1&rurl=translate.google.com&sl=z

Success storiesMore



Yiding U.S. real estate client buying house case

Investment in commercial real estate



U.S. Commercial Real Estate Success Stories

Investment in commercial real estate

No! Real estate tax rates vary from state to state, generally ranging from 1% to 3% of the market price of real estate. Both the purchase price of the property and the market price of the property include the price of the building and the land.

As an overseas investor closely watched by the US tax office, do we have a reasonable and legal way to avoid tax? Xiao Bian came with 16 projects that can be deducted from investment in real estate!

A. If you buy an investment house in your personal name, you can use the following methods to deduct taxes:

1. House tax (real estate tax), insurance premiums.
2. House depreciation, decoration depreciation, floor, doors and windows, kitchen, roof and other categories of depreciation.
3. Maintenance costs of the house.
4. Airfares and meals from landlords to the United States.
5. Management fees for real estate companies.
6. Intermediary fees for real estate agents.
7. Find the tenant's advertising costs.
8. Maintenance of your own minor children.

B. If you invest in real estate in the name of a company, you can consider the following ways to deduct taxes:

1. You can rent a facade to open a company in the United States. All the company's rent, telephone, daily maintenance, and all the costs required for daily management.
2. U.S. companies can hire employees, and all their salaries and benefits are tax deductible. (Even if the cleaners and babysitters you hire are for your home in the United States, they can be counted)
3. Bonuses, gifts, and tax deductions for US employees.
4. To invest in the name of the company, as long as it is before the year-end settlement, all investment costs are tax deductible.
5. All of you entertain customers, treat meals, plane expenses, petrol fees, hotel fees, and even the cost of clothes you wear, can be called the company's operating expenses.
6. You can buy computers, furniture, appliances, etc. in the name of the company, which can be called office supplies, which can also be tax deductible.
7. You can buy or rent luxury cars in the name of the company, which is also tax deductible.
8. You can even buy luxury homes and holiday homes in the name of the company, which can be said to be used for travel and vacation for employees.

In addition, New York has its special "tax reduction policy"-421A, which was stopped recently. But this does not prevent real estate projects that have already applied for this preferential policy to continue to "benefit" buyers.

**Previous post:** Does the US property tax rate vary from year to year? How is property tax affected?

**Next post: The** 67-year bull market in American real estate may be on the road again




PIC

Home | US Real Estate | Company Profile | Contact PIC | Legal Notices | Exhibition announcement | Cooperative Media | Mortgage Gadget

Links

Google Translate | U.S. investment in comm | translate.googleusercon | PSA - 512 units - Global

https://translate.google.com/translate?sl=zh-CN&tl=en&u=http%3A%2F%2Fyding.cn

Translate From: Chinese To: English View: Translation Original

You are here: Home > Yiding Information > What are the better and faster immigration routes to the United States than EB-5?

Yiding Information

Industry information

Media reports

Show information

我们让您的需求梦想成真！

姓名:

手机:

10万以下

100M2以下

提交

Success storiesMore



Yiding U.S. real estate client buying house case

Investment in commercial real estate



U.S. Commercial Real Estate Success Stories

Investment in commercial real estate

## What are the better and faster immigration routes to the United States than EB-5?

The US immigration system provides a variety of green card channels for foreigners. There are immigrants from relatives who allow American citizens to come to the United States to reunite with their mother countries, and professional immigrants that allow workers who come to the United States to settle in peace. For foreign entrepreneurs, the most frequently applied professional green card is the investment immigration EB-5. However, it is not the easiest way, and there are some professional green cards with faster application procedures.

The U.S. occupational green card is divided into five categories. The most commonly used by foreigners is the EB-5 investment immigration visa program, as long as the investment is 500,000 US dollars (applicable to areas with high unemployment rates), and create 10 full-time job opportunities for Native American workers. . You can apply for a green card; as for investing in other regions (that is, developed regions), the required threshold is $ 1 million.

Although there are 10,000 places per year in EB-5, the number of applications has increased year by year, which has resulted in a backlog of cases. Applicants have to wait for several years before they can get their green cards.

In addition, foreigners must first obtain a "conditional green card" after applying, and must take additional measures within two years and obtain the US government's recognition that their investment is successful (to meet the conditions required by the EB-5 regulations). Formally obtained permanent residency.

Choosing an EB-5 investment project will also have a dead end, and EB-5 fraud cases have been heard from time to time, resulting in foreign investors not only not getting a green card, but also losing a lot of money.

According to US occupational immigration regulations, some categories of application procedures are easier than EB-5, and because there are not many applicants, there is no problem of insufficient quotas and you can get a green card quickly.

The most frequently applied professional green card for foreign entrepreneurs is the investment immigration EB-5. However, it is not the easiest way. There are also professional green cards for faster application procedures.

EB-1A Outstanding Talent Occupation Immigration

For Chinese and Indian entrepreneurs, if they have special talents in the five fields of science, art, education, business or sports, applying for professional immigration EB-1A is a very good choice.

The EB-1A green card not only does not have a backlog of cases, but it can also apply for premium processing service, which means that the USCIS will make a decision within 15 days after processing the application, and the applicant can quickly To understand the results of the application. After approval by the Immigration Office, applicants and family members raised by them can usually apply for permanent residency immediately.

When reviewing the "special talents" required by EB-1A, the USCIS generally considers two points, namely whether the applicant has won national or international awards, including internationally recognized Nobel Prizes, Pulitzer Prizes, Oscar Gold Like awards; or meet 3 of the 10 criteria set out by the Immigration Bureau (sorted out below). Most applicants use the latter to prove that they have special talents.

1. Get lower national or international awards;
2. Join special professional organizations;
3. Special talents reported by the media;
4. Participate in review work in professional fields;
5. Proof of achievements or contributions, such as publications or major contributions;
6. Write and publish professional articles in professional journals and major media magazines;
7. Have a significant position in the organization or have an excellent reputation;
8. Paying more than ordinary people in the professional field;
9. Commercial success in performing arts, such as box office records, publication records, etc.;
10. Exhibit works in art exhibitions.

# EXHIBIT D

## PIC is a Suspended California Corporation



逸鼎投资 | 诚信 · 专业 · 进取
您身边最贴心的美国房产投资专家
莱纳总裁俱乐部中国区唯一成员

免费咨询热线
400 630 1003

Home | US Real Estate | Housekeeper | About PIC | Contact PIC | PIC meeting

Traveling across the United States | Success case | Second-hand property

携手逸鼎 置业美国

Your location： Home > About Yiding > Company Profile

**About Yiding**

- Company Profile
- Founder profile
- Team of experts
- Honor
- Partner
- Notes for buying a house
- common problem

免费填写您的需求，
我们让您的需求梦想成真！

姓名:

手机:

价格区间:
10万以下

面积区间:
100M2以下

您的需求:

提交

免费咨询电话:
400-630-1003

Platinum Investment Corporation (PIC for short) was established in 2007 in San Diego, California. Yiding (Hangzhou) Investment Management Co., Ltd. is the first subsidiary of PIC in China. Currently, it has set up branches or offices in Beijing, Shanghai, Hangzhou, Shenzhen, Changchun, Qingdao, Tianjin and other cities.

Select for Adobe Flash

Yiding Investment is mainly engaged in the joint development of real estate and land in the United States. Since its inception, the company has been adhering to the principles of integrity, professionalism, and aggressiveness, and provides one-stop service for American real estate investment to Chinese investors. Team check.

In 2016, Yiding Investment was fortunate to be awarded the title of "Global President Club Member" by the well-known American brand developer Lennar Group, the only one in China. At the same time, Yiding Investment is also the first company in China to officially enter the United States with a net lease commercial real estate company, providing customers with customized investment solutions, including investment feasibility analysis, tax management, asset management and wealth planning and other comprehensive services.

Platinum Investment
逸鼎投资

In the past two years, Yiding Investment has successfully assisted Chinese investors in investing in commercial and residential projects in the United States totaling more than US $ 200 million. The projects are mainly concentrated in Texas, California and Florida. Yiding Investment cooperates with developers such as Carnegie Homes, Lennar, etc. Carnegie is a leader in the field of land development and has extensive experience in acquiring high-quality land and developing high-quality residential communities. Yiding is a life-long service that seeks investors in Get the maximum return with the minimum risk. At the same time, this is also the goal that it will not change now and in the future: In order to make your investment once and for all, Yi Ding will definitely help!

**Buying a home in the US, investing in the US, US real estate, Texas real estate.**
**Please contact Yiding Investment 400-630-1003**

逸鼎投资 | 诚信 · 专业 · 进取
您身边最贴心的美国房产投资专家
莱纳总裁俱乐部中国区唯一成员

免费咨询热线
400 630 1003

Home | US Real Estate | Housekeeper | About PIC | Contact PIC | PIC meeting




Your location： Home > About Yiding > Frequently Asked Questions

## About Yiding

- Company Profile
- Founder profile
- Team of experts
- Honor
- Partner
- Notes for Buying a House
- common problem

免费填写您的需求，
我们让您的需求梦想成真！

姓名：

手机：

estate | business

Q Buying a house in the United States is not troublesome. What procedures are required?

Q Who managed the house for me after I bought it?

Q How can I protect my rate of return?

Q How many years has your company been doing?

A Platinum Investment Corporation was established in 2007 in San Diego, California. The Shanghai headquarters was established at the end of 2011, and now has branches in Beijing, Shenzhen, Changchun, Qingdao and Hangzhou.

Q Where are your projects?

HomePrevious1 2NextLast

Skip to Main Content | Skip to Footer

Alex Padilla
California Secretary of State

About Business Notary & Authentications Elections Campaign & Lobbying State Archives Registries News Contact

Business Entities (BE)

Online Services
- File LLC Statement of Information
- File Corporation Statement of Information
- Business Search
- Publicly Traded Disclosure Search
- Current Processing Dates

Service Options
Name Availability
Forms, Samples & Fees
Statements of Information (annual/biennial reports)
Filing Tips
Information Requests (certificates, copies & status reports)
Service of Process
FAQs
Contact Information
Resources
- Business Resources
- Tax Information
- Starting A Business Checklist

FTB Nonprofit Dissolution
- FTB Administrative Dissolution/Surrender Notice

## Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, January 7, 2020. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

C2912755 PLATINUM INVESTMENTS, INC

| | |
|---|---|
| Registration Date: | 02/15/2007 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC STOCK |
| Status: | SOS/FTB SUSPENDED |
| Agent for Service of Process: | JOSE ZEPEDA<br>820 SOUGH WILDFLOWER<br>ANAHEIM HILLS CA 92807 |
| Entity Address: | 380 SOUTH COUNTRY HILL RD<br>ANAHEIM HILLS CA 92808 |
| Entity Mailing Address: | 380 SOUTH COUNTRY HILL RD<br>ANAHEIM HILLS CA 92808 |

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 04/19/2007 | |
| REGISTRATION | 02/15/2007 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

Modify Search | New Search | Back to Search Results

2912755

FILED
IN THE OFFICE OF
THE SECRETARY OF STATE
OF THE STATE OF CALIFORNIA

FEB 15 2007

ARTICLES OF INCORPORATION

I

The name of this corporation is PLATINUM INVESTMENTS, INC

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the GENERAL CORPORATION LAW of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in the State of California of this corporation's initial agent for service of process is:

Name Jose Zepeda Jr.

Address 820 South Wild Flower

City Anaheim Hills State CA Zip 92807

IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is one hundred.

CARLOS ZEPEDA, Incorporator

07-198640

**State of California**
**Secretary of State**

S

74

**STATEMENT OF INFORMATION**
**(Domestic Stock Corporation)**

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME (Please do not alter if name is preprinted.)

2912755

PLATINUM INVESTMENTS, INC

**FILED**
In the office of the Secretary of State of the State of California

APR 1 9 2007

This Space For Filing Use Only

**DUE DATE:** MAY 15 2007

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 380 South Country Hill Rd | Anaheim Hills | CA | 92808 |
| **3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY** | **CITY** | **STATE** | **ZIP CODE** |
| 380 South Country Hill Rd | Anaheim Hills | CA | 92808 |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 4. CHIEF EXECUTIVE OFFICER/ Carlos Zepeda | 380 S. Country Hill Rd | Anaheim Hills CA | 92808 |
| 5. SECRETARY/ Natalie Stroud | 16562 MT. Cook Circle | Fountain Valley CA | 92708 |
| 6. CHIEF FINANCIAL OFFICER/ Carlos Zepeda | 380 S. Country Hill Rd | Anaheim Hills CA | 92808 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 7. Franco Lantern | 4915 East Gerda Drive | Anaheim Hills CA | 92807 |
| 8. | | | |
| 9. | | | |

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY.

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.)

11. NAME OF AGENT FOR SERVICE OF PROCESS
Jose Zepeda JR

| 12. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 820 South Wild Flower | Anaheim Hills | CA | 92807 |

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Capital Investments and loans

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| Carlos Alberto Zepeda | [signature] | MR. | 3/12/07 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-200 C (REV 07/2006) APPROVED BY SECRETARY OF STATE


Google
http://yding.cn/about/honour.htm
Translate
From: Chinese
To: English
View: Translation
About Yiding
Company Profile
Founder profile
Team of experts
Honor
Partner
Notes for buying a house
common problem
免费填写您的需求，
我们让您的需求梦想成真！
姓名:
手机:
LENNAR
LENNAR.COM
LENNAR Power of Attorney


http://yding.cn/about/honour.htm
From: Chinese
To: English
View: Translation
About Yiding
Company Profile
Founder profile
Team of experts
Honor
Partner
Notes for buying a house
common problem
免费填写您的需求，
我们让您的需求梦想成真！
姓名:
手机:
LENNAR
LENNAR.COM
LENNAR Power of Attorney

**EXHIBIT E**

**Section 132.001 Unsworn Declaration of Vance McMurry**

I, Vance McMurry, am over the age of 21 years, am a resident of the State of Texas, am a duly licensed attorney under the laws of the State of Texas in good standing.

By reason of my witnessing of or performance of the events stated herein, I have personal knowledge of the events stated herein, and they are true and correct.

I have reviewed the Plaintiffs petition filed in this case. In response to reviewing the petition, I personally conducted a diligent search to determine the legal status of Silverland Finance Ltd and Platinum Investment Corporation which included contacting the Texas Secretary of State's office and searching the S.O.S. Direct System through the Texas Secretary of State. No foreign entity registrations for either of these entities have been discovered. No record appears to exist demonstrating that the entites have registered to transact business in the state of Texas.

Further, information regarding all entities filed in the Marshall Islands are retained by "International Registries" which "provides administrative and technical support to the Republic of the Marshall Islands (RMI) Maritime and Corporate Registries." As such, all entities filed in the Marshall Islands may be searched at https://www.register-iri.com/corporate/business-entities/entity-search/ which

produces no results when searching for "Silverland Finance," "Silverland Finance, Ltd" or any variation thereto. With regard to Silverland Finance Ltd I found no evidence of any connection to the Marshall Islands.

My name is Vance McMurry, my date of birth is October 14, 1971, and my address is 508 W. Lookout Dr., Ste. 14-74 Richardson, Texas 75080, USA.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this the 24 day of December, 2019.

# EXHIBIT F


https://translate.googleusercontent.com/translate_c?depth=1&rurl=translate.google.com&sl=zh-CN
逸鼎投资 | 诚信·专业·进取
您身边最贴心的美国房产投资专家
莱纳总裁俱乐部中国区唯一成员
免费咨询热线
400 630 1003
Home
US Real Estate
Housekeeper
About PIC
Contact PIC
PIC meeting
Traveling around the United States
success case
美国佛罗里达州·奥兰多
高级独栋别墅
升值潜力
巨大
You are here: Home > National Real Estate > Texas
National Real Estate
Property Type
Residential real estate
commercial estate
Yiding Micro Real Estate
Real estate area
Greece
Florida
Texas
California
new York
Seattle
Popular types
education
Medical
Employment
Leisure shopping
type of property
Townhouse
House
Apartment
Area area
100M² or less
100M²—150M²
150M²—200M²
200M²—250M²
250M²—500M²
fast Search
Property Type: Unlimited Residential real estate commercial estate Yiding Micro Real Estate
Property area: Unlimited Greece Florida Texas California new York Seattle
Popular types: Unlimited education Medical Employment Leisure shopping
type of property: Unlimited Townhouse House Apartment
The price range: Unlimited Below 100,000 100,000-200,000 200,000 to 300,000 300,000-400,000 400,000-500,000
500,000-600,000 Over 600,000 Area range: Unlimited 100M² or less 100M²—150M² 150M²—200M²
200M²—250M² 250M²—500M² 500M² or more
Project Name: Dallas Bella Lake Manor House
Property type: residential real estate
Project Price: From 230,000 USD
Contra
Project Name: Dallas Preston Garden Townhouse
Property type: residential real estate
Project Price: From 350,000 USD
Contra


https://translate.googleusercontent.com/translate_c?depth=1&rurl=translate.google.com&sl=zh-CN
150M²—200M²
200M²—250M²
250M²—500M²
500M² or more
The price range
Below 100,000
100,000-200,000
200,000 to 300,000
300,000-400,000
400,000-500,000
500,000-600,000
Over 600,000
免费填写您的需求，
我们让您的需求梦想成真！
姓名：
手机：
价格区间：
10万以下
面积区间：
100M2以下
您的需求：
提交
免费咨询电话：
400-630-1003
Success storiesMore
Yiding U.S. real estate client buying house case
Investment in commercial real estate
Project Name: Dallas Eagle Crown Manor House
Property type: residential real estate
Project Price: From 300,000 USD
Contra
Project Name: Houston Lakeside Garden Luxury Villa
Property type: residential real estate
Project Price: From 270,000 USD
Contra
Project name: Dallas Venus Manor House
Property type: residential real estate
Project Price: Starting from USD 290,000
Contra
Project Name: Dallasside Manor House Project
Property type: residential real estate
Project Price: Starting from USD 430,000
Contra
Project name: Marcello Lakes Marquis Lakeview Villa
Property type: residential real estate
Project Price: From 350,000 USD
Contra
Project Name: Houston Camillo Lakes Beautiful Waterfront House
Property type: residential real estate
Project Price: From 220,000 USD
Contra


Google Translate
translate.googleusercor
https://translate.googleusercontent.com/translate_c?depth=1&rurl=translate.google.com&sl=zh-CN
逸鼎投资 诚信·专业·进取
您身边最贴心的美国房产投资专家
免费咨询热线
400 630 1003
Home
US Real Estate
Housekeeper
About PIC
Contact PIC
PIC meeting
Traveling around the United States
success case
高级独栋别墅
升值潜力
巨大
You are here: Home > American Real Estate > Texas > Camillo Lakes Houston
Camillo Lakes Houston Waterfront House
project name: Camillo Lakes Houston Waterfront House
City: Texas
Property Type: Residential real estate
The total area: 197-276 square meters
Project offer: From $ 220,000
address: Katy Hockley Cut Off Rd Katy, TX 77493
预约看房
Free consultation hotline 400 630 1003
interested in me?
请输入您的电话号码
马上咨询
Project
Project
School
Free consultation hotline
预约看房
Property Type: House
City: Houston, Texas, USA
Main units: 4-5 houses (197-276 square meters)
Main price: From 220,000 US dollars (from 1.46 million RMB)
Decoration specifications: fine decoration
Delivery date: off plan
Property rights: Freehold
Parking spaces: 2 parking spaces
Camillo Lakes—This project was developed by JMJ and commissioned by the famous local builder Legend Home. The two developers joined forces to build this large community.
Project video
Free consultation hotline
预约看房
Real picture
Location
Surrounding
Room plan
Traffic
Free consultation hotline
预约看房
项目周边环境与设施

逸鼎投资

您身边最贴心的美国房产投资专家

莱纳总裁俱乐部中国区唯一成员

免费咨询热线

400 630 1003

Home | US Real Estate | Housekeeper

About PIC | Contact PIC | PIC meeting

PIC information

## Quick housing selection

Popular areas: --please choose--

Popular types: --please choose--

type of property: --please choose--

Total budget price: --please choose--

查询

## Yiding micro real estate

**Cooperative Media**

Yiding Investment and Foreign Buying House Strategic Cooperation

**Featured Listings**

U.S. home buying consultants came to the scene to inspect the house, And conduct a comprehensive US investment

**Custom services**

U.S. real estate consultants tailor your U.S. real estate to your needs

**One-stop service**

US Real Estate | US Buying | Gold

From house viewing, loans, leasing to property management,

U.S. real estate consultant

## Choose Yiding U.S. real estate- 6 advantages

Free consultation hotline 400 630 1003

**Honesty**

Integrity-based, the entire US investment is transparent to customers, Leiner President Club China Real Estate Brokerage Company

**profession**

U.S. real estate consultants are professionally accompanied and guided throughout the year, focusing only on U.S. real estate for 6

**Aggressive**

Cooperate with the best upstream resources to provide customers with quality assurance for US home purchases

**Recommend**

Many projects are carefully selected to give you the highest return on your U.S. investment

**Peace of mind**

Help clients complete all links from consulting to buying a house in the U.S. with expertise and sincerity

**Focus**

U.S. real estate is our attitude and company philosophy

## Look at Yiding U.S. real estate -success stories

More classic cases >>



**Investing in American Real**

Client: Miss Zhang

Investment in real estate in the United States --- Orlando investment has made profitsDetails >>



**Investing in U.S. Real**

**Investing in U.S. real estate-choose Yiding Investment to get you the most benefits-U.S. real estate**

More >>



**Yiding U.S. real estate client buying house case**

Investment in commercial real estate



**U.S. Commercial Real Estate Success Stories**

Investment in commercial real estate

## Exhibition

1. 2014 Shanghai Autumn Exhibition
2. 2014 Shanghai Autumn Exhibition
3.2014 Shanghai Autumn Exhibition
4. 2014 Beijing Autumn Exhibition
5.2014 Beijing Autumn Exhibition
6.2014 Beijing Autumn Exhibition
7.2014 Beijing Autumn Exhibition
8. 2014 Beijing Autumn Exhibition



**Project Name:** Houston Sunrise Pines Brand New House
**Property type:** residential real estate

**Project Price:** $ 120,000 to $ 130,000

Contra



**Project Name:** Brand New Detached Hardcover Villa in Waters Edge, Houston
**Property type:** residential real estate

**Project Price:** $ 190,000

Contra

V / S contrast bar

Clear the contrast bar

HomePrevious1 2NextLast



# EXHIBIT G

## PIC Consultants, LLC

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

**Certificate of Formation**
**Limited Liability Company**

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 803149102 10/23/2018**
**Document #: 845138810002**
**Image Generated Electronically for Web Filing**

**Article 1 - Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

**PIC Consultant LLC**

**Article 2 – Registered Agent and Registered Office**

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**Jin Wang**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**9019 Blanefield Ln Tomball TX 77375**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

**Article 3 - Governing Authority**

☑ A. The limited liability company is to be managed by managers.

**OR**

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: **Haoqiang Fu** Title: **Manager**

Address: **9019 Blanefield Ln Tomball TX, USA 77375**

Manager 2: **Jin Wang** Title: **Manager**

Address: **9019 Blanefield Ln Tomball TX, USA 77375**

**Article 4 - Purpose**

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below.

**Jin Wang** **9019 Blanefield Ln, Tomball, TX 77375**

**Effectiveness of Filing**

☐ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☑ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: **October 24, 2018**

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Jin Wang**

Signature of Organizer

**FILING OFFICE COPY**