Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC,** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtor.** | § | |

**MOTION OF ALLEGED DEBTOR TO DISMISS INVOLUNTARY PETITION, REQUEST FOR SUBSTITUTION OF REAL PARTY-IN-INTEREST, REQUEST FOR BOND, AND REQUEST FOR AWARD OF FEES, COSTS AND DAMAGES OR IN THE ALTERNATIVE TO ABSTAIN UNDER BANKRUPTCY CODE § 305**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

WALL007 LLC, the Alleged Debtor in the above-captioned proceedings (the "**Alleged Debtor**"), by and through its undersigned counsel, hereby moves for dismissal of the involuntary petition [Case No. 20-31131-hdh7, Docket No. 1] (the "**Involuntary Petition**") filed against it by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, and Kai Tian (collectively, the "**Petitioners**") on April 8, 2020 (the "**Involuntary Petition Date**") and now jointly administered with six other involuntary petitions under this Case Number (the "**Involuntary Case**").

1. Through this Motion, the Alleged Debtor requests dismissal of this Involuntary Case pursuant to:



**EXHIBIT "14"**

a. 11 U.S.C. § 303(b)(1) because there are an insufficient number of petitioning creditors;

b. 11 U.S.C. § 303(b)(1) because all of Petitioners claims are subject to bona fide disputes, contingent, and disputed;

c. 11 U.S.C. § 303(h)(1) because Alleged Debtor is generally paying its debts as they become due;

d. 11 U.S.C. § 305(a) because the Involuntary Petition is not in the best interest of the Alleged Debtor's creditors or the Alleged Debtor;

e. 11 U.S.C. § 707(a) for good cause shown; and

f. 11 U.S.C. § 305(a) in abstention.

2. In addition, the Alleged Debtor requests that Michael Fu d/b/a Silverland Financial Ltd and Platinum Investment Corporation be substituted for Petitioners as the real party-in-interest.

3. Finally, the Alleged Debtor requests that Petitioners and Michael Fu be required to post a bond pursuant to 11 U.S.C. § 303(e) and, after notice and hearing, be sanctioned pursuant to 11 U.S.C. § 303(i) for the bad faith filing of the Involuntary Petition by order awarding the Alleged Debtor reasonable attorneys' fees, costs, compensatory damages, and punitive damages.

4. In support thereof, the Alleged Debtor contemporaneously files its *Brief in Support* (the "**Brief**") of this *Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305* (the "**Motion**").

5. The Alleged Debtor anticipates the need to conduct discovery from Petitioners and related third parties within the scope of this Motion. In that respect, the Alleged Debtor further raises additional defenses relating to (i) the standing of the Petitioners; and (ii) service of the summons and Involuntary Petition, subject to such further discovery. The Alleged Debtor expressly reserves the right to amend this Motion and its Brief upon such discovery in this matter.

Case 20-31131-hdh7 Doc 21 Filed 05/07/20 Entered 05/08/20 10:58:38 Page 3 of 4

WHEREFORE, PREMISES CONSIDERED, the Alleged Debtor prays for an order from the Court granting the Motion and (i) substituting Michael Fu for the Petitioners as the real party in interest; (ii) requiring the Petitioners and Michael Fu to post a bond under § 303(e); (iii) dismissing this Involuntary Case under either Bankruptcy Code § 303(b), § 305(a), or under § 707(a) for cause; (iv) awarding the Alleged Debtor compensatory and punitive damages, including reasonable and necessary attorneys' fees, under § 303(i) from all persons and entities involved in the filing and pursuit of the Involuntary Petition, including without limitation the Petitioners, Silverland Financial Ltd., Platinum Investment Corporation, and Michael Fu; and (v) granting such other and further relief to which the Alleged Debtor may show itself entitled at law or in equity.

Dated: May 7, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 7, 2020, a true and correct copy of the foregoing *Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305* was served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above cases.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC,** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtor.** | § | |

**ORDER DISMISSING INVOLUNTARY PETITION AND ENTERING AWARD OF FEES, COSTS AND DAMAGES**

CAME ON FOR CONSIDERATION the *Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305* (the "**Motion**") file by Wall007, LLC, the Alleged Debtor in the above-styled and numbered case. The Court having considered the pleadings on file and the arguments of counsel, and for the reasons stated on the record, (1) finds this matter to be a core proceeding pursuant to 28 U.S.C. §

157(b); (2) finds that due and proper notice of the Motion has been provided to all parties in interest; and (3) finds good cause for entry of the following Order.[1] It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** as set forth herein; it is further

**ORDERED, ADJUDGED AND DECREED** that Michael Fu /b/a Silverland Financial Ltd and Platinum Investment Corporation is substituted for Petitioners as the real party-in-interest, except as for the purposes expressly set forth herein; it is further

**ORDERED, ADJUDGED AND DECREED** that the Involuntary Petition is hereby dismissed with prejudice; it is further

**ORDERED, ADJUDGED AND DECREED** that pursuant to 11 U.S.C. § 303(e), Terry shall post a bond in the amount of $______________.

**ORDERED, ADJUDGED AND DECREED** that WALL007 LLC shall, within fourteen (14) days from the date of this Order, by way of certification of WALL007 LLC, submit a bill for all of the costs, expenses, and other compensatory damages, including without limitation attorneys' fees, that it has incurred since the filing of this Involuntary Case, including without limitation, those incurred as a result of the filing of the Involuntary Petition, those incurred in defending the Involuntary Petition, and those incurred in the filing and prosecution of the Motion, and serve a copy of such certification of counsel on Petitioners. Petitioners and Fu shall be jointly and severally liable for such costs, expenses, and compensatory damages and shall pay the same to WALL007 LLC within fourteen (14) days after first receipt of the certification of WALL007 LLC; it is further

**ORDERED, ADJUDGED AND DECREED** that punitive damages are hereby awarded to WALL007 LLC in the total amount of $______________. Petitioners and Fu shall be jointly

[1] Capitalized terms not defined herein shall have the meanings attributed to them in the Motion.

and severally liable for such punitive damages and shall pay such punitive damages to WALL007 LLC within fourteen (14) days following the date of entry of this Order; it is further

**ORDERED, ADJUDGED AND DECREED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; it is further

**ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
ATTORNEYS FOR DEBTOR