**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**<u>DECLARATION OF AMY M. HUBER</u>**

1. I, Amy M. Huber, a Bankruptcy Administrative Assistant/Paralegal at Archer & Greiner, P.C., attorneys for the Petitioning Creditors, hereby declare as follows:

2. On or about June 27, 2020, the Alleged Debtors in the above-captioned case filed *Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures and Stay all Additional Discovery of Non-Dispositive Issues, or in the Alternative to Invalidate the Involuntary Petitions and to Schedule Hearing in Conjunction with Creditors' Motion to Compel* [Dkt. No. 101] (the "Motion").

3. The Alleged Debtors' Motion questions the validity of the "wet signatures" on the Petitions and Declarations submitted on behalf of the Petitioning Creditors.

4. Prior to the filing of the Motion, I contacted every Petitioning Creditor of the Alleged Debtors to confirm their "wet signatures" on the Petitions and Declarations filed with the Court.

---

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

**EXHIBIT "26"**

5. Attached hereto as Exhibit "A" are true and correct copies of emails[2] from the following Petitioning Creditors verifying that the wet signatures appearing on the Petition and Declarations in the WALL016 LLC involuntary bankruptcy are their original signatures:

(a) Jingqiu Tang;

(b) Jun Wang;

(c) Jun Zeng;

(d) Kui Wang;

(e) Li Jiang;

(f) Pei Guan;

(g) Qin Chu;

(h) Yijing Wu;

(i) Yue Zhang; and

(j) Yulan Chen.

6. All Petitioning Creditors have confirmed the validity of their wet signatures on the Petitions and Declarations, with the exception of the following individuals:

(a) Di Tang; and

(b) Sicheng Zhan.

7. I declare under penalty of perjury, that the foregoing is true and correct.

---

[2] Exhibit "A" is explicitly submitted without any waiver of attorney-client privilege and the email addresses of the Petitioning Creditors have been partially redacted for their privacy concerns.

Dated: July 28, 2020

/s/ *Amy M. Huber*
Amy M. Huber, Bankruptcy Administrative Assistant/Paralegal
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-963-3300
Email: ahuber@archerlaw.com

# EXHIBIT "A"

**Huber, Amy M.**

| | |
|---|---|
| **From:** | 唐子富（秋叶子） <417177286@[redacted]> |
| **Sent:** | Thursday, July 23, 2020 3:24 AM |
| **To:** | Huber, Amy M. |
| **Subject:** | [EXT MAIL] 回复：WALL016 |

回复：是我本人签名

------------------ 原始邮件 ------------------

**发件人:** "Huber, Amy M." <ahuber@archerlaw.com>;
**发送时间:** 2020 年 7 月 22 日(星期三) 凌晨 2:00
**收件人:** "唐子富（秋叶子）"<417177286@[redacted]>;
**抄送:** "Jiangang "James" Ou (jou@nguyen-chen.com)"<jou@nguyen-chen.com>;
**主题:** WALL016

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

早上好， 随信，我谨代表 Stephen M. Packman 律师，请找到您的“请愿书和宣言”的“原始签名”页面。应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“是”；如果不是，请回复“不是”。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.

Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

**From:** 1511bimuyu <1508225788@[redacted]>
**Sent:** Friday, July 24, 2020 9:26 PM
**To:** Huber, Amy M.
**Subject:** [EXT MAIL] Re: WALL016

**是的**

发自我的iPhone

------------------ Original ------------------
**From:** Huber, Amy M. <ahuber@archerlaw.com>
**Date:** Wed,Jul 22,2020 2:02 AM
**To:** 1508225788@[redacted] <1508225788@[redacted]>
**Cc:** Jiangang "James" Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>
**Subject:** Re: WALL016

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

**早上好**，**随信**，**我**谨代表Stephen M. Packman**律**师，请找到您的“请愿书和宣言”**的“原始**签名”页面。 应对方律师（被指控债务人的律师）的要求，请**回复此**电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“**是**”；**如果不是**，请回复“**不是**”。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

**From:** Zeng Jun <zjun2@[redacted]>
**Sent:** Friday, July 24, 2020 4:19 AM
**To:** Huber, Amy M.
**Subject:** [EXT MAIL] Re: WALL016

是

发自我的iPhone

在 2020年7月22日，上午2:03，Huber, Amy M. <ahuber@archerlaw.com> 写道：

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

早上好， 随信，我谨代表Stephen M. Packman律师，请找到您的“请愿书和宣言”的“原始签名”页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“是”；如果不是，请回复“不是”
。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

<WALL016 - Wet Signature - Jun Zeng.pdf>

**Huber, Amy M.**

---

| | |
|---|---|
| **From:** | wangkuicn@[redacted] |
| **Sent:** | Tuesday, July 21, 2020 11:25 PM |
| **To:** | Huber, Amy M. |
| **Subject:** | [EXT MAIL] Re: WALL016 |

是

发自我的 iPhone

在 2020年7月22日， 上午2:03， Huber, Amy M. <ahuber@archerlaw.com> 写道：

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

早上好， 随信， 我谨代表Stephen M. Packman律师，请找到您的“请愿书和宣言”的“原始签名”页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“是”；如果不是， 请回复“不是”。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

<WALL016 - Wet Signature - Kui Wang.pdf>

## Huber, Amy M.

**From:** kwj80@[redacted]
**Sent:** Tuesday, July 21, 2020 2:56 PM
**To:** Huber, Amy M.
**Cc:** Jiangang \"James\" Ou (jou@nguyen-chen.com)
**Subject:** [EXT MAIL] Re: WALL016

Good morning,
Yes,The Petition and Declaration are my original signatures.
Li Jiang

---Original---
**From:** "Huber, Amy M."<ahuber@archerlaw.com>
**Date:** Tue, Jul 21, 2020 20:03 PM
**To:** "kwj80@[redacted]"<kwj80@[redacted]>;
**Cc:** "Jiangang \"James\" Ou (jou@nguyen-chen.com)"<jou@nguyen-chen.com>;
**Subject:** WALL016

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

**早上好**， **随信**， **我**谨代表Stephen M. Packman**律**师，请**找到您的**"请愿书和宣言"**的**"**原始**签名"页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复"**是**"；**如果不是**， 请回复"**不是**"。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

**From:** Grace <2875823@[redacted]>
**Sent:** Tuesday, July 21, 2020 8:49 PM
**To:** Huber, Amy M.
**Cc:** Jiangang "James" Ou (jou@nguyen-chen.com)
**Subject:** [EXT MAIL] 回复：WALL016

是，确认是我的签名

管培

------------------ 原始邮件 ------------------

**发件人:** "Huber, Amy M." <ahuber@archerlaw.com>;
**发送时间:** 2020 年 7 月 22 日(星期三) 凌晨 2:04
**收件人:** "Grace"<2875823@[redacted]>;
**抄送:** "Jiangang "James" Ou (jou@nguyen-chen.com)"<jou@nguyen-chen.com>;
**主题:** WALL016

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

早上好， 随信，我谨代表 Stephen M. Packman 律师，请找到您的"请愿书和宣言"的"原始签名"页面。应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复"是"；如果不是，请回复"不是"。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

Case 20-31131-hdh7 Doc 116-39 Filed 02/18/21 Entered 02/18/21 21:18:39 Page 16 of 23

## Huber, Amy M.

**From:** gracechu@[redacted]
**Sent:** Tuesday, July 21, 2020 9:13 PM
**To:** Huber, Amy M.
**Cc:** jou@nguyen-chen.com
**Subject:** [EXT MAIL] Re: WALL016

是的，谢谢！

褚勤

**From:** Huber, Amy M.
**Sent:** Wednesday, July 22, 2020 2:04 AM
**To:** gracechu@[redacted]
**Cc:** Jiangang "James" Ou (jou@nguyen-chen.com)
**Subject:** WALL016

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

早上好， 随信，我谨代表Stephen M. Packman律师，请找到您的"请愿书和宣言"的"原始签名"页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复"是"；如果不是，请回复"不是"。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

**From:** 110041228 <110041228@[redacted]>
**Sent:** Thursday, July 23, 2020 11:37 PM
**To:** Huber, Amy M.
**Subject:** [EXT MAIL] Re: WALL016

是

---

发自我的iPhone

------------------ Original ------------------

**From:** Huber, Amy M. <ahuber@archerlaw.com>

**Date:** Wed,Jul 22,2020 2:05 AM

**To:** 110041228@[redacted] <110041228@[redacted]>

**Cc:** Jiangang "James" Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>

**Subject:** Re: WALL016

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your “wet signature” pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply “yes”; if not, please reply “no”.

Thanks.

**早上好**, **随信**, **我**谨代表Stephen M. Packman**律**师，请找到您的“请愿书和宣言”**的**“**原始**签名”页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“**是**”；**如果不是**, 请回复“**不是**”。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

Case 20-31131-hdh7 Doc 113-9 Filed 12/18/21 Entered 12/18/21 21:18:30 Page 20 of 23

**Huber, Amy M.**

---

**From:** 晨曦 <450177716@[redacted]>
**Sent:** Tuesday, July 21, 2020 2:49 PM
**To:** Huber, Amy M.
**Cc:** Jiangang "James" Ou (jou@nguyen-chen.com)
**Subject:** [EXT MAIL] 回复：WALL016

Yes.

Yue Zhang

------------------ 原始邮件 ------------------

**发件人:** "Huber, Amy M." <ahuber@archerlaw.com>;
**发送时间:** 2020 年 7 月 22 日(星期三) 凌晨 2:05
**收件人:** "晨曦"<450177716@[redacted]>;
**抄送:** "Jiangang "James" Ou (jou@nguyen-chen.com)"<jou@nguyen-chen.com>;
**主题:** WALL016

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

早上好， 随信，我谨代表 Stephen M. Packman 律师，请找到您的"请愿书和宣言"的"原始签名"页面。应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复"是"；如果不是，请回复"不是"。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

ARCHER
ATTORNEYS AT LAW

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**Huber, Amy M.**

---

**From:** 无双鹭鹭 <2931506@[redacted]>
**Sent:** Thursday, July 23, 2020 7:40 PM
**To:** Huber, Amy M.
**Subject:** [EXT MAIL] Re: WALL016

Yes, it's my original signatures.

Yulan Chen

发自我的iPhone

------------------ Original ------------------

**From:** Huber, Amy M. <ahuber@archerlaw.com>

**Date:** Wed,Jul 22,2020 2:06 AM

**To:** 2931506@[redacted] <2931506@[redacted]>

**Cc:** Jiangang "James" Ou (jou@nguyen-chen.com) <jou@nguyen-chen.com>

**Subject:** Re: WALL016

Good morning,

On behalf of Stephen M. Packman, Esquire, attached please find your "wet signature" pages for the Petition and Declaration. At the request of opposing counsel (counsel for the Alleged Debtors), please reply to this email in order to verify that the wet signatures on the Petition and Declaration are your original signatures. If yes, please reply "yes"; if not, please reply "no".

Thanks.

**早上好**， **随信**，**我**谨代表Stephen M. Packman**律**师，请找到您的“请愿书和宣言”**的**“**原始**签名”页面。 应对方律师（被指控债务人的律师）的要求，请回复此电子邮件，以确认请愿书和宣言上的签名是您的亲笔签名。如果是，请回复“**是**”；**如果不是**， 请回复“**不是**”。

谢谢。

**Amy M. Huber**
*Bankruptcy Administrative Assistant/Paralegal*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Tanneika A. Minott, Esq.
Jorge Garcia, Esq.

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300 (Ext. 5436)
ahuber@archerlaw.com
www.archerlaw.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.