**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**SUPPLEMENTAL DECLARATION OF STEPHEN M. PACKMAN**

Stephen M. Packman, counsel for the Petitioning Creditors, hereby declare as follows:

**WET SIGNATURES**

1. Attached hereto as Exhibit "A" are true and correct copies of thirty two (32) Petitioning Creditors' wet signatures for the "Verifications" to their Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of the Alleged Debtors.

2. All Verifications have been provided to the Court.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 5, 2020

/s/ *Stephen M. Packman*
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-963-3300
Email: spackman@archerlaw.com

219685415v1

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

**EXHIBIT "36"**

# EXHIBIT "A"

DocuSign Envelope ID: 63CB5FF8-EA8D-41AD-B9D5-EE45F257BE63

**VERIFICATION**

I, Cunxiang Ji, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

纪存祥 Ji cunxiang
Cunxiang Ji

Cunxiang Ji

DocuSign Envelope ID: B2B7C416-A2FF-4140-9264-688148630A7B

**VERIFICATION**

I, Peng Guo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Peng Guo 郭鹏 Peng Guo

Peng Guo

DocuSign Envelope ID: EDBF546C-5ACC-4BF2-A2D5-8EE980BAA9B6

**VERIFICATION**

I, Pei Guan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Pei Guan

DocuSign Envelope ID: 7346B350-DF88-4AB3-8BDB-7C2825648A57

# VERIFICATION

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu

DocuSign Envelope ID: DBD80918-9922-4E64-8C85-3E2D77648FF0

## VERIFICATION

I, Heng Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Heng Zhang

**VERIFICATION**

I, Ruinian Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wu Ruinian Wu Ruinian 吴瑞年

Ruinian Wu

DocuSign Envelope ID: E626E690-7D7F-4C2A-B74B-A5ED2CA7EF62

## VERIFICATION

I, Chenchen Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Chenchen Jiang

Chenchen Jiang

Chenchen Jiang

DocuSign Envelope ID: C793AC14-EE03-45E8-BDA0-E90666D5817B

## VERIFICATION

I, Xugeng Gong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

龚学庚
Xuegeng Gong Xuegeng Gong

Xuegeng Gong

DocuSign Envelope ID: BEEECBF7-236C-4FA0-8053-D38FF67FE0CF

**VERIFICATION**

I, Hong Guo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Guo Hong

Hong Guo

DocuSign Envelope ID: 584D0F0C-62A9-4471-98A6-2CF7B784987A

## VERIFICATION

I, Lin Gao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

GAO LIN GAO LIN

________________________

Lin Gao

DocuSign Envelope ID: 64F14434-2A06-4B87-AE14-FE4594C43341

**VERIFICATION**

I, Cunxiang Ji, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

纪存祥 Ji cunxiang
Cunxiang Ji

Cunxiang Ji

DocuSign Envelope ID: C765DDB7-8338-4BBD-9C35-B6CBBA4E5A0A

**VERIFICATION**

I, Qiao Qin, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Qiao

Qiao Qin

Qin Qiao

秦乔

DocuSign Envelope ID: 6F66092E-8C3C-4B1C-83D0-4F7FB403136C

**VERIFICATION**

I, Xiaodong Hao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaodong Hao

DocuSign Envelope ID: C9BBB48C-17B7-4573-AEEC-08C537C46EDE

VERIFICATION

I, Ying Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ying Zhou Ying Zhou 周颖

Ying Zhou

## VERIFICATION

I, Yue Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Zhang Yue Zhang
Yue Zhang
张玥

DocuSign Envelope ID: 9CEAA0CE-1D26-4AD7-9902-D7A0464AFC3F

**VERIFICATION**

I, Yadan Liu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yadan Liu

DocuSign Envelope ID: 5B533128-A8CD-48BD-93A6-890A1A2AD236

## VERIFICATION

I, Heng Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Heng Zhang

DocuSign Envelope ID: 0247CB16-485B-4B40-8315-28EF0BEA24C8

# VERIFICATION

I, Weisi Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Weisi 王伟思 Wang Weisi

Weisi Wang

DocuSign Envelope ID: 448DFB71-4ED6-4D96-ABC9-63EA750F8612

**VERIFICATION**

I, Kangying Mao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Kangying Mao

DocuSign Envelope ID: D4366319-B8FA-4AB7-9483-BBEDCD148301

**VERIFICATION**

I, Ying Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zhang Ying Zhang Ying

Ying Zhang

DocuSign Envelope ID: 40B5455E-11EF-4E8E-B8C7-394FF187E9DF

**VERIFICATION**

I, Jun Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jun Wang

DocuSign Envelope ID: 4F5775FB-E580-4B36-BB00-A291F1970FD0

# VERIFICATION

I, Pei Guan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Pei Guan

DocuSign Envelope ID: A1022B23-54BE-4C10-A147-340828D79107

**VERIFICATION**

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu

**VERIFICATION**

I, Jingqiu Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

唐劲秋 TANG JIN QIU
Jingqiu Tang Jingqiu Tang
Jingqiu Tang

DocuSign Envelope ID: E6614747-9C64-43D9-9E66-C7E6B35978EE

**VERIFICATION**

I, Qin Chu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Chu Qin Chu 褚勤

Qin Chu

DocuSign Envelope ID: 4C13BF3D-54A2-4A68-9F88-3218F16A7D50

## VERIFICATION

I, Kui Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

wang kui Wang Kui

Kui Wang

王葵

**VERIFICATION**

I, Yue Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Zhang Yue Zhang
Yue Zhang
张玥

DocuSign Envelope ID: 96415A1E-DBA0-42CD-92B6-8DECE7521137

# VERIFICATION

I, Fuqing Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Fuqing Chen

FUQING CHEN

Fuqing Chen

DocuSign Envelope ID: F9C790D4-0783-4CB2-8236-4B9F77E48DE9

## VERIFICATION

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu

DocuSign Envelope ID: 5C5BD8CE-25BA-4C7D-869D-E02674C530EF

## VERIFICATION

I, Guoqin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Guoqin Zhou Guoqin Zhou

Guoqin Zhou

DocuSign Envelope ID: E6614747-9C64-43D9-9E66-C7E6B35978EE

## VERIFICATION

I, Qin Chu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Chu Qin Chu 褚勤

Qin Chu

DocuSign Envelope ID: DC49AFE7-2044-4FED-B6CD-B5664CB55370

**VERIFICATION**

I, Hanjiang Fu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Hanjiang Fu