The Dallas Morning News



BUSINESS > REAL ESTATE

# Chinese investors seek forced bankruptcy of North Texas developments

The investors had agreed to provide millions of dollars in funding for hundreds of acres in Kaufman, Tarrant, Johnson and Parker counties.




The bankruptcy filings were in the United States Bankruptcy Court Northern District of Texas. (DMN files )



We're covering the latest developments as protests continue across Dallas.

**EXHIBIT "42"**

By Steve Brown
10:48 AM on Apr 17, 2020 — Updated at 2:51 PM on Apr 17, 2020

Chinese investors seek forced bankruptcy of North Texas developments

Chinese investors who agreed to provide millions of dollars in funding for a series of North Texas land development deals are moving to put the projects in bankruptcy.

The forced bankruptcy attempts involve suburban land developments in several locations.

The developers of the projects say the Chapter 7 filings have no merit and are part of long-running legal disputes.

ADVERTISING




The development projects — including WALL017 LLC, WALL012 LLC, WALL016 LLC, WALL009 LLC, WALL010 LLC and WALL011 LLC — were launched by companies organized by Dallas-based JMJ Development.

Chinese investors agreed to provide millions of dollars in funding for the hundreds of acres in Kaufman, Tarrant, Johnson and Parker counties.

The investment groups claim in their filings with the United States Bankruptcy Court Northern District of Texas that they are seeking the Chapter 7 because "one or more interest payments came due under the loan agreement and remain unpaid."




SPONSORED CONTENT

TOP BUSINESS STORIES

**Huge shipping hub in the works east of Dallas**



**New buildings are on the way in Frisco's $1 billion Gate project**



**'Bring people together, not apart:' A chance encounter on a**



**Try the Name Your Price® Tool**

BY progressive

The Chinese investors also acknowledge in the court filings that the loans were never fully funded.

A representative for JMJ Development CEO Tim Barton said there has been a dispute about how the loan payments would be made.

"My client, Timothy L. Barton on behalf of the Wall entities, has made 'best efforts' to achieve a speedy resolution with the Chinese lenders, though talks recently stalled," spokesperson Melanie A. Bonvicino said in an email.

ADVERTISING




Bonvicino said the dispute involves representatives of the individual investors who put up anywhere from $5,000 to more than $160,000 each.

She said Barton "intends to continue to focus his vast legal resources on defending the Wall entities."

Barton's JMJ Development is a prominent Dallas-based real estate development firm with major projects in the works in Frisco, Dallas' Turtle Creek neighborhood and the design district.

JMJ Development is working on multiple single-family home communities in North Texas.

**Southwest Airlines flight turns into an emotional discussion on race**

**Development near downtown Dallas will include a new Kroger store**


**Part of Frisco's Brinkmann Ranch sells for $1 billion development**


Longtime Dallas-area homebuilder Steve Wall introduced the developer to representatives of the Chinese investors but is not an officer of JMJ Development, according to Bonvicino.

Wall has been listed on the company website as managing director of JMJ Development's homebuilding division. Bonvicino said the website information is in error and that Wall has never been an executive with the company.



REAL ESTATE

**Lenders are raising the credit bar for homebuyers and refinancing**

BY STEVE BROWN

Steve Brown, Real Estate Editor. Steve covers commercial and residential real estate in Dallas-Fort Worth.

stevebrown@dallasnews.com @SteveBrownDMN

ADVERTISEMENT





## Get D-FW real estate news

Get the latest real estate news from Steve Brown and the business staff at *The Dallas Morning News.*

Email Address →

By signing up you agree to our privacy policy

## Local Journalism Matters

Stand with us in our mission to discover and uncover the story of North Texas

BECOME A MEMBER >

THE LATEST

**Texas' sales tax haul drops by biggest percentage in a decade, signaling budget crisis**

BY ROBERT T. GARRETT

**Trump slams governors as 'weak,' urges crackdown on protests**

BY WIRE SERVICES

**US heads into a new week shaken by violence and pandemic**

BY WIRE SERVICES

**Day of peaceful NYC marches gives way to chaos after dark**

BY WIRE SERVICES

**At Sunday vigils, hundreds gather to remember lives lost to police brutality**

BY DIANNE SOLIS AND LAVENDRICK SMITH

MOST POPULAR ON DALLASNEWS.COM

1 **Part of Frisco's Brinkmann Ranch sells for $1 billion development**

2 **Dallas' giant eyeball sculpture was vandalized with a message. Here's what the artist thinks about that.**

3 **'Bring people together, not apart:' A chance encounter on a Southwest Airlines flight turns into an emotional discussion on race**

4 **'We're not playing tonight,' authorities say as they begin to enforce 7 p.m. curfew in Dallas**

5 **'You're gonna kill me!': Dallas police body cam footage reveals the final minutes of Tony Timpa's life**

6 **President Trump tweets about machete-wielding man beaten by Dallas crowd during protests**

The Dallas Morning News

Texas' Leading News Source

Est. October 1, 1885

COMPANY

About *The Dallas Morning News*

Contact us

Careers FAQ

ADVERTISE WITH US

Autos

Classifieds Jobs

Obituaries

Public Notices

BUY

Photo reprints

Archived articles

Back copies

CUSTOMER SUPPORT

Help and feedback

Manage your account

Newspaper subscription

WEBSITE SUPPORT

Terms of service

Privacy policy

Site index

Commercial reprints

Licensing

ePaper

ePaper (Al Día)

Email Newsletters

Daily audio briefing

Vacation hold/billing

Real. local. Journalism.

Copyright © 2020 The Dallas Morning News. All rights reserved.