IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: WALL007 LLC, ET AL)
ALLEGED DEBTORS,)
)
)CASE NO.2031131-HDH7
)(JOINTLY ADMINISTERED)
)
)CHAPTER 7

*****************************************************

INTERPRETED/VIDEOCONFERENCING DEPOSITION OF
HAIBO JIANG
June 29, 2020
(REPORTED REMOTELY)

*********************************************************

INTERPRETED/VIDEOCONFERENCING DEPOSITION OF HAIBO JIANG, produced as a witness at the instance of the Wall Entities and duly sworn remotely, through an interpreter, was taken in the above-styled and numbered cause on the 29th day of June, 2020, from 10:10 a.m. to 2:25 p.m., before Cindi L. Bench, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine, wherein all parties were present WebEx Videoconferencing Platform, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



EXHIBIT "46"

**APPEARANCES**

FOR WALL ENTITIES:
Ms. Joyce Lindauer(via WebEx Conferencing)
Joyce Lindauer, Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: 972.503.4033
E-mail: joyce@joycelindauer.com

FOR DEPONENT HAIDO JIANG AND HAOQIANG FU A/K/A MICHAEL FU:
Mr. Michael Ridulfo(Via WebEx Conferencing)
Kane Russell Coleman Logan, PC
5051 Westheimer, 10th Floor
Houston, Texas 77056
Telephone: 972.503.4033
E-mail: mridulfo@krcl.com

FOR PETITIONING CREDITORS:

Mr. Stephen Packman(Via WebEx Telephone Line)
Archer & Greiner, PC
Three Logan Square
1717 Arch Street, 35th Floor
Philadelphia, Pennsylvania 19103
Telephone: 215.246.3147
E-mail: spackman@archerlaw.com

Mr. James Ou(Via WebEx Telephone Line)
Nguyen & Chen, LLP
11200 Westheimer, Suite 120
Houston, Texas 77042
Telephone: 832.767.0339
E-mail: jou@nguyen-chen.com
FOR WALL ENTITIES(TRANSACTIONAL):
Mr. Vance McMurry(Via WebEx Telephone Line)
McMurry Legal
508 W. Lookout, #14-74
Richardson, Texas 7580
Telephone: 972.977.3564
Email: angela@mcmurrylegal.com

## INDEX CONTINUED

ALSO PRESENT:

Haoqiang Fu A/K/A Michael Fu(Via WebEx Conferencing)

Jennifer Green, Mandarin Chinese Interpreter(Via WebEx Conferencing)

# INDEX


| | PAGE |
|---|---|
| HAIBO JIANG | |
| Examination by Ms. Lindauer ...................... | 10 |
| Signature Page ................................. | 75 |


## EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1A | Letter between Michael Ridulfo and Joyce Lindauer | 7 |
| 2 | Photo of Mr. Jiang | 50 |
| 3 | Yijing Jiang passport picture | 43 |

Whereupon the following Remote Oath Statement was read into the record by the court reporter:

"The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely. They further acknowledge that, in lieu of an oath administered in person, I will administer the oath remotely. This arrangement is pursuant to the Texas Supreme Court First Emergency Order Regarding the COVID-19 State of Disaster. The parties and their counsel consent to this arrangement and waive any objections to his manner of reporting. Please indicate your agreement by stating your name and your agreement on the record."

(Exhibits 1A, 2 and 3 premarked)

10:10 MS. LINDAUER: Joyce Lindauer, and we agree.

10:10 MR. RIDULFO: Mike Ridulfo, counsel for the deponents, agree.

10:10 (Jennifer Green sworn as interpreter)

10:10 MR. RIDULFO: Ms. Green, good morning. My name is Mike Ridulfo, I'm the lawyer for the gentleman that we depose today. Can you hear me okay?

10:11 THE INTERPRETER: Yes.

10:11 MR. RIDULFO: This is -- there's a couple

of lawyers -- a number of lawyers on the phone. The first lawyer does not speak any English. Will you be able to translate to him any objections?

THE INTERPRETER: Yes.

MR. RIDULFO: Okay. I just want to make sure that we got time to work through that since we've got people in multiple areas. Thank you.

MS. LINDAUER: The other thing, too, is just for the record, Mr. Ridulfo, you and I executed a letter dated June 29th, 2020, and we're going to pull that up for a second. Do share. All right. And if you can scroll down just a little bit on that. Will it let you scroll down?

(Short Pause)

MS. LINDAUER: All right. Mr. Ridulfo, this is a copy of the letter that we exchanged this morning regarding these depositions, I believe that you signed off on it and I signed off on it. And I'm trying to get it to scroll down to the next page and it's not terribly cooperative here. Can you scroll it? Can you go to Page 2? Okay. There we go.

And, Mr. Ridulfo, do you recognize that as a copy of the letter that we exchanged this morning?

MR. RIDULFO: Yes.

MS. LINDAUER: Okay. And I'd like to go

ahead and just mark that -- we'll just call that Exhibit 1A, because I already have a 1.

(Exhibit 1A premarked)

MS. LINDAUER: But that is our agreement with regard to the taking of these two depositions this morning; is that correct?

MR. RIDULFO: Is that correct to me? Yes, that's correct.

MS. LINDAUER: Very good. All right. And just to be clear, you're counsel for both Mr. Fu and Mr. Jiang for purposes of the depositions today; is that correct?

MR. RIDULFO: That is correct.

MS. LINDAUER: Okay. All right. And what I'd like to do at this point is just have on the record, since we don't have physical presence in a room, Counsel, if they could identify themselves, who they represent and where they are located.

So, I'll start with that. I'm Joyce Lindauer. I'm counsel for the Wall Entities. And I'm at 1412 Main Street, Suite 500, Dallas, Texas 75 -- what is my Zip? 75202.

MR. RIDULFO: Good morning. My name is Mike Ridulfo, last name spelled R-I-D-U-L-F-O. I'm in my home in Houston, Texas, 3014 Elbert, E-L-B-E-R-T,

Street, Houston 77098.

MR. PACKMAN: Steve Packman. I'm in Haddonfield, New Jersey.

MS. LINDAUER: And, Mr. Packman, for the record, who do you represent?

MR. PACKMAN: Mr. Ou and I represent the Petitioning Creditors.

MS. LINDAUER: Thank you.

All right. Anyone else participating that wants to make an appearance at this time?

Okay. Then, Mr. Jiang, I know he's on the WebEx. Can you -- is he by himself?

THE INTERPRETER: Hello? Can you even hear me?

MS. LINDAUER: I can hear you fine.

THE INTERPRETER: Okay.

MS. LINDAUER: Also, can you see if Mr. Jiang can hear the translator?

MR. RIDULFO: Yeah. That's what I'm checking on right now.

MS. LINDAUER: Thank you.

MR. OU: James Ou, counsel for the Petitioning Creditors in Houston, Texas.

MS. LINDAUER: Very good. Thank you.

THE COURT REPORTER: Well, I need your

address.

Joyce, I need to put their addresses on the appearance pages. Maybe they could e-mail that to me would be easier.

MS. LINDAUER: That would be fine. I just wanted to get a who's-with-who.

THE COURT REPORTER: Yes, I agree. Thank you.

MR. OU: Ms. Lindauer, while we are waiting, I think there was one counsel who hasn't made an appearance. Who is VM? Who is VM?

MS. LINDAUER: That's Vance McMurry. He's transaction counsel for the Wall Entities, but I think he's just listening, I don't think he's made a visual appearance.

The question that was raised was is Mr. Jiang at a location by himself or is there someone in the room with him?

MR. JIANG: (Through Interpreter) I'm by myself.

MS. LINDAUER: And can you confirm for us that Michael Fu is not in the room with him?

(Internet Disconnected Witness)

MS. LINDAUER: The question was if Mr. Jiang is at a location by himself or is there

someone in the room with him?

MR. JIANG: (Through Interpreter) I'm alone right now. I had computer problems so I asked Mr. Fu to come help me. Now I'm here by myself.

MS. LINDAUER: Okay. Can you ask him what address he is physically at right now?

MR. JIANG: (Through Interpreter) I'm here in Houston.

MS. LINDAUER: Is he at Mr. Fu's house right now?

MR. JIANG: (Through Interpreter) Yes. I am at Michael Fu's place.

MS. LINDAUER: I don't think we have actually sworn him in. We need the court reporter to swear him in now.

HAIBO JIANG,

having been first duly sworn remotely, through the interpreter, testified as follows:

EXAMINATION

BY MS. LINDAUER:

Q. All right. And Mr. Jiang, do you speak any English?

A. (Through Interpreter) Yes, I do speak some, like, you know, say hello, just basic stuff.

MS. LINDAUER: Okay. All right. And ask

10:35 him is he here today based on a subpoena that was
10:35 provided to his attorney last week?
10:35 A. I did not receive a court subpoena but the
10:35 attorney told me I need to be here to be a witness.
10:35 Q. Okay. Mr. Jiang, you were subpoenaed once
10:36 before to have your deposition taken?
10:36 A. I'm sorry, the connection's not very clear.
10:36 Could you repeat your translation?
10:36 (Interpreter interpreted it again.)
10:36 A. No, I don't think so. I came to Houston for
10:36 this, but, you know, I don't read English anyway, so I
10:37 don't know.
10:37 MS. LINDAUER: Okay. Ask him on
10:37 June 2nd, 2020, was he supposed to show up for a
10:37 deposition?
10:37 A. No, I don't know.
10:37 MS. LINDAUER: Does he remember a process
10:37 server bringing him a subpoena?
10:38 A. I might have came across a few times like
10:38 this, but for the security reason, I closed my door
10:38 because I didn't know -- and the person didn't speak
10:38 Chinese, I didn't know what this person was wanting.
10:38 MS. LINDAUER: Okay. So, is it his
10:38 position that he did not know about a deposition on
10:38 June 2nd of this year for his deposition?

THE INTERPRETER: I'm sorry, I didn't hear the last part of the question.

MS. LINDAUER: I'm sorry. Ask him did he know that there was a deposition on June 2nd of this year to take his deposition?

(Internet Disconnected Witness)

MS. LINDAUER: Did we lose him? He's still there.

MR. RIDULFO: I don't know why we keep losing the audio.

MS. LINDAUER: I don't know.

MR. RIDULFO: Let me check again.

MS. LINDAUER: Everybody seems to be handling it pretty well. If he's got a cell phone, he can call in with his phone and still do the video also.

MR. RIDULFO: Do you have a number for that, Joyce?

MS. LINDAUER: I think there was a number on WebEx invite but hang on. Does it have a number on it? Joined by video dial -- you can also dial, it looks like 173, 243, 268. It's down at the bottom of the join.

Oh, and if you click at the top also, Mike, I think under a category under file. It's on the video? Okay. It has a call-in also. Here, let me see.

What's the number? Okay. Mike, give him this number. It's 408 418 9388. There we go. That sounds like him.

MR. JIANG: (Through Interpreter) I was disconnected.

I did not know.

MS. LINDAUER: All right. Ask him when he gets important papers delivered to him, what does he do with those papers?

A. Could you repeat?

(Interpreter repeated the question)

A. If I needed it.

Q (By Ms. Lindauer) Okay. Do you give those papers to anyone to explain to you?

A. But the problem, I have not received any.

Q. Okay. All right. And Mr. Jiang, for the record, what is your full name?

A. Haibo Jiang.

Q. And do you own a residence in the United States?

A. I do not have a permanent place.

MS. LINDAUER: Okay. And when he's in the United States, where does he stay?

A. I normally would stay at a hotel or my friend's place.

MS. LINDAUER: Okay. And who is his

friend?
A. I have friends in California, I have friends in Texas, which friend are you talking about?
Q. Okay. Which friend are you staying with right now?
A. I'm not staying at my friend's place, I'm staying at Michael Fu who is not my friend.
Q. Okay. So, Mr. Fu is not your friend; is that correct?
A. He's not my friend.
Q. Okay. Mr. Jiang, what's your wife's name?
A. Yijing Jiang.
Q. And is she in the United States with you right now?
A. No, she's in Beijing.
Q. Was she in the United States in the last 30 days?
A. No.
Q. And are any of your children with you in the United States?
A. No. I'm here in the United States by myself.
Q. Okay. And what are the names of his parents?
A. My parents' name?
Q. Yes.
MS. LINDAUER: Ms. Green, did you get

those names?

THE INTERPRETER: Yes.

THE COURT REPORTER: I need the spelling.

A. My father's name is Jing Ning Shi.

THE INTERPRETER: The interpreter spelling, J-I-N-G, N-I-N-G, S-H-I, interpreter spelling.

Q (By Ms. Lindauer) Okay.

A. And the father's name is Huang Shu Hui.

THE INTERPRETER: Interpreter spelling, H-U-A-N-G, S-H-U, H-U-I.

MS. LINDAUER: All right. And can we get the names of his wife's parents?

(Internet Disconnected Witness)

MR. RIDULFO: I think we may have lost him again.

MS. LINDAUER: Okay. We were doing good for about five minutes. Try to get him back, Mike.

MR. RIDULFO: I'm going to try.

MS. LINDAUER: Okay.

A. My wife only have one parent.

Q (By Ms. Lindauer) Okay. And what is that parent's name?

A. Her mother's name is Yao Jin Chu.

THE INTERPRETER: Interpreter spelling, Y-A-O, J-I-N, C-H-U. Okay. C-H-U. That's correct.

10:49 Q (By Ms. Lindauer) Okay. Ask him -- Mr. Jiang, have any of your family members given money to Mr. Fu?
10:50 A. You're talking about investment?
10:50 Q. Correct. Investment or a loan.
10:50 A. My wife has sent him investment money.
10:50 MS. LINDAUER: Anyone besides his wife?
10:51 A. My wife transferred money into the market company account through my account, her mother's account and her friend's account.
10:51 MS. LINDAUER: Okay. So, let's break that down. So, his wife transferred money to what account, the name on what account?
10:52 A. I know she transferred money to this person in the U.S., whose name is Steve Wall.
10:52 MS. LINDAUER: And did she, as far as he knows, transfer money to Steve Wall's account or to someone else's account?
10:52 A. I do not know clearly because it was handled by my wife, by herself.
10:52 MS. LINDAUER: Okay. And how much money did his wife transfer?
10:53 A. I do not know the exact number.
10:53 MS. LINDAUER: Okay. All right. He mentioned that his mother also transferred money, who did she transfer money to?

A. I do not know. My wife handled everything.

MS. LINDAUER: Okay. And he mentioned a friend also transferred money, what's the name of the friend?

(Internet Disconnected Witness)

MS. LINDAUER: Ms. Green, did he provide you with a name?

THE INTERPRETER: I couldn't hear him.

MS. LINDAUER: Okay. Let's ask him again.

MR. RIDULFO: He's not back.

MS. LINDAUER: Is he not back on there?

MR. RIDULFO: I can see him on video, I just can't hear him.

MS. LINDAUER: Okay.

MR. RIDULFO: Oh, wait, he just got cut off, so let's see if he dials back in.

MS. LINDAUER: Okay. The one thing you two can do, Mike, is if you give him the phone number, he can call in on the phone, that way we see him but he can talk through the phone.

MR. RIDULFO: Yeah. Joyce, is there a code for that or does he just dial in?

MS. LINDAUER: I think it just says dial in. It doesn't say anything about a code.

10:55 MR. RIDULFO: Okay.
10:55 MS. LINDAUER: So, if he just dials in on his cell phone, I think maybe that will pick up the audio part of this.
10:55 MR. RIDULFO: All right. Let me see what I can do.
10:55 MS. LINDAUER: Okay. Thank you.
10:55 MR. RIDULFO: There he is.
10:55 MS. LINDAUER: Okay. So the question was, Ms. Green, if you would ask him the name of the friend who also transferred money.
10:56 A. This, you have to ask my wife, I do not know.
10:56 MS. LINDAUER: Okay. Did any money come from any of Mr. Jiang's bank accounts as part of those transfers?
10:56 A. This, I don't know because at home, my wife handled all the money.
10:56 Q. All right. Mr. Jiang, what are you doing in the United States right now?
10:57 A. I came to the United States to chase for the money, ask for the money.
10:57 Q. Okay. And ask for what money?
10:57 A. I invested in GMC and Steve Wall. We still -- I have not received any principles nor interest. It's been a long time.

MS. LINDAUER: And to be clear, that's not his money, it's his wife's money; is that correct?
A. How the difference is -- how the difference is between the United States and in China, although my wife handles all the money, finances, but the money belongs to the family group as a whole.
Q. Okay. So, the money belongs to you as well; is that correct?
A. The money belongs to her mother and my parents.
MS. LINDAUER: And how does it belong to his parents'?
A. Because the money came from my parents.
MS. LINDAUER: How much money came from his parents?
A. I can only give an approximate figure.
THE COURT REPORTER: I didn't hear the answer, Ms. Green.
A. I can only give an approximate number. Those two combined, it roughly equates to about 3 million.
MS. LINDAUER: Three million. And how much of the 3 million was his parents?
A. I do not know, because after I was married and both family pulled in money as if it was one family, one big family.

MS. LINDAUER: And when was he married?
A. 2011.
MS. LINDAUER: And when is Mr. Jiang leaving the United States?
A. Because this Corona virus, I tried to book multiple days, so I had booked for July 2nd, July the 4th, July 16th, July 20th, August 2nd.
MS. LINDAUER: All right. Does he know which of those times he's going to leave?
A. I think I might be able to leave on the 2nd of July. I'm not sure.
MS. LINDAUER: Okay. And does he intend to come back to the United States?
A. Because of this pandemic, I may not be able to come back any time soon.
MS. LINDAUER: Does he have a current passport?
(Internet Disconnected Witness)
MS. LINDAUER: Did we lose him?
MR. RIDULFO: You can have him call in.
MS. LINDAUER: Get him back.
MR. RIDULFO: We're going to see if he also can call in, Joyce, we're going to try that.
MS. LINDAUER: Okay. Thank you, Mike.
A. I'm sorry.

MS. LINDAUER: That's okay. The last question is, does he have a current passport?

A. Yeah. It's a current. I have a ten-year.

MS. LINDAUER: Okay. Does he have a work Visa to be in the United States?

A. No. I'm Chinese, I have a Chinese passport.

MS. LINDAUER: Okay. All right. But he has no Visa to work in the United States; is that correct?

A. No, I don't have.

MS. LINDAUER: Okay. Does he have a tourist Visa to be in the United States?

A. Yeah. Every time I came in with a tourist Visa.

MS. LINDAUER: With a tourist Visa. Okay. And how did he get his tourist Visa?

A. I applied for this through a normal process in China.

Q. Okay. And can you describe for us briefly what that process is?

(Internet Disconnected Witness)

THE INTERPRETER: Can you hear me?

MS. LINDAUER: Did we lose him again? There he is. Jennifer, if you can ask him what in simple terms that process is.

11:07 THE INTERPRETER: "Hello".
11:07 MS. LINDAUER: There he is.
11:08 THE INTERPRETER: "Hello". "Hello", "Hello".
11:08 MS. LINDAUER: We may have lost the sound. There he is. Jennifer, can you hear him?
11:08 THE INTERPRETER: Yes, I'm back.
11:09 MS. LINDAUER: There she is. Okay. Jennifer --
11:09 THE INTERPRETER: Yes. I couldn't hear anybody so I wasn't sure where we left off.
11:09 Q (By Ms. Lindauer) Yeah. So the question was, can he explain to us very briefly what the process is in China for him to get a Visa to come to the United States?
11:10 THE INTERPRETER: I'm just going to find out what he said, the earlier part, I didn't hear it at all.
11:10 Q (By Ms. Lindauer) Okay.
11:10 A. It's a process that you go through in China. First you need to submit some documents and then you will schedule an interview with embassy, and then we'll set a date to go through the interview during which they will ask you questions.
11:10 THE INTERPRETER: That's all I heard.

MS. LINDAUER: Okay. Ask him has he -- how long has he been here on his current trip to the United States?

(Internet Disconnected Witness)

MR. RIDULFO: He's not on.

MS. LINDAUER: Okay. Let's get him back on, I guess.

MR. RIDULFO: He's back on.

THE WITNESS: "Hello". "Hello".

MS. LINDAUER: Yeah. There he goes.

A. I arrived in the United States on the 2nd of March, so let me calculate. It's March 2nd, April 2nd, May 2nd, June 2nd, about four months.

Q (By Ms. Lindauer) All right. And have you made any money while you've been here in the United States?

A. No.

MS. LINDAUER: All right. And what is his job in China?

A. I work in our family group company.

Q. And what company is that?

A. You want to know the name or what do we do?

Q. Yes, the name.

MS. LINDAUER: What's the name, Jennifer?

THE INTERPRETER: Okay. Qing Bao, which is the city name. So, interpreter is spelling this,

Q-I-N-G, B-A-O. Qing Bao.
Q (By Ms. Lindauer) And what does -- go ahead.
A. World Trade.
Q. And what does Qing Bao World Trade do for its business?
THE INTERPRETER: There was something more after that, so --
MS. LINDAUER: Okay. Go ahead.
A. Qing Bao World Trade, either mechanical or a machine. Machinery. It should be machinery. Qing Bao World Trade Machinery Limited Corp.
Q (By Ms. Lindauer) Okay. And what does that company do for its business?
THE INTERPRETER: So, this is the interpreter speaking. And he said it's machining Fondren(sp.ph.) Let me just make sure that's a correct word --
MS. LINDAUER: Okay.
THE INTERPRETER: -- because I think it's Fondren. Just one second here. Okay.
MS. LINDAUER: Is that correct?
THE INTERPRETER: I'm looking up here in the dictionary here, just give me one second.
MS. LINDAUER: Sure.
THE INTERPRETER: Casting. Casting.

MS. LINDAUER: Okay. And what does Mr. Jiang do for the family business?
MR. PACKMAN: Joyce?
MS. LINDAUER: Yeah.
MR. PACKMAN: This is Steve Packman. Can you just give me some idea of what the relevance of this line of questioning is to this questioning, please?
MS. LINDAUER: Well, so, to try -- what we're trying to do is match up some of your involuntary petitioners and non-involuntary petitioners with some of these names that we're seeing. So, that's the main reason we're asking these questions is he's already testified that his family entity invested with Mr. Wall, so that's why we're going down this road.
MR. PACKMAN: All right. I don't think -- and look, I'm not representing him, so I'll just leave it at that, but I don't understand that response. Thank you.
MS. LINDAUER: Fair enough.
All right. So, what is his role with the family company?
MR. RIDULFO: Did we lose him again?
(Internet Disconnected Witness)
MS. LINDAUER: It sounds like it.
MR. RIDULFO: Are we back on?

THE INTERPRETER: Okay.
A. The internet connection is terrible.
MS. LINDAUER: Okay. So, can you ask him, Jennifer, what does he do for his family's company?
A. Deputy general manager.
MS. LINDAUER: Okay. And what do his duties include as deputy general manager?
A. I am focused in developing Beijing market.
MS. LINDAUER: Okay. Does he have anything to do with investments or loans that are made by the family company?
A. No.
MS. LINDAUER: And when he mentions this business that he works for, is it his wife's company or family's company or is it his family's company; whose company is it?
A. It's our company. My father.
MS. LINDAUER: Okay. And is his wife part of that company?
A. We don't have shares in the company, we work for the company. So, in applying words that my parents kind of put there.
MS. LINDAUER: All right. Has he had any other jobs in the last four or five years?
A. I do not have any other jobs.

MS. LINDAUER: Okay. So, he did not work for the police in China at anytime?

A. I don't understand your question about me working for the police.

Q. Did you work for the National Security Bureau?

A. No, never.

Q. Okay. And did you ever work for the government in China at any time in the last ten years?

A. No.

Q. Okay. Did you ever tell Steve Wall that you were a police officer?

A. I don't even speak English and so it wasn't really possible for me to talk to him directly.

MS. LINDAUER: Okay. Through an interpreter, did he tell Steve Wall that he worked for the police in China?

A. No, never.

Q. Okay. Do you know if Michael Fu ever told people you were a police officer in China?

A. That, I don't know.

MS. LINDAUER: So, he's never heard Michael Fu introduce him or describe him as holding a position in the Chinese police?

(Internet Disconnected Witness)

MR. RIDULFO: We lost him.

MS. LINDAUER: Okay. All right.
THE WITNESS: "Hello". "Hello".
A. I do apologize.
MS. LINDAUER: That's all right. All right. So, ask him does his father work for the Chinese government at some point in time?
MR. RIDULFO: Joyce, this is Mike Ridulfo. I understand this is background but I'm getting a little weary. I'm not sure why this is relevant.
MS. LINDAUER: Well, because -- it will become more relevant when we talk to Mr. Fu, perhaps.
But this gentleman's been described as working for the Chinese police and/or their intelligence entities by two or three different people.
So, it's -- I think it is relevant to establish his background, because apparently he's denied that now, which is contrary to what we've been told about his background.
MR. RIDULFO: I just object to the sidebar. I don't think that was his testimony. But I'm not sure what his father does is relevant. I'll let him answer that question but I'm not going to let you go much further down that road.
MS. LINDAUER: Well, it's his father's

11:25 money that apparently was put into some of these
11:25 entities, so I think it's fair to find out what his
11:25 father has been up to over the last several years.
11:26 MR. RIDULFO: Objection to that --
11:26 objection to the characterization, Joyce, that's not
11:26 what the testimony was.
11:26 MS. LINDAUER: So, you're telling me he
11:26 did not testify that his father put money into these
11:26 Wall companies.
11:26 MR. RIDULFO: He said it's a family
11:26 investment.
11:26 MS. LINDAUER: Okay.
11:26 MR. RIDULFO: He didn't say that it was
11:26 corporate. He didn't specify. Those are your words.
11:26 MS. LINDAUER: I wrote down "his parents"
11:26 is what I wrote down.
11:26 MR. RIDULFO: And he said -- and he's
11:26 saying "we." So, stop characterizing. Ask questions,
11:26 please.
11:26 MS. LINDAUER: Well, I'm not going to
11:26 argue with you. Let's just ask him the questions. He's
11:26 there. Let's get him to clarify.
11:26 Q (By Ms. Lindauer) So, Mr. Jiang, are you
11:26 present on the phone again?
11:27 A. Okay. I'm here.

11:27 Q. All right. Mr. Jiang, who specifically put the money into the Wall entities from your family?
11:27 A. Like what I said, my wife is what I said.
11:27 MS. LINDAUER: And who besides his wife?
11:27 A. My wife handled everything. I was not in charge of this.
11:28 Q. Okay. Did you tell us that your parents also put money into the Wall entities?
11:28 A. My wife used my parents' ID card to transfer money, that I know.
11:28 Q. Okay. As you sit here today, are your parents owed money by any of the Wall entities?
11:29 A. I don't understand your question whether did Steve Wall owe my parents money?
11:29 MS. LINDAUER: No. Did his parents put money into any of the Wall entities?
11:29 A. Let me tell you again, it was my wife who invested the money.
11:29 MS. LINDAUER: Okay. So, only his wife; is that correct?
11:30 A. I hope you understand the foreign currency quota process in China, the way that money was transferred legally out from China is through my parents' ID, my wife's -- the friend's ID, in those ways to transfer money out of China legally.

Q. All right. So let's be clear. Your wife used your parents' ID and your wife used a friend's ID to transfer money out of China into the United States; is that correct?
A. Correct.
MS. LINDAUER: Okay. And why does he say that is the legal way to transfer money from China to the United States?
A. Because the China's foreign currency rue is such each person has a 50,000-dollar quota each year to be transferred overseas.
MS. LINDAUER: Okay. And did his wife transfer more than $50,000 outside of China in a given year legally?
MR. RIDULFO: We may have lost him again.
(Internet Disconnected Witness)
THE WITNESS: "Hello".
THE INTERPRETER: We can continue.
MS. LINDAUER: Okay. So, can we read that last question back that I asked him?
(The requested portion of the record was read.)
A. What do you mean?
Q (By Ms. Lindauer) Well, you told me that you were limited to transferring $50,000 outside of the

United States in one year, yet your wife transferred more than $50,000 in one year, how did she do that legally?

MR. RIDULFO: This is Mike Ridulfo. I'm just going to object to the form. And I don't believe that testimony is in evidence. But you can answer the question.

A. She, herself, did not transfer over $50,000 a year. If it's about, that's not legal.

Q (By Ms. Lindauer) Okay. Well, we show that she claims that she has $2.3 million in an entity called Wall 007. How did she transfer that money from China to the United States when it's $2.3 million?

A. I think she transferred the money to Steve Wall, and then Steve Wall transferred the money to GM --

THE INTERPRETER: Is that GMT or GMG? I couldn't hear. This is Jennifer. Is it GMT or GMG?

MS. LINDAUER: I think it may be -- is it JMJ or Wall? I think it's Wall.

THE INTERPRETER: Okay.

MS. LINDAUER: GMT?

THE INTERPRETER: Yeah.

MS. LINDAUER: Okay. All right.

A. So, Steve Wall -- we -- my wife transferred the money to Steve Wall. Steve Wall transferred the

money to GMT --
Q (By Ms. Lindauer) Okay.
A. -- and out of that 2.3 million, of which a million was coming from Hong Kong bank account, which is legal.
Q. Okay. What about the 1.3 that did not come from a Hong Kong bank account?
(Internet Disconnected Witness)
THE INTERPRETER: "Hello".
MS. LINDAUER: We may have lost his audio. Can we get him back?
MR. RIDULFO: I'll try.
MS. LINDAUER: Okay. Thank you.
(Short break held)
Q (By Ms. Lindauer) Mr. Jiang, are you back?
THE WITNESS: "Hello". "Hello".
Q (By Ms. Lindauer) Okay. Good.
MS. LINDAUER: Do we have our translator also?
THE WITNESS: "Hello".
Q (By Ms. Lindauer) We can hear you.
MS. LINDAUER: Ms. Green?
THE INTERPRETER: Yes. I'm here.
MS. LINDAUER: Okay. Good. Okay. I think we've got everybody back now.

Q (By Ms. Lindauer) Mr. Jiang, help me understand how your wife -- you said she used your father's and a friend, their IDs, in order to transfer money. Can you explain that to me how that works?

A. My wife used their quota to transfer the money to the United States, but they used their own IDs to transfer the money. Nobody would have gave their ID for her to transfer.

MS. LINDAUER: Okay. So, just to be clear, whose money was transferred? Was it is his wife's money or was it someone else's money that was being transferred?

A. I have said that multiple times, the money is her mother and parents and my parents' money. Nobody else.

Q. Okay. And how many IDs did she use in order to transfer this money?

A. I did not handle this myself, so I do not know.

Q. All right. And how did you come to meet Mr. Michael Fu?

A. Could you repeat your question?

MS. LINDAUER: Yeah. How did he meet Michael Fu, F-U?

A. We met at a conference five, six years ago.

Q. And where was the real estate conference?
(Internet Disconnected Witness)
MR. RIDULFO: We just lost him.
MS. LINDAUER: Okay.
MR. RIDULFO: We lost him. He's got to dial back.
THE WITNESS: "Hello". "Hello". "Hello".
Q (By Ms. Lindauer) Mr. Jiang, are you back?
THE WITNESS: "Hello, "Hello".
Q (By Ms. Lindauer) Okay. I think the last question was: Where was the real estate conference that he met Mr. Fu?
A. Beijing.
MS. LINDAUER: Beijing. Okay. And as a result of meeting Mr. Fu, did Mr. Jiang suggest that his family get involved in investing or loaning through Mr. Fu?
MR. RIDULFO: Objection to the form.
A. No.
Q (By Ms. Lindauer) So, when did you get involved with loaning money through Mr. Fu?
MR. RIDULFO: Objection to the form. You may answer.
A. I've never used the loan money investing who?

11:59 I invested in Steve Wall.
11:59 Q (By Ms. Lindauer) Did you ever invest in an
11:59 entity called Silver Land Finance?
11:59 A. I do not know this. I don't understand.
11:59 Q. Okay. Did you ever get involved with a
11:59 company called Platinum Investment Corporation?
11:59 A. Can you repeat that company?
11:59 Q. Platinum Investment Corporation.
12:00 A. Just a second. I need to put this -- I'm
12:00 putting in this health code, because I have to get on
12:00 the plane and I have to put in this code.
12:00 Q. Okay. All right. So, we were asking you
12:01 about a company called Platinum Investment Corporation.
12:01 MS. LINDAUER: Has he ever done business
12:01 with Platinum Investment Corporation?
12:01 A. I don't remember hearing about this company,
12:01 no.
12:01 Q. All right. What about a company called Y Ding
12:01 Investment?
12:02 A. What?
12:02 MS. LINDAUER: Does he know the company Y
12:02 Ding Investment?
12:02 A. No, I don't know.
12:02 MS. LINDAUER: Okay. How did he meet
12:02 Steve Wall?

12:02 A. Through Michael Fu.

12:02 MS. LINDAUER: Okay. And how did Michael Fu introduce him to Steve Wall?

12:02 THE INTERPRETER: Hello?

12:02 (Internet Disconnected Witness)

12:02 MR. RIDULFO: We lost him again. He'll be back.

12:04 THE WITNESS: "Hello", "Hello".

12:04 Q (By Ms. Lindauer) Okay. You there?

12:04 THE INTERPRETER: I'm here.

12:04 MS. LINDAUER: Can you read back the last question we asked him?

12:04 (The requested portion of the record was read.)

12:04 A. Michael Fu told me Steve Wall has good investment projects. That's how we met.

12:05 MS. LINDAUER: Okay. And when did Michael Fu tell him that Steve Wall had good investment projects?

12:05 A. Let me think. It was around 2015.

12:05 MS. LINDAUER: Okay. Did he actually speak to Steve Wall around 2015?

12:06 THE INTERPRETER: This is the interpreter speaking again, I'm not sure about the name of the company but it sounds like Wall Kull.

MS. LINDAUER: Okay. So the question was did he actually speak to Steve Wall himself, was there actually a conversation?

A. Yes. I spoke with -- I came to the United States and talked with him, and at the time, it was like a company named Wall Kull.

MS. LINDAUER: And what did he understand that Mr. Wall was asking him or what was he going to be investing in?

A. My understanding was I would loan him money over a period of time and he will pay me back the principal and interest.

Q. Okay. Did your wife also meet with Mr. Steve Wall?

A. My wife met him in China.

Q. Okay. And when was that?

A. A year around 2017.

MS. LINDAUER: Okay. Between 2015 and 2017, did he or his wife make any investments or loans with Steve Wall?

A. Yeah. Our first project was with Steve Wall. And the first project -- my English is not so sound, so it sounds like a Cedaville Project.

Q. Okay. And what was that project?

(Internet Disconnected Witness)

MS. LINDAUER: Did we lose his audio?

MR. RIDULFO: We may have.

MS. LINDAUER: Okay.

MR. RIDULFO: I think he knows the drill by now.

MS. LINDAUER: Did we pick him back up?

THE WITNESS: "Hello". "Hello".

MS. LINDAUER: All right. Can we read the last question back that we asked him?

(The requested portion of the record was read back.)

THE WITNESS: "Hello", "Hello".

Q (By Ms. Lindauer) Mr. Jiang, we're asking you the first project that you did with Mr. Wall, you said it had the name Cedaville. And my question was what was that project?

THE WITNESS: "Hello".

MS. LINDAUER: You there?

THE INTERPRETER: Yeah.

A. Let me clarify some things, because I went through some of the pictures. Because when I first met Steve Wall, and we took a picture. So I went to that picture and looks like my memory was faulty, I met him in October 2016.

MS. LINDAUER: Okay. And where did he

meet him in October of 2016?
A. The Chinese name of the place that we met is called Arlington. That's what translated into Chinese on the Apple Mac.
Q. Okay. And it looks like he met him in the United States; is that correct?
A. That's correct. I first met him in the United States.
Q. Okay. And what was the Cedaville project?
A. It's all the same. I loan money to him. And for a period of time, maybe a year or two, they pay me back principal and interest.
Q. All right. And who put the money in for the first project, the Cedaville project?
A. All the projects are done by my wife.
MS. LINDAUER: Okay. And did his wife use someone's IDs in order to do the Cedaville project?
A. It's been a long time. I don't recall. But you can talk to my wife and ask her about it.
Q. Okay. And you told us your wife is in China, correct?
A. Correct.
Q. Okay. Do you know how much money your wife put into the Cedaville project?
A. Not quite 2 million. About 1.9, or, you know,

just shy of 2 million.
Q. Okay. And who is responsible for paying that money back to your wife?
A. What's the question?
MS. LINDAUER: Who is responsible to pay that money back to his wife on the Cedaville project?
A. Steve Wall.
MS. LINDAUER: Okay. And then was there another project in which your wife put more money in similar to the Steve Wall project?
MR. RIDULFO: Objection to the form. You can answer.
THE INTERPRETER: Could you repeat the question for the interpreter?
MS. LINDAUER: After the first project, was there another project like the Steve Wall project that his wife put money into?
A. The next project was introduced to me by Steve Wall is this one at the Tim Barton's project.
MS. LINDAUER: And had there been any projects after that project that his wife has put money into?
A. That, I don't know.
Q. And who would know that?
(Internet Disconnected Witness)

MR. RIDULFO: We lost him again.
MS. LINDAUER: Okay.
(Short Pause)
THE WITNESS: "Hello". "Hello".
MS. LINDAUER: Okay. I think we're back.
Q (By Ms. Lindauer) Mr. Jiang, I had asked you if had done any other projects in the United States after the one you mentioned with Mr. Barton, and you said, I don't know. Do you recall that?
A. Yeah, that's correct. I do not know.
MS. LINDAUER: Okay. Does he know a person named Lynn Zhou, Z-H-O-U?
A. What?
MS. LINDAUER: Does he know that person?
A. Who?
Q. Lynn, Z-H-O-U.
A. You were talking about Jou Lynn?
Q. No. A Lynn Zhou. Jou Lynn is a different person, I believe.
A. I don't know Lynn Zhou. I know Jou Lynn.
Q. Okay. Do you know a Tidy, T-I-D-Y, Phan?
A. I do not know this person. You can ask my wife.
Q. Okay. How about Summer Tian, T-I-A-N?
A. Unless you tell me their Chinese names, I

12:25 don't know their English names.
12:25 MS. LINDAUER: Okay. All right. Well,
12:25 they're all people that are associated with Michael Fu.
12:25 So the question is, has he met or talked to any of these
12:25 people?
12:25 MR. RIDULFO: Objection. I object to the
12:25 sidebar. But you may answer the question.
12:26 A. If they're associate with Michael Fu, but they
12:26 may not associate with me. I don't know.
12:26 MS. LINDAUER: All right. And let's pull
12:26 up Exhibit 3.
12:26 (Exhibit 3 premarked)
12:26 MS. LINDAUER: All right. And if we can
12:27 get it to scroll down. That's the question. There we
12:27 go.
12:27 Q (By Ms. Lindauer) Mr. Jiang, is this a photo of
12:27 your wife's passport?
12:27 A. Correct.
12:27 Q. Okay. Have you ever seen --
12:27 MS. LINDAUER: We can take that down.
12:27 Yeah. It's exhibit -- it's exhibit under Fu. It's the
12:27 website exhibit. It's Exhibit 8. No? Scroll down.
12:29 There you go. There you go. It's sideways but --
12:29 Q (By Ms. Lindauer) It's sideways, but Mr. Jiang,
12:29 have you ever seen this website for Platinum Investment

Corporation?
(Internet Disconnected Witness)
MR. RIDULFO: I think we lost him again.
MS. LINDAUER: Oh, we lost him. She can't see what's going on.
Hang on, Jennifer, we're waiting to get Mr. Jiang back on again.
THE INTERPRETER: Okay.
(Short Pause)
THE WITNESS: "Hello". "Hello".
MS. LINDAUER: Is he familiar with this website at all?
A. No. I've never seen it.
MS. LINDAUER: Ask him, is he here from China to also collect on any other Steve Wall projects?
A. Right now it was owed not quite 3 million but 2.9 million principal plus interest.
Q. From who?
A. Tim Barton.
MS. LINDAUER: Okay. And is he owed any money by Steve Wall?
MR. RIDULFO: Objection, form. Excuse me, objection to the form. You may answer.
A. What do you mean?
Q (By Ms. Lindauer) Well, you said the original

Cedaville project, you put money into -- your wife put money into that project. Did she get paid her money back?

A. No.

Q. Did your wife authorize Michael Fu to sign papers on her behalf?

A. No. I did not authorize Michael Fu to sign on behalf of my wife.

Q. Okay. Did your wife authorize Michael Fu to sign on her behalf?

A. No.

Q. When your wife went to the bank in China to transfer money in connection with the Wall project and she used your father's ID, was she transferring her money or her father's money?

MR. PACKMAN: Objection, form.

MR. RIDULFO: Objection to form.

THE INTERPRETER: Steve, what's the objection? I'm sorry, I couldn't hear you.

MR. PACKMAN: Objection to form.

MR. RIDULFO: Form.

THE INTERPRETER: Sorry. Can you repeat the question?

MS. LINDAUER: No, no. That's fine.

So when she went to the bank in China to

transfer the money for the Wall projects and she used his father's ID, was he transferring her money or his father's money?

MR. RIDULFO: Same objection to form.

A. You object to form. I don't need to answer, right?

MS. LINDAUER: No. He should go ahead and answer. Just because there's an objection doesn't mean he doesn't answer.

A. I have been saying the same thing over again. The money belonged to my parents and my mother-in-law.

MS. LINDAUER: All right. And is his wife a what we call petitioning creditor in the bankruptcy case?

(Internet Disconnected Witness)

Has he left?

MR. RIDULFO: Did we lose him?

THE COURT REPORTER: Yes.

THE WITNESS: "Hello". "Hello".

Q (By Ms. Lindauer) Mr. Jiang, when we lose you -- when we lose you during these breaks, can you tell us what's happening on your end?

A. My connection's not very good.

Q. Are you talking to anyone during those breaks when your connection is not very good?

A. No, I swear. No, I didn't.
Q. All right. Are you texting anyone when we have those breaks?
A. No, I did not.
Q. Are you getting texts from someone else on your phone at all during this deposition?
A. I have a Chinese number, I cannot receive the messages from here.
Q. And to be clear, what Wall entity is your wife claiming she has a claim in?
A. She invested in a few projects, but to which company, I have to look it up. You know, I can look it up if you want me to --
Q. Okay.
A. -- because I didn't kind of prepare for this deposition.
Q. Did anybody talk to you prior to this deposition about the questions you might be asked?
A. I only communicated with my attorney. My attorney told me I have to answer truthfully.
Q. Okay. And which attorney was that?
MR. PACKMAN: Wait, wait, wait. Can we please hear the interpreter's answer to that question?
MS. LINDAUER: Oh, I'm sorry. I thought I did hear it. Go ahead.

MR. PACKMAN: Yeah. Because she's getting into attorney/client privilege.

MS. LINDAUER: No, I'm not. I just asked did you meet with somebody and who did you meet with and which attorney. I didn't ask what you talked about. I just asked, did he have a meeting. He said, yes. And then my question is which attorney did you meet with.

MR. PACKMAN: So, let's have the question back then which attorney it was.

MS. LINDAUER: Yeah. Which attorney.

THE COURT REPORTER: Are you talking to me?

MS. LINDAUER: I think the question -- if he can hear it, maybe the translator needs to translate it.

Q (By Ms. Lindauer) Which attorney did he talk to prior to his deposition?

A. It's Michael.

MS. LINDAUER: Okay. Has he talked at all with Mr. Packman?

THE INTERPRETER: Did he talk -- I'm sorry. This is the interpreter speaking. Could you repeat the question?

MS. LINDAUER: Has he visited or talked to Mr. Packman?

12:43 A. No.
12:43 MS. LINDAUER: Did he send a text to
12:43 Mr. Packman at one point? Go ahead.
12:43 (Internet Disconnected Witness)
12:44 MR. RIDULFO: Did we lose him again?
12:44 THE COURT REPORTER: Yes.
12:45 THE WITNESS: "Hello". "Hello".
12:45 MR. RIDULFO: Okay. I think we're back.
12:45 MS. LINDAUER: Can you read the last
12:45 question back for us?
12:45 (The requested portion of the record was
12:45 read.)
12:45 A. I don't know English. How do I text?
12:45 MS. LINDAUER: Okay. Did he claim that
12:45 Mr. Barton, Tim Barton was threatening him?
12:45 A. Tim Barton threat me?
12:46 Q. Yes.
12:46 A. I believe some of his behavior could harm my
12:46 personal safety.
12:46 Q. And did you text that concern to Mr. Packman?
12:46 A. I communicated with Michael Fu, hoping he
12:46 would communicate to the port or the related party
12:47 because I'm a foreigner. I am scared.
12:47 Q. And what is he scared of?
12:48 A. Okay. He -- Tim Barton took picture of me,

which was sent to me through WeChat, saying, see, I know where you are, what you are doing.
Q. And how did Mr. Barton get that picture of you, Mr. Jiang?
A. At the time of the picture was taken, I was in a cigar store, smoking a cigar in Dallas when I received this WeChat picture. I don't know how he got it.
MS. LINDAUER: Pull up Exhibit 2.
(Exhibit 2 marked)
A. I was scared. He said that he knows of president, president of Trump, President Trump, FBI. Yeah, that's the picture.
Q. (By Ms. Lindauer) That was my question: Is that the picture?
A. Yes.
Q. And did you tell Mr. Barton that you could not meet with him because you were sick?
A. Yes. I did tell him. I told him that I had a cough, had coughs and fever, so maybe we shouldn't meet.
Q. But then you went to the cigar bar?
MR. RIDULFO: Objection to form. Relevance and other objections which I won't enumerate but will reserve for the record. Go ahead.
MR. PACKMAN: I join.
MS. LINDAUER: That's fine.

Q (By Ms. Lindauer) Then you went ahead and went to the cigar bar; is that correct?

(Internet Disconnected Witness)

THE INTERPRETER: Did we lose him?

MR. RIDULFO: We may have.

(Short Pause)

THE WITNESS: "Hello". "Hello".

MR. RIDULFO: Okay. We're back.

MS. LINDAUER: You want to read the question back to him?

(The requested portion of the record was read.)

THE WITNESS: "Hello". "Hello".

A. Let me explain what happened that day. We were scheduled to meet --

THE COURT REPORTER: Wait, wait, wait. Jennifer, there's a dog barking but can you repeat?

A. Okay. Let me explain what happened on that day. We were scheduled to meet that day. I normally wear contact lenses but my eyes started turning red, my face and my head were getting hot. So, I told him maybe we shouldn't meet. And at that same time, I have friends coming from California, so we went to the cigar bar.

We also stopped at a pharmacy where I

wanted to buy something to get rid of the red eye, the inflammation in my eyes.

Q (By Ms. Lindauer) Okay. Did you ever have the meeting with Mr. Barton that you had scheduled and did not attend?

A. No. Because he sent me that picture, indicating that he knew where I was, what I was doing. He was saying that I was lying. So I was concerned about my safety, so I left.

MS. LINDAUER: And who was at the cigar bar with him the day he went to the cigar bar?

A. I was with two friends. I think Michael -- (Inaudible.)

Q. I'm sorry. What about Michael Fu? Say again?

A. I remember Michael Fu dropped my friends -- two friends of mine and I at the cigar bar.

Q. So, Michael Fu dropped you off at the cigar bar; is that what I am hearing?

A. Yes.

Q. And who were the other two friends with him?

MS. LINDAUER: One from California named Jack, the other from Texas named Mike.

Q. Okay. And to be clear, Mr. Ridulfo is your attorney right now for these depositions; is that correct?

12:58 A. Are you talking about Michael?
12:58 Q. Yes.
12:58 A. Yes.
12:58 Q. All right. And is Mr. Packman your wife's attorney in the bankruptcy case?
12:58 A. Right.
12:58 Q. Okay. What do you know about the bankruptcy case?
12:58 A. Yes.
12:58 MS. LINDAUER: Okay. Well, I know he knows there is one. What does he know about it?
12:59 A. I do know.
12:59 MS. LINDAUER: Okay. Has his wife made a claim in the bankruptcy case?
12:59 A. Yes.
12:59 MS. LINDAUER: And is she expecting to get money out of the bankruptcy case?
12:59 (Internet Disconnected Witness)
13:00 MR. RIDULFO: We may have lost him.
13:00 (Short Pause)
13:00 MR. RIDULFO: Joyce?
13:00 MS. LINDAUER: Yes, sir.
13:00 MR. RIDULFO: While we're waiting for him to come back, it's about 1:00 o'clock, do you have an any idea how much more time you need with him? I know

it's been going slowly.

MS. LINDAUER: Yeah. Probably about ten or 15 minutes, although we do have some concerns, Michael, it seems like every time we ask him something that's not very straightforward, he drops off. And I know he says no one's talking to him and no one's there, we do have concerns. Because it seems like he never drops off in the middle of an answer, he never drops off in the middle of a question, he only drops off when we ask him a question that seems like it's not necessarily yes or no.

MR. RIDULFO: The best I can tell you, I'm not communicating with him and I -- just, you can ask him.

MS. LINDAUER: Well, I already asked him, you know, and he says no, but it is troubling. I mean, if you were on my side, you would be very concerned that every time he gets asked anything more than how old are, he drops off.

MR. RIDULFO: Well, I got plenty to say about that but I don't know that we need to argue about that.

MR. PACKMAN: Objection to the characterization for the record, please.

MS. LINDAUER: All right. Well, I'd like

it to be on the record that he does -- and I'm sure the court reporter's noting this every time he drops off after we ask him a question. So, I'd like to make sure that that's in the record, that he does drop off at the end of the question. He never seems to drop off any other time, just at the end of a question.

MR. PACKMAN: Objection to counsel testifying, for the record.

MS. LINDAUER: Well, the record will speak for itself. Do we have him back again?

THE WITNESS: "Hello".

MR. RIDULFO: He's back on.

MS. LINDAUER: Cindi, can you read him back the last question we asked him?

(The requested portion of the record was read back.)

Q (By Ms. Lindauer) When we were talking about your wife.

A. Our request is very simple, just to get back our principal and interest.

Q. So, that would be a yes; is that correct?

A. I answered already.

Q. All right. Let's do this, let me make a suggestion, it is a little after 1:00. If you can give us about 15 minutes to circle the troops on where we are

13:03 on questions, then we may be able to wrap this up. It
13:03 will probably be closer to 2:00, and so we're running
13:04 maybe about an hour behind. So, you can let Mr. Fu
13:04 know. But we'll try to wrap this up. Okay?
13:04 MR. RIDULFO: Okay. Joyce, just so I'm
13:04 clear --
13:04 MS. LINDAUER: Sure.
13:04 MR. RIDULFO: -- are you saying you'll be
13:04 through with Haibo by 2:00, or do you want to start --
13:04 do you think you're going to want to start Michael Fu at
13:04 2:00?
13:04 MS. LINDAUER: Start Michael Fu at 2:00.
13:04 MR. RIDULFO: Okay. I'm going to want to
13:04 grab about 15 minutes of eating but --
13:04 MS. LINDAUER: That's okay.
13:04 MR. RIDULFO: -- but we'll let you have
13:04 it. We'll adjourn right now so you can look at your
13:04 notes and we can finish this up. So we'll take a break.
13:04 MS. LINDAUER: Okay. Thank you.
13:04 THE COURT REPORTER: Okay. We're off the
13:04 record at 1:04.
13:04 (Short break held)
13:37 THE COURT REPORTER: Okay. We're on the
13:37 record, 1:37.
13:37 MS. LINDAUER: Very good.

Q (By Ms. Lindauer) All right. Mr. Jiang, did your wife ever bring any cash to the United States in order to invest?

A. Both my wife and myself brought cash into the United States, but we all -- we both declared legally.

Q. Okay. And how many times did you bring cash into the United States?

A. We would call him a few times, but every time I came, I would bring some cash.

MS. LINDAUER: Okay. And did any of the cash money that his wife brought go into any of the Wall projects?

(Internet Disconnected Witness)

MR. RIDULFO: I think we lost him again.

MS. LINDAUER: Okay.

THE WITNESS: "Hello". "Hello".

MS. LINDAUER: Jennifer, do you want to ask him that question?

THE WITNESS: "Hello".

MS. LINDAUER: Do we have him back on?

THE WITNESS: Yes.

MS. LINDAUER: Okay. Did he get the question? You want to read back the question again?

THE WITNESS: "Hello".

THE COURT REPORTER: The question was,

did any --
MS. LINDAUER: Go ahead.
THE COURT REPORTER: "Did any" --
(Interpreter interpreting.)
THE WITNESS: "Hello". "Hello".
MS. LINDAUER: Jennifer, can you not hear him?
THE INTERPRETER: I can. He can't hear me.
(Internet Disconnected Witness)
THE COURT REPORTER: He's gone.
MR. RIDULFO: I think he just left.
MS. LINDAUER: Okay.
THE WITNESS: "Hello". "Hello".
MS. LINDAUER: Jennifer, see if he can hear you.
A. That, I don't know. But, you know, as far as cash goes, it was me who brought more. My wife only came to the United States twice, maybe once.
MS. LINDAUER: Okay. Ask him, has he spoken to any of the other lenders in the Wall entities?
A. Yes. I had a meeting with them in Beijing.
Q. How long ago was that?
A. I've been here for about four months, so that was around seven months ago. I don't recall.

Q. Okay. And what was -- what was the purpose of that meeting?

A. We got together, talk about what we met and how much, how much they have -- you know, we have collected back, what to do, how to collect. And a lot of them do not come to the United States, and so -- you know, they asking, you know, if I come to the United States to just discuss those types of things.

Q. Did you discuss the fact that Mr. Fu had filed a lawsuit against some of the Wall entities? Did you talk about that at all?

MR. RIDULFO: Objection to the form. You may answer.

A. To tell you truth, I'm just answering your question truthfully.

Q (By Ms. Lindauer) Okay. When you met with the other lenders, did you talk about filing a bankruptcy?

A. So when we met, we mainly talked on discussions. The main discussions were about how much each invested, how much. like, you know, how much were not paid back. We didn't discuss a lot about how to collect those money.

So, basically, before I came to the United States, we met mainly to discuss about how to resolve this issue and the go with Tim. Tim had an

13:49 option of some kits for shares were some kind or delay paying back indefinitely. Things like that.
13:49 Q. Who came up with the idea of filing a bankruptcy? Who came up with that idea?
13:50 A. I really don't remember who. The focus was on how to collect but I don't remember.
13:50 Q. Okay. Have you spoken to the lenders since the bankruptcy was filed to discuss with them the filing of the bankruptcy --
13:50 (Internet Disconnected Interpreter)
13:51 THE COURT REPORTER: We lost Jennifer.
13:51 MS. LINDAUER: Okay. Did you hear the last question? I don't know if Jennifer got to translate that. Jennifer?
13:51 THE WITNESS: "Hello", "Hello".
13:51 MS. LINDAUER: I don't see Jennifer on the list any longer.
13:51 THE COURT REPORTER: No, she's not.
13:51 MS. LINDAUER: I think we lost Jennifer. I don't know what happened to her. Apparently she dropped off.
13:54 THE INTERPRETER: Hello? Sorry. Okay. Where did we leave off?
13:54 MS. LINDAUER: Okay. Can you read the last question back?

13:54 (The requested portion of the record was read back.)
13:55 A. Yes. There is a group but I left Beijing in February, so there were questions I can -- I didn't communicate too much.
13:55 MS. LINDAUER: So, he hasn't spoken with the group since February; is that correct?
13:56 A. I didn't meet with them, but through WeChat, I talked to Lijun, Gaofei.
13:56 THE INTERPRETER: Lijun, spelling L-I-J-U-N, and Gaofei is spelled as G-A-O-F-E-I. Interpreter spelling.
13:56 Q (By Ms. Lindauer) Okay. And did you have any involvement, Mr. Jiang, in the signing of the bankruptcy petitions?
13:56 A. No, I was not in that group.
13:56 Q. And how did your wife sign the bankruptcy petition she signed?
13:57 A. I wasn't there, my wife signed.
13:57 Q. All right. So you don't know how she signed?
13:57 A. I do not know how -- I do not know how she signed. I was in the United States.
13:57 Q. Have you told any of the lenders that they should be loyal to Mr. Fu?
13:57 MR. RIDULFO: Objection to the form. You

may answer.
A. I don't understand your question with regard to loyal. What do you mean by that?
Q (By Ms. Lindauer) Well, did you ask them to take the directions that Mr. Fu might be giving to them?
A. I will represent myself, my intent -- intention, and maybe when I'm in the United States, I can express the intention of Lijun.
THE INTERPRETER: L-I-J-U-N. Interpreter spelling.
A. I will not be directed by anybody else.
Q (By Ms. Lindauer) Okay. And does Mr. Fu owe you any money right now, Mr. Jiang?
A. Yes.
Q. How much?
A. About 2 million.
Q. Does that 2 million have anything to do with the Wall entities?
A. So, Michael Fu is an agent. So, I've been helping Michael. You know, Michael Fu is trying to sell houses and I was helping Michael Fu to get customers. Michael Fu will rebate me some commission. So, he didn't pay me. Plus, I loan him money to him personally.
MS. LINDAUER: Okay. How much is he owed

for rebates and commissions?
A. I can't tell you the exact amount, but I can look up in my cell phone if you want me to look it up.
MS. LINDAUER: Yes. Well, I'll tell you what, we'll look it up in just a minute. Let's keep going, and then we'll come back and he can look it up.
How much did he loan -- I'm sorry. Go ahead.
And how much did he loan him personally?
A. Roughly, approximately, about $500,000. 500,000. But -- and he promised to pay interest, too. For exact number, I have to look it up.
Q. Okay. So, where did -- how did you give the money to Mr. Fu? Did you transfer it from China?
A. He owes me in China.
Q. So he gave the money to Mr. Fu in China?
A. Correct.
MS. LINDAUER: Okay. And are Mr. Fu and he partners in any deals?
MR. RIDULFO: Objection to the form. You may answer.
A. What do you mean by that?
Q (By Ms. Lindauer) Well, do you have an ownership interest in any of Mr. Fu's projects?
A. No. Absolutely not. I'm only a lender.

Q. And the projects that Mr. Fu owes you commissions on, are any of those Wall projects?

A. Not Wall's. Michael Fu introduced helping people buy houses in the United States. There are many houses to be purchased in the United States, not just Michael Wall's houses.

Q. So, these additional projects don't have anything to do with the Wall projects?

A. No relations.

Q. Okay. And, approximately, how much money, Mr. Jiang, does your family have invested in the United States, at this time?

A. I don't know exact number but I did purchase the houses in Florida. I purchased about four houses in Orlando.

Q. Okay. And whose name are those houses under right now?

MR. RIDULFO: I'm going to object. Hold on, please. I think we're getting a little off topic here because I don't see the relevance.

MS. LINDAUER: Let me -- let me circle back.

Q (By Ms. Lindauer) Do the four houses in Orlando, Mr. Jiang, have anything to do with Michael Fu?

A. Yes.

Q. Any other projects with Mr. Fu?
MR. RIDULFO: Objection to the form of the question.
A. What do you mean?
Q (By Ms. Lindauer) Well, you mentioned the Orlando and you mentioned the Wall projects and then you mentioned, I think, the Barton projects. Are there any other projects that you have with Mr. Fu?
A. That's it.
Q. Okay.
A. What other projects?
Q. All right. And just to be clear, you're at -- whose house are you at right now?
A. I'm staying at Michael Fu's house because of this deposition. That's why I'm staying here.
Q. Okay. And the computer you're using, is that Mr. Fu's computer?
A. This is my computer. But I don't know -- I don't read English, and so Michael Fu registered for me.
Q. And did you have any involvement, Mr. Jiang, in the lawsuit that Mr. Fu filed against Wall 007 and Wall 009?
A. I don't understand, you know, with regards to the bankruptcy case?
Q. No. There was a lawsuit -- go ahead, I'm

sorry.
A. All lenders were involved.
Q. How do you know all lenders were involved?
A. Because there is a WeChat group, my wife is part of that group, so she told me.
Q. Okay. So, there's a WeChat -- it's the WeChat group that you're referring to, correct?
A. Correct.
Q. Are you aware that the Wall entities attempted to send money back to certain of the lenders? Are you aware of that fact?
A. I don't know about it.
Q. Okay. And do you know if your wife provided information about the accounts that she transferred money from in China, so that the Wall entities would have that information?
A. You need to call my wife because she has the -- I didn't do it.
Q. Did you communicate to Steve Wall that if he could get you $3 million and if he could get Mr. Fu $2 million, you would drop or be involved in dropping the bankruptcy case?
MR. RIDULFO: I'm going to object -- hold on. Give me a minute to object.
MS. LINDAUER: Sure.

MR. RIDULFO: I don't know -- hold on a minute, please. I don't know whether those discussions are protected by Rule 408 of the Federal Rules of Civil Procedure. I don't know the context of those discussions. I just want to put that on the record --

MS. LINDAUER: Sure.

MR. RIDULFO: -- that those discussions, they are privileged.

MS. LINDAUER: Well, I'm assuming that the lawyers don't know anything about those discussions because they didn't come through the lawyers. So, the -- yeah.

MR. RIDULFO: Well, I don't think you've established that. That's why I'm raising the objection.

MS. LINDAUER: Okay. Well, then, let's break it down.

Q (By Ms. Lindauer) Mr. Jiang, did you and Mr. Fu discuss trying to settle the bankruptcy case with Mr. Wall?

A. Yes, I did it with Steve Wall.

Q. Okay. And when did that take place?

A. Let me think about it. I think we met at the beginning of June.

Q. Okay. And who was present besides you and Mr. Fu? Was there anyone else present? Was Mr. Wall

present also?

A. So, five people. Me, Jack, Michael Fu, Steve Wall and Mike.

Q. And who's Mike?

A. My Texas friend whose name is Mike. My California friend whose name is Jack, like what I said before.

Q. Does he know their full names?

A. Jack Wu in California. Mike Yao in Texas.

Q. And what was the proposal that was discussed?

A. Because the Barton one-sidedly stopped coming occasionally with us -- with me. So my hope was to come weigh this proposal through Steve Wall, which is 3 million, pays me back the principal and the interest, I will back out the bankruptcy lawsuit.

Q. Was that the entire proposal?

A. Yeah. That's the entire content of the proposal.

Q. Was Mr. Fu to get any money as part of that proposal?

A. No, because I'm not a friend of Michael Fu. I treat Michael Fu, Steve Wall, Tim Barton as the group because I did business with them. I treat them as one group.

MS. LINDAUER: Can you explain what he

means by he treats them as one group?

A. Well, when we decided to invest in the United States, I was introduced to Steve Wall who introduced Tim Barton. So, I consider them -- three of them are together in the group.

MS. LINDAUER: Okay. So, he mentioned Steve Wall, he mentioned Tim Barton. Does Michael Fu fit into that group?

A. I don't know what Michael Fu has anythings to do with those two or not but I was introduced to those two by Michael Fu.

Q. And just to be clear, your wife made loans to the Wall entities; is that correct?

MR. RIDULFO: Objection. That's been asked and answered. I'm not having him answer that question again. You've asked it at least six times, Joyce.

MS. LINDAUER: Well, he said invest, so that's why I wanted to clarify that, because he did use the word "invest," so I don't know what he means by that.

MR. RIDULFO: Well, you can ask him what he means by that, but I'm not going to have you ask him a seventh different time how his wife put money into this deal.

MS. LINDAUER: Okay.
MR. RIDULFO: I think we should be about wrapping up.
MS. LINDAUER: I think we're close.
Q (By Ms. Lindauer) Mr. Jiang, did you have anything to do with Steve Wall and $25 million that was to be provided at a casino; do you remember that incident?
MR. RIDULFO: Objection to the form and relevancy, but you can answer.
A. I don't even understand the question.
MS. LINDAUER: Okay. So, he had nothing to do with Steve Wall and $25 million at a casino in Las Vegas; is that correct?
MR. RIDULFO: Objection, that's a mischaracterization of his testimony. All I heard the witness say was he doesn't understand the question.
MS. LINDAUER: Okay. And that's why I repeated it for him.
MR. RIDULFO: You didn't repeat it, you asked him a couple of different questions. I think he just doesn't understand the question.
MS. LINDAUER: Okay. Let me ask it again a different way.
Q (By Ms. Lindauer) Did you have anything to do,

Mr. Jiang, with picking up cash in Las Vegas in the amount of $25 million?

MR. RIDULFO: Objection, but you can answer.

A. I have never heard of such a thing.

MS. LINDAUER: Okay. We'll pass the witness at this time.

MR. RIDULFO: I have no questions and we'll reserve.

MR. OU: I don't have any questions.

MR. PACKMAN: No questions.

MS. LINDAUER: All right. Michael, we want to talk about -- we don't know what to do about this communication issue that's going on with this deposition but --

MR. RIDULFO: Well, wait a minute. Let's go ahead and excuse the witness. I also have a question for Jennifer, but we can come back to that in a second.

MS. LINDAUER: Sure. Okay. What we'd like to do is talk about possibly rescheduling Mr. Jiang in the next day or so and try to figure out a better situation than these constant breaks every other question, so, I don't know if that's possible or not. I know he's leaving the United States.

So, I think what we'd like to do, though,

is reserve the right to recall him in the next couple of days for about an hour if we need to before he leaves, just to be able to ask him a few more questions when we got breaks in these questions. So, I'd like to reserve the right to do that.

MR. RIDULFO: Well, I'm not agreeing to that. I think it's been -- I admit it's been cumbersome but I think he answered all your questions but I'm happy to discuss that with my clients off-line.

MS. LINDAUER: All right. So -- and if we need to do it, we'll do it in the next day or so. And it will be -- and hopefully, we can get him in a place that's better than what's happened here. And what raises my next question, is Mr. Fu going to be on the same computer with the same set up that we've got with Mr. Jiang?

MR. RIDULFO: I don't know. I talked to him on our break and he was looking into that, but I also think his plan was to also dial-in. So, I'll just have to talk to him about that. I don't know whether he's going to be on a different computer or the same computer. I don't know.

MS. LINDAUER: Okay. All right. Well, why don't we come back then at 2:45, and you can straighten that out with him and let's see where he's

going to be. Because if it's the same setup, we got to do something different.

MR. RIDULFO: Is Jennifer still on there?

MS. LINDAUER: I believe so.

MR. RIDULFO: Yeah. Jennifer, what was happening on your end when you got disconnected a couple of times?

THE INTERPRETER: Okay. So, I completely messed up the notification. I saw one deposition notice which is 1:00 o'clock. So, the entire time, I was on my way to the Corporate office address. And my agent -- you know, the agent that hired me called me and says that it starts at 10:00, and I didn't even know it was at 10:00. So, I ended up doing it in my car. So, you know, I have to get out of the way, and because I was noisy, all the trucks and going by, so I was noisy.

And then while we were on -- during a break, I was trying to get into a quieter place, and then that's when you moved things -- move around because I was on the cell phone --

MR. RIDULFO: Okay.

THE INTERPRETER: -- when I was moving around, and then things got choppy and cut off.

MR. RIDULFO: All right. That's what I didn't understand. I was just trying to understand. I

appreciate that.

It's 2:25. I would suggest let's come back in 30 minutes, Joyce, I wanted to see if I can work through these issues with my clients.

MS. LINDAUER: Okay. My understanding is Mr. Fu does not need a translator.

MR. RIDULFO: No. Actually he prefers to have a translator since English is not his first language. I will talk to him as well when I talk to him.

MS. LINDAUER: Okay. That's fine.

MR. RIDULFO: Thanks. We're adjourned.

(Proceedings concluded at 2:25 p.m.)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: WALL007 LLC, ET AL)
ALLEGED DEBTORS,)
)
)CASE NO.2031131-HDH7
)(JOINTLY ADMINISTERED)
)
)CHAPTER 7

*****************************************************

REPORTER'S CERTIFICATION OF THE
INTERPRETED/VIDEOCONFERENCING DEPOSITION OF
HAIBO JIANG
JUNE 29, 2020

*********************************************************

I, Cindi L. Bench, a Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, Haibo Jiang, was duly sworn remotely, through the interpreter, by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(f)(i) that the signature of the deponent:

_______was requested by the deponent or a party before the completion of the deposition and that the signature is to be before any notary public and returned within 30 days from the date of receipt of the transcript. If returned, the attached Changes and Signature Page contains any changes and the reasons

therefore;

XXX___was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me on this, the ________day of ______________________, 2020.

______________________________
Cindi L. Bench, CSR
Texas CSR 752
Expiration: 06/30/21
Dickman Davenport, Inc.
4228 North Central Expressway,
Suite 101
Dallas, Texas 75206
214.855.5100
Registration Firm No.312

**A**

**a.m** 1:18
**A/K/A** 2:7 3:4
**able** 6:3 20:10,14 56:1 72:3
**above-styled** 1:17
**Absolutely** 63:25
**account** 16:8,8,8 16:9,12,12,16 16:17 33:4,7
**accounts** 18:14 66:14
**acknowledge** 5:4 5:6
**action** 76:6,8
**additional** 64:7
**address** 9:1 10:6 73:11
**addresses** 9:2
**adjourn** 56:17
**adjourned** 74:12
**administer** 5:8
**administered** 1:5 5:7 75:5
**admit** 72:7
**agent** 62:19 73:11,12
**ago** 34:25 58:23 58:25
**agree** 5:17,19 9:7
**agreeing** 72:6
**agreement** 5:13 5:14 7:4
**ahead** 7:1 24:2,8 46:7 47:25 49:3 50:23 51:1 58:2 63:8 65:25 71:17
**AL** 1:3 75:3
**ALLEGED** 1:3 75:3
**amount** 63:2 71:2
**and/or** 28:14
**angela@mcmu...** 2:24
**answer** 19:18 28:23 32:6 35:24 41:12 43:7 44:23 46:5 46:8,9 47:20,23 54:8 59:13 62:1 63:21 69:15 70:10 71:4
**answered** 55:22 69:15 72:8
**answering** 59:14
**anybody** 22:11 47:17 62:11
**anythings** 69:9
**anytime** 27:2
**anyway** 11:11
**apologize** 28:3
**apparently** 28:17 29:1 60:20
**appearance** 8:10 9:3,11,15
**APPEARANC...** 2:1
**Apple** 40:4
**applied** 21:17
**applying** 26:21
**appreciate** 74:1
**approximate** 19:16,19
**approximately** 63:10 64:10
**April** 23:12
**Arch** 2:15
**Archer** 2:14
**areas** 6:7
**argue** 29:21 54:21
**Arlington** 40:3
**arrangement** 5:8 5:11
**arrived** 23:11
**asked** 10:3 31:20 37:12 39:9 42:6 47:18 48:3,6 54:15,18 55:14 69:15,16 70:21
**asking** 25:12 36:12 38:8 39:13 59:7
**associate** 43:8,9
**associated** 43:3
**assuming** 67:9
**attached** 1:24 75:24
**attempted** 66:9
**attend** 52:5
**attorney** 2:4 11:2 11:4 47:19,20 47:21 48:5,7,9 48:10,16 52:24 53:5
**attorney/client** 48:2
**attorneys** 5:3 76:6
**audio** 12:10 18:4 33:11 39:1
**August** 20:7
**authorize** 45:5,7 45:9
**aware** 66:9,11

**B**

**B-A-O** 24:1
**back** 15:17 17:11 17:12,17 20:13 20:15,21 22:7 23:6,8 25:25 31:20 33:11,15 33:25 35:6,9 37:7,11 38:11 39:6,9,11 40:12 41:3,6 42:5 44:7 45:3 48:9 49:8,10 51:8,10 53:24 55:10,12 55:14,16,19 57:20,23 59:5 59:21 60:2,25 61:2 63:6 64:22 66:10 68:14,15 71:18 72:24 74:3
**background** 28:8 28:17,19
**bank** 18:14 33:4 33:7 45:12,25
**bankruptcy** 1:1 46:14 53:5,7,14 53:17 59:17 60:4,8,9 61:14 61:17 65:24 66:22 67:18 68:15 75:1
**Bao** 23:24 24:1,4 24:9,10
**bar** 50:20 51:2,24 52:11,11,16,18
**barking** 51:17
**Barton** 42:8 44:19 49:15,15 49:16,25 50:3 50:16 52:4 65:7 68:11,22 69:4,7
**Barton's** 41:19
**based** 11:1
**basic** 10:24
**basically** 59:23
**beginning** 67:23
**behalf** 45:6,8,10
**behavior** 49:18
**Beijing** 14:15 26:8 35:14,15 58:22 61:3
**believe** 6:17 32:5 42:19 49:18 73:4
**belong** 19:11
**belonged** 46:11
**belongs** 19:5,7,9
**Bench** 1:19 75:11 76:13
**best** 54:12
**better** 71:21 72:13
**big** 19:25
**bit** 6:12
**book** 20:5
**booked** 20:6
**bottom** 12:21
**break** 16:10 33:14 56:18,22 67:16 72:18 73:18
**breaks** 46:21,24 47:3 71:22 72:4
**briefly** 21:19 22:13
**bring** 57:2,6,9
**bringing** 11:18
**brought** 57:4,11 58:18
**Bureau** 27:5
**business** 24:5,13 25:2 26:14 36:14 68:23
**buy** 52:1 64:4

**C**

**C-H-U** 15:25,25
**calculate** 23:12
**California** 14:2 51:23 52:21 68:6,9
**call** 7:1 12:15 17:20 20:20,23 46:13 57:8 66:17
**call-in** 12:25
**called** 32:11 36:3 36:6,13,18 40:3 73:12
**car** 73:14
**card** 30:9
**case** 1:4 46:14 53:5,8,14,17 65:24 66:22 67:18 75:4
**cash** 57:2,4,6,9 57:11 58:18

71:1
**casino** 70:7,13
**Casting** 24:25,25
**category** 12:24
**cause** 1:18
**Cedaville** 38:23 39:15 40:9,14 40:17,24 41:6 45:1
**cell** 12:14 18:3 63:3 73:20
**Central** 76:15
**certain** 66:10
**CERTIFICAT...** 75:8
**Certified** 1:19 75:11 76:9
**certify** 75:12,18 76:4
**changes** 75:24,25
**CHAPTER** 1:6 75:6
**characterization** 29:5 54:24
**characterizing** 29:18
**charge** 30:6
**chase** 18:20
**check** 12:12
**checking** 8:20
**Chen** 2:18
**children** 14:19
**China** 19:4 21:18 22:14,20 23:18 27:2,8,16,19 30:22,23,25 31:3,7,13 32:12 38:15 40:20 44:15 45:12,25 63:14,15,16 66:15
**China's** 31:9
**Chinese** 3:5 11:22 21:6,6 27:23 28:5,14 40:2,3 42:25 47:7
**choppy** 73:23
**Chu** 15:23
**cigar** 50:6,6,20 51:2,23 52:10 52:11,16,17
**Cindi** 1:19 55:13 75:11 76:13
**circle** 55:25 64:21
**city** 23:25
**Civil** 1:23 67:3
**claim** 47:10 49:14 53:14
**claiming** 47:10
**claims** 32:11
**clarify** 29:22 39:20 69:19
**clear** 7:10 11:7 19:1 31:1 34:10 47:9 52:23 56:6 65:12 69:12
**clearly** 16:18
**click** 12:23
**clients** 72:9 74:4
**close** 70:4
**closed** 11:20
**closer** 56:2
**code** 17:23,25 36:10,11
**Coleman** 2:9
**collect** 44:15 59:5 59:22 60:6
**collected** 59:5
**combined** 19:20
**come** 10:4 18:13 20:13,15 22:14 33:6 34:20 53:24 59:6,7 63:6 67:11 68:12 71:18 72:24 74:2
**coming** 33:4 51:23 68:11
**commission** 62:22
**commissions** 63:1 64:2
**communicate** 49:22 61:5 66:19
**communicated** 47:19 49:21
**communicating** 54:13
**communication** 71:14
**companies** 29:9
**company** 16:8 23:19,20 24:13 25:21 26:4,11 26:14,15,15,16 26:17,19,20,21 36:6,7,13,16,18 36:21 37:25 38:6 47:12
**completely** 73:8
**completion** 75:21 76:3
**computer** 10:3 65:16,17,18 72:15,21,22
**computerized** 1:21
**concern** 49:20
**concerned** 52:8 54:17
**concerns** 54:3,7
**concluded** 74:13
**conference** 34:25 35:1,12
**Conferencing** 2:4 2:9 3:4,5
**confirm** 9:21
**connection** 26:2 45:13 46:25
**connection's** 11:7 46:23
**consent** 5:11
**consider** 69:4
**constant** 71:22
**contact** 51:20
**contains** 75:25
**content** 68:17
**context** 67:4
**continue** 31:18
**CONTINUED** 3:1
**contrary** 28:18
**conversation** 38:3
**cooperative** 6:20
**copy** 6:16,23
**Corona** 20:5
**Corp** 24:11
**corporate** 29:14 73:11
**Corporation** 36:6 36:8,13,15 44:1
**correct** 7:6,7,8,12 7:13 14:9 15:25 16:4 19:2,8 21:9 24:16,21 30:20 31:4,5 40:6,7,21,22 42:10 43:18 51:2 52:25 55:21 61:7 63:17 66:7,8 69:13 70:14
**cough** 50:19
**coughs** 50:19
**counsel** 5:11,18 7:10,17,20 8:22 9:10,13 55:7 76:4
**couple** 5:25 70:21 72:1 73:6
**court** 1:1 5:2,9 8:25 9:7 10:14 11:3 15:3 19:17 46:18 48:11 49:6 51:16 55:2 56:20,23 57:25 58:3,11 60:11 60:18 75:1
**COVID-19** 5:10
**creditor** 46:13
**Creditors** 2:12 8:7,23
**CSR** 76:13,13
**cumbersome** 72:7
**currency** 30:21 31:9
**current** 20:16 21:2,3 23:2
**customers** 62:21
**cut** 17:16 73:23

**D**

**Dallas** 1:2 2:5 7:21 50:6 75:2 76:16
**date** 22:23 75:23
**dated** 6:10
**Davenport** 76:14
**day** 1:18 51:14 51:19,19 52:11 71:21 72:11 76:9
**days** 14:17 20:6 72:2 75:23
**deal** 69:25
**deals** 63:19
**DEBTORS** 1:3 75:3
**decided** 69:2
**declared** 57:5
**delay** 60:1
**delivered** 13:7
**denied** 28:17
**deponent** 2:7 75:19,20 76:2
**deponents** 5:19
**depose** 5:23
**deposition** 1:9,14 5:3,5,6 11:6,15 11:24,25 12:4,5 47:6,16,18

48:17 65:15 71:15 73:9 75:8 75:16,21 76:3
**depositions** 6:17 7:5,11 52:24
**deputy** 26:5,7
**describe** 21:19 27:22
**described** 28:13
**DESCRIPTION** 4:8
**developing** 26:8
**dial** 12:20,20 17:23,24 35:6
**dial-in** 72:19
**dials** 17:17 18:2
**Dickman** 76:14
**dictionary** 24:23
**difference** 19:3,3
**different** 28:15 42:18 69:24 70:21,24 72:21 73:2
**Ding** 36:18,22
**directed** 62:11
**directions** 62:5
**directly** 27:13
**Disaster** 5:10
**disconnected** 9:23 12:6 13:4 15:13 17:5 20:18 21:21 23:4 25:23 27:24 31:16 33:8 35:2 37:5 38:25 41:25 44:2 46:15 49:4 51:3 53:18 57:13 58:10 60:10 73:6
**discuss** 59:8,9,21 59:24 60:8 67:18 72:9
**discussed** 68:10
**discussions** 59:19 67:2,5,7 67:10
**DISTRICT** 1:1 75:1
**DIVISION** 1:2 75:2
**documents** 22:21
**dog** 51:17
**doing** 15:16 18:18 50:2 52:7 73:14
**door** 11:20
**drill** 39:4
**drop** 55:4,5 66:21
**dropped** 52:15 52:17 60:21
**dropping** 66:21
**drops** 54:5,8,8,9 54:19 55:2
**duly** 1:16 10:17 75:14
**duties** 26:7

**E**

**E-L-B-E-R-T** 7:25
**e-mail** 2:6,11,16 2:20 9:3
**earlier** 22:17
**easier** 9:4
**eating** 56:14
**either** 24:9
**Elbert** 7:25
**else's** 16:17 34:11
**Email** 2:24
**embassy** 22:22
**Emergency** 5:9
**employed** 76:5
**ended** 73:14
**English** 6:2 10:22 11:11 27:12 38:22 43:1 49:13 65:19 74:8
**entire** 68:16,17 73:10
**entities** 1:16 2:3 7:20 9:13 28:15 29:2 30:2,8,12 30:16 58:21 59:10 62:18 66:9,15 69:13
**ENTITIES(TR...** 2:21
**entity** 25:13 32:11 36:3 47:9
**enumerate** 50:22
**equates** 19:20
**establish** 28:17
**established** 67:14
**estate** 35:1,12
**ET** 1:3 75:3
**everybody** 12:13 33:25
**evidence** 32:6
**exact** 16:22 63:2 63:12 64:13
**Examination** 4:4 10:19
**exchanged** 6:16 6:23
**excuse** 44:22 71:17
**executed** 6:9
**exhibit** 4:8 7:1,3 43:11,12,21,21 43:22,22 50:8,9
**Exhibits** 4:6 5:15
**expecting** 53:16
**Expiration** 76:14
**explain** 13:13 22:13 34:4 51:14,18 68:25
**express** 62:8
**Expressway** 76:15
**eye** 52:1
**eyes** 51:20 52:2

**F**

**F-U** 34:24
**face** 51:21
**fact** 59:9 66:11
**fair** 25:19 29:2
**familiar** 44:11
**family** 16:2 19:6 19:24,24,25 23:19 25:2,13 25:21 26:11 29:10 30:2 35:17 64:11
**family's** 26:4,15 26:15
**far** 16:15 58:17
**father** 26:17 28:5 28:22 29:3,8
**father's** 15:4,8 28:25 34:2 45:14,15 46:2,3
**faulty** 39:23
**FBI** 50:11
**February** 61:4,7
**Federal** 1:23 67:3
**fever** 50:19
**figure** 19:16 71:21
**file** 12:24
**filed** 59:9 60:8 65:21
**filing** 59:17 60:3 60:8
**fIN** 1:1
**Finance** 36:3
**finances** 19:5
**financially** 76:7
**find** 22:16 29:2
**fine** 8:15 9:5 45:24 50:25 74:11
**finish** 56:18
**Firm** 76:17
**first** 5:9 6:2 10:17 22:21 38:21,22 39:14,21 40:7 40:14 41:15 74:8
**fit** 69:8
**five** 15:17 26:24 34:25 68:2
**Floor** 2:10,15
**Florida** 64:14
**focus** 60:5
**focused** 26:8
**following** 5:1 75:13
**follows** 10:18
**Fondren** 24:20
**Fondren(sp.ph** 24:16
**foreign** 30:21 31:9
**foreigner** 49:23
**form** 32:5 35:19 35:23 41:11 44:22,23 45:16 45:17,20,21 46:4,5 50:21 59:12 61:25 63:20 65:2 70:9
**four** 23:13 26:24 58:24 64:14,23
**FRCP** 75:18
**friend** 14:1,3,4,7 14:8,10 17:3,4 18:11 34:3 68:5 68:6,21
**friend's** 13:24 14:6 16:9 30:24 31:2
**friends** 14:2,2 51:23 52:12,15 52:16,20
**Fu** 2:7,8 3:4 7:10 9:22 10:4 14:7 14:8 16:2 27:18 27:22 28:12 34:21,24 35:13 35:16,18,22 37:1,3,15,18

43:3,8,21 45:5 45:7,9 49:21 52:14,15,17 56:3,10,12 59:9 61:24 62:5,12 62:19,20,21,22 63:14,16,18 64:1,3,24 65:1 65:8,19,21 66:20 67:17,25 68:2,19,21,22 69:7,9,11 72:14 74:6
**Fu's** 10:9,12 63:24 65:14,17
**Fu(Via** 3:4
**full** 13:16 68:8
**further** 5:6 28:24 75:18 76:4,7

**G**

**G-A-O-F-E-I** 61:11
**Gaofei** 61:9,11
**general** 26:5,7
**gentleman** 5:23
**gentleman's** 28:13
**getting** 28:9 47:5 48:2 51:21 64:19
**give** 13:1,12 17:19 19:16,19 24:23 25:6 55:24 63:13 66:24
**given** 16:2 31:13 75:17
**giving** 62:5
**GM** 32:15
**GMC** 18:23
**GMG** 32:16,17
**GMT** 32:16,17 32:21 33:1
**go** 6:21,21,25 13:2 22:20,23 24:2,8 28:23 43:15,23,23 46:7 47:25 49:3 50:23 57:11 58:2 59:25 63:7 65:25 71:17
**goes** 23:10 58:18
**going** 6:10 15:18 20:9,22,23 22:16 25:14 28:23 29:20 32:5 38:8 44:5 54:1 56:10,13 63:6 64:18 66:23 69:23 71:14 72:14,21 73:1,16
**good** 5:21 7:9,23 8:24 15:16 33:17,24 37:15 37:18 46:23,25 56:25
**government** 27:8 28:6
**grab** 56:14
**Green** 3:5 5:20 5:21 14:25 17:6 18:10 19:18 33:22
**Greiner** 2:14
**group** 19:6 23:19 61:3,7,16 66:4 66:5,7 68:22,24 69:1,5,8
**guess** 23:7

**H**

**H-U-A-N-G** 15:10
**H-U-I** 15:10
**Haddonfield** 8:3
**Haibo** 1:10,14 4:3 10:16 13:17 56:9 75:9,14
**HAIDO** 2:7
**handle** 34:18
**handled** 16:18 17:1 18:17 30:5
**handles** 19:5
**handling** 12:14
**hang** 12:19 44:6
**Haoqiang** 2:7 3:4
**happened** 51:14 51:18 60:20 72:13
**happening** 46:22 73:6
**happy** 72:8
**harm** 49:18
**He'll** 37:6
**head** 51:21
**health** 36:10
**hear** 5:23 8:14,15 8:18 12:2 17:8 17:14 19:17 21:22 22:6,10 22:17 32:17 33:21 45:19 47:23,25 48:14 58:6,8,16 60:12
**heard** 22:25 27:21 70:16 71:5
**hearing** 36:16 52:18
**held** 33:14 56:22
**hello** 8:13 10:24 22:1,3,3,4 23:9 23:9 28:2,2 31:17 33:9,16 33:16,20 35:7,7 35:8,10,10 37:4 37:8,8 39:7,7 39:12,12,17 42:4,4 44:10,10 46:19,19 49:7,7 51:7,7,13,13 55:11 57:16,16 57:19,24 58:5,5 58:14,14 60:15 60:15,22
**help** 10:4 34:1
**helping** 62:20,21 64:3
**hereto** 1:24
**hired** 73:12
**hold** 64:18 66:23 67:1
**holding** 27:22
**home** 7:25 18:16
**Hong** 33:4,7
**hope** 30:21 68:12
**hopefully** 72:12
**hoping** 49:21
**hot** 51:21
**hotel** 13:23
**hour** 56:3 72:2
**house** 10:9 65:13 65:14
**houses** 62:21 64:4,5,6,14,14 64:16,23
**Houston** 2:10,19 7:25 8:1,23 10:8 11:10
**Huang** 15:8
**Hui** 15:8

**I**

**ID** 30:9,24,24 31:2,2 34:7 45:14 46:2
**idea** 25:6 53:25 60:3,4
**identify** 7:17
**IDs** 34:3,6,16 40:17
**important** 13:7
**Inaudible** 52:13
**incident** 70:8
**include** 26:7
**indefinitely** 60:2
**INDEX** 3:1 4:1
**indicate** 5:13
**indicating** 52:7
**inflammation** 52:2
**information** 66:14,16
**instance** 1:15
**intelligence** 28:14
**intend** 20:12
**intent** 62:6
**intention** 62:7,8
**interest** 18:24 38:12 40:12 44:17 55:20 63:11,24 68:14
**interested** 76:8
**internet** 9:23 12:6 15:13 17:5 20:18 21:21 23:4 25:23 26:2 27:24 31:16 33:8 35:2 37:5 38:25 41:25 44:2 46:15 49:4 51:3 53:18 57:13 58:10 60:10
**interpreted** 11:9
**INTERPRETE...** 1:9,14 75:8
**interpreter** 1:17 5:20,24 6:4 8:13,16 9:19 10:2,7,11,18,23 11:9 12:1 13:3 13:10 15:2,5,5 15:6,9,9,24,24 17:8 21:22 22:1 22:3,7,10,16,25 23:24,25 24:6 24:14,15,19,22 24:25 26:1 27:15 31:18 32:16,20,22 33:9,23 37:4,10 37:23,23 39:19

41:13,14 44:8 45:18,22 48:21 48:22 51:4 58:4 58:8 60:10,22 61:10,12 62:9,9 73:8,22 75:15
**interpreter's** 47:23
**Interpreter(Via** 3:5
**interpreting** 58:4
**interview** 22:22 22:23
**introduce** 27:22 37:3
**introduced** 41:18 64:3 69:3,3,10
**invest** 36:2 57:3 69:2,18,20
**invested** 18:23 25:13 30:18 36:1 47:11 59:20 64:11
**investing** 35:17 35:25 38:9
**investment** 16:3 16:4,5 29:11 36:6,8,13,15,19 36:22 37:16,18 43:25
**investments** 26:10 38:19
**invite** 12:19
**involuntary** 25:9
**involved** 35:17 35:21 36:5 66:2 66:3,21
**involvement** 61:14 65:20
**issue** 59:25 71:14
**issues** 74:4

**J**

**J-I-N** 15:25
**J-I-N-G** 15:6
**Jack** 52:22 68:2,6 68:9
**James** 2:17 8:22
**Jennifer** 3:5 5:20 21:24 22:6,9 23:23 26:4 32:17 44:6 51:17 57:17 58:6,15 60:11 60:13,14,16,19 71:18 73:3,5
**Jersey** 8:3
**Jiang** 1:10,15 2:7 4:3,10,11 7:11 8:11,18 9:17,19 9:25 10:2,7,11 10:16,21 11:5 13:3,15,17 14:11,12 16:1 18:18 20:3 25:2 29:23 30:1 33:15 34:1 35:9 35:16 39:13 42:6 43:16,24 44:7 46:20 50:4 57:1 61:14 62:13 64:11,24 65:20 67:17 70:5 71:1,20 72:16 75:9,14
**Jiang's** 18:14
**Jin** 15:23
**Jing** 15:4
**JMJ** 32:19
**job** 23:18
**jobs** 26:24,25
**join** 12:22 50:24
**Joined** 12:20
**JOINTLY** 1:5 75:5
**Jou** 42:17,18,20
**jou@nguyen-c...** 2:20
**Joyce** 2:4,4 4:9 5:16 7:19 9:2 12:17 17:22 20:23 25:3 28:7 29:5 53:21 56:5 69:17 74:3
**joyce@joycelin...** 2:6
**July** 20:6,6,7,7 20:11
**June** 1:11,18 6:10 11:14,25 12:4 23:13 67:23 75:9

**K**

**Kane** 2:9
**keep** 12:9 63:5
**kind** 26:22 47:15 60:1
**kits** 60:1
**knew** 52:7
**know** 8:11 10:24 11:11,12,16,21 11:22,24 12:4,9 12:11 13:5 16:13,18,22 17:1 18:12,16 19:23 20:8 23:21 27:18,20 30:10 34:19 36:4,21,23 40:23,25 41:23 41:24 42:9,10 42:11,14,20,20 42:21,22 43:1,9 47:12 49:13 50:1,7 53:7,10 53:11,12,25 54:6,16,21 56:4 58:17,17 59:4,7 59:7,20 60:13 60:20 61:20,21 61:21 62:20 64:13 65:18,23 66:3,12,13 67:1 67:2,4,10 68:8 69:9,20 71:13 71:23,24 72:17 72:20,22 73:12 73:13,15
**knows** 16:16 39:4 50:10 53:11
**Kong** 33:4,7
**Kull** 37:25 38:6

**L**

**L** 1:19 75:11 76:13
**L-I-J-U-N** 61:11 62:9
**Land** 36:3
**language** 74:9
**Las** 70:14 71:1
**lawsuit** 59:10 65:21,25 68:15
**lawyer** 5:22 6:2
**lawyers** 6:1,1 67:10,11
**leave** 20:9,10 25:17 60:23
**leaves** 72:2
**leaving** 20:4 71:24
**left** 22:11 46:16 52:9 58:12 61:3
**legal** 2:22 31:7 32:9 33:5
**legally** 30:23,25 31:14 32:3 57:5
**lender** 63:25
**lenders** 58:21 59:17 60:7 61:23 66:2,3,10
**lenses** 51:20
**let's** 16:10 17:9 17:17 23:6 29:21,22 31:1 43:10 48:8 55:23 63:5 67:15 71:16 72:25 74:2
**letter** 4:9 6:10,16 6:23
**lieu** 5:7
**Lijun** 61:9,10 62:8
**limited** 24:11 31:25
**Lindauer** 2:4 4:4 4:9 5:16,16 6:8 6:15,25 7:4,9 7:14,20 8:4,8 8:15,17,21,24 9:5,9,12,21,24 10:5,9,13,20,25 11:13,17,23 12:3,7,11,13,18 13:6,12,21,25 14:25 15:7,11 15:16,19,21 16:1,6,10,15,20 16:23 17:2,6,9 17:12,15,18,24 18:2,7,9,13 19:1,11,14,21 20:1,3,8,12,16 20:19,21,24 21:1,4,7,11,15 21:23 22:2,5,8 22:12,19 23:1,6 23:10,14,17,23 24:2,8,12,18,21 24:24 25:1,4,8 25:19,24 26:3,6 26:9,13,18,23 27:1,14,21 28:1 28:4,11,25 29:7 29:12,15,20,23 30:4,15,19 31:6 31:12,19,24 32:10,18,21,23 33:2,10,13,15 33:17,18,21,22 33:24 34:1,9,23 35:4,9,11,15,21 36:2,14,21,24

37:2,9,11,17,21 38:1,7,18 39:1 39:3,6,8,13,18 39:25 40:16 41:5,8,15,20 42:2,5,6,11,14 43:2,10,13,16 43:20,24 44:4 44:11,14,20,25 45:24 46:7,12 46:20 47:24 48:3,10,13,16 48:19,24 49:2,9 49:14 50:8,13 50:25 51:1,9 52:3,10,21 53:10,13,16,22 54:2,15,25 55:9 55:13,17 56:7 56:12,15,19,25 57:1,10,15,17 57:20,22 58:2,6 58:13,15,20 59:16 60:12,16 60:19,24 61:6 61:13 62:4,12 62:25 63:4,18 63:23 64:21,23 65:5 66:25 67:6 67:9,15,17 68:25 69:6,18 70:1,4,5,12,18 70:23,25 71:6 71:12,19 72:10 72:23 73:4 74:5 74:11
**Lindauer(via** 2:4
**line** 2:13,17,22 25:7
**list** 60:17
**listening** 9:14
**little** 6:12 28:9 55:24 64:19
**LLC** 1:3 75:3
**LLP** 2:18
**loan** 16:4 35:25 38:10 40:10 62:23 63:7,9
**loaning** 35:17,22
**loans** 26:10 38:19 69:12
**located** 7:18
**location** 9:17,25
**Logan** 2:9,14
**long** 18:25 23:2 40:18 58:23
**longer** 60:17
**look** 25:16 47:12 47:12 56:17 63:3,3,5,6,12
**looking** 24:22 72:18
**Lookout** 2:23
**looks** 12:20 39:23 40:5
**lose** 12:7 20:19 21:23 25:22 39:1 46:17,20 46:21 49:5 51:4
**losing** 12:10
**lost** 15:14 22:5 27:25 31:15 33:10 35:3,5 37:6 42:1 44:3 44:4 53:19 57:14 60:11,19
**lot** 59:5,21
**loyal** 61:24 62:3
**lying** 52:8
**Lynn** 42:12,16,17 42:18,18,20,20

**M**

**Mac** 40:4
**machine** 1:21 24:10
**machinery** 24:10 24:10,11
**machining** 24:15
**main** 2:5 7:21 25:11 59:19
**manager** 26:5,7
**Mandarin** 3:5
**manner** 5:12
**March** 23:12,12
**mark** 7:1
**marked** 50:9
**market** 16:7 26:8
**married** 19:23 20:1
**match** 25:9
**McMurry** 2:22 9:12
**McMurry(Via** 2:22
**mean** 31:23 44:24 46:9 54:16 62:3 63:22 65:4
**means** 69:1,20,23
**mechanical** 24:9
**meet** 34:20,23 36:24 38:13 40:1 48:4,4,7 50:17,19 51:15 51:19,22 61:8
**meeting** 35:16 48:6 52:4 58:22 59:2
**members** 16:2
**memory** 39:23
**mentioned** 16:24 17:2 42:8 65:5 65:6,7 69:6,7
**mentions** 26:13
**messages** 47:8
**messed** 73:9
**met** 34:25 35:13 37:16 38:15 39:21,23 40:2,5 40:7 43:4 59:3 59:16,18,24 67:22
**Michael** 2:7,9 3:4 4:9 9:22 10:12 14:7 27:18,22 34:21,24 37:1,2 37:15,18 43:3,8 45:5,7,9 48:18 49:21 52:12,14 52:15,17 53:1 54:4 56:10,12 62:19,20,20,21 62:22 64:3,6,24 65:14,19 68:2 68:21,22 69:7,9 69:11 71:12
**middle** 54:8,9
**Mike** 5:18,22 7:24 12:24 13:1 15:17 17:19 20:24 28:7 32:4 52:22 68:3,4,5 68:9
**million** 19:20,21 19:22 32:11,13 33:3,4 40:25 41:1 44:16,17 62:16,17 66:20 66:21 68:14 70:6,13 71:2
**mine** 52:16
**minute** 63:5 66:24 67:2 71:16
**minutes** 15:17 54:3 55:25 56:14 74:3
**mischaracteriz...** 70:16
**money** 16:2,5,7 16:11,13,16,20 16:24,25 17:3 18:11,13,17,21 18:21,22 19:2,2 19:5,5,7,9,13 19:14,24 23:15 29:1,8 30:2,8 30:10,12,14,16 30:18,22,25 31:3,7 32:12,14 32:15,25 33:1 34:3,5,7,10,11 34:11,13,14,17 35:22,25 38:10 40:10,13,23 41:3,6,9,17,21 44:21 45:1,2,2 45:13,15,15 46:1,2,3,11 53:17 57:11 59:22 62:13,23 63:14,16 64:10 66:10,15 68:19 69:24
**months** 23:13 58:24,25
**morning** 5:21 6:17,23 7:6,23
**mother** 16:24 19:9 34:14
**mother's** 15:23 16:8
**mother-in-law** 46:11
**move** 73:19
**moved** 73:19
**moving** 73:22
**mridulfo@krcl...** 2:11
**multiple** 6:7 20:6 34:13

**N**

**N-I-N-G** 15:6
**name** 5:13,22 7:23,24 13:16 14:11,23 15:4,8 15:22,23 16:12 16:14 17:3,7 18:10 23:21,22 23:23,25 37:24 39:15 40:2 64:16 68:5,6
**named** 38:6

42:12 52:21,22
**names** 14:22 15:1 15:12 25:11 42:25 43:1 68:8
**National** 27:5
**necessarily** 54:10
**need** 8:25 9:2 10:14 11:4 15:3 22:21 36:9 46:5 53:25 54:21 66:17 72:2,11 74:6
**needed** 13:11
**needs** 48:14
**neither** 76:4
**never** 27:6,17,21 35:25 44:13 54:7,8 55:5 71:5
**New** 8:3
**Nguyen** 2:18
**Ning** 15:4
**NO.2031131-H...** 1:4 75:4
**No.312** 76:17
**noisy** 73:16,16
**non-involuntary** 25:10
**normal** 21:17
**normally** 13:23 51:19
**North** 76:15
**NORTHERN** 1:1 75:1
**notary** 75:22
**notes** 56:18
**notice** 73:9
**notification** 73:9
**noting** 55:2
**number** 6:1 12:16,18,19 13:1,1 16:22 17:19 19:19 47:7 63:12 64:13
**numbered** 1:17

**O**

**o'clock** 53:24 73:10
**oath** 5:1,7,8
**object** 28:20 32:5 43:6 46:5 64:18 66:23,24
**objection** 29:4,5 35:19,23 41:11 43:6 44:22,23 45:16,17,19,20 46:4,8 50:21 54:23 55:7 59:12 61:25 63:20 65:2 67:14 69:14 70:9,15 71:3
**objections** 5:12 6:3 50:22
**occasionally** 68:12
**October** 39:24 40:1
**off-line** 72:9
**office** 73:11
**officer** 27:11,19 75:15
**Oh** 12:23 17:16 44:4 47:24
**okay** 5:23 6:5,21 6:25 7:14 8:11 8:16 10:5,25 11:5,13,23 12:25 13:1,12 13:15,21,25 14:4,8,11,22 15:7,16,19,21 15:25 16:1,10 16:20,23 17:2,9 17:15,18 18:1,7 18:9,13,22 19:7 20:12,24 21:1,4 21:7,11,16,19 22:8,19 23:1,6 23:24 24:8,12 24:18,20 25:1 26:1,3,6,9,18 27:1,7,10,14,18 28:1 29:12,25 30:7,11,19 31:6 31:12,19 32:10 32:20,23 33:2,6 33:13,17,24,24 34:9,16 35:4,11 35:15 36:5,12 36:24 37:2,9,17 37:21 38:1,13 38:16,18,24 39:3,25 40:5,9 40:16,20,23 41:2,8 42:2,5 42:11,21,24 43:2,19 44:8,20 45:9 47:14,21 48:19 49:8,14 49:25 51:8,18 52:3,23 53:7,10 53:13 56:4,5,13 56:15,19,20,23 57:6,10,15,22 58:13,20 59:1 59:16 60:7,12 60:22,24 61:13 62:12,25 63:13 63:18 64:10,16 65:10,16 66:6 66:13 67:15,21 67:24 69:6 70:1 70:12,18,23 71:6,19 72:23 73:8,21 74:5,11
**old** 54:18
**once** 11:5 58:19
**one's** 54:6,6
**one-sidedly** 68:11
**option** 60:1
**oral** 75:16
**order** 5:10 34:3 34:16 40:17 57:3
**original** 44:25
**Orlando** 64:15 64:24 65:6
**Ou** 8:6,22,22 9:9 71:10
**Ou(Via** 2:17
**outcome** 76:8
**outside** 31:13,25
**overseas** 31:11
**owe** 30:14 62:12
**owed** 30:12 44:16 44:20 62:25
**owes** 63:15 64:1
**ownership** 63:24

**P**

**p.m** 1:19 74:13
**Packman** 8:2,2,4 8:6 25:3,5,5,15 45:16,20 47:22 48:1,8,20,25 49:3,20 50:24 53:4 54:23 55:7 71:11
**Packman(Via** 2:13
**page** 4:2,4,8 6:19 6:21 75:25
**pages** 9:3
**paid** 45:2 59:21
**pandemic** 20:14
**papers** 13:7,8,13 45:6
**parent** 15:20
**parent's** 15:22
**parents** 14:22 15:12 19:10,13 19:15,22 26:21 29:15 30:7,11 30:14,15 34:14 46:11
**parents'** 14:23 19:12 30:9,24 31:2 34:14
**part** 12:2 18:4,14 22:17 26:19 66:5 68:19
**participating** 5:3 8:9
**parties** 1:21 5:11 76:5
**partners** 63:19
**party** 49:22 75:20 76:2
**pass** 71:6
**passport** 4:11 20:17 21:2,6 43:17
**Pause** 6:14 42:3 44:9 51:6 53:20
**pay** 38:11 40:11 41:5 62:23 63:11
**paying** 41:2 60:2
**pays** 68:14
**PC** 2:9,14
**Pennsylvania** 2:15
**people** 6:7 27:19 28:15 43:3,5 64:4 68:2
**period** 38:11 40:11
**permanent** 13:20
**person** 5:7 11:21 11:22 16:13 31:10 42:12,14 42:19,22
**personal** 49:19
**personally** 62:24 63:9
**petition** 61:18
**petitioners** 25:10 25:10
**petitioning** 2:12 8:7,23 46:13
**petitions** 61:15
**Phan** 42:21

**pharmacy** 51:25
**Philadelphia** 2:15
**phone** 6:1 12:14 12:15 17:19,20 17:21 18:3 29:24 47:6 63:3 73:20
**photo** 4:10 43:16
**physical** 7:16
**physically** 5:4 10:6
**pick** 18:3 39:6
**picking** 71:1
**picture** 4:11 39:22,23 49:25 50:3,5,7,12,14 52:6
**pictures** 39:21
**place** 10:12 13:20 13:24 14:6 40:2 67:21 72:13 73:18
**plan** 72:19
**plane** 36:11
**Platform** 1:22
**Platinum** 36:6,8 36:13,15 43:25
**please** 5:13 25:7 29:19 47:23 54:24 64:19 67:2
**plenty** 54:20
**PLLC** 2:4
**plus** 44:17 62:23
**point** 7:15 28:6 49:3
**police** 27:2,4,11 27:16,19,23 28:14
**port** 49:22
**portion** 31:21 37:13 39:10 49:11 51:11 55:15 61:1
**position** 11:24 27:23
**possible** 27:13 71:23
**possibly** 71:20
**prefers** 74:7
**premarked** 5:15 7:3 43:12
**prepare** 47:15
**presence** 7:16
**present** 1:22 3:3 5:4 29:24 67:24 67:25 68:1
**president** 50:11 50:11,11
**pretty** 12:14
**principal** 38:12 40:12 44:17 55:20 68:14
**principles** 18:24
**prior** 47:17 48:17
**privilege** 48:2
**privileged** 67:8
**probably** 54:2 56:2
**problem** 13:14
**problems** 10:3
**Procedure** 1:23 67:4
**proceeding** 76:6
**Proceedings** 74:13
**process** 11:17 21:17,20,25 22:13,20 30:22
**produced** 1:15
**project** 38:21,22 38:23,24 39:14 39:16 40:9,14 40:14,17,24 41:6,9,10,15,16 41:16,18,19,21 45:1,2,13
**projects** 37:16,19 40:15 41:21 42:7 44:15 46:1 47:11 57:12 63:24 64:1,2,7 64:8 65:1,6,7,8 65:11
**promised** 63:11
**proposal** 68:10 68:13,16,18,20
**protected** 67:3
**provide** 17:6
**provided** 11:2 66:13 70:7
**provisions** 1:23
**public** 75:22
**pull** 6:10 43:10 50:8
**pulled** 19:24
**purchase** 64:13
**purchased** 64:5 64:14
**purpose** 59:1
**purposes** 7:11
**pursuant** 1:22 5:9 75:18
**put** 9:2 26:22 29:1,8 30:1,8 30:15 36:9,11 40:13,24 41:9 41:17,21 45:1,1 67:5 69:24
**putting** 36:10

**Q**

**Q-I-N-G** 24:1
**Qing** 23:24 24:1 24:4,9,10
**question** 9:16,24 12:2 13:10 18:9 21:2 22:12 27:3 28:23 30:13 31:20 32:7 34:22 35:12 37:12 38:1 39:9 39:15 41:4,14 43:4,7,14 45:23 47:23 48:7,8,13 48:23 49:10 50:13 51:10 54:9,10 55:3,5 55:6,14 57:18 57:23,23,25 59:15 60:13,25 62:2 65:3 69:16 70:11,17,22 71:17,23 72:14
**questioning** 25:7 25:7
**questions** 22:24 25:12 29:18,21 47:18 56:1 61:4 70:21 71:8,10 71:11 72:3,4,8
**quieter** 73:18
**quite** 40:25 44:16
**quota** 30:22 31:10 34:5

**R**

**R-I-D-U-L-F-O** 7:24
**raised** 9:16
**raises** 72:14
**raising** 67:14
**read** 5:2 11:11 31:19,22 37:11 37:14 39:8,11 49:9,12 51:9,12 55:13,16 57:23 60:24 61:2 65:19
**real** 35:1,12
**really** 27:13 60:5
**reason** 11:20 25:12
**reasons** 75:25
**rebate** 62:22
**rebates** 63:1
**recall** 40:18 42:9 58:25 72:1
**receipt** 75:23
**receive** 11:3 47:7
**received** 13:14 18:24 50:6
**recognize** 6:22
**record** 1:24 5:2 5:14 6:9 7:16 8:5 13:16 31:21 37:13 39:10 49:11 50:23 51:11 54:24 55:1,4,8,9,15 56:21,24 61:1 67:5 75:17
**red** 51:20 52:1
**referring** 66:7
**regard** 7:5 62:2
**regarding** 5:10 6:17
**regards** 65:23
**registered** 65:19
**Registration** 76:17
**related** 49:22 76:5
**relations** 64:9
**relevance** 25:6 50:22 64:20
**relevancy** 70:10
**relevant** 28:10,12 28:16,22
**remember** 11:17 36:16 52:15 60:5,6 70:7
**Remote** 5:1
**remotely** 1:12,16 5:6,8 10:17 75:15
**repeat** 11:8 13:9 34:22 36:7 41:13 45:22 48:23 51:17 70:20
**repeated** 13:10 70:19
**reported** 1:12,20

**reporter** 1:20 5:2 8:25 9:7 10:14 15:3 19:17 46:18 48:11 49:6 51:16 56:20,23 57:25 58:3,11 60:11 60:18 75:11
**reporter's** 55:2 75:8
**reporting** 5:5,12
**represent** 7:18 8:5,6 62:6
**representing** 25:16
**request** 55:19
**requested** 31:21 37:13 39:10 49:11 51:11 55:15 61:1 75:20 76:2
**rescheduling** 71:20
**reserve** 50:23 71:9 72:1,4
**residence** 13:18
**resolve** 59:25
**response** 25:18
**responsible** 41:2 41:5
**result** 35:16
**returned** 75:22 75:24
**Richardson** 2:23
**rid** 52:1
**Ridulfo** 4:9 5:18 5:18,21,22,25 6:5,9,15,22,24 7:7,13,23,24 8:19 12:9,12,16 15:14,18 17:11 17:13,16,22 18:1,5,8 20:20 20:22 23:5,8 25:22,25 27:25 28:7,8,20 29:4 29:10,13,17 31:15 32:4,4 33:12 35:3,5,19 35:23 37:6 39:2 39:4 41:11 42:1 43:6 44:3,22 45:17,21 46:4 46:17 49:5,8 50:21 51:5,8 52:23 53:19,21 53:23 54:12,20 55:12 56:5,8,13 56:16 57:14 58:12 59:12 61:25 63:20 64:18 65:2 66:23 67:1,7,13 69:14,22 70:2,9 70:15,20 71:3,8 71:16 72:6,17 73:3,5,21,24 74:7,12
**Ridulfo(Via** 2:9
**right** 6:11,15 7:9 7:14 8:9,20 10:3,6,10,21,25 13:6,15 14:4,13 15:11 16:23 18:5,18,19 20:8 21:7 23:14,17 25:15,20 26:23 28:1,4,5 30:1 31:1 32:23 34:20 36:12,18 39:8 40:13 43:2 43:10,13 44:16 46:6,12 47:2 52:24 53:4,6 54:25 55:23 56:17 57:1 61:20 62:13 64:17 65:12,13 71:12 72:1,5,10 72:23 73:24
**road** 25:14 28:24
**role** 25:20
**room** 5:5 7:16 9:18,22 10:1
**roughly** 19:20 63:10
**rue** 31:9
**Rule** 67:3 75:18
**Rules** 1:23 67:3
**running** 56:2
**Russell** 2:9

**S**

**S-H-I** 15:6
**S-H-U** 15:10
**safety** 49:19 52:9
**saw** 73:9
**saying** 29:18 46:10 50:1 52:8 56:8
**says** 17:24 54:6 54:16 73:12
**scared** 49:23,24 50:10
**schedule** 22:22
**scheduled** 51:15 51:19 52:4
**scroll** 6:12,13,19 6:20 43:14,22
**second** 6:11 24:20,23 36:9 71:18
**security** 11:20 27:5
**see** 8:17 12:25 17:13,17,20 18:5 20:22 44:5 50:1 58:15 60:16 64:20 72:25 74:3
**seeing** 25:11
**seen** 43:19,25 44:13
**sell** 62:20
**send** 49:2 66:10
**sent** 16:5 50:1 52:6
**server** 11:18
**set** 22:23 72:15
**settle** 67:18
**setup** 73:1
**seven** 58:25
**seventh** 69:24
**share** 6:11
**shares** 26:20 60:1
**Shi** 15:4
**Short** 6:14 33:14 42:3 44:9 51:6 53:20 56:22
**Shorthand** 1:19 75:11
**show** 11:14 32:10
**Shu** 15:8
**shy** 41:1
**sick** 50:17
**side** 54:17
**sidebar** 28:21 43:7
**sideways** 43:23 43:24
**sign** 45:5,7,10 61:17
**signature** 4:4 75:19,22,25
**signed** 6:18,18 61:18,19,20,22
**signing** 61:14
**Silver** 36:3
**similar** 41:10
**simple** 21:25 55:19
**sir** 53:22
**sit** 30:11
**situation** 71:22
**six** 34:25 69:16
**slowly** 54:1
**smoking** 50:6
**somebody** 48:4
**someone's** 40:17
**soon** 20:15
**sorry** 11:7 12:1,3 20:25 45:19,22 47:24 48:22 52:14 60:22 63:7 66:1
**sound** 22:6 38:22
**sounds** 13:2 25:24 37:25 38:23
**spackman@ar...** 2:16
**speak** 6:2 10:21 10:23 11:21 27:12 37:22 38:2 55:10
**speaking** 24:15 37:24 48:22
**specifically** 30:1
**specify** 29:14
**spelled** 7:24 61:11
**spelling** 15:3,6,6 15:9,24 23:25 61:10,12 62:10
**spoke** 38:4
**spoken** 58:21 60:7 61:6
**Square** 2:14
**start** 7:19 56:9,10 56:12
**started** 51:20
**starts** 73:13
**State** 1:20 5:10 75:12
**stated** 1:24
**Statement** 5:1
**States** 1:1 13:19 13:22 14:13,16 14:20,21 18:19 18:20 19:4 20:4 20:13 21:5,8,12 22:15 23:3,11 23:15 31:3,8 32:1,13 34:6 38:5 40:6,8

42:7 57:2,5,7 58:19 59:6,8,24 61:22 62:7 64:4 64:5,12 69:3 71:24 75:1
**stating** 5:13
**stay** 13:22,23
**staying** 14:4,6,7 65:14,15
**stenotype** 1:21
**Stephen** 2:13
**Steve** 8:2 16:14 16:16 18:23 25:5 27:10,15 30:14 32:14,15 32:24,25,25 36:1,25 37:3,15 37:18,22 38:2 38:13,20,21 39:22 41:7,10 41:16,18 44:15 44:21 45:18 66:19 67:20 68:2,13,22 69:3 69:7 70:6,13
**stop** 29:18
**stopped** 51:25 68:11
**store** 50:6
**straighten** 72:25
**straightforward** 54:5
**Street** 2:5,15 7:21 8:1
**stuff** 10:24
**submit** 22:21
**subpoena** 11:1,3 11:18
**subpoenaed** 11:5
**suggest** 35:16 74:2
**suggestion** 55:24
**Suite** 2:5,18 7:21 76:15
**Summer** 42:24
**supposed** 11:14
**Supreme** 5:9
**sure** 6:6 20:11 22:11 24:16,24 28:9,22 37:24 55:1,3 56:7 66:25 67:6 71:19
**swear** 10:15 47:1
**sworn** 1:16 5:20 10:14,17 75:14

**T**

**T-I-A-N** 42:24
**T-I-D-Y** 42:21
**take** 12:5 43:20 56:18 62:5 67:21
**taken** 1:17 11:6 50:5 76:7
**talk** 17:21 27:13 28:12 40:19 47:17 48:16,21 59:3,11,17 71:13,20 72:20 74:9,9
**talked** 38:5 43:4 48:5,19,24 59:18 61:9 72:17
**talking** 14:3 16:3 42:17 46:24 48:11 53:1 54:6 55:17
**Telephone** 2:6,11 2:13,16,17,19 2:22,24
**tell** 27:10,15 30:7 30:17 37:18 42:25 46:22 50:16,18 54:12 59:14 63:2,4
**telling** 29:7
**ten** 27:8 54:2
**ten-year** 21:3
**terms** 21:25
**terrible** 26:2
**terribly** 6:20
**testified** 10:18 25:13
**testify** 29:8
**testifying** 55:8
**testimony** 28:21 29:6 32:6 70:16 75:17
**Texas** 1:1,20 2:5 2:10,19,23 5:9 7:21,25 8:23 14:3 52:22 68:5 68:9 75:1,12 76:13,16
**text** 49:2,13,20
**texting** 47:2
**texts** 47:5
**Thank** 6:7 8:8,21 8:24 9:7 18:7 20:24 25:18 33:13 56:19
**Thanks** 74:12
**thing** 6:8 17:18 46:10 71:5
**things** 39:20 59:8 60:2 73:19,23
**think** 9:10,14,14 10:13 11:10 12:18,24 15:14 17:24 18:3 20:10 24:19 25:16 28:16,21 29:2 32:14,18 32:19 33:25 35:11 37:20 39:4 42:5 44:3 48:13 49:8 52:12 56:10 57:14 58:12 60:19 64:19 65:7 67:13,22 67:22 70:2,4,21 71:25 72:7,8,19
**thought** 47:24
**threat** 49:16
**threatening** 49:15
**three** 2:14 19:21 28:15 69:4
**Tian** 42:24
**Tidy** 42:21
**Tim** 41:19 44:19 49:15,16,25 59:25,25 68:22 69:4,7
**time** 6:6 8:10 18:25 20:15 21:13 27:8 28:6 38:5,11 40:11 40:18 50:5 51:22 53:25 54:4,18 55:2,6 57:8 64:12 69:24 71:7 73:10
**times** 11:19 20:9 34:13 57:6,8 69:16 73:7
**today** 5:23 7:11 11:1 30:11
**told** 11:4 27:18 28:18 31:24 37:15 40:20 47:20 50:18 51:21 61:23 66:5
**top** 12:23
**topic** 64:19
**tourist** 21:12,13 21:15,16
**Trade** 24:3,4,9 24:11
**transaction** 9:13
**transcript** 75:16 75:24
**transfer** 16:16,21 16:25 30:9,25 31:3,7,13 32:8 32:12 34:3,5,7 34:8,17 45:13 46:1 63:14
**transferred** 16:7 16:11,13,24 17:3 18:11 30:23 31:11 32:1,14,15,24 32:25 34:10,12 66:14
**transferring** 31:25 45:14 46:2
**transfers** 18:15
**translate** 6:3 48:14 60:14
**translated** 40:3
**translation** 11:8
**translator** 8:18 33:18 48:14 74:6,8
**treat** 68:22,23
**treats** 69:1
**tried** 20:5
**trip** 23:2
**troops** 55:25
**troubling** 54:16
**trucks** 73:16
**true** 75:16
**Trump** 50:11,11
**truth** 59:14
**truthfully** 47:20 59:15
**try** 15:17,18 20:23 25:8 33:12 56:4 71:21
**trying** 6:18 25:9 62:20 67:18 73:18,25
**turning** 51:20
**twice** 58:19
**two** 7:5 17:19 19:20 28:15 40:11 52:12,16

52:20 69:10,11
**types** 59:8

**U**

**U.S** 16:14
**understand** 25:17 27:3 28:8 30:13,21 34:1 36:4 38:7 62:2 65:23 70:11,17 70:22 73:25,25
**understanding** 38:10 74:5
**United** 1:1 13:18 13:22 14:13,16 14:20,21 18:19 18:20 19:4 20:4 20:13 21:5,8,12 22:14 23:3,11 23:15 31:3,8 32:1,13 34:6 38:4 40:6,7 42:7 57:2,5,7 58:19 59:6,7,24 61:22 62:7 64:4 64:5,11 69:2 71:24 75:1
**use** 34:16 40:17 69:19

**V**

**Vance** 2:22 9:12
**Vegas** 70:14 71:1
**video** 12:15,20,25 17:13
**Videoconferen...** 1:22
**virus** 20:5
**Visa** 21:5,8,12,14 21:15,16 22:14
**visited** 48:24
**visual** 9:15
**VM** 9:11,11

**W**

**W** 2:23
**wait** 17:16 47:22 47:22,22 51:16 51:16,16 71:16
**waiting** 9:10 44:6 53:23
**waive** 5:12
**Wall** 1:15 2:3,21 7:20 9:13 16:14 18:23 25:13 27:10,15 29:9 30:2,8,12,14,16 32:12,15,15,19 32:19,24,25,25 36:1,25 37:3,15 37:18,22,25 38:2,6,8,14,20 38:21 39:14,22 41:7,10,16,19 44:15,21 45:13 46:1 47:9 57:11 58:21 59:10 62:18 64:2,8 65:6,21,22 66:9 66:15,19 67:19 67:20,25 68:3 68:13,22 69:3,7 69:13 70:6,13
**Wall's** 16:16 64:3 64:6
**WALL007** 1:3 75:3
**want** 6:5 23:21 47:13 51:9 56:9 56:10,13 57:17 57:23 63:3 67:5 71:13
**wanted** 9:6 52:1 69:19 74:3
**wanting** 11:22
**wants** 8:10
**wasn't** 22:11 27:12 61:19
**way** 17:20 30:22 31:7 70:24 73:11,15
**ways** 30:24
**we'll** 7:1 22:22 56:4,16,17,18 63:5,6 71:6,9 72:11
**we're** 6:10 20:22 20:23 25:9,11 25:12,14 39:13 42:5 44:6 49:8 51:8 53:23 56:2 56:20,23 64:19 70:4 74:12
**we've** 6:6 28:18 33:25 72:15
**wear** 51:20
**weary** 28:9
**WebEx** 1:22 2:4 2:9,13,17,22 3:4,5 8:12 12:19
**website** 43:22,25 44:12
**WeChat** 50:1,7 61:8 66:4,6,6
**week** 11:2
**weigh** 68:13
**went** 39:20,22 45:12,25 50:20 51:1,1,23 52:11
**Westheimer** 2:10 2:18
**who's-with-who** 9:6
**wife** 15:20 16:5,6 16:7,11,19,21 17:1 18:12,16 19:4 26:18 30:3 30:4,5,9,17,19 31:1,2,12 32:1 32:24 34:2,5 38:13,15,19 40:15,16,19,20 40:23 41:3,6,9 41:17,21 42:23 45:1,5,8,9,12 46:13 47:9 53:13 55:18 57:2,4,11 58:18 61:17,19 66:4 66:13,17 69:12 69:24
**wife's** 14:11 15:12 19:2 26:14 30:24 34:11 43:17 53:4
**witness** 1:15 9:23 11:4 12:6 15:13 17:5 20:18 21:21 23:4,9 25:23 27:24 28:2 31:16,17 33:8,16,20 35:2 35:7,10 37:5,8 38:25 39:7,12 39:17 41:25 42:4 44:2,10 46:15,19 49:4,7 51:3,7,13 53:18 55:11 57:13,16 57:19,21,24 58:5,10,14 60:15 70:17 71:7,17 75:14 75:17
**word** 24:17 69:20
**words** 26:21 29:14
**work** 6:6 21:4,8 23:19 26:20 27:1,5,7 28:5 74:3
**worked** 27:15
**working** 27:4 28:14
**works** 26:14 34:4
**World** 24:3,4,9 24:11
**wrap** 56:1,4
**wrapping** 70:3
**wrote** 29:15,16
**Wu** 68:9

**X**

**XXX** 76:2

**Y**

**Y** 36:18,21
**Y-A-O** 15:25
**Yao** 15:23 68:9
**yeah** 8:19 17:22 21:3,13 22:12 23:10 25:4 32:22 34:23 38:21 39:19 42:10 43:21 48:1,10 50:12 54:2 67:12 68:17 73:5
**year** 11:25 12:5 31:10,14 32:1,2 32:9 38:17 40:11
**years** 26:24 27:8 29:3 34:25
**Yijing** 4:11 14:12

**Z**

**Z-H-O-U** 42:12 42:16
**Zhou** 42:12,18,20
**Zip** 7:22

**0**

**007** 32:12 65:21
**009** 65:22
**06/30/21** 76:14

**1**

**1** 7:2
**1.3** 33:6
**1.9** 40:25
**1:00** 53:24 55:24 73:10
**1:04** 56:21
**1:37** 56:24

**10** 4:4
**10:00** 73:13,14
**10:10** 1:18
**101** 76:15
**10th** 2:10
**11200** 2:18
**120** 2:18
**14-74** 2:23
**1412** 2:5 7:21
**15** 54:3 55:25 56:14
**16th** 20:7
**1717** 2:15
**173** 12:21
**19103** 2:15
**1A** 4:9 5:15 7:2,3

**2**

**2** 4:10 5:15 6:21 40:25 41:1 50:8 50:9 62:16,17 66:21
**2.3** 32:11,13 33:3
**2.9** 44:17
**2:00** 56:2,9,11,12
**2:25** 1:19 74:2,13
**2:45** 72:24
**2011** 20:2
**2015** 37:20,22 38:18
**2016** 39:24 40:1
**2017** 38:17,19
**2020** 1:11,18 6:10 11:14 75:9 76:10
**20th** 20:7
**214.855.5100** 76:16
**215.246.3147** 2:16
**243** 12:21
**25** 70:6,13 71:2
**268** 12:21
**29** 1:11 75:9
**29th** 1:18 6:10
**2nd** 11:14,25 12:4 20:6,7,10 23:11,12,12,13 23:13

**3**

**3** 4:11 5:15 19:20 19:22 43:11,12 44:16 66:20 68:14
**30** 14:17 74:3 75:23
**30(f)(i)** 75:19
**3014** 7:25
**35th** 2:15

**4**

**408** 13:2 67:3
**418** 13:2
**4228** 76:15
**43** 4:11
**4th** 20:7

**5**

**50** 4:10
**50,000** 31:13,25 32:2,8
**50,000-dollar** 31:10
**500** 2:5 7:21
**500,000** 63:10,11
**5051** 2:10
**508** 2:23

**6**

**7**

**7** 1:6 4:9 75:6
**75** 4:4 7:21
**752** 76:13
**75202** 2:5 7:22
**75206** 76:16
**7580** 2:23
**77042** 2:19
**77056** 2:10
**77098** 8:1

**8**

**8** 43:22
**832.767.0339** 2:19

**9**

**9388** 13:2
**972.503.4033** 2:6 2:11
**972.977.3564** 2:24

**JOYCE W. LINDAUER ATTORNEY, PLLC**
Attorney & Mediator
1412 Main Street, Suite 500
Dallas, Texas 75202

Email: joyce@joycelindauer.com

Telephone No.
(972) 503-4033

Facsimile No.
(972) 503-4034

June 29, 2020

**VIA EMAIL**
mridulfo@krcl.com

Michael P. Ridulfo
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, TX 77056

EXHIBIT
1-A
PENGAD 800-631-6989

Re: *WALL007, et. al, Alleged Debtors*, Case No. 20-31131

Dear Mr. Ridulfo:

This letter will serve as our agreement among counsel for procedures related to the depositions of Mr. Fu and Mr. Jiang (the "Deponents") set to occur on Monday, June 29, 2020:

1. The Deponents will appear on Monday, June 29, 2020 for previously-noticed depositions to be conducted by below-signed counsel for the Alleged Debtors ("Debtors' Counsel"). Pursuant to request of the Deponents, the depositions will take place by video conference through Zoom, Webex, or similar video conferencing service. Counsel will promptly exchange contacts and other information necessary to make the video connection to the Deponents, counsel and other interested parties desiring to attend the depositions.

2. The court reporter engaged by counsel for the Alleged Debtors will attend the deposition in Houston at the offices identified in the subpoenas.

3. Debtors' Counsel will appear for the depositions from her above-noted office address in Dallas, Texas. Counsel for the Deponents ("Deponents' Counsel") will appear from his offices in Houston, Texas. At the outset of the depositions the Deponents, their counsel and any other attending parties will announce their appearances and the addresses of their then-present locations.

4. Counsel will attempt to publish all deposition exhibits on the pertinent video-conferencing platform for viewing by all persons on the video call, including counsel

and the Deponents. Copies of the marked exhibits will be provided to the court reporter post-deposition for attachment to the deposition transcripts.

5. Deponents' counsel agrees that should the logistics and technology associated with conducting the depositions by video result in depositions that are unsatisfactory to Debtors' counsel. Deponents' counsel will use his best efforts to produce the Deponents for additional questioning, preferably in-person, at a later time to be decided. Counsel has represented that Mr. Jiang intends to leave the United States and will not be available again after ~~the week of~~ June 29, 2020. Mr. Fu may appear again in person so long as his appearance is consistent with the Covid 19 restrictions in place at the pertinent time in his location. Counsel for Mr. Fu and Mr. Jiang will make sure that all pertinent notices get to his clients as he cannot agree at this time to provide addresses for Mr. Jiang and Mr. Fu.

MPR

6. The use of Zoom or Webex will not set a precedent for the use of these platforms for future depositions in this case.

If you agree with the foregoing, please sign where indicated below and return your signature to me. Thank you.

Very truly yours,

JOYCE W. LINDAUER ATTORNEY, PLLC

By: ______________________________
Joyce W. Lindauer

**ACCEPTED**:

Kane Russell Coleman Logan PC

By: ______________________________
Michael P. Ridulfo



EXHIBIT
Jiang
2

护　照
PASSPORT



类型 / Type
P

国家码 / Country Code
CHN

护照号 / Passport No.
G45202760

61564605

吴/WU

名 / Given names
怡静/YIJING

性别 / Sex
女/F

出生地点 / Place of birth
黑龙江/HEILONGJIANG

出生日期 / Date of birth
18 MAR 1986

签发地点 / Place of issue
黑龙江/HEILONGJIANG

签发日期 / Date of issue
01 SEP 2010

有效期至 / Date of expiry
31 AUG 2020

签发机关 / Authority
公安部出入境管理局

Exit & Entry Administration
Ministry of Public Security

POCHNWU<<YIJING<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
G452027602CHN8603186F2008310192023O1<<<<<<80

EXHIBIT
Jiang
3