JEFFREY H. LUBER
FORENSIC DOCUMENT EXAMINER

229 CEDRUS AVENUE
EAST NORTHPORT, NEW YORK 11731-4514
(631) 266-6615

DIPLOMATE, AMERICAN BOARD OF FORENSIC DOCUMENT EXAMINERS

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS

July 30, 2020

**RE:** Case Name: WALL007 LLC, Case Number: 20-31131- hdh7
U.S. Bankruptcy Court - Northern District of Texas
JHL Lab No. 0720567

**Material Submitted:**

The following item is a digital .pdf file and was received via electronic mail on 7/29/2020:

**Item 1:** **Motion to Compel Re Wet Signatures with Exhibit A and B,** of which Exhibit "A" depicts a total of 78 names with accompanying signature entries.

**Issue to be Determined:**

Whether any of the purportedly handwritten "wet-inked signature" entries depicted under the **Petition** heading in Exhibit "A" can be verified as a genuine signature as compared to the computer generated "DocuSigned by:" electronic signature entries for that named person.

**Findings:**

1) A forensic document examination was conducted on the depicted signature entries contained within Exhibit "A". The single purported "wet-inked" signature in the **Petition** segment for each writer cannot be verified from the computer generated "DocuSigned by:" electronic signature entries due to the lack of verified known handwritten signatures for comparison.

2) Based upon the presented information contained in Exhibit "A", the purported "wet-inked" signatures could easily be the product of another writer trying to copy or draw the "wet-inked" signature from the model "DocuSigned by:" electronic signature entry (entries).

3) To ensure confidence in the presented "wet-inked" signature entries, a thorough handwriting examination must be performed and would require approximately ten to fifteen known 'course of business' handwritten contemporaneous signatures for comparison purposes for each named person.



EXHIBIT "47"

4) Several discrepancies were noted between the purported "wet-inked" signatures of Kui Wang (Exhibit "A", Middle of PDF - Page 28), Ou Jiang (Exhibit "A", Bottom of PDF - Page 29), and Yuan Yuan (Exhibit "A", Bottom of PDF - Page 33) and their corresponding "DocuSigned by:" electronic signature entries causing considerable concerns that the purported "wet-inked" signatures are legitimate as they purport to be.

5) Additional examination time and additional known handwriting signatures for each named person will be necessary to examine and refine my conclusion as it may be possible that more than one writer wrote several of the purported "wet-inked" signatures.

*See Appendix "A" to this report*

Example:

Yuan Yuan (Exhibit "A", Bottom of PDF - Page 33)




Purported Handwritten "wet"

The following discrepancies were noted:
DocuSign name – slowly written, First Name: straight "Y", long ending stroke on "u", flat wide "n" form; Last Name: long "a" ending stroke, flat wide "n" form as compared to the purported handwritten "wet-inked" signature entry as compared to the Purported Handwritten "wet - inked" entry which is much more fluently written, has curved "Y" form, a short "u" ending stroke, and has narrow "n" forms



Jeffrey H. Luber

# Appendix A

Kui Wang (Exhibit "A", Middle of PDF - Page 28)




The following discrepancies were noted:
DocuSign name is slowly written with lack of fluidity; First Name: wide second bowl of "W", open "a" form at apex of "a", short "n" form; Last Name: short "i" form, as compared to the Purported Handwritten "wet-inked" entry which displays narrow bottom bowls of the "W", closed "a" form at the apex, taller "n" form and tall "i" form

Ou Jiang (Exhibit "A", Bottom of PDF - Page 29)




Handwritten "wet"

The following discrepancies were noted:
DocuSign name is slowly written with lack of fluidity; the Purported Handwritten name is a fast smooth, fluid signature which appears to be a stroke by stroke duplication of the DocuSign electronic signature

# Curriculum Vitae of
# Jeffrey H. Luber

# *JEFFREY H. LUBER*

FORENSIC DOCUMENT EXAMINER
229 CEDRUS AVENUE
EAST NORTHPORT, NEW YORK 11731

631-266-6615
mail: qdjeff@optonline.net
web address: www.jeffreyluber.com

---

## EDUCATION:

Masters of Forensic Science., 1980
The George Washington University, Washington, D.C.

Bachelor of Arts, 1978
University of Maryland, College Park, Maryland

---

## EXPERIENCE:

Suffolk County Crime Laboratory* - 1984 to Present
Suffolk County (Long Island), New York
*Forensic Scientist III (Questioned Document)*
** An ASCLAD (American Society of Crime Laboratory Directors) accredited laboratory utilizing quality control proficiency testing.*

Illinois State Police Crime Lab - 1980 To 1984
*Staff Document Examiner - Forensic Scientist II.*

Internship with United States Secret Service, Document Section, Summer 1979.

Trained with Stephen McKasson for three years, including two years of supervised casework at the Bureau of Scientific Services Training and Applications Laboratory, Joliet, Illinois.

---

## ADDITIONAL EDUCATION:

United States Secret Service, Washington, D.C.
Questioned Documents Seminar, two weeks, 1979.

Federal Bureau of Investigation, Washington, D.C.
Questioned Documents Seminar, two weeks, 1981.

Federal Bureau of Investigation, Washington, D.C.
Advanced Typewriter and Printing Devices Seminar, one week, 1993

Rochester Institute of Technology, Rochester, NY
Printing Process Identification and Image Analysis, one week, 2001, 2017

---

## TRAINING GIVEN:

Taught a two year training program given to two Questioned Document Trainee Detectives from the Nassau County Police Department. 1988, 1989, 1990

---

## TEACHING APPOINTMENTS:

Clinical Professor in the Department of Chemistry and Physical Sciences/Forensic Sciences Program
Pace University, One Pace Plaza, New York, New York: Graduate Course – FOR 696B Selected Topics – Forensic Document Examination Spring 2005 – 2010

Adjunct Professor in the Department of Chemistry/Forensic Sciences Program, Hofstra University, Hempstead, New York: FOR 165 Questioned Documents Spring 2012

## PROFESSIONAL AFFILIATIONS:

Northeastern Association of Forensic Scientists
American Academy of Forensic Sciences
American Society of Questioned Document Examiners
American Board of Forensic Document Examiners

## PUBLICATIONS:

Co-authored "Experimental Exophthalmos: Binding of Thyrotropin and An Exophthalmogenic Factor Derived from Thyrotropin to Retro-Orbital Tissue Plasma Membranes", *Journal of Biological Chemistry*, Vol. 250, No.16, pp. 6516-6521, Aug. 25, 1975.

Luber,J. H., "Digital Embedded Information in Paper Documents", *International Journal of Forensic Document Examiners*, Vol 5, Jan/Dec 1999, pp. 361-364.

## COURTROOM EXPERIENCE:

State and County Courts - Illinois
Supreme and County Courts - Suffolk Co.
U.S. Bankruptcy Court, Eastern District of NY
U.S. Court, Eastern District of NY
U.S. Court, Southern District of NY
Superior Court- Waterbury, Danbury, Norwalk, Connecticut
Surrogates Court in New York – Suffolk, Nassau, Kings, Richmond, Queens, Broome
Surrogates Court – Morris County, NJ,

## CERTIFICATION:

**Diplomate, American Board of Forensic Document Examiners, #236**

***Jeffrey H. Luber***
Forensic Document Examiner
229 Cedrus Avenue
East Northport, New York 11731-4514
631-266-6615
qdjeff@optonline.net web address: www.jeffreyluber.com

**As of March 2, 2020:**

**The following is a list of court/deposition activities (private and crime laboratory) that I have testified in since 1995 organized by court system. Previously, I have testified approximately 30 times from 1980 through 1994.**

**Please note that the testimony is ranked in chronological order by Court Systems.**

United States Federal Court, EDNY, 1995 Judge Wexler (handwriting)
United States Federal Court, EDNY, 2003, Judge Wexler
Docket #CV00-4326 Coplan et al v. County of Suffolk
United States Federal Bankruptcy Court, EDNY, 1995, Judge Cyganowski (Handwriting)
United States Federal Bankruptcy Court, EDNY, 11/2008, Judge Trust (Handwriting)
Docket # 8-06-70091 ast, Adversary Proceedings No. 07-1172-ast
Atty: Herzberg, Opposing Atty: Ross
United States Federal Court, EDNY, 6/2001 Judge Hurley CV98-0292 (handwriting)
United States Federal Court, SDNY, Judge Koeltl (handwriting)
S5 97 CR 108 United States v. SZUR (defense)
United States Federal Court, SDNY, Judge Chin (type font) 5/2010
08-civ-9830 ( DC) Michael Wright et al v. Joseph Robinson et al
United States Federal Court, EDNY, Judge Block (handwriting) 7/2011
Index # 09-Civ 2489 OEC Freight Inc. v Phiip Whitney, Ltd and Harry J. Philip
United States District Court for the District of Rhode Island , Judge Mary M. Lisi
Index No. 1:14-cv-00295-ML-PAS (signatures) 9/4/2014

**New York State Supreme Court - Suffolk County:**

Hon. Fernando Camacho, Crim Negligent Homicide, 3/2/2020 I# 2201/18, ADA Lindemann
Hon. John B. Collins, Robbery, 1/16/2019, I# 1771-B-17, (Print Process) ADA Flanagan, Atty Cassar
Hon. John B. Collins, Homicide, 10/1,2/2018, I# 1222-18, ADA Levy, Atty Cassar
Hon. Richard Ambro, Homicide, 5/15/2017, Index No. 1701-14, (+ Handwriting), Atty: ADA Biancavilla, Def Atty: Keahon
Hon. William Condon, Homicide,10/24/2016, I# 2173/2013, Defendant -Pro Se, ADA Biancavilla
Hon. William G. Ford, (Civil) 9/19/2016, Index No. 63929/13, (Signatures) Atty: Kaiteris
Hon. John B. Collins, Homicide, 8/4/2016, I# 2515-2014, ADA Pearl, Atty McElwee
Hon. Mark D. Cohen, Homicide, 3/8/2016, I# 1835-14, ADA Newcombe, Def Atty: Wilutis
Hon. Mark D. Cohen, Homicide, 11/5/2015, I# 2765-13, ADA Pearl, ADA Kearon, Def Atty: Corozzo

(Defense Witness)

Hon. William Condon, Homicide, 5/19/15,I#1095B-2012, ADA Kurtzrock, Atty. Hanshe
(Handwriting)
Hon. William Condon, Homicide,1/14,15/2015, I# 588A/2011 ADA Abdolufia, ADA Biancavilla
Judge Hudson, 10/5,6,7/2014 I# 12-2710 (Handwriting) ADA Thalia Stavrides
Hon. Emily Pines, Part 46, Civil, 7/28/2014, Index # 22581/10 (Handwriting) Atty D. Cooper
Judge Doyle, Homicide, 1/18/2011, I#1338B-09 ADA Biancavilla
Judge Hinrichs, Homicide, 1/7/2010, I#729-2007, ADA Pettigrew
Judge Kahn, Robbery, 12/16/2009, I#147-2009, ADA Spencer (Handwriting)
Judge Doyle, Homicide, 11/6/2009, I#2117 A/B, ADA Prudenti
Judge Doyle, Homicide, 4/28,29/2009, I#2851-2007, ADA Merrifield
Judge Doyle, Homicide, 10/1/08, I#104-07 ADA Albertson (Handwriting)
Judge Hinrichs, Homicide 4/15,16/08 I# 2045-07 ADA Clifford
Judge Hudson, 3/19,20/2008 I# 539/2007 Identity Theft (Handwriting) ADA Pearl
Judge Jones, JJJ, Kidnapping, 11/19/07, I#3033-06, ADA Moroff, Lab 06-8771
Judge Hinrichs, Homicide 10/4,5/2007 I# 932A-06 ADA Schwartz
Judge Mullen,M Homicide 3/13/07, I#1838-2006, Atty McElwee (defense witness)
Judge Emerson Forgery 11/28/06 I# 04-24007 Atty Pittman (Handwriting)
Judge Crecca Homicide 11/14/06 ADA O'Donnell I# 1466/06
Judge Hinrichs Rape 10/16/06 I# 2032/05 ADA Abbate (Handwriting)
Judge Costello Forgery 3/10/06 Index # 259673/99 Atty Loglisci (civil) (Handwriting)
Judge Crecca Homicide 1/24/06 ADA Kelly I# 2882.04
Judge Crecca Homicide 11/05 ADA Brosco I#2459-03
Judge Hudson Forgery 10/20/05 Attorney Robert Ross (Civil) (Handwriting)
Judge Olig Homicide 11/5,8/04 ADA Merrifield, 1470A-03
Judge Hinrichs Homicide 6/7/0404 ADA Merrifield
Judge Weber Homicide 5/19/04 ADA Kelly
Judge Doyle Homicide 5/15/04 ADA Brosco Judge Olig Homicide 3/8/04 ADA Merrifield
Judge James Hudson Homicide 278/02, 10/3/02
Judge Tisch Forgery (Handwriting)
Judge Rohl Forgery (Handwriting)
Judge Mullen Homicide 811ABCD 95 (Handwriting) ADA Timmons
Judge Weber Forgery (Handwriting)
Judge Seidel civil (Signatures) (Handwriting)
Judge Seidel Signature, Crispino v. Greenpoint Bank, Index No. 3244/01 8/01 (civil) (Handwriting)
Judge Cacciabaudo Attempted Murder DA Family Crimes 9000106/96
Judge Cacciabaudo Bank Robbery Note, Attempt Murder #95-9262 (Handwriting)
Judge Cacciabaudo Attempted Murder/Rape 29754/96
Judge Weber Armed Robbery ADA James Charilifoux 18523/97 (Handwriting)
Homicide ADA Janet Albertson 1324-2000 6/02
Judge Copertino Insurance Fraud Felony ADA Neil Freidman I# 1877-98 A+B
Def. Atty: Kevin Cummings (Handwriting, Common Machine Copier Source) 10/99
Judge John Mullin Homicide, #1043-98, People v. Kenneth Payne

**Suffolk County District Court**

Judge Wm. Rebolini, Assault (Handwriting) Index No. 2000-SU013644, People vs. Hector Feliciano, ADA Caputo, 3/02

Judge T. Bean, Domestic Violence (Handwriting) Docket # 2005 SU 21229 Peo. v. Klaus, ADA Corbois 1/2007

**New York State -Supreme Court, County of Westchester**

Judge Colangelo, Index No.: 61409/2015, NDUE GELAJ v MARIA GELAJ a/k/a MARIA KAJTAZI and SCARSDALE MANOR OWNERS, INC., Attorney Amir 4/23/2019

Judge Orazio R. Bellantoni, Index No. 2713-04, Trial Part (Handwriting)
Nazzal v. Haddad, Attorney Amir, 1/2011

Hon. Lawrence C. Ecker, Index No. 12514-11, Scialdone v Stepping Stones Accociates, Inc.
Attorney: T. Gugliotta, Opposing: Finger & Finger, 3/28/2016 (Type Font)

**New York State Supreme Court-Richmond County**

Special Referee - Peter DeLizzio, Part:SR3 50853/06, (Handwriting) 10/24/07
Atty: Brown, Atty: Worms

Court Attorney/Referee - Edward V. Corrigan, 80068/2015 (Type Font) 1/15/2016
Atty: Richard Halpern (State Farm)

**New York State Supreme Court-Kings County**

Hon. Cutrona #4420/95 Drew Tallis, Wilson Forgery, Plaintiff (3/17/99)
Pt 35 (Handwriting)
Hon. Demarest, # 015283/2007 (C2009-001557T), Atty: Feldman (1/25/2010)
(Handwriting)
Hon. Larry Martin, Index # 700013/201, Felder v Storobin and NYC Board of Elections
(Handwriting), Atty: Lawrence Mandelker (8/10/2012)
Special Referee R. Allman, Index # 507542/2017, State Farm v. Christopher Rasin
(Type font), Atty: Richard Halpern (2/6/2018)

**New York State -Supreme Court, County of Putnam**

Judge Victor Grossman, Index No. 549/2010, US Bank National Association v.
Michael Krauer, ET AL. (Handwriting), Atty: Megan Smith (7/14/2015)

**New York State -Supreme Court, County of New York** (12/17/99)

Judge Harold Tompkins, Index # 101759/95 Broadwhite Associates v. Dr. Mac Truong
& Maryse Truong (Handwriting )

Hon. James Burke, Index No. 2335-2018, Peo. v. Harvey Weinstein, for Defense Atty
Damon Chernois, (Photoshop - Digital image adjustments), 2/7/2020

**New York State -Supreme Court, County of Bronx**

Judge Bowman, Index No. 21762/86, Part 15 Abel Pacheco v. NYCTA, (10/2000)
(Handwriting)

Judge Globerman, Index No. 19X01918-2002, Part DV, Delroy Fleming (Handwriting)
ADA Roth, Marise Robergeau (testify for defense) 2/03

**New York State -Supreme Court, County of Queens**

Hon. Rodger N. Rosengarten J.H.O., Lightwave Systems vs. Optical Communications Group,
Index No. 16367/2013 (Handwriting) 5/16/2016
Atty Scotto

Judge Dorsa, Index No. 027079/2000, Part 51 Harris v, Harris (Handwriting) (9/02)

Hon. Patricia P. Satterfield, Index 20318/09 Part F, Matter of the Application of Sasson v. Board of Elections and Kavadas, Attorney Steiner, Attorney Johnson 8/09 Handwriting

**New York State -Supreme Court, County of Queens (Long Island City)**
Judge Joseph Risi, Index No. 28566/01, Trial Term Part 32 6/1/2005
Stanley Kamamis adv. Elias Leckas (Handwriting) Atty: Martin Kroll

**New York State -Supreme Court, County of Suffolk** (5/02)
Justice Cohalan, Index No. 2000-02568, Trial Part (Handwriting)
Loucopoulos v. 482 Mill Road Associates, Inc.

**New York State District Court-Hempstead**, Landlord/Tenant
Judge Bergstein, SP05633/96, Pollack v. Romanelli, Atty Adges, Pollack pro se (Handwriting)

**New York State 5 th District Court - Ronkonkoma,** Landlord-Tenant
Judge William Blake III, ISLT 01**-0000302, Estate of Gary Ufier v. Weidner (**Handwriting**)**

**New York State Bronx Civil Court**
Index No. 16971BCV97 Part 19A Judge Rosen (9/99) (Handwriting )
Index No. 039062 Part 52 Hon Howard Sherman (10/2001)
Reyes v. Liberty Mutual Insurance Co. (Handwriting)

**New York State -Supreme Court, County of Nassau**
Justice Mahon, IAS Part 13, Index # 77696/03, Atty: Ira Newman
Hafiz Maboob v. Pandi Mukund, Pharti Mukund, Gopal Desai and Sukeshi Desai
10/06 (Handwriting)

Honorable Denise L. Sher, Part 33, Index # 13297/12, Atty: Robert Clasen
State Farm v. Kenya Shard 8/20/2013 (Font Size)

**Nassau County Surrogate's Court**
File # 306090, Estate of Nicholas Fromigia (Handwriting)
Attorney Gary Oberlander

**Suffolk County Surrogate's Court**,
Hon. John Czygier Jr., Estate of Madeline Smith 5/02 Attorney Robert Boucher (Handwriting)
Hon. John Czygier Jr., Estate of Sarah Glynn, Docket No. 2009-709/A, B
Attorney Robert Baumann Jr. (Handwriting) 12/12/2013

**Queen's County Surrogate's Court Probate Part,**
Estate of Jane Ricca 10/25/05 Atty. Stephen Hand, (Handwriting)

**Broome County Surrogate's Court**
Estate of Genevieve Misiaszek, Index # 2010-661, Hon. David Guy
Atty. Margaret Fowler (Signatures) 5/8/2012

**New York State -Supreme Court, County of Broome**
Hon. Molly Fitzgerald, Giannuzzi, Veya vs. Kearney, Eric, Index No. 001155/2013
Atty: Carman Garufi, Atty: Benjamin (Signatures) 9/21/2015

**New York State - Supreme Court, Richmond County, *Court Appointed*** ,
Hon.Barbara Panepinto Index # 50853/2006 2/8/07 (handwriting)

**New York State - Supreme Court, Tompkins County,** Special Part
Hon. William Ames, Index # 2009-1111, 5/17/2011 (handwriting) Atty. Donald Martin

**Civil Court of the City of New York, New York County**, Part R, Judge S. Kraus, 1/10/2013
Attorney Rose, Index # L&T 76794/06 (signature)

**New Jersey:**

**Superior Court of New Jersey, County of Union,**
Special Civil Part Landlord-Tenant Division, Judge John Hudak,
Index No. 8831/2019, 1/2/2020 Attorney Levine (Signature)

**Superior Court of New Jersey, County of Morris,**
Probate Part, Estate of Charles Pacinella Jr. Justice Stanton, Attorney Edward Evans 6/2001
(Handwriting)

**Supreme Court of New Jersey, Middlesex County Law Division**
Hon. Heidi Willis Currier Docket No. MID-L-4067-14 Civil
9/9/2014, Atty. Daniel Cogan (Handwriting)

**Superior Court of New Jersey, County of Camden,**
Chancery Division, Probate Part, Estate of Adrian J. Folcher Jr, (Handwriting)
# CP-211-07, 10/3/2012, Judge John Fratto, Attorney: Julianna Petito

**State of Connecticut:**

**Superior Court of Connecticut, Judicial District of Waterbury**

Judge Gormley, Estate of John Vieira Jr. 7/04 Docket No. 02-0172366s (Handwriting)
Denna Vieira, PPA v. Ann C. Vieira, et al

**Superior Court of Connecticut, Judicial District of Danbury at Danbury**
Hon. Heidi Winslow, J, Debra Sickel-Pardee v William Wilson Jr., 2/13/08
Docket No. DBD-CV-06-5001018-S, Attorney Merrie Hawley, (Handwriting)

**Superior Court of Connecticut, Housing Session at Norwalk**
Judge Jack Grogins, Aquinaldo v. Warner, 6/08, Docket No. SNSP 034562
Attorney Kim Nolan (Handwriting)

**Others:**

Hearing, Judge Whelan, Index 01-29552 6/02 Atty: John Stravato (Handwriting)

NASD Arbitration #96-03323 (Handwriting)

**Court Appointed Arbitration** (Bergen County Supreme, New Jersey)**,** Hon. William Meehan, 5/23/2012 Attorney – Michael Cohen **(Winne, Banta, Hetherington, Basralian & Kahn, P.C.)** JKLC, LLC v. Kil Sung Church

**American Arbitration Association** (Commercial Mediation Div) 13-M-174-987-98 St. Irene - Chrisovalantou Greek Monastery against Cigna Company (DEF) (Handwriting/Document dating)

**American Arbitration Association** 50 148T 00073 06 2/28/08
Waxfield Ltd. vs. Bank Julius Baer & Co., LTD
Handwriting, Line sequence

**American Arbitration Association** Case # 13 160 00969 10 6/18/2012

In the Matter of Arbitration Between: Janet Milan, Claimant v. Weldbuilt Body, Inc., Respondent

Atty: Barry Pittman, JHL Lab No.: 090850

Arbitration Judge: Hon. Salzman

**Arbitration, Suffolk County Attorney's Office,** Ms. Townley-Arbitrator (Handwriting)

Consultant to CBS *60 Minutes II*, Associate Producer T. Sean Herbert 2/11/2000
Air Date: Pending, (Handwriting, Alteration/Obliteration)

**United States Air Force: Court-Martial**, 1/15 through and including 1/18, 2018
US v SMSgt Young USAF
Joint Base McGuire-Dix-Lakehurst -Special Order No. AB 6, AB 1
Defense Expert, Advisor, Handwriting, Non-Testimony

Counsel - KASEY W. HAWKINS, Capt, USAF. Area Defense Counsel
Co- Counsel – Nathan Allred, Major, USAF
Joint Base McGuire-Dix-Lakehurst, NJ

**Depositions:**

- Standard Charter Bank v. National Heritage Ins. Co. (JHL118343)12/17/98 (Handwriting)
- State of Florida v. Pamela Creedon, case # 97-4699-CF-A
- American Business Forms (NY) v. American Business Forms (MN), Civil Action No. 00CV1769, 5/02
- Boudreau vs. Town of Greenwich, Civil Action 04 CV 1471 (PCD) USDC, District of CT 5/22/06 (handwriting)
- Aguinaldo v. Mary Ellen Warner, John Doe, Jane Doe, SNSP – 034562, Superior Court Stamford/Norwalk at Norwalk (Housing Session) (JHL 117746) 5/15/08 (Handwriting)
- Diamond v. Schwartz (NYS Supreme Ct. 115819/ 2006) (JHL 028753) Handwriting 5/16/08
- Thomas Glynn, Sarah Ann Glynn Suffolk County (NY) Surrogate's Court, File # 2009-709B, 2009-707B, 9/5/2012 w/ Harry J. Binder (atty)/ Robert Baumann, Jr.(atty)
- Robert Shatles JPMorgan Chase Bank, EDNY, US Bankruptcy Court, Index: 14-74775, Attorney David Bythewood, 7/28/2015
- Schulte v. William Penn Life Insurance Co. and Shulte, Index No. 5233/2014 Atty Raiche, Opposing Atty: R. DuVall, Supreme Ct. Dutchess County, 5/17/2017
-

Jeffrey H. Luber