**Dian Gwinnup**

**From:** vance@mcmurrylegal.com
**Sent:** Wednesday, July 22, 2020 10:44 AM
**To:** 'K Walji'; Joyce Lindauer; 'Murugan Venkat'
**Cc:** 'Tim Barton'; 'melanie ann'; 'Krista Vassallo'; 'Saskya Bedoya'; Clerk1; vance@mcmurrylegal.com
**Subject:** RE: Deposition LIst with the details, what Joyce asked in the email dated Tuesday, July 21, 2020 5:41 PM

Can we be sure to include certain co-lenders which appear to have had their “wet signature” forged? WE need to ask them about their signatures and the process.

For instance (Follow the steps all the way to the bottom), if you look at this group from the Wet Signature Comparison chart:




Each of the Docu Sign signatures (3rd column of the 5 columns) is a standard generated signature from docusign and not scanned. For instance, the following is the selection from docusign where I am able to create the same signature block for Li Jiang, Gao Lin, etc which matches above:



EXHIBIT "48"


https://app.docusign.com/home
Create Your Signature
Full Name
Li jiang
Initials
LJ
CHOOSE
DRAW
UPLOAD
DocuSigned by:
DS


https://app.docusign.com/home
Home
Manage
Templates
Reports
Settings
Create Your Signature
Full Name
GAO LIN
Initials
LJ
CHOOSE
DRAW
UPLOAD
DocuSigned by:
GAO LIN
68ED39D16CF8498...
DS
LJ

For their Wet Signatures (column 4 of 5), someone obviously just hand copied the docusign signature becauase they tried to match the docusign signature as much as possible, which I assume they believed was a scanned copy of their real signature when it was not. No one will have a real signature that matches a docusign generated signature. There are many examples of this throughout the chart. And to me, it looks like there are about 3 different handwriting styles other than a few signatures which appear authentic. This is why we need a handwriting expert.

From the current depo list, the only ones that clearly fit this pattern is Lin Zhou although there are a few others that used a standard docusign signature then just printed their name as their wet signature.

Should this also be brought up in the motion to compel?

Vance McMurry
Attorney at Law
McMurry Law, PLLC
508 W. Lookout Dr., Ste. 14-74
Richardson, Texas 75080
972-746-9656
888-388-0561 Fax
vance@mcmurrylegal.com

The information contained in this message is for the personal and confidential use by the designated recipients named above which may only be used and disclosed as necessary for purpose for which the information was sent. Your retention and/or use of this information acknowledges your agreement to keep this information confidential. If you are not in agreement, reply with your non-acceptance and delete all copies of this email and the information contained herein. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 972-746-9656 and return the message to us by email (vance@mcmurrylegal.com). Thank you.

---

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Wednesday, July 22, 2020 10:17 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; Murugan Venkat <mvenkat@jmjdevelopment.com>
**Cc:** Tim Barton <tbarton@jmjdevelopment.com>; vance@mcmurrylegal.com; melanie ann <melanieinc2@aol.com>; Krista Vassallo <KVassallo@jmjdevelopment.com>; Saskya Bedoya <SBedoya@jmjdevelopment.com>; Khudabuksh Walji <k.walji@waljilaw.com>; Laurance C. Boyd <clerk1@joycelindauer.com>
**Subject:** Re: Deposition LIst with the details, what Joyce asked in the email dated Tuesday, July 21, 2020 5:41 PM

Joyce,

There is a revised version being worked on by Ven pursuant to my telephone call with him yesterday around 10:00 pm.

We should have the revised one coming from me as soon as I've reviewed the final version.

Thanks,

Khudabuksh
K. WALJI, Esq.
U.S. & Int'l Legal Advisor
M: +1.713.562.6875
Confidentiality Implied

On Jul 22, 2020, at 09:06, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Perfect

---

**From:** Murugan Venkat <MVenkat@jmjdevelopment.com>
**Sent:** Tuesday, July 21, 2020 7:07 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; K Walji <k.walji@waljilaw.com>; Tim Barton <tbarton@jmjdevelopment.com>; vance@mcmurrylegal.com; melanie ann <melanieinc2@aol.com>; Krista Vassallo <KVassallo@jmjdevelopment.com>; Saskya Bedoya <SBedoya@jmjdevelopment.com>
**Subject:** Deposition LIst with the details, what Joyce asked in the email dated Tuesday, July 21, 2020 5:41 PM

| # | Given Name | Family Name | Notes | Remitted in his/her name or not? | Having differet Remitter names | Alleged Petitioning Creditor | Amount | Number of Remittances | Number of Wall Entities | Name of the Wallentity showing as "Co-Lender" | N W sh L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Di | Tang | | Yes | Yes | Yes | $300,000 | 2 | 2 | Wall016 | W |
| 2 | Heng | Zhang | Allen as Sales Person in PIC | Yes | Yes | Yes | $200,000 | 7 | 2 | Wall009 | W |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Jin | Wang | FU's Wife | | $18K is by FU. Balance as ADJ. [let me confirm this, later today] | Yes | $230,000 | | 2 | Wall007 | W |
| 4 | Jun | Li | | | Yes | Yes | $2,000,000 | 14 | 1 | Wall007 | |
| 5 | Li | Jiang | | | Yes | Yes | $950,000 | 7 | 3 | Wall011 | W |
| 6 | Lin | Zhou | Lynn - former Vice President in PIC | Yes | Yes | Yes | $100,000 | 4 | 2 | Wall007 | W |
| 7 | Qin | Chu | | Yes | Yes | Yes | $600,000 | 6 | 2 | Wall016 | W |
| 8 | Tianqing | Song | | | | | | | | | |
| 9 | Weisi | Wang | | Yes | Yes | Yes | $600,000 | 3 | 2 | Wall012 | W |
| 10 | Yinding | Kang | | | Yes | Yes | $300,000 | 7 | 2 | Wall007 | W |
| 11 | Ying | Zhou | | | Yes | Yes | $400,000 | 3 | 1 | Wall011 | |
| 12 | Yijing | Wu | Jiang's Wife | Yes | Yes | Yes | $2,950,000 | 9 | 3 | Wall009 | W |
| | Tidy | Fan | Current Vice President in PIC | | | No | | | | | |

Thanks & regards, **Murugan Venkat**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, July 21, 2020 5:41 PM
**To:** Murugan Venkat <MVenkat@jmjdevelopment.com>; K Walji <k.walji@waljilaw.com>; Tim Barton <tbarton@jmjdevelopment.com>; vance@mcmurrylegal.com; melanie ann <melanieinc2@aol.com>; Krista Vassallo <KVassallo@jmjdevelopment.com>; Saskya Bedoya <SBedoya@jmjdevelopment.com>
**Subject:** RE: Deposition LIst

Can you identify by each on what they are? You have some not sure about the others

**From:** Murugan Venkat <MVenkat@jmjdevelopment.com>
**Sent:** Tuesday, July 21, 2020 5:39 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; K Walji <k.walji@waljilaw.com>; Tim Barton <tbarton@jmjdevelopment.com>; vance@mcmurrylegal.com; melanie ann <melanieinc2@aol.com>; Krista Vassallo <KVassallo@jmjdevelopment.com>; Saskya Bedoya <SBedoya@jmjdevelopment.com>
**Subject:** RE: Deposition LIst

Here below is the list of 12, for review by Walji, and in turn, Walji can send it to Joyce

1. Lynn Zhao – Petitioning Creditor + **PIC/SLF Staff**
2. Tidy Fan - **PIC/SLF Staff**
3. Jin Wang – FU'wife
4. Yjing Wu – Jiang's wife
5. Jun Li – Wall007 [14 remitters]
6. Ynding Kang – Wall007 for $ 300K
7. Li Jiang
8. Qin Chu
9. Ying Zhou
10. Tianqing Song
11. Di Tang
12. Weisi Wang

Thanks & regards, **Murugan Venkat**

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, July 21, 2020 4:41 PM
**To:** K Walji <k.walji@waljilaw.com>; Tim Barton <tbarton@jmjdevelopment.com>; Murugan Venkat <MVenkat@jmjdevelopment.com>; vance@mcmurrylegal.com; melanie ann <melanieinc2@aol.com>; Krista Vassallo <KVassallo@jmjdevelopment.com>; Saskya Bedoya <SBedoya@jmjdevelopment.com>
**Subject:** RE: Deposition LIst

Get me 12

---

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Tuesday, July 21, 2020 4:27 PM
**To:** Timothy Barton <tbarton@jmjdevelopment.com>; Murugan Venkat <MVenkat@jmjdevelopment.com>; vance@mcmurrylegal.com; melanie ann <melanieinc2@aol.com>; KVassallo@jmjdevelopment.com; Saskya Bedoya <SBedoya@jmjdevelopment.com>; Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** K Walji <k.walji@waljilaw.com>
**Subject:** RE: Deposition LIst

Joyce, here is the proposed List; I would like Mr. Barton, Ven, Vance, Saskya, Melanie and Krista to review and confirm/modify ASAP and send both of us their change, thanks!
Ven, please make sure Mrs. Haibo Jiang and Mrs. Michael Fu are in this list, thanks!

**A. PIC/SLF Staff**

1. Lynn Zhao
2. Tidy Fan

**B. Petitioning Creditors**

3. Jun Li
4. Yjing Wu
5. Jiang Li
6. Chu Qin
7. Ma Jinghui
8. Zhang Hang
9. Cai Hua
10. Ding Rufeng
11. Cuxiang Ji
12. Hu Jialin

**C. Remitters**

13. Zhong Zhao
14. Yunliang Shi
15. Zhu Hui
16. Tan Xiao Dong
17. Chu Ying Han
18. Weijia Kong
19. Ruiling Li
20. Wanjia Sun
21. Xuke Li
22. Zhao Qin

**Khudabuksh**
**K. WALJI, Esq.**
**U.S. & Int'l Legal Advisor**
**M: +1.713.562.6875**
**Confidentiality Implied**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, July 21, 2020 3:58 PM
**To:** Khudabuksh K. Walji <k.walji@waljilaw.com>
**Cc:** 'Murugan Venkat' <MVenkat@jmjdevelopment.com>
**Subject:**

Send me your 12 people to depose ASAP

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

<image001.png>

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039