## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No.9,
Tianzhaojiayuan, No.41 Xizhimen N Street,
Haidian District, Beijing, China

X_________________________________

**Name and mailing address of petitioner**
Xiaodong Hao
Room302, Unit 3, Building 10, Shuangqiao
Railway Community, Chaoyang District,
Beijing, China

DocuSigned by:
X XiaoDongHao 3/21/2020
AE4856766D404AC

218154102v1 XiaoDong HAo

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Xiao Dong Hao
AE4856768D404AC
XIAODONG HAO

Xiao Dong HAO

218182326v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Tianqing Song | Loan Debt | $220,000.00 |

**Name and mailing address of petitioner**
Tianqing Song
12-204, Zhongding Shanzhuang, No 299
Zhongshanmen Street,
Nanjing, Jiangsu, China

DocuSigned by:
X Song Tianqing 4/2/2020 Song tianqing
6F13DECE00B248F...

218226151v1

WALL011 LLC

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/2/2020

DocuSigned by:
Song Tianqing
0F13DECE00B248F...
TIANQING SONG

Song tianqing

218226300v1

Debtor WALL011 LLC
Name

Case number (if known) ____________________

**Name and mailing address of petitioner**

Lin Li
Name

Room 4-1-302, Section 6, Shijicheng Yuandayuan
Number Street

Yuanda Rd., Haidian District, Bejing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

____________________
Name

____________________
Number Street

____________________
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________
MM / DD / YYYY

✗ ____________________
Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✗ ____________________
Signature of attorney

Date signed ____________
MM / DD / YYYY

**Name and mailing address of petitioner**

Li Jiang
Name

1-5-401, North Dormitory, Haidian Health Bureau
Number Street

Qinghe 3rd Street, Haidian District, Beijing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

____________________
Name

____________________
Number Street

____________________
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020
MM / DD / YYYY

DocuSigned by:
✗ li jiang Li Jiang
213B0-09-BED46E...
Signature of petitioner or representative, including representative's title

____________________
Printed name

____________________
Firm name, if any

____________________
Number Street

____________________
City State ZIP Code

Contact phone ____________ Email ____________

Bar number ____________________

State ____________

✗ ____________________
Signature of attorney

Date signed ____________
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
li jiang Li Jiang
213B5C09FBED40E...
LI JIANG

218182238v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/20/2020

DocuSigned by:
Rufeng Ding
69438CF5D283488
RUFENG DING Rufeng Ding

218182249v1

# ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Rufeng Ding | Loan Debt | $137,500.00 |
| Cunxiang Ji | Loan Debt | $112,000.00 |
| Lin Gao | Loan Debt | $110,000.00 |
| Qiao Qin | Loan Debt | $110,000.00 |
| Yue Zhang | Loan Debt | $110,000.00 |
| Xiaodong Hao | Loan Debt | $56,500.00 |

**Name and mailing address of petitioner**
Rufeng Ding
Room 306, South Building Haiyue Mingmen,
No 38 North Zaoying Lane, Maizidian Street,
Chaoyang District, Beijing, China

X DocuSigned by: Rufeng Ding 69438CF5D28348B Rufeng Ding 3/20/2020

**Name and mailing address of petitioner**
Cunxiang Ji
Room 1-114, No.5, Cuiweidongli, Haiding
District, Beijing, China

X____________________________

**Name and mailing address of petitioner**
Lin Gao
A-102, Chunshen Chuangyi Yuan, No 228
Meifu Road, Minhang District, Shanghai,
China

X____________________________

**Name and mailing address of petitioner**
Qiao Qin
1-202, No. 12 Yiyuanjv, No 4 Cuiwei Road,
Haidian District, Beijing, China

X____________________________

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Rufeng Ding | Loan Debt | $137,500.00 |
| Cunxiang Ji | Loan Debt | $112,000.00 |
| Lin Gao | Loan Debt | $110,000.00 |
| Qiao Qin | Loan Debt | $110,000.00 |
| Yue Zhang | Loan Debt | $110,000.00 |
| Xiaodong Hao | Loan Debt | $56,500.00 |

**Name and mailing address of petitioner**
Rufeng Ding
Room 306, South Building Haiyue Mingmen, No 38 North Zaoying Lane, Maizidian Street, Chaoyang District, Beijing, China

X_______________________________

**Name and mailing address of petitioner**
Cunxiang Ji
Room 1-114, No.5, Cuiweidongli, Haiding District, Beijing, China

X_______________________________

**Name and mailing address of petitioner**
Lin Gao
A-102, Chunshen Chuangyi Yuan, No 228 Meifu Road, Minhang District, Shanghai, China

X_______________________________

**Name and mailing address of petitioner**
Qiao Qin
1-202, No. 12 Yiyuanjv, No 4 Cuiwei Road, Haidian District, Beijing, China

DocuSigned by:
X Qin Qiao Qin Qiao 3/22/2020
FA12B66FCD8F4E8

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/2020

DocuSigned by:
Qin Qiao Qin Qiao
FA12B60FCD8F4E0...
QIAO QIN

218182314v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Rufeng Ding | Loan Debt | $137,500.00 |
| Cunxiang Ji | Loan Debt | $112,000.00 |
| Lin Gao | Loan Debt | $110,000.00 |
| Qiao Qin | Loan Debt | $110,000.00 |
| Yue Zhang | Loan Debt | $110,000.00 |
| Xiaodong Hao | Loan Debt | $56,500.00 |

**Name and mailing address of petitioner**
Rufeng Ding
Room 306, South Building Haiyue Mingmen,
No 38 North Zaoying Lane, Maizidian Street,
Chaoyang District, Beijing, China

X______________________________

**Name and mailing address of petitioner**
Cunxiang Ji
Room 1-114, No.5, Cuiweidongli, Haiding
District, Beijing, China

X______________________________

**Name and mailing address of petitioner**
Lin Gao
A-102, Chunshen Chuangyi Yuan, No 228
Meifu Road, Minhang District, Shanghai,
China

DocuSigned by:
X GAO LIN GAO LIN 3/23/2020
AE14B1521DE74AE...

**Name and mailing address of petitioner**
Qiao Qin
1-202, No. 12 Yiyuanjv, No 4 Cuiwei Road,
Haidian District, Beijing, China

X______________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
GAO LIN
AE14B1521DE74AE...
GAO LIN
LIN GAO

218182306v1

Debtor WALL011 LLC
Name

Case number (if known) ______

**Name and mailing address of petitioner**

Lin Li
Name

Room 4-1-302, Section 6, Shijicheng Yuandayuan
Number Street

Yuanda Rd., Haidian District, Bejing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

______
Name

______
Number Street

______
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020
MM / DD / YYYY

DocuSigned by:
✘ Li Lin Li Lin
DDA0A5F0CC8B429...
Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✘ /s/ Stephen M. Packman
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

**Name and mailing address of petitioner**

Li Jiang
Name

1-5-401, North Dormitory, Haidian Health Bureau
Number Street

Qinghe 3rd Street, Haidian District, Beijing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

______
Name

______
Number Street

______
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✘ ______
Signature of petitioner or representative, including representative's title

______
Printed name

______
Firm name, if any

______
Number Street

______
City State ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
li lin
D0A0A5F0CC8B429...
li lin
LIN LI

218182230v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Rufeng Ding | Loan Debt | $137,500.00 |
| Cunxiang Ji | Loan Debt | $112,000.00 |
| Lin Gao | Loan Debt | $110,000.00 |
| Qiao Qin | Loan Debt | $110,000.00 |
| Yue Zhang | Loan Debt | $110,000.00 |
| Xiaodong Hao | Loan Debt | $56,500.00 |

**Name and mailing address of petitioner**
Rufeng Ding
Room 306, South Building Haiyue Mingmen,
No 38 North Zaoying Lane, Maizidian Street,
Chaoyang District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Cunxiang Ji
Room 1-114, No.5, Cuiweidongli, Haiding
District, Beijing, China

DocuSigned by:
X Cunxiang Ji Cunxiang Ji 3/21/2020 6/18/2020
E5BFC96D56164D3...

**Name and mailing address of petitioner**
Lin Gao
A-102, Chunshen Chuangyi Yuan, No 228
Meifu Road, Minhang District, Shanghai,
China

X________________________________

**Name and mailing address of petitioner**
Qiao Qin
1-202, No. 12 Yiyuanjv, No 4 Cuiwei Road,
Haidian District, Beijing, China

X________________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

6/18/2020

DocuSigned by:
Cunxiang Ji Cunxiang Ji
E5BEC08D5B1B4D3
CUNXIANG JI

218182252v1

Debtor WALL011 LLC
Name

Case number (if known)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Ying Zhou | Loan Debt | $ 444,000.00 |
| Lin Li | Loan Debt | $ 220,000.00 |
| Li Jiang | Loan Debt | $ 165,000.00 |
| | Total of petitioners' claims | $ 1,685,000.00* |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

**See attached list of additional Petitioning Creditors*

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Ying Zhou
Name

15-3, Rongjin Yuan, Taoyuan Town, Shenjiadian Community
Number Street

Xianlin Subdistrict, Yuhang District, Hangzhou, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020
MM / DD / YYYY

DocuSigned by:
✘ Ying Zhou Zhou Ying
401E345AB7454 1C...
Signature of petitioner or representative, including representative's title

**Attorneys**

Jiangang Ou, Esquire
Printed name

Nguyen & Chen, LLP
Firm name, if any

11200 Westheimer, Ste. 120
Number Street

Houston TX 77042
City State ZIP Code

Contact phone 832-767-0339 Email jou@nguyen-chen.com

Bar number 5451133

State NY

✘ /s/ Jiangang Ou
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Ying Zhou Zhou Ying
101E3...
YING ZHOU

218182174v1

# ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No.9,
Tianzhaojiayuan, No.41 Xizhimen N Street,
Haidian District, Beijing, China

DocuSigned by:
X Yue Zhang 3/21/2020
6CBE0AE2950E48F...

**Name and mailing address of petitioner**
Xiaodong Hao
Room302, Unit 3, Building 10, Shuangqiao
Railway Community, Chaoyang District,
Beijing, China

X________________________________

218154102v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Yue Zhang
0CBE0AE2950E48F...
YUE ZHANG

218182322v1



011

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Di Tang
F05-05C, Fenglin Lvzhou, Datun Rd,
Chaoyang District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Jun Zeng
Room 232, No. 21 Er Wei Rd., Shen He
District, Shenyang City, Liao Ning Province,
China

X________________________________

**Name and mailing address of petitioner**
Kui Wang
Rm. 1103, No. 18, Baiwanzhuang Rd.,
Xicheng District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No. 9,
Tianzhaojiayuan, No. 41 Xizhimen N Street,
Haidian District, Beijing, China

DocuSigned by:
X Yue Zhang 3/21/2020
0CBE0AE2950E48F...

**Name and mailing address of petitioner**
Jun Wang
Rm 1602, No. 38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China

X________________________________

218162549v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Yue Zhang
0CBE0AE2950E48F...
YUE ZHANG

218182913v1



076

# ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No.9,
Tianzhaojiayuan, No.41 Xizhimen N Street,
Haidian District, Beijing, China

DocuSigned by:
X Yue Zhang 3/21/2020
0CBE0AE2950E48F...

**Name and mailing address of petitioner**
Xiaodong Hao
Room302, Unit 3, Building 10, Shuangqiao
Railway Community, Chaoyang District,
Beijing, China

X___________________________________

218154102v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Yue Zhang
0CBE0AE2950E48F...
YUE ZHANG

218182322v1



011

gn Envelope ID: D05B507D-79CD-4D1B-AEA2-FD35041908E1


# ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Di Tang
F05-05C, Fenglin Lvzhou, Datun Rd,
Chaoyang District, Beijing, China

X_________________________________

**Name and mailing address of petitioner**
Jun Zeng
Room 232, No. 21 Er Wei Rd., Shen He
District, Shenyang City, Liao Ning Province,
China

X_________________________________

**Name and mailing address of petitioner**
Kui Wang
Rm. 1103, No. 18, Baiwanzhuang Rd.,
Xicheng District, Beijing, China

X_________________________________

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No. 9,
Tianzhaojiayuan, No. 41 Xizhimen N Street,
Haidian District, Beijing, China

DocuSigned by:
X Yue Zhang ___ 3/21/2020
0CBE0AE2950E48F...

**Name and mailing address of petitioner**
Jun Wang
Rm 1602, No. 38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China

X_________________________________

218162549v1

WALL016 LLC

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Yue Zhang
0CBE0AE2950E48F...
YUE ZHANG

218182913v1



076