**ADDITIONAL PETITIONING CREDITORS**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Yulan Chen | Loan Debt | $15,000.00 |
| Sicheng Zhan | Loan Debt | $13,000.00 |
| Pei Guan | Loan Debt | $12,000.00 |
| Jingqiu Tang | Loan Debt | $11,000.00 |
| Di Tang | Loan Debt | $10,000.00 |
| Jun Zeng | Loan Debt | $10,000.00 |
| Kui Wang | Loan Debt | $10,000.00 |
| Yue Zhang | Loan Debt | $10,000.00 |
| Jun Wang | Loan Debt | $5,000.00 |

**Name and mailing address of petitioner**
Yulan Chen
Room 12-303, No.1065, Gu Long Road,
Shanghai, China

DocuSigned by:
X Yulan Chen Yulan Chen 3/23/2020
04838D531BC14A3...

**Name and mailing address of petitioner**
Sicheng Zhan
3001 Biyadi Road, Pingshan District,
Shenzhen, Guangdong,China

X________________________________

**Name and mailing address of petitioner**
Pei Guan
Rm 102, Jia, Building 7, Kouzhong Beili,
Xicheng District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Jingqiu Tang
4-1804, Ronghui Jiangshan, No 289 West
Yangqiao Rd, Fuzhou, Fujian, China

X________________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Yulan Chen
04838D531BC14A3...
YULAN CHEN

Yulan Chen

218182865v1

Debtor WALL016 LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

Li Jiang
Name

1-5-401, North Dormitory, Haidian Health Bureau
Number Street

Qinghe 3rd Street, Haidian District, Beijing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020
MM / DD / YYYY

DocuSigned by:
✗ li jiang Li jiang
213B0436FBED43E...
Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✗ /s/ Stephen M. Packman
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

**Name and mailing address of petitioner**

Qin Chu
Name

No. 13 Plant Building, No. 8 Hangdu Rd., Damaiwan Industrial
Number Street

District, Hangtou Town, Pudong New Area, Shanghai, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

✗
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✗
Signature of attorney

Date signed
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Li Jiang
213B9F9FBED40E...
Li Jiang
LI JIANG

218182852v1

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Di Tang
F05-05C, Fenglin Lvzhou, Datun Rd,
Chaoyang District, Beijing, China

DocuSigned by:
X______ 3/30/2020
1B99C82DCCFA404...

**Name and mailing address of petitioner**
Jun Zeng
Room 232, No. 21 Er Wei Rd., Shen He
District, Shenyang City, Liao Ning Province,
China

X______________________________

**Name and mailing address of petitioner**
Kui Wang
Rm. 1103, No. 18, Baiwanzhuang Rd.,
Xicheng District, Beijing, China

X______________________________

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No. 9,
Tianzhaojiayuan, No. 41 Xizhimen N Street,
Haidian District, Beijing, China

X______________________________

**Name and mailing address of petitioner**
Jun Wang
Rm 1602, No. 38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China

X______________________________

218162549v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/30/2020

DocuSigned by:
1B99C82DCCFA404...
DI TANG

218182899v1

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Di Tang
F05-05C, Fenglin Lvzhou, Datun Rd,
Chaoyang District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Jun Zeng
Room 232, No. 21 Er Wei Rd., Shen He
District, Shenyang City, Liao Ning Province,
China

X________________________________

**Name and mailing address of petitioner**
Kui Wang
Rm. 1103, No. 18, Baiwanzhuang Rd.,
Xicheng District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No. 9,
Tianzhaojiayuan, No. 41 Xizhimen N Street,
Haidian District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Jun Wang
Rm 1602, No. 38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China

DocuSigned by:
X Jun Wang Jun Wang 3/23/2020
E631C736E765451...

218162549v1

WALL016 LLC

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Jun Wang Jun Wang
E631C736E765451
JUN WANG

218182917v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Yulan Chen | Loan Debt | $15,000.00 |
| Sicheng Zhan | Loan Debt | $13,000.00 |
| Pei Guan | Loan Debt | $12,000.00 |
| Jingqiu Tang | Loan Debt | $11,000.00 |
| Di Tang | Loan Debt | $10,000.00 |
| Jun Zeng | Loan Debt | $10,000.00 |
| Kui Wang | Loan Debt | $10,000.00 |
| Yue Zhang | Loan Debt | $10,000.00 |
| Jun Wang | Loan Debt | $5,000.00 |

**Name and mailing address of petitioner**
Yulan Chen
Room 12-303, No.1065, Gu Long Road,
Shanghai, China

X__________________________________

**Name and mailing address of petitioner**
Sicheng Zhan
3001 Biyadi Road, Pingshan District,
Shenzhen, Guangdong,China

X__________________________________

**Name and mailing address of petitioner**
Pei Guan
Rm 102, Jia, Building 7, Kouzhong Beili,
Xicheng District, Beijing, China

X__________________________________

**Name and mailing address of petitioner**
Jingqiu Tang
4-1804, Ronghui Jiangshan, No 289 West
Yangqiao Rd, Fuzhou, Fujian, China

唐劲秋 TANG JINQIU
DocuSigned by:
X Jingqiu Tang Jingqiu tang 3/21/2020
ACF7CC4E584C48D...

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Jingqiu Tang
ACF7CC4E584C48D...
JINGQIU TANG

218182885v1

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Di Tang
F05-05C, Fenglin Lvzhou, Datun Rd,
Chaoyang District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Jun Zeng
Room 232, No. 21 Er Wei Rd., Shen He
District, Shenyang City, Liao Ning Province,
China

DocuSigned by:
X Zeng Jun Zeng Jun 3/24/2020
063965F351CA495...

**Name and mailing address of petitioner**
Kui Wang
Rm. 1103, No. 18, Baiwanzhuang Rd.,
Xicheng District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No. 9,
Tianzhaojiayuan, No. 41 Xizhimen N Street,
Haidian District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Jun Wang
Rm 1602, No. 38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China

X________________________________

218162549v1

WALL016 LLC

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/24/2020

DocuSigned by:
Zeng Jun Zeng Jun
863965F351CA495...
JUN ZENG

218182903v1

**ADDITIONAL PETITIONING CREDITORS**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Yulan Chen | Loan Debt | $15,000.00 |
| Sicheng Zhan | Loan Debt | $13,000.00 |
| Pei Guan | Loan Debt | $12,000.00 |
| Jingqiu Tang | Loan Debt | $11,000.00 |
| Di Tang | Loan Debt | $10,000.00 |
| Jun Zeng | Loan Debt | $10,000.00 |
| Kui Wang | Loan Debt | $10,000.00 |
| Yue Zhang | Loan Debt | $10,000.00 |
| Jun Wang | Loan Debt | $5,000.00 |

**Name and mailing address of petitioner**
Yulan Chen
Room 12-303, No.1065, Gu Long Road,
Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Sicheng Zhan
3001 Biyadi Road, Pingshan District,
Shenzhen, Guangdong,China

X______________________________

**Name and mailing address of petitioner**
Pei Guan
Rm 102, Jia, Building 7, Kouzhong Beili,
Xicheng District, Beijing, China

X DocuSigned by: Pei Guan 48E869D934834A4... 3/22/2020

**Name and mailing address of petitioner**
Jingqiu Tang
4-1804, Ronghui Jiangshan, No 289 West
Yangqiao Rd, Fuzhou, Fujian, China

X______________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/2020

DocuSigned by:
Pei Guan
PEI GUAN

218182876v1

Debtor WALL016 LLC
Name

Case number (if known)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Yijing Wu | Loan Debt | $ 333,287.67 |
| Li Jiang | Loan Debt | $ 33,000.00 |
| Qin Chu | Loan Debt | $ 40,000.00 |
| | Total of petitioners' claims | $ 502,287.67* |

*See attached list of additional Petitioning Creditors

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Yijing Wu
Name

8-2607, Xuante Jiayuan, No. 1 Shilibao
Number Street

Chaoyang District, Beijing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/2/2020
MM / DD / YYYY

DocuSigned by:
✘ Yijing Wu Yijing Wu
4018D14BC4804EC...
Signature of petitioner or representative, including representative's title

**Attorneys**

Jiangang Ou, Esquire
Printed name

Nguyen & Chen, LLP
Firm name, if any

11200 Westheimer, Ste. 120
Number Street

Houston TX 77042
City State ZIP Code

Contact phone 832-767-0339 Email jou@nguyen-chen.com

Bar number 5451133

State NY

✘ /s/ Jiangang Ou
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/2/2020

DocuSigned by:
Yijing Wu Yijing Wu
4018D14BC4804EC...
YIJING WU

218182842v1

**ADDITIONAL PETITIONING CREDITORS**

**Name and mailing address of petitioner**
Di Tang
F05-05C, Fenglin Lvzhou, Datun Rd,
Chaoyang District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Jun Zeng
Room 232, No. 21 Er Wei Rd., Shen He
District, Shenyang City, Liao Ning Province,
China

X________________________________

**Name and mailing address of petitioner**
Kui Wang
Rm. 1103, No. 18, Baiwanzhuang Rd.,
Xicheng District, Beijing, China

DocuSigned by:
X wang Kui — 1BA3C786642946A... Wang Kui 3/22/2020

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No. 9,
Tianzhaojiayuan, No. 41 Xizhimen N Street,
Haidian District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Jun Wang
Rm 1602, No. 38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China

X________________________________

218162549v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/2020

DocuSigned by:
wang kui
18A3C78884294BA...
KUI WANG

218182907v1

Debtor WALL016 LLC
Name

Case number (if known) ______

**Name and mailing address of petitioner**

Li Jiang
Name

1-5-401, North Dormitory, Haidian Health Bureau
Number Street

Qinghe 3rd Street, Haidian District, Beijing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

______
Name

______
Number Street

______
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✘ ______
Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

**Name and mailing address of petitioner**

Qin Chu
Name

No. 13 Plant Building, No. 8 Hangdu Rd., Damaiwan Industrial
Number Street

District, Hangtou Town, Pudong New Area, Shanghai, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

______
Name

______
Number Street

______
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/23/2020
MM / DD / YYYY

DocuSigned by:
✘ Qin. Chu Qin Chu
Signature of petitioner or representative, including representative's title

______
Printed name

______
Firm name, if any

______
Number Street

______
City State ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Qin Chu
Qin Chu
QIN CHU

218182859v1

# ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No.9,
Tianzhaojiayuan, No.41 Xizhimen N Street,
Haidian District, Beijing, China

DocuSigned by:
X Yue Zhang 3/21/2020
8CBE0AE2950E48F...

**Name and mailing address of petitioner**
Xiaodong Hao
Room302, Unit 3, Building 10, Shuangqiao
Railway Community, Chaoyang District,
Beijing, China

X____________________________________

218154102v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Yue Zhang
0CBE0AE2950E48F...
YUE ZHANG

218182322v1



011

gn Envelope ID: D05B507D-79CD-4D1B-AEA2-FD35041908E1


## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Di Tang
F05-05C, Fenglin Lvzhou, Datun Rd,
Chaoyang District, Beijing, China

X_________________________________

**Name and mailing address of petitioner**
Jun Zeng
Room 232, No. 21 Er Wei Rd., Shen He
District, Shenyang City, Liao Ning Province,
China

X_________________________________

**Name and mailing address of petitioner**
Kui Wang
Rm. 1103, No. 18, Baiwanzhuang Rd.,
Xicheng District, Beijing, China

X_________________________________

**Name and mailing address of petitioner**
Yue Zhang
Room 1-304, Building No. 9,
Tianzhaojiayuan, No. 41 Xizhimen N Street,
Haidian District, Beijing, China

DocuSigned by:
X Yue Zhang
0CBE0AE2950E48F...
Yue Zhang 3/21/2020

**Name and mailing address of petitioner**
Jun Wang
Rm 1602, No. 38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China

X_________________________________

218162549v1

WALL016 LLC

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Yue Zhang
0CBE0AE2950E48F...
YUE ZHANG

218182913v1



076