# ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Wai Ying
Room 502, Gate 3, Building 13,
Lefujiangnan, No B1 Yongding Road,
Haidian District, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Yuan Yuan
7-1, Ruili Zhongyang Huacheng, Jiangling
Road, Binjiang District, Hangzhou, Zhejiang
Province, China

X________________________________

**Name and mailing address of petitioner**
Chao Xu
6A1203 Knode Building, Road Qianhai Lake
Intersection, Nanshan District, Shenzhen,
Guangdong Province, China

X DocuSigned by: Xu Chao 015D7F42D0394A4... Xu Chao 3/23/2020

218163640v2

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Xu Chao
015D7F42D0394A4...
Xu Chao
CHAO XU

218183328v1

**ADDITIONAL PETITIONING CREDITORS**

**Name and mailing address of petitioner**
Fuqing Chen
Room 808, Building 5B, Qianhejiayuan, No. 108, East Road, North Fourth Ring Road, Beijing, China

X______________________________

**Name and mailing address of petitioner**
Hanjiang Fu
Room 201, Gate 1, Building 1, Yaojiangfu Village, Shangcheng District, Hangzhou, Zhejiang Province, China

DocuSigned by:
X HanJiang Fu 3/22/2020
FDB3A8A52EEC4C0...

**Name and mailing address of petitioner**
Aiguo Luo
2-2-1401 West Garden, Jialvjingyuan, Xihu District, Hangzhou, Zhejiang Province, China

X______________________________

**Name and mailing address of petitioner**
Fang Ding
No. 2, Lane 218, West Xiuyan Road, Pudong District, Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Xiangdong Zhu
Room 1705, No. 8 Building 2, Lvdi Haiwaitan Huayuan, Yunfei Road, Jiangbei District, Ningbo, Zhejiang Province, China

X______________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/2020

DocuSigned by:
FDB3A8A52EEC4C0...
HANJIANG FU

218183266v1

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Wai Ying
Room 502, Gate 3, Building 13,
Lefujiangnan, No B1 Yongding Road,
Haidian District, Beijing, China

X______________________________

**Name and mailing address of petitioner**
Yuan Yuan
7-1, Ruili Zhongyang Huacheng, Jiangling Road, Binjiang District, Hangzhou, Zhejiang Province, China

DocuSigned by:
X Yuan Yuan 3/26/2020 yuan yuan
ECC429B8D08D47A...

**Name and mailing address of petitioner**
Chao Xu
6A1203 Knode Building, Road Qianhai Lake Intersection, Nanshan District, Shenzhen, Guangdong Province, China

X______________________________

218163640v2

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/26/2020

DocuSigned by:
Yuan Yuan
ECC429B8D08D47A...
YUAN YUAN

Yuan Yuan

218183314v1

Debtor WALL017 LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

✘
Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✘ /s/ Stephen M. Packman
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

**Name and mailing address of petitioner**

Di Tang
Name

F05-05C, Fenglin Lvzhou, Datun Rd.
Number Street

Chaoyang District, Beijing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/31/2020
MM / DD / YYYY

DocuSigned by:
✘ Di Tang
F9539E674221433...
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✘
Signature of attorney

Date signed
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/31/2020

DocuSigned by:
Di Tang
F0530E674221433...
DI TANG

218182970v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jialin Hu | Loan Debt | $22,000.00 |
| Qin Chu | Loan Debt | $20,000.00 |
| Jiaxiang Lu | Loan Debt | $18,200.00 |
| Fuqing Chen | Loan Debt | $12,000.00 |
| Hanjiang Fu | Loan Debt | $11,000.00 |
| Aiguo Luo | Loan Debt | $10,000.00 |
| Fang Ding | Loan Debt | $10,000.00 |
| Xiangdong Zhu | Loan Debt | $10,000.00 |
| Wai Ying | Loan Debt | $9,000.00 |
| Yuan Yuan | Loan Debt | $8,333.33 |
| Chao Xu | Loan Debt | $5,500.00 |

**Name and mailing address of petitioner**
Jialin Hu
No 7, Longteng Road Maoshan Industry Zone, Jiangshan Village, Jinzhou District,Ningbo, Zhejiang Province, China

DocuSigned by:
X Hu Jialin Hu Jialin 3/23/2020
C875CF68E31142C...

**Name and mailing address of petitioner**
Qin Chu
No.13 Plant Building, No. 8 Hangdu Rd., Damaiwan Industrial District, Hangtou Town, Pudong New Area, Shanghai, China

X________________________________

**Name and mailing address of petitioner**
Jiaxiang Lu
Room 196, 1st Xiyuan District, Luojia Village, Wenxin Street, Xihu District, Hangzhou, Zhejiang Province, China

X________________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Hu Jialin
C875CF68E31142C...
JIALIN HU

218183174v1

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Fuqing Chen
Room 808, Building 5B, Qianhejiayuan, No. 108, East Road, North Fourth Ring Road, Beijing, China

X______________________________

**Name and mailing address of petitioner**
Hanjiang Fu
Room 201, Gate 1, Building 1, Yaojiangfu Village, Shangcheng District, Hangzhou, Zhejiang Province, China

X______________________________

**Name and mailing address of petitioner**
Aiguo Luo
2-2-1401 West Garden, Jialvjingyuan, Xihu District, Hangzhou, Zhejiang Province, China

X______________________________

**Name and mailing address of petitioner**
Fang Ding
No. 2, Lane 218, West Xiuyan Road, Pudong District, Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Xiangdong Zhu
Room 1705, No. 8 Building 2, Lvdi Haiwaitan Huayuan, Yunfei Road, Jiangbei District, Ningbo, Zhejiang Province, China

X DocuSigned by: 朱向东 8AE5B9D71B0F4AF... Zhu Xiangdong 3/22/2020

朱向东

WALL017 LLC

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/2020

DocuSigned by:
8AE5B9D71B0F4AF
XIANGDONG ZHU

218183297v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Guoqin Zhou | Loan Debt | $9,000.00 |
| Yijing Wu | Loan Debt | $82,500.00 |

**Name and mailing address of petitioner**
Guoqin Zhou
22-2, Xinda Yinjun Xiangyuan, No.777
Xijiao Rd., Yuecheng District, Shaoxing City,
Zhejiang Province, China

X____________________________________

**Name and mailing address of petitioner**
Yijing Wu
8-2607, Xuante Jiayuan, No.1 Shilibao,
Chaoyang District, Beijing, China

DocuSigned by:
X Yijing Wu 4/6/2020
A00818CDE900445...

218292359v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/6/2020

DocuSigned by:
吴怡静 Yijing Wu 吴怡静
A00818CDE906445...
YIJING WU

218292530v1

# ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Wai Ying
Room 502, Gate 3, Building 13,
Lefujiangnan, No B1 Yongding Road,
Haidian District, Beijing, China

DocuSigned by:
X Wai Ying 3/23/2020
39C3AB4D7E6547A...

**Name and mailing address of petitioner**
Yuan Yuan
7-1, Ruili Zhongyang Huacheng, Jiangling
Road, Binjiang District, Hangzhou, Zhejiang
Province, China

X________________________________

**Name and mailing address of petitioner**
Chao Xu
6A1203 Knode Building, Road Qianhai Lake
Intersection, Nanshan District, Shenzhen,
Guangdong Province, China

X________________________________

218163640v2

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Wai Ying
39C3AB4D7E6547A...
Wai Ying
WAI YING

218183308v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Guoqin Zhou | Loan Debt | $9,000.00 |
| Yijing Wu | Loan Debt | $82,500.00 |

**Name and mailing address of petitioner**
Guoqin Zhou
22-2, Xinda Yinjun Xiangyuan, No.777
Xijiao Rd., Yuecheng District, Shaoxing City,
Zhejiang Province, China

DocuSigned by:
X Guoqin Zhou Guoqin Zhou 4/7/2020
4ADEA6F85B57429...

**Name and mailing address of petitioner**
Yijing Wu
8-2607, Xuante Jiayuan, No.1 Shilibao,
Chaoyang District, Beijing, China

X______________________________

218292359v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/7/2020

DocuSigned by:
Guoqin Zhou Guoqin Zhou
4ADEA6F85B57429...
GUOQIN ZHOU

218292297v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jialin Hu | Loan Debt | $22,000.00 |
| Qin Chu | Loan Debt | $20,000.00 |
| Jiaxiang Lu | Loan Debt | $18,200.00 |
| Fuqing Chen | Loan Debt | $12,000.00 |
| Hanjiang Fu | Loan Debt | $11,000.00 |
| Aiguo Luo | Loan Debt | $10,000.00 |
| Fang Ding | Loan Debt | $10,000.00 |
| Xiangdong Zhu | Loan Debt | $10,000.00 |
| Wai Ying | Loan Debt | $9,000.00 |
| Yuan Yuan | Loan Debt | $8,333.33 |
| Chao Xu | Loan Debt | $5,500.00 |

**Name and mailing address of petitioner**
Jialin Hu
No 7, Longteng Road Maoshan Industry Zone, Jiangshan Village, Jinzhou District,Ningbo, Zhejiang Province, China

X_______________________________

**Name and mailing address of petitioner**
Qin Chu
No.13 Plant Building, No. 8 Hangdu Rd., Damaiwan Industrial District, Hangtou Town, Pudong New Area, Shanghai, China

X_______________________________

**Name and mailing address of petitioner**
Jiaxiang Lu
Room 196, 1st Xiyuan District, Luojia Village, Wenxin Street, Xihu District, Hangzhou, Zhejiang Province, China

DocuSigned by:
X Jiaxiang Lu Lu jiaxiang 3/21/2020
24E7D7926921453...

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Jiaxiang Lu    Lu Jiaxiang
24E7D7926921453...
JIAXIANG LU

218183201v1

**ADDITIONAL PETITIONING CREDITORS**

**Name and mailing address of petitioner**
Fuqing Chen
Room 808, Building 5B, Qianhejiayuan, No. 108, East Road, North Fourth Ring Road, Beijing, China

X______________________________

**Name and mailing address of petitioner**
Hanjiang Fu
Room 201, Gate 1, Building 1, Yaojiangfu Village, Shangcheng District, Hangzhou, Zhejiang Province, China

X______________________________

**Name and mailing address of petitioner**
Aiguo Luo
2-2-1401 West Garden, Jialvjingyuan, Xihu District, Hangzhou, Zhejiang Province, China

DocuSigned by:
X Aiguo Luo Aiguo Luo 3/22/2020
E80095162CD7489...

**Name and mailing address of petitioner**
Fang Ding
No. 2, Lane 218, West Xiuyan Road, Pudong District, Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Xiangdong Zhu
Room 1705, No. 8 Building 2, Lvdi Haiwaitan Huayuan, Yunfei Road, Jiangbei District, Ningbo, Zhejiang Province, China

X______________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/2020

DocuSigned by:
Aiguo Luo
E80095162CD7489...
Aiguo Luo
AIGUO LUO

218183282v1

# ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jialin Hu | Loan Debt | $22,000.00 |
| Qin Chu | Loan Debt | $20,000.00 |
| Jiaxiang Lu | Loan Debt | $18,200.00 |
| Fuqing Chen | Loan Debt | $12,000.00 |
| Hanjiang Fu | Loan Debt | $11,000.00 |
| Aiguo Luo | Loan Debt | $10,000.00 |
| Fang Ding | Loan Debt | $10,000.00 |
| Xiangdong Zhu | Loan Debt | $10,000.00 |
| Wai Ying | Loan Debt | $9,000.00 |
| Yuan Yuan | Loan Debt | $8,333.33 |
| Chao Xu | Loan Debt | $5,500.00 |

**Name and mailing address of petitioner**
Jialin Hu
No 7, Longteng Road Maoshan Industry Zone, Jiangshan Village, Jinzhou District,Ningbo, Zhejiang Province, China

X_______________________

**Name and mailing address of petitioner**
Qin Chu
No.13 Plant Building, No. 8 Hangdu Rd., Damaiwan Industrial District, Hangtou Town, Pudong New Area, Shanghai, China

DocuSigned by:
X Qin Chu Qin Chu 3/23/2020
C0E7ADA1861E41E

**Name and mailing address of petitioner**
Jiaxiang Lu
Room 196, 1st Xiyuan District, Luojia Village, Wenxin Street, Xihu District, Hangzhou, Zhejiang Province, China

X_______________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Qin Chu Qin Chu
C0F7ADA1861E41E
QIN CHU

218183193v1

**ADDITIONAL PETITIONING CREDITORS**

**Name and mailing address of petitioner**
Fuqing Chen
Room 808, Building 5B, Qianhejiayuan, No. 108, East Road, North Fourth Ring Road, Beijing, China

X________________________________

**Name and mailing address of petitioner**
Hanjiang Fu
Room 201, Gate 1, Building 1, Yaojiangfu Village, Shangcheng District, Hangzhou, Zhejiang Province, China

X________________________________

**Name and mailing address of petitioner**
Aiguo Luo
2-2-1401 West Garden, Jialvjingyuan, Xihu District, Hangzhou, Zhejiang Province, China

X________________________________

**Name and mailing address of petitioner**
Fang Ding
No. 2, Lane 218, West Xiuyan Road, Pudong District, Shanghai, China

DocuSigned by:
X Ding Fang Fang Ding 3/22/2020
3FAD10B850E047D...

**Name and mailing address of petitioner**
Xiangdong Zhu
Room 1705, No. 8 Building 2, Lvdi Haiwaitan Huayuan, Yunfei Road, Jiangbei District, Ningbo, Zhejiang Province, China

X________________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/2020

DocuSigned by:
Ding Fang Fang Ding.
3FAD10B350E047D...
FANG DING

218183287v1

**ADDITIONAL PETITIONING CREDITORS**

**Name and mailing address of petitioner**
Fuqing Chen
Room 808, Building 5B, Qianhejiayuan, No. 108, East Road, North Fourth Ring Road, Beijing, China

DocuSigned by:
X FUQING CHEN 陈福清 3/23/2020
1EFB359D25F6474...

**Name and mailing address of petitioner**
Hanjiang Fu
Room 201, Gate 1, Building 1, Yaojiangfu Village, Shangcheng District, Hangzhou, Zhejiang Province, China

X______________________________

**Name and mailing address of petitioner**
Aiguo Luo
2-2-1401 West Garden, Jialvjingyuan, Xihu District, Hangzhou, Zhejiang Province, China

X______________________________

**Name and mailing address of petitioner**
Fang Ding
No. 2, Lane 218, West Xiuyan Road, Pudong District, Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Xiangdong Zhu
Room 1705, No. 8 Building 2, Lvdi Haiwaitan Huayuan, Yunfei Road, Jiangbei District, Ningbo, Zhejiang Province, China

X______________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
FUQING CHEN 陈福庆
1EFB359D25F6474...
FUQING CHEN

218183259v1

Debtor WALL017 LLC
Name

Case number (if known) ____________________

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Xiaomin Fan | Loan Debt | $ 70,000.00 |
| Di Tang | Loan Debt | $ 22,000.00 |
| *See attached list of additional Petitioning Creditors | | $ |
| | Total of petitioners' claims | $ 319,533.33* |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Xiaomin Fan
Name

E-8D Huating Jiayuan, No. 6 Middle North Forth Ring Road
Number Street

Chaoyang District, Beijing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/25/2020
MM / DD / YYYY

DocuSigned by:
✗ Xiaomin Fan Xiaomin Fan
0D4478EEBEF5480...
Signature of petitioner or representative, including representative's title

**Attorneys**

Jiangang Ou, Esquire
Printed name

Nguyen & Chen, LLP
Firm name, if any

11200 Westheimer, Ste. 120
Number Street

Houston TX 77042
City State ZIP Code

Contact phone 832-767-0339 Email jou@nguyen-chen.com

Bar number 5451133

State NY

✗ /s/ Jiangang Ou
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/25/2020

DocuSigned by:
Xiaomin Fan Xiaomin Fan
XIAOMIN FAN

218182938v1