**RE: 回复：several payment proof for Wall012**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Saturday, Jun 2, 2018 3:11 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>; 郭虹<Michelle@yding.cn>; Saskya Bedoya<SBedoya@jmjdevelopment.net>; Lynn@yding.cn<Lynn@yding.cn>

Hi Lynn,

Attached please find the receipt for Liu Yadan, Zhang Ying, Gao Huaizhen, Jiang Li, Yan Feng.

Thanks

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Friday, June 01, 2018 3:33 AM
**To:** Hongpeng Lin; Saskya Bedoya
**Cc:** 郭虹
**Subject:** 回复：several payment proof for Wall012

Hi Hong,

I attached several more wire proofs here, Kindly pls update the wire receipt progress today, thanks.

1) Liu Yadan: principle is $100K, she wired three time, 1st $49,965 via Zhang Yinjing; 2nd $49,980 via herself; 3rd $91.62 via Yuan Transfer, total amount is over $100K, pls check the actual arrival amount and send me the wire receipt of total 100K later on; (Confirmed 1st wire arrival amount is $49950, 2nd wire to Tim arrival amount $49,965, rest $85 you got from Yuan Transfer yesterday), you can release wire receipt now.

2) Zhang Ying: principle is $50K, you received her 1st $10K and 2nd $20K already; attached is her 3rd $20390.54 via Yuan transfer, pls check the actual arrival amount and send me wire receipt for total $100K later on; (Confirmed 1st wire arrival amount is $9995, 2nd wire arrival amount is $20000, rest $20005 you got from Yuan Transfer yesterday), you can release wire receipt now.

3) Jiang Li: principle is $500K, 1st $100K via Silverland Finance Limited, 2nd $150K via Silverland, 3rd 25K via HSBC. Pls check attached proof for 2nd and 3rd wire.

4) Gao Huaizhen: principle is $200K, wired total $200K via HSBC; (Confirmed wire pending is $19975,

Gao wire the rest $25 in RMB to PIC, will wire to JMJ once we know the total gap from other lenders after all wires are made for Wall012), you can release wire receipt now.

5) Yan Feng: principle is $150K, 1st $100K via herself, 2nd $500 via Silverland, 3rd $49500 wired by himsefl, pls check attached wire proof.

6) Yang Shuping: principle is $100K, both 1st $50K and 2nd $50K wired by herself, pls check attached payment proof.

7) Cai Hua: principle is $500K, up to now she wired $350K as following allocation, pls check the receipt accordingly.

Yong Sun ,east-west bank ,$64400

Yong Sun ,cathey bank, $41300

Wanjia Sun, bank of America,$196000

Wanjia Sun,Chase bank,$25000

Wanjia Sun,Chase bank,$23300

P.S total wire you recieved from Yuan Transfer is $20113.18 yesterday, $85 goes for Liu Yadan, $20005 goes for Zhang Ying, pls keep the rest $23 on your account, same as above 4) we'll calculate the final shortage numbers PIC needs to wire to JMJ after all wires made for Wall012 project.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

-----------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月29日(星期二) 22:47

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：回复：several payment proof for Wall012

Hi Hong,

Gao Huaizhen wired total $200K via HSBC bank, attached is her payment proof, pls check the receipt as well, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月28日(星期一) 18:51

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>; Tim Barton <tbarton@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：回复：several payment proof for Wall012

Hi Hong,

Just a further follow up for below payment progress, pls let us know which wire you have received already on Tuesday, thanks.

Liu Yadan's 2nd wire $49980 to Wall012 LLC has been returned by SPD bank today due to some restriced policy, so she wired to Tim's personal account instead of Wall012 LLC, attached is her payment proof, kindly pls check with Tim and update the receipt to us later on, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月25日(星期五) 19:36

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya

<sbedoya@jmjdevelopment.net>

抄 送: 郭虹 <michelle@yding.cn>

主 题: several payment proof for Wall012

Hi Hong,

Following are several payment proofs for Wall012, kindly pls check the receipt accordingly, thanks.

1) Liu Yadan: principle is $100K, she wired three time, 1st $49,965 via Zhang Yinjing; 2nd $49,980 via herself; 3rd $91.62 via Yuan Transfer, total amount is over $100K, pls check the actual arrival amount and send me the wire receipt of total 100K later on;

2) Zhang Ying: principle is $50K, you received her 1st $10K and 2nd $20K already; attached is her 3rd $20390.54 via Yuan transfer, pls check the actual arrival amount and send me wire receipt for total $100K later on;

3) Jiang Li: principle is $500K, 1st $100K via Silverland Finance Limited, balance will be wired later.

About Yuan Transfer, the handling charge from their end is around 1.8%~1.9% of wired amount, so we suggest lender to wire extra amount already. Pls let us know the actual arrival amount so we can track if there is any bank charge inside of United States other than Yuan Transfer.

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**5EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-100,000\x26nbsp;-Liu\x26nbsp;Yadan.pdf (1.05M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-50,000\x26nbsp;-Zhang\x26nbsp;Ying.pdf (1.04M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-200,000\x26nbsp;-Gao\x26nbsp;Huaizhen.pdf (1.05M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-500,000\x26nbsp;-Jiang\x26nbsp;Li.pdf (1.05M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-150,000\x26nbsp;-Yan\x26nbsp;Feng.pdf (1.04M)

# Wall012, LLC

June 1, 2018

Zhang Ying
Passport Number: E45741507
1-6-501,No 9,Fangyuan Nanli,Chaoyang District,
Beijing, China
judy7835@hotmail.com
(86) 13601011962

Dear Zhang Ying:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 1, 2018

Yan Feng
Passport Number: E88861852
54#, No.219 Gaomuqiao Road., Pudong District,
Shanghai, China
yan.windy@163.com
(86) 18502159855

Dear Yan Feng:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 150,000.00 by wire transfer into our account at Chase Bank on May 31, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 1, 2018

Gao Huaizhen
Passport Number: G28257288
Room802,Unit Jia,Building4,Dongpo Yajv,Tianning District,
Changzhou,Jiangsu, China
13606115081@163.com
(86) 13606115081

Dear Gao Huaizhen:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on May 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 1, 2018

Jiang Li
Passport Number: EA3681029
1-5-401 , North dormitory, Haidian Health Bureau,
Qinghe 3rd Street, Haidian District, Beijing, China
kwj80@163.com
(86) 13611224740

Dear Jiang Li:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 500,000.00 by wire transfer into our account at Chase Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 1, 2018

Liu Yadan
Passport Number: G44599134
Room2008,Building10,Cuiwei Xili,Wanshou Road,
Haidian District,Beijing, China
liuyadan2009@163.com
(86) 13901316694

Dear Liu Yadan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on May 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

**RE: 回复：Wall012 wire proof from Client Zhang Ying _ 1st $10K via Yuan Transfer**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Wednesday, May 23, 2018 0:58 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Hi Lynn,

Attached please find the wire receipt for Wall 012 Tang Yi.

Thanks

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Thursday, May 17, 2018 9:26 PM
**To:** Hongpeng Lin
**Cc:** Saskya Bedoya
**Subject:** 回复：Wall012 wire proof from Client Zhang Ying _ 1st $10K via Yuan Transfer

Hi Hong,

Thanks for your confirmation on Zhang Ying's 1st wire via Yuan transfer, total $9996.46 receveid. Zhang Ying wired 2nd $20000 via East West Bank, attached is her bank copy, pls check the receipt, thanks. She will wire the balance $20000 by the end of May, pls send me wire receipt until you receive total $50K later on, thanks.

Another lender Tang Yi wired total $50K via Cathay Bank, attached is her bank copy, pls check the receipt as well and send me wire receipt accordingly, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Hongpeng Lin <HLin@jmjdevelopment.net>

发送时间：2018年5月15日(星期二) 04:15

收件人：周霖 <lynn@yding.cn>

抄　送：Saskya Bedoya <SBedoya@jmjdevelopment.net>

主　题：RE: Wall012 wire proof from Client Zhang Ying _ 1st $10K via Yuan Transfer

Hi Lynn,

You are correct, NO changes on Wall 012 bank account. As for Alipay, It charged $225.29 last time. I am not sure how it is calculated, but I will check back with you if $180 is enough to cover the fee this time once money hits our bank account.

Thanks

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Monday, May 14, 2018 6:54 AM
**To:** Hongpeng Lin; Saskya Bedoya
**Subject:** Wall012 wire proof from Client Zhang Ying _ 1st $10K via Yuan Transfer

Hi Hong,

Wall 012 Client Zhang Ying wired her 1st $10K via Yuan Transfer today at our office, attached are 4 copies for your reference, total amount is $10180, $180 is for bank charge.

The receiving account should be sames as last time

Account Number: XXXXXX622

Routing Number: XXX901014

Swift Code: XXXKUS44

Bank Name: Capital One Bank

do you also need to change this bank to Chase bank in the future? if so, I will check with our Michael how to proceed with Yuan Transfer. Thanks.

BTW on current Wall012 wire insturctions, it's Chase bank account already, no change for this one, right? I attached here as well for your confirmation, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-50,000\x26nbsp;-Tang\x26nbsp;Yi.pdf (1.05M)

# Wall012, LLC

May 22, 2018

Tang Yi
Passport Number: G40770488
1-3-701,Shimao Aolin,No 1 Qinglin Rd, Beijing, China
379781587@qq.com
(86) 13801164275

Dear Tang Yi:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Chase Bank on May 18, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

**RE: wire proof for Wall012 Wang Weisi**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Thursday, Jul 19, 2018 4:23 AM
Recipient:周霖<lynn@yding.cn>

Hi Lynn,

Attached please find the Wire Receipt for Wang Weisi and Wall012 wire master list.

Thanks

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Wednesday, July 11, 2018 3:07 AM
**To:** Hongpeng Lin; Saskya Bedoya
**Cc:** 郭虹
**Subject:** wire proof for Wall012 Wang Weisi

Hi Hong,

Attached pls check total $500K wire proof for Wang Weisi and send us the receipt accordingly, thanks.

BTW, I sent another email to Saskya and cc to you, pls also have a look for those money transfer for PIC staff's principle payment on Wall012, let me know if you have any question, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**2EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-500,000\x26nbsp;-Wang\x26nbsp;Weisi.pdf (1.04M)

Wall\x26nbsp;012\x26nbsp;Wire\x26nbsp;Master\x26nbsp;List.xlsx (13.94K)

# Wall012, LLC

July 18, 2018

Wang Weisi
Passport Number: E28051645
Room103, Unit 1, Building 7, Yunti Hutong,
Xicheng District, Beijing, China
wangweisi@126.com
(86) 13641236437

Dear Wang Weisi:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 500,000.00 by wire transfer into our account at Chase Bank on July 11, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

**RE: 回复：回复：several payment proof for Wall012**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Thursday, Jun 7, 2018 1:55 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>; 郭虹<Michelle@yding.cn>; Saskya Bedoya<SBedoya@jmjdevelopment.net>; Lynn@yding.cn<Lynn@yding.cn>

Hi Lynn,

Attached please find the receipts for Xu Gang and Yin Wenjuan. The actual amount we received are $299,975, and $49,980 respectively. I also attached wire master list for your reference.

Thanks

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Monday, June 04, 2018 9:17 AM
**To:** Hongpeng Lin
**Cc:** Saskya Bedoya; 郭虹; 周霖
**Subject:** 回复：回复：several payment proof for Wall012

Hi Hong,

Thanks for your kind follow up. Today we have two more payments as following:

1) Xu Gang: Principle is $300K, total $300K wired by himself, pls check attached wire proof;

2) Yin Wenjuan: Principle is $50K, total $50K wired by herself, pls check attahed wire proof;

pls also update the status for following two previous payment, thanks.

3) Yang Shuping: principle is $100K, both 1st $50K and 2nd $50K wired by herself, pls check attached payment proof.

4) Cai Hua: principle is $500K, up to now she wired $350K as following allocation, pls check the receipt accordingly.

Yong Sun ,east-west bank ,$64400

Yong Sun ,cathey bank, $41300

Wanjia Sun, bank of America,$196000

Wanjia Sun,Chase bank,$25000

Wanjia Sun,Chase bank,$23300

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Hongpeng Lin <HLin@jmjdevelopment.net>

发送时间：2018年6月2日(星期六) 03:10

收件人：周霖 <lynn@yding.cn>

抄　送：Saskya Bedoya <SBedoya@jmjdevelopment.net>; 郭虹 <Michelle@yding.cn>; 周霖 <Lynn@yding.cn>

主　题：RE: 回复：several payment proof for Wall012

Hi Lynn,

Attached please find the receipt for Liu Yadan,Zhang Ying, Gao Huaizhen,Jiang Li,Yan Feng.

Thanks

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Friday, June 01, 2018 3:33 AM
**To:** Hongpeng Lin; Saskya Bedoya
**Cc:** 郭虹
**Subject:** 回复：several payment proof for Wall012

Hi Hong,

I attached several more wire proofs here, Kindly pls update the wire receipt progress today, thanks.

1) Liu Yadan: principle is $100K, she wired three time, 1st $49,965 via Zhang Yinjing; 2nd $49,980 via herself; 3rd $91.62 via Yuan Transfer, total amount is over $100K, pls check the actual arrival amount and send me the wire receipt of total 100K later on; (Confirmed 1st wire arrival amount is $49950, 2nd wire to Tim arrival amount $49,965, rest $85 you got from Yuan Transfer yesterday), you can release wire receipt now.

2) Zhang Ying: principle is $50K, you received her 1st $10K and 2nd $20K already; attached is her 3rd $20390.54 via Yuan transfer, pls check the actual arrival amount and send me wire receipt for total $100K later on; (Confirmed 1st wire arrival amount is $9995, 2nd wire arrival amount is $20000, rest $20005 you got from Yuan Transfer yesterday), you can release wire receipt now.

3) Jiang Li: principle is $500K, 1st $100K via Silverland Finance Limited,2nd $150K via Silverland, 3rd 25K via HSBC. Pls check attached proof for 2nd and 3rd wire.

4) Gao Huaizhen: principle is $200K, wired total $200K via HSBC;(Confirmed wire pending is $19975, Gao wire the rest $25 in RMB to PIC, will wire to JMJ once we know the total gap from other lenders after all wires are made for Wall012), you can release wire receipt now.

5) Yan Feng: principle is $150K, 1st $100K via herself, 2nd $500 via Silverland,3rd $49500 wired by himsefl, pls check attached wire proof.

6) Yang Shuping: principle is $100K, both 1st $50K and 2nd $50K wired by herself, pls check attached payment proof.

7) Cai Hua: principle is $500K, up to now she wired $350K as following allocation, pls check the receipt accordingly.

Yong Sun ,east-west bank ,$64400

Yong Sun ,cathey bank, $41300

Wanjia Sun, bank of America,$196000

Wanjia Sun,Chase bank,$25000

Wanjia Sun,Chase bank,$23300

P.S total wire you recieved from Yuan Transfer is $20113.18 yesterday, $85 goes for Liu Yadan, $20005 goes for Zhang Ying, pls keep the rest $23 on your account, same as above 4) we'll calculate the final shortage numbers PIC needs to wire to JMJ after all wires made for Wall012 project.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月29日(星期二) 22:47

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：回复：several payment proof for Wall012

Hi Hong,

Gao Huaizhen wired total $200K via HSBC bank, attached is her payment proof, pls check the receipt as well, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月28日(星期一) 18:51

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>; Tim Barton <tbarton@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：回复：several payment proof for Wall012

Hi Hong,

Just a further follow up for below payment progress, pls let us know which wire you have received already on Tuesday, thanks.

Liu Yadan's 2nd wire $49980 to Wall012 LLC has been returned by SPD bank today due to some restriced policy, so she wired to Tim's personal account instead of Wall012 LLC, attached is her payment proof, kindly pls check with Tim and update the receipt to us later on, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年5月25日(星期五) 19:36

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：several payment proof for Wall012

Hi Hong,

Following are several payment proofs for Wall012, kindly pls check the receipt accordingly, thanks.

1) Liu Yadan: principle is $100K, she wired three time, 1st $49,965 via Zhang Yinjing; 2nd $49,980 via herself; 3rd $91.62 via Yuan Transfer, total amount is over $100K, pls check the actual arrival amount and send me the wire receipt of total 100K later on;

2) Zhang Ying: principle is $50K, you received her 1st $10K and 2nd $20K already; attached is her 3rd $20390.54 via Yuan transfer, pls check the actual arrival amount and send me wire receipt for total $100K later on;

3) Jiang Li: principle is $500K, 1st $100K via Silverland Finance Limited, balance will be wired later.

About Yuan Transfer, the handling charge from their end is around 1.8%~1.9% of wired amount, so we suggest lender to wire extra amount already. Pls let us know the actual arrival amount so we can track if there is any bank charge inside of United States other than Yuan Transfer.

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**3EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-50,000\x26nbsp;-Yin\x26nbsp;Wenjuan.pdf (1.08M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-300,000\x26nbsp;-Xu\x26nbsp;Gang.pdf (1.05M)

Wall\x26nbsp;012\x26nbsp;Wire\x26nbsp;Master\x26nbsp;List.xlsx (12.24K)

# Wall012, LLC

June 6, 2018

Yin Wenjuan
Passport Number: E73981743
Room1501,Unit 12,Yulan Gongguan,North Rongchuang Daning,
Shanghai, China
yinwj@live.cn
(86) 13816500713

Dear Yin Wenjuan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Chase Bank on June 1, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

June 6, 2018

Xu Gang
Passport Number: E71580356
701-K1 Shimaolijingcheng , Tianmushan Road,
Hangzhou, China
grantxu878@aol.com
(86) 13018989718

Dear Xu Gang:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 300,000.00 by wire transfer into our account at Chase Bank on June 4, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC