**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**PETITIONING CREDITORS' AMENDED RULE 26(a)(2)(B)
AND FRE 702 EXPERT DISCLOSURE**

Petitioning Creditors Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Zhou, Kai Tian, Yijing Wu, Xuegeng Gong, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Weisi Wang, Xiaoquan Dai, Feng Yan, Ou Jiang, Jinzhe Wu, Yadan Liu, Wenjuan Yin, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Qin Chu, Yulan Chen, Sicheng Zhan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Jun Wang, Xiaomin Fan, Jialin Hu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and Qu Chen ("Petitioning Creditors"), through their undersigned counsel, make and serve the following expert disclosure in accordance with the Federal Rules of Civil Procedure and Evidence:

**Retained Expert**

1. Ida P. Shaw (Licensed Chinese Court & Conference Interpreter/Translator)
2107 University Blvd, Houston, Texas 77030
Tel.: (832) 642-2252

---

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors"). Currently, Alleged Debtors' federal tax identification numbers are unknown to Petitioning Creditors.

ida.shaw@chinesetranslationteam.com

Ms. Shaw is a licensed and well-experienced Mandarin Chinese/English interpreter and translator. Attached is Ms. Shaw's CV and Certification. Ms. Shaw is designated by Petitioning Creditors to serve as translator for the Petitioning Creditors' witnesses who do not speak English at the February 23, 2021.

Dated: February 21, 2021

Respectfully submitted,

**NGUYEN & CHEN LLP**

/s/ *Brian M. Gargano*
Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133NY
jou@nguyen-chen.com
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for Petitioning Creditors*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above instrument was served on the date the instrument was electronically filed. Service has been accomplished electronically and/or by first-class mail to the parties listed below.

**Via U.S. Mail**
WALL007, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL009, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL010, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL011, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL012, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL016, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL017, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via ECF**
Khudabuksh K. Walji, Esquire
Law Office of K. Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477

**Via ECF**
Robert W. Buchholz, Esquire
bob@attorneybob.com

**Via ECF**
Darrell Wayne Cook, Esquire
dwcook@attorneycook.com
all@attorneycook.com

**Via ECF**
Katherine T. Hopkins, Esquire
katherine.thomas@kellyhart.com

**Via ECF**
Joyce W. Lindauer, Esquire
joyce@joycelindauer.com
dian@joycelindauer.com
gina@joycelindauer.com

**Via ECF**
Steven C. Metzger, Esquire
smetzger@pmklaw.com

**Via ECF**
Michael P. Ridulfo, Esquire
mridulfo@krcl.com
dtrevino@krcl.com
mridulfo@ecf.courtdrive.com

**Via ECF**
Patrick D. Sullivan, Esquire
sullivan@hooverslovacek.com

**Via ECF**
United States Trustee
ustpregion06.da.ecf@usdoj.gov

**Via ECF**
Behrooz P. Vida, Esquire
filings@vidalawfirm.com
legalprokirstin@gmail.com
bkfilings@yahoo.com

Dated: February 21, 2021

/s/ *Brian M. Gargano*
Brian M. Gargano

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

# IDA P. SHAW
（彭润辉）

## QUALIFICATION:

Professional Chinese Simultaneous/Consecutive Court Licensed & Conference Interpreter
Language Instructor/Rater/Business & Technical Trainer
Expertise: Assisting clients in the areas of Law, Business, Environment, Aviation, Finance, Industrial & Technology, Oil & Gas, Energy, and Medicine etc.

## LANGUAGES

Chinese (Mandarin) <>English

## SECURITY CLEARANCE

Level-Secret

## PARTIAL CLEINT LIST (Consecutive Interpretations & Translations)

Jackson Walker, LLP (Rocky International in US Bankruptcy Court, Southern District, Houston, TX)
McKool Smith (Parkervision, INC. v. Qualcomm Inc. Qualcomm Atheros, Inc. HTC Corp. HTC Corp, HTC America Inc, Samsung Electronics Co. Ltd., Samsung Electronics America Inc. & Samsung Telecommunications America, LLC.)
Fish & Richardson P.C. (Pavo Solutions LLC v. Kingston Technology Company, Inc.)
Kilpatrick Townsend & Stockton LLP (TRANS-TEXAS TIRE, LLC, vs. TREDIT TIRE & WHEEL CO., INC., and RONALD A. PIKE
Doyen Sebesta, LTD, LLP (Wen-Yuan Hsieh vs. LSM World Wide, Inc, AA Plus & Lien Ip)
Carstens & Cahoon, LLP (Geodynamic vs. Dynaenergetics US Inc. et al.)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP (IDQ vs ACH)
Sidley Austin LLP (TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION)
Raley & Bowick LLP (Kaneda vs. JMC et al)
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP (Krystal Cantu vs. Shandong Yongsheng Rubber Co., Ltd)
Jackson Walker, LLP (R. Milbank Jr. vs. TPV at all)
Andrews Kurth LLP (Winland Ocean Shipping Corp. Chapter 11, deposition & hearing)
Vinson & Elkins (Bxxx by Friend Jxx vs. xxxx School & Harriet Reynolds)
Irell & Manella, LLP (PTI vs. Tessera-patent infringement)
Susman Godfrey (ISL vs. RIM- Federal Trial in Texas Northern District for Patent infringement)
Akin, Gump, Strauss, Hauer & Feld LLP (Hexion vs. Formosa Plastics- trade secret)
Jones Day (Au Optronics vs. Samsung – patent infringement)
Jones Day (Chevron USA Inc. vs. Maxwell Dynamics Inc. and Qiang Zhou-trade secret)
Dechert LLP (Mondis Technology vs. LG Electronics, Hon Hai Precision Industry Co. Ltd., aka Foxconn, Innolux Display Corp.-patent infringement)
Andrews Kurth & Associates, LLP (Murphy vs. OPIC-trade secret; Sinopec FIOC PSA case)
Baker McKenzie LLP (Fortuna vs. CNOOC-China National Offshore Oil Company-PSA dispute)
Hexion vs. Formosa Plastics-Chemical trade secret)
Baker Botts (Fractus S.A. vs. Samsung Electronics Co, High Tech Computer Tech,

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

HTC, LG Electronics, MobilComm USA, Kyocera Wireless, Sharp Electronics, UTSTARCOM and Sanyo North America-patent infringement)
Duane Morris LLP (Laserdynamics Inc. vs. Asus Computer Int'l at al-patent infringement)
Looper Reed & McGraw LLP (Federal vs. Sherwin-contract dispute; CIMC Vehicles Group Co. Ltd., vs. Direct Trailer LP & Direct Chassis and Equipment Co.-trade secret and contract dispute)
Strasburger & Price, LLP (St. Johns United Methodist Church vs. Delta Electronics Inc. & Belkin International Inc.-Product defect dispute)
Burr Forman LLP (Tri-Elements Petroleum Product, Inc. vs. Fortune Equipment, Ltd. Et Al-trade secret)
Houssiere Durant & Houssiere, LLP (Tenika Johnson, as Next Friend for Takaira) Johnson v. Ella's Food Mart & Dollar Store, et al-product defect dispute)
Weycer, Kaplan, Pulaski & Zuber (JY4205 GP, LLC vs. Documents Legalization Service, Inc.-Contract dispute)
Yang & Associates (Changxing Yu vs. Tianjin COSCO Bulk Shipping and Fujian Guanhai Shipping Co. Ltd, Dalian International Maritime Services Co. Ltd- business dispute)
Gary Beauchamp & Associates (Chang vs. Group L & M Management Inc.-Contract dispute)
Goldstein & Associates (Chang vs. CompuUSA and Apple Computer- patent infringement- key switch)
William Pendergraft & William Haddock (Zhong and Zou vs. Golden Supermarkte and Lai & Associates- Contract dispute)
Phillips & Akers, P.C. (Major Criminal & Civil Litigations)
Parnham & Associates (Major Criminal Trials)
Fulbright & Jaworski, LLP (Huang vs. Dao Temple- partnership dispute)
Clements, O'Neil, Pierce, Wilson & Fulkerson, LLP (China Construction Bank vs. Lai at al )
Vincent & Elkins (Business Civil Litigation)
Baker Institute (James Baker's Presentation for ISMS conference)
BASF (Port Author Plant Workshop)
Baylor College of Medicine (International Space Medicine Summit)
Beijing Municipal Government (Various workshops in Houston)
Brazoria County Court (Civil & Criminal Trial)
AES Power Company (ISO, OSHA Chinese employee Trainings and Workshops)
AEI Energy (Power Plant initiation and progress meeting with Chinese partners)
Allstate Insurance (various insurance rated cases, depositions and trials)
Anadarko Petroleum Corporation (Business and technology meetings and workshops)
Bexar County District Courts (Criminal & Civil Trial)
Cambridge Energy Research Associates (Major oil and gas conferences)
Chinese Consulate of Houston (various meetings and visiting tours)
Chinese Petroleum and Petrochemical Association (Conferences)
City of Houston Municipal Courts (various hearing and trials)
City of Houston, Texas (Chinese delegation visiting tours, workshops and trainings)
City of Shanghai, China (Business promotion seminars and various workshops)
City of Nanjing, China (Industrial parks promotion seminar)
City of Orange, Texas (Civil Trial)
City of Victoria, Texas (Civil & Criminal Trial)
Guangxi Science & Technology Institute
CNOOC (Civil Litigation)
CNPC (various visiting tours, workshops and meetings)
Consulate General of the People's Republic of China in Houston
Collin County District Court (criminal and civil hearings and trials)
Duane Morris LLP (Patent Litigation & Trial)

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Dallas County District Court (Criminal & Civil Trial)
Exxon Mobil, Oil/Gas & Power Marketing and technical workshops and meetings)
Farmers Insurance (Automobile accident & Personal Injury litigations)
Federal Reserve Bank of Dallas, Houston (Bank workshops)
Formosa Plastic Corp. Taiwan (Intellectual Property Litigation & Trial)
Flight Safety International Inc. (Simulator Training ,Gulfstream aircraft)
Foreign Affairs Office of People's Republic of China, Jilin Province
Fort Bend County Court (Criminal & Civil Trials)
Frontier Drilling (Partner's meetings)
Jenkins and Kamin LLP (Family & Divorce Litigation)
Kerr-McGee Oil & Gas Corporation (Oil drilling training workshops and orientations for China)
Galveston County Court (Civil & Criminal Trials)
Grimes County District Courts (Civil & Criminal Trials)
Gulfstream Aviation (Simulator and flying training)
Gulf Coast Waste Water Management (workshop)
Harris County Civil District Courts (Civil Hearings & Trials)
Harris County Criminal District Courts (Criminal Trials)
Harris County Family Law Court (Hearings & Trials)
Harris County Probable Cause Court (Probable Cause Hearings)
Fort Bend County District and County Courts (Hearings & Trials)
Collin County Courts (Hearing and Trials)
Hong Kong & Huizhou Business Group (Business promotion seminar)
Entergy (Business workshop)
Littleton & Associates (Personal Injury Trials)
Mascoat Co. (business workshops)
Nabors Drilling (Drilling field on-site technical meetings)
M. D. Anderson Hospital (seminars and workshops)
Memorial Hermann Hospital System (Patients and trainers workshops and orientations)
Nanjing Chemical Industry Park Co. Ltd, China
National Space Biomedical Research Institute
Noble Energy Company
Nabors Industries Inc.
Ping Golf
PetroChina Company Limited
People's Republic of China, National Development and Reform Commission
Progressive Insurance (Automobile accident & Personal Injury litigations)
Rice University
Rusty Hardin & Associates. LP (Business Civil Litigation)
Safeco Insurance
Schering-Plough
Schlumberger Limited
Shandong Province, China
Shanghai City Government
Shanghai Salvage Co.
Shanghai Industrial & Medical Zone
Shell International Exploration and Production
Short & Jenkins, LLP (Family Litigation)
Sinopec Engineering Inc.
Social Security Administration, Houston (Social Security system seminars)
Ministry of Foreign Affairs, Republic of China (Taiwan, tours and workshops)
Texas Children Hospital (patient assistance meetings)
Texas Medical Center (various training, meetings and seminars)

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Texas Workforce Commission (Employment Hearings)
Traveler Insurance (Automobile accident & Personal Injury litigations)
Texas Fair plan Insurance
Weatherford (Drilling service equipment seminars)
United States District Court for the Southern District of Texas, Houston, TX (Hearing & Trials)
United States District Court for the Eastern District of Texas, Marshall, TX (Hearing & Trials)
United State District Court for the Eastern District of Texas, Tyler, TX (Hearings & Trials)
United States District Court, Houston, Texas (Hearings & Trials)
United States Immigration Office (Hearing & Trials)
United State Department of Treasury (Business Litigation)
United State Department of Labor (Business & Corporation Litigation)
University of Houston
U.S. Department of Justice (Business Litigation)
U.S. Department of Energy
U.S. Department of Defense
U.S. Department of Treasury (Tax Litigation)
U.S. Department of Labor (Employment Litigation)
York International Corporation

## SIMULTANEOUS CONFERENCE & TRAINING PROJECTS (RECENT 5 YEARS)

**Medical, Pharmaceutical, Environmental, Biotech, Community Service & Miscellaneous Conferences:**

Bramson Clinical Trial for MK-0822-018 (Osteoporosis Medicine) Study Meeting. (Webcast, 2015 to 2016)
USANA 2016 International Conference, (Salt Lake City, UT, 2016)
Kyani International Summit 2016, Health Supplement Science Session (Santa Ana, CA, 2016)
AVA, Association for Vascular Access Annual Scientific Meeting, (Dallas, TX, 2015)
3M IV Leadership Summit (Minneapolis, MN, 2015)
USANA 2015 International Conference, Medical & Science Meeting, (Salt Lake City, UT, 2015)
Merck Clinical Trial for MK-0822 for Osteoporosis, Global Re-Adjudication Workshop (Webcast, 2015)
IDEXX International Commercial Submit –Veterinarian Products (Portland, MA 2015)
Pfizer and CFDA US Workshop (Houston, TX 2015)
Mannatech Presidential Summit 2015 (Maui, HA 2015)
Merck MK-0822-PN018 Investigation Meeting (Webcast, 2014)
Pharmavite and Taiwan Media Workshop (Los Angeles, CA 2014)
Complete Woman Center, OB/GYN Program (Houston, TX 2014, 2015)

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Pfizer PF-04971729 & Merck MK-8355 Investigator Meeting for Diabetes and Endocrinology (Webcast Conference, 2014)
Kyani International 2014 Worldwide Conference- Health Care Supplement Product (Orlando, FL 2014)
Merck Global East 2014 Quarterly Meeting (White House, NJ 2014)
Merck MCC Global Quarterly Conference (White House, NJ 2014)
M.D. Anderson Cancer Center-Cancer Awareness Workshop (Houston, TX 2014)
Philips Medical Device Division Training (Seattle, WA 2014)
Mannatech Mannaquest 2015 (Frisco, TX 2014)
Merck Town Hall Meeting (Webcast 2013)
Mannatech Mannaquest (Seattle, WA 2013)
Merck, GHH Meeting (Webcast 2013)
Mannatech Mannafest (Dallas, TX 2013)
Merck, MMD Meeting (Webcast 2013)
Novartis, 2012 HBV Patient Study (Houston, TX & Chicago, IL 2012)
Trifecta Clinical Trial Webcast and Live Interpreting, (Boston & Webcast, 2012 Engage AF-TIMI 48 Trial, CSED Transition Training, 2012)
Multiple Myeloma 2012 International Conference (Atlanta, GA 2012)
Aristotle Clinical Trial Procedure Webinar (Webcast 2011, 2012)
Navigating Laboratory Regulations and Implementing Quality Measures: Strategies to Enhance Patient Safety, by University of Wisconsin School of MedicineMadison, WI (Webcast 2012)
Hermann Hospital & City of Karamay Joint Workshop (Houston, TX 2012)
Breast Cancer Global Conference (San Antonio, TX 2012)
Instrumentation Laboratory, Slaying Sepsis: Saving Lives with Faster and Better Treatment, (Illuminations Webinar Series, 2011 and on-going)
Memorial Hermann Hospital Health Workshop (Houston, TX 2002-present)
International Museum Association 2011 Conference (Houston, TX 2011)
Asian Film Festival hosted by Rice University (Houston, TX 2011)
M.D. Anderson Cancer Center Workshops/Training (Houston, TX 2007-2012)
Mannatech Inc. Sales Summit 2011 (Bellevue, WA 2011, Fort Worth, TX 2012)
St. Joseph Hospital Woman Center, Genetic Meeting (Houston, TX 2004-present)
Life Science Innovation Northwest Conference 2011 (Seattle, WA 2011)
Institute for Global Chinese Affairs, University of Maryland, Workshops/Training for Chinese Government Officials (College Park, MD2009 to 2011)
Harris County Epidemic Disease Awareness Workshop, (Houston, TX 2011)
Merck Pharmaceutical MMD, MSD, EBB Conference (Monthly Webcast 2008-present)
Abbott Laboratory, INR Management, Virtual Clinical (Webcast 2009-2010)
ISMS, International Space Medicine Summit II, III IV, for NASA & Baylor College of Medicine (Houston, TX 2008 - 2010)
AT&T U-verse Marketing Meeting (Houston, TX 2009, 2010)

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Interdict/RADACAD Training for Customs & Government Officials (Richland, WA 2009-2011)
International Rivers for Life Conference (Temacapulin, Mexico 2010)
Best Selling Author Dr. Yu Dan, "Confucius from the Heart & Taoism" (Houston, TX 2009)
"Seven Steps to a Healthy Heart" presented by Dr. Ed Yeh, Director of Cardiology, MD Anderson Cancer Center (Houston, TX 2009)
Personal Health Workshop, UT Medical Center, (Houston, TX 2009)
Abbott Diagnostic Education Workshop in HBV (Webcast 2007, 2008)
Reebok for Yao Ming, a Day in the Life, Pre-Olympic Special Report, (Houston, TX 2008)
Jiffy Lube/China Automobile Group Board Meeting (Vancouver, Canada 2007)
Kiwanis Annual Conference (San Antonio, TX 2007)
Yao Ming of NBA, for UN & UNICEF-AIDS prevention TV public service Broadcast (Houston, TX 2007)
American Boy Scout, Focus Group Seminar (Houston, TX 2007)
US Postal Service, Focus Group (Houston, TX 2007)
Chrysler Jeep Automobile, Focus Group (Houston, TX, 2006, 2007)
Chrysler SUV, Focus Group (Houston, TX 2007)
Greater Houston Partnership, International Festival Business Conference (Houston, TX 2007)

**IT/Software Related Projects:**

IBM Partners World Conference (Las Vegas, NV, February, 2015)
VMware Global Sales Kick-off Conference (New Orleans, LA, January, 2015)
IBM World Leadership Conference (Las Vegas, NV 2014)
Dell APJ Partners & Leadership Conference 2014 (Singapore, 2014)
Hewlett Packard - HP GPC 2014 (Las Vegas, NV 2014)
Microsoft EBC, China Telecom Partner's Workshop (Bellevue, WA 2014)
Ariss Global Technology Conference (Orlando, FL 2014)
PTC World Partners Kick-off Conference (CAD software and wire and wireless related company, New Orleans, LA 2013)
Dell Executive Summit (Beijing, 2013)
Hewlett Packard Global Partners Conference (Las Vegas, NV 2013)
IBM Partner World Leadership Conference (Las Vegas, NV 2013)
Symantec Worldwide Sales & Marketing Conference 2013 (Las Vegas, NV 2013)
Symantec World Sales & Marketing Conference 2012 (Dallas, TX 2012)
Hewlett Packard Global Partners Conference (Las Vegas, NV 2012)
Hewlett Packard License to Practice Master Training (Plano, TX 2012)
Symantec Executive Briefing Conference with China Ministry of Railroad 2012 (Mountain View, CA 2012)
Microsoft Windows 8 Summit 2012 (Bellvue, WA 2012)
Symantec Worldwide Sales Conference 2011(Las Vegas, NV 2011)
Microsoft Global CIO Summit 2011 (Bellvue, WA 2011)
Microsoft MVP Summit 2011 (Seattle, WA 2011)
Hewett Packard Onboarding Training (Plano, TX 2011, 2012)

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Microsoft Professional Programmer Conference 2010, (Seattle, WA 2010)
McAfee Anti-Intrusion Software Worldwide Workshop, (Webcast 2010, 2011)
NetApp Databasement Customer Success Conference (Webcast 2010)
Oracle OTD 360 Feedback Meeting (Webcast 2009, 2010)
McAfee Endpoint Competitive Training (Webcast 2009)
Microsoft EBC, China UFIDA Software Meeting (Seattle, WA 2010)
Microsoft EBC, China Government Auditing Team Meeting (Seattle, WA 2009)
Hewlett Packard Inc. Customer Care, User Capability Test Seminar, (Houston, TX 2009)
Dow Chemicals, Plant Processing, Software Training (Charleston, WV 2009)
Hewett Packard Printers Worldwide End Users Survey Meeting (Houston, TX 2008)
BMC Software Worldwide Technical Conference (Houston, TX 2009)
OSI Software Sales & Technical Conference (Houston, TX 2007)

**Technical Conferences, Seminars, Workshops & Meetings in Oil & Gas, Power, Energy, Chemical & Petrochemical, Aviation, and Aerospace**

Schlumberger and SDIC China Workshop (Sugarland, TX 2014)
US-China Oil & Gas Industrial Forum 2014 (Denver, CO 2014)
Boeing & China Eastern Airlines Safety Training Workshop (Renton, WA 2014)
Boeing Air Traffic Control Workshop (Renton, WA 2014)
Weatherfod International & China Shenli Oil Field Geology Training (Houston, TX 2014)
Boeing International & China CAAC-Energy Conservation & Emission Reduction Workshop (Tukwila & Everett, WA 2013)
LNG 17 (Houston, TX 2013)
Boeing International & China CAAC- Executive Management Development Training (Renton, WA 2013)
Argus North America Sulphur Seminar (Houston, TX 2013)
Boeing International & China CAAC- Future Leadership Program (Renton, WA 2013)
United LNG & Shandong Energy Group –Shale Gas & LNG Meeting (Houston, TX 2013)
Accenture & CNPC Workshop in Digital Oil Fields (Houston, TX 2013)
Weatherford & Sinopec Drilling Workshop (Houston, TX 2013)
Argus Oil Summit 2013 (Houston, TX 2013)
Shell Oil, Canada & China Canada Project Meeting (Houston, TX 2013)
Ingersoll Rand Global Town Hall Meeting (held quarterly Webcast, 2013)
CERA Week 2013 (Houston, TX 2013)
University of Texas, Austin & Sinopec –Shale Gas Workshops (Austin, TX 2012, 2013)

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Sandia National Laboratories/ Oak Ridge National Laboratories & China Joint Workshop, for Nuclear Material Packing & Transportation (Albuquerque, NM, 2012)
ExxonMobil & Sinopec Auditing, Legal, Technical Team Meetings (Houston, TX 2007 - 2013)
China & US 12th Oil & Gas Industrial Forum (San Antonio, TX 2012)
US & China 7th Energy Dialogue (San Antonio, TX 2012)
Active Power Global Suppliers Conference (Austin, TX, 2012)
Enbridge Energy & China Team Workshop (Houston, TX, 2012)
Exxon Mobil & CNPC Joint Workshop (Houston, TX 2012)
Hydroquip，Inc.， Product Meeting (Houston, TX 2012)
AGR, HPHT (High Pressure/High Temperature) Drilling workshop with various China Oilfield Engineering Teams (Houston, TX, 2010 to 2012)
Nebors Industries, Ltd., & Honghua Rig Manufacture Product Meeting (Houston, TX 2010, 2011, 2012)
AEI & China Partner Power Plant Joint Venture Meeting (Houston, TX 2010 to 2012)
Nabors Industries, Ltd., Drilling Project Meeting (Houston, TX 2009 -2012)
Sinopec Auditing Workshop (Houston, TX 2011 & 2012)
Ingersoll Rand, Global Town Hall Quarterly Meeting (Webcast, 2012)
Cooper Standard Global Quarterly Conference (Webcast, 2012)
Marathon Oil & Sinopec Team Workshop (Houston, TX 2012)
CERA Week 2012 (Houston, TX 2012
US & China CBM (Coal Bed Methane) Workshop & Conference 2011 (Denver, CO 2011)
Molex International Product Meeting & Employee conference (Monthly Webcast 2007-2013)
Cummins Inc. QSK95 Product Launch Conference (Columbus, IN, 2011)
ABB (CBI) & China Catalyst Project Review Meeting (Houston, TX 2011)
China & US 10th Oil & Gas Industry Forum of the U.S. Energy Association, (Fort Worth, TX 2010)
US & China 5th Energy Dialogue (Fort Worth, TX 2010)
Pioneer Drilling & China Meeting (Houston, TX 2010)
SmartGrid International Summit 2010 (Washington, DC 2010)
AES (US major power company) OSHA, ISO Certifications Seminar & Wordlwide Employee Quarterly Meeting (Webcast 2008 to 2011)
Gridwise Global Forum (Washington，DC, 2010)
National Energy Technology Laboratory Workshop for China Academy of Science, CNPC, Sinopec, CNOOC (Pittsburg, Morgan Town, 2008 - 2011)
Tianjin Pipeline Co (TPCO) Business Meeting (Houston, San Antonio, Corpus Christi, TX2010-2011)
Weatherford International, Project Workshops (Houston, TX 2008 to 2011)
Noble Energy & Sinopec Seismic Team Meeting (Houston, TX 2009)
Global Chinese Petroleum & Petrochemical Technology Symposium (Houston, TX 2007, 2009, 2011)
Dow Chemicals, Plant Operation & Processing Training (Seadrift, TX 2008)
Offshore Technology Conference 2010, Press Conference for Shenli Oilfield & City of Houston Collaboration 2010)
Nanjing Chemical Industrial Park Business Promotion Seminar (Houston, TX 2008)

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Harvard University, Kennedy School of Government, IGCC/Co-Production /CCS Technologies in China & U.S. Joint Workshop (Boston, MA 2008)
Sandia National Laboratories, Olympic Security Implementation Staff Conference (Audio Conference, 2008)
Shanghai Industrial Park II Business Forum (Houston, TX 2007)
Shell International Exploration & Production China Project Workshop (Houston, TX 2007, 2009)
US Department of Energy, National Nuclear Security Administration, Mega Port Initiative, Radioactive Materials Training (Richland, WA 2007, 2009, 2011)
Schlumberger Limited, China Project Workshop (Houston, TX 2008-2010)

**General Business, Financial, Banking, Political & Government Projects:**

Bank of America & China Construction Bank High Networth and Equilty Workshop (Chicago, IL 2014)
Bank of America and China construction Bank Fraud workshop (Charlotte, NC 2013)
NBA Houston Rocket Basketball & China ZTE Sponsorship Press Conference (Houston, TX 2013)
NACS 2013(National Association of Convenience Stores) (Atlanta, GA 2013)
Bank of America & China Construction Bank REO Workshop (Dallas, TX 2013)
Earnest & Young 2013 Global New Partners Conference (Miami Beach, FL 2013)
Walton 2013 Summit (Dallas, TX 2013)
ASTD 2013 International Conference & Expo (Dallas, TX 2013)
Mannatech Presidential Award Meeting (Maui, HA 2013)
White House Initiative, Texas Regional Conference (Houston, TX 2013)
International Special Operation Force Conference 2012 (Tampa, FL 2012)
USTDA & China Department of Transportation Road Trip (New York, New Jersey, Houston, TX, Los Angeles, CA 2012)
UCLA & Fudan University Workshop (Los Angeles, CA 2012)
FMI (Food Marketing Institute) 2012 Conference (Dallas, TX 2012)
Toyota, Lexus Global Dealership Conference (Las Vegas, NV 2012)
UCLA & Shanghai Municipal Government Workshop (Los Angeles, CA 2012)
US & China High Rank Party Member Conference (Dallas, TX 2012)
OTC, Honghua USA LLC Press Conference, (Houston, TX 2012)
5th China-US Relation Conference, (College Station, TX 2011)
International Institute, US Graduate School, Government Employee Workshop, (Two-week training program at Washington, DC 2011)
US-China Trade & Investment Seminar, by China Chamber of Commerce (Houston, TX 2011)
Credit Suisse Investors Seminar & Workshop (Webcast, 2009 - 2011)
Huntsman Worldwide Customer Conference 2011 (Houston, TX 2011)
Rockwell Automation Business Seminar (Houston, TX 2010)

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Quaker Chemical Business Meeting (Houston, TX 2010-2011)
Harley Davidson Inc., Worldwide Conference 2011 (Orlando, FL 2011)
Cocoa Cola IGA Supermarket International Roundup 2010 (Nashville, TN 2010)
Sinopec Auditing Team US Workshop (Houston, TX 2009)
Starbucks Global Development Executive Conference (Seattle 2008 - 2011)
Sino-US 3rd Travel Association Directors Summit (Orlando, FL, 2009)
GM OnStar Launch in China, Press Conference (Detroit, MI 2008)
Super Wal-Mart Marketing Focus Group Meeting (Houston, TX 2007)
McDonald/Fast Food Marketing Group Focus Meeting (Houston, TX 2007)
Hong Kong Huizhou City Business Promotion Seminar (Dallas, TX 2007)
IAPH (International Association of Port & Harbor) 2007 Conference (Houston, TX 2007)
Pacific Life Marketing Group Focus Meeting (Houston, TX 2007)

## PROFESSIONAL LICENSES

- Texas Court Licensed Chinese Interpreter/Translator
- U.S. Federal Court Approved Chinese Interpreter
- Texas Real Estate Broker
- ACTFL Chinese Language Rater

## PROFESSIONAL MEMBERSHIP

- American Translators Association
- Houston InIterpreters and Translators Association
- National Association of Judiciary Interpreters & Translators
- Houston Association of Realtors
- Texas Association of HealthCare Interpreters & Translators
- Texas Association of Judiciary Interpreters & Translators

## EDUCATION

- California State University, Stanislaus- Math/Computer Science
- North Harris & Montgomery County College- Real Estate & Appraisal
- Chinese Culture University, Business-International Trade

## WORK HISTORY

ACTFL, American Council on the Teaching of Foreign Languages
-*Certified Mandarin Chinese Language Rater*
Primeco International Corporation, Prime Translation & Interpretation Services
-*Freelance Professional Chinese Translator and Interpreter*
Long Star College, Houston, Texas
-*Chinese Language Instructor*
J. Young Academy
-*Chinese/English Instructor/English Teaching Program Manager*
Gram English Center
-*English Instructor*

2107 University Blvd. Houston, TX 77030 PHONE: 832-642-2252
ida.shaw@ChineseTranslationTeam.com

Shidai Publishing Company
-*English Literature Translator (12 books published)*

Judicial Branch Certification Commission
P.O. Box 12066
Austin, Texas 78711-2066

You are certified as a court interpreter by the Judicial Branch Certification Commission. We are pleased to mail your personal license card.

IDA P SHAW
2107 UNIVERSITY BLVD Apt/Unit
HOUSTON TX 77030-1218

**JUDICIAL BRANCH CERTIFICATION COMMISSION**

**This is to certify that**

IDA P SHAW

IS LICENSED AS A COURT INTERPRETER UNDER THE PROVISIONS, GOVERNMENT CODE, CHAPTER 157.

LICENSE TYPE: MASTER MANDARIN
LICENSE NUMBER: LCI-639
EXPIRATION DATE: January 31, 2022

SIGNATURE

David Slayton, Administrative Direct
Office of Court Administration