**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**PETITIONING CREDITORS' AMENDED EXHIBIT LIST[1]**

Petitioning Creditors Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Zhou, Kai Tian, Yijing Wu, Xuegeng Gong, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Weisi Wang, Xiaoquan Dai, Feng Yan, Ou Jiang, Jinzhe Wu, Yadan Liu, Wenjuan Yin, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Qin Chu, Yulan Chen, Sicheng Zhan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Jun Wang, Xiaomin Fan, Jialin Hu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and Qu Chen ("Petitioning Creditors") files its exhibit list for the hearing scheduled on February 23, 2021 and lists the following exhibits[2] it may introduce.

**<u>EXHIBITS</u>**

[1] The great state of Texas was just ravaged by Winter Storm Uri which knocked out power, water, and internet from 2/14 to about the morning on 2/19. As such, it was practically impossible for Petitioning Creditors to have filed its Witness List and Exhibit List earlier. Petitioning Creditors' counsel brought this to the attention of Alleged Debtors' counsel and requested a joint agreement to ask the Court to continue the hearing a couple of days due to the week lost by the storm. Alleged Debtors did not agree and Petitioning Creditors have acted with all debliberate speed to file their Lists and evidence with the Court as timely as possible given the circumstances.

[2] Exhibits 46-49 are available in the public domain in the Court's Docket and only the main documents not the exhibits themselves will be filed. Nonetheless, a copy of all the exhibits will be provided to Alleged Debtors' counsel and the Court electronically in accordance with the Local Rules as the submission of papers copies is not practical or possible given the circumstances.

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet 20-31131 (Wall007) | | |
| 2 | Original Petition, Cause No. 20-31131, (Wall007, LLC)-with Loan Agreements [Dkt. No. 1] | | |
| 3 | Original Petition, Cause No. 20-31133, (Wall009, LLC)-with Loan Agreements [Dkt. No. 1-in Cause No. 20-31133] | | |
| 4 | Original Petition, Cause No. 20-31134, (Wall010, LLC)-with Loan Agreements [Dkt. No. 1- in Cause No. 20-31134] | | |
| 5 | Original Petition, Cause No. 20-31135, (Wall011, LLC)-with Loan Agreements [Dkt. No. 1- in Cause No. 20-31135] | | |
| 6 | Original Petition, Cause No. 20-31136, (Wall012, LLC)-with Loan Agreements [Dkt. No. 1- in Cause No. 20-31136] | | |
| 7 | Original Petition, Cause No. 20-31138, (Wall016, LLC)-with Loan Agreements [Dkt. No. 1- in Cause No. 20-31138] | | |
| 8 | Original Petition, Cause No. 20-31139, (Wall017, LLC)-with Loan Agreements [Dkt. No. 1- in Cause No. 20-31139] | | |
| 9 | Joint Pre-Conference Statement [Dkt. No. 25] | | |
| 10 | Declaration of Timothy Barton [Dkt. No. 64] | | |
| 11 | Declaration of Timothy Barton [Dkt. No. 109] | | |
| 12 | Wall007- Wet Signatures | | |
| 13 | Wall009- Wet Signatures | | |
| 14 | Wall010- Wet Signatures | | |
| 15 | Wall011- Wet Signatures | | |
| 16 | Wall012- Wet Signatures | | |
| 17 | Wall016 -Wet Signatures | | |
| 18 | Wall017- Wet Signatures | | |
| 19 | Emails from Alleged Debtors with Loan Reciepts attached Part 1 | | |
| 20 | Emails from Alleged Debtors with Loan Reciepts attached Part 2 | | |
| 21 | Emails from Alleged Debtors with Loan Reciepts attached Part 3 | | |
| 22 | Declaration of Timothy Barton [Dkt. No. 121] | | |
| 23 | Declaration of Timothy Barton [Dkt. No. 122] | | |
| 24 | Declaration of Timothy Barton [Dkt. No. 123] | | |
| 25 | Petitioning Creditors' Amended Motion to Compel [Dkt. No. 124] | | |
| 26 | Supplemental Declaration of Stephen M. Packman with Ex. A- Wet Signatures [Dkt. Nos. 244 and 244-1] | | |
| 27 | Supplemental Declaration of Stephen M. Packman with Ex. A- Passports and Loan Agreements [Dkt. Nos. 248 and 248-2] | | |
| 28 | Transcript of Proceedings held on June 3, 2020 [Dkt. No. 71] | | |

| | | | |
|---|---|---|---|
| 29 | Transcript of Proceedings held on July 31, 2020 [Dkt. No. 141] | | |
| 30 | Transcript of Proceedings held on August 17, 2020 [Dkt. No. 172] | | |
| 31 | Transcript of Proceedings held on October 23, 2020 [Dkt. No. 265] | | |
| 32 | Court's Order dated November 23, 2020 [Dkt. No. 287] | | |
| 33 | Live Deposition Agreement filed on December 4, 2020 [Dkt. No. 308] | | |
| 34 | Court's Order dated December 7, 2020 [Dkt. No. 310] | | |
| 35 | Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs and Compensatory and Punitive Damages Pursuant to 11 U.S.C. § 303(i) [Dkt. No. 313] | | |
| 36 | Petitioning Creditors' Notice of Appeal [Dkt. No. 314] | | |
| 37 | List of Creditors of Wall010, LLC [Dkt. No. 18 in Case No. 20-31134] | | |
| 38 | List of Largest 20 Unsecured Creditors of Wall 010, LLC [Dkt. No. 19 in Case No. 21-30016] | | |
| 39 | Amended Motion for Reconsideration [Dkt. No. 325] | | |
| 40 | Amended Objection to Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs and Compensatory and Punitive Damages Pursuant to 11 U.S.C. § 303(i) [Dkt. No. 326] | | |
| 41 | Notice of Hearing [Dkt. No. 329]. | | |
| 42 | Motion to Continue Hearing [Dkt. No. 332] | | |
| 43 | Reply and Brief in further support of Motion for Reconsideration [Dkt. Nos. 333 and 334]. | | |
| 44 | Court's Order denying Motion for Reconsideration [Dkt. No. 336]. | | |
| 45 | Court's Order denying Motion for Continuance [Dkt. No. 337]. | | |
| 46 | Alleged Debtors Witness and Exhibit Lists and attached Exhibits [Dkt. Nos. 339, 339-1 to 339-48] | | |
| 47 | Petitioning Creditors' Witness List [Dkt. No. 340] | | |
| 48 | Petitioning Creditors Disclosure and Designation of Translator for hearing [Dkt. No. 342] | | |
| 49 | Petitioning Creditors' Amended Witness List [Dkt. No. 343] | | |
| 50 | Petitioning Creditors Amended Disclosure and Designation | | |

| | | | |
|---|---|---|---|
| | of Translator for hearing [Dkt. No. 344] | | |
| 51 | Wall Entities' Notices of Default to Michael Fu | | |
| 52 | Second Declaration of Timothy Barton [Dkt. No. 161-1] | | |
| 53 | Motion to Appoint Ida Shaw as Translator [Dkt. Nos. 345 and 345-1] | | |

Petitioning Creditors may introduce one or more, or none, of the exhibits listed above, and may introduce additional exhibits in rebuttal. Petitioning Creditors may utilize one or more, or none, of the exhibits introduced by Alleged Debtors. Petitioning Creditors may supplement this list prior to the hearing

Dated: February 21, 2021

Respectfully submitted,

**NGUYEN & CHEN LLP**

/s/ *Brian M. Gargano*

Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133NY
jou@nguyen-chen.com
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for Petitioning Creditors*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above instrument was served on the date the instrument was electronically filed. Service has been accomplished electronically and/or by first-class mail to the parties listed below.

**Via U.S. Mail**
WALL007, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL009, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL010, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL011, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL012, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL016, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL017, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via ECF**

Khudabuksh K. Walji, Esquire
Law Office of K. Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477

**Via ECF**
Robert W. Buchholz, Esquire
bob@attorneybob.com

**Via ECF**
Darrell Wayne Cook, Esquire
dwcook@attorneycook.com
all@attorneycook.com

**Via ECF**
Katherine T. Hopkins, Esquire
katherine.thomas@kellyhart.com

**Via ECF**
Joyce W. Lindauer, Esquire
joyce@joycelindauer.com
dian@joycelindauer.com
gina@joycelindauer.com

**Via ECF**
Steven C. Metzger, Esquire
smetzger@pmklaw.com

**Via ECF**
Michael P. Ridulfo, Esquire
mridulfo@krcl.com
dtrevino@krcl.com
mridulfo@ecf.courtdrive.com

**Via ECF**
Patrick D. Sullivan, Esquire
sullivan@hooverslovacek.com

**Via ECF**
United States Trustee
ustpregion06.da.ecf@usdoj.gov

**Via ECF**
Behrooz P. Vida, Esquire
filings@vidalawfirm.com
legalprokirstin@gmail.com

bkfilings@yahoo.com

Dated: February 21, 2021

/s/ *Brian M. Gargano*
Brian M. Gargano