**20-31131-hdh7** WALL007 LLC
**Case type:** bk **Chapter:** 7 **Vol:** i **Judge:** Harlin DeWayne Hale
**Date filed:** 04/08/2020 **Date of last filing:** 02/21/2021
**Debtor dismissed:** 12/07/2020

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed & Entered:* | 04/08/2020 | Credit Card Receipt |
| 1 | *Filed & Entered:* | 04/08/2020 | Involuntary petition (chapter 7) |
| 2 | *Filed & Entered:* | 04/10/2020 | Involuntary summons issued |
| 3 | *Filed & Entered:* | 04/10/2020 | Standing scheduling order regarding involuntary cases |
| 4 | *Filed & Entered:*<br>*Terminated:* | 04/16/2020<br>04/24/2020 | Motion for joint administration |
| 5 | *Filed & Entered:*<br>*Terminated:* | 04/16/2020<br>04/17/2020 | Motion for expedited hearing |
| 6 | *Filed & Entered:* | 04/16/2020 | Certificate of service |
| 7 | *Filed & Entered:* | 04/17/2020 | Notice of hearing |
| 8 | *Filed & Entered:* | 04/17/2020 | Certificate of service |
| 9 | *Filed & Entered:* | 04/20/2020 | Certificate of service |
| 10 | *Filed & Entered:* | 04/20/2020 | Notice of appearance and request for notice |
| | *Filed:*<br>*Entered:* | 04/22/2020<br>04/23/2020 | Hearing held |
| 11 | *Filed &* | 04/24/2020 | Order (jntadmn-LEAD) (granting) |

| | | | |
|---|---|---|---|
| | *Entered:* | | |
| 12 | *Filed & Entered:* | 04/24/2020 | Request for transcript |
| 13 | *Filed & Entered:* | 04/26/2020 | BNC certificate of mailing - PDF document |
| 14 | *Filed & Entered:* | 04/27/2020 | Transcript |
| 15 | *Filed & Entered:* | 05/04/2020 | Certificate of service |
| 16 | *Filed & Entered:* | 05/05/2020 | Notice of appearance and request for notice |
| 17 | *Filed & Entered:* | 05/06/2020 | Notice of appearance and request for notice |
| 18 | *Filed & Entered:* | 05/07/2020 | Motion to dismiss case |
| 19 | *Filed & Entered:* | 05/07/2020 | Brief |
| 20 | *Filed:* <br> *Entered:* | 05/07/2020 <br> 05/08/2020 | Generic motion |
| 21 | *Filed:* <br> *Entered:* | 05/07/2020 <br> 05/08/2020 | Generic motion |
| 22 | *Filed:* <br> *Entered:* | 05/07/2020 <br> 05/08/2020 | Generic motion |
| 23 | *Filed:* <br> *Entered:* | 05/07/2020 <br> 05/08/2020 | Generic motion |
| 24 | *Filed & Entered:* | 05/12/2020 | Notice of hearing |
| 25 | *Filed & Entered:* | 05/13/2020 | Pre-Status Conference Report |
| 26 | *Filed & Entered:* | 05/14/2020 | Statement of Corporate Ownership |
| 27 | *Filed & Entered:* <br> *Terminated:* | 05/14/2020 <br> 06/23/2020 | Motion to dismiss case |
| 28 | *Filed & Entered:* | 05/14/2020 | Notice (generic) |

| | | | |
|---|---|---|---|
| 30 | *Filed:*<br>*Entered:* | 05/15/2020<br>05/19/2020 | Hearing held |
| 29 | *Filed & Entered:* | 05/18/2020 | Notice of hearing |
| 31 | *Filed & Entered:* | 05/26/2020 | Notice (generic) |
| 32 | *Filed & Entered:* | 05/28/2020 | Certificate of service |
| 33 | *Filed & Entered:* | 05/28/2020 | Certificate of service |
| 34 | *Filed & Entered:*<br>*Terminated:* | 05/28/2020<br>06/02/2020 | Motion to waive appearance |
| 35 | *Filed & Entered:* | 05/29/2020 | Response |
| 36 | *Filed & Entered:* | 05/29/2020 | Certificate of service |
| 37 | *Filed & Entered:* | 05/29/2020 | Response |
| 38 | *Filed & Entered:*<br>*Terminated:* | 06/02/2020<br>06/04/2020 | Motion to quash |
| 39 | *Filed & Entered:*<br>*Terminated:* | 06/02/2020<br>06/02/2020 | Motion for expedited hearing |
| 40 | *Filed & Entered:* | 06/02/2020 | Notice of hearing |
| 41 | *Filed & Entered:* | 06/02/2020 | Order on motion to waive appearance |
| 42 | *Filed & Entered:* | 06/02/2020 | Order on motion for expedited hearing |
| 43 | *Filed & Entered:* | 06/02/2020 | Response |
| 44 | *Filed & Entered:* | 06/03/2020 | Hearing held |
| 45 | *Filed &* | 06/03/2020 | Notice (generic) |

| | | | |
|---|---|---|---|
| | *Entered:* | | |
| 46 | *Filed & Entered:* | 06/04/2020 | Request for transcript |
| 47 | *Filed & Entered:* | 06/04/2020 | Notice (generic) |
| 48 | *Filed & Entered:* | 06/04/2020 | Order on motion to quash |
| 49 | *Filed & Entered:* | 06/04/2020 | Declaration |
| 50 | *Filed & Entered:* | 06/04/2020 | Declaration |
| 51 | *Filed & Entered:* | 06/04/2020 | Declaration |
| 52 | *Filed & Entered:* | 06/04/2020 | Declaration |
| 53 | *Filed & Entered:* | 06/04/2020 | Declaration |
| 54 | *Filed & Entered:* | 06/04/2020 | Declaration |
| 55 | *Filed & Entered:* | 06/04/2020 | Declaration |
| 56 | *Filed & Entered:* | 06/04/2020 | BNC certificate of mailing - PDF document |
| 57 | *Filed & Entered:* | 06/04/2020 | BNC certificate of mailing - PDF document |
| 58 | *Filed & Entered:* | 06/10/2020 | List (witness/exhibit/generic) |
| 59 | *Filed & Entered:* | 06/11/2020 | List (witness/exhibit/generic) |
| 60 | *Filed & Entered:* | 06/12/2020 | Notice of appearance and request for notice |
| 61 | *Filed & Entered:* | 06/12/2020 | Notice (generic) |
| 62 | *Filed & Entered:* | 06/12/2020 | Declaration |

| | | | |
|---|---|---|---|
| 63 | *Filed & Entered:*<br>*Terminated:* | 06/14/2020<br>07/02/2020 | Motion for leave |
| 64 | *Filed & Entered:* | 06/15/2020 | Declaration |
| 65 | *Filed & Entered:* | 06/15/2020 | Notice of appearance and request for notice |
| 66 | *Filed & Entered:* | 06/15/2020 | Hearing held |
| 67 | *Filed & Entered:*<br>*Terminated:* | 06/15/2020<br>06/16/2020 | Motion for expedited hearing |
| 68 | *Filed & Entered:* | 06/16/2020 | Objection |
| 69 | *Filed & Entered:* | 06/16/2020 | Notice of hearing |
| 70 | *Filed & Entered:* | 06/16/2020 | Support/supplemental document |
| 71 | *Filed & Entered:* | 06/17/2020 | Transcript |
| 72 | *Filed & Entered:* | 06/17/2020 | Notice (generic) |
| 73 | *Filed & Entered:* | 06/17/2020 | List (witness/exhibit/generic) |
| 74 | *Filed & Entered:* | 06/18/2020 | Notice of appearance and request for notice |
| 75 | *Filed & Entered:* | 06/18/2020 | List (witness/exhibit/generic) |
| 76 | *Filed & Entered:* | 06/18/2020 | List (witness/exhibit/generic) |
| 77 | *Filed & Entered:* | 06/18/2020 | Objection |
| 78 | *Filed & Entered:* | 06/19/2020 | Hearing held |
| 80 | *Filed:*<br>*Entered:* | 06/19/2020<br>06/22/2020 | Court admitted exhibits |

| | | | |
|---|---|---|---|
| 79 | *Filed & Entered:* | 06/22/2020 | Notice of appearance and request for notice |
| 81 | *Filed & Entered:* | 06/23/2020 | Order on motion to dismiss case |
| 82 | *Filed & Entered:* | 07/02/2020 | Order on motion for leave |
| 83 | *Filed & Entered:* | 07/02/2020 | Motion for Contempt |
| 84 | *Filed & Entered:* | 07/06/2020 | Declaration for electronic filing |
| | *Filed & Entered:* | 07/17/2020 | Credit Card Receipt |
| 86 | *Filed & Entered:*<br>*Terminated:* | 07/17/2020<br>10/29/2020 | Motion for relief from stay |
| 87 | *Filed & Entered:* | 07/17/2020 | Affidavit |
| 88 | *Filed & Entered:* | 07/17/2020 | Notice of hearing |
| | *Filed & Entered:* | 07/20/2020 | Credit Card Receipt |
| 89 | *Filed & Entered:*<br>*Terminated:* | 07/20/2020<br>07/23/2020 | Motion to Appear pro hac vice |
| 90 | *Filed & Entered:*<br>*Terminated:* | 07/22/2020<br>07/23/2020 | Motion to Appear pro hac vice |
| 91 | *Filed & Entered:* | 07/23/2020 | Order on motion to appear pro hac vice |
| 92 | *Filed & Entered:*<br>*Terminated:* | 07/23/2020<br>09/04/2020 | Motion to compel re: discovery |
| 93 | *Filed & Entered:*<br>*Terminated:* | 07/23/2020<br>07/23/2020 | Motion for expedited hearing |
| 94 | *Filed &* | 07/23/2020 | Notice of hearing |

| | | | |
|---|---|---|---|
| | *Entered:* | | |
| 95 | *Filed & Entered:* | 07/23/2020 | Objection |
| 96 | *Filed & Entered:* | 07/24/2020 | Notice of hearing |
| 97 | *Filed & Entered:* | 07/24/2020 | Certificate of service |
| 98 | *Filed & Entered:* | 07/24/2020 | Notice of appearance and request for notice |
| 99 | *Filed & Entered:* | 07/24/2020 | Response |
| 100 | *Filed & Entered:* | 07/25/2020 | BNC certificate of mailing - PDF document |
| 101 | *Filed & Entered:*<br>*Terminated:* | 07/27/2020<br>09/04/2020 | Motion to compel re: discovery |
| 102 | *Filed & Entered:*<br>*Terminated:* | 07/27/2020<br>07/27/2020 | Motion for expedited hearing |
| 103 | *Filed & Entered:* | 07/27/2020 | Notice of hearing |
| 104 | *Filed & Entered:* | 07/27/2020 | Order on motion for expedited hearing |
| 105 | *Filed & Entered:*<br>*Terminated:* | 07/28/2020<br>09/04/2020 | Motion to compel re: discovery |
| 106 | *Filed & Entered:*<br>*Terminated:* | 07/28/2020<br>07/28/2020 | Motion for expedited hearing |
| 107 | *Filed & Entered:* | 07/28/2020 | Order on motion for expedited hearing |
| 108 | *Filed & Entered:* | 07/28/2020 | Notice of hearing |
| 109 | *Filed & Entered:* | 07/28/2020 | Declaration |
| 110 | *Filed &* | 07/29/2020 | Objection |

| | | | |
|---|---|---|---|
| | *Entered:* | | |
| 111 | *Filed & Entered:* | 07/29/2020 | Declaration |
| 112 | *Filed & Entered:* | 07/29/2020 | Declaration |
| 113 | *Filed & Entered:* | 07/29/2020 | Declaration |
| 114 | *Filed & Entered:* | 07/29/2020 | Declaration |
| 115 | *Filed & Entered:* | 07/29/2020 | Declaration |
| 116 | *Filed & Entered:* | 07/29/2020 | Declaration |
| 117 | *Filed & Entered:* | 07/29/2020 | Declaration |
| 118 | *Filed & Entered:* | 07/29/2020 | Response |
| 119 | *Filed & Entered:* | 07/29/2020 | Response |
| 120 | *Filed & Entered:* | 07/31/2020 | Objection |
| 126 | *Filed:*<br>*Entered:* | 07/31/2020<br>08/10/2020 | Hearing held |
| 127 | *Filed:*<br>*Entered:* | 07/31/2020<br>08/10/2020 | Hearing held |
| 128 | *Filed:*<br>*Entered:* | 07/31/2020<br>08/10/2020 | Hearing held |
| 121 | *Filed & Entered:* | 08/03/2020 | Affidavit |
| 122 | *Filed & Entered:* | 08/05/2020 | Affidavit |
| 123 | *Filed & Entered:* | 08/05/2020 | Affidavit |
| 139 | *Filed:*<br>*Entered:* | 08/05/2020<br>08/13/2020 | Hearing held |
| | | | |

| | | | |
|---|---|---|---|
| | *Filed:*<br>*Entered:* | 08/10/2020<br>08/17/2020 | Hearing not held |
| 124 | *Filed &*<br>*Entered:*<br>*Terminated:* | 08/10/2020<br>08/10/2020 | Support/supplemental document |
| 125 | *Filed &*<br>*Entered:* | 08/10/2020 | Support/supplemental document |
| 129 | *Filed &*<br>*Entered:*<br>*Terminated:* | 08/10/2020<br>09/04/2020 | Motion to compel re: discovery |
| 130 | *Filed &*<br>*Entered:* | 08/11/2020 | Notice of hearing |
| 131 | *Filed &*<br>*Entered:* | 08/11/2020 | Notice of hearing |
| 132 | *Filed &*<br>*Entered:* | 08/11/2020 | Certificate of service |
| 133 | *Filed &*<br>*Entered:*<br>*Terminated:* | 08/11/2020<br>09/04/2020 | Motion to quash |
| 135 | *Filed:*<br>*Entered:* | 08/11/2020<br>08/12/2020 | Request for transcript |
| 136 | *Filed:*<br>*Entered:* | 08/11/2020<br>08/12/2020 | Request for transcript |
| 134 | *Filed &*<br>*Entered:*<br>*Terminated:* | 08/12/2020<br>08/18/2020 | Motion for expedited hearing |
| 137 | *Filed &*<br>*Entered:* | 08/12/2020 | Notice of hearing |
| 138 | *Filed &*<br>*Entered:* | 08/12/2020 | List (witness/exhibit/generic) |
| 140 | *Filed &*<br>*Entered:* | 08/13/2020 | Objection |
| 141 | *Filed &*<br>*Entered:* | 08/13/2020 | Transcript |
| 142 | *Filed &*<br>*Entered:* | 08/13/2020 | Notice of hearing |

| | | | |
|---|---|---|---|
| 143 | *Filed & Entered:* | 08/14/2020 | Notice (generic) |
| 144 | *Filed & Entered:* | 08/14/2020 | Support/supplemental document |
| 145 | *Filed & Entered:* | 08/14/2020 | Objection |
| 146 | *Filed & Entered:* | 08/14/2020 | Reply |
| 147 | *Filed & Entered:* | 08/14/2020 | List (witness/exhibit/generic) |
| | *Filed & Entered:* | 08/17/2020 | Hearing not held |
| 148 | *Filed & Entered:* | 08/17/2020 | Hearing held |
| 149 | *Filed & Entered:* | 08/17/2020 | Hearing held |
| 150 | *Filed & Entered:* | 08/17/2020 | Hearing held |
| 151 | *Filed & Entered:* | 08/17/2020 | Hearing held |
| 152 | *Filed & Entered:* | 08/18/2020 | Order on motion for relief from stay |
| 153 | *Filed & Entered:* | 08/18/2020 | Notice of hearing |
| 154 | *Filed & Entered:* | 08/19/2020 | Request for transcript |
| 155 | *Filed:* *Entered:* | 08/19/2020 08/21/2020 | Hearing held |
| 156 | *Filed:* *Entered:* | 08/19/2020 08/21/2020 | Hearing held |
| 157 | *Filed:* *Entered:* | 08/19/2020 08/21/2020 | Hearing held |
| 158 | *Filed:* *Entered:* | 08/19/2020 08/21/2020 | Hearing held |
| 159 | *Filed & Entered:* | 08/21/2020 | Transcript |

| | | | |
|---|---|---|---|
| 160 | *Filed & Entered:* | 08/27/2020 | Support/supplemental document |
| 161 | *Filed & Entered:* | 08/31/2020 | Motion to quash |
| 162 | *Filed & Entered:* | 09/03/2020 | Clerk's correspondence |
| 163 | *Filed & Entered:* | 09/03/2020 | Clerk's correspondence |
| 164 | *Filed & Entered:* | 09/03/2020 | Clerk's correspondence |
| 165 | *Filed & Entered:* | 09/04/2020 | Order on motion to compel re: discovery |
| 166 | *Filed & Entered:* | 09/04/2020 | Order on motion to compel re: discovery |
| 167 | *Filed & Entered:* | 09/04/2020 | Order on motion to compel re: discovery |
| 168 | *Filed & Entered:* | 09/04/2020 | Order on motion to quash |
| 169 | *Filed & Entered:* | 09/04/2020 | Order on motion to compel re: discovery |
| 170 | *Filed & Entered:* | 09/06/2020 | BNC certificate of mailing - PDF document |
| 171 | *Filed & Entered:* | 09/09/2020 | Request for transcript |
| | *Filed & Entered:* | 09/10/2020 | Credit Card Receipt |
| 172 | *Filed & Entered:* | 09/10/2020 | Transcript |
| 173 | *Filed & Entered:* | 09/10/2020 | Motion for relief from stay |
| 174 | *Filed & Entered:* | 09/10/2020 | Notice of hearing |
| 175 | *Filed & Entered:* *Terminated:* | 09/15/2020 10/22/2020 | Motion to Reconsider |
| 176 | *Filed &* | 09/23/2020 | Objection |

| | | | |
|---|---|---|---|
| | *Entered:* | | |
| 177 | *Filed & Entered:* | 09/23/2020 | Objection |
| 178 | *Filed & Entered:* | 09/28/2020 | Notice of hearing |
| 181 | *Filed:*<br>*Entered:* | 09/30/2020<br>10/09/2020 | Hearing held |
| 179 | *Filed & Entered:*<br>*Terminated:* | 10/07/2020<br>11/16/2020 | Motion for relief from stay |
| 180 | *Filed & Entered:* | 10/08/2020 | Notice of hearing |
| 182 | *Filed & Entered:* | 10/12/2020 | Motion to dismiss case |
| 183 | *Filed & Entered:* | 10/14/2020 | Notice of appearance and request for notice |
| 184 | *Filed & Entered:* | 10/14/2020 | Notice of hearing |
| 185 | *Filed & Entered:* | 10/14/2020 | Objection |
| 186 | *Filed & Entered:* | 10/14/2020 | List (witness/exhibit/generic) |
| 187 | *Filed & Entered:* | 10/15/2020 | List (witness/exhibit/generic) |
| 188 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 189 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 190 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 191 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 192 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 193 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |

| | | | |
|---|---|---|---|
| 194 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 195 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 196 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 197 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 198 | *Filed & Entered:* | 10/15/2020 | Support/supplemental document |
| 199 | *Filed & Entered:* | 10/16/2020 | Notice (generic) |
| 200 | *Filed & Entered:*<br>*Terminated:* | 10/16/2020<br>10/29/2020 | Motion to continue |
| 201 | *Filed & Entered:* | 10/17/2020 | Response |
| 203 | *Filed:*<br>*Entered:* | 10/19/2020<br>10/26/2020 | Hearing held |
| 202 | *Filed & Entered:* | 10/22/2020 | Order on motion to reconsider |
| 204 | *Filed:*<br>*Entered:* | 10/23/2020<br>10/26/2020 | Hearing held |
| 205 | *Filed & Entered:* | 10/28/2020 | Notice (generic) |
| 206 | *Filed & Entered:* | 10/28/2020 | Notice of hearing |
| 207 | *Filed & Entered:* | 10/28/2020 | List (witness/exhibit/generic) |
| 208 | *Filed & Entered:* | 10/29/2020 | Notice of hearing |
| 209 | *Filed & Entered:* | 10/29/2020 | Order on motion to continue hearing |
| 210 | *Filed & Entered:* | 10/29/2020 | Notice of hearing |
| 211 | *Filed &* | 10/29/2020 | List (witness/exhibit/generic) |

| | | | |
|---|---|---|---|
| | *Entered:* | | |
| 212 | *Filed & Entered:*<br>*Terminated:* | 10/30/2020<br>11/16/2020 | Motion for protective order |
| 213 | *Filed & Entered:* | 10/30/2020 | Declaration |
| 214 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/03/2020 | Motion for expedited hearing |
| 215 | *Filed & Entered:* | 11/03/2020 | Notice of hearing |
| 216 | *Filed & Entered:* | 11/03/2020 | Request for transcript |
| 217 | *Filed & Entered:* | 11/03/2020 | Certificate of service |
| 218 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/30/2020 | Notice of appeal |
| 219 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/30/2020 | Appellant designation |
| 220 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>12/01/2020 | Motion for leave to appeal |
| 221 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/30/2020 | Motion for leave to appeal |
| 222 | *Filed & Entered:* | 11/03/2020 | Certificate of service |
| 223 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/30/2020 | Notice of appeal |
| 224 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/30/2020 | Appellant designation |
| 225 | *Filed &* | 11/03/2020 | Motion for leave to appeal |

| | | |
|---|---|---|
| | *Entered:* *Terminated:* 12/01/2020 | |
| 226 | *Filed & Entered:* 11/03/2020 *Terminated:* 11/30/2020 | Motion for leave to appeal |
| 227 | *Filed & Entered:* 11/03/2020 | Certificate of service |
| 228 | *Filed & Entered:* 11/03/2020 *Terminated:* 11/30/2020 | Notice of appeal |
| 229 | *Filed & Entered:* 11/03/2020 *Terminated:* 11/30/2020 | Appellant designation |
| 230 | *Filed & Entered:* 11/03/2020 *Terminated:* 12/01/2020 | Motion for leave to appeal |
| 231 | *Filed & Entered:* 11/03/2020 *Terminated:* 11/30/2020 | Motion for leave to appeal |
| 232 | *Filed & Entered:* 11/03/2020 | Certificate of service |
| 233 | *Filed & Entered:* 11/03/2020 *Terminated:* 11/30/2020 | Notice of appeal |
| 234 | *Filed & Entered:* 11/03/2020 *Terminated:* 11/30/2020 | Appellant designation |
| 235 | *Filed & Entered:* 11/03/2020 *Terminated:* 12/01/2020 | Motion for leave to appeal |
| 236 | *Filed & Entered:* 11/03/2020 *Terminated:* 11/30/2020 | Motion for leave to appeal |
| 237 | *Filed & Entered:* 11/03/2020 | Certificate of service |
| 238 | *Filed & Entered:* 11/03/2020 | Notice of appeal |

| | | | |
|---|---|---|---|
| | *Terminated:* | 11/30/2020 | |
| 239 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/30/2020 | Appellant designation |
| 240 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>12/01/2020 | Motion for leave to appeal |
| 241 | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/30/2020 | Motion for leave to appeal |
| 242 | *Filed & Entered:* | 11/03/2020 | Certificate of service |
| 270 | *Filed:*<br>*Entered:* | 11/03/2020<br>11/16/2020 | Hearing held |
| | *Filed & Entered:* | 11/04/2020 | Credit Card Receipt |
| | *Filed & Entered:* | 11/04/2020 | Credit Card Receipt |
| | *Filed & Entered:* | 11/04/2020 | Credit Card Receipt |
| | *Filed & Entered:* | 11/04/2020 | Credit Card Receipt |
| | *Filed & Entered:* | 11/04/2020 | Credit Card Receipt |
| 243 | *Filed & Entered:* | 11/04/2020 | Objection |
| 244 | *Filed & Entered:* | 11/05/2020 | Support/supplemental document |
| 245 | *Filed & Entered:* | 11/05/2020 | Request for transcript |
| 246 | *Filed & Entered:* | 11/05/2020 | Notice (generic) |
| 247 | *Filed & Entered:* | 11/05/2020 | Objection |
| 248 | *Filed & Entered:* | 11/06/2020 | Support/supplemental document |

| | | | |
|---|---|---|---|
| 249 | *Filed & Entered:* | 11/06/2020 | List (witness/exhibit/generic) |
| 250 | *Filed & Entered:* | 11/06/2020 | List (witness/exhibit/generic) |
| 271 | *Filed:*<br>*Entered:* | 11/06/2020<br>11/16/2020 | Hearing held |
| 251 | *Filed & Entered:* | 11/09/2020 | Notice of hearing |
| 252 | *Filed & Entered:* | 11/09/2020 | Notice of hearing |
| | *Filed:*<br>*Entered:* | 11/10/2020<br>11/17/2020 | Hearing not held |
| 254 | *Filed & Entered:* | 11/10/2020 | Request for transcript |
| 279 | *Filed:*<br>*Entered:* | 11/10/2020<br>11/17/2020 | Hearing held |
| 256 | *Filed & Entered:*<br>*Terminated:* | 11/12/2020<br>11/30/2020 | Certificate of mailing regarding appeal |
| 257 | *Filed & Entered:*<br>*Terminated:* | 11/12/2020<br>11/30/2020 | Certificate of mailing regarding appeal |
| 258 | *Filed & Entered:*<br>*Terminated:* | 11/12/2020<br>11/30/2020 | Certificate of mailing regarding appeal |
| 259 | *Filed & Entered:*<br>*Terminated:* | 11/12/2020<br>11/30/2020 | Certificate of mailing regarding appeal |
| 260 | *Filed & Entered:*<br>*Terminated:* | 11/12/2020<br>11/30/2020 | Certificate of mailing regarding appeal |
| 265 | *Filed & Entered:* | 11/13/2020 | Transcript |
| 266 | *Filed & Entered:* | 11/13/2020 | Objection |
| 267 | *Filed &* | 11/14/2020 | Transcript |

| | | | |
|---|---|---|---|
| | *Entered:* | | |
| 268 | *Filed & Entered:* | 11/16/2020 | Order on motion for relief from stay |
| 269 | *Filed & Entered:* | 11/16/2020 | Order on motion for protective order |
| 272 | *Filed & Entered:* | 11/16/2020 | Notice of docketing notice of appeal/record |
| 273 | *Filed & Entered:*<br>*Terminated:* | 11/16/2020<br>11/30/2020 | Notice of docketing notice of appeal/record |
| 274 | *Filed & Entered:*<br>*Terminated:* | 11/16/2020<br>11/30/2020 | Notice of docketing notice of appeal/record |
| 275 | *Filed & Entered:*<br>*Terminated:* | 11/16/2020<br>11/30/2020 | Notice of docketing notice of appeal/record |
| 276 | *Filed & Entered:*<br>*Terminated:* | 11/16/2020<br>11/30/2020 | Notice of docketing notice of appeal/record |
| 277 | *Filed & Entered:* | 11/16/2020 | Motion for expedited hearing |
| 278 | *Filed & Entered:* | 11/16/2020 | Objection |
| 281 | *Filed & Entered:*<br>*Terminated:* | 11/17/2020<br>11/30/2020 | Appellee designation |
| 282 | *Filed & Entered:*<br>*Terminated:* | 11/17/2020<br>11/30/2020 | Appellee designation |
| 283 | *Filed & Entered:*<br>*Terminated:* | 11/17/2020<br>11/30/2020 | Appellee designation |
| 284 | *Filed & Entered:*<br>*Terminated:* | 11/17/2020<br>11/30/2020 | Appellee designation |
| 285 | *Filed &* | 11/17/2020 | Appellee designation |

| | | | |
|---|---|---|---|
| | *Entered:*<br>*Terminated:* | <br>11/30/2020 | |
| 286 | *Filed & Entered:* | 11/18/2020 | Clerk's correspondence |
| 287 | *Filed & Entered:* | 11/23/2020 | Order (generic) |
| 288 | *Filed & Entered:*<br>*Terminated:* | 11/23/2020<br>11/30/2020 | Appellant designation |
| 289 | *Filed & Entered:*<br>*Terminated:* | 11/23/2020<br>11/30/2020 | Appellant designation |
| 290 | *Filed & Entered:*<br>*Terminated:* | 11/23/2020<br>11/30/2020 | Appellant designation |
| 291 | *Filed & Entered:*<br>*Terminated:* | 11/23/2020<br>11/30/2020 | Appellant designation |
| 292 | *Filed & Entered:*<br>*Terminated:* | 11/23/2020<br>11/30/2020 | Appellant designation |
| 293 | *Filed & Entered:* | 11/24/2020 | Notice of hearing |
| 294 | *Filed & Entered:* | 11/24/2020 | Response |
| 295 | *Filed & Entered:* | 11/25/2020 | Notice of hearing |
| 296 | *Filed & Entered:* | 11/25/2020 | Notice of hearing |
| 297 | *Filed & Entered:* | 11/25/2020 | BNC certificate of mailing - PDF document |
| | *Filed & Entered:* | 11/30/2020 | Credit Card Receipt |
| | *Filed & Entered:* | 11/30/2020 | Hearing not held |
| 298 | *Filed &* | 11/30/2020 | Motion for relief from stay |

| | | | |
|---|---|---|---|
| | *Entered:* | | |
| 299 | *Filed & Entered:* | 11/30/2020 | Notice of hearing |
| 301 | *Filed:* <br> *Entered:* | 11/30/2020 <br> 12/03/2020 | Order on motion for leave to appeal |
| 302 | *Filed:* <br> *Entered:* | 11/30/2020 <br> 12/03/2020 | Order on motion for leave to appeal |
| 303 | *Filed:* <br> *Entered:* | 11/30/2020 <br> 12/03/2020 | Order on motion for leave to appeal |
| 304 | *Filed:* <br> *Entered:* | 11/30/2020 <br> 12/03/2020 | Order on motion for leave to appeal |
| 305 | *Filed:* <br> *Entered:* | 11/30/2020 <br> 12/03/2020 | Order on motion for leave to appeal |
| | *Filed:* <br> *Entered:* | 12/01/2020 <br> 12/09/2020 | Hearing not held |
| 300 | *Filed & Entered:* | 12/01/2020 | Order on motion for leave to appeal |
| 300 | *Filed & Entered:* | 12/01/2020 | Order on motion for leave to appeal |
| 300 | *Filed & Entered:* | 12/01/2020 | Order on motion for leave to appeal |
| 300 | *Filed & Entered:* | 12/01/2020 | Order on motion for leave to appeal |
| 300 | *Filed & Entered:* | 12/01/2020 | Order on motion for leave to appeal |
| 306 | *Filed & Entered:* | 12/03/2020 | Affidavit |
| 307 | *Filed & Entered:* | 12/03/2020 | BNC certificate of mailing - PDF document |
| 308 | *Filed & Entered:* | 12/04/2020 | Stipulation |
| 309 | *Filed & Entered:* | 12/04/2020 | List (witness/exhibit/generic) |
| 310 | *Filed & Entered:* | 12/07/2020 | Order dismissing case |

| | | | |
|---|---|---|---|
| | *Filed:* *Entered:* | 12/09/2020 12/11/2020 | Hearing not held |
| 311 | *Filed & Entered:* | 12/09/2020 | BNC certificate of mailing - PDF document |
| 312 | *Filed & Entered:* | 12/14/2020 | Transcript |
| 313 | *Filed & Entered:* | 12/17/2020 | Motion for leave |
| | *Filed & Entered:* | 12/21/2020 | Credit Card Receipt |
| 314 | *Filed & Entered:* | 12/21/2020 | Notice of appeal |
| 316 | *Filed & Entered:* | 12/29/2020 | Certificate of mailing regarding appeal |
| 317 | *Filed & Entered:* | 12/29/2020 | Notice regarding the record for a bankruptcy appeal |
| | *Filed:* *Entered:* | 12/30/2020 01/04/2021 | Hearing not held |
| 318 | *Filed & Entered:* | 01/04/2021 | Appellant designation |
| 319 | *Filed & Entered:* | 01/06/2021 | Clerk's correspondence |
| 320 | *Filed & Entered:* | 01/07/2021 | Notice of appearance and request for notice |
| 321 | *Filed & Entered:* *Terminated:* | 01/07/2021 02/12/2021 | Motion to Reconsider |
| 322 | *Filed & Entered:* | 01/07/2021 | Appellant designation |
| 323 | *Filed & Entered:* *Terminated:* | 01/07/2021 01/08/2021 | Motion to Reconsider |
| 324 | *Filed & Entered:* | 01/07/2021 | Objection |
| 325 | *Filed & Entered:* | 01/08/2021 | Motion to Reconsider |

| | | | |
|---|---|---|---|
| | *Terminated:* | 02/12/2021 | |
| 326 | *Filed & Entered:* | 01/08/2021 | Objection |
| 327 | *Filed & Entered:* | 01/10/2021 | Notice of docketing notice of appeal/record |
| 328 | *Filed & Entered:* | 01/11/2021 | Notice of appearance and request for notice |
| 329 | *Filed & Entered:* | 01/13/2021 | Notice of hearing |
| 330 | *Filed & Entered:* | 01/18/2021 | Appellee designation |
| 331 | *Filed & Entered:* | 01/26/2021 | Objection |
| 332 | *Filed & Entered:*<br>*Terminated:* | 02/06/2021<br>02/12/2021 | Motion to continue |
| 333 | *Filed & Entered:* | 02/09/2021 | Reply |
| 334 | *Filed & Entered:* | 02/10/2021 | Brief |
| 335 | *Filed & Entered:* | 02/10/2021 | Motion for leave |
| 336 | *Filed & Entered:* | 02/12/2021 | Order on motion to reconsider |
| 337 | *Filed & Entered:* | 02/12/2021 | Order on motion to continue hearing |
| 338 | *Filed & Entered:* | 02/14/2021 | BNC certificate of mailing - PDF document |
| 339 | *Filed & Entered:* | 02/18/2021 | List (witness/exhibit/generic) |
| 340 | *Filed & Entered:* | 02/20/2021 | List (witness/exhibit/generic) |
| 341 | *Filed & Entered:* | 02/21/2021 | List (witness/exhibit/generic) |
| 342 | *Filed & Entered:* | 02/21/2021 | List (witness/exhibit/generic) |

| | | | |
|---|---|---|---|
| 343 | *Filed & Entered:* | 02/21/2021 | List (witness/exhibit/generic) |
| 344 | *Filed & Entered:* | 02/21/2021 | List (witness/exhibit/generic) |
| 345 | *Filed & Entered:* | 02/21/2021 | Application to employ |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/21/2021 22:11:34 | | | |
| **PACER Login:** | NguyenandChenLLP:3840549:0 | **Client Code:** | Wall-999 |
| **Description:** | History/Documents | **Search Criteria:** | 20-31131-hdh7 Type: History |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |