Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**DECLARATION OF TIMOTHY BARTON**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

1. "My name is Timothy Barton. I am an officer and representative of the Managing Member of the Alleged Debtors, and make this Declaration in response to the seven declarations ("Garcia Declarations") that were filed on June 4, 2020 as related to each of the Alleged Debtors which were titled "Declaration of Jorge Garcia, Esquire" in which the declarant states, "Attached hereto as Exhibit "A" are true and correct copies of [Alleged Debtor]'s acknowledgements of receipt of loan proceeds from the following Petitioning Creditors: [followed by a list of certain Petitioning Creditors]" to which the declarant attached certain documents alleging receipt of certain loan proceeds ("Receipts") all of which I have reviewed and to which I have personal knowledge.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

2. Contrary to the Garcia Declaration, the Receipts do not acknowledge receipt of loan proceeds from the Petitioning Creditors. The Receipts simply acknowledge amounts were received without stating the source of funds or confirming receipt from the original sender of these amounts, however, the Receipts do state that they will be paid to the "the original sending account."

3. Upon subsequent examination, Alleged Debtors have determined that many "original sending accounts" do not belong to Petitioning Creditors or other co-lenders. In fact substantial amounts were actually received from other third parties who are not Petitioning Creditors – the Remitters as (See certain wire-transfers from third parties who are not Petitioning Creditors attached as Exhibit A).

4. Moreover, the Receipts were prepared in reliance on the representations made by Tidy Fan and Lynn Zhou, Vice President of Platinum Investment Corporation and/or Silverland Finance, Ltd, both of which are controlled by Michael Fu, and including Michael Fu (collectively, "Fu"). Upon subsequent examination, Alleged Debtors have determined the representations made by Fu to be false and misleading. Contrary to the loan proceeds being sent by Petitioning Creditors to Alleged Debtors, several amounts were actually wire-transferred by Fu from China and not sent by the Petitioning Creditors (See certain wire transfers from Silverland Finance, Ltd as Exhibit B).

5. Alleged Debtors also subsequently examined their Loan Agreements with Petitioning Creditors and determined that many Loan Agreements have "DocuSign" signatures and Alleged Debtors believe they may not actually be the signatures of all the Petitioning Creditors particularly when there are no corresponding wire-transfers of the loan proceeds from the Petitioning Creditors to match their Loan Agreements and which Alleged Debtor can verify. As a result, Alleged Debtors requested Petitioning Creditors to provide their original "wet signatures" upon their filing of the Involuntary Petition and all Declarations of the Petitioning Creditors as

described in the Paragraph V of the SECOND MOTION OF ALLEGED DEBTOR TO DISMISS INVOLUNTARY PETITION WITHOUT PREJUDICE FOR PROCEDURAL DEFICIENCES filed with the Court on May 14, 2020.

6. Alleged Debtors urges this Court to order the Petitioning Creditors to provide their "Wet Signatures" on the Loan Agreements which have "Docu-Sign" signatures within a timeframe the Court deems appropriate and/or draw adverse inferences including Petitioning Creditors inability to satisfy their evidentiary burden.

7. Alleged Debtors also urges this Court to impose sanctions upon the filing attorneys of Petitioning Creditors for not complying with the General Order 2020-07 (Temporarily Suspending "Wet Signature" Requirement) for failing to file a certification within thirty (30) days of filing an electronically signed document that he or she has received the [ ] original "wet signature" and will maintain it in accordance with Administrative Procedures for the Filing, Signing, and Verifying of Documents by Electronic Means in Texas Bankruptcy Courts. As stated in the Second Motion of Alleged Debtor To Dismiss Involuntary Petition without Prejudice for Procedural Deficiencies, the deadline for the attorney certification of receipt and maintenance of "wet signatures" was May 8, 2020.

Executed this 15 day of June, 2020.

Timothy Barton
Officer and Representative of the
Managing Member of the Alleged Debtors

# EXHIBIT "A"

**Subject: Acknowledgement** - Ref No. N62423966040

| | |
|---|---|
| Status: | Overseas transfer completed |
| TT Reference No: | HK124068BI708927 |
| Received: | 24 JUN 2018 |
| Processing Date: | 25 JUN 2018 |
| From Account: | 808-721492-838 BusinessIntegrated USD Savings |
| Payment Amount: | USD200,000.00 |
| Exchange Rate: | At 1.000000000 |
| To Name: | WALL012 LLC |
| To Beneficiary Address 1: | 13901 MIDWAY RD |
| To Beneficiary Address 2: | SUITE 102 |
| To Beneficiary Address 3: | DALLAS, TX 75244 |
| To Account: | 268150510 |
| To Bank: | JPMORGAN CHASE BANK NA |
| To Beneficiary Bank Address 1: | 4 NEW YORK PLAZA |
| To Beneficiary Bank Address 2: | NEW YORK NY 10004 |
| To Beneficiary Bank Address 3: | U S A |
| Beneficiary Bank SWIFT Address: | CHASUS33 |
| To Country: | UNITED STATES |
| Amount Debited From Source Account: | USD200,033.85 |
| TT Charges: | USD33.85 |
| Charges Option: | The customer pays all local and overseas bank charges |
| Charges Account: | 808-721492-838 BusinessIntegrated USD Savings |

EAST WEST BANK

# OUTGOING WIRE FUNDS TRANSFER REQUEST

## WIRE AMOUNT/SOURCE

**SELECT ONE** WIRE DESTINATION/CURRENCY TYPE *

☒ DOMESTIC WIRE (U.S. Dollars)

☐ INTERNATIONAL WIRE ____________ *Indicate Currency Type*

AMOUNT TO WIRE *

$20,000.00

*Provide amount in the "Currency Type" Indicated*

REPETITIVE WIRE ID # *complete only those fields with an* *

INTERNATIONAL WIRES: Funds will be sent in the currency of the destination country, when available; unless otherwise specified. If funds must be sent in USD to a USD beneficiary account, please indicate by checking this box: ☐

FOREIGN CURRENCY EXCHANGE RATE SOURCE (If Applicable)
If OVER US $25,000 equivalent contact 1-(888) 819-8883 for a rate quote

Rate Source: ☐ RATE SHEET ☐ FX DESK

FX Rate: ____________ Value Date: ____________

Quoted By: ____________ (Trader's Name) USD Equivalent $: ____________

Reference #: ____________

ACCOUNT NUMBER / SOURCE OF FUNDS *

☒ W/D FROM ACCOUNT #: 2679004271

☐ CASH - *Credited by Branch to GL 242830/cc510*
*Prior Risk Management approval required if over branch limit*

☐ CHECK - *Credited by Branch to GL 242830/cc510*
*Prior Risk Management approval required if over branch limit*

## ORIGINATOR INFORMATION *

ORIGINATOR'S NAME *
Ying Zhang

ORIGINATOR'S CONTACT PHONE NUMBER *
+86 13601011962

## PAYMENT INSTRUCTIONS

WIRE TO BENEFICIARY BANK NAME (BBK)
Chase

CREDIT TO BENEFICIARY NAME (BNF)
Wall012 LLC

BENEFICIARY BANK ADDRESS (BBK ADDR)
5530 N. MacArthur Blvd
Irving, Texas 75038
(If foreign bank address, please include both CITY and COUNTRY information)

BENEFICIARY ACCOUNT NUMBER (BNF AC#)
268150510

BENEFICIARY ADDRESS (BNF ADDR, PHONE NUMBER)
13901 Midway Rd,Suite 102,Dallas, TX 75244
(If foreign address, please include both CITY and COUNTRY information along with beneficiary contact phone number)

BENEFICIARY BANK'S ABA (domestic) or SWIFT CODE (International)
ABA: 111000614
(SWIFT Bank Identifier Code (BIC), International Bank Account # (IBAN), International Sort/Routing/Clearing Code, Transit CLABE – if applicable)

If applicable - INTERMEDIARY BANK INFORMATION (IBK) (routing / ABA,SWIFT / BIC)

MESSAGE OR REFERENCE – ORIGINATOR TO BENEFICIARY INFO* (OBI)
Ying Zhang

## ORIGINATOR'S AUTHORIZATION *

**By Signing below, I agree to the terms accompanying this form.***

Ying zhang (Originator's Signature) 2018.5.14 (Date) 张英 (Originator's Signature) 2018.5.14 (Date)

## BANK USE

ORIGINATOR'S ID
☐ Driver's License ☐ Passport ☐ Green Card
☐ Other ____________
Issued By: ____________
Serial Number: ____________

REQUEST TYPE
☐ In Person ☐ Letter (Attached) ☐ Phone * ☐ FAX* ☐ E-Mail *

* *Phone / FAX / E-Mail Requests - 1.) MUST adhere to Bank callback requirements (complete Callback Results section below); and 2.) MUST have a Funds Transfer Designation and Authorization (FTA) on file. If NO FTA is on file, the request must be approved by the Branch Manager (up to $200,000) OR Risk & Operations (if over $200,000)!*

NO FTA Form – Approval By (Printed Name)
*Branch Manager or Risk & Ops. Employee Name*

FEE AMOUNT: $
FX Wires Only - Optional Other Fee Allocation
☐ BEN (default) ☐ OUR

CALLBACK RESULT
☐ No Callback (FTA Waiver)
☐ Callback Completed w/Auth Cust.

Callback / FTA Verified By - Employee (Print Name / Initials) — *Employee who completed callback or verified FTA waiver*

Callback To - Customer (Print Name) — *Authorized Customer that confirmed wire*

Callback To - Phone Number — *Phone number used for callback*

BRANCH/DEPARTMENT USE ONLY

INSTRUCTIONS ACCEPTED BY (Print Name & Signature)

Dept./Branch Name or #

Date Accepted | Time Accepted ☐ A.M. ☐ P.M. | Test Key Reference Number | Test Key Result Number

SUPERVISOR/AUTHORIZED EMPLOYEE APPROVAL (2nd signature required if over limit)
*Verification of request form, customer ID, payment method, request type and customer's authority as an authorized account signer.*

Approval Signature ____________
Printed Name REQUIRED ____________

"Over Limit" Approval Signature (as required by policy) ____________
Printed Name REQUIRED ____________

WIRE DEPARTMENT USE ONLY
Wire Input By (Initials)
Wire Verified By (Initials)
Callback Verification By (Initials)
Callback Verification With (Printed Name)
Date Wire Executed

WIRE2014.DOC / Rev. 11-2014

# EXHIBIT "B"

**交通银行离岸业务汇出汇款申请信息（网银）**

打印日期： 2018-07-21

申请日期：2018-07-21　　网银流水号：0022018072114456582

汇款货币及金额：USD 51190.00

出账账号及户名：90000110747100 SilVER LaND Finance Limited

出账货币及金额：USD 51195.00

收款人开户银行名称及地址： SWIFT BIC: CHASUS33XXX JPMORGAN CHASE BANK, NA NEW Y ORK (H.O.)

收款人账号：268150510

收款人名称和地址： WALL012 LLC 13901 MIDWAY RD SUITE 102 DALLAS, T X 75244

附言：

USD 5.00　　USD 0.00　　USD 0.00

注：该信息仅供打印参考

打 印

汇出汇款详细信息查询结果：

| 汇出汇款详细信息查询结果 | |
|---|---|
| 申请日期: | 2018-09-21 |
| 业务编号: | 8620TT8385637 |
| 汇款货币及金额: | USD 100000.00 |
| 出账账号及户名: | 90000110747100 SilVER LaND Finance Limited |
| 出账货币及金额: | USD 100000.00 |
| 收款人开户银行名称及地址: | SWIFT BIC: CHASUS33XXX JPMORGAN CHASE BANK, NA NEW YORK (H.O.) |
| 收款人账号: | 268271761 |
| 收款人名称和地址: | WALL016,LLC 1755 WITTINGTON PLACE 340 DALLAS,TX 75234 |
| 附言: | NonResident |
| 本行费用: | USD 5.00 |
| 代理行费用: | USD 0.00 |
| 邮电费: | USD 0.00 |
| 交易流水号: | EF0003700000927 |
| 交易生效日期: | 2018-09-21 |
| 交易柜员: | EF00037 |
| 提交渠道: | 网银 |

注：该信息仅供打印参考