# ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jin Wang | Loan Debt | $72,000.00 |
| Peng Guo | Loan Debt | $58,500.00 |
| Lin Zhou | Loan Debt | $57,500.00 |
| Qu Chen | Loan Debt | $56,500.00 |
| Kai Tian | Loan Debt | $55,000.00 |

**Name and mailing address of petitioner**
Jin Wang
4-2-202, Huanxi Xincun, Xiachen District,
Hangzhou, China

DocuSigned by:
X Wang Jin Jin Wang 3/27/2020
6494743B35874A0...

**Name and mailing address of petitioner**
Peng Guo
6th Floor, Block C, North Third Ring Road
East Dongcheng District, Bejing, No. 36,
World Trade Center, China

X___________________________________

**Name and mailing address of petitioner**
Lin Zhou
1-406, Lane 1058, Lotus Road, Minghang
District, Shanghai, China

X___________________________________

**Name and mailing address of petitioner**
Qu Chen
1-4-602, Yongtai, Haidian District, Beijing,
China

X___________________________________

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br><br>WALL007, LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. |

**DECLARATION OF JIN WANG IN SUPPORT OF INVOLUNTARY PETITION**

Petitioning Creditor below, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury under the laws of the United States, as follows:

1. I am a citizen of the People's Republic of China, and I am a Petitioning Creditor of the above-captioned alleged debtor (the "Alleged Debtor"). I have firsthand knowledge of the facts as set forth herein.

2. Pursuant to a certain Loan Agreement, by and between Petitioning Creditor on the one hand, and the Alleged Debtor on the other hand (the "Loan Agreement"), Petitioning Creditor loaned monies to the Alleged Debtor on the terms and conditions more fully set forth in the Loan Agreement. A true and correct copy of the Loan Agreement is attached hereto as Exhibit "A."

3. The Alleged Debtor is in default of the Loan Agreement as a result of, among other things, its failure to repay sums as and when due thereunder.

4. More specifically, one or more interest payment(s) came due under the Loan Agreement and remain unpaid.

5. As of the date hereof, Petitioning Creditor holds a claim against the Alleged Debtor for the principal amount set forth, interest and other charges as may be applicable under the Loan Agreement and/or under applicable law (the "Claim").

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/27/2020

DocuSigned by:
Wang Jin
6494743B35874A0...
JIN WANG

Jin Wang

218180310v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jin Wang | Loan Debt | $72,000.00 |
| Peng Guo | Loan Debt | $58,500.00 |
| Lin Zhou | Loan Debt | $57,500.00 |
| Qu Chen | Loan Debt | $56,500.00 |
| Kai Tian | Loan Debt | $55,000.00 |

**Name and mailing address of petitioner**
Jin Wang
4-2-202, Huanxi Xincun, Xiachen District,
Hangzhou, China

X________________________________

**Name and mailing address of petitioner**
Peng Guo
6th Floor, Block C, North Third Ring Road
East Dongcheng District, Bejing, No. 36,
World Trade Center, China

DocuSigned by:
Peng Guo
E48A2187F66342C...
X Peng Guo 3/23/2020

**Name and mailing address of petitioner**
Lin Zhou
1-406, Lane 1058, Lotus Road, Minghang
District, Shanghai, China

X________________________________

**Name and mailing address of petitioner**
Qu Chen
1-4-602, Yongtai, Haidian District, Beijing,
China

X________________________________

WALL007 LLC

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DocuSigned by:
Peng Guo
E48A2187F66342C...

Dated: 3/23/2020

PENG GUO

Peng Guo

218180312v1

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Kai Tian
No. 17 Minkang Hutong Xicheng District,
Bejing, China

X DocuSigned by: kai Tian 31697F8D75F34C4... Kai tian 3/24/2020

218138923v1

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/24/2020

DocuSigned by:
Kai Tian
31697F8B75F34C4...
KAI TIAN

218180316v1

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jin Wang | Loan Debt | $72,000.00 |
| Peng Guo | Loan Debt | $58,500.00 |
| Lin Zhou | Loan Debt | $57,500.00 |
| Qu Chen | Loan Debt | $56,500.00 |
| Kai Tian | Loan Debt | $55,000.00 |

**Name and mailing address of petitioner**
Jin Wang
4-2-202, Huanxi Xincun, Xiachen District,
Hangzhou, China

X________________________________

**Name and mailing address of petitioner**
Peng Guo
6th Floor, Block C, North Third Ring Road
East Dongcheng District, Bejing, No. 36,
World Trade Center, China

X________________________________

**Name and mailing address of petitioner**
Lin Zhou
1-406, Lane 1058, Lotus Road, Minghang
District, Shanghai, China

DocuSigned by:
Lin Zhou
X 2A4A08F3E3B9470... Lin Zhou 3/23/2020

**Name and mailing address of petitioner**
Qu Chen
1-4-602, Yongtai, Haidian District, Beijing,
China

X________________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Lin Zhou
2A4A08F3E3B9470...

LIN ZHOU

218180313v1

# ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jin Wang | Loan Debt | $72,000.00 |
| Peng Guo | Loan Debt | $58,500.00 |
| Lin Zhou | Loan Debt | $57,500.00 |
| Qu Chen | Loan Debt | $56,500.00 |
| Kai Tian | Loan Debt | $55,000.00 |

**Name and mailing address of petitioner**
Jin Wang
4-2-202, Huanxi Xincun, Xiachen District,
Hangzhou, China

X_______________________________

**Name and mailing address of petitioner**
Peng Guo
6th Floor, Block C, North Third Ring Road
East Dongcheng District, Bejing, No. 36,
World Trade Center, China

X_______________________________

**Name and mailing address of petitioner**
Lin Zhou
1-406, Lane 1058, Lotus Road, Minghang
District, Shanghai, China

X_______________________________

**Name and mailing address of petitioner**
Qu Chen
1-4-602, Yongtai, Haidian District, Beijing,
China

DocuSigned by:
X QU CHEN Qu CHEN 3/21/2020
569106D448FB466...

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
QU CHEN
569106D448FB466...
QU CHEN

QU CHEN

218180315v1

Debtor WALL007 LLC Case number (if known)
Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jun Li | Loan Debt | $ 2,300,000.00 |
| Yunding Kang | Loan Debt | $ 345,000.00 |
| Cunxiang Ji | Loan Debt | $ 226,000.00 |
| | Total of petitioners' claims | $ 3,170,500.00* |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

**See attached list of additional Petitioning Creditors*

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Jun Li
Name

No. 336 Central Tianfu Street, Wenjiant District
Number Street

Chengdu, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020
MM / DD / YYYY

DocuSigned by:
✗ Li Jun LI Jun
1C07DB5AB2F248F...
Signature of petitioner or representative, including representative's title

**Attorneys**

Jiangang Ou, Esquire
Printed name

Nguyen & Chen, LLP
Firm name, if any

11200 Westheimer, Ste. 120
Number Street

Houston TX 77042
City State ZIP Code

Contact phone 832-767-0339 Email jou@nguyen-chen.com

Bar number 5451133

State NY

✗ /s/ Jiangang Ou
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Li Jun
1C07DBCAB2-749F
JUN LI

218180299v1

Debtor WALL007 LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

Yunding Kang
Name

Room 2401, 56 New Nuclear Power Village, No. 55 Xinqiao
Number Street

South Road, Wuyuan Town, Haiyan County Zhejiang Province, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

✘
Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✘
Signature of attorney

Date signed
MM / DD / YYYY

**Name and mailing address of petitioner**

Cunxiang Ji
Name

9-1, Weisi Road, Datong Mining Area, Shanxi Province
Number Street

China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020 6/18/2020
MM / DD / YYYY

DocuSigned by:
✘ Cunxiang Ji Cunxiang Ji
E5BFC06D58164D3...
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✘
Signature of attorney

Date signed
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DocuSigned by:
Cunxiang Ji Cunxiang Ji
E5BFC00D50164D3...
CUNXIANG JI

Dated: 3/21/2020
6/18/2020

218180309v1

Debtor WALL007 LLC
Name

Case number (if known)____________________

**Name and mailing address of petitioner**

Yunding Kang
Name

Room 2401, 56 New Nuclear Power Village, No. 55 Xinqiao
Number Street

South Road, Wuyuan Town, Haiyan County Zhejiang Province, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/23/2020
MM / DD / YYYY

DocuSigned by: Yunding Kang
3A33ACEFC71A4B7...
✘ Yunding Kang

Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✘ /s/ Stephen M. Packman
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

**Name and mailing address of petitioner**

Cunxiang Ji
Name

9-1, Weisi Road, Datong Mining Area, Shanxi Province
Number Street

China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ________
MM / DD / YYYY

✘ ________
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ________ Email ________

Bar number ________

State ________

✘ ________
Signature of attorney

Date signed ________
MM / DD / YYYY

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Yunding Kang
YUNDING KANG

218180308v1