**RE: wire record for Lender Zhang Heng & Guan Pei**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Thursday, Jun 29, 2017 6:01 AM
Recipient:周霖<lynn@yding.cn>

Please find attached the wire receipt for Guan Pei.

**Saskya Bedoya**

**JMJ Development, Inc.**

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

C: 214.641.0122

sbedoya@jmjdevelopment.net

www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Tuesday, June 27, 2017 3:11 AM
**To:** Saskya Bedoya
**Subject:** wire record for Lender Zhang Heng & Guan Pei

Hi Saskya,

Lender Zhang Heng wired total $100,060 today via three different name, you can check attached file Zhang Heng 10w 01~03, thanks.

Lender Guan Pei wired total $100,000 today, you can check the last attachment.

Pls send me both two wire receipts after your accounting confirm the receipt, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330
www.yding.cn

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Guan\x26nbsp;Pei.pdf (343.83K)

# Wall009, LLC

June 28, 2017

Guan Pei
Passport No G27500096
#6101 Building 1, No.36 Zengguang Road
Beijing, China

Dear Guan Pei:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 26, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

**RE: missing one wire receipt for lender Wu Ruinian**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Thursday, Jun 29, 2017 5:44 AM
Recipient:周霖<lynn@yding.cn>

Sorry for the delay. Please find attached.

Regards,

**Saskya Bedoya**

**JMJ Development, Inc.**

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

C: 214.641.0122

sbedoya@jmjdevelopment.net

www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Tuesday, June 27, 2017 12:23 AM
**To:** Saskya Bedoya
**Subject:** missing one wire receipt for lender Wu Ruinian

Hi Saskya,

I checked my file record while I don't have the wire receipt for Wu Ruinian ($100,000) , maybe I didn't ask for it before. Since the wire arrived already when I was in your office, can you pls send me his wire receipt? Thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330
www.yding.cn

----------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年6月27日(星期二) 06:42

收件人：周霖 <lynn@yding.cn>

主　题：RE: 回复：several wire record for your reference

Please find attached.

Regards,

Saskya Bedoya

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Monday, June 26, 2017 7:17 AM
**To:** Saskya Bedoya
**Subject:** 回复：several wire record for your reference

Hi Saskya,

Thanks a lot for your update information, pls send me the wire receipt for Xu Yue first, others you can send later when total amount arrive, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330

www.yding.cn

---------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年6月24日(星期六) 07:38

收件人：周霖 <lynn@yding.cn>

主　题：RE: several wire record for your reference

Hi Lynn,

This is what our bank shows for the account Wall009 LLC.

| | | |
|---|---|---|
| Pending | Wire transfer deposit US...020941 | + $48,983.00 |
| 06/21/2017 | ACH deposit XUEGENG GONG SENDER WALL009LLC | + $100,015.00 |
| 06/20/2017 | Wire transfer fee YUE XU | - $15.00 |
| 06/20/2017 | Wire transfer deposit YUE XU USDG...3921801 | + $100,015.00 |

Kind regards,

**Saskya Bedoya**

**JMJ Development LLC**

13901 Midway Rd

Suite 102-LB 243

Dallas, TX 75244

P: 972.385.9934

F: 972.241.4484

C: 214.641.0122

sbedoya@jmjdevelopment.net

www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Friday, June 23, 2017 3:34 AM
**To:** Saskya Bedoya
**Subject:** several wire record for your reference

Hi Saskya,

I sent you two wire records (Gong Xuegeng 1st 100K and my 1st 49K) already, now let me have a short summary for you regarding the latest payments from our side. Pls check following:

1, Gong Xuegeng: wired 1st 100K, pls check attached wire record. and she mailed 100K wellsfargo check via DHL 5918425542 today, pls check attached copy;

2, Xu Yue: wired 100K, pls check attached wire record;

3, Zhou Lin: wired 49K, pls check attached wire record, anothr $1000 will be wired out soon.

Pls let me know if your accounting receive above payment, and send me the wire receipt for Gong & Xu first once you receive their money, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330
www.yding.cn

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Wu\x26nbsp;Ruinian.pdf (340.59K)

# Wall009, LLC

June 28, 2017

Wu Ruinian
Passport No E77502901
5-2-401, Xisihuan
Meiliyuan, Beijing, China

Dear Cai Xuezhen:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 06, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC

**FW: Completed: Please DocuSign: Wire Receipt - wall009 - 400,000 - Wu Yijing.docx, Wire Receipt - wall009 - 10...**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Friday, Jul 7, 2017 4:59 AM
Recipient:周霖<lynn@yding.cn>

Please find attached. Kindly confirm all is correct.
Regards,

**Saskya Bedoya**
**JMJ Development, Inc.**
1755 Wittington Place
Suite 340
Dallas, TX 75234
P: 972.385.9934
F: 972.241.4484
C: 214.641.0122
sbedoya@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:** DocuSign NA3 System [mailto:dse_na3@docusign.net]
**Sent:** Thursday, July 06, 2017 3:51 PM
**To:** Saskya Bedoya
**Subject:** Completed: Please DocuSign: Wire Receipt - wall009 - 400,000 - Wu Yijing.docx, Wire Receipt - wall009 - 10...

DocuSign

Your document has been completed.

VIEW COMPLETED DOCUMENTS

All signers completed Please DocuSign: Wire Receipt - wall009 - 400,000 - Wu Yijing.docx, Wire Receipt - wall009 - 10...

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
50567FC53C3A40A1A430FC2C7FA507B83

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Saskya Bedoya who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

---

**9EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;400,000\x26nbsp;-\x26nbsp;Wu\x26nbsp;Yijing.docx.pdf (230.37K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Li\x26nbsp;Qiuying.docx.pdf (230.12K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Zhang\x26nbsp;Heng.docx.pdf (230.46K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;200,000\x26nbsp;-\x26nbsp;Gong\x26nbsp;Xuegeng.docx.pdf (229.81K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;50,000\x26nbsp;-\x26nbsp;Wu\x26nbsp;Dan.docx.pdf (230.02K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;150,000\x26nbsp;-\x26nbsp;Kong\x26nbsp;Weijia.docx.pdf (230.10K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;50,000\x26nbsp;-\x26nbsp;Zhou\x26nbsp;Lin.docx.pdf (243.84K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Guo\x26nbsp;Hong.docx.pdf (229.93K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Jiang\x26nbsp;Chenchen.docx.pdf (229.33K)

# Wall009, LLC

June 30, 2017

Wu Dan
Passport No E08228131
Room901, Building 1, Fangshanyuan, Yijingyuan, Wener Rd
Xihu District, Hangzhou, China

Dear Wu Dan:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Zhou Lin
Passport No E13211404
Room 1-406, No.1058, Lianhua Road
Shanghai , China

Dear Zhou Lin:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on June 23, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Guo Hong
Passport No G38054256
Room 6-902, No.500, Gubei Central Garden, South Yili Rd.
Changning District, Shanghai, China

Dear Guo Hong:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 29, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall009, LLC

June 30, 2017

Jiang Chenchen
Passport No G47916008
3395 Michelson Dr. Apt. 4460
Irvine, CA 92612

Dear Jiang Chenchen:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 29, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Li Qiuying
Passport No G39643292
Room 703, No.101 Xidajie, Xuanwumen
Xicheng District, Beijing, China

Dear Li Qiuying:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...
By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Zhang Heng
Passport No G44750509
Rm 503, Building 10, Yichengmingyuan, BDA
Daxing District, Beijing 100176

Dear Zhang Heng:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Kong Weijia
Passport No G43015013
Room 615, Building No.28, West Area, Guanyingyuan
Xicheng District, Beijing, China

Dear Kong Weijia:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 150,000.00 by wire transfer into our account at Capital One Bank on June 27, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Gong Xuegeng
Passport No E01308176
Rm 1801, Building C, Shengshijiayuan, No.98 Jianguo Rd.
Chaoyang District, Beijing, China

Dear Gong Xuegeng:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...
By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

# Wall009, LLC

June 30, 2017

Wu Yijing
Passport No G45202760
4-4-1403, Huafangyicheng, No.29 Qingnian Rd
Chaoyang Dist., Beijing, China

Dear Wu Yijing:
This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 400,000.00 by wire transfer into our account at Capital One Bank on June 28, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall009, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall009 LLC

**RE: 回复： several wire record for your reference**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Tuesday, Jun 27, 2017 6:47 AM
Recipient:'??'<lynn@yding.cn>

Please find attached.

Regards,

Saskya Bedoya

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Monday, June 26, 2017 7:17 AM
**To:** Saskya Bedoya
**Subject:** 回复：several wire record for your reference

Hi Saskya,

Thanks a lot for your update information, pls send me the wire receipt for Xu Yue first, others you can send later when total amount arrive, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年6月24日(星期六) 07:38

收件人：周霖 <lynn@yding.cn>

主　题：RE: several wire record for your reference

Hi Lynn,

This is what our bank shows for the account Wall009 LLC.

Pending Wire transfer deposit US...020941
+ $48,983.00

06/21/2017 ACH deposit XUEGENG GONG SENDER WALL009LLC +
$100,015.00

06/20/2017 Wire transfer fee YUE XU
- $15.00

06/20/2017 Wire transfer deposit YUE XU USDG...3921801 +
$100,015.00

Kind regards,

**Saskya Bedoya**

**JMJ Development LLC**

13901 Midway Rd

Suite 102-LB 243

Dallas, TX 75244

P: 972.385.9934

F: 972.241.4484

C: 214.641.0122

sbedoya@jmjdevelopment.net

www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Friday, June 23, 2017 3:34 AM
**To:** Saskya Bedoya

**Subject:** several wire record for your reference

Hi Saskya,

I sent you two wire records (Gong Xuegeng 1st 100K and my 1st 49K) already, now let me have a short summary for you regarding the latest payments from our side. Pls check following:

1, Gong Xuegeng: wired 1st 100K, pls check attached wire record. and she mailed 100K wellsfargo check via DHL 5918425542 today, pls check attached copy;

2, Xu Yue: wired 100K, pls check attached wire record;

3, Zhou Lin: wired 49K, pls check attached wire record, anothr $1000 will be wired out soon.

Pls let me know if your accounting receive above payment, and send me the wire receipt for Gong & Xu first once you receive their money, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
11-i, No.855 South Pudong RD (World Plaza), Shanghai PRC
lynn@yding.cn
Mobile: +8613701850213
Phone: +86-21-68888016
Fax: +86-21-68888330
www.yding.cn

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;wall009\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Xu\x26nbsp;Yue.pdf (346.12K)

# Wall009, LLC

June 27, 2017

Xu Yue
Passport No G51025650
Rm 1801, Building C
Shengshijiayuan, No.98 Jianguo Rd.
Chaoyang District, Beijing, China

Dear Xu Yue:

This letter will serve as confirmation by Wall009, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on June 20, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,

Wall009, LLC

By: Timothy Barton

President of Carnegie Development LLC

The Managing Member of Wall009 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

**RE: 回复：wire proof for lender Song Tianqing @100K**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Tuesday, Oct 17, 2017 11:26 PM
Recipient:'??'<lynn@yding.cn>

Please find attached :)

Regards,

Saskya Bedoya

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Tuesday, October 17, 2017 10:09 AM
**To:** Saskya Bedoya
**Subject:** 回复：wire proof for lender Song Tianqing @100K

Hi Saskya,

Pls send me the wire confirmation receipt within today, thanks. 

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年10月12日(星期四) 19:42

收件人：周霖 <lynn@yding.cn>

主　题：Re: wire proof for lender Song Tianqing @100K

Good morning Lynn!

I hope all is well.

We have not received the wires as of yet, as soon as accounting confirms receipt we will release the wire confirmation.

Kind regards,

Saskya Bedoya

(214) 641-0122

Sent from my iPhone

On Oct 12, 2017, at 6:42 AM, 周霖 <lynn@yding.cn> wrote:

Hi Saskya,

Lender Song Tianqing has wired $100K from two different accounts, attached you can find his payment proof. Pls send me the wire receipt once your accounting confirmed, thanks.

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall010\x26nbsp;-\x26nbsp;100000\x26nbsp;-\x26nbsp;Song\x26nbsp;Tianqing\x26nbsp;-\x26nbsp;Executed.pdf (120.72K)

# Wall010, LLC

October 17, 2017

Song Tianqing
Passport No E44219169
Room 12-204, Zhongding Shanzhuang
No.299 Zhongshanmen Avenue
Nanjing, Jiangsu, China
Stq2898@163.com
(86)18913986558

Dear Song Tianqing:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on October 12, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

**RE: 回复：回复：回复：wire receipt checking**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Friday, Nov 3, 2017 11:28 PM
Recipient:'??'<lynn@yding.cn>

Hi Lynn,

Please find wire receipts attached. I will send Mao Liying in one moment.

Regards,

Saskya Bedoya

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Wednesday, November 01, 2017 9:16 PM
**To:** Saskya Bedoya
**Subject:** 回复：回复：回复：wire receipt checking

Hi Saskya,

Got it, thanks.

Still waiting for following receipts, pls send them to me when your accounting receive those wires, thanks a lot.

-- $300K from Yang Liying

-- $200K from Mao Liying

-- $200K from Yang Hairuo (she wired another $100K which you confirmed the receipt on Oct 26th, she wired another 100K on Oct 30th, pls send me $200K wire receipt)

-- $100K from Lin Changhua (he wired $100K on Nov 1st, attached is his payment proof)

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年11月2日(星期四) 09:12

收件人：周霖 <lynn@yding.cn>

主　题：RE: 回复：回复：wire receipt checking

Hi Lynn,

Please find attached wire receipts for Li Jianjin and Wenjun Wang.

Which other wire receipts do you need?

Regards,

Saskya Bedoya

---

**From:** Saskya Bedoya
**Sent:** Tuesday, October 31, 2017 9:22 AM
**To:** 周霖
**Subject:** Re: 回复：回复：wire receipt checking

19,946 shows pending

300,000 yang liying posted

200,000 pending

100,000 pending

Saskya Bedoya

(214) 641-0122

Sent from my iPhone

On Oct 31, 2017, at 9:16 AM, 周霖 <lynn@yding.cn> wrote:

Hi Saskya,

Tina wired the rest $19950 (total $19965 include $15 bank charge) from Silverland to Wall 010 LLC on behalf of Li Jianjin, once you receive this wire, pls send me wire receipt

$500K for Li Jianjin, thanks.

BTW, another client Mao Liying also wired total $200K today, attached is her payment proof, pls check the receipt accordingly, thanks.

So today pls check 3 wire as following:

-- $19965 from Silverland for Li Jianjin;

-- $300000 pending from Yang Liying;

-- $200000 wire from Mao Liying

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年10月31日(星期二) 09:50

收件人：周霖 <lynn@yding.cn>

主　题：Re:回复：wire receipt checking

Received 480,025 li jian jin

Received 50,000 Haonan Chen

Pending 300,000

Saskya Bedoya

(214) 641-0122

Sent from my iPhone

On Oct 29, 2017, at 10:10 AM, 周霖 <lynn@yding.cn> wrote:

Hi Saskya,

Wang Wenjun's son Haonan Chen finally helped her to wire $50K in USA, attached is the payment proof for your reference, kindly pls check the receipt accordingly, thanks.

Now we are waiting for your confirmation of following payments:

1) $480050 wired from Li Jianjin via HSBC on Oct 20th;

2) $300000 wired from Yang Liying via HSBC on Oct 26th;

3) $50,000 wired from Haonan Chen on behalf of Wang Wenjun in USA on Oct 27th.

Kindly pls check and send me wire receipts accordinlgy, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2017年10月27日(星期五) 05:19

收件人：周霖 <lynn@yding.cn>

主　题：RE: wire receipt checking

Please find attached.

Kind regards,

Saskya Bedoya

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Thursday, October 26, 2017 4:49 AM

**To:** Saskya Bedoya
**Subject:** wire receipt checking

Hi Saskya,

Other than last two wires Gang and Jianjin which you confirmed one Gang's $500K, we have two more wires today. $100K from Yang Hairuo, she will wire another $100K once this payment has been received, and Yang Liying's $300K. Attached is their payment proof, pls check with your accounting as well, thanks.

Pls send me Gang's wire receipt today, thanks.

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**3EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall010\x26nbsp;-\x26nbsp;200000\x26nbsp;-\x26nbsp;Yang\x26nbsp;Hairuo.pdf (108.22K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall010\x26nbsp;-\x26nbsp;100000\x26nbsp;-\x26nbsp;Lin\x26nbsp;Changhua.pdf (111.63K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall010\x26nbsp;-\x26nbsp;300000\x26nbsp;-\x26nbsp;Yang\x26nbsp;Liying.pdf (108.26K)

# Wall010, LLC

November 3, 2017

Lin Changhua
Passport No E39044981
56-2-402, Qiushi cun
Hangzhou, China
2465507079@qq.com
(86) 13805747448

Dear Lin Changhua:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on November 1, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

# Wall010, LLC

November 3, 2017

Yang Hairuo
Passport No G48731804
Room 1302, 9#, No.100 Lane, Yushan Rd.
Pudong District, Shanghai, China
295140330@qq.com
(86) 13916213655

Dear Yang Hairuo:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Capital One Bank on October 31, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

# Wall010, LLC

November 3, 2017

Yang Liying
Passport No E47091811
7-4-701 Wulin Garden, No 112 Tianmushan Rd
Xihu District, Hangzhou, China
54658392@qq.com
(86) 13858141704

Dear Yang Liying:

This letter will serve as confirmation by Wall010, LLC that we have received the amount of USD 300,000.00 by wire transfer into our account at Capital One Bank on October 30, 2017.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall010, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall010 LLC

**Receipts for Ding Rufeng and Hao Xiaodong**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Thursday, Mar 1, 2018 2:40 AM
Recipient:lynn@yding.cn<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Hi Lynn,

Here are the receipts for Ding Rufeng($125k) and Hao Xiaodong ($50k).

Thanks,

Hongpeng Lin

JMJ Development, Inc.

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

HLin@jmjdevelopment.net

www.jmjdevelopment.net

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.

---

## 2EachGeneral accessories

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;125,000\x26nbsp;-\x26nbsp;Ding\x26nbsp;Rufeng.pdf (48.34K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;50,000\x26nbsp;-\x26nbsp;Hao\x26nbsp;Xiaodong.pdf (49.81K)

# Wall011, LLC

February 28, 2018

Hao Xiaodong
ID: 14242119840617352X
Room302,Unit 3,Building 10,Shuangqiao Railway Community,
Chaoyang District,Beijing,China
chunchundongdong@126.com
(86)15810161651

Dear Hao Xiaodong:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Capital One Bank on February 09, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall011, LLC

February 28, 2018

Ding Rufeng
Passport No E01344929
Room 306, South Building Haiyue Mingmen,
No 38 North Zaoying Lane,Maizidian
lucy_ding1021@yahoo.com
(86) 18901367110

Dear Ding Rufeng:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 125,000.00 by wire transfer into our account at Capital One Bank on February 07, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

**RE: 回复：1st wire from Wall011 Li Lin**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Friday, Feb 2, 2018 11:13 AM
Recipient:'??'<lynn@yding.cn>

Please find attached.

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Thursday, February 01, 2018 1:33 AM
**To:** Saskya Bedoya
**Subject:** 回复：1st wire from Wall011 Li Lin

Hi Saskya,

From your attached file, I noticed that you got full amount from Gao Lin, and the 3rd wire for Jiang Li (remitter is Kong Weijia), kindly pls send me two wire receipts as following, thanks.

1, Gao Lin: $100K

2, Jiang Li: $150K

Best Regards,

**Lynn Zhou**

**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2018年2月1日(星期四) 11:57

收件人：周霖 <lynn@yding.cn>

主　题：RE: 1st wire from Wall011 Li Lin

Attached is what we have received.

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Wednesday, January 31, 2018 8:07 AM
**To:** Saskya Bedoya
**Subject:** 1st wire from Wall011 Li Lin

Hi Saskya,

Attached is the 1st 50k wire proof from Li Yanxis for Li Lin, pls confirm if you received it or not. He will wire the balance soon once you confirm the 1st 50k, thanks.

Best Regards,

Lynn

来自阿里邮箱 iPhone版

---

**2EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;150,000\x26nbsp;-\x26nbsp;Jiang\x26nbsp;Li.pdf (126.35K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;GAO\x26nbsp;LIN.PDF (113.17K)

# Wall011, LLC

February 1, 2018

GAO LIN
Passport No E73962401
A-102,Chunshen Chuangyi Yuan, No 228 Meifu Road,
Minhang District, Shanghai, China
gao_lin@vip.163.com
(86)13816800602

Dear GAO LIN:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on January 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 1, 2018

Jiang Li
Passport No EA3681029
1-5-401 ，North dormitory, Haidian Health Bureau,
Qinghe 3rd Street, Haidian District, Beijing,China
kwj80@163.com
(86)13611224740

Dear Jiang Li:

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 150,000.00 by wire transfer into our account at Capital One Bank on January 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

**(no subject)**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Tuesday, Feb 6, 2018 10:09 AM
Recipient:周霖<Lynn@yding.cn>

**Saskya Bedoya**
**JMJ Development, Inc.**
1755 Wittington Place
Suite 340
Dallas, TX 75234
P: 972.385.9934
F: 972.241.4484
C: 214.641.0122
sbedoya@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

## General accessories

wall011\x26nbsp;received\x26nbsp;wires\x26nbsp;-\x26nbsp;02052018.xlsx (9.77K)

| Date | Description | Amount |
|---|---|---|
| Pending | Wire transfer deposit US...275371 | $49,985.00 |
| Pending | Wire transfer deposit US...275173 | $49,985.00 |
| 2018-2-2 | Wire transfer fee LILIN | ($15.00) |
| 2018-2-2 | Wire transfer fee JI CUN XIANG | ($15.00) |
| 2018-2-2 | Wire transfer deposit LILIN USD...7972 | $49,985.00 |
| 2018-2-2 | Wire transfer deposit JI CUN XIANG USDBJMUSBC | $49,985.00 |
| 2018-1-30 | Wire transfer fee MS GAO LIN ROOM 602 NO 6 L | ($15.00) |
| 2018-1-30 | Wire transfer fee LIYANXIA | ($15.00) |
| 2018-1-30 | Wire transfer fee LIU YI | ($15.00) |
| 2018-1-30 | Wire transfer deposit LIU YI USDS0680301A0AF01 | $49,980.00 |
| 2018-1-30 | Wire transfer deposit LIYANXIA USD...7041 | $49,985.00 |
| 2018-1-30 | Wire transfer deposit MS GAO LIN ROOM 602 NO 6 L USDS0680300B7A/ | $100,000.00 |

**Wire Receipts**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Thursday, Feb 8, 2018 6:56 AM
Recipient:lynn<lynn@yding.cn>

**Saskya Bedoya**
**JMJ Development LLC**
13901 Midway Rd
Suite 102-LB 243
Dallas, TX 75244
P: 972.385.9934
F: 972.241.4484
C: 214.641.0122
sbedoya@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**2EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Ji\x26nbsp;Cunxiang.pdf (108.17K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Qin\x26nbsp;Qiao.pdf (108.20K)

# Wall011, LLC

February 7, 2018

Ji Cunxiang
Passport No G26733388
Room 1-114, No.5, Cuiweidongli,
Haiding District, Beijing, China
wubohxs@163.com
(86)13311209871

Dear Ji Cunxiang

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on February 06, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

# Wall011, LLC

February 7, 2018

Qin Qiao
Passport No EB1116049
1-202,No 12 Yiyuanjv,No 4 Cuiwei Road,
Haidian District,Beijing, China
jonson-yu@163.com
(86)18611035500

Dear Qin Qiao

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on February 06, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

**RE: 回复：1st wire from Wall011 Li Lin**

Sender:Saskya Bedoya<SBedoya@jmjdevelopment.net>
Time between:Friday, Feb 2, 2018 11:12 AM
Recipient:'??'<lynn@yding.cn>

Please find attached.

---

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Thursday, February 01, 2018 8:49 AM
**To:** Saskya Bedoya
**Subject:** 回复：1st wire from Wall011 Li Lin

Hi Saskya,

I just got the remiitter name for Zhang Yue, two wires sent from Liu Yi and Wang Yuchen. You received both two wires already, kindly pls send me the $100K wire receipt for Zhang Yue as well today, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Saskya Bedoya <SBedoya@jmjdevelopment.net>

发送时间：2018年2月1日(星期四) 11:57

收件人：周霖 <lynn@yding.cn>

主　题：RE: 1st wire from Wall011 Li Lin

Attached is what we have received.

---

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Wednesday, January 31, 2018 8:07 AM

**To:** Saskya Bedoya
**Subject:** 1st wire from Wall011 Li Lin

Hi Saskya,

Attached is the 1st 50k wire proof from Li Yanxis for Li Lin, pls confirm if you received it or not. He will wire the balance soon once you confirm the 1st 50k, thanks.

Best Regards,

Lynn

来自阿里邮箱 iPhone版

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall011\x26nbsp;-\x26nbsp;100,000\x26nbsp;-\x26nbsp;Zhang\x26nbsp;Yue.pdf (112.36K)

# Wall011, LLC

February 1, 2018

Zhang Yue
Passport No E24004107
Room 1-304, Building No.9, Tianzhaojiayuan,
No.41 Xizhimen N street, Haidian District, Beijing
450177716@qq.com
(86)13901086803

Dear Zhang Yue

This letter will serve as confirmation by Wall011, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Capital One Bank on January 30, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall011, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall011 LLC

**RE: 回复：two more wire for Wall012**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Friday, Jun 29, 2018 3:36 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Hi Lynn,

Attached please find the wire receipt for Dai Xiaoquan and Wu Jinzhe.

Thanks

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Thursday, June 28, 2018 8:25 AM
**To:** Hongpeng Lin; Saskya Bedoya
**Cc:** 郭虹
**Subject:** 回复：two more wire for Wall012

Hi Hong,

pls keep tracking on Wu Jinzhe's $100K wire via East West Bank today, pls also check some other payment proof as following, thanks.

1, Dong Pengfei: Principle is $100K, total $100K wired to Wall012 from Cathay Bank yesterday, attached is payment proof;

2, Chen Jiancheng: Principle is $50K, 1st $45K wired by Gu Zaichun to Tim's personal account, the rest $5K will be wired by himself;

3, Zhang Heng: Principle is $100K, 1st $35050 wired by Chen Xiaoyan to Wall012, the rest will be wired later on;

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年6月27日(星期三) 11:09

收件人：Hongpeng Lin <hlin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：two more wire for Wall012

Hi Hong,

kindly pls check following two more wire for wall012 clients, pls check the receipt and release wire receipt accordingly, thanks a lot.

1, Wu Jinzhe: principle is $100K, total $100k wired from East West bank on Jun 26th; (no wire proof yet)

2, Dai Xiaoquan: principle is $200K, below is the wire proof

**Subject: Acknowledgement** - Ref No. N62423966040

| | |
|---|---|
| Status: | Overseas transfer completed |
| TT Reference No: | HK124068BI708927 |
| Received: | 24 JUN 2018 |
| Processing Date: | 25 JUN 2018 |
| From Account: | 808-721492-838 BusinessIntegrated USD Savings |
| Payment Amount: | USD200,000.00 |
| Exchange Rate: | At 1.000000000 |
| To Name: | WALL012 LLC |
| To Beneficiary Address 1: | 13901 MIDWAY RD |
| To Beneficiary Address 2: | SUITE 102 |
| To Beneficiary Address 3: | DALLAS, TX 75244 |
| To Account: | 268150510 |
| To Bank: | JPMORGAN CHASE BANK NA |
| To Beneficiary Bank Address 1: | 4 NEW YORK PLAZA |
| To Beneficiary Bank Address 2: | NEW YORK NY 10004 |
| To Beneficiary Bank Address 3: | U S A |
| Beneficiary Bank SWIFT Address: | CHASUS33 |
| To Country: | UNITED STATES |
| Amount Debited From Source Account: | USD200,033.85 |
| TT Charges: | USD33.85 |
| Charges Option: | The customer pays all local and overseas bank charges |
| Charges Account: | 808-721492-838 BusinessIntegrated USD Savings |

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**2EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-200,000\x26nbsp;-Dai\x26nbsp;Xiaoquan.pdf (1.06M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-100,000\x26nbsp;-Wu\x26nbsp;Jinzhe.pdf (1.07M)

# Wall012, LLC

June 28, 2018

Wu Jinzhe
Passport Number: EA2307256
APT.4-2-2702 TIANLINYUAN, GULOU WEST STREET,
NANKAI DISTRCT, TIANJIN, CHINA
wujinzhewjz@163.com
(86) 13920052666

Dear Wu Jinzhe:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on June 27, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

# Wall012, LLC

June 28, 2018

Dai Xiaoquan
Passport Number: E42745514
12-508,Meixing Yuan,Shang Meilin,Futian District,
Shenzhen, China
daixiaoquan@yahoo.com
(86) 13502800631

Dear Dai Xiaoquan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Chase Bank on June 25, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

**RE: 回复：two more wire for Wall012**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Wednesday, Jul 4, 2018 3:18 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Hi Lynn,

Attached please find the receipt for Chen Jiancheng and Dong Pengfei.

Thanks

**From:** 周霖 [mailto:lynn@yding.cn]
**Sent:** Friday, June 29, 2018 10:18 AM
**To:** Hongpeng Lin; Saskya Bedoya
**Cc:** 郭虹
**Subject:** 回复：two more wire for Wall012

Hi Hong,

Pls check wire update as following, thanks.

1, Dong Pengfei: Principle is $100K, total $100K wired to Wall012 from Cathay Bank yesterday, attached is payment proof; (confirmed receipt of $100015)

2, Chen Jiancheng: Principle is $50K, 1st $45K wired by Gu Zaichun to Tim's personal account, the rest $5K will be wired by himself; (confirmed receipt of $44983, another person Gu Zaichuan wired $4995 for him today, pls check the receipt, the gap will be calculated together after all investors proceed their wire, thanks.)

3, Zhang Heng: Principle is $100K, 1st $35050 wired by Chen Xiaoyan to Wall012, the rest will be wired later on; (confirmed reciept of $35023)

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

----------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年6月28日(星期四) 21:25

收件人：Hongpeng Lin <hlin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：回复：two more wire for Wall012

Hi Hong,

pls keep tracking on Wu Jinzhe's $100K wire via East West Bank today, pls also check some other payment proof as following, thanks.

1, Dong Pengfei: Principle is $100K, total $100K wired to Wall012 from Cathay Bank yesterday, attached is payment proof;

2, Chen Jiancheng: Principle is $50K, 1st $45K wired by Gu Zaichun to Tim's personal account, the rest $5K will be wired by himself;

3, Zhang Heng: Principle is $100K, 1st $35050 wired by Chen Xiaoyan to Wall012, the rest will be wired later on;

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

----------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年6月27日(星期三) 11:09

收件人：Hongpeng Lin <hlin@jmjdevelopment.net>; Saskya Bedoya <sbedoya@jmjdevelopment.net>

抄　送：郭虹 <michelle@yding.cn>

主　题：two more wire for Wall012

Hi Hong,

kindly pls check following two more wire for wall012 clients, pls check the receipt and release wire receipt accordingly, thanks a lot.

1, Wu Jinzhe: principle is $100K, total $100k wired from East West bank on Jun 26th; (no wire proof yet)

2, Dai Xiaoquan: principle is $200K, below is the wire proof

**Subject: Acknowledgement** - Ref No. N62423966040

| | |
|---|---|
| Status: | Overseas transfer completed |
| TT Reference No: | HK124068BI708927 |
| Received: | 24 JUN 2018 |
| Processing Date: | 25 JUN 2018 |
| From Account: | 808-721492-838 BusinessIntegrated USD Savings |
| Payment Amount: | USD200,000.00 |
| Exchange Rate: | At 1.000000000 |
| To Name: | WALL012 LLC |
| To Beneficiary Address 1: | 13901 MIDWAY RD |
| To Beneficiary Address 2: | SUITE 102 |
| To Beneficiary Address 3: | DALLAS, TX 75244 |
| To Account: | 268150510 |
| To Bank: | JPMORGAN CHASE BANK NA |
| To Beneficiary Bank Address 1: | 4 NEW YORK PLAZA |
| To Beneficiary Bank Address 2: | NEW YORK NY 10004 |
| To Beneficiary Bank Address 3: | U S A |
| Beneficiary Bank SWIFT Address: | CHASUS33 |
| To Country: | UNITED STATES |
| Amount Debited From Source Account: | USD200,033.85 |
| TT Charges: | USD33.85 |
| Charges Option: | The customer pays all local and overseas bank charges |
| Charges Account: | 808-721492-838 BusinessIntegrated USD Savings |

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation

lynn@yding.cn
www.yding.cn

---

**2EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-100,000\x26nbsp;-Dong\x26nbsp;Pengfei.pdf (1.06M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-50,000\x26nbsp;-\x26nbsp;Chen\x26nbsp;Jiancheng.pdf (1.05M)

# Wall012, LLC

July 3, 2018

Chen Jiancheng
ID Number: 320503196206031012
Building 68,Tianzhu Jiayuan,Pinghe Road,Suzhou, China
775060960@qq.com
(86) 18915538022

Dear Chen Jiancheng:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Wells Fargo Bank on June 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

July 3, 2018

Dong Pengfei
Passport Number: G55890228
Rm801,No53,Lane1859,Sanquan Rd,Baoshan District,
Shanghai, China
chris_dong0919@hotmail.com
(86) 15800977879

Dear Dong Pengfei:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on June 28, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

**RE: last three wires for Wall012**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Wednesday, Jul 25, 2018 6:43 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Hi Lynn,

Attached please find the receipt for Jiang Ou and Li Wanwan.

I also attached the wire confirmation for Ye Mai for your reference.

Thanks

**From:** 周霖 <lynn@yding.cn>
**Sent:** Monday, July 23, 2018 4:51 AM
**To:** Hongpeng Lin <HLin@jmjdevelopment.net>
**Cc:** Saskya Bedoya <SBedoya@jmjdevelopment.net>; 郭虹 <michelle@yding.cn>
**Subject:** last three wires for Wall012

Hi Hong,

As talked on last Friday via wechat, attached are last two wires for Wall012, pls check the receipt with your bank today, thanks.

1) $51190 wired by Silverland: including $50000 principle for Li Wanwan, $1000 for Zhang Heng's balance (pls transfer $14000 from his Wall009 interest payment to his Wall012 pinciple), $190 for the total shortage of previous wire.

2) Jiang Ou: $20000 and $30000 wired by himself, total principle is $100K.

Once you received above wire, then we complete total $4 million for Wall012. the gap $200K can be adjusted to future projects as I discussed with Tim, so we can close Wall012 now, thanks.

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

-----------------------------------------------------------------

发件人：Hongpeng Lin <HLin@jmjdevelopment.net>

发送时间：2018年7月19日(星期四) 04:21

收件人：周霖 <lynn@yding.cn>

主　题：RE: wire proof for Wall012 Wang Weisi

Hi Lynn,

Attached please find the Wire Receipt  for Wang Weisi and Wall012 wire master list.

Thanks

**From:**周霖 [mailto:lynn@yding.cn]
**Sent:** Wednesday, July 11, 2018 3:07 AM
**To:** Hongpeng Lin; Saskya Bedoya
**Cc:** 郭虹
**Subject:** wire proof for Wall012 Wang Weisi

Hi Hong,

Attached pls check total $500K wire proof for Wang Weisi and send us the receipt accordingly, thanks.

BTW, I sent another email to Saskya and cc to you, pls also have a look for those money transfer for PIC staff's principle payment on Wall012, let me know if you have any question, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn

www.yding.cn

---

**3EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-100,000\x26nbsp;-Jiang\x26nbsp;Ou.pdf (1.03M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall012\x26nbsp;-50,000\x26nbsp;-Li\x26nbsp;Wanwan.pdf (1.04M)

Ye\x26nbsp;Mai\x26nbsp;wire\x26nbsp;confirmation.pdf (1.96M)

# Wall012, LLC

July 24, 2018

Li Wanwan
ID Number: 320922198908143326
Rm 501,Unit 1,Building 32,Xixi Zhixing,Wuchang Jiedao,
Yuhang District, Hangzhou,Zhejiang, China
13750824665@163.com
(86) 13750824665

Dear Li Wanwan:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Chase Bank on July 23, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

# Wall012, LLC

July 24, 2018

Jiang Ou
Passport Number: E90471226
B-2508,Huarun Dasha,No 1366,Qianjiang Rd,Jianggan District,
Hangzhou, China
wxjo@163.com
(86) 18605712577

Dear Jiang Ou:

This letter will serve as confirmation by Wall012, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on July 23, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall012, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall012 LLC

Capital One Bank

# INTERNATIONAL WIRE

REGION: 0517
BRANCH\DEPT: Valley Ranch
OFFICER:
CASE NO: IR19947361105
DATE: 07/23/2018
CUSTOMER REQUESTING TRANSFER: SASKYA P BEDOYA
TITLE/ADDRESS: WALL009 LLC
13901 MIDWAY RD
SUITE 102
DALLAS,TX 75244
PHONE NO: (214) 924-6973
ACCOUNT ON ANALYSIS: ☐ Yes ☒ No FEE: $40.00
AMOUNT OF WIRE: $11,000.00

BENEFICIARY BANK NAME (BBK): BANK OF CHINA HONG KONG LIMITED
Beneficiary Bank Routing Code:
BBK SWIFT/Bank Code: BKCHHKHHXXX
ADDRESS: BANK OF TOWER
ADDRESS: 1 GARDEN ROAD CENTRAL
CITY/COUNTRY: HONG KONG, China

INTERMEDIARY BANK (IBK) – (if applicable):
Intermediary Bank Routing Code:
IBK SWIFT/Bank Code:
ADDRESS:
ADDRESS:
CITY/COUNTRY:

BENEFICIARY'S ACCOUNT NO: 01256592249212
BENEFICIARY'S NAME: GUO TINGYUE
ADDRESS: 31B TAIZIYUAN HUPAN HUAYUAN
ADDRESS: WEST WENYI RD
CITY/COUNTRY: HANGZHOU ZHEJIANG, CN

ACCOUNT NO. TO DEBIT: [redacted]
BAL After Wire: [redacted]
BAL before Wire: [redacted]
Additional Information: Purpose: INTEREST ;Destination Currency: United States Dollars ;

METHOD (check the one that Applies): ☒ Face to Face ☐ Phone ☐ Mail/Fax/Email ☐ Other
Verify at least one of the following: ☒ ID ☒ Signature on System/Sig Card ☐ Resolution ☐ VID/KTM
☐ Other
ID Info: Type: DRIVER LICENSE Number: [redacted] State/Country: [redacted] Exp: [redacted]

I acknowledge receipt of and agree to the terms and conditions of the Wire Funds Transfer Disclosure Statement.

DATE: 07/23/2018
CUSTOMER'S SIGNATURE:

Signature of Originator/ ID Verified by Phone:
Phone:
Callback: Person spoke to
Verification Details:
Callback Signature for Mail/Fax/Email/Phone:
USER ID: Date:
Approver's Signature:
(Approver must have sufficient wire authority to cover the full wire amount)
USER ID: UQP522
DATE: 07/23/2018 TIME: 14:15:03.40



CUSTOMER COPY

Products and services offered by Capital One, N.A., Member FDIC. ©2017 Capital One. All rights reserved.

81IM13 (6/17) 170601