**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

## SUPPLEMENTAL DECLARATION OF STEPHEN M. PACKMAN

Stephen M. Packman, counsel for the Petitioning Creditors, hereby declare as follows:

**WET SIGNATURES**

1. Attached hereto as Exhibit "A" are true and correct copies of thirty two (32) Petitioning Creditors' wet signatures for the "Verifications" to their Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of the Alleged Debtors.

2. All Verifications have been provided to the Court.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 5, 2020

/s/ *Stephen M. Packman*
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-963-3300
Email: spackman@archerlaw.com

219685415v1

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

# EXHIBIT "A"

DocuSign Envelope ID: 63CB5FF8-EA8D-41AD-B9D5-EE45F257BE63

## VERIFICATION

I, Cunxiang Ji, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

纪存祥 Ji cunxiang
Cunxiang Ji
_______________________
Cunxiang Ji

DocuSign Envelope ID: B2B7C416-A2FF-4140-9264-688148630A7B

# VERIFICATION

I, Peng Guo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Peng Guo

DocuSign Envelope ID: EDBF546C-5ACC-4BF2-A2D5-8EE980BAA9B6

## VERIFICATION

I, Pei Guan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Pei Guan

Pei Guan

DocuSign Envelope ID: 7346B350-DF88-4AB3-8BDB-7C2825648A57

**VERIFICATION**

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu

DocuSign Envelope ID: DBD80918-9922-4E64-8C85-3E2D77648FF0

**VERIFICATION**

I, Heng Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Heng Zhang

# VERIFICATION

I, Ruinian Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wu Ruinian Wu Ruinian 吴瑞年

Ruinian Wu

DocuSign Envelope ID: E626E690-7D7F-4C2A-B74B-A5ED2CA7EF62

**VERIFICATION**

I, Chenchen Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Chenchen Jiang

Chenchen Jiang

Chenchen Jiang 蒋琛琛

DocuSign Envelope ID: C793AC14-EE03-45E8-BDA0-E90666D5817B

# VERIFICATION

I, Xugeng Gong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

龚学庚
Xuegeng Gong Xuegeng Gong

Xuegeng Gong

DocuSign Envelope ID: BEEECBF7-236C-4FA0-8053-D38FF67FE0CF

**VERIFICATION**

I, Hong Guo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Guo Hong

Hong Guo

DocuSign Envelope ID: 584D0F0C-62A9-4471-98A6-2CF7B784987A

**VERIFICATION**

I, Lin Gao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

GAO LIN GAO LIN

Lin Gao

DocuSign Envelope ID: 64F14434-2A06-4B87-AE14-FE4594C43341

## VERIFICATION

I, Cunxiang Ji, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

纪存祥 Ji cunxiang

Cunxiang Ji

Cunxiang Ji

DocuSign Envelope ID: C765DDB7-8338-4BBD-9C35-B6CBBA4E5A0A

**VERIFICATION**

I, Qiao Qin, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Qiao

Qiao Qin

Qin Qiao

秦乔

DocuSign Envelope ID: 6F66092E-8C3C-4B1C-83D0-4F7FB403136C

**VERIFICATION**

I, Xiaodong Hao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaodong Hao

DocuSign Envelope ID: C9BBB48C-17B7-4573-AEEC-08C537C46EDE

VERIFICATION

I, Ying Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ying Zhou

## VERIFICATION

I, Yue Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Zhang Yue Zhang
Yue Zhang
张玥

DocuSign Envelope ID: 9CEAA0CE-1D26-4AD7-9902-D7A0464AFC3F

## VERIFICATION

I, Yadan Liu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yadan Liu

DocuSign Envelope ID: 5B533128-A8CD-48BD-93A6-890A1A2AD236

**VERIFICATION**

I, Heng Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Heng Zhang

DocuSign Envelope ID: 0247CB16-485B-4B40-8315-28EF0BEA24C8

**VERIFICATION**

I, Weisi Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Weisi 王伟思 Wang Weisi
Weisi Wang

DocuSign Envelope ID: 448DFB71-4ED6-4D96-ABC9-63EA750F8612

# VERIFICATION

I, Kangying Mao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Mao kangying 毛康瑛 Mao Kangying
________________________
Kangying Mao

DocuSign Envelope ID: D4366319-B8FA-4AB7-9483-BBEDCD148301

**VERIFICATION**

I, Ying Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zhang Ying Zhang Ying

Ying Zhang

DocuSign Envelope ID: 40B5455E-11EF-4E8E-B8C7-394FF187E9DF

**VERIFICATION**

I, Jun Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jun Wang

DocuSign Envelope ID: 4F5775FB-E580-4B36-BB00-A291F1970FD0

**VERIFICATION**

I, Pei Guan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Pei Guan

DocuSign Envelope ID: A1022B23-54BE-4C10-A147-340828D79107

**VERIFICATION**

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

____________________________________
Yijing Wu

DocuSign Envelope ID: C1F2E956-CC0C-48E9-92F4-1BC9FD1F4A5D

**VERIFICATION**

I, Jingqiu Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

唐劲秋 TANG JIN QIU

Jingqiu Tang Jingiu Tang

Jingqiu Tang

DocuSign Envelope ID: E6614747-9C64-43D9-9E66-C7E6B35978EE

## VERIFICATION

I, Qin Chu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Chu Qin Chu

Qin Chu

Case 20-13131-hlb Doc 246-26 Filed 11/05/21 Entered 11/05/21 12:25:08 Page 27 of 33

DocuSign Envelope ID: 4C13BF3D-54A2-4A68-9F88-3218F16A7D50

**VERIFICATION**

I, Kui Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

wang kui Wang Kui
Kui Wang
王葵

**VERIFICATION**

I, Yue Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Zhang Yue Zhang

Yue Zhang

张玥

DocuSign Envelope ID: 96415A1E-DBA0-42CD-92B6-8DECE7521137

**VERIFICATION**

I, Fuqing Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Fuqing Chen 陈福庆

FUQING CHEN

Fuqing Chen

DocuSign Envelope ID: F9C790D4-0783-4CB2-8236-4B9F77E48DE9

## VERIFICATION

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu

DocuSign Envelope ID: 5C5BD8CE-25BA-4C7D-869D-E02674C530EF

**VERIFICATION**

I, Guoqin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Guoqin Zhou Guoqin Zhou

Guoqin Zhou

DocuSign Envelope ID: E6614747-9C64-43D9-9E66-C7E6B35978EE

**VERIFICATION**

I, Qin Chu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Chu Qin Chu 褚勤

Qin Chu

DocuSign Envelope ID: DC49AFE7-2044-4FED-B6CD-B5664CB55370

# VERIFICATION

I, Hanjiang Fu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Hanjiang Fu

# EXHIBIT "A"

DocuSign Envelope ID: DC4B47B8-188E-4705-9966-C2FC487F3A73

## VERIFICATION

I, Jin Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Jin Wang Jin

Jin Wang

DocuSign Envelope ID: 3C53FEBE-51DC-4FAE-B6C9-23EDF63B8B80

**VERIFICATION**

I, Jun Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Li, Jun 李军 LI JUN

Jun Li

**VERIFICATION**

I, Lin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Lin Zhou

DocuSign Envelope ID: E6A7A6BD-BB4D-47F6-9A8B-32DE6AFD92D2

**VERIFICATION**

I, Qu Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

QU CHEN

Qu Chen

陈曲 CHEN QU

DocuSign Envelope ID: 41867A33-CA7A-4E8A-AE45-31477D858540

**VERIFICATION**

I, Yunding Kang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yunding Kang

Case 20-31331-hdh7 Doc 21-26 Filed 10/30/20 Entered 10/30/20 16:24:25 Page 7 of 46

DocuSign Envelope ID: B573B92A-DDF0-4A73-A36E-C60AA1CBE40A

**VERIFICATION**

I, Kai Tian, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Kai Tian 田凯 Kai Tian
_______________________
Kai Tian

DocuSign Envelope ID: 5B981BE9-AB44-439D-A80B-35877150AD4E

## VERIFICATION

I, Jin Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Jin Wang Jin

Jin Wang

DocuSign Envelope ID: E0D24174-4F43-464B-A6BC-516EC2FC3781

**VERIFICATION**

I, Weijia Kong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Weijia Kong

DocuSign Envelope ID: 95D5E67C-AFFE-45E3-B737-F19680484FD7

**VERIFICATION**

I, Mai Ye, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Mai Ye Mai Ye

Mai Ye

DocuSign Envelope ID: 20A68210-ADBE-47CE-B64C-A33414845168

**VERIFICATION**

I, Lin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Lin Zhou

Lin Zhou

DocuSign Envelope ID: 517CA8A4-B6E3-47BE-8AFD-AACE15376EC3

**VERIFICATION**

I, Qiuying LI, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

李秋莹

Qiuying Li Qiuying Li

Qiuying Li

DocuSign Envelope ID: FBE0000F-DC50-41FC-94A0-B5F0216AD808

**VERIFICATION**

I, Yue Xu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Xu

____________________________
Yue Xu

DocuSign Envelope ID: DB03AB0A-49B0-4E01-BD8F-F402D89E6E46

## VERIFICATION

I, Wenjun Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wenjun Wang
Wenjun Wang
Wenjun Wang 王文君

**VERIFICATION**

I, Tianqing Song, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Song tianqing

Song Tianqing 宋天清

Tianqing Song

DocuSign Envelope ID: CAA4FEAE-DC29-44E7-BA54-87448F403916

**VERIFICATION**

I, Liying Yang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Liying Yang

DocuSign Envelope ID: 080216C6-8976-4CD7-825E-DA958C624FA3

**VERIFICATION**

I, Yan Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zhang Yan 张雁
Yan Zhang Yan Zhang

DocuSign Envelope ID: 5A88C14E-6364-4053-94D3-9EF74075DBAB

**VERIFICATION**

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Li Jiang

## VERIFICATION

I, Tianqing Song, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Song tianqing

Song Tianqing 宋天清

Tianqing Song

DocuSign Envelope ID: B0B6CFFF-AFDC-4D30-A9AC-717EE8A47055

**VERIFICATION**

I, Rufeng Ding, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Rufeng Ding

DocuSign Envelope ID: 7CC1F38E-F843-4C3D-80E8-A74E36D54EBC

**VERIFICATION**

I, Lin Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Lin Li

DocuSign Envelope ID: 546464D3-231E-48D4-89F6-88ACABB31BBE

**VERIFICATION**

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

li jiang LiJiang 姜丽
Li Jiang

DocuSign Envelope ID: BF25A537-59B2-4BB0-AE69-22D9884456A0

**VERIFICATION**

I, Ou Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ou Jiang

DocuSign Envelope ID: 71693EBD-9E99-4C9E-9FC7-0B9E1A6C5F54

**VERIFICATION**

I, Yi Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Tang Yi

Yi Tang

唐艺 TANG YI

2020.10.24.

DocuSign Envelope ID: 150A1AB0-4279-4CED-B53C-6C18ACC7D87E

## VERIFICATION

I, Pengfei Dong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

董鹏飞
Pengfei Dong Pengfei Dong
Pengfei Dong

DocuSign Envelope ID: 89B9EFD4-BF46-4B1B-ACC8-5013154FACA9

**VERIFICATION**

I, Jinzhe Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wu Jinzhe
吴津喆

Jinzhe Wu
_______________________
Jinzhe Wu

DocuSign Envelope ID: 5D38DFDD-CB11-42EE-B7F0-E3B661003A7F

## VERIFICATION

I, Wenjuan Yin, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wenjuan Yin 殷文娟 Wenjuan Yin

Wenjuan Yin

DocuSign Envelope ID: 49B9D557-3055-41EF-AEC2-EE16CBDC64F2

**VERIFICATION**

I, Xiaoquan Dai, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaoquan Dai

DocuSign Envelope ID: D6E4AD2F-7FE2-41AA-8199-B52DFE1C6E3D

**VERIFICATION**

I, Jiancheng Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jiancheng Chen
_______________________________
Jiancheng Chen

陈建成 jiancheng chen

DocuSign Envelope ID: A0E4CB9F-38D4-44E9-B9E4-C7EE7C68D6AC

## VERIFICATION

I, Wanwan Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

李弯弯 Wanwan Li

Wanwan Li

_______________________________
Wanwan Li

DocuSign Envelope ID: 669FA492-D6A1-42B3-A768-23A7E789B194

**VERIFICATION**

I, Feng Yan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Feng Yan

Feng Yan

DocuSign Envelope ID: 7E060550-5E77-4CED-951D-E3B07B8D8112

**VERIFICATION**

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Li jiang Li Jiang 姜丽

Li Jiang

DocuSign Envelope ID: 1A58B0C1-7B51-4611-97E3-D795BC356698

## VERIFICATION

I, Sicheng Zhan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Sicheng Zhan

DocuSign Envelope ID: 3C21B320-C109-4011-ADA7-240D7C530D61

**VERIFICATION**

I, Yulan Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yulan Chen

ocuSign Envelope ID: A99ADA8C-AD0C-47E4-935E-BD70E0F8BCE2

## VERIFICATION

I, Jun Zeng, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zeng Jun Zeng Jun 曾军

Jun Zeng

# VERIFICATION

I, Di Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Di Tang

Tang · 唐

DocuSign Envelope ID: 5518DAE7-100C-410F-8762-7739D6A0ABC7

## VERIFICATION

I, Fang Ding, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ding Fang Ding Fang

Fang Ding

DocuSign Envelope ID: 695098EA-FB5D-4C9B-9473-1E6BD33480D9

**VERIFICATION**

I, Yuan Yuan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yuan Yuan
______________________
Yuan Yuan

Yuan Yuan

苑媛

DocuSign Envelope ID: 8003E74D-B31A-40EF-AC76-B97337291527

**VERIFICATION**

I, Jialin Hu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Hu Jialin Hu Jialin 胡嘉林

Jialin Hu

## VERIFICATION

I, Di Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Di Tang

DocuSign Envelope ID: 67E4F9D8-68E2-4B71-905B-403960904222

**VERIFICATION**

I, Wai Ying, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wai Ying

Wai Ying

Wai Ying.

DocuSign Envelope ID: 9BBEE656-56AD-4F3F-9514-9E6441F40149

## VERIFICATION

I, Xiangdong Zhu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiangdong Zhu

DocuSign Envelope ID: C1C9D75D-DEE3-4440-93BF-A5C8EA009C40

**VERIFICATION**

I, Jiaxiang Lu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jiaxiang Lu Jiaxiang Lu 陆加祥

Jiaxiang Lu



DocuSign Envelope ID: DF146606-F07F-4340-9473-DFC46E245B70

**VERIFICATION**

I, Aiguo Luo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Aiguo Luo



DocuSign Envelope ID: A694B8FD-FC40-4BA3-8D8F-CA3DEF781770

**VERIFICATION**

I, Chao Xu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xu Chao Xu Chao
Chao Xu

DocuSign Envelope ID: 7636FDBD-0DD3-4F2C-A1DF-9C925E91F71A

**VERIFICATION**

I, Xiaomin Fan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaomin Fan Xiaomin Fan

Xiaomin Fan