# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall010, LLC (Lost Creek -160 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall010, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $3,520,000.00 which was due on 7 November 2017 ("Due Date"). As of the date of this notice, the Company has only received $2,279,912.00 which results in a shortfall of $1,240,088.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall010, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

508 W. Lookout, Ste 14 -74 • Richardson, Texas 75080 • Phone: 972-746-9656 • Fax: 888-388-0561 • vance@mcmurrylegal.com

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall011, LLC (The Gates at Venus- 128 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall011, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $2,360,000.00 which was due on 12 February 2018 ("Due Date"). As of the date of this notice, the Company has only received $2,024,723.00 which results in a shortfall of $335,277.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall011, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

508 W. Lookout, Ste 14 -74 • Richardson, Texas 75080 • Phone: 972-746-9656 • Fax: 888-388-0561 • vance@mcmurrylegal.com

McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall012, LLC (Lyons Ranch- 172 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall012, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $4,200,000.00 which was due on 25 June 2018 ("Due Date"). As of the date of this notice, the Company has only received $4,000,046.00 which results in a shortfall of $199,954.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall012, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall017, LLC (Windmill Farms- 200 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall017, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $8,800,000.00 which was due on 27 December 2018 ("Due Date"). As of the date of this notice, the Company has only received $7,398,295.00 which results in a shortfall of $1,401,705.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall017, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall018, LLC (Griffin- 157 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall018, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $5,625,000.00 which was due on 4 May 2019 ("Due Date"). As of the date of this notice, the Company has only received $2,668,301.00 which results in a shortfall of $2,956,699.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall018, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall019, LLC (Aledo Ranch- 84.71 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall019, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $3,770,685.00 which was due on 30 June 2019 ("Due Date"). As of the date of this notice, the Company has only received $899,000.00 which results in a shortfall of $2,871,685.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall019, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com