**Subject:** RE: Request to continue hearing a couple of days due to storm
**Date:** Sunday, February 21, 2021 at 2:47:58 PM Central Standard Time
**From:** Joyce Lindauer
**To:** Brian Gargano
**CC:** Clerk1, vance@mcmurrylegal.com

Mark us opposed

---

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Sunday, February 21, 2021 2:43 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re: Request to continue hearing a couple of days due to storm

Joyce,

Your position does not make sense, as there is no deadline we could have missed **since your motion violated the local rules and thus is a nullity**. Moreover, I did not have the capability to meet the deadline earlier given the storm and circumstances. In other words, there is clearly good cause here for "missing" the deadline, and any prejudice is easily remediated by a brief continuance.

I will note that your opposition to the emergency motion for continuance is that we missed the deadline.

Thank you.

**Brian Gargano**
Partner

**Nguyen & Chen, LLP**
11200 Westheimer, Suite 120
Houston, Texas 77042
(832) 767-0339
(832) 767-0669 (fax)
Mobile: (315) 877-4577
bgargano@nguyen-chen.com

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Date:** Sunday, February 21, 2021 at 2:33 PM
**To:** "bgargano@nguyen-chen.com" <bgargano@nguyen-chen.com>
**Subject:** RE: Request to continue hearing a couple of days due to storm

This is not a tit for tat situation
You missed your deadline

---

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Sunday, February 21, 2021 2:27 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>

**Subject:** Re: Request to continue hearing a couple of days due to storm

Joyce,

I think it is bit hypocritical for you to say we failed to comply with the Court's local rules when you failed to follow the local rules in filing the instant motion.

LBR 7007-1(f)

MOTION (to/for): B C
AMEND X
CHANGE OF VENUE X X
COMPEL X X
CONSOLIDATION X X
CONTINUANCE X
DISMISS X
EXTEND TIME TO ANSWER X
INTERVENE X X
JUDGMENT AS MATTER OF LAW X X
JUDGMENT ON PLEADINGS X
**<u>LEAVE TO FILE X X</u>**
LIMINE X X
MORE DEFINITE STATEMENT X X
NEW TRIAL X
PRELIMINARY INJUNCTION X X
PRODUCE DOCUMENTS X X
PROTECTIVE ORDER X X
QUASH X X
REINSTATE
REMAND X X
SANCTIONS X X
STAY PENDING APPEAL X X
STRIKE X X
SUBSTITUTE COUNSEL X
SUMMARY JUDGMENT X
WITHDRAW AS ATTY. OF RECORD X
*NOTE: <u>If your motion is not listed above, then a brief and a certificate of conference is required.</u>

**<u>You did not confer with us and you did not put in your motion the required Certificate of Conference.</u>**

So isn't fair that what is good for the goose is good for the gander. So that means your motion is invalid and improperly filed right?

In any event, as I have already explained to you, it was impossible to comply with the deadline due to the storm (no power, now heat, no water in freezing temperatures). This is not about mere inconvenience, this was about survival and an inability to work due to forces beyond our control. Moreover, how are you even prejudiced with our "late" filing? More to the point, even if you could show prejudice, fundamental fairness and due process dictate that the remedy is to continue the hearing for a couple of days to "cure".

Again, I get you are a zealous advocate, but this is about pure decency and professionalism. Are you honestly taking the position with what has happened, with people freezing to death in their homes from this, that it is

somehow our fault that we had no power, heat, water, and supplies for our families and our office? That would truly be disappointing for an lawyer of your caliber. Nonetheless, if that is who you are and what you stand for so be it.

As such, I have no choice after I file everything to file later today an emergency motion for continuance. I assume you are opposed so please just indicate the reason why to me as soon as possible so I can satisfy the local rules pertaining to the certificate of conference.

-Brian

**Brian Gargano**
Partner

**Nguyen & Chen, LLP**
11200 Westheimer, Suite 120
Houston, Texas 77042
(832) 767-0339
(832) 767-0669 (fax)
Mobile: (315) 877-4577
bgargano@nguyen-chen.com

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Date:** Sunday, February 21, 2021 at 2:00 PM
**To:** "bgargano@nguyen-chen.com" <bgargano@nguyen-chen.com>
**Subject:** RE: Request to continue hearing a couple of days due to storm

LBR 9014-1(C)(2) has 3 day rule
Everything was due Thursday last week

---

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Sunday, February 21, 2021 10:37 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re: Request to continue hearing a couple of days due to storm

Joyce,

I appreciate your zealous representation of your client, but even that has practical limitations. In any event, given your response, it appears you don't have authority to support your position.

If you do please kindly send to me. Otherwise I will presume you don't.

The reason this is necessary is to ascertain whether I have to make an emergency application for a brief continuance. Thus far I do not see any authority in the federal, local or court rules supporting your position. If I am incorrect, I would greatly appreciate it if you would enlighten me.

Thank you

Brian

Sent from my iPhone

On Feb 21, 2021, at 9:53 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

No worries we will file our response
To address your changes issues

Sent from my iPhone

On Feb 21, 2021, at 9:39 AM, Brian Gargano <bgargano@nguyen-chen.com> wrote:

Joyce,

Notwithstanding the impossibility of getting you the list earlier, (remember no power no internet no water) what authority do you have to support your contention the list is late?

Moreover, the hearing is being held via webex so in-person appearance is impossible. Additionally, what authority do you have to support your contention they cannot testify remotely just like Barton is going to do? Remember this is not discovery, but a hearing on your application for fees and bad faith. Apples and oranges. Oh and let's not forget about a little thing called due process.

The court has to treat all people equally when it comes to due process regardless of their national origin. If it doesn't then so be it, that is why there is the appellate process.

Finally, please make sure Barton is readily available for the hearing as I have quite a few questions for him.

I look forward to your response citing applicable authority supporting your contentions.

Thank you.

Sent from my iPhone

On Feb 21, 2021, at 9:06 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

We have greater concerns than translation. The list you filed was late. Also where are your clients going to be when they testify. If they are not here in the U.S. we will object to their appearing to testify from China. They were supposed to come here for depositions and never did. We are not going to let them circumvent the court's orders and now try to appear in a manner which was not previously allowed. Sorry about your family situation but everyone has problems stemming from last week.

---

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Saturday, February 20, 2021 10:32 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; vance@mcmurrylegal.com
**Cc:** jou nguyen-chen.com <jou@nguyen-chen.com>; Dian Gwinnup <dian@joycelindauer.com>; Steven Metzger <smetzger@pmklaw.com>; Tim Barton <tbarton@jmjdevelopment.com>; Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; larry.martin1948@gmail.com
**Subject:** Re: Request to continue hearing a couple of days due to storm
**Importance:** High

Joyce,

Respectfully, the issues and circumstances I have experienced are not equal to yours. For example, I have four young children, one of them who will turn 1-year-old on Feb 23. I do not know how it is in your neck of the woods but in mine, in addition to addressing damage caused by this disaster, essentials like bottled water, milk, ect, are nowhere to found. As such, I am doing all that I can to take care of my family as well as honor my duties as an officer of the court.

In any event, given your client's position (which I think is a bit harsh considering the circumstances) all I can do is my best to make up for the lost week we all just had. As you know, I filed our witness list today and most of the witnesses will require a Mandarin translator given they speak little to any English. To that end, we have procured Mandarin translator Ida Shaw- https://chinesetranslationteam.com/about/ida-shaw/ https://www.linkedin.com/in/ida-shaw-511b3212/ to serve as the translator for these witnesses at the hearing.

I will provide formal disclosure and the designation of her as an expert (along with her CV) to you sometime tomorrow.

Additionally, as a precaution, I will also file tomorrow a motion asking the Court to appoint Ms. Shaw as the Mandarin translator for the hearing which my clients will solely bear the cost for.

Please let me know your position on this motion by 2:00 pm tomorrow.

Thank you.

Respectfully,

**Brian Gargano**
Partner

**Nguyen & Chen, LLP**
11200 Westheimer, Suite 120
Houston, Texas 77042
(832) 767-0339
(832) 767-0669 (fax)
Mobile: (315) 877-4577
bgargano@nguyen-chen.com

**CONFIDENTIALITY NOTICE:** The information in this electronic message may be privileged and confidential and is intended for the use of the individual or entity named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of this message is prohibited.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Date:** Friday, February 19, 2021 at 1:00 PM
**To:** "bgargano@nguyen-chen.com" <bgargano@nguyen-chen.com>, "vance@mcmurrylegal.com" <vance@mcmurrylegal.com>
**Cc:** N&C-Jiangang OU <jou@nguyen-chen.com>, Dian Gwinnup <dian@joycelindauer.com>, Steven Metzger <smetzger@pmklaw.com>, Tim Barton <tbarton@jmjdevelopment.com>, "Khudabuksh K. Walji Esq." <k.walji@waljilaw.com>, "larry.martin1948@gmail.com" <larry.martin1948@gmail.com>
**Subject:** RE: Request to continue hearing a couple of days due to storm

Hearing is Tuesday – we have all experienced the same issues
My client is not agreeable to moving the hearing

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

<image001.png>

*Joyce Lindauer*

Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039

---

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Friday, February 19, 2021 12:51 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** jou nguyen-chen.com <jou@nguyen-chen.com>; Dian Gwinnup <dian@joycelindauer.com>
**Subject:** Request to continue hearing a couple of days due to storm
**Importance:** High

Joyce,

I hope you, your firm and your family are staying safe and warm.

As you know, our great state of Texas was just ravaged by this winter storm.

In the Houston area, my firm, James and I were without power, water, and internet until recently.

In addition, the storm and outage caused extensive damage to our homes.

As a result, this has impacted our ability to prepare for the hearing on Monday.

Accordingly, I propose we continue the hearing to next Thursday (Feb 25) at the same time.

Please let me know your thoughts.

Thank you.

**Brian Gargano**
Partner

**Nguyen & Chen, LLP**
11200 Westheimer, Suite 120
Houston, Texas 77042
(832) 767-0339
(832) 767-0669 (fax)
Mobile: (315) 877-4577
bgargano@nguyen-chen.com