Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133
jou@nguyen-chen.com
Nguyen & Chen, LLP
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for Petitioning Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**NOTICE OF HEARING ON MOTION TO APPOINT**

The hearing on Petitioning Creditors' Opposed Motion to Appoint Ida P. Shaw as Court-Appointed Expert Translator/Interpreter [Docket No. 345] (the "Motion") is set for February 26, 2021 at 9:00 a.m. before the Honorable H.D. Hale, United States Bankruptcy Judge, Earle Cabell Federal Building, 1100 Commerce Street, Room 1254, Dallas, Texas 75242. A creditor or party in interest is not required to attend unless the creditor has an objection to the Motion.

**THE HEARING WILL TAKE PLACE VIA WEBEX. THE WEBEX HEARING LINK WILL BE POSTED TO JUDGE HALE'S WEB PAGE PRIOR TO THE HEARING AND ACCESSIBLE HERE:**

https://www.txnb.uscourts.gov/judgesinfo/hearing-dates/judge-hales-hearing-dates

**PARTIES ARE INSTRUCTED TO REVIEW THE WEBEX INFORMATION AND TIPS PRIOR TO THE HEARING. THE INSTRUCTIONS ARE ALSO ATTACHED HERETO.**

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors").

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first-class mail to the parties indicated on the mailing matrix attached to the original certificate filed with the Court.

By: /s/ *Brian M. Gargano*

Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133NY
jou@nguyen-chen.com
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for Petitioning Creditors*