Steven C. Metzger
State Bar No. 13982500
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Tel: 214-740-5030
Fax: 214-224-7555
Email: smetzger@pmklaw.com
ATTORNEY FOR TIM BARTON

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **WALL007, LLC, et al[1],** | § | |
| | § | **CASE NO. 20-31131-hdh7** |
| **Alleged Debtors.** | § | **(Jointly Administered)** |

**DECLARATION OF TIMOTHY BARTON**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

1. My name is Timothy Barton. I am an officer and representative of the Managing Member of the Alleged Debtors and make this Declaration in response to a Motion for an Order holding Timothy Barton in contempt for failure to comply with the Court's order, imposing sanctions against Timothy Barton and awarding attorneys' fees and requiring Barton to appear before the Court concerning the imposition of additional sanctions against him and/or the debtor and the Declaration of Jiangang Ouou, attached to such Motion, all of which I have reviewed and to which I have personal knowledge.

2. The Managing Member of the Alleged Debtors is also the Managing Member of Wall018, LLC and Wall019, LLC, neither of which is subject to any of these cases.

---

[1] The Alleged Debtors in these cases are: Wall007, LLC, Wall009, LLC, Wall010, LLC, Wall011, LLC, Wall012, LLC and Wall017, LLC.



EXHIBIT 11

3. I was in attendance at the hearing before the Court, and, contrary to what the written Order in question says, I understood the Court from the bench to order that future communications from me about the Bankruptcy Cases needs to go through counsel. That occurred on June 3, 2020.

4. Prior to the hearing on June 3, 2020, on or about May 6, 2020, I held discussions with Ling Zhong, who has involvement with Wall019, LLC and who has entered into an arrangement with Wall019, LLC, the effect of which is that funds advanced by Mr. Zhong to Wall019, LLC have, by written agreement, been applied to his purchase of residential real estate within the United States. As part of that arrangement, I individually granted Mr. Zhong a Power of Attorney for certain specified matters and with certain specified limitations to disclose certain matters to others, including with respect to Mr. Zhong's arrangements.

5. I personally have not communicated with either Mr. Michael Fu or Mr. Haibo (Bob) Jiang or any of the persons named in the Motion as "Petitioning Creditors," nor have I instructed any individual to do so on my behalf since the Court's instruction to me.

6. I do not speak Mandarin Chinese, nor am I able to read the symbols of such language, and, therefore, I am not able to speak to any correctness of any translation of messages in Mandarin Chinese. Similarly, I have not prepared any so-called "opt out" statements, nor am I able to confirm in any manner the authenticity of any document attached to the Motion or any signature to any such document.

7. I declare that I have not violated the Court's order or oral instructions to me since the entry of those items.

EXECUTED this 24th day of July, 2020.

Timothy Barton, individually and as an Officer and Representative of the Managing Member of the Alleged Debtors



EXHIBIT 11