# ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yadan Liu
2007-08-09, Building 10, Cuiwei Xili,
Haidian District, China

X______________________________

**Name and mailing address of petitioner**
Wanwan Li
Room 501, Gate 1, Building 32 Xixi Star,
Yuhang District, Hangzhou, China

X______________________________

**Name and mailing address of petitioner**
Wenjuan Yin
12-1501, No.649 Lane, Lianyi Road,
Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Jiancheng Chen
Building 68,Tianzhu Jiayuan, Pinghe Road,
Suzhou, China

X______________________________

**Name and mailing address of petitioner**
Yi Tang
No. 96, Building 1, No. 1109 Songqing Road,
Dadukou District, Chongqing, China

X DocuSigned by: Tang Yi 205EE92CBF0D41C... Tang Yi 3/21/2020

WALL012 LLC

EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Tang Yi
205FE92CBF0D41C...
Tang Yi
YI TANG

218182788v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yadan Liu
2007-08-09, Building 10, Cuiwei Xili,
Haidian District, China

X_______________________________

**Name and mailing address of petitioner**
Wanwan Li
Room 501, Gate 1, Building 32 Xixi Star,
Yuhang District, Hangzhou, China

X_______________________________

**Name and mailing address of petitioner**
Wenjuan Yin
12-1501, No.649 Lane, Lianyi Road,
Shanghai, China

DocuSigned by:
X Wenjuan Yin Wenjuan Yin 3/21/2020
131CE6EEF7B4477...

**Name and mailing address of petitioner**
Jiancheng Chen
Building 68,Tianzhu Jiayuan, Pinghe Road,
Suzhou, China

X_______________________________

**Name and mailing address of petitioner**
Yi Tang
No. 96, Building 1, No. 1109 Songqing Road,
Dadukou District, Chongqing, China

X_______________________________



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Wenjuan Yin Wenjuan Yin
131CE8EEF7B4477...
WENJUAN YIN

218182752v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kangying Mao | Loan Debt | $10,000.00 |

**Name and mailing address of petitioner**
Kangying Mao
11-2702, Langqin Yuan, South Shoupakou Street,Xicheng District, Beijing, China

X DocuSigned by: Mao kangying 8B77075A6CAF44A... 3/31/2020

218270436v1



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/31/2020

DocuSigned by:
Mao kangying Mao Kangying
8B77075A6CAF44A...
KANGYING MAO

218270428v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Feng Yan | Loan Debt | $15,000.00 |
| Heng Zhang | Loan Debt | $15,000.00 |
| Ou Jiang | Loan Debt | $12,000.00 |
| Jinzhe Wu | Loan Debt | $10,000.00 |
| Yadan Liu | Loan Debt | $10,000.00 |
| Wanwan Li | Loan Debt | $7,000.00 |
| Wenjuan Yin | Loan Debt | $5,500.00 |
| Jiancheng Chen | Loan Debt | $5,000.00 |
| Yi Tang | Loan Debt | $5,000.00 |
| Ying Zhang | Loan Debt | $5,000.00 |

**Name and mailing address of petitioner**
Feng Yan
No. 54, Mo. 219 Lane, Gaomuqiao Road,
Pudong, Shanghai, China

X________________________________

**Name and mailing address of petitioner**
Heng Zhang
No. 19, Kaifa Hongda Street, Binhai New
District, Tianjin, China

X________________________________

**Name and mailing address of petitioner**
Ou Jiang
1-1-2504, Yujiangyuan, Binjiang District,
Hangzhou, China

X DocuSigned by: OU JIANG E70DFC2FD1FC4B4 OU JIANG 3/21/2020

**Name and mailing address of petitioner**
Jinzhe Wu
Apt. 4-2-2702 Tianlinyuan, Gulou West
Street, Nankia District, Tianjin, China

X________________________________



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
OU JIANG OU JIANG
E70DFC2FD1FC4B4
OU JIANG

218182630v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Feng Yan | Loan Debt | $15,000.00 |
| Heng Zhang | Loan Debt | $15,000.00 |
| Ou Jiang | Loan Debt | $12,000.00 |
| Jinzhe Wu | Loan Debt | $10,000.00 |
| Yadan Liu | Loan Debt | $10,000.00 |
| Wanwan Li | Loan Debt | $7,000.00 |
| Wenjuan Yin | Loan Debt | $5,500.00 |
| Jiancheng Chen | Loan Debt | $5,000.00 |
| Yi Tang | Loan Debt | $5,000.00 |
| Ying Zhang | Loan Debt | $5,000.00 |

**Name and mailing address of petitioner**
Feng Yan
No. 54, Mo. 219 Lane, Gaomuqiao Road,
Pudong, Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Heng Zhang
No. 19, Kaifa Hongda Street, Binhai New
District, Tianjin, China

DocuSigned by: Heng Zhang
6D9EFF2ABD7948B
X Heng Zhang 3/21/2020

**Name and mailing address of petitioner**
Ou Jiang
1-1-2504, Yujiangyuan, Binjiang District,
Hangzhou, China

X______________________________

**Name and mailing address of petitioner**
Jinzhe Wu
Apt. 4-2-2702 Tianlinyuan, Gulou West
Street, Nankia District, Tianjin, China

X______________________________



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Heng Zhang
0D9EFF2ABD7948B...
HENG ZHANG

Heng Zhang

218182625v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**

Ying Zhang
No. 16, Gate 7, West Building,
Huangguayuan, Xicheng District,
Beijing, China

DocuSigned by:
X Zhang Ying Zhang Ying
B5A7D0443FCE4B1...
3/23/2020

218154667v2 Zhang Ying



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
zhang ying zhang ying
B5A7D0443FCE4B1...
YING ZHANG
zhang ying

218182822v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yadan Liu
2007-08-09, Building 10, Cuiwei Xili,
Haidian District, China

Yadan Liu

DocuSigned by:
X Yadan Liu 3/21/2020
0CF9D3F7122B458...

**Name and mailing address of petitioner**
Wanwan Li
Room 501, Gate 1, Building 32 Xixi Star,
Yuhang District, Hangzhou, China

X________________________________

**Name and mailing address of petitioner**
Wenjuan Yin
12-1501, No.649 Lane, Lianyi Road,
Shanghai, China

X________________________________

**Name and mailing address of petitioner**
Jiancheng Chen
Building 68,Tianzhu Jiayuan, Pinghe Road,
Suzhou, China

X________________________________

**Name and mailing address of petitioner**
Yi Tang
No. 96, Building 1, No. 1109 Songqing Road,
Dadukou District, Chongqing, China

X________________________________



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Yadan Liu
0CF0D3F7122B458
YADAN LIU

Yadan Liu

218182720v1



EXHIBIT 16

Debtor WALL012 LLC Case number (if known)
Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Li Jiang | Loan Debt | $ 60,000.00 |
| Weisi Wang | Loan Debt | $ 60,000.00 |
| Xiaoquan Dai | Loan Debt | $ 22,000.00 |
| | Total of petitioners' claims | $ 251,500.00* |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

**See attached list of additional Petitioning Creditors*

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Li Jiang
Name

1-5-401, North Dormitory, Haidian Health Bureau
Number Street

Qinghe 3rd Street, Haidian District, Beijing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020
MM / DD / YYYY

DocuSigned by:
✘ Li Jiang Li Jiang
213B9409FBED46E...
Signature of petitioner or representative, including representative's title

**Attorneys**

Jiangang Ou, Esquire
Printed name

Nguyen & Chen, LLP
Firm name, if any

11200 Westheimer, Ste. 120
Number Street

Houston TX 77042
City State ZIP Code

Contact phone 832-767-0339 Email jou@nguyen-chen.com

Bar number 5451133

State NY

✘ /s/ Jiangang Ou
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Li jiang Li jiang
213B9409EBED46E...
LI JIANG

218182503v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Feng Yan | Loan Debt | $15,000.00 |
| Heng Zhang | Loan Debt | $15,000.00 |
| Ou Jiang | Loan Debt | $12,000.00 |
| Jinzhe Wu | Loan Debt | $10,000.00 |
| Yadan Liu | Loan Debt | $10,000.00 |
| Wanwan Li | Loan Debt | $7,000.00 |
| Wenjuan Yin | Loan Debt | $5,500.00 |
| Jiancheng Chen | Loan Debt | $5,000.00 |
| Yi Tang | Loan Debt | $5,000.00 |
| Ying Zhang | Loan Debt | $5,000.00 |

**Name and mailing address of petitioner**
Feng Yan
No. 54, Mo. 219 Lane, Gaomuqiao Road,
Pudong, Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Heng Zhang
No. 19, Kaifa Hongda Street, Binhai New
District, Tianjin, China

X______________________________

**Name and mailing address of petitioner**
Ou Jiang
1-1-2504, Yujiangyuan, Binjiang District,
Hangzhou, China

X______________________________

**Name and mailing address of petitioner**
Jinzhe Wu
Apt. 4-2-2702 Tianlinyuan, Gulou West
Street, Nankia District, Tianjin, China

DocuSigned by:
X Jinzhe Wu 3/21/2020 Jinzhe Wu
5988424E576245A...



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Jinzhe Wu Jinzhe Wu
5988424E576245A...
JINZHE WU

218182708v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Pengfei Dong | Loan Debt | $10,000.00 |

**Name and mailing address of petitioner**
Pengfei Dong
Room 801, Lane 53, No.1859 Sanquan Road,
Baoshan District, Shanghai, China

X DocuSigned by: Pengfei Dong 2CD990B3C180443... Pengfei Dong 3/27/2020

218223899v1



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/27/2020

DocuSigned by:
Pengfei Dong
2CD990B3C180443...
PENGFEI DONG

218223873v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yadan Liu
2007-08-09, Building 10, Cuiwei Xili,
Haidian District, China

X______________________________

**Name and mailing address of petitioner**
Wanwan Li
Room 501, Gate 1, Building 32 Xixi Star,
Yuhang District, Hangzhou, China

X______________________________

**Name and mailing address of petitioner**
Wenjuan Yin
12-1501, No.649 Lane, Lianyi Road,
Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Jiancheng Chen
Building 68,Tianzhu Jiayuan, Pinghe Road,
Suzhou, China

DocuSigned by:
X Jiancheng Chen 3/23/2020
E89B237DA0E7479...

**Name and mailing address of petitioner**
Yi Tang
No. 96, Building 1, No. 1109 Songqing Road,
Dadukou District, Chongqing, China

X______________________________



EXHIBIT 16

**ADDITIONAL PETITIONING CREDITORS**

**Name and mailing address of petitioner**
Yadan Liu
2007-08-09, Building 10, Cuiwei Xili,
Haidian District, China

DocuSigned by:
X Yadan Liu 3/21/2020
0CF9D3F7122B458...

**Name and mailing address of petitioner**
Wanwan Li
Room 501, Gate 1, Building 32 Xixi Star,
Yuhang District, Hangzhou, China

X________________________________

**Name and mailing address of petitioner**
Wenjuan Yin
12-1501, No.649 Lane, Lianyi Road,
Shanghai, China

X________________________________

**Name and mailing address of petitioner**
Jiancheng Chen
Building 68,Tianzhu Jiayuan, Pinghe Road,
Suzhou, China

X jianchengchen

**Name and mailing address of petitioner**
Yi Tang
No. 96, Building 1, No. 1109 Songqing Road,
Dadukou District, Chongqing, China

X________________________________



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Jiancheng Chen
E89B237DA0E7479...
JIANCHENG CHEN
jian cheng chen

218182764v1



EXHIBIT 16

Debtor WALL012 LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

Weisi Wang
Name

Room 103, Unit 1, Building 7, Yunti Hutong
Number Street

Xicheng District, Bejing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020
MM / DD / YYYY

DocuSigned by: Wang Weisi
✘ Wang Weisi
Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✘ /s/ Stephen M. Packman
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

**Name and mailing address of petitioner**

Xiaoquan Dai
Name

12-508, Meixing Yuan, Shang Meilin
Number Street

Futian District, Shenzhen, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

✘
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✘
Signature of attorney

Date signed
MM / DD / YYYY



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Wang Weisi Wang Weisi
55772402925E4438
WEISI WANG

218182509v1



EXHIBIT 16

**ADDITIONAL PETITIONING CREDITORS**

**Name and mailing address of petitioner**
Yadan Liu
2007-08-09, Building 10, Cuiwei Xili,
Haidian District, China

X______________________________

**Name and mailing address of petitioner**
Wanwan Li
Room 501, Gate 1, Building 32 Xixi Star,
Yuhang District, Hangzhou, China

DocuSigned by:
X Wanwan Li 3/23/2020
909DB8CDBC184CA...

**Name and mailing address of petitioner**
Wenjuan Yin
12-1501, No.649 Lane, Lianyi Road,
Shanghai, China

X______________________________

**Name and mailing address of petitioner**
Jiancheng Chen
Building 68,Tianzhu Jiayuan, Pinghe Road,
Suzhou, China

X______________________________

**Name and mailing address of petitioner**
Yi Tang
No. 96, Building 1, No. 1109 Songqing Road,
Dadukou District, Chongqing, China

X______________________________



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

**Name and mailing address of petitioner**
Yadan Liu
2007-08-09, Building 10, Cuiwei Xili,
Haidian District, China

DocuSigned by:
X Yadan Liu 3/21/2020
0CF9D3F7122B458...

**Name and mailing address of petitioner**
Wanwan Li
Room 501, Gate 1, Building 32 Xixi Star,
Yuhang District, Hangzhou, China

X Wan Wan Li

**Name and mailing address of petitioner**
Wenjuan Yin
12-1501, No.649 Lane, Lianyi Road,
Shanghai, China

X________________________________

**Name and mailing address of petitioner**
Jiancheng Chen
Building 68,Tianzhu Jiayuan, Pinghe Road,
Suzhou, China

X________________________________

**Name and mailing address of petitioner**
Yi Tang
No. 96, Building 1, No. 1109 Songqing Road,
Dadukou District, Chongqing, China

X________________________________

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/23/2020

DocuSigned by:
Wanwan Li
999DB8CDBC1B4CA...
Wan Wan Li
WANWAN LI

218182748v1



EXHIBIT 16

Debtor WALL012 LLC
Name

Case number (if known) ______________

**Name and mailing address of petitioner**

Weisi Wang
Name

Room 103, Unit 1, Building 7, Yunti Hutong
Number Street

Xicheng District, Bejing, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/2020
MM / DD / YYYY

DocuSigned by:
✗ Wang Weisi
5372A02923E4438
Signature of petitioner or representative, including representative's title

Stephen M. Packman, Esquire
Printed name

Archer & Greiner, P.C.
Firm name, if any

Three Logan Square
1717 Arch St., Ste. 3500
Number Street

Philadelphia PA 19103
City State ZIP Code

Contact phone 215-246-3147 Email spackman@archerlaw.com

Bar number 018271989; 57283; 2749356

State NJ; PA; NY

✗ /s/ Stephen M. Packman
Signature of attorney

Date signed 04/08/2020
MM / DD / YYYY

**Name and mailing address of petitioner**

Xiaoquan Dai
Name

12-508, Meixing Yuan, Shang Meilin
Number Street

Futian District, Shenzhen, China
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______________
MM / DD / YYYY

✗ [signature] 代小权
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ______________ Email ______________

Bar number ______________

State ______________

✗ ______________
Signature of attorney

Date signed ______________
MM / DD / YYYY



EXHIBIT 16

6. The Claim of Petitioning Creditor is not contingent as to liability, nor is the Claim subject to a bona fide dispute as to the liability or amount thereof.

I certify pursuant 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2020

DocuSigned by:
Xiaoquan Dai
戴小权
XIAOQUAN DAI

218182510v1



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Feng Yan | Loan Debt | $15,000.00 |
| Heng Zhang | Loan Debt | $15,000.00 |
| Ou Jiang | Loan Debt | $12,000.00 |
| Jinzhe Wu | Loan Debt | $10,000.00 |
| Yadan Liu | Loan Debt | $10,000.00 |
| Wanwan Li | Loan Debt | $7,000.00 |
| Wenjuan Yin | Loan Debt | $5,500.00 |
| Jiancheng Chen | Loan Debt | $5,000.00 |
| Yi Tang | Loan Debt | $5,000.00 |
| Ying Zhang | Loan Debt | $5,000.00 |

**Name and mailing address of petitioner**
Feng Yan
No. 54, Mo. 219 Lane, Gaomuqiao Road,
Pudong, Shanghai, China

X DocuSigned by: Feng Yan 7055BD38054D45D... Feng Yan 3/23/2020

**Name and mailing address of petitioner**
Heng Zhang
No. 19, Kaifa Hongda Street, Binhai New
District, Tianjin, China

X______________________________

**Name and mailing address of petitioner**
Ou Jiang
1-1-2504, Yujiangyuan, Binjiang District,
Hangzhou, China

X______________________________

**Name and mailing address of petitioner**
Jinzhe Wu
Apt. 4-2-2702 Tianlinyuan, Gulou West
Street, Nankia District, Tianjin, China

X______________________________



EXHIBIT 16

## ADDITIONAL PETITIONING CREDITORS

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Feng Yan | Loan Debt | $15,000.00 |
| Heng Zhang | Loan Debt | $15,000.00 |
| Ou Jiang | Loan Debt | $12,000.00 |
| Jinzhe Wu | Loan Debt | $10,000.00 |
| Yadan Liu | Loan Debt | $10,000.00 |
| Wanwan Li | Loan Debt | $7,000.00 |
| Wenjuan Yin | Loan Debt | $5,500.00 |
| Jiancheng Chen | Loan Debt | $5,000.00 |
| Yi Tang | Loan Debt | $5,000.00 |
| Ying Zhang | Loan Debt | $5,000.00 |

**Name and mailing address of petitioner**
Feng Yan
No. 54, Mo. 219 Lane, Gaomuqiao Road,
Pudong, Shanghai, China

X Feng Yan ______________________

**Name and mailing address of petitioner**
Heng Zhang
No. 19, Kaifa Hongda Street, Binhai New
District, Tianjin, China

DocuSigned by:
X Heng Zhang
6D9EFF2ADD7946B... 3/21/2020

**Name and mailing address of petitioner**
Ou Jiang
1-1-2504, Yujiangyuan, Binjiang District,
Hangzhou, China

X______________________

**Name and mailing address of petitioner**
Jinzhe Wu
Apt. 4-2-2702 Tianlinyuan, Gulou West
Street, Nankia District, Tianjin, China

X______________________

WALL012 LLC

EXHIBIT 16