**Wall011 Wires**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Thursday, Aug 16, 2018 0:33 AM
Recipient:Lynn (Lynn@yding.cn)<Lynn@yding.cn>

Hi Lynn,

Attached please find the Wall011 wire spreadsheet. I list out all the wires I know, let me know if you have any questions.

Thanks,

Hongpeng Lin

JMJ Development, Inc.

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

HLin@jmjdevelopment.net

www.jmjdevelopment.net

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.

---

### General accessories

Wall\x26nbsp;011\x26nbsp;Wire\x26nbsp;Master\x26nbsp;List.xlsx (13.15K)



EXHIBIT 21

| Amount | Amount Received | Loan amount |
|---|---|---|
| | $0.00 | 200,000.00 |
| | $0.00 | 100,000.00 |
| | $0.00 | 400,000.00 |
| | $0.00 | 200,000.00 |
| | $0.00 | 150,000.00 |
| | $0.00 | 100,000.00 |
| | $200,015.00 | 200,000.00 |
| | $0.00 | 100,000.00 |
| $49,985.00 | $199,940.00 | 200,000.00 |
| | $100,000.00 | 100,000.00 |
| | $49,985.00 | 100,000.00 |
| | $124,964.00 | $ 125,000.00 |
| | $49,985.00 | $ 50,000.00 |
| | $99,970.00 | $ 100,000.00 |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| Total Amount Funded: | $824,859.00 | $ 2,125,000.00 |
| Require Loan Amount : | | |
| Available amount left: | | $ (2,125,000.00) |

**RE: 回复：several wires for Wall017**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Thursday, Nov 8, 2018 7:20 AM
Recipient:周霖<lynn@yding.cn>

Hi Lynn,

Attached please find the wire receipt for Wall016 Wang Jun and updated wire master list.

Thanks

**From:** 周霖 <lynn@yding.cn>
**Sent:** Tuesday, November 6, 2018 7:16 AM
**To:** Hongpeng Lin <HLin@jmjdevelopment.net>
**Cc:** 郭虹 <Michelle@yding.cn>; Saskya Bedoya <SBedoya@jmjdevelopment.net>; 周霖 <Lynn@yding.cn>
**Subject:** 回复：several wires for Wall017

Hi Hong,

The last $520 should arrive your account, pls check it again, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：Hongpeng Lin <HLin@jmjdevelopment.net>

发送时间：2018年11月6日(星期二) 03:28

收件人：周霖 <lynn@yding.cn>

抄 送：郭虹 <Michelle@yding.cn>; Saskya Bedoya <SBedoya@jmjdevelopment.net>; 周霖 <Lynn@yding.cn>

主 题：RE: several wires for Wall017

Hi Lynn,

Attached please find the Wall016 wire master list. Wang Jun still have $520 short.

Thanks

**From:** 周霖 <lynn@yding.cn>
**Sent:** Monday, November 5, 2018 8:28 AM
**To:** Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <SBedoya@jmjdevelopment.net>
**Cc:** 郭虹 <michelle@yding.cn>
**Subject:** several wires for Wall017

Hi Hong,

attached are several wires for Wall017 as I mentioned on last Friday, kindly pls check the receipt in time, thanks.

1, He Weipeng: 1st $270K wired by Hu Shaoli via Cathay Bank, 2nd $230K wired by Hu Shaoli via Cathay Bank;

2, Cai Hua: 1st $350K you confirmed the receipt already, 2nd $150K wired by He Weipeng via Cathay Bank;

3, Qu Yi: 1st $50000 wired by Silverland you confirmed the receipt already, 2nd $49000 wired by Zheng Xiaodong and 3rd $1000 wired by Xu Lihong.

P.s Wall016 Wang Jun completed her balance already, pls check the total amount as well, thanks.

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**2EachGeneral accessories**

Wire_Receipt_-_Wall016_-50,000_-Wang_Jun.pdf (188.92K)



EXHIBIT 21

Wall\x26nbsp;016\x26nbsp;Wire\x26nbsp;Master\x26nbsp;List.xlsx (14.93K)



EXHIBIT 21

DocuSign Envelope ID: 6B61312C-1CE7-44A9-B117-6328F669D031


# Wall016, LLC

November 7, 2018

Wang Jun
Passport Number: G20956333
Rm 1602, No.38, Shanglongxili Community,
Anding Menwai Street, Dongcheng District,
Beijing, China
1508225788@qq.com
(86) 15210393532

Dear Wang Jun:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 50,000.00 by wire transfer into our account at Chase Bank on November 6, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

DocuSigned by:
Tim Barton
55E2C214E42B42F...

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

EXHIBIT 21

**Wire receipt for Wall016 Wang Kui**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Saturday, Aug 25, 2018 6:48 AM
Recipient:Lynn (Lynn@yding.cn)<Lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Thanks,

Hongpeng Lin

JMJ Development, Inc.

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

HLin@jmjdevelopment.net

www.jmjdevelopment.net

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall016\x26nbsp;-100,000\x26nbsp;-Wang\x26nbsp;Kui.pdf (1.21M)



EXHIBIT 21

# Wall016, LLC

August 24, 2018

Wang Kui
Passport Number: G35722445
Rm 1103, No.18, Baiwanzhuang Rd., Xicheng District,
Beijing, China
wangkuicn@126.com
(86) 13801131738

Dear Wang Kui:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on August 17, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

EXHIBIT 21

**Wire receipt for Wall016- Zeng Jun**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Tuesday, Aug 7, 2018 4:03 AM
Recipient:Lynn (Lynn@yding.cn)<Lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Hi Lynn,

Attached please find the wire receipt for Wall016- Zeng Jun.

Thanks,

Hongpeng Lin

JMJ Development, Inc.

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

HLin@jmjdevelopment.net

www.jmjdevelopment.net

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.

---

## General accessories

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall016\x26nbsp;-100,000\x26nbsp;-Zeng\x26nbsp;Jun.pdf (340.44K)



EXHIBIT 21

# Wall016, LLC

August 6, 2018

Zeng Jun
Passport Number: E21730486
Room 232, No.21 Er Wei Rd., Shen He District,
Shenyang City, Liao Ning Province, China
zjun2@126.com
(86) 13704272071

Dear Zeng Jun:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Wells Fargo Bank on August 2, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

**RE: three wires for Wall016**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Tuesday, Jul 31, 2018 5:17 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Hi Lynn,

Attached please find the wire receipt for Zhang Yue and Guan Pei.

Thanks

**From:** 周霖 <lynn@yding.cn>
**Sent:** Thursday, July 26, 2018 8:27 AM
**To:** Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <SBedoya@jmjdevelopment.net>
**Cc:** 郭虹 <michelle@yding.cn>
**Subject:** three wires for Wall016

Hi Hong,

Today 3 wires have been sent for wall016 as following:

1) Zhang Yue 1st $55100; (her docusign to be release today)

2) Zhang Yue 2nd $44900;

3) Guan Pei total $100K

kindly pls check the receipt in time, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn



EXHIBIT 21

**2EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall016\x26nbsp;-100,000\x26nbsp;-Zhang\x26nbsp;Yue.pdf (1.08M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall016\x26nbsp;-100,000\x26nbsp;-Guan\x26nbsp;Pei.pdf (1.05M)



EXHIBIT 21

# Wall016, LLC

July 30, 2018

Guan Pei
Passport Number: G27500096
#6101 Building 1, No.36 Zengguang Road,
Beijing, China
2875823@qq.com
(86) 13671039097

Dear Guan Pei:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on July 26, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

# Wall016, LLC

July 30, 2018

Zhang Yue
Passport Number: E24004107
Room 1-304, Building No.9, Tianzhaojiayuan, No.41 Xizhimen N street,
Haidian District, Beijing, China
450177716@qq.com
(86) 13901086803

Dear Zhang Yue:

This letter will serve as confirmation by Wall016, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on July 26, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall016, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall016 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

EXHIBIT 21

**Wire receipt for Wall017 Chen Fuqing**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Thursday, Dec 20, 2018 6:21 AM
Recipient:郭虹<Michelle@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>; Lynn@yding.cn<Lynn@yding.cn>

Thanks,

Hongpeng Lin

JMJ Development, Inc.

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

HLin@jmjdevelopment.net

www.jmjdevelopment.net

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-Chen\x26nbsp;Fuqing-\x26nbsp;$120000.pdf (1.21M)

# Wall017, LLC

December 19, 2018

Chen Fuqing
Passport Number: ED0856325
5 Yi - 808, Qianhe Garden, No.108 Beisihuan Donglu,
Chaoyang District, Beijing, China
Tourist001@163.com
(86) 13051028868

Dear Chen Fuqing:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 120,000.00 by wire transfer into our account at Chase Bank on December 13, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

EXHIBIT 21

**Wu Yijing wire receipt**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Wednesday, Oct 31, 2018 4:19 AM
Recipient:周霖<lynn@yding.cn>
copy give away:郭虹<Michelle@yding.cn>; Saskya Bedoya<SBedoya@jmjdevelopment.net>; Lynn@yding.cn<Lynn@yding.cn>

Hi Lynn,

Attached please find the Wall017 wire receipt for Wu Yijing.

Thanks

**From:** 周霖 <lynn@yding.cn>
**Sent:** Monday, October 29, 2018 9:23 AM
**To:** Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <SBedoya@jmjdevelopment.net>; Steve Wall <steve.wall@carnegieproperties.net>
**Cc:** 郭虹 <michelle@yding.cn>
**Subject:** 回复：Wu Yijing & Caihua's wire for Wall017

Hi Hong,

Attached is the 2nd wire Mrs. Wu Yijing transferred to Steve's personal account at Regions Bank today, now total $550k has been wired already, kindly pls check the receipt and update me the progress in time, thanks a lot.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

------------------------------------------------------------------

发件人：周霖 <lynn@yding.cn>

发送时间：2018年10月26日(星期五) 23:56

收件人：Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya



EXHIBIT 21

<sbedoya@jmjdevelopment.net>; Steve Wall <steve.wall@carnegieproperties.net>

抄 送：郭虹 <michelle@yding.cn>

主 题：Wu Yijing & Caihua's wire for Wall017

Hi Hong,

As Steve approved, Wu Yijing will wire her $550K principle to Steve's personal account at Regions bank, attached is her 1st $200K wire proof, kindly pls check with Steve if he received this money or not, thanks.

and Cai Hua also wired $350K to Wall017 LLC via her USA account, either from her BOA or East West Bank. Same as before, she doesn't want to show us the bank copy, pls check this amount with your accounting first, thanks.

Best Regards,

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**General accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017\x26nbsp;-\x26nbsp;Wu\x26nbsp;Yijing-\x26nbsp;$550,000.pdf (1.19M)



EXHIBIT 21

# Wall017, LLC

October 30, 2018

Wu Yijing
Passport Number: G45202760
4-4-1403, Huafangyicheng, No.29 Qingnian Rd,
Chaoyang Dist., Beijing, China
110041228@qq.com
(86) 13811055575

Dear Wu Yijing:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 550,000.00 by wire transfer into Steve Wall's account at Regions Bank on October 29, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC



EXHIBIT 21

**Wire receipts for Wall017**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Thursday, Nov 15, 2018 6:51 AM
Recipient:周霖<lynn@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>

Hi Lynn,

Attached please find the wire receipt for Zhou Guoqin and Ma Jinhui.

Thanks

**From:** 周霖 <lynn@yding.cn>
**Sent:** Wednesday, November 7, 2018 7:59 AM
**To:** Hongpeng Lin <HLin@jmjdevelopment.net>; Saskya Bedoya <SBedoya@jmjdevelopment.net>
**Cc:** 郭虹 <michelle@yding.cn>
**Subject:** several payments proof for Wall017

Hi Hong,

Following are several payments update, pls check the receipt accordingly, thanks.

1, Ma Jinhui:

1st $43000 wired by Xing Xianzhi to Wall017 LLC;

2nd $49000 wired by Shao Tingting to Wall017 LLC;

3rd $49000 wired by Lu Jiaxiang to Wall017 LLC;

4th $28600 wired by Zhangcong to Wall017 LLC;

5th $15000 wired by Xu Lihong to Tim's personal account;

The rest $15400 will be wired by Xu Lihong to Tim tomorrow

2, Zhou Guoqin

Total $100K wired by herself from HongKong Ethan International Trade Co.,

Pls also check with Tim if our other clients can wire principle to his personal account same as before, now Wall017 LLC is blocked by some banks due to too many wires have been sent recently, thanks.



EXHIBIT 21

**Lynn Zhou**
**Vice President**
Platinum Investment Corporation
lynn@yding.cn
www.yding.cn

---

**2EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-Zhou\x26nbsp;Guoqin.pdf (437.99K)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-Ma\x26nbsp;Jinghui.pdf (425.39K)



EXHIBIT 21

# Wall017, LLC

November 14, 2018

Ma Jinghui
Passport Number: G50481087
Room507, Building6, FuRunJiaYuan, No.6,
XueYuanRoad, HaiDianDistrict,
Beijing, China
majie76@outlook.com
(86) 13031008679

Dear Ma Jinghui:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 200,000.00 by wire transfer into our account at Wells Fargo Bank on November 9, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

EXHIBIT 21

# Wall017, LLC

November 14, 2018

Zhou Guoqin
Passport Number: E90465995
22-2,Xinda Yinjun Xiangyuan, No.777 Xijiao Rd.,
Yuecheng District, Shaoxing City,
Zhejiang Province, China
nacee@fuluogarments.com
(86) 13957505115

Dear Zhou Guoqin:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Chase Bank on November 7, 2018.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

EXHIBIT 21

**Wire receipts**

Sender:Hongpeng Lin<HLin@jmjdevelopment.net>
Time between:Wednesday, Jan 23, 2019 1:04 AM
Recipient:郭虹<Michelle@yding.cn>
copy give away:Saskya Bedoya<SBedoya@jmjdevelopment.net>; Lynn@yding.cn<Lynn@yding.cn>

Hi Michelle,

Attached please find the wire receipts for Camillo Lake and Wall017.

Thanks,

Hongpeng Lin

JMJ Development, Inc.

1755 Wittington Place

Suite 340

Dallas, TX 75234

P: 972.385.9934

F: 972.241.4484

HLin@jmjdevelopment.net

www.jmjdevelopment.net

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.

---

**4EachGeneral accessories**

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Camillo\x26nbsp;lakes\x26nbsp;II\x26nbsp;-Qin\x26nbsp;Zhao\x26nbsp;-\x26nbsp;lot\x26nbsp;2-31\x26nbsp;-\x26nbsp;$48000.pdf (1.17M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-\x26nbsp;$300k-\x26nbsp;Fan\x26nbsp;Xiaomin.pdf (1.29M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-\x26nbsp;$100,000-\x26nbsp;Luo\x26nbsp;Aiguo.pdf (1.25M)

Wire\x26nbsp;Receipt\x26nbsp;-\x26nbsp;Wall017-1\x26nbsp;million-\x26nbsp;Gao\x26nbsp;Fei.pdf (1.28M)



EXHIBIT 21

**JMJAV, LLC**

January 17, 2019

Qin Zhao
No.7 Longteng Rd., Maoshan Industrial Zone, Jiangshan County,
Yinzhou District, Ningbo, Zhejiang, China
mariszhao@vip.163.com
0086- 13805862053

Dear Qin Zhao:

This letter will serve as confirmation by JMJAV LLC that we have received the amount of USD 48,000.00 by wire transfer, as earnest money for purchasing of Camillo Lakes II lot 2-31, on January 14,2019.

Sincerely,

By: Saskya Bedoya

Director of Finance



EXHIBIT 21

# Wall017, LLC

January 17, 2019

Luo Aiguo
Passport Number: G53172582
2-2-1401, Xiyuan, Jialvjingyuan Dongxiyuan,
Xihu District, Hangzhou, Zhejiang, China
373892105@qq.com
(86) 13705711191

Dear Luo Aiguo:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 100,000.00 by wire transfer into our account at Wells Fargo Bank on January 14, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

# Wall017, LLC

January 17, 2019

Fan Xiaomin
Passport Number: E26113857
E-8D, Huating Jiayuan, No. 6 Beisihuan Zhonglu,
Chaoyang District, Beijing, China
wangzhiqing220@163.com
(86) 18601199358

Dear Fan Xiaomin:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 300,000.00 by wire transfer into our account at Chase Bank on January 7, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC

13901 Midway Road, Suite 102
Dallas, TX 75244
(PH) 972-385-9934 (Fax) 972-241-4484

EXHIBIT 21

# Wall017, LLC

January 17, 2019

Gao Fei
Passport Number: G41758382
No.65, Xisi Bei'ertiao, Xicheng District,
Beijing, China
gaofei699@126.com
(86) 13311193699

Dear Gao Fei:

This letter will serve as confirmation by Wall017, LLC that we have received the amount of USD 1,000,000.00 by wire transfer into our account at Wells Fargo Bank on January 4, 2019.

The loan proceeds stated above will be paid with interest to the original sending account in accordance with the time, terms and conditions of the Loan Agreement.

Please contact the undersigned immediately if you have any questions regarding this receipt.

Sincerely,
Wall017, LLC

By: Timothy Barton
President of Carnegie Development LLC
The Managing Member of Wall017 LLC



EXHIBIT 21