**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WALL007 LLC, *et al.*,[1] | Case No. 20-31131 (HDH) |
| Alleged Debtor. | |

**SUPPLEMENTAL DECLARATION OF STEPHEN M. PACKMAN**

Stephen M. Packman, counsel for the Petitioning Creditors, hereby declare as follows:

**WET SIGNATURES**

1. Attached hereto as Exhibit "A" are true and correct copies of thirty two (32) Petitioning Creditors' wet signatures for the "Verifications" to their Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of the Alleged Debtors.

2. All Verifications have been provided to the Court.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 5, 2020

/s/ *Stephen M. Packman*
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-963-3300
Email: spackman@archerlaw.com

219685415v1

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC. The Alleged Debtors' federal tax identification numbers are unknown to the Petitioning Creditors at this time.

EXHIBIT 26

# EXHIBIT "A"

DocuSign Envelope ID: 63CB5FF8-EA8D-41AD-B9D5-EE45F257BE63

## VERIFICATION

I, Cunxiang Ji, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

纪存祥 Ji cunxiang
Cunxiang Ji

Cunxiang Ji



EXHIBIT 26

DocuSign Envelope ID: B2B7C416-A2FF-4140-9264-688148630A7B

**VERIFICATION**

I, Peng Guo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Peng Guo



EXHIBIT 26

DocuSign Envelope ID: EDBF546C-5ACC-4BF2-A2D5-8EE980BAA9B6

**VERIFICATION**

I, Pei Guan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Pei Guan



EXHIBIT 26

DocuSign Envelope ID: 7346B350-DF88-4AB3-8BDB-7C2825648A57

**VERIFICATION**

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu



EXHIBIT 26

DocuSign Envelope ID: DBD80918-9922-4E64-8C85-3E2D77648FF0

**VERIFICATION**

I, Heng Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Heng Zhang



EXHIBIT 26

# VERIFICATION

I, Ruinian Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wu Ruinian Wu Ruinian 吴瑞年

Ruinian Wu



EXHIBIT 26

DocuSign Envelope ID: E626E690-7D7F-4C2A-B74B-A5ED2CA7EF62

**VERIFICATION**

I, Chenchen Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Chenchen Jiang

______________________________

Chenchen Jiang

Chenchen Jiang



EXHIBIT 26

DocuSign Envelope ID: C793AC14-EE03-45E8-BDA0-E90666D5817B

## VERIFICATION

I, Xugeng Gong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

龚学庚
Xuegeng Gong Xuegeng Gong

Xuegeng Gong



EXHIBIT 26

DocuSign Envelope ID: BEEECBF7-236C-4FA0-8053-D38FF67FE0CF

**VERIFICATION**

I, Hong Guo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Guo Hong Hong Guo

Hong Guo



EXHIBIT 26

DocuSign Envelope ID: 584D0F0C-62A9-4471-98A6-2CF7B784987A

**VERIFICATION**

I, Lin Gao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

GAO LIN GAO LIN

Lin Gao



EXHIBIT 26

DocuSign Envelope ID: 64F14434-2A06-4B87-AE14-FE4594C43341

**VERIFICATION**

I, Cunxiang Ji, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

纪存祥 Ji cunxiang
Cunxiang Ji

Cunxiang Ji



EXHIBIT 26

DocuSign Envelope ID: C765DDB7-8338-4BBD-9C35-B6CBBA4E5A0A

**VERIFICATION**

I, Qiao Qin, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Qiao
______________________
Qiao Qin

Qin Qiao

秦乔



EXHIBIT 26

DocuSign Envelope ID: 6F66092E-8C3C-4B1C-83D0-4F7FB403136C

# VERIFICATION

I, Xiaodong Hao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaodong Hao



EXHIBIT 26

DocuSign Envelope ID: C9BBB48C-17B7-4573-AEEC-08C537C46EDE

VERIFICATION

I, Ying Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ying Zhou Ying Zhou 周颖

Ying Zhou



EXHIBIT 26

**VERIFICATION**

I, Yue Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Zhang



EXHIBIT 26

DocuSign Envelope ID: 9CEAA0CE-1D26-4AD7-9902-D7A0464AFC3F

## VERIFICATION

I, Yadan Liu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yadan Liu



EXHIBIT 26

DocuSign Envelope ID: 5B533128-A8CD-48BD-93A6-890A1A2AD236

**VERIFICATION**

I, Heng Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Heng Zhang



EXHIBIT 26

DocuSign Envelope ID: 0247CB16-485B-4B40-8315-28EF0BEA24C8

**VERIFICATION**

I, Weisi Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Weisi 王伟思 Wang Weisi
Weisi Wang



EXHIBIT 26

DocuSign Envelope ID: 448DFB71-4ED6-4D96-ABC9-63EA750F8612

# VERIFICATION

I, Kangying Mao, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Mao kangying 毛康瑛 Mao Kangying

Kangying Mao



EXHIBIT 26

DocuSign Envelope ID: D4366319-B8FA-4AB7-9483-BBEDCD148301

**VERIFICATION**

I, Ying Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zhang Ying Zhang Ying

Ying Zhang



EXHIBIT 26

DocuSign Envelope ID: 40B5455E-11EF-4E8E-B8C7-394FF187E9DF

# VERIFICATION

I, Jun Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jun Wang Jun Wang 王[illegible]

Jun Wang



EXHIBIT 26

DocuSign Envelope ID: 4F5775FB-E580-4B36-BB00-A291F1970FD0

# VERIFICATION

I, Pei Guan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Pei Guan



EXHIBIT 26

DocuSign Envelope ID: A1022B23-54BE-4C10-A147-340828D79107

**VERIFICATION**

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu



EXHIBIT 26

DocuSign Envelope ID: C1F2E956-CC0C-48E9-92F4-1BC9FD1F4A5D

## VERIFICATION

I, Jingqiu Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

唐劲秋 TANG JIN QIU
Jingqiu Tang Jingqiu Tang
____________________________
Jingqiu Tang



EXHIBIT 26

DocuSign Envelope ID: E6614747-9C64-43D9-9E66-C7E6B35978EE

## VERIFICATION

I, Qin Chu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Chu Qin Chu

Qin Chu



EXHIBIT 26

DocuSign Envelope ID: 4C13BF3D-54A2-4A68-9F88-3218F16A7D50

**VERIFICATION**

I, Kui Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

wang kui                Wang Kui

Kui Wang

王葵



EXHIBIT 26

**VERIFICATION**

I, Yue Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Zhang



EXHIBIT 26

DocuSign Envelope ID: 96415A1E-DBA0-42CD-92B6-8DECE7521137

**VERIFICATION**

I, Fuqing Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Fuqing Chen 陈福荣

FUQING CHEN

____________________________

Fuqing Chen



EXHIBIT 26

DocuSign Envelope ID: F9C790D4-0783-4CB2-8236-4B9F77E48DE9

**VERIFICATION**

I, Yijing Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yijing Wu 吴怡静 Yijing Wu
Yijing Wu



EXHIBIT 26

DocuSign Envelope ID: 5C5BD8CE-25BA-4C7D-869D-E02674C530EF

**VERIFICATION**

I, Guoqin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Guoqin Zhou



EXHIBIT 26

DocuSign Envelope ID: E6614747-9C64-43D9-9E66-C7E6B35978EE

**VERIFICATION**

I, Qin Chu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Qin Chu Qin Chu 褚勤

____________________________

Qin Chu



EXHIBIT 26

DocuSign Envelope ID: DC49AFE7-2044-4FED-B6CD-B5664CB55370

## VERIFICATION

I, Hanjiang Fu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Hanjiang Fu

# EXHIBIT "A"

DocuSign Envelope ID: DC4B47B8-188E-4705-9966-C2FC487F3A73

**VERIFICATION**

I, Jin Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jin Wang



EXHIBIT 26

DocuSign Envelope ID: 3C53FEBE-51DC-4FAE-B6C9-23EDF63B8B80

**VERIFICATION**

I, Jun Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Li, Jun LI JUN
____________________
Jun Li

**VERIFICATION**

I, Lin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Lin Zhou



EXHIBIT 26

DocuSign Envelope ID: E6A7A6BD-BB4D-47F6-9A8B-32DE6AFD92D2

**VERIFICATION**

I, Qu Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

QU CHEN

Qu Chen

陈曲 CHEN QU



EXHIBIT 26

DocuSign Envelope ID: 41867A33-CA7A-4E8A-AE45-31477D858540

**VERIFICATION**

I, Yunding Kang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yunding Kang



EXHIBIT 26

DocuSign Envelope ID: B573B92A-DDF0-4A73-A36E-C60AA1CBE40A

**VERIFICATION**

I, Kai Tian, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL007, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

kai Tian 田凯 Kai Tian

Kai Tian



EXHIBIT 26

DocuSign Envelope ID: 5B981BE9-AB44-439D-A80B-35877150AD4E

## VERIFICATION

I, Jin Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wang Jin Wang Jin
Jin Wang



EXHIBIT 26

DocuSign Envelope ID: E0D24174-4F43-464B-A6BC-516EC2FC3781

**VERIFICATION**

I, Weijia Kong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Weijia Kong Weijia kong 孔维佳

Weijia Kong



EXHIBIT 26

DocuSign Envelope ID: 95D5E67C-AFFE-45E3-B737-F19680484FD7

**VERIFICATION**

I, Mai Ye, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Mai Ye



EXHIBIT 26

DocuSign Envelope ID: 20A68210-ADBE-47CE-B64C-A33414845168

**VERIFICATION**

I, Lin Zhou, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Lin Zhou Lin Zhou

Lin Zhou

周霖



EXHIBIT 26

DocuSign Envelope ID: 517CA8A4-B6E3-47BE-8AFD-AACE15376EC3

**VERIFICATION**

I, Qiuying LI, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

李秋莹

Qiuying Li Qiuying Li

Qiuying Li



EXHIBIT 26

DocuSign Envelope ID: FBE0000F-DC50-41FC-94A0-B5F0216AD808

**VERIFICATION**

I, Yue Xu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL009, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yue Xu [signature]

Yue Xu



EXHIBIT 26

DocuSign Envelope ID: DB03AB0A-49B0-4E01-BD8F-F402D89E6E46

**VERIFICATION**

I, Wenjun Wang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wenjun Wang

Wenjun Wang

Wenjun Wang



EXHIBIT 26

# VERIFICATION

I, Tianqing Song, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Song tianqing
Song Tianqing
Tianqing Song



EXHIBIT 26

DocuSign Envelope ID: CAA4FEAE-DC29-44E7-BA54-87448F403916

**VERIFICATION**

I, Liying Yang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Liying Yang



EXHIBIT 26

DocuSign Envelope ID: 080216C6-8976-4CD7-825E-DA958C624FA3

**VERIFICATION**

I, Yan Zhang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL010, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zhang Yan 张雁
_______________________
Yan Zhang Yan Zhang



EXHIBIT 26

DocuSign Envelope ID: 5A88C14E-6364-4053-94D3-9EF74075DBAB

# VERIFICATION

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Li Jiang



EXHIBIT 26

**VERIFICATION**

I, Tianqing Song, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Song tianqing

Song Tianqing

Tianqing Song



EXHIBIT 26

DocuSign Envelope ID: B0B6CFFF-AFDC-4D30-A9AC-717EE8A47055

## VERIFICATION

I, Rufeng Ding, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Rufeng Ding



EXHIBIT 26

DocuSign Envelope ID: 7CC1F38E-F843-4C3D-80E8-A74E36D54EBC

**VERIFICATION**

I, Lin Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL011, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Li Lin Li Lin 李林

Lin Li



EXHIBIT 26

DocuSign Envelope ID: 546464D3-231E-48D4-89F6-88ACABB31BBE

**VERIFICATION**

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

li jiang Li Jiang 姜丽

Li Jiang



EXHIBIT 26

**VERIFICATION**

I, Ou Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ou Jiang 江鸥 Ou Jiang
Ou Jiang



EXHIBIT 26

DocuSign Envelope ID: 71693EBD-9E99-4C9E-9FC7-0B9E1A6C5F54

## VERIFICATION

I, Yi Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Tang Yi

Yi Tang

唐艺 TANG YI

2020.10.24.



EXHIBIT 26

DocuSign Envelope ID: 150A1AB0-4279-4CED-B53C-6C18ACC7D87E

## VERIFICATION

I, Pengfei Dong, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

董鹏飞

Pengfei Dong Pengfei Dong

Pengfei Dong



EXHIBIT 26

DocuSign Envelope ID: 89B9EFD4-BF46-4B1B-ACC8-5013154FACA9

## VERIFICATION

I, Jinzhe Wu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wu Jinzhe
吴津喆

Jinzhe Wu

Jinzhe Wu



EXHIBIT 26

DocuSign Envelope ID: 5D38DFDD-CB11-42EE-B7F0-E3B661003A7F

## VERIFICATION

I, Wenjuan Yin, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wenjuan Yin 殷文娟 Wenjuan Yin
Wenjuan Yin



EXHIBIT 26

DocuSign Envelope ID: 49B9D557-3055-41EF-AEC2-EE16CBDC64F2

**VERIFICATION**

I, Xiaoquan Dai, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaoquan Dai



EXHIBIT 26

DocuSign Envelope ID: D6E4AD2F-7FE2-41AA-8199-B52DFE1C6E3D

## VERIFICATION

I, Jiancheng Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jiancheng Chen

Jiancheng Chen

陈建成 jian cheng chen



EXHIBIT 26

DocuSign Envelope ID: A0E4CB9F-38D4-44E9-B9E4-C7EE7C68D6AC

**VERIFICATION**

I, Wanwan Li, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wanwan Li
____________________________
Wanwan Li



EXHIBIT 26

DocuSign Envelope ID: 669FA492-D6A1-42B3-A768-23A7E789B194

**VERIFICATION**

I, Feng Yan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL012, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Feng Yan



EXHIBIT 26

DocuSign Envelope ID: 7E060550-5E77-4CED-951D-E3B07B8D8112

**VERIFICATION**

I, Li Jiang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Li Jiang



EXHIBIT 26

DocuSign Envelope ID: 1A58B0C1-7B51-4611-97E3-D795BC356698

**VERIFICATION**

I, Sicheng Zhan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Sicheng Zhan



EXHIBIT 26

DocuSign Envelope ID: 3C21B320-C109-4011-ADA7-240D7C530D61

**VERIFICATION**

I, Yulan Chen, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yulan Chen



EXHIBIT 26

ocuSign Envelope ID: A99ADA8C-AD0C-47E4-935E-BD70E0F8BCE2

**VERIFICATION**

I, Jun Zeng, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Zeng Jun Zeng Jun 曾军

Jun Zeng

# VERIFICATION

I, Di Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL016, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Di Tang

Tang: 唐迪

DocuSign Envelope ID: 5518DAE7-100C-410F-8762-7739D6A0ABC7

## VERIFICATION

I, Fang Ding, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Ding Fang Ding Fang 丁芳

Fang Ding



EXHIBIT 26

DocuSign Envelope ID: 695098EA-FB5D-4C9B-9473-1E6BD33480D9

**VERIFICATION**

I, Yuan Yuan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Yuan Yuan

_______________________
Yuan Yuan

Yuan Yuan

苑媛



EXHIBIT 26

DocuSign Envelope ID: 8003E74D-B31A-40EF-AC76-B97337291527

## VERIFICATION

I, Jialin Hu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jialin Hu



EXHIBIT 26

# VERIFICATION

I, Di Tang, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Di Tang



EXHIBIT 26

DocuSign Envelope ID: 67E4F9D8-68E2-4B71-905B-403960904222

**VERIFICATION**

I, Wai Ying, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Wai Ying

Wai Ying

Wai Ying.



EXHIBIT 26

DocuSign Envelope ID: 9BBEE656-56AD-4F3F-9514-9E6441F40149

## VERIFICATION

I, Xiangdong Zhu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

朱向东

Xiangdong Zhu

朱向东

Zhu xiang dong



EXHIBIT 26

DocuSign Envelope ID: C1C9D75D-DEE3-4440-93BF-A5C8EA009C40

## VERIFICATION

I, Jiaxiang Lu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Jiaxiang Lu Jiaxiang Lu 陆加祥

Jiaxiang Lu





EXHIBIT 26

DocuSign Envelope ID: DF146606-F07F-4340-9473-DFC46E245B70

**VERIFICATION**

I, Aiguo Luo, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Aiguo Luo





EXHIBIT 26

DocuSign Envelope ID: A694B8FD-FC40-4BA3-8D8F-CA3DEF781770

**VERIFICATION**

I, Chao Xu, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xu Chao Xu Chao 许超

Chao Xu



EXHIBIT 26

DocuSign Envelope ID: 7636FDBD-0DD3-4F2C-A1DF-9C925E91F71A

**VERIFICATION**

I, Xiaomin Fan, verify that I have read the foregoing Responses and Objections to the First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Request for Admissions of Alleged Debtor WALL017, LLC and that the answers contained therein are true and correct to the best of my knowledge, information and belief.

I verify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020

Xiaomin Fan Xiaomin Fan

Xiaomin Fan



EXHIBIT 26