**Fill in this information to identify the case:**

Debtor name **WALL010, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **21-30016-hdh**

☑ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JMJ Development<br>13901 Midway Road<br>Suite 102<br>Dallas, TX 75244 | | Business Debt | | | | $255,479.83 |
| 2 | HR Sterling<br>13901 Midway Road<br>Suite 102<br>Dallas, TX 75244 | | Business Debt | | | | $28,800.00 |
| 3 | Huitt Zollars Inc.<br>1717 McKinney Avenue<br>Suite 1400<br>Dallas, TX 75202 | | Business Debt | | | | $19,500.00 |
| 4 | Lee Engineering<br>3610 N. 44th Street<br>Suite 100<br>Phoenix, AZ 85018 | | Business Debt | | | | $11,610.00 |
| 5 | Mastrogiovanni Mersky & Flynn<br>2001 Bryan Street<br>Suite 1250<br>Dallas, TX 75201 | | Business Debt | | | | $5,381.71 |



EXHIBIT 38

Debtor **WALL010, LLC** Case number (if known) **21-30016-hdh**
Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6 | Scott Porter, Tax Assessor Collector<br>Johnson County, Texas<br>PO Box 75<br>Cleburne, TX 76033 | | Business Debt | | | | $852.98 |
| 7 | Sage Intelligence Group LLC<br>261 W. 35th Street<br>New York, NY 10001 | | Business Debt | | | | $642.86 |
| 8 | Barron Stark Engineers<br>62210 Southwest Blvd., Suite 100<br>Fort Worth, TX 76132 | | Business Debt | | | | $130.41 |
| 9 | McMurry Law, PLLC<br>Attn: Vance McMurry<br>508 W. Lookout Drive, Suite 14-74<br>Richardson, TX 75080 | | Business Debt | | | | $0.00 |



EXHIBIT 38