**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**PETITIONING CREDITORS' AMENDED WITNESS LIST[2]**

Petitioning Creditors Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Zhou, Kai Tian, Yijing Wu, Xuegeng Gong, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng DingF, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Weisi Wang, Xiaoquan Dai, Feng Yan, Ou Jiang, Jinzhe Wu, Yadan Liu, Wenjuan Yin, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Qin Chu, Yulan Chen, Sicheng Zhan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Jun Wang, Xiaomin Fan, Jialin Hu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and Qu Chen ("Petitioning Creditors") files its Witness List for the hearing scheduled on February 23, 2021 and lists the following witnesses it may call.

**WITNESSES**

1. Timothy Barton;

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors"). Currently, Alleged Debtors' federal tax identification numbers are unknown to Petitioning Creditors.

[2] The great state of Texas was just ravaged by Winter Storm Uri which knocked out power, water, and internet from 2/14 to about the morning on 2/19. As such, it was practically impossible for Petitioning Creditors to have filed its Witness List and Exhibit List earlier. Petitioning Creditors' counsel brought this to the attention of Alleged Debtors' counsel and requested a joint agreement to ask the Court to continue the hearing a couple of days due to the week lost by the storm. Alleged Debtors did not agree and Petitioning Creditors have acted with all debliberate speed to file their Lists and evidence with the Court as timely as possible given the circumstances.

EXHIBIT 49

2. Jun Li, Petitioning Creditor of Wall007, LLC;
3. Mai Ye, Petitioning Creditor of Wall009, LLC;
4. Chenchen Jiang, Petitioning Creditor of Wall009, LLC;
5. Yue Xu, Petitioning Creditor of Wall009, LLC;
6. Qiuying Li, Petitioning Creditor of Wall009, LLC;
7. Weijian Kong, Petitioning Creditor of Wall009, LLC;
8. Pei Guan, Petitioning Creditor of Wall009, LLC and Wall016, LLC
9. Lin Zhou, Petitioning Creditor of Wall007 and Wall009, LLC and former employee of Platinum Investment Corporation;
10. Yan Zhang, Petitioning Creditor of Wall010, LLC;
11. Yue Zhang, Petitioning Creditor of Wall011, LLC;
12. Lin Li, Petitioning Creditor of Wall011, LLC;
13. Qiao Qin, Petitioning Creditor of Wall011, LLC;
14. Rufeng Ding, Petitioning Creditor of Wall011, LLC;
15. Ou Jiang, Petitioning Creditor of Wall012, LLC;
16. Pengfei Dong, Petitioning Creditor of Wall012, LLC;
17. Feng Yan, Petitioning Creditor of Wall012, LLC;
18. Kangying Mao, Petitioning Creditor of Wall012, LLC;
19. Weisi Wang, Petitioning Creditor of Wall012, LLC;
20. Xiaoquan Dai, Petitioning Creditor of Wall012, LLC;
21. Yue Zhang, Petitioning Creditor of Wall016, LLC;
22. Jun Zeng, Petitioning Creditor of Wall016, LLC;
23. Kui Wang, Petitioning Creditor of Wall016, LLC;
24. Sicheng Zhan, Petitioning Creditor of Wall016, LLC;
25. Jinqiu Tang, Petitioning Creditor of Wall016, LLC;
26. Guoqin Zhou, Petitioning Creditor of Wall017, LLC;
27. Fuqing Chen, Petitioning Creditor of Wall017, LLC;
28. Xiangdong Zhu, Petitioning Creditor of Wall017, LLC;
29. Yuan Yuan, Petitioning Creditor of Wall017, LLC;
30. Jialin Hu, Petitioning Creditor of Wall017, LLC;
31. Jiaxiang Lu, Petitioning Creditor of Wall017, LLC; and



EXHIBIT 49

32. Any witnesses any other party may call at the hearing.

Many of the witnesses require a Mandarian translator, and as such, Petitioning Creditors have disclosed and designated expert and certified Mandarian translator Ida Shaw. [Dkt. No. 342]. As a precaution, Petitioning Creditors shall also move the Court to appoint Ms. Shaw as translator for the February 23, 2021 proceedings shortly. Petitioning Creditors may call or introduce one or more, or none, of the witnesses and listed above, and may call additional witnesses and introduce additional exhibits in rebuttal. Petitioning Creditors may supplement this list prior to the hearing

Dated: February 21, 2021

Respectfully submitted,

**NGUYEN & CHEN LLP**

*/s/ Brian M. Gargano*
Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133NY
jou@nguyen-chen.com
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for Petitioning Creditors*



EXHIBIT 49

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above instrument was served on the date the instrument was electronically filed. Service has been accomplished electronically and/or by first-class mail to the parties listed below.

**Via U.S. Mail**
WALL007, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL009, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL010, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL011, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL012, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL016, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL017, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via ECF**
Khudabuksh K. Walji, Esquire
Law Office of K. Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477



EXHIBIT 49

**Via ECF**
Robert W. Buchholz, Esquire
bob@attorneybob.com

**Via ECF**
Darrell Wayne Cook, Esquire
dwcook@attorneycook.com
all@attorneycook.com

**Via ECF**
Katherine T. Hopkins, Esquire
katherine.thomas@kellyhart.com

**Via ECF**
Joyce W. Lindauer, Esquire
joyce@joycelindauer.com
dian@joycelindauer.com
gina@joycelindauer.com

**Via ECF**
Steven C. Metzger, Esquire
smetzger@pmklaw.com

**Via ECF**
Michael P. Ridulfo, Esquire
mridulfo@krcl.com
dtrevino@krcl.com
mridulfo@ecf.courtdrive.com

**Via ECF**
Patrick D. Sullivan, Esquire
sullivan@hooverslovacek.com

**Via ECF**
United States Trustee
ustpregion06.da.ecf@usdoj.gov

**Via ECF**
Behrooz P. Vida, Esquire
filings@vidalawfirm.com
legalprokirstin@gmail.com
bkfilings@yahoo.com

Dated: February 20, 2021

/s/ *Brian M. Gargano*
Brian M. Gargano



EXHIBIT 49