------------------ Original ------------------
**From:** Hongpeng Lin <HLin@jmjdevelopment.com>
**Date:** Tue,Jul 23,2019 3:16 PM
**To:** 傅浩强 <michael@yding.cn>
**Cc:** Sohail S. Quraeshi <sqpolo@gmail.com>, Murugan Venkat <MVenkat@jmjdevelopment.com>, Tim Barton <tbarton@jmjdevelopment.com>
**Subject:** Fw: Message from Sohail, in continue of the voice mail to Michael Fu

Dear Mr. Fu

Further to your discussion with Mr. Barton this is to confirm that you will be granted 6 percent of the value of the conversation in stock in the public company with a seat on its advisory board.

So that we can cure the current crises brought about by improper procedures. Our solution is explained in the attached power point which I have explained to Allen and Tidy in HK.

In simple English and without trying to negotiate if everyone accepts them, I will make every effort to buy back the certs within 90 days.

The public company as we discussed is important to the ongoing business of development of the land acquired by Wall assets.

In the absence of additional funds from Pic efforts to complete these land holding we have to choose the public venue for ongoing funding.

We will keep you and your team incentivized and we will prosper together which is now possible thru this public vehicle.

Email as per the instruction from Sohail Quraeshi. Please reach out to Sohail at (1) 561-762-1486.

For any additional explanations please email to Murugan Venkat at MVenkat@jmjdevelopment.com.

Sohail S. Quraeshi

1561 762 1486

<Share PPT.ppt>

EXHIBIT 55

# Agency and Loan Agreement
# Legal Requirements

# History

For Wall007 LLC, the second year ended on April 17,2019. Ahead of time, JMJ initiated and talked to Michael Fu (President of Platinum Investment Corporation) regarding following requirement:

- ***Tax Withholding***

- ***Paying back to the same bank account where the wire came from in 2017***

# Solution

- ***Convert to Shares:*** but waited more than 60 days for
  - ***Share Application***
  - ***Medallion Stamp***

- ***Dual Listing in Hongkong:*** easier for
  - ***Issue the shares***
  - ***Transfer the shares***
  - ***Selling the shares***

# More Thoughts

- ***Cash Dividend***
  - ***Taxable***
  - ***Tax withholding required***

- ***Accruing interest***
  - ***By this process, Interest is not received in hand***
  - ***No tax withholding***
  - ***But postponed temporary***

# Share Issuance Details

- ***Convertible:*** Preferred shares can convert into common shares at par value at the end of one year from the date of issue
  - Beneficial when the share prices go up
- ***Guaranteed***: Buyback is guaranteed at par value between 350 and 365 days from the date of issue
  - Beneficial when the share prices go down

EXHIBIT 55

# Share Issuance Details

- ***Transferable***: Can return the certificate to JMJ for reissuance incase of change the ownership

- ***Redeemable***: Can redeem at par value after 90 days from the date of issue, for reinvestment purpose only (20% deduction on interest portion for non-reinvestment)

# Preferred Stock Benefit

The protections enjoyed by preferred stockholders, relative to common stockholders, are:

- ***Cash dividend preference***. Preferred stockholders are entitled to receive the full cash dividend before any cash dividends are paid to common stockholders.
- ***Liquidation preferences***. If the company goes bankrupt, preferred stockholders are entitled to have their investment repaid, in full, before common stockholders receive anything.

# Safety

How far the investment in shares safe:

- No fall in value
- Guarantee return
- No change in the terms originally agreed
- Land as collateral continues

# Third Year

The loan agreement continues to year 3:

- Because land as asset (collateral) is not realized (sold)
- Entities* continues the interest payment as accrued dividend in the public company



*Wall007 LLC, Wall009 LLC or Wall012 LLC

# Buyback Procedure

In case of buyback and redeem:

- Sign the back of the certificate with notarization
- JMJ will set up a time and location in China to collect the share certificate and make payment in form of check on site

# About

Please visit our website for company information:

http://carnegiedevelopment.net/