Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry Alleyne-Simmons
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**SUPPLEMENT TO SECOND MOTION TO STRIKE AND OBJECTION TO PETITIONERS' LATE-FILED AMENDED WITNESS AND EXHIBIT LISTS [DKT NOS. 354 AND 355]**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW WALL007, LLC et al. ("Alleged Debtors"), Alleged Debtors in the above-styled and numbered bankruptcy case, and files their *Supplement* to *Second Motion to Strike and Objection to Petitioners' Late Filed Second Amended Witness and Exhibit Lists* [Dkt. No. 354 and 355] (the "Late Filed Pleadings"), and in support thereof would respectfully show the Court:

1. Counsel and the Petitioners seem wholly unconvinced that their exhibit and witness lists were filed late. So much so that they have sent emails to the Alleged Debtors' counsel that read as follows:

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Wednesday, February 24, 2021 4:53 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject:** Second Motion to Strike is frivolous- please withdraw
**Importance:** High

Joyce,

I saw this with all respect, I presume you learned simple addition and subtraction in school.

Please tell me the answer to this simple math problem:

26-23 = ?

As a Computer Scientist before I went to the dark side to become a lawyer I was very good at math and discrete mathematics.

From a liberal arts perspective, the dictionary defines the term "at least" as not less than; at the minimum. For example, the car will cost at least $10K. Meaning you must $10K or more for the car.

In math and computer science parlance, the term at least translates to >=. For example, 4 >= 3.

The language you quoted in your motion: "Local Bankruptcy Rule 9014-1(c)(2) requires parties to file and deliver to the opposing party their separate witness and exhibit lists at least three (3) days prior to the scheduled hearing date" states by its plain meaning that those filings must occur >=3 days before the 26.

Simple math shows that 26-23 = 3. Since 3 = 3, the filings are undeniably timely. The language does not say anything else, it does not say three days prior before a certain time, ect.

As such, Point A of your second motion (which is the only thing changed from your first motion) **<u>is frivolous</u>**.

I bring this to your attention as I loathe to seek Rule 11 sanctions on others and my clients are going to instruct me to unless you cure ASAP.

Thank you.

-Brian

**Brian Gargano**
Partner

**Nguyen & Chen, LLP**
11200 Westheimer, Suite 120
Houston, Texas 77042

2. To address the concern raised by counsel and the Petitioners the following explains how the Local Rule for exhibits and witness lists applies.

3. The Attorney Desk Reference for the Northern District of Texas which governs in this matter explicitly states that "Exhibits for trials and contested matters must be marked and exchanged three **business days** in advance of the hearing. Per L.B.R. 9014-1(c)(2), lists of witnesses and exhibits must be filed and exchanged three business days in advance."

4. Therefore, it is clear that the witness and exhibits list were due on or before Thursday February 18, 2021, which was three business days prior to the hearing on February 23, 2021. The hearing was continued for three days and the Petitioners did not request a continuance of the original deadline to file their witness and exhibit list. The Petitioners have not completely marked their exhibits for trial making it very difficult to try to work with their exhibits.

WHEREFORE, PREMISES CONSIDERED, Alleged Debtors WALL007, LLC *et al*. request that this Court enter an order finding the Witness and Exhibit Lists are filed untimely and this Court grant such other and further relief to which they may be justly entitled.

Dated: February 24, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry Alleyne-Simmons
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon all parties receiving notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer