**Subject:** Re: 20-31131-7 WALL007 **Re emergency motion to continue**
**Date:** Monday, February 22, 2021 at 3:54:42 PM Central Standard Time
**From:** TXNB Hdh_Settings
**To:** Brian Gargano
**CC:** joyce_joycelindauer.com, TXNB Hdh_Settings
**Attachments:** Outlook-3ufatjwy.jpg, Outlook-cid_bde418.png

Judge Hale will permit the hearing to be reset to Friday, 2/26 at 9:00 AM. Parties will have the morning for the hearing. The order you attached is not formatted correctly. The top margin is not the required four inches (on the first page); the order incorrectly includes a signature and date line; the order does not include the required ###End of Order###. And the order needs to be in pdf format before it's uploaded. I've attached our proposed order specs for your assistance. In addition the order does not include the Webex information I requested be included in both the order and notices of hearings:

The hearing will be conducted via Webex. Parties unfamiliar with Webex are requested to review the Webex information/tips posted on Judge Hale's webpage prior to the hearing. The Webex hearing link and Webex information/tips may be accessed here: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates

Will you please let me know once the order has been uploaded. Thanks.

Jenni

Jenni Bergreen
Courtroom Deputy to the
Honorable Harlin D. Hale
U.S. Bankruptcy Court
Northern District of Texas
214-753-2071

---

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Monday, February 22, 2021 3:47 PM
**To:** TXNB Hdh_Settings <hdh_settings@txnb.uscourts.gov>
**Cc:** joyce_joycelindauer.com <joyce@joycelindauer.com>
**Subject:** Re: 20-31131-7 WALL007 **Re emergency motion to continue**

**CAUTION - EXTERNAL:**

Jenni,

Attached is what I will upload once we have the date and time finalized for the hearing.

I will fill in the date of the order. I assume the Judge will sign it himself or do you want me to e-sign the Order with permission /s/ *Hon. Harlin D. Hale.*

**Subject:** RE: 20-31131-7 WALL007 **Re emergency motion to continue**
**Date:** Monday, February 22, 2021 at 3:38:41 PM Central Standard Time
**From:** Joyce Lindauer
**To:** Brian Gargano, TXNB Hdh_Settings
**Attachments:** image002.png, image003.jpg

Jenni – we can't do the 25th counsel may have picked that date without checking with us to make Sure we were available – I have Judge Rodriquez in the Southern District for confirmation at 9:00 am That day I also have several other things set in the same case that morning. I can do the afternoon Starting at 1:30 that day.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039

---

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Monday, February 22, 2021 3:22 PM
**To:** TXNB Hdh_Settings <hdh_settings@txnb.uscourts.gov>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re: 20-31131-7 WALL007 **Re emergency motion to continue**

Jenni,

Thank you.

Joyce,

I am happy to take care of the order. Can you reset the hearing and file the notice?

Thanks.

**Brian Gargano**
Partner

**Nguyen & Chen, LLP**
11200 Westheimer, Suite 120
Houston, Texas 77042
(832) 767-0339
(832) 767-0669 (fax)
Mobile: (315) 877-4577
bgargano@nguyen-chen.com

---

**From:** TXNB Hdh_Settings <hdh_settings@txnb.uscourts.gov>
**Date:** Monday, February 22, 2021 at 3:20 PM
**To:** "bgargano@nguyen-chen.com" <bgargano@nguyen-chen.com>
**Cc:** "joyce_joycelindauer.com" <joyce@joycelindauer.com>, TXNB Hdh_Settings <hdh_settings@txnb.uscourts.gov>
**Subject:** 20-31131-7 WALL007 **Re emergency motion to continue**

Judge Hale has reviewed the pleadings and orally granted the motion to continue. The matter will be reset to 2/25 at 9:00 AM. Aside from some short matters set at 10:00 AM, you will have the morning. The hearing will be conducted via Webex.
Parties unfamiliar with Webex are requested to review the Webex information/tips posted on Judge Hale's webpage prior to the hearing. The Webex hearing link and Webex information/tips may be accessed here: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates

Will you please upload an order granting the motion to continue and file a notice of hearing that provides the above info and link. Also, when filing the notice of hearing, please select the setting reservation from the new drop-down menu.

Will you please let me know once the order has been uploaded. Thank you.

Jenni

Jenni Bergreen
Courtroom Deputy to the
Honorable Harlin D. Hale
U.S. Bankruptcy Court
Northern District of Texas
214-753-2071