BTXN 208 (rev. 07/09)

IN RE:
WALL007 LLC

Motion for leave /Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. Section 303(i) Filed by Alleged Debtor WALL007 LLC (313), Application to employ Ida Shaw as translator for the 2/23 hearing as Other Professional Motion to Appoint Translator for 2/23 hearing Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (345), Motion to strike List (347), Motion to strike List (358)

Case #
20−31131−hdh7

DEBTOR

**TYPE OF HEARING**

WALL007 LLC

**PLAINTIFF / MOVANT**

***VS***

Petitioning Creditor

**DEFENDANT / RESPONDENT**

J. Lindauer

**ATTORNEY**

B. Gargano

**ATTORNEY**

**EXHIBITS**

ALLEGED DEBTOR EXHIBITS 1−40, 42 AND 44 FILED AT DKT #339

PETITIONING CREDITOR EXHIBITS 1−11,22−25,28−54,56 AND 57 FILED AT DKT #355

Shanette Green

REPORTED BY

2−26−2021

HEARING DATE

Harlin DeWayne Hale

JUDGE PRESIDING