BTXN 208 (rev. 07/09)

IN RE: WALL007 LLC

DEBTOR

Amended Motion for relief from stay (related document: 86) Filed by Creditor Tamamoi, LLC and FDRE, Inc. (179)

Case # 20−31131−hdh7

**TYPE OF HEARING**

Tamamoi, LLC and FDRE, Inc. (CREDITOR)

**PLAINTIFF / MOVANT**

***VS***

WALL007 LLC

**DEFENDANT / RESPONDENT**

B. Vida

**ATTORNEY**

J. Lindauer

**ATTORNEY**

**EXHIBITS**

TAMAMOI/FDRE EXHIBITS A,B,C,D,E,J AND K FILED AT DKT #207

DEBTOR EXHIBIT 3 FILED AT DKT #121, EXHIBIT 4 FILED AT DKT #123, EXHIBIT 5 FILED AT DKT #152, AND EXHIBIT I FILED AT DKT #196

Shanette Green

REPORTED BY

11−03−2020

HEARING DATE

Harlin DeWayne Hale

JUDGE PRESIDING