Brian M. Gargano Esq.
Jiangang Ou, Esq.
Randall Towns, Esq.
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
Tel: (832) 767-0339
Fax: (832) 767-0669
Email: bgargano@nguyen-chen.com
Email: jou@nguyen-chen.com

COUNSEL FOR THE PETITIONING CREDITORS

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD

In accordance with FED. R. BANKR. P. 8009, Petitioning Creditors, Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, YadanLiu, Wenjuan Yin, Yi Tang, Ying Zhang, Pengfei Dong, KangyingMao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan,

[1]The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors"). Currently, Alleged Debtors' federal tax identification numbers are unknown to Petitioning Creditors.

Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu (the "Petitioning Creditors") and Appellants, hereby submit their designation of items to be included in the record on appeal and a statement of the issues to be presented on their appeal of the Court's Order denying Petitioning Creditors' Motion (i) reconsidering the Order Dismissing Involuntary Bankruptcy Cases Without Prejudice as set forth herein and (ii) for related relief (Dkt. No. 336) entered on February 12, 2021.[2]

## STATEMENT OF ISSUES

1. Did the Bankruptcy Court abuse its discretion in denying Petitioning Creditors' Amended Motion for Reconsideration of the Court's Dismissal Order where the Court's dismissal resulted in unintended consequences which rendered the Court's dismissal inequitable, unjust, and prejudicial to Petitioning Creditors?

2. Did the Bankruptcy Court abuse its discretion in denying Petitioning Creditors' Amended Motion for Reconsideration of the Court's Dismissal Order where the circumstances are extraordinary resulting in manifest injustice and undue prejudice to Petitioning Creditors' rights including their ability to re-file their involuntary bankruptcy petition?

3. Did the Bankruptcy Court abuse its discretion in not finding that extraordinary circumstances have arisen with the COVID-19 pandemic and where the circumstances have greatly changed since the Court's dismissal order due to the vaccine rollout thereby allowing Petitioning Creditors to travel to the U.S. for in person depositions starting in September 2021?

## DESIGNATION OF RECORD

Appellants, the Petitioning Creditors, designate the following items for inclusion in the record on appeal. Each designated item includes any and all attachments or exhibits to such item.

[2] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC and WALL017 LLC.

Part A: Notice of Appeal, Appealed Order and Docket Report

| Dkt No. | Description |
|---|---|
| 371 | Notice of Appeal |
| 336 | Order Denying Motion to Reconsiderate Order Dismissing Involuntary Bankruptcy Cases |
| | Docket Report for Case No. 20-31131 |

Part B: Documents other than Notices of Appeal/Appealed Orders/Docket Reports

| Docket No. | Date | Description |
|---|---|---|
| 313 | 12/17/2020 | Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. Section 303(i) |
| 325 | 01/8/2021 | Petitioning Creditors' Amended Motion for Reconsideration of the Court's Dismissal Order |
| 331 | 01/26/2021 | Alleged Debtors' Objection to Petitioning Creditors' Amended Motion for Reconsideration of the Court's Dismissal Order |
| 333 | 02/09/2021 | Petitioning Creditors' Reply to Alleged Debtors' Objection to Petitioning Creditors' Amended Motion for Reconsideration of the Court's Dismissal Order |
| 334 | 02/10/2021 | Petitioning Creditors' Reply Brief to Alleged Debtors' Objection to Petitioning Creditors' Amended Motion for Reconsideration of the Court's Dismissal Order |
| 308 | 12/04/2021 | Petitioning Creditors' Live Deposition Agreement |
| 310 | 12/7/2021 | Court's Order Dismissing the Case Without Prejudice |
| 326 | 01/08/2021 | Petitioning Creditors' Amended Opposition to Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. Section 303(i) |
| 352 | 02/23/2021 | Alleged Debtors' Reply to Petitioning Creditor's Opposition to Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. Section 303(i) |
| 357 | 02/24/2021 | Petitioning Creditors' Sur-Reply to Alleged Debtors' Reply to Petitioning Creditor's Opposition to Alleged Debtors' Motion for |

| | | |
|---|---|---|
| | | Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. Section 303(i) |
| 287 | 11/23/2020 | Order Directing Compliance with Prior Orders |

Appellants, the Petitioning Creditors, expressly reserve their right to amend this Statement of Issues and Designation of Record on Appeal, including additional issues on appeal and items for inclusion in the record on appeal.

Dated: March 17, 2021

Respectfully Submitted,

By: <u>*/s/ Brian M. Gargano*</u>

Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133NY
jou@nguyen-chen.com
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for the Petitioning Creditors and Appellants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically via ECF and/or by first class mail to the parties in this bankruptcy case.

Dated: March 17, 2021

*<u>/s/Brian M. Gargano</u>*
Brian M. Gargano