**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**PRELIMINARY OBJECTIONS TO PORTIONS OF HOAQIANG FU'S DEPOSITION TESTIMONY ALLEGED DEBTORS' INTEND TO INTRODUCE AT HEARING**

Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wenjuan Yin, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu, (collectively, the "Petitioning Creditors"), respectfully file the following Preliminary Objections to certain deposition testimony of Hoaqiang Fu which Alleged Debtors intend to offer at the hearing on their Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. § 303(i) as follows:

---

[1] Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC. Alleged Debtors' federal tax identification numbers are unknown to Petitioning Creditors at this time.

| FROM | TO | OBJECTION |
|---|---|---|
| 14:16 | 14:25 | Objection to the relevance of the testimony |
| 15:17 | 16:3 | Objection to the relevance of the testimony |
| 22:20 | 23:15 | Objection to the relevance of the testimony |
| 24:15 | 25:3 | Objection to the relevance of the testimony |
| 27:20 | 29:3 | Objection to the relevance of the testimony<br>Question: Vague/ambiguous/speculative; lack of personal knowledge (calls for speculation); mischaracterizes testimony/facts; assumes facts not in evidence |
| 35:13 | 35:24 | Objection to the relevance of the testimony |
| 36:14 | 36:20 | Question: calls for improper opinion (legal conclusion); lack of personal knowledge (calls for speculation); lack of relevance. |
| 37:14 | 37:22 | Question: calls for improper opinion (legal conclusion); lack of personal knowledge (calls for speculation) |
| 46:21 | 47:25 | Question: vague/ambiguous; lack of foundation (assumes facts not in evidence); argumentative.<br><br>Answer: nonresponsive; narrative |
| 48:14 | 48:25 | Question: argumentative; lack of foundation (assumes facts not in evidence).<br><br>Answer: Nonresponsive |
| 49:1 | 49:7 | Question: argumentative; lack of foundation (assumes facts not in evidence).<br><br>Answer: Nonresponsive |
| 50:17 | 52:1 | Question: vague/ambiguous, calls for speculation, improper hypothetical.<br>Answer: improper opinion; speculation; nonresponsive |
| 60:14 | 61:1 | Question: improper opinion (calls for legal conclusion); lack of personal knowledge (speculation) |
| 62:8 | 62:15 | Question: improper opinion (call for speculation) |
| 66:10 | 66:18 | Question: lack of foundation (assumes facts not in evidence), mischaracterizes testimony. |

| | | |
|---|---|---|
| 66:19 | 67:23 | Question: lack of foundation (assumes facts not in evidence); calls for improper opinion (legal conclusion); lack of personal knowledge (calls for speculation); and mischaracterizes testimony |
| 68:4 | 69: 24 | Question: asked and answered, calls for a legal conclusion, mischaracterizes testimony, and assume facts not in evidence |
| 72:14 | 72:2 | Question: calls for a legal conclusion, calls for speculation.<br><br>Answer: nonresponsive. |
| 74:23 | 75:15 | Question: Calls for privileged information-attorney-client. |
| 76:6 | 76:13 | Questions: argumentative, counsel is improperly testifying, misstates facts. |
| 79:7 | 79:25 | Question: vague, ambiguous, and confusing, lack of relevance to the hearing.<br><br>Answer: nonresponsive; narrative |
| 80:24 | 81:7 | Question: Confidential settlement communication; assumes facts not in evidence; mischaracterizes facts<br><br>Answer: hearsay |
| 81:12 | 81:18 | Answer: hearsay |
| 82:1 | 82:9 | Answer: speculation and hearsay |
| 104:7 | 105:8 | Question: lack of foundation (assumes facts not in evidence); and mischaracterizes testimony and facts |
| 107:18 | 108:11 | Question: lack of foundation (assumes facts not in evidence); and mischaracterizes testimony and facts |

Petitioning Credits may offer additional objections at the time of the hearing or supplement these Preliminary Objections prior to the hearing.

Dated: March 22. 2021

Respectfully submitted,
**NGUYEN & CHEN LLP**

/s/ *Brian M. Gargano*

Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133NY
jou@nguyen-chen.com
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for Petitioning Creditors*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above instrument was served on the date the instrument was electronically filed. Service has been accomplished electronically and/or by first-class mail to the parties listed below.

**Via U.S. Mail**
WALL007, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL009, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL010, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL011, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL012, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL016, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL017, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via ECF**
Khudabuksh K. Walji, Esquire
Law Office of K. Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477

**Via ECF**
Robert W. Buchholz, Esquire
bob@attorneybob.com

**Via ECF**
Darrell Wayne Cook, Esquire
dwcook@attorneycook.com
all@attorneycook.com

**Via ECF**
Katherine T. Hopkins, Esquire
katherine.thomas@kellyhart.com

**Via ECF**
Joyce W. Lindauer, Esquire
joyce@joycelindauer.com
dian@joycelindauer.com
gina@joycelindauer.com

**Via ECF**
Steven C. Metzger, Esquire
smetzger@pmklaw.com

**Via ECF**
Michael P. Ridulfo, Esquire
mridulfo@krcl.com
dtrevino@krcl.com
mridulfo@ecf.courtdrive.com

**Via ECF**
Patrick D. Sullivan, Esquire
sullivan@hooverslovacek.com

**Via ECF**
United States Trustee
ustpregion06.da.ecf@usdoj.gov

**Via ECF**
Behrooz P. Vida, Esquire
filings@vidalawfirm.com
legalprokirstin@gmail.com
bkfilings@yahoo.com

Dated: March 22, 2021

/s/ *Brian M. Gargano*
Brian M. Gargano