**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**PRELIMINARY OBJECTIONS TO PORTIONS OF HAIBO JIANG'S DEPOSITION TESTIMONY ALLEGED DEBTORS INTEND TO INTRODUCE AT THE HEARING**

Petitioning Creditors Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Zhou, Kai Tian, Yijing Wu, Xuegeng Gong, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Weisi Wang, Xiaoquan Dai, Feng Yan, Ou Jiang, Jinzhe Wu, Yadan Liu, Wenjuan Yin, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Qin Chu, Yulan Chen, Sicheng Zhan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Jun Wang, Xiaomin Fan, Jialin Hu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and Qu Chen ("Petitioning Creditors") respectfully file the following Preliminary Objections to certain deposition testimony of Haibo Jiang which Alleged Debtors intend to offer at the hearing on March 23, 2021:

| FROM | TO | OBJECTION |
|---|---|---|
| 16:7 | 16:9 | Nonresponsive answer. FED. R. EVID. 611. |

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors"). Currently, Alleged Debtors' federal tax identification numbers are unknown to Petitioning Creditors.

| | | |
|---|---|---|
| 16:23 | 16:25 | Argumentative question;[2] assumes facts not in evidence.[3] FED. R. EVID. 611(a). Lack of personal knowledge; question calls for speculation. FED. R. EVID. 602. |
| 17:2 | 17:4 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 18:9 | 18:11 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). Lack of personal knowledge; question calls for speculation. FED. R. EVID. 602. |
| 19:1 | 19:2 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 19:9 | 19:10 | Nonresponsive answer. FED. R. EVID. 611. |
| 20:3 | 20:17 | Relevance. FED. R. EVID. 401–402. |
| 21:1 | 23:16 | Relevance. FED. R. EVID. 401–402. |
| 26:23 | 29:25 | Relevance and sidebar. FED. R. EVID. 401–402; argumentative; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 31:6 | 32:9 | Calls for legal conclusion. FED. R. EVID. 701, 704; argumentative; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 32:10 | 32:15 | Lack of personal knowledge; question calls for speculation. FED. R. EVID. 602. |
| 35:15 | 35:25 | Argumentative; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 41:8 | 41:17 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 43:2 | 43:5 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a); lack of personal knowledge; question calls for speculation. FED. R. EVID. 602. |
| 45:12 | 46:9 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). Misleading.[4] FED. R. EVID. 403. |

[2] A question is argumentative if it is merely an effort by counsel to make a jury argument, to summarize, draw inferences from, or comment on the evidence, or to ask the witness to testify as to his own credibility. *E.g.*, *Smith v. Estelle*, 602 F.2d 694, 700 n.7 (5th Cir. 1979) ("Dr. Grigson, you're kind of the hatchet man down here for the District Attorney's Office, aren't you?"), *aff'd*, 451 U.S. 454 (1981).

[3] Questions that assume facts not in evidence are generally impermissible. *E.g.*, *United States v. Medel*, 592 F.2d 1305, 1314 (5th Cir. 1979). The proper way to offer evidence is through witnesses and real evidence; counsel is not permitted to testify.

[4] Cases invoking the danger of misleading the jury often refer to the possibility that the jury might attach undue weight to the evidence. *Faigin v. Kelly*, 184 F.3d 67, 80 (1st Cir. 1999).

| | | |
|---|---|---|
| 54:2 | 55:10 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 61:23 | 61:24 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 63:18 | 63:19 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 64:10 | 64:22 | Relevance. FED. R. EVID. 401–402. |
| 66:19 | 66:22 | Argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). |
| 66:19 | 68:24 | Prohibited Settlement Communications. FED. R. EVID. 408. |
| 69:12 | 69:25 | Asked and answered. FED. R. EVID. 611(a). |
| 70:5 | 71:5 | Relevance. FED. R. EVID. 401–402; argumentative question; assumes facts not in evidence. FED. R. EVID. 611(a). |

Petitioning Credits may offer additional objections at the time of the hearing or supplement these Preliminary Objections prior to the hearing.

Dated: March 22. 2021

**NGUYEN & CHEN LLP**

/s/ *Brian M. Gargano*

Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133NY
jou@nguyen-chen.com
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for Petitioning Creditors*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above instrument was served on the date the instrument was electronically filed. Service has been accomplished electronically and/or by first-class mail to the parties listed below.

**Via U.S. Mail**
WALL007, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL009, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL010, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL011, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL012, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL016, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via U.S. Mail**
WALL017, LLC
13901 Midway Road, Suite 102
Dallas, Texas 75244

**Via ECF**
Khudabuksh K. Walji, Esquire
Law Office of K. Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477

**Via ECF**
Robert W. Buchholz, Esquire
bob@attorneybob.com

**Via ECF**
Darrell Wayne Cook, Esquire
dwcook@attorneycook.com
all@attorneycook.com

**Via ECF**
Katherine T. Hopkins, Esquire
katherine.thomas@kellyhart.com

**Via ECF**
Joyce W. Lindauer, Esquire
joyce@joycelindauer.com
dian@joycelindauer.com
gina@joycelindauer.com

**Via ECF**
Steven C. Metzger, Esquire
smetzger@pmklaw.com

**Via ECF**
Michael P. Ridulfo, Esquire
mridulfo@krcl.com
dtrevino@krcl.com
mridulfo@ecf.courtdrive.com

**Via ECF**
Patrick D. Sullivan, Esquire
sullivan@hooverslovacek.com

**Via ECF**
United States Trustee
ustpregion06.da.ecf@usdoj.gov

**Via ECF**
Behrooz P. Vida, Esquire
filings@vidalawfirm.com
legalprokirstin@gmail.com
bkfilings@yahoo.com

Dated: March 22. 2021

/s/ *Brian M. Gargano*
Brian M. Gargano