Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ALLEGED DEBTOR'S SUPPLEMENTAL WITNESS AND EXHIBIT LIST**

Comes now WALL007 LLC, an alleged debtor in the above-styled and numbered bankruptcy case ("Alleged Debtor"), and files this its Witness and Exhibit List for the hearing scheduled on March 23, 2021 continued from February 23, 2021.

**Witnesses**

At the hearing, the Alleged Debtor may call the following persons to testify as witnesses:

1. Timothy Barton.

**Exhibits**

At the hearing the Alleged Debtor may present one or more of the following exhibits:

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| | | | |
| 49 | Hoaqiang Fu Deposition Excerpts | | |
| 50 | Haibo Jiang Deposition Excerpts | | |

Alleged Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Alleged Debtor further reserves the right to supplement this list prior to the hearing.

Dated: March 22, 2021.

Respectfully Submitted

*<u>/s/ Joyce W. Lindauer</u>*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic service in this case

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer