**Haibo Jiang Deposition Excerpts**

| From | To |
|---|---|
| 16:13 | 16:14 |
| 19:7 | 19:10 |
| 29:7 | 29:14 |
| 30:1 | 30:3 |
| 30:7 | 30:10 |
| 30:17 | 30:18 |
| 30:21 | 30:25 |
| 31:6 | 31:11 |
| 32:8 | 32:15 |
| 34:9 | 34:15 |
| 36:1 | 36:1 |
| 38:18 | 38:21 |
| 41:5 | 41:7 |
| 45:12 | 45:15 |
| 45:24 | 46:3 |
| 46:10 | 46:11 |
| 55:9 | 55:10 |
| 60:3 | 60:6 |
| 66:19 | 66:22 |
| 67:17 | 68:1 |
| 68:11 | 68:16 |
| 71:6 | 71:7 |

**EXHIBIT "50"**

10:49 Q (By Ms. Lindauer) Okay. Ask him -- Mr. Jiang, have any of your family members given money to Mr. Fu?
10:50 A. You're talking about investment?
10:50 Q. Correct. Investment or a loan.
10:50 A. My wife has sent him investment money.
10:50 MS. LINDAUER: Anyone besides his wife?
10:51 A. My wife transferred money into the market company account through my account, her mother's account and her friend's account.
10:51 MS. LINDAUER: Okay. So, let's break that down. So, his wife transferred money to what account, the name on what account?
10:52 A. I know she transferred money to this person in the U.S., whose name is Steve Wall.
10:52 MS. LINDAUER: And did she, as far as he knows, transfer money to Steve Wall's account or to someone else's account?
10:52 A. I do not know clearly because it was handled by my wife, by herself.
10:52 MS. LINDAUER: Okay. And how much money did his wife transfer?
10:53 A. I do not know the exact number.
10:53 MS. LINDAUER: Okay. All right. He mentioned that his mother also transferred money, who did she transfer money to?

MS. LINDAUER: And to be clear, that's not his money, it's his wife's money; is that correct?

A. How the difference is -- how the difference is between the United States and in China, although my wife handles all the money, finances, but the money belongs to the family group as a whole.

Q. Okay. So, the money belongs to you as well; is that correct?

A. The money belongs to her mother and my parents.

MS. LINDAUER: And how does it belong to his parents'?

A. Because the money came from my parents.

MS. LINDAUER: How much money came from his parents?

A. I can only give an approximate figure.

THE COURT REPORTER: I didn't hear the answer, Ms. Green.

A. I can only give an approximate number. Those two combined, it roughly equates to about 3 million.

MS. LINDAUER: Three million. And how much of the 3 million was his parents?

A. I do not know, because after I was married and both family pulled in money as if it was one family, one big family.

11:25 money that apparently was put into some of these entities, so I think it's fair to find out what his father has been up to over the last several years.

11:26 MR. RIDULFO: Objection to that -- objection to the characterization, Joyce, that's not what the testimony was.

11:26 MS. LINDAUER: So, you're telling me he did not testify that his father put money into these Wall companies.

11:26 MR. RIDULFO: He said it's a family investment.

11:26 MS. LINDAUER: Okay.

11:26 MR. RIDULFO: He didn't say that it was corporate. He didn't specify. Those are your words.

11:26 MS. LINDAUER: I wrote down "his parents" is what I wrote down.

11:26 MR. RIDULFO: And he said -- and he's saying "we." So, stop characterizing. Ask questions, please.

11:26 MS. LINDAUER: Well, I'm not going to argue with you. Let's just ask him the questions. He's there. Let's get him to clarify.

11:26 Q (By Ms. Lindauer) So, Mr. Jiang, are you present on the phone again?

11:27 A. Okay. I'm here.

11:27 Q. All right. Mr. Jiang, who specifically put the money into the Wall entities from your family?

11:27 A. Like what I said, my wife is what I said.

11:27 MS. LINDAUER: And who besides his wife?

11:27 A. My wife handled everything. I was not in charge of this.

11:28 Q. Okay. Did you tell us that your parents also put money into the Wall entities?

11:28 A. My wife used my parents' ID card to transfer money, that I know.

11:28 Q. Okay. As you sit here today, are your parents owed money by any of the Wall entities?

11:29 A. I don't understand your question whether did Steve Wall owe my parents money?

11:29 MS. LINDAUER: No. Did his parents put money into any of the Wall entities?

11:29 A. Let me tell you again, it was my wife who invested the money.

11:29 MS. LINDAUER: Okay. So, only his wife; is that correct?

11:30 A. I hope you understand the foreign currency quota process in China, the way that money was transferred legally out from China is through my parents' ID, my wife's -- the friend's ID, in those ways to transfer money out of China legally.

11:30 Q. All right. So let's be clear. Your wife used your parents' ID and your wife used a friend's ID to transfer money out of China into the United States; is that correct?

11:31 A. Correct.

11:31 MS. LINDAUER: Okay. And why does he say that is the legal way to transfer money from China to the United States?

11:31 A. Because the China's foreign currency rue is such each person has a 50,000-dollar quota each year to be transferred overseas.

11:32 MS. LINDAUER: Okay. And did his wife transfer more than $50,000 outside of China in a given year legally?

11:32 MR. RIDULFO: We may have lost him again.

11:32 (Internet Disconnected Witness)

11:33 THE WITNESS: "Hello".

11:33 THE INTERPRETER: We can continue.

11:33 MS. LINDAUER: Okay. So, can we read that last question back that I asked him?

11:33 (The requested portion of the record was read.)

11:34 A. What do you mean?

11:34 Q (By Ms. Lindauer) Well, you told me that you were limited to transferring $50,000 outside of the

11:34 United States in one year, yet your wife transferred more than $50,000 in one year, how did she do that legally?

11:34 MR. RIDULFO: This is Mike Ridulfo. I'm just going to object to the form. And I don't believe that testimony is in evidence. But you can answer the question.

11:35 A. She, herself, did not transfer over $50,000 a year. If it's about, that's not legal.

11:35 Q (By Ms. Lindauer) Okay. Well, we show that she claims that she has $2.3 million in an entity called Wall 007. How did she transfer that money from China to the United States when it's $2.3 million?

11:37 A. I think she transferred the money to Steve Wall, and then Steve Wall transferred the money to GM --

11:37 THE INTERPRETER: Is that GMT or GMG? I couldn't hear. This is Jennifer. Is it GMT or GMG?

11:37 MS. LINDAUER: I think it may be -- is it JMJ or Wall? I think it's Wall.

11:37 THE INTERPRETER: Okay.

11:37 MS. LINDAUER: GMT?

11:37 THE INTERPRETER: Yeah.

11:37 MS. LINDAUER: Okay. All right.

11:37 A. So, Steve Wall -- we -- my wife transferred the money to Steve Wall. Steve Wall transferred the

11:50 Q (By Ms. Lindauer) Mr. Jiang, help me understand how your wife -- you said she used your father's and a friend, their IDs, in order to transfer money. Can you explain that to me how that works?

11:52 A. My wife used their quota to transfer the money to the United States, but they used their own IDs to transfer the money. Nobody would have gave their ID for her to transfer.

11:52 MS. LINDAUER: Okay. So, just to be clear, whose money was transferred? Was it is his wife's money or was it someone else's money that was being transferred?

11:53 A. I have said that multiple times, the money is her mother and parents and my parents' money. Nobody else.

11:53 Q. Okay. And how many IDs did she use in order to transfer this money?

11:53 A. I did not handle this myself, so I do not know.

11:53 Q. All right. And how did you come to meet Mr. Michael Fu?

11:54 A. Could you repeat your question?

11:54 MS. LINDAUER: Yeah. How did he meet Michael Fu, F-U?

11:54 A. We met at a conference five, six years ago.

I invested in Steve Wall.

Q (By Ms. Lindauer) Did you ever invest in an entity called Silver Land Finance?

A. I do not know this. I don't understand.

Q. Okay. Did you ever get involved with a company called Platinum Investment Corporation?

A. Can you repeat that company?

Q. Platinum Investment Corporation.

A. Just a second. I need to put this -- I'm putting in this health code, because I have to get on the plane and I have to put in this code.

Q. Okay. All right. So, we were asking you about a company called Platinum Investment Corporation.

MS. LINDAUER: Has he ever done business with Platinum Investment Corporation?

A. I don't remember hearing about this company, no.

Q. All right. What about a company called Y Ding Investment?

A. What?

MS. LINDAUER: Does he know the company Y Ding Investment?

A. No, I don't know.

MS. LINDAUER: Okay. How did he meet Steve Wall?

MS. LINDAUER: Okay. So the question was did he actually speak to Steve Wall himself, was there actually a conversation?

A. Yes. I spoke with -- I came to the United States and talked with him, and at the time, it was like a company named Wall Kull.

MS. LINDAUER: And what did he understand that Mr. Wall was asking him or what was he going to be investing in?

A. My understanding was I would loan him money over a period of time and he will pay me back the principal and interest.

Q. Okay. Did your wife also meet with Mr. Steve Wall?

A. My wife met him in China.

Q. Okay. And when was that?

A. A year around 2017.

MS. LINDAUER: Okay. Between 2015 and 2017, did he or his wife make any investments or loans with Steve Wall?

A. Yeah. Our first project was with Steve Wall. And the first project -- my English is not so sound, so it sounds like a Cedaville Project.

Q. Okay. And what was that project?

(Internet Disconnected Witness)

12:17 just shy of 2 million.
12:18 Q. Okay. And who is responsible for paying that money back to your wife?
12:18 A. What's the question?
12:18 MS. LINDAUER: Who is responsible to pay that money back to his wife on the Cedaville project?
12:18 A. Steve Wall.
12:18 MS. LINDAUER: Okay. And then was there another project in which your wife put more money in similar to the Steve Wall project?
12:19 MR. RIDULFO: Objection to the form. You can answer.
12:19 THE INTERPRETER: Could you repeat the question for the interpreter?
12:19 MS. LINDAUER: After the first project, was there another project like the Steve Wall project that his wife put money into?
12:20 A. The next project was introduced to me by Steve Wall is this one at the Tim Barton's project.
12:20 MS. LINDAUER: And had there been any projects after that project that his wife has put money into?
12:20 A. That, I don't know.
12:20 Q. And who would know that?
12:20 (Internet Disconnected Witness)

Cedaville project, you put money into -- your wife put money into that project. Did she get paid her money back?

A. No.

Q. Did your wife authorize Michael Fu to sign papers on her behalf?

A. No. I did not authorize Michael Fu to sign on behalf of my wife.

Q. Okay. Did your wife authorize Michael Fu to sign on her behalf?

A. No.

Q. When your wife went to the bank in China to transfer money in connection with the Wall project and she used your father's ID, was she transferring her money or her father's money?

MR. PACKMAN: Objection, form.

MR. RIDULFO: Objection to form.

THE INTERPRETER: Steve, what's the objection? I'm sorry, I couldn't hear you.

MR. PACKMAN: Objection to form.

MR. RIDULFO: Form.

THE INTERPRETER: Sorry. Can you repeat the question?

MS. LINDAUER: No, no. That's fine.

So when she went to the bank in China to

12:34 transfer the money for the Wall projects and she used
12:34 his father's ID, was he transferring her money or his
12:35 father's money?

12:35 MR. RIDULFO: Same objection to form.

12:35 A. You object to form. I don't need to answer,
12:35 right?

12:35 MS. LINDAUER: No. He should go ahead
12:35 and answer. Just because there's an objection doesn't
12:35 mean he doesn't answer.

12:36 A. I have been saying the same thing over again.
12:36 The money belonged to my parents and my mother-in-law.

12:36 MS. LINDAUER: All right. And is his
12:36 wife a what we call petitioning creditor in the
12:36 bankruptcy case?

12:36 (Internet Disconnected Witness)

12:36 Has he left?

12:37 MR. RIDULFO: Did we lose him?

12:37 THE COURT REPORTER: Yes.

12:37 THE WITNESS: "Hello". "Hello".

12:37 Q (By Ms. Lindauer) Mr. Jiang, when we lose
12:37 you -- when we lose you during these breaks, can you
12:37 tell us what's happening on your end?

12:38 A. My connection's not very good.

12:38 Q. Are you talking to anyone during those breaks
12:38 when your connection is not very good?

13:01 it to be on the record that he does -- and I'm sure the court reporter's noting this every time he drops off after we ask him a question. So, I'd like to make sure that that's in the record, that he does drop off at the end of the question. He never seems to drop off any other time, just at the end of a question.

13:01 MR. PACKMAN: Objection to counsel testifying, for the record.

13:01 MS. LINDAUER: Well, the record will speak for itself. Do we have him back again?

13:02 THE WITNESS: "Hello".

13:02 MR. RIDULFO: He's back on.

13:02 MS. LINDAUER: Cindi, can you read him back the last question we asked him?

13:02 (The requested portion of the record was read back.)

13:02 Q (By Ms. Lindauer) When we were talking about your wife.

13:03 A. Our request is very simple, just to get back our principal and interest.

13:03 Q. So, that would be a yes; is that correct?

13:03 A. I answered already.

13:03 Q. All right. Let's do this, let me make a suggestion, it is a little after 1:00. If you can give us about 15 minutes to circle the troops on where we are

13:49 option of some kits for shares were some kind or delay
13:49 paying back indefinitely. Things like that.
13:49 Q. Who came up with the idea of filing a
13:49 bankruptcy? Who came up with that idea?
13:50 A. I really don't remember who. The focus was on
13:50 how to collect but I don't remember.
13:50 Q. Okay. Have you spoken to the lenders since
13:50 the bankruptcy was filed to discuss with them the filing
13:50 of the bankruptcy --
13:50 (Internet Disconnected Interpreter)
13:51 THE COURT REPORTER: We lost Jennifer.
13:51 MS. LINDAUER: Okay. Did you hear the
13:51 last question? I don't know if Jennifer got to
13:51 translate that. Jennifer?
13:51 THE WITNESS: "Hello", "Hello".
13:51 MS. LINDAUER: I don't see Jennifer on
13:51 the list any longer.
13:51 THE COURT REPORTER: No, she's not.
13:51 MS. LINDAUER: I think we lost Jennifer.
13:51 I don't know what happened to her. Apparently she
13:53 dropped off.
13:54 THE INTERPRETER: Hello? Sorry. Okay.
13:54 Where did we leave off?
13:54 MS. LINDAUER: Okay. Can you read the
13:54 last question back?

14:08 sorry.

14:08 A. All lenders were involved.

14:08 Q. How do you know all lenders were involved?

14:09 A. Because there is a WeChat group, my wife is part of that group, so she told me.

14:09 Q. Okay. So, there's a WeChat -- it's the WeChat group that you're referring to, correct?

14:09 A. Correct.

14:09 Q. Are you aware that the Wall entities attempted to send money back to certain of the lenders? Are you aware of that fact?

14:09 A. I don't know about it.

14:10 Q. Okay. And do you know if your wife provided information about the accounts that she transferred money from in China, so that the Wall entities would have that information?

14:10 A. You need to call my wife because she has the -- I didn't do it.

14:10 Q. Did you communicate to Steve Wall that if he could get you $3 million and if he could get Mr. Fu $2 million, you would drop or be involved in dropping the bankruptcy case?

14:10 MR. RIDULFO: I'm going to object -- hold on. Give me a minute to object.

14:11 MS. LINDAUER: Sure.

14:11 MR. RIDULFO: I don't know -- hold on a minute, please. I don't know whether those discussions are protected by Rule 408 of the Federal Rules of Civil Procedure. I don't know the context of those discussions. I just want to put that on the record --

14:11 MS. LINDAUER: Sure.

14:11 MR. RIDULFO: -- that those discussions, they are privileged.

14:11 MS. LINDAUER: Well, I'm assuming that the lawyers don't know anything about those discussions because they didn't come through the lawyers. So, the -- yeah.

14:11 MR. RIDULFO: Well, I don't think you've established that. That's why I'm raising the objection.

14:11 MS. LINDAUER: Okay. Well, then, let's break it down.

14:11 Q (By Ms. Lindauer) Mr. Jiang, did you and Mr. Fu discuss trying to settle the bankruptcy case with Mr. Wall?

14:11 A. Yes, I did it with Steve Wall.

14:12 Q. Okay. And when did that take place?

14:12 A. Let me think about it. I think we met at the beginning of June.

14:12 Q. Okay. And who was present besides you and Mr. Fu? Was there anyone else present? Was Mr. Wall

present also?

A. So, five people. Me, Jack, Michael Fu, Steve Wall and Mike.

Q. And who's Mike?

A. My Texas friend whose name is Mike. My California friend whose name is Jack, like what I said before.

Q. Does he know their full names?

A. Jack Wu in California. Mike Yao in Texas.

Q. And what was the proposal that was discussed?

A. Because the Barton one-sidedly stopped coming occasionally with us -- with me. So my hope was to come weigh this proposal through Steve Wall, which is 3 million, pays me back the principal and the interest, I will back out the bankruptcy lawsuit.

Q. Was that the entire proposal?

A. Yeah. That's the entire content of the proposal.

Q. Was Mr. Fu to get any money as part of that proposal?

A. No, because I'm not a friend of Michael Fu. I treat Michael Fu, Steve Wall, Tim Barton as the group because I did business with them. I treat them as one group.

MS. LINDAUER: Can you explain what he

14:20 Mr. Jiang, with picking up cash in Las Vegas in the amount of $25 million?

14:21 MR. RIDULFO: Objection, but you can answer.

14:21 A. I have never heard of such a thing.

14:21 MS. LINDAUER: Okay. We'll pass the witness at this time.

14:21 MR. RIDULFO: I have no questions and we'll reserve.

14:21 MR. OU: I don't have any questions.

14:21 MR. PACKMAN: No questions.

14:21 MS. LINDAUER: All right. Michael, we want to talk about -- we don't know what to do about this communication issue that's going on with this deposition but --

14:22 MR. RIDULFO: Well, wait a minute. Let's go ahead and excuse the witness. I also have a question for Jennifer, but we can come back to that in a second.

14:22 MS. LINDAUER: Sure. Okay. What we'd like to do is talk about possibly rescheduling Mr. Jiang in the next day or so and try to figure out a better situation than these constant breaks every other question, so, I don't know if that's possible or not. I know he's leaving the United States.

14:22 So, I think what we'd like to do, though,