BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re:<br>WALL007 LLC | Debtor(s) | §<br>§<br>§<br>§ | Case No.: 20−31131−hdh7<br>Chapter No.: 7 |
| Jun Li, et al. | Appellant(s) | §<br>§ | |
| vs.<br>WALL007 LLC , et al. | Appellee(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## CERTIFICATE OF MAILING

Notice of Appeal Filed By: Jun Li, et al.

Re: [336] Order on motion to reconsider

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on April 5, 2021.

DATED: 4/5/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk