BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
WALL007 LLC

Debtor(s)

Jun Li, et al.

Appellant(s)

vs.
WALL007, LLC, et al.

Appellee(s)

Case No.: 20−31131−hdh7
Chapter No.: 7

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).
- ☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).
- ☐ The Proposed Findings of Fact and Conclusions of Law.
- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).
- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.
- ☐ Other
- ☑ Copies of: Notice of appeal, appealed order [336] and supporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED: 4/5/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 20−31131−hdh7

Received in District Court by: ___________

Date: ________

Volume Number(s): _______

cc: Harlin DeWayne Hale
Stephen Manz
Grayson Williams
Attorney(s) for Appellant
US Trustee

**Appellant** Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and, Yijing Wu

Brian Gargano, Esq.
Jiangang Ou, Esq.
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
832−767−0339

**Appellee** WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, AND WALL017, LLC

Joyce W. Lindauer, Esquire
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
972−503−4033

BTXN 150 (rev. 11/10)

In Re:
WALL007 LLC

Debtor(s)

§ Case No.: 20−31131−hdh7
§ Chapter No.: 7

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**
Jun Li, et al.

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Brian Gargano, Esq.
Jiangang Ou, Esq.
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
832−767−0339

**APPELLEE**
WALL007, LLC, et al.

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

Attorney's (If Known)
Joyce W. Lindauer, Esquire
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
972−503−4033

## II. BASIS OF JURISDICTION

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. NATURE OF SUIT

- ◉ 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157
- ○ 890 Other Statutory Actions

## V. ORIGIN

- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
422 Appeal 28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

Judge:

Docket Number: 3:21−cv−00029−S 3:21-CV-782-X

DATED: 4/5/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk

Brian Gargano Esq.
Jiangang Ou Esq.
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
Tel: (832) 767-0339
Fax: (832) 767-0669
Email: bgargano@nguyen-chen.com
Email: jou@nguyen-chen.com

*COUNSEL FOR THE PETITIONING CREDITORS*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**NOTICE OF APPEAL[2]**

Petitioning Creditors, Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang,

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors"). Currently, Alleged Debtors' federal tax identification numbers are unknown to Petitioning Creditors.

[2] This was timely filed as an Amended Notice of Appeal on 2/26/2021 [Dkt. No. 363]. On 3/3/2021, the Clerk filed correspondence addressing the Amended Notice of Appeal stating "Clerk's correspondence requesting to file a notice of appeal from attorney for appellant. (RE: related document(s)[363] INCORRECT ENTRY. Incorrect form. Amended notice of appeal filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Jin Wang, Lin Zhou (RE: related document(s)[314] Notice of appeal). (Gargano, Brian) Modified on 3/3/2021 .) Responses due by 3/5/2021. (Whitaker, Sheniqua)." [Dkt. No. 365].

Ou Jiang, Jinzhe Wu, Yadan Liu, Wenjuan Yin, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu (the "Petitioning Creditors"), file this Amended Notice of Appeal in accordance with 28 U.S.C. § 158 (a)(1) and Fed. R. Bankr. P. 8002.

**<u>Part 1:</u> Identify the appellants**

1. Names of Appellants: Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, WaWenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and, Yijing Wu.

2. Position of Appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal: Petitioning Creditors

**<u>Part 2:</u> Identify the subject of the appeal**

1. Describe the judgment, order, or decree appealed from and the date on which the judgment, order, or decree was entered:

   a. Order Denying Motion to Reconsider Order Dismissing Involuntary Bankruptcy Cases (Dkt. No. 336) entered on February 12, 2021.

**<u>Part 3:</u> Identify the other parties to this appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

**Appellants:**

Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jinqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, and, Yijing Wu.

Brian Gargano, Esq.
Jiangang Ou, Esq.
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
Email: bgargano@nguyen-chen.com
jou@nguyen-chen.com
Tel: (832) 767-0339
Fax: (832) 767-0669

**Appellees:**

WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, AND WALL017, LLC

Joyce W. Lindauer, Esquire
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Email: joyce@joycelindauer.com
Tel: (972) 503-4033
Fax: (972) 503-4034

**<u>Part 4:</u> Optional election to have appeal heard by District Court (applicable only in certain districts).**

Not applicable

**Part 5:** **Sign Below**

Dated: March 5, 2021

Respectfully submitted,

**NGUYEN & CHEN LLP**

/s/ *Brian M. Gargano*
Brian M. Gargano
State Bar No. 24102898
bgargano@nguyen-chen.com
Jiangang Ou
State Bar No. 5451133NY
jou@nguyen-chen.com
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Tel: (832) 767-0339
Fax: (832) 767-0669

*Counsel for Appellants/Petitioning Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically via ECF and/or by first class mail to the parties in this bankruptcy case.

Dated: March 5, 2021

/s/ *Brian M. Gargano*
Brian M. Gargano

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 12, 2021**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*,** | § | **Case No. 20-31131 (HDH)** |
| | § | |
| **Alleged Debtors.** | § | **(Jointly Administered)** |

**ORDER DENYING MOTION TO RECONSIDER**
**ORDER DISMISSING INVOLUNTARY BANKRUPTCY CASES**

Before the Court is the *Amended Motion of the Petitioning Creditors for (I) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (II) Related Relief* [Docket No. 325] (the "Motion to Reconsider") in which the movants (the "Petitioning Creditors") ask this Court to vacate the *Order Dismissing Involuntary Bankruptcy Cases Without Prejudice* [Docket No. 310] (the "Dismissal Order").

As brief background, the above-captioned cases are involuntary bankruptcy proceedings filed by the Petitioning Creditors, who are mostly Chinese nationals residing in mainland China. On August 19, 2020, this Court issued an oral ruling disposing of four outstanding discovery motions. Based on determinations that (1) depositions of the Petitioning Creditors are necessary

**EXHIBITS, APPEAL, DISMISSED, jntadmn, LEAD, REFORM**

**U.S. Bankruptcy Court**
**Northern District of Texas (Dallas)**
**Bankruptcy Petition #: 20-31131-hdh7**

*Assigned to:* Harlin DeWayne Hale
Chapter 7
Involuntary

*Date filed:* 04/08/2020
*Debtor dismissed:* 12/07/2020

*Debtor disposition:* Dismissed for Other Reason

***Petitioning Creditor***
**Jun Li,** ***Petitioning Creditor***
No. 336 Central Tianfu Street
Wenjiant District
Chengdu
China

represented by **Brian Michael Gargano**
Nguyen & Chen, LLP
11200 Westheimer, Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: bgargano@nguyen-chen.com

**Jiangang Ou**
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

**Stephen M. Packman**
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
(215) 246-3147
Fax : (215) 963-9999
Email: spackman@archerlaw.com

***Petitioning Creditor***
**Yunding Kang,** ***Petitioning Creditor***
Room 2401, 56 New Nuclear Power Village
No. 55 Xinqiao South Road
Wuyuan Town, Haiyan County
Zhejiang Province
China

represented by **Brian Michael Gargano**
(See above for address)

**Jiangang Ou**
(See above for address)

**Stephen M. Packman**
(See above for address)

***Petitioning Creditor***
**Cunxiang Ji,** ***Petitioning Creditor***

represented by **Brian Michael Gargano**
(See above for address)

9-1, Weisi Road
Datong Mining Area
Shanxi Province
China

**Jiangang Ou**
(See above for address)

**Stephen M. Packman**
(See above for address)

*Petitioning Creditor*
**Jin Wang,** ***Petitioning Creditor***
4-2-202, Huanxi Xincun
Xiachen District
Hangzhou
China

represented by **Brian Michael Gargano**
(See above for address)

**Jiangang Ou**
(See above for address)

**Stephen M. Packman**
(See above for address)

*Petitioning Creditor*
**Peng Guo,** ***Petitioning Creditor***
6th Floor, Block C, North Third Ring Roa
East Dongcheng District
Bejing, No. 36
World Trade Center
China

represented by **Brian Michael Gargano**
(See above for address)

**Jiangang Ou**
(See above for address)

**Stephen M. Packman**
(See above for address)

*Petitioning Creditor*
**Lin Zhou,** ***Petitioning Creditor***
1-406, Lane 1058
Lotus Road
Minghang District
Shanghai
China

represented by **Brian Michael Gargano**
(See above for address)

**Jiangang Ou**
(See above for address)

**Stephen M. Packman**
(See above for address)

*Petitioning Creditor*
**Qu Chen,** ***Petitioning Creditor***
1-4-602, Yongtai,
Haidian District
Beijing
China

represented by **Brian Michael Gargano**
(See above for address)

**Jiangang Ou**
(See above for address)

**Stephen M. Packman**
(See above for address)

*Petitioning Creditor*
**Kai Tian,** ***Petitioning Creditor***
No. 17 Minkang Hutong
Xiachen District
Bejing
China

represented by **Brian Michael Gargano**
(See above for address)

**Jiangang Ou**
(See above for address)

**Stephen M. Packman**
(See above for address)

*Alleged Debtor*

represented by **Joyce W. Lindauer**

WALL007 LLC, *Debtor*
13901 Midway Rd., Ste. 102
Dallas, TX 75244
DALLAS-TX
SSN / ITIN: xxx-xx-0000

Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

**Khudabuksh K Walji**
Law Office of K. Walji
10701 Corporate Drive, Ste 350
Stafford, TX 77477
281-401-9672

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 04/08/2020 | 1 (105 pgs) Chapter 7 involuntary petition against a non-individual. Fee Amount $335 Re: WALL007 LLC Filed by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian (Ou, Jiangang) |
| 04/08/2020 | Receipt of filing fee for Involuntary petition (chapter 7)(20-31131-7) [misc,invol7] ( 335.00). Receipt number 27642101, amount $ 335.00 (re: Doc# 1). (U.S. Treasury) |
| 04/10/2020 | 2 (2 pgs) Involuntary summons issued on WALL007 LLC . (Bergreen, J.) |
| 04/10/2020 | 3 (2 pgs) Standing scheduling order regarding involuntary cases. Status Conference to be held on 5/15/2020 at 10:30 AM at Dallas Judge Hale Ctrm (VIA WEBEX VIDEO CONFERENCE). Entered on 4/10/2020 (Bergreen, J.) |
| 04/16/2020 | 4 (12 pgs) Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Ou, Jiangang) |
| 04/16/2020 | 5 (5 pgs) Motion for expedited hearing(related documents 4 Motion for joint administration) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Ou, Jiangang) (GRANTED ORALLY; DKT #4 SET FOR TELEPHONIC HEARING ON 4/22/20 AT 10:30 AM) Modified on 4/17/2020 (Bergreen, J.). |
| 04/16/2020 | 6 (3 pgs) Certificate of service re: Motion for Joint Administration and Motion for Expedited Hearing filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)4 Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20- |

| | |
|---|---|
| | 31139 , 5 Motion for expedited hearing(related documents 4 Motion for joint administration) ). (Ou, Jiangang) |
| 04/17/2020 | 7 (5 pgs) Notice of hearing filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)4 Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou). Hearing to be held on 4/22/2020 at 10:30 AM Dallas Judge Hale Ctrm for 4, (Ou, Jiangang) |
| 04/17/2020 | 8 (3 pgs) Certificate of service re: Notice of Hearing for Motion for Joint Administration filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)7 Notice of hearing). (Ou, Jiangang) |
| 04/20/2020 | 9 (1 pg) Certificate of service re: Summons, Involuntary Bankruptcy Petition and Scheduling Order filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7), 2 Involuntary summons issued, 3 Standing scheduling order regarding involuntary cases). (Ou, Jiangang) |
| 04/20/2020 | 10 (4 pgs) Notice of Appearance and Request for Notice *and Reservation of Rights* by Patrick D. Sullivan filed by Creditor Benchmark Acquisitions, LLC. (Sullivan, Patrick) |
| 04/22/2020 | Hearing held on 4/22/2020. (RE: related document(s)4 Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED.) (Green, Shanette) (Entered: 04/23/2020) |
| 04/24/2020 | 11 (7 pgs) Order jointly administered lead case 20-31131 with member case(s) 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139. (RE: related document(s)4 Motion for joint administration filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian). Entered on 4/24/2020 (Ecker, C.) |
| 04/24/2020 | 12 (1 pg) Request for transcript regarding a hearing held on 4/22/2020. The requested turn-around time is 3-day expedited (Green, Shanette) |
| 04/26/2020 | 13 (10 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)11 Order jointly administered lead case 20-31131 with member case(s) 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139. (RE: related document(s)4 Motion for joint administration filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian). Entered on 4/24/2020 (Ecker, C.)) No. of Notices: 1. Notice Date 04/26/2020. (Admin.) |
| 04/27/2020 | 14 (5 pgs) Transcript regarding Hearing Held 4/22/2020 RE: 4, motion for joint administration. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 07/27/2020. Until that time the transcript may be viewed at the Clerk's |

| | |
|---|---|
| | Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy Sumner, Telephone number 214 802-7196. (RE: related document(s) Hearing held on 4/22/2020. (RE: related document(s)4 Motion for joint administration of cases 20-31131, 20-31133, 20-31134, 20-31135, 20-31136, 20-31138, 20-31139 Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED.)). Transcript to be made available to the public on 07/27/2020. (Sumner, Cindy) |
| 05/04/2020 | 15 (3 pgs) Certificate of service re: Order Directing Joint Administration of Debtors' Chapter 7 Cases filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)11 Order (jntadmn-LEAD) (granting)). (Ou, Jiangang) |
| 05/05/2020 | 16 (2 pgs) Notice of Appearance and Request for Notice by Robert W. Buchholz filed by Creditor Southern Star Capital, LLC. (Buchholz, Robert) |
| 05/06/2020 | 17 (2 pgs) Notice of Appearance and Request for Notice by Joyce W. Lindauer filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 05/07/2020 | 18 (7 pgs; 2 docs) Motion to dismiss case Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 05/07/2020 | 19 (31 pgs) Brief in support filed by Alleged Debtor WALL007 LLC (RE: related document(s)18 Motion to dismiss case, 20 Motion for substitution of real party-in-interest, 21 Motion for bond, 22 Motion for award of fees, costs and damages, 23 Motion to abstain ). (Lindauer, Joyce). Modified on 5/8/2020 (Rielly, Bill). |
| 05/07/2020 | 20 (7 pgs; 2 docs) Motion for substitution of real party-in-interest filed by WALL007 LLC . (Attachments: # 1 Proposed Order) (Rielly, Bill) (Entered: 05/08/2020) |
| 05/07/2020 | 21 (7 pgs; 2 docs) Motion for bond filed by WALL007 LLC . (Attachments: # 1 Proposed Order) (Rielly, Bill) (Entered: 05/08/2020) |
| 05/07/2020 | 22 (7 pgs; 2 docs) Motion for award of fees, costs and damages filed by WALL007 LLC . (Attachments: # 1 Proposed Order) (Rielly, Bill) (Entered: 05/08/2020) |
| 05/07/2020 | 23 (7 pgs; 2 docs) Motion to abstain filed by WALL007 LLC . (Attachments: # 1 Proposed Order) (Rielly, Bill) (Entered: 05/08/2020) |
| 05/12/2020 | 24 (2 pgs) Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)18 Motion to dismiss case Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order), 20 Motion for substitution of real party-in-interest filed by WALL007 LLC. (Attachments: # 1 Proposed Order), 21 Motion for bond filed by WALL007 LLC. (Attachments: # 1 Proposed Order), 22 Motion for award of fees, costs and damages filed by WALL007 LLC. (Attachments: # 1 Proposed Order), 23 Motion to abstain filed by WALL007 LLC. (Attachments: # 1 Proposed Order)). Hearing to be held on 8/17/2020 at 09:00 AM Dallas Judge Hale Ctrm for 20 and for 18 and for 22 and for 23 and for 21, (Lindauer, Joyce) |
| 05/13/2020 | 25 (13 pgs) Pre-Status Conference Report filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Ou, Jiangang) |

| | |
|---|---|
| 05/14/2020 | 26 (1 pg) Statement of Corporate Ownership filed. Corporate parents added to case: Carnegie Development LLC. filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 05/14/2020 | 27 (5 pgs) Motion to dismiss case */Second Motion to Dismiss* Filed by Alleged Debtor WALL007 LLC (Lindauer, Joyce) |
| 05/14/2020 | 28 (4 pgs) Notice */Alleged Debtor's List of Creditors* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 05/15/2020 | 30 Hearing held on 5/15/2020. (RE: related document(s)1 Chapter 7 involuntary petition against a non-individual. Fee Amount $335 Re: WALL007 LLC Filed by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian) (STATUS CONFERENCE HELD; SET FOR TRIAL ON 8/17/2020.) (Green, Shanette) (Entered: 05/19/2020) |
| 05/18/2020 | 29 (2 pgs) Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)27 Motion to dismiss case */Second Motion to Dismiss* Filed by Alleged Debtor WALL007 LLC). Hearing to be held on 6/15/2020 at 09:00 AM Dallas Judge Hale Ctrm for 27, (Lindauer, Joyce) |
| 05/26/2020 | 31 (2 pgs) Notice */ Alleged Debtors' Certificate of Service of First Sets of Discovery* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 05/28/2020 | 32 (27 pgs; 3 docs) Certificate of service re: Amended Certificate of Service for Petition, Summons, and Scheduling Order filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)9 Certificate of service). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Ou, Jiangang) |
| 05/28/2020 | 33 (33 pgs; 3 docs) Certificate of service re: Amended Certificate of Service for Motion for Joint Administration, Motion for Expedited Consideration, and Notice of Hearing for Motion for Joint Admin filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)6 Certificate of service, 8 Certificate of service). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Ou, Jiangang) |
| 05/28/2020 | 34 (10 pgs; 3 docs) Motion to waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B) (Ou, Jiangang) MODIFIED text to match pdf on 6/1/2020 (Bergreen, J.). |
| 05/29/2020 | 35 (47 pgs; 3 docs) Response opposed to (related document(s): 18 Motion to dismiss case filed by Alleged Debtor WALL007 LLC, 20 Motion by WALL007 LLC. filed by Alleged Debtor WALL007 LLC, 21 Motion by WALL007 LLC. filed by Alleged Debtor WALL007 LLC, 22 Motion by WALL007 LLC. filed by Alleged Debtor WALL007 LLC, 23 Motion by WALL007 LLC. filed by Alleged Debtor WALL007 LLC, 27 Motion to dismiss case */Second Motion to Dismiss* filed by Alleged Debtor WALL007 LLC) filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Ou, Jiangang) |
| 05/29/2020 | 36 (3 pgs) Certificate of service re: Amended Certificate of Service regarding the Summons to a Debtor in an Involuntary Case, Involuntary Petition against a Non-Individual, |

| | |
|---|---|
| | and Standing Scheduling Order Regarding Involuntary Cases, Amended Certificate of Service regarding the Motion of Petitioning Creditors for Entry of an Order Directing Joint Administration of Related Chapter 7 Cases, Motion for Expedited Consideration of the Petitioning Creditors Motion for Entry of an Order Directing Joint Administration of Related Chapter 7 Cases, and Notice of Hearing for Motion for Entry of an Order Directing Joint Administration of Relates Chapter 7 Cases, The Motion to Waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel, Petitioning Creditors Response to Alleged Debtors Motions to Dismiss and Motions for Other Relief filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)32 Certificate of service, 33 Certificate of service, 34 Motion to waive appearance at Motion to Waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel, 35 Response). (Ou, Jiangang) |
| 05/29/2020 | 37 (19 pgs; 4 docs) Response opposed to (related document(s): 27 Motion to dismiss case */Second Motion to Dismiss* filed by Alleged Debtor WALL007 LLC) filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Ou, Jiangang) |
| 06/02/2020 | 38 (23 pgs; 5 docs) Motion to quash *(Emergency Motion)* Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Ou, Jiangang) |
| 06/02/2020 | 39 (7 pgs; 2 docs) Motion for expedited hearing(related documents 38 Motion to quash) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Proposed Order) (Ou, Jiangang) |
| 06/02/2020 | 40 (7 pgs) Notice of hearing *re: The Petitioning Creditors Emergency Motion (I) To Quash Or Modify The Alleged Debtors Rule 45 Subpoenas Upon Petitioning Creditors, Jin Wang And Yijing Wu And Third Parties; (II) For An Order Scheduling A Discovery Conference And Setting A Discovery Schedule; (III) Requiring The Alleged Debtors To Abide By The Discovery Order And Adjourn Depositions Of Third Party Witnesses And (IV) For Sanctions Against Counsel For The Alleged Debtors And Timothy Barton For Violations Of Discovery Rules And Witness Intimidation* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)38 Motion to quash *(Emergency Motion)* Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)). Hearing to be held on 6/3/2020 at 09:00 AM Dallas Judge Hale Ctrm for 38, (Ou, Jiangang) |
| 06/02/2020 | 41 (2 pgs) Order granting motion to waive requirement of local bankruptcy rule 2090-4 for designation of local counsel (related document # 34) Entered on 6/2/2020. (Blanco, J.) |
| 06/02/2020 | 42 (3 pgs) Order granting motion for expedited hearing on Motion (I) To Quash Or Modify The Alleged Debtors Rule 45 SubpoenasUpon Petitioning Creditors, Jin Wang And Yijing Wu And Third Parties; (II) For An OrderScheduling A Discovery Conference And Setting A Discovery Schedule; (III) Requiring TheAlleged Debtors To Abide By The Discovery Order And Adjourn Depositions Of Third PartyWitnesses And (IV) For Sanctions Against Counsel For The Alleged Debtors And Timothy BartonFor Violations Of Discovery Rules And Witness Intimidation (Related Doc# 39)(document set for hearing: 38 Motion to quash) Hearing to be held on 6/3/2020 at 09:00 AM Dallas Judge Hale Ctrm for 38, Entered on 6/2/2020. (Blanco, J.) |

| | |
|---|---|
| 06/02/2020 | 43 (18 pgs) Response opposed to (related document(s): 38 Motion to quash *(Emergency Motion)* filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 06/03/2020 | 44 Hearing held on 6/3/2020. (RE: related document(s)38 Motion to quash *(Emergency Motion)* Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou.) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED IN PART; MR. PACKMAN TO UPLOAD ORDER AFTER CIRCULATING.) (Green, Shanette) |
| 06/03/2020 | 45 (3 pgs) Notice / *Letter to The Court* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 06/04/2020 | 46 (2 pgs) Request for transcript regarding a hearing held on 6/3/2020. The requested turn-around time is ordinary 30 day (Green, Shanette) |
| 06/04/2020 | 47 (3 pgs) Notice *Letter* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Ou, Jiangang) |
| 06/04/2020 | 48 (4 pgs) Order granting in part Emergency Motion (I) To Quash OrModify The Alleged Debtors Rule 45 Subpoenas Upon Petitioning Creditors, Jin Wang And YijingWu And Third Parties; (II) For An Order Scheduling A Discovery Conference And Setting ADiscovery Schedule; (III) Requiring The Alleged Debtors To Abide By The Discovery Order AndAdjourn Depositions Of Third Party Witnesses And (IV) For Sanctions Against Counsel For TheAlleged Debtors And Timothy Barton For Violations Of Discovery Rules And Witness Intimidation (related document # 38) Entered on 6/4/2020. (Blanco, J.) |
| 06/04/2020 | 49 (11 pgs; 2 docs) Declaration re: *WALL007 LLC's Acknowledgements of Receipt of Loan Proceeds* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 06/04/2020 | 50 (16 pgs; 2 docs) Declaration re: *WALL009 LLC's Acknowledgements of Receipt of Loan Proceeds* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 06/04/2020 | 51 (7 pgs; 2 docs) Declaration re: *WALL010 LLC's Acknowledgements of Receipt of Loan Proceeds* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 06/04/2020 | 52 (13 pgs; 2 docs) Declaration re: *WALL011 LLC's Acknowledgements of Receipt of Loan Proceeds* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 06/04/2020 | 53 (16 pgs; 2 docs) Declaration re: *WALL012 LLC's Acknowledgements of Receipt of Loan Proceeds* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding |

| | |
|---|---|
| | Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 06/04/2020 | 54 (19 pgs; 2 docs) Declaration re: *WALL016 LLC's Acknowledgements of Receipt of Loan Proceeds* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 06/04/2020 | 55 (20 pgs; 2 docs) Declaration re: *WALL017 LLC's Acknowledgements of Receipt of Loan Proceeds* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)1 Involuntary petition (chapter 7)). (Attachments: # 1 Exhibit A) (Ou, Jiangang) |
| 06/04/2020 | 56 (6 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)42 Order granting motion for expedited hearing on Motion (I) To Quash Or Modify The Alleged Debtors Rule 45 SubpoenasUpon Petitioning Creditors, Jin Wang And Yijing Wu And Third Parties; (II) For An OrderScheduling A Discovery Conference And Setting A Discovery Schedule; (III) Requiring TheAlleged Debtors To Abide By The Discovery Order And Adjourn Depositions Of Third PartyWitnesses And (IV) For Sanctions Against Counsel For The Alleged Debtors And Timothy BartonFor Violations Of Discovery Rules And Witness Intimidation (Related Doc39)(document set for hearing: 38 Motion to quash) Hearing to be held on 6/3/2020 at 09:00 AM Dallas Judge Hale Ctrm for 38, Entered on 6/2/2020. (Blanco, J.)) No. of Notices: 1. Notice Date 06/04/2020. (Admin.) |
| 06/04/2020 | 57 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)41 Order granting motion to waive requirement of local bankruptcy rule 2090-4 for designation of local counsel (related document 34) Entered on 6/2/2020. (Blanco, J.)) No. of Notices: 1. Notice Date 06/04/2020. (Admin.) |
| 06/10/2020 | 58 (3 pgs) Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)27 Motion to dismiss case */Second Motion to Dismiss*). (Lindauer, Joyce) |
| 06/11/2020 | 59 (4 pgs) Witness and Exhibit List filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)27 Motion to dismiss case */Second Motion to Dismiss*). (Ou, Jiangang) |
| 06/12/2020 | 60 (2 pgs) Notice of Appearance and Request for Notice *Notice of Appearance and Request for Service of Notices and Pleadings* by Katherine T. Hopkins filed by Interested Party Neighborhood Association of Lost Creek Estates, Inc. (Hopkins, Katherine) |
| 06/12/2020 | 61 (5 pgs) Notice filed by Alleged Debtor WALL007 LLC (RE: related document(s)29 Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)27 Motion to dismiss case */Second Motion to Dismiss* Filed by Alleged Debtor WALL007 LLC). Hearing to be held on 6/15/2020 at 09:00 AM Dallas Judge Hale Ctrm for 27,). (Lindauer, Joyce) |
| 06/12/2020 | 62 (11 pgs; 4 docs) Declaration re: *Declaration of Jorge Garcia, Esquire in Further Support of Petitioning Creditors' Response to Alleged Debtors Second Motions to Dismiss* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)37 Response). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Ou, Jiangang) |

| | |
|---|---|
| 06/14/2020 | 63 (207 pgs) Motion for leave */Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362* Filed by Alleged Debtor WALL007 LLC (Lindauer, Joyce) |
| 06/15/2020 | 64 (9 pgs) Declaration re: */Declaration of Timothy Barton* filed by Alleged Debtor WALL007 LLC (RE: related document(s)27 Motion to dismiss case */Second Motion to Dismiss*). (Lindauer, Joyce) |
| 06/15/2020 | 65 (15 pgs; 2 docs) Notice of Appearance and Request for Notice *Notice of Appearance and Request for Service of Notices and Pleadings, and Notice of Amended State Court Filing related to Dkt. No. 63 Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chp 7 Proceedings (RE: Related document(s) 63 Motion for leave /Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362 filed by Alleged Debtor WALL007 LLC)* by Katherine T. Hopkins filed by Interested Parties L. Allen Hodges, III, Blackfoot Interest, Ltd., LAH III Family Specific Interest, Ltd., Tejas Group, Ltd.. (Attachments: # 1 Exhibit A) (Hopkins, Katherine). . Modified on 6/15/2020 (Rielly, Bill). |
| 06/15/2020 | 66 Hearing held on 6/15/2020. (RE: related document(s)27 Motion to dismiss case */Second Motion to Dismiss* Filed by Alleged Debtor WALL007 LLC) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION DENIED; DEADLINE FOR WET SIGNATURES WILL BE 7/6/2020; MS. LINDAUER TO PREPARE ORDER.) (Green, Shanette) |
| 06/15/2020 | 67 (4 pgs; 2 docs) Motion for expedited hearing(related documents 63 Motion for leave) Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) (GRANTED ORALLY; DKT #63 SET FOR HEARING ON 6/19/20 AT 10:00 AM VIA WEBEX) Modified on 6/16/2020 (Bergreen, J.) |
| 06/16/2020 | 68 (18 pgs; 2 docs) Objection to (related document(s): 67 Motion for expedited hearing(related documents 63 Motion for leave) filed by Alleged Debtor WALL007 LLC) *The State Court Plaintiffs' Objection to Alleged Debtors' Motion for Expedited Hearing* filed by Interested Parties Blackfoot Interest, Ltd., L. Allen Hodges, III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd.. (Attachments: # 1 Exhibit A) (Hopkins, Katherine) |
| 06/16/2020 | 69 (5 pgs) Expedited Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)63 Motion for leave */Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362* Filed by Alleged Debtor WALL007 LLC). Hearing to be held on 6/19/2020 at 10:00 AM Dallas Judge Hale Ctrm for 63, (Lindauer, Joyce) |
| 06/16/2020 | 70 (19 pgs) Support/supplemental document*/Alleged Debtors' Supplement to Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. Section 362* filed by Alleged Debtor WALL007 LLC (RE: related document(s)63 Motion for leave */Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362*). (Lindauer, Joyce) |
| 06/17/2020 | 71 (26 pgs) Transcript regarding Hearing Held 06/03/2020 RE: 38, motion to quash. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 09/15/2020. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy |

| | |
|---|---|
| | Sumner, Telephone number 214802-7196. (RE: related document(s) 44 Hearing held on 6/3/2020. (RE: related document(s)38 Motion to quash *(Emergency Motion)* Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou.) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED IN PART; MR. PACKMAN TO UPLOAD ORDER AFTER CIRCULATING.)). Transcript to be made available to the public on 09/15/2020. (Sumner, Cindy) |
| 06/17/2020 | 72 (4 pgs) Notice */Joint Discovery Plan* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 06/17/2020 | 73 (3 pgs) Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)63 Motion for leave */Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362*). (Lindauer, Joyce) |
| 06/18/2020 | 74 (2 pgs) Notice of Appearance and Request for Notice by Michael P. Ridulfo filed by Bob Jiang, Michael Fu. (Ridulfo, Michael) |
| 06/18/2020 | 75 (285 pgs; 7 docs) Amended Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)73 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Lindauer, Joyce) |
| 06/18/2020 | 76 (145 pgs; 10 docs) Witness and Exhibit List *The State Court Plaintiffs Designation Of Witnesses And Exhibits For June 19, 2020 Hearing* filed by Interested Parties Blackfoot Interest, Ltd., L. Allen Hodges, III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. (RE: related document(s)63 Motion for leave */Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362*). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F Part 1 PG1-25 # 7 Exhibit F Part 1 Pg 26 - 50 # 8 Exhibit F Part 2 # 9 Exhibit G) (Hopkins, Katherine) |
| 06/18/2020 | 77 (26 pgs; 2 docs) Objection to (related document(s): 63 Motion for leave */Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362* filed by Alleged Debtor WALL007 LLC)*The State Court Plaintiffs' Objection to Alleged Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. Sec. 362 and Related Supplement* filed by Interested Parties Blackfoot Interest, Ltd., L. Allen Hodges, III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd.. (Attachments: # 1 Exhibit A) (Hopkins, Katherine) |
| 06/19/2020 | 78 Hearing held on 6/19/2020. (RE: related document(s)63 Motion for leave /Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362, filed by Alleged Debtor WALL007 LLC). (Findings Read Into Record; Motion Denied) (Edmond, Michael) |
| 06/19/2020 | 80 (2 pgs) Court admitted exhibits date of hearing June 19, 2020 (RE: related document(s)63 Motion for leave/Debtors' Emergency Motion to Enforce Automatic Stay Until Adjudication of the Chapter 7 Proceedings Pursuant to Section 11 U.S.C. 362, filed by Alleged Debtor WALL007 LLC) (COURT ADMITTED EXHIBIT'S PLAINTIFF'S EXHIBIT #1, #2, #3, #4, #5 & #6; AND DEFENDANT EXHIBIT'S #A, #B, #C, #D, #E, #F & #G) (Edmond, Michael) (Entered: 06/22/2020) |

| | |
|---|---|
| 06/22/2020 | 79 (3 pgs) Notice of Appearance and Request for Notice by Behrooz P. Vida filed by Creditor Tamamoi, LLC and FDRE, Inc.. (Vida, Behrooz) |
| 06/23/2020 | 81 (2 pgs) Order on second motion of alleged debtors to dismiss involuntary petition without prejudice for procedural deficiencies. (related document # 27) Entered on 6/23/2020. (Whitaker, Sheniqua) |
| 07/02/2020 | 82 (2 pgs) Order granting emergency motion to enforce automatic stay until adjudication of the chapter 7 proceeding pursuant to section 11 USC 362 (related document # 63) Entered on 7/2/2020. (Blanco, J.) |
| 07/02/2020 | 83 (27 pgs; 10 docs) Motion for contempt against Timothy Barton regarding Failure To Comply With The Courts Order Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Declaration of Jiangang Ou # 2 Exhibit 1 to Declaration of Jiangang Ou # 3 Exhibit 2 to Declaration of Jiangang Ou # 4 Exhibit 3 to Declaration of Jiangang Ou # 5 Exhibit 4 to Declaration of Jiangang Ou # 6 Exhibit 5 to Declaration of Jiangang Ou # 7 Exhibit 6 to Declaration of Jiangang Ou # 8 Exhibit 7 to Declaration of Jiangang Ou # 9 Proposed Order) (Packman, Stephen) |
| 07/06/2020 | 84 (3 pgs) Declaration for electronic filing *Certification of Jiangang Ou, Esquire Regarding Receipt of Original "Wet-Signature" Petitions and Declarations from Petitioning Creditors* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Ou, Jiangang) |
| 07/17/2020 | 86 (46 pgs; 11 docs) Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $181, Filed by Creditor Tamamoi, LLC and FDRE, Inc. Affidavit Re: Primary Residence due 07/24/2020. Objections due by 7/31/2020. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit) (Vida, Behrooz) |
| 07/17/2020 | Receipt of filing fee for Motion for relief from stay(20-31131-hdh7) [motion,mrlfsty] ( 181.00). Receipt number 27934270, amount $ 181.00 (re: Doc# 86). (U.S. Treasury) |
| 07/17/2020 | 87 (3 pgs) Affidavit by Creditor regarding a security interest in the Debtors principal residence filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)86 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $181,). (Vida, Behrooz) |
| 07/17/2020 | 88 (2 pgs) Notice of hearing *on Motion for Relief from Automatic Stay* filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)86 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $181, Filed by Creditor Tamamoi, LLC and FDRE, Inc. Affidavit Re: Primary Residence due 07/24/2020. Objections due by 7/31/2020. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit)). Preliminary hearing to be held on 8/5/2020 at 01:30 PM at Dallas Judge Hale Ctrm. (Vida, Behrooz) |
| 07/20/2020 | 89 (3 pgs) Motion to appear pro hac vice for Khudabuksh K. Walji. Fee Amount $100 Filed by Alleged Debtor WALL007 LLC (Lindauer, Joyce) |
| 07/20/2020 | Receipt of filing fee for Motion to Appear pro hac vice(20-31131-hdh7) [motion,mprohac] |

| | |
|---|---|
| | ( 100.00). Receipt number 27941227, amount $ 100.00 (re: Doc# 89). (U.S. Treasury) |
| 07/22/2020 | 90 (3 pgs) Amended Motion to appear pro hac vice for Khudabuksh K. Walji. (related document: 89) Filed by Interested Party Carnegie Development LLC (Lindauer, Joyce) |
| 07/23/2020 | 91 (1 pg) Order granting motion to appear pro hac vice adding Khudabuksh K Walji for WALL007 LLC (related document # 90) Entered on 7/23/2020. (Blanco, J.) |
| 07/23/2020 | 92 (80 pgs; 6 docs) Motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E - Proposed Order) (Packman, Stephen) |
| 07/23/2020 | 93 (7 pgs; 2 docs) Motion for expedited hearing(related documents 92 Motion to compel re: discovery) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Proposed Order) (Packman, Stephen) (GRANTED ORALLY; DKT #92 SET FOR HEARING ON 7/31/20 AT 9:00 AM VIA WEBEX) Modified on 7/24/2020 (Bergreen, J.). |
| 07/23/2020 | 94 (7 pgs; 2 docs) Notice of hearing filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)83 Motion for contempt against Timothy Barton regarding Failure To Comply With The Courts Order Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Declaration of Jiangang Ou # 2 Exhibit 1 to Declaration of Jiangang Ou # 3 Exhibit 2 to Declaration of Jiangang Ou # 4 Exhibit 3 to Declaration of Jiangang Ou # 5 Exhibit 4 to Declaration of Jiangang Ou # 6 Exhibit 5 to Declaration of Jiangang Ou # 7 Exhibit 6 to Declaration of Jiangang Ou # 8 Exhibit 7 to Declaration of Jiangang Ou # 9 Proposed Order)). Hearing to be held on 8/10/2020 at 09:00 AM Dallas Judge Hale Ctrm for 83, (Attachments: # 1 Exhibit A) (Packman, Stephen) |
| 07/23/2020 | 95 (5 pgs) Objection to (related document(s): 83 Motion for contempt against Timothy Barton regarding Failure To Comply With The Courts Order filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 07/24/2020 | 96 (6 pgs) Notice of hearing *for the Petitioning Creditors' Motion to Compel Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Jin Wang, Lin Zhou (RE: related document(s)92 Motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E - Proposed Order)). Hearing to be held on 7/31/2020 at 01:30 PM Dallas Judge Hale Ctrm for 92, (Packman, Stephen) |
| 07/24/2020 | 97 (2 pgs) Certificate of service re: Notice Of Hearing For The Petitioning Creditors' Motion To Compel Responses To Petitioning Creditors' First Request For Production Of Documents And First Set Of Interrogatories. filed by Petitioning Creditors Qu Chen, Peng |

| | |
|---|---|
| | Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)96 Notice of hearing). (Packman, Stephen) |
| 07/24/2020 | 98 (3 pgs) Notice of Appearance and Request for Notice by Steven C. Metzger filed by Interested Party Timothy Barton. (Metzger, Steven) |
| 07/24/2020 | 99 (4 pgs) Response opposed to (related document(s): 83 Motion for contempt against Timothy Barton regarding Failure To Comply With The Courts Order filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) filed by Interested Party Timothy Barton. (Metzger, Steven) |
| 07/25/2020 | 100 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)91 Order granting motion to appear pro hac vice adding Khudabuksh K Walji for WALL007 LLC (related document 90) Entered on 7/23/2020. (Blanco, J.)) No. of Notices: 1. Notice Date 07/25/2020. (Admin.) |
| 07/27/2020 | 101 (41 pgs; 2 docs) Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 07/27/2020 | 102 (4 pgs; 2 docs) Motion for expedited hearing(related documents 101 Motion to compel re: discovery) Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 07/27/2020 | 103 (5 pgs) Expedited Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 7/31/2020 at 01:30 PM Dallas Judge Hale Ctrm for 101, (Lindauer, Joyce) |
| 07/27/2020 | 104 (1 pg) Order granting motion for expedited hearing (Related Doc# 102)(document set for hearing: 101 Motion to compel re: discovery) Hearing to be held on 7/31/2020 at 01:30 PM Dallas Judge Hale Ctrm for 101, Entered on 7/27/2020. (Blanco, J.) |
| 07/28/2020 | 105 (15 pgs; 2 docs) Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 07/28/2020 | 106 (4 pgs; 2 docs) Motion for expedited hearing(related documents 105 Motion to compel re: discovery) Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 07/28/2020 | 107 (4 pgs) Order granting motion for expedited hearing (Related Doc# 106)(document set for hearing: 105 Motion to compel re: discovery) Hearing to be held on 7/31/2020 at 01:30 PM Dallas Judge Hale Ctrm for 105, Entered on 7/28/2020. (Blanco, J.) |
| 07/28/2020 | 108 (5 pgs) Expedited Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: |

| | |
|---|---|
| | related document(s)105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 7/31/2020 at 01:30 PM Dallas Judge Hale Ctrm for 105, (Lindauer, Joyce) |
| 07/28/2020 | 109 (2 pgs) Declaration re: *Of Timothy Barton* filed by Interested Party Timothy Barton (RE: related document(s)83 Motion for contempt against Timothy Barton regarding Failure To Comply With The Courts Order). (Metzger, Steven) |
| 07/29/2020 | 110 (8 pgs) Objection to (related document(s): 92 Motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 07/29/2020 | 111 (21 pgs) Declaration re: *Declaration of Amy M. Huber re: WALL007 LLC Wet Signature Acknowledgements* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)84 Declaration for electronic filing). (Packman, Stephen) |
| 07/29/2020 | 112 (27 pgs) Declaration re: *Declaration of Amy M. Huber re: WALL009 LLC Wet Signature Acknowledgements* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)84 Declaration for electronic filing). (Packman, Stephen) |
| 07/29/2020 | 113 (11 pgs) Declaration re: *Declaration of Amy M. Huber re: WALL010 LLC Wet Signature Acknowledgements* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)84 Declaration for electronic filing). (Packman, Stephen) |
| 07/29/2020 | 114 (25 pgs) Declaration re: *Declaration of Amy M. Huber re: WALL011 LLC Wet Signature Acknowledgements* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)84 Declaration for electronic filing). (Packman, Stephen) |
| 07/29/2020 | 115 (33 pgs) Declaration re: *Declaration of Amy M. Huber re: WALL012 LLC Wet Signature Acknowledgements* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)84 Declaration for electronic filing). (Packman, Stephen) |
| 07/29/2020 | 116 (23 pgs) Declaration re: *Declaration of Amy M. Huber re: WALL016 LLC Wet Signature Acknowledgements* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)84 Declaration for electronic filing). (Packman, Stephen) |
| 07/29/2020 | 117 (34 pgs) Declaration re: *Declaration of Amy M. Huber re: WALL017 LLC Wet Signature Acknowledgements* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)84 Declaration for electronic filing). (Packman, Stephen) |
| 07/29/2020 | 118 (9 pgs) Response opposed to (related document(s): 101 Motion to compel re: |

| | |
|---|---|
| | discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures filed by Alleged Debtor WALL007 LLC) filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Packman, Stephen) |
| 07/29/2020 | 119 (41 pgs; 5 docs) Response opposed to (related document(s): 105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses filed by Alleged Debtor WALL007 LLC) filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Packman, Stephen) |
| 07/31/2020 | 120 (4 pgs) Objection to (related document(s): 86 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $181, filed by Creditor Tamamoi, LLC and FDRE, Inc.)*/WALL010, LLC's Objection to Motion for Relief from Stay* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 07/31/2020 | 126 Hearing held on 7/31/2020. (RE: related document(s)92 Motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E - Proposed Order)) (RESET TO 8/17.) (Green, Shanette) (Entered: 08/10/2020) |
| 07/31/2020 | 127 Hearing held on 7/31/2020. (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) (RESET TO 8/17.) (Green, Shanette) (Entered: 08/10/2020) |
| 07/31/2020 | 128 Hearing held on 7/31/2020. (RE: related document(s)105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) (RESET TO 8/17.) (Green, Shanette) (Entered: 08/10/2020) |
| 08/03/2020 | 121 (2 pgs) Affidavit */Declaration of Timothy Barton* filed by Alleged Debtor WALL007 LLC (RE: related document(s)120 Objection). (Lindauer, Joyce) |
| 08/05/2020 | 122 (2 pgs) Affidavit */Supplemental Declaration of Timothy Barton* filed by Alleged Debtor WALL007 LLC (RE: related document(s)120 Objection, 121 Affidavit). (Lindauer, Joyce) |
| 08/05/2020 | 123 (2 pgs) Affidavit */Supplemental Declaration of Timothy Barton* filed by Alleged Debtor WALL007 LLC (RE: related document(s)122 Affidavit). (Lindauer, Joyce) |
| 08/05/2020 | 139 Hearing held on 8/5/2020. (RE: related document(s)86 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $181, Filed by Creditor Tamamoi, LLC and FDRE, Inc. Affidavit Re: Primary Residence due 07/24/2020. Objections due by 7/31/2020. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit)) (SET FOR FINAL; MR VIDA TO GET SETTING.) (Green, Shanette) (Entered: 08/13/2020) |
| 08/10/2020 | 124 (116 pgs; 9 docs) INCORRECT ENTRY: Incorrect event used. Support/supplemental |

| | |
|---|---|
| | document *Petitioning Creditors' Amended Motion to Compel* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)92 Motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Packman, Stephen) Modified on 8/10/2020 (Kerr, S.). |
| 08/10/2020 | 125 (4 pgs) Support/supplemental document *Amended Exhibit B to Petitioning Creditors' Amended Motion to Compel* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Jin Wang, Lin Zhou (RE: related document(s)129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian). (Packman, Stephen). Modified on 8/11/2020 (Kerr, S.). |
| 08/10/2020 | 129 (118 pgs; 9 docs) Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure 30(b)(4) (related document: 92) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Packman, Stephen) |
| 08/10/2020 | Hearing NOT held on 8/10/2020. (RE: related document(s)83 Motion for contempt against Timothy Barton regarding Failure To Comply With The Courts Order Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Declaration of Jiangang Ou # 2 Exhibit 1 to Declaration of Jiangang Ou # 3 Exhibit 2 to Declaration of Jiangang Ou # 4 Exhibit 3 to Declaration of Jiangang Ou # 5 Exhibit 4 to Declaration of Jiangang Ou # 6 Exhibit 5 to Declaration of Jiangang Ou # 7 Exhibit 6 to Declaration of Jiangang Ou # 8 Exhibit 7 to Declaration of Jiangang Ou # 9 Proposed Order)) (AGREED RESET PER S. PACKMAN.) (Green, Shanette) (Entered: 08/17/2020) |
| 08/11/2020 | 130 (2 pgs) Notice of hearing *on Motion for Relief from Automatic Stay* filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)86 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $181, Filed by Creditor Tamamoi, LLC and FDRE, Inc. Affidavit Re: Primary Residence due 07/24/2020. Objections due by 7/31/2020. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit)). Hearing to be held on 10/19/2020 at 09:00 AM Dallas Judge Hale Ctrm for 86, (Vida, Behrooz) |
| 08/11/2020 | 131 (5 pgs) Notice of hearing *re: Petitioning Creditors' Amended Motion to Compel* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure 30(b)(4) (related document: 92) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H)). Hearing to be held on 8/17/2020 at 09:00 AM Dallas Judge Hale Ctrm for 129, (Packman, Stephen) |

| | |
|---|---|
| 08/11/2020 | 132 (2 pgs) Certificate of service re: Notice of Hearing for Amended Motion to Compel filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)131 Notice of hearing). (Packman, Stephen) |
| 08/11/2020 | 133 (30 pgs; 2 docs) Motion to quash *Petitioners' Deposition Notices* Filed by Interested Parties Hongpeng Lin, Venkat Murugan, Timothy Barton, Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 08/11/2020 | 135 (2 pgs) INCORRECT ENTRY - Request for transcript regarding a hearing held on 7/31/2020. The requested turn-around time is 3-day expedited (Green, Shanette). Modified on 8/12/2020 (Green, Shanette). (Entered: 08/12/2020) |
| 08/11/2020 | 136 (2 pgs) Request for transcript regarding a hearing held on 7/31/2020. The requested turn-around time is 3-day expedited (Green, Shanette) (Entered: 08/12/2020) |
| 08/12/2020 | 134 (4 pgs; 2 docs) Motion for expedited hearing(related documents 133 Motion to quash) Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce)(GRANTED ORALLY; DKT #133 SET FOR HEARING 8/17/20 AT 9:00 AM) Modified on 8/12/2020 (Green, Shanette). |
| 08/12/2020 | 137 (6 pgs) Expedited Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)133 Motion to quash *Petitioners' Deposition Notices* Filed by Interested Parties Hongpeng Lin, Venkat Murugan, Timothy Barton, Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 8/17/2020 at 09:00 AM Dallas Judge Hale Ctrm for 133, (Lindauer, Joyce) |
| 08/12/2020 | 138 (4 pgs) Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures, 105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses, 129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure, 133 Motion to quash *Petitioners' Deposition Notices*). (Lindauer, Joyce) |
| 08/13/2020 | 140 (11 pgs) Objection to (related document(s): 133 Motion to quash *Petitioners' Deposition Notices* filed by Interested Party Timothy Barton, Alleged Debtor WALL007 LLC, Interested Party Venkat Murugan, Interested Party Hongpeng Lin) filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou. (Packman, Stephen) |
| 08/13/2020 | 141 (16 pgs) Transcript regarding Hearing Held 7/31/2020 RE: 86, motion for relief from stay; 101, motion to compel; 105, motion to compel. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 11/12/2020. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy Sumner, Telephone number 214802-7196. (RE: related document(s) 126 Hearing held on 7/31/2020. (RE: related document(s)92 Motion to compel re: discovery Responses to Petitioning Creditors' First Request for |

| | |
|---|---|
| | Production of Documents and First Set of Interrogatories Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E - Proposed Order)) (RESET TO 8/17.), 127 Hearing held on 7/31/2020. (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) (RESET TO 8/17.), 128 Hearing held on 7/31/2020. (RE: related document(s)105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) (RESET TO 8/17.)). Transcript to be made available to the public on 11/12/2020. (Sumner, Cindy) |
| 08/13/2020 | 142 (6 pgs) Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order), 105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 8/17/2020 at 09:00 AM Dallas Judge Hale Ctrm for 105 and for 101, (Lindauer, Joyce) |
| 08/14/2020 | 143 (23 pgs) Notice */Alleged Debtors Status Report for August 17, 2020 Hearing* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 08/14/2020 | 144 (23 pgs) Support/supplemental document*/Alleged Debtors' Supplement to Motion to Compel* filed by Alleged Debtor WALL007 LLC (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures). (Lindauer, Joyce) |
| 08/14/2020 | 145 (13 pgs) Objection to (related document(s): 129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 08/14/2020 | 146 (8 pgs) Reply to (related document(s): 140 Objection filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 08/14/2020 | 147 (379 pgs; 12 docs) Amended Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)138 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 11 # 11 Exhibit 12) (Lindauer, Joyce) |
| 08/17/2020 | Hearing NOT held on 8/17/2020. (RE: related document(s)18 Motion to dismiss case Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order), 20 Motion for substitution of real party-in-interest filed by WALL007 LLC . (Attachments: # 1 Proposed Order), 21 Motion for bond filed by WALL007 LLC . (Attachments: # 1 Proposed Order), 22 Motion for award of fees, costs and damages filed by WALL007 LLC . (Attachments: # 1 |

| | |
|---|---|
| | Proposed Order), 23 Motion to abstain filed by WALL007 LLC . (Attachments: # 1 Proposed Order)) (ALL MATTERS TO BE RESET PER HEARING HELD 7/31/20.) (Green, Shanette) |
| 08/17/2020 | 148 Hearing held on 8/17/2020. (RE: related document(s)129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure 30(b)(4) (related document: 92) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou.) (MATTER TAKEN UNDER ADVISEMENT; THE COURT WILL PROVIDE PARTIES WITH SOME GUIDANCE VIA WEBEX.) (Green, Shanette) |
| 08/17/2020 | 149 Hearing held on 8/17/2020. (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC.) (MATTER TAKEN UNDER ADVISEMENT; THE COURT WILL PROVIDE PARTIES WITH SOME GUIDANCE VIA WEBEX.) (Green, Shanette) |
| 08/17/2020 | 150 Hearing held on 8/17/2020. (RE: related document(s)105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC.) (MATTER TAKEN UNDER ADVISEMENT; THE COURT WILL PROVIDE PARTIES WITH SOME GUIDANCE VIA WEBEX.) (Green, Shanette) |
| 08/17/2020 | 151 Hearing held on 8/17/2020. (RE: related document(s)133 Motion to quash *Petitioners' Deposition Notices* Filed by Interested Parties Hongpeng Lin, Venkat Murugan, Timothy Barton, Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) (MATTER TAKEN UNDER ADVISEMENT; THE COURT WILL PROVIDE PARTIES WITH SOME GUIDANCE VIA WEBEX.) (Green, Shanette) |
| 08/18/2020 | 152 (2 pgs) Interim Order on motion for relief from stay by Creditor Tamamoi, LLC and FDRE, Inc. (related document # 86) Entered on 8/18/2020. (Blanco, J.) |
| 08/18/2020 | 153 (6 pgs) Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order), 105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order), 129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure 30(b)(4) (related document: 92) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H), 133 Motion to quash *Petitioners' Deposition Notices* Filed by Interested Parties Hongpeng Lin, Venkat Murugan, Timothy Barton, Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 8/19/2020 at 09:00 AM Dallas Judge Hale Ctrm for 133 and for 105 and for 101 and for 129, (Lindauer, Joyce) |
| 08/19/2020 | 154 (2 pgs) Request for transcript regarding a hearing held on 8/19/2020. The requested turn-around time is 3-day expedited (Green, Shanette) |

| | |
|---|---|
| 08/19/2020 | 155 Hearing held on 8/19/2020. (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) (FINDINGS OF FACT CONCLUSIONS OF LAW; RULING READ INTO THE RECORD.) (Green, Shanette) (Entered: 08/21/2020) |
| 08/19/2020 | 156 Hearing held on 8/19/2020. (RE: related document(s)105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC.) (FINDINGS OF FACT CONCLUSIONS OF LAW; RULING READ INTO THE RECORD.) (Green, Shanette) (Entered: 08/21/2020) |
| 08/19/2020 | 157 Hearing held on 8/19/2020. (RE: related document(s)129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure 30(b)(4) (related document: 92) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou.) (FINDINGS OF FACT CONCLUSIONS OF LAW; RULING READ INTO THE RECORD.) (Green, Shanette) (Entered: 08/21/2020) |
| 08/19/2020 | 158 Hearing held on 8/19/2020. (RE: related document(s)133 Motion to quash *Petitioners' Deposition Notices* Filed by Interested Parties Hongpeng Lin, Venkat Murugan, Timothy Barton, Alleged Debtor WALL007 LLC.) (FINDINGS OF FACT CONCLUSIONS OF LAW; RULING READ INTO THE RECORD.) (Green, Shanette) (Entered: 08/21/2020) |
| 08/21/2020 | 159 (11 pgs) Transcript regarding Hearing Held 8/19/2020 RE: 101, motion to compel; 105, motion to compel; 129, amended motion to compel; 133, motion to quash. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 11/19/2020. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy Sumner, Telephone number 214802-7196. (RE: related document(s) 155 Hearing held on 8/19/2020. (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) (FINDINGS OF FACT CONCLUSIONS OF LAW; RULING READ INTO THE RECORD.), 156 Hearing held on 8/19/2020. (RE: related document(s)105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC.) (FINDINGS OF FACT CONCLUSIONS OF LAW; RULING READ INTO THE RECORD.), 157 Hearing held on 8/19/2020. (RE: related document(s)129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure 30(b)(4) (related document: 92) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou.) (FINDINGS OF FACT CONCLUSIONS OF LAW; RULING READ INTO THE RECORD.), 158 Hearing held on 8/19/2020. (RE: related document(s)133 Motion to quash *Petitioners' Deposition Notices* Filed by Interested Parties Hongpeng Lin, Venkat Murugan, Timothy Barton, Alleged Debtor WALL007 LLC.) (FINDINGS OF FACT CONCLUSIONS OF LAW; RULING READ INTO THE RECORD.)). Transcript to be made available to the public on 11/19/2020. (Sumner, Cindy) |
| 08/27/2020 | 160 (16 pgs; 2 docs) Support/supplemental document *Supplement To Motion For An Order (I) Holding Timothy Barton In Contempt For Failure To Comply With The Courts* |

| | |
|---|---|
| | *Order (Ii) Imposing Sanctions Against Timothy Barton And Awarding The Petitioning Creditors Attorneys Fees And (Iii) Requiring Barton To Appear Before The Court Concerning The Imposition Of Additional Sanctions Against Him And/Or The Debtor* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)83 Motion for contempt against Timothy Barton regarding Failure To Comply With The Courts Order). (Attachments: # 1 Exhibits to Supplement) (Packman, Stephen) |
| 08/31/2020 | 161 (6 pgs; 2 docs) Motion to quash *Petitioners Supplement to Motion to Quash in the alternative, Response and Opposition to Petitioners' Supplement to Motion for Contempt* (related documents 83 Motion for contempt against Timothy Barton regarding Failure To Comply With The Courts Order filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian, 160 Support/supplemental document filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Interested Party Timothy Barton (Attachments: # 1 Declaration No. 2 of Timothy Barton) (Metzger, Steven) |
| 09/03/2020 | 162 (1 pg) Clerk's correspondence requesting an order from attorney for petitioning creditors. (RE: related document(s)129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure 30(b)(4) (related document: 92) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H)) Responses due by 9/17/2020. (Kerr, S.) |
| 09/03/2020 | 163 (1 pg) Clerk's correspondence requesting an order from attorney for alleged debtor. (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) Responses due by 9/17/2020. (Kerr, S.) |
| 09/03/2020 | 164 (1 pg) Clerk's correspondence requesting an order from attorney for alleged debtor. (RE: related document(s)105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) Responses due by 9/17/2020. (Kerr, S.) |
| 09/04/2020 | 165 (2 pgs) Order granting in part, denying in part motion to compel re: discovery(related document 101) Entered on 9/4/2020. (Blanco, J.) Modified on 9/4/2020 (Blanco, J.). |
| 09/04/2020 | 166 (2 pgs) DUPLICATE ENTRY SEE 165 Order granting in part motion to compel re: discovery(related document 101) Entered on 9/4/2020. (Blanco, J.) Modified on 9/4/2020 (Blanco, J.). |
| 09/04/2020 | 167 (3 pgs) Order granting in part, denying in part motion to compel re: discovery(related document # 129) Entered on 9/4/2020. (Blanco, J.) |
| 09/04/2020 | 168 (2 pgs) Order granting in part, denying in part motion to quash (related document # 133) Entered on 9/4/2020. (Blanco, J.) |

| | |
|---|---|
| 09/04/2020 | 169 (2 pgs) Order granting in part, denying in part motion to compel re: discovery(related document # 105) Entered on 9/4/2020. (Blanco, J.) |
| 09/06/2020 | 170 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)169 Order granting in part, denying in part motion to compel re: discovery(related document 105) Entered on 9/4/2020. (Blanco, J.)) No. of Notices: 1. Notice Date 09/06/2020. (Admin.) |
| 09/09/2020 | 171 (2 pgs) Request for transcript regarding a hearing held on 8/17/2020. The requested turn-around time is daily (Green, Shanette) |
| 09/10/2020 | 172 (29 pgs) Transcript regarding Hearing Held 8/17/2020 RE: 129, amended motion to compel discovery responses; 101, motion to compel discovery responses; 105, motion to compel discovery responses; 133, motion to quash. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 12/9/2020. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy Sumner, Telephone number 214802-7196. (RE: related document(s) 148 Hearing held on 8/17/2020. (RE: related document(s)129 Amended motion to compel re: discovery Responses to Petitioning Creditors' First Request for Production of Documents and First Set of Interrogatories and Certain Party Deponents to Appear for Depositions, Pursuant to Federal Rule of Civil Procedure 30(b)(4) (related document: 92) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou.) (MATTER TAKEN UNDER ADVISEMENT; THE COURT WILL PROVIDE PARTIES WITH SOME GUIDANCE VIA WEBEX.), 149 Hearing held on 8/17/2020. (RE: related document(s)101 Motion to compel re: discovery / Alleged Debtors' Motion to Compel Production of Documentary Evidence Permitting Verification of Electronic Signatures Filed by Alleged Debtor WALL007 LLC.) (MATTER TAKEN UNDER ADVISEMENT; THE COURT WILL PROVIDE PARTIES WITH SOME GUIDANCE VIA WEBEX.), 150 Hearing held on 8/17/2020. (RE: related document(s)105 Motion to compel re: discovery Responses / Second Motion to Compel Discovery Responses Filed by Alleged Debtor WALL007 LLC.) (MATTER TAKEN UNDER ADVISEMENT; THE COURT WILL PROVIDE PARTIES WITH SOME GUIDANCE VIA WEBEX.), 151 Hearing held on 8/17/2020. (RE: related document(s)133 Motion to quash *Petitioners' Deposition Notices* Filed by Interested Parties Hongpeng Lin, Venkat Murugan, Timothy Barton, Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order)) (MATTER TAKEN UNDER ADVISEMENT; THE COURT WILL PROVIDE PARTIES WITH SOME GUIDANCE VIA WEBEX.)). Transcript to be made available to the public on 12/9/2020. (Sumner, Cindy) |
| 09/10/2020 | 173 (48 pgs; 7 docs) Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 9/24/2020. (Attachments: # 1 Exhibit 1, Legal description. # 2 Exhibit 2, Promissory Note # 3 Exhibit 3, Deed of Trust. # 4 Exhibit 4, Personal Guarantee. # 5 Exhibit 5, Notice of Foreclosure # 6 Exhibit 6, Affidavit.) (Buchholz, Robert) |
| 09/10/2020 | Receipt of filing fee for Motion for relief from stay(20-31131-hdh7) [motion,mrlfsty] ( 181.00). Receipt number 28086913, amount $ 181.00 (re: Doc# 173). (U.S. Treasury) |
| 09/10/2020 | 174 (2 pgs) Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)173 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 9/24/2020. (Attachments: # 1 Exhibit 1, Legal description. # 2 Exhibit 2, Promissory Note # 3 Exhibit 3, Deed of Trust. # 4 Exhibit 4, |

| | |
|---|---|
| | Personal Guarantee. # 5 Exhibit 5, Notice of Foreclosure # 6 Exhibit 6, Affidavit.)). Preliminary hearing to be held on 9/30/2020 at 01:30 PM at Dallas Judge Hale Ctrm. (Buchholz, Robert) |
| 09/15/2020 | 175 (140 pgs; 6 docs) Motion to Reconsider(related documents 165 Order on motion to compel re: discovery, 166 Order on motion to compel re: discovery, 167 Order on motion to compel re: discovery, 168 Order on motion to quash, 169 Order on motion to compel re: discovery) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Packman, Stephen) |
| 09/23/2020 | 176 (17 pgs) Objection to (related document(s): 173 Motion for relief from stay Fee amount $181, filed by Creditor Southern Star Capital, LLC)*/WALL009, LLC's Response and Objection to Motion of Southern Star Capital, LLC d/b/a Reliance Mortgage Company for Relief from Automatic Stay* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 09/23/2020 | 177 (24 pgs) Objection to (related document(s): 175 Motion to Reconsider(related documents 165 Order on motion to compel re: discovery, 166 Order on motion to compel re: discovery, 167 Order on motion to compel re: discovery, 168 Order on motion to quash, 169 Order on motion to compel re: disc filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian)*/Response and Objection to Motion of Petitioning Creditors for (i) Reconsideration of Discovery Orders; and (ii) Related Relief* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 09/28/2020 | 178 (5 pgs) Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)173 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 9/24/2020. (Attachments: # 1 Exhibit 1, Legal description. # 2 Exhibit 2, Promissory Note # 3 Exhibit 3, Deed of Trust. # 4 Exhibit 4, Personal Guarantee. # 5 Exhibit 5, Notice of Foreclosure # 6 Exhibit 6, Affidavit.)). Hearing to be held on 11/10/2020 at 09:00 AM Dallas Judge Hale Ctrm for 173, (Buchholz, Robert) |
| 09/30/2020 | 181 Hearing NOT held on 9/30/2020. (RE: related document(s)173 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 9/24/2020. (Attachments: # 1 Exhibit 1, Legal description. # 2 Exhibit 2, Promissory Note # 3 Exhibit 3, Deed of Trust. # 4 Exhibit 4, Personal Guarantee. # 5 Exhibit 5, Notice of Foreclosure # 6 Exhibit 6, Affidavit.)) (AGREED PASS TO FINAL PER R. BUCHHOLZ.) (Green, Shanette) (Entered: 10/09/2020) |
| 10/07/2020 | 179 (56 pgs; 11 docs) Amended Motion for relief from stay (related document: 86) Filed by Creditor Tamamoi, LLC and FDRE, Inc. (Attachments: # 1 Exhibit Amended Exhibit A # 2 Exhibit Amended Exhibit B # 3 Exhibit Amended Exhibit C # 4 Exhibit Amended Exhibit D # 5 Exhibit Amended Exhibit E # 6 Exhibit Amended Exhibit F # 7 Exhibit Amended Exhibit G # 8 Exhibit Amended Exhibit H # 9 Exhibit Amended Exhibit I # 10 Exhibit Amended Exhibit J) (Vida, Behrooz) |
| 10/08/2020 | 180 (2 pgs) Notice of hearing *on Amended Motion for Relief from Automatic Stay* filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)179 Amended Motion for relief from stay (related document: 86) Filed by Creditor Tamamoi, LLC and FDRE, Inc. (Attachments: # 1 Exhibit Amended Exhibit A # 2 Exhibit Amended Exhibit B # 3 Exhibit Amended Exhibit C # 4 Exhibit Amended Exhibit D # 5 Exhibit Amended Exhibit E # 6 |

| | |
|---|---|
| | Exhibit Amended Exhibit F # 7 Exhibit Amended Exhibit G # 8 Exhibit Amended Exhibit H # 9 Exhibit Amended Exhibit I # 10 Exhibit Amended Exhibit J)). Hearing to be held on 10/19/2020 at 09:00 AM Dallas Judge Hale Ctrm for 179, (Vida, Behrooz) Modified hearing time to match PDF on 10/9/2020 (Hyden, Kara). |
| 10/12/2020 | 182 (8 pgs) Motion to dismiss case */Third Motion of Alleged Debtors to Dismiss Involuntary Petition with Prejudice* Filed by Alleged Debtor WALL007 LLC (Lindauer, Joyce) |
| 10/14/2020 | 183 (3 pgs) Notice of Appearance and Request for Notice *for Service Papers* by Darrell Wayne Cook filed by Creditor Fargo Consultants, Inc.. (Cook, Darrell) |
| 10/14/2020 | 184 (5 pgs) Notice of hearing *for the Status Conference* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)175 Motion to Reconsider(related documents 165 Order on motion to compel re: discovery, 166 Order on motion to compel re: discovery, 167 Order on motion to compel re: discovery, 168 Order on motion to quash, 169 Order on motion to compel re: discovery) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E), 182 Motion to dismiss case */Third Motion of Alleged Debtors to Dismiss Involuntary Petition with Prejudice* Filed by Alleged Debtor WALL007 LLC). Status Conference to be held on 10/23/2020 at 09:00 AM Dallas Judge Hale Ctrm for 175 and for 182, (Packman, Stephen) MODIFIED to correct hearing type on 10/15/2020 (Cumby, C). |
| 10/14/2020 | 185 (6 pgs) Objection to (related document(s): 179 Amended Motion for relief from stay (related document: 86) filed by Creditor Tamamoi, LLC and FDRE, Inc.)*/WALL010, LLC's Objection to Amended Motion for Relief from Stay* filed by Alleged Debtor WALL007 LLC. (Lindauer, Joyce) |
| 10/14/2020 | 186 (45 pgs; 7 docs) Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)179 Amended Motion for relief from stay (related document: 86)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Lindauer, Joyce) |
| 10/15/2020 | 187 (4 pgs) Witness and Exhibit List filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)179 Amended Motion for relief from stay (related document: 86)). (Vida, Behrooz) |
| 10/15/2020 | 188 (4 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 189 (11 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 190 (4 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 191 (6 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 192 (5 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, |

| | |
|---|---|
| | Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 193 (2 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 194 (2 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 195 (3 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 196 (3 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 197 (7 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/15/2020 | 198 (53 pgs) Support/supplemental document filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Vida, Behrooz) |
| 10/16/2020 | 199 (4 pgs; 2 docs) Notice *of Hearing for October 19, 2020 at 9:30 A.M.* filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)180 Notice of hearing *on Amended Motion for Relief from Automatic Stay* filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)179 Amended Motion for relief from stay (related document: 86) Filed by Creditor Tamamoi, LLC and FDRE, Inc. (Attachments: # 1 Exhibit Amended Exhibit A # 2 Exhibit Amended Exhibit B # 3 Exhibit Amended Exhibit C # 4 Exhibit Amended Exhibit D # 5 Exhibit Amended Exhibit E # 6 Exhibit Amended Exhibit F # 7 Exhibit Amended Exhibit G # 8 Exhibit Amended Exhibit H # 9 Exhibit Amended Exhibit I # 10 Exhibit Amended Exhibit J)). Hearing to be held on 10/19/2020 at 09:00 AM Dallas Judge Hale Ctrm for 179, (Vida, Behrooz) Modified hearing time to match PDF on 10/9/2020.). (Attachments: # 1 Exhibit) (Vida, Behrooz) |
| 10/16/2020 | 200 (5 pgs; 2 docs) Motion to continue hearing on (related documents 86 Motion for relief from stay, 179 Motion for relief from stay) Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 10/17/2020 | 201 (6 pgs; 2 docs) Opposition Response opposed to (related document(s): 200 Motion to continue hearing on (related documents 86 Motion for relief from stay, 179 Motion for relief from stay) filed by Alleged Debtor WALL007 LLC) filed by Creditor Tamamoi, LLC and FDRE, Inc.. (Attachments: # 1 Proposed Order Proposed Order Denying Motion) (Vida, Behrooz) |
| 10/19/2020 | 203 Hearing held on 10/19/2020. (RE: related document(s)179 Amended Motion for relief from stay (related document: 86) Filed by Creditor Tamamoi, LLC and FDRE, Inc. (Attachments: # 1 Exhibit Amended Exhibit A # 2 Exhibit Amended Exhibit B # 3 Exhibit Amended Exhibit C # 4 Exhibit Amended Exhibit D # 5 Exhibit Amended Exhibit E # 6 Exhibit Amended Exhibit F # 7 Exhibit Amended Exhibit G # 8 Exhibit Amended Exhibit H # 9 Exhibit Amended Exhibit I # 10 Exhibit Amended Exhibit J)) (MOTION TO CONTINUE GRANTED TO 11/3/2020.) (Green, Shanette) (Entered: 10/26/2020) |
| 10/22/2020 | 202 (7 pgs) Order denying motion for reconsideration of discovery orders (related |

| | |
|---|---|
| | document # 175) Entered on 10/22/2020. (Dugan, S.) |
| 10/23/2020 | 204 Hearing held on 10/23/2020. (RE: related document(s)1 STATUS CONFERENCE - Chapter 7 involuntary petition against a non-individual. Fee Amount $335 Re: WALL007 LLC Filed by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian) (TO BE RESET IN APPROXIMATELY 10 DAYS; MOTION TO DISMISS TO BE SET IN APPROXIMATELY 4 WEEKS.) (Green, Shanette) (Entered: 10/26/2020) |
| 10/28/2020 | 205 (4 pgs) INCORRECT ENTRY: Docketed using the incorrect event code see document number 208. Notice *of Continued Status Conference* filed by Alleged Debtor WALL007 LLC (RE: related document(s)175 Motion to Reconsider(related documents 165 Order on motion to compel re: discovery, 166 Order on motion to compel re: discovery, 167 Order on motion to compel re: discovery, 168 Order on motion to quash, 169 Order on motion to compel re: discovery) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E), 182 Motion to dismiss case */Third Motion of Alleged Debtors to Dismiss Involuntary Petition with Prejudice* Filed by Alleged Debtor WALL007 LLC). (Lindauer, Joyce). MODIFIED on 10/29/2020 (Cumby, C). |
| 10/28/2020 | 206 (4 pgs) Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)182 Motion to dismiss case */Third Motion of Alleged Debtors to Dismiss Involuntary Petition with Prejudice* Filed by Alleged Debtor WALL007 LLC). Hearing to be held on 11/30/2020 at 01:30 PM Dallas Judge Hale Ctrm for 182, (Lindauer, Joyce) |
| 10/28/2020 | 207 (104 pgs; 12 docs) Combined Amended Witness and Exhibit List filed by Creditor Tamamoi, LLC and FDRE, Inc. (RE: related document(s)187 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit) (Vida, Behrooz) |
| 10/29/2020 | 208 (4 pgs) Notice of hearing*/Notice of Continued Status Conference* filed by Alleged Debtor WALL007 LLC (RE: related document(s) 1 Involuntary petition (chapter 7) filed by Alleged Debtor WALL007 LLC, Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian). Status Conference to be held on 11/6/2020 at 09:00 AM at Dallas Judge Hale Ctrm. (Lindauer, Joyce). MODIFIED linkage on 10/29/2020 (Bergreen, J.). |
| 10/29/2020 | 209 (4 pgs) Order granting motion to continue hearing on (related document # 200) (related documents Amended Motion for relief from stay (related document: 86)) Hearing to be held on 11/3/2020 at 09:00 AM Dallas Judge Hale Ctrm for 179, Entered on 10/29/2020. (Blanco, J.) |
| 10/29/2020 | 210 (5 pgs) Notice of hearing filed by Alleged Debtor WALL007 LLC (RE: related document(s)18 Motion to dismiss case Filed by Alleged Debtor WALL007 LLC (Attachments: # 1 Proposed Order), 20 Motion for substitution of real party-in-interest filed by WALL007 LLC. (Attachments: # 1 Proposed Order), 21 Motion for bond filed by WALL007 LLC. (Attachments: # 1 Proposed Order), 22 Motion for award of fees, costs and damages filed by WALL007 LLC. (Attachments: # 1 Proposed Order), 23 Motion to abstain filed by WALL007 LLC. (Attachments: # 1 Proposed Order)). Hearing to be held on 12/30/2020 at 09:00 AM Dallas Judge Hale Ctrm for 20 and for 18 and for 22 and for 23 and for 21, (Lindauer, Joyce) |

| | |
|---|---|
| 10/29/2020 | 211 (91 pgs; 10 docs) Witness and Exhibit List filed by Alleged Debtor WALL007 LLC (RE: related document(s)179 Amended Motion for relief from stay (related document: 86)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9) (Lindauer, Joyce) |
| 10/30/2020 | 212 (8 pgs; 2 docs) Motion for protective order Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A (Proposed Order)) (Packman, Stephen) |
| 10/30/2020 | 213 (48 pgs; 2 docs) Declaration re: *Petitioners' Passports and Wet Signatures* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)212 Motion for protective order). (Attachments: # 1 Exhibit A (Wet Signatures)) (Packman, Stephen) |
| 11/03/2020 | 214 (6 pgs; 2 docs) Motion for expedited hearing(related documents 212 Motion for protective order) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Proposed Order) (Packman, Stephen) (GRANTED ORALLY; DKT #212 SET FOR HEARING ON 11/6/20 AT 9:00 AM VIA WEBEX) Modified on 11/3/2020 (Bergreen, J.). |
| 11/03/2020 | 215 (8 pgs; 2 docs) Notice of hearing *on Petitioning Creditors' Motion for Protective Order* filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)212 Motion for protective order Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (Attachments: # 1 Exhibit A (Proposed Order))). Hearing to be held on 11/6/2020 at 09:00 AM Dallas Judge Hale Ctrm for 212, (Attachments: # 1 Exhibit A) (Packman, Stephen) |
| 11/03/2020 | 216 (2 pgs) Request for transcript regarding a hearing held on 10/23/2020. The requested turn-around time is 3-day expedited (Green, Shanette) |
| 11/03/2020 | 217 (1 pg) Certificate of service re: Notice of Hearing on Petitioning Creditors' Motion for Protective Order filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)215 Notice of hearing). (Packman, Stephen) |
| 11/03/2020 | 218 (7 pgs) Notice of appeal . Fee Amount $298 filed by Petitioning Creditors Jun Li, et al. (RE: related document(s)165 Order on motion to compel re: discovery). Appellant Designation due within 14 days of Bankruptcy Court's order granting motion for leave to appeal. (Packman, Stephen) Modified on 11/12/2020 (Whitaker, Sheniqua). MODIFIED text on 11/12/2020 (Whitaker, Sheniqua). |
| 11/03/2020 | 219 (11 pgs) Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)218 Notice of appeal). Appellee designation due by 11/17/2020. (Packman, Stephen) |
| 11/03/2020 | 220 (23 pgs; 3 docs) Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 218 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai |

| | |
|---|---|
| | Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Attachments: # 1 Exhibit A (Orders) # 2 Exhibit B (Proposed Order)) (Packman, Stephen) |
| 11/03/2020 | 221 (22 pgs) Motion for leave to appeal -- *Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit* -- (related document(s): 218 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Packman, Stephen) |
| 11/03/2020 | 222 (3 pgs) Certificate of service re: Petitioning Creditors Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A) and Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)220 Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 218 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Credit, 221 Motion for leave to appeal -- *Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit* -- (related document(s): 218 Notice of app). (Packman, Stephen) |
| 11/03/2020 | 223 (7 pgs) Notice of appeal . Fee Amount $298 filed by Petitioning Creditors Jun Li, et al. (RE: related document(s)167 Order on motion to compel re: discovery). Appellant Designation due within 14 days of Bankruptcy Court's order granting motion for leave to appeal. (Packman, Stephen) MODIFIFED text on 11/12/2020 (Whitaker, Sheniqua). |
| 11/03/2020 | 224 (11 pgs) Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)223 Notice of appeal). Appellee designation due by 11/17/2020. (Packman, Stephen) |
| 11/03/2020 | 225 (23 pgs; 3 docs) Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 223 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Attachments: # 1 Exhibit A (Orders) # 2 Exhibit B (Proposed Order)) (Packman, Stephen) |
| 11/03/2020 | 226 (22 pgs) Motion for leave to appeal -- *Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit* -- (related document(s): 223 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Packman, Stephen) |

| | |
|---|---|
| 11/03/2020 | 227 (3 pgs) Certificate of service re: Petitioning Creditors Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A) and Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)225 Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 223 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Credit, 226 Motion for leave to appeal -- *Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit* -- (related document(s): 223 Notice of app). (Packman, Stephen) |
| 11/03/2020 | 228 (7 pgs) Notice of appeal . Fee Amount $298 filed by Petitioning Creditors Jun Li, et al. (RE: related document(s)168 Order on motion to quash). Appellant Designation due within 14 days of Bankruptcy Court's order granting motion for leave to appeal. (Packman, Stephen) MODIFIED text on 11/12/2020 (Whitaker, Sheniqua). |
| 11/03/2020 | 229 (11 pgs) Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)228 Notice of appeal). Appellee designation due by 11/17/2020. (Packman, Stephen) |
| 11/03/2020 | 230 (23 pgs; 3 docs) Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 228 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Attachments: # 1 Exhibit A (Orders) # 2 Exhibit B (Proposed Order)) (Packman, Stephen) |
| 11/03/2020 | 231 (22 pgs) Motion for leave to appeal -- *Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit* -- (related document(s): 228 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Packman, Stephen) |
| 11/03/2020 | 232 (3 pgs) Certificate of service re: Petitioning Creditors Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A) and Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)230 Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 228 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Credit, 231 Motion for leave to appeal -- *Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit* -- (related document(s): 228 Notice of app). (Packman, Stephen) |
| 11/03/2020 | 233 (7 pgs) Notice of appeal . Fee Amount $298 filed by Petitioning Creditors Jun Li, et |

| | |
|---|---|
| | al. (RE: related document(s)169 Order on motion to compel re: discovery). Appellant Designation due within 14 days of Bankruptcy Court's order granting motion for leave to appeal. (Packman, Stephen) MODIFIED text on 11/12/2020 (Whitaker, Sheniqua). |
| 11/03/2020 | 234 (11 pgs) Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)233 Notice of appeal). Appellee designation due by 11/17/2020. (Packman, Stephen) |
| 11/03/2020 | 235 (23 pgs; 3 docs) Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 233 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Attachments: # 1 Exhibit A (Orders) # 2 Exhibit B (Proposed Order)) (Packman, Stephen) |
| 11/03/2020 | 236 (22 pgs) Motion for leave to appeal -- *Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit* -- (related document(s): 233 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Packman, Stephen) |
| 11/03/2020 | 237 (3 pgs) Certificate of service re: Petitioning Creditors Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A) and Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)235 Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 233 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Credit, 236 Motion for leave to appeal -- *Motion of Petitioning Creditors (A) for Leave to File an Interlocutory Appeal and (B) Requesting Certification to the United States Court of Appeals for the Fifth Circuit* -- (related document(s): 233 Notice of app). (Packman, Stephen) |
| 11/03/2020 | 238 (7 pgs) Notice of appeal . Fee Amount $298 filed by Petitioning Creditors Jun Li, et al. (RE: related document(s)202 Order on motion to reconsider). Appellant Designation due within 14 days of Bankruptcy Court's order granting motion for leave to appeal. (Packman, Stephen) MODIFIED text on 11/12/2020 (Whitaker, Sheniqua). |
| 11/03/2020 | 239 (11 pgs) Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou (RE: related document(s)238 Notice of appeal). Appellee designation due by 11/17/2020. (Packman, Stephen) |
| 11/03/2020 | 240 (23 pgs; 3 docs) Motion for leave to appeal -- *Petitioning Creditors' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A)* -- (related document(s): 238 Notice of appeal filed by Petitioning Creditor Jun Li, Petitioning Creditor Yunding Kang, |

| | |
|---|---|
| | Petitioning Creditor Cunxiang Ji, Petitioning Creditor Jin Wang, Petitioning Creditor Peng Guo, Petitioning Creditor Lin Zhou, Petitioning Creditor Qu Chen, Petitioning Creditor Kai Tian) Filed by Petitioning Creditors Qu Chen, Peng Guo, Cunxiang Ji, Yunding Kang, Jun Li, Kai Tian, Jin Wang, Lin Zhou Objections due by 11/17/2020. (Attachments: # 1 Exhibit A (Orders) # 2 Exhibit B (Proposed Order)) (Packman, Stephen) |

in these cases, (2) conducting the depositions in the United States would be difficult, but possible, (3) conducting the depositions in China, even by video, may be illegal, and (4) proceeding with other discovery or motions would be fruitless if the Petitioning Creditors are not willing to appear for depositions, the Court ordered that before any other discovery or motion practice would continue, counsel for the Petitioning Creditors must sign and file an agreement that the Petitioning Creditors will appear for live depositions in the United States (the "Required Deposition Agreement"). The Court's oral ruling was memorialized in a series of written orders that were entered on September 4, 2020 (the "Discovery Orders").[1]

On September 15, 2020, the Petitioning Creditors filed a motion to reconsider the Discovery Orders,[2] which this Court denied.[3] On November 3, 2020, the Petitioning Creditors filed notices of appeal for the Discovery Orders and the Order Denying Reconsideration,[4] along with motions for leave to file interlocutory appeals of those orders[5] and requests for the certification necessary to obtain a direct review of those orders by the United States Court of Appeals for the Fifth Circuit.[6]

Both the Notices of Appeal and the Motions for Leave were transferred to the District Court for consideration. While those appeals were pending, this Court entered its *Order Directing*

---

[1] The Discovery Orders consist of four orders: *Order Granting in Part the Alleged Debtor's Motion to Compel Discovery Related to Wet Signatures [Dkt. No. 101]* [Docket No. 165]; *Order Granting in Part the Petitioners' Motion to Compel Discovery [Dkt. Nos. 92 & 129]* [Docket No. 167]; *Order Granting in Part the Alleged Debtor's Motion to Quash Petitioners' Deposition Notice [Dkt. No. 133]* [Docket No. 168]; *Order Granting in Part the Alleged Debtor's Second Motion to Compel Discovery Responses from Petitioners [Dkt. No. 105]* [Docket No. 169].

[2] *Motion of the Petitioning Creditors for (I) Reconsideration of Discovery Orders; and (II) Related Relief* [Docket No. 175].

[3] *Order Denying Motion for Reconsideration of Discovery Orders* [Docket No. 202] (the "Order Denying Reconsideration").

[4] Docket Nos. 218, 223, 228, 233, and 238 (the "Notices of Appeal").

[5] Docket Nos. 221, 226, 231, 236, and 241 (the "Motions for Leave").

[6] Dockets Nos. 220, 225, 230, 235, and 240.

*Compliance with Prior Orders* [Docket No. 287] (the "Compliance Order"), ordering that the Alleged Debtors' bankruptcy cases will be dismissed without prejudice if, by the end of the day on December 4, 2020, the Petitioning Creditors have not either (1) filed the Required Deposition Agreement or (2) obtained a stay of the Discovery Orders pending appeal. On November 30, 2020, the District Court denied the Motions for Leave and dismissed the appeals.[7]

On December 4, 2020, certain of the Petitioning Creditors filed their *Live Deposition Agreement* [Docket No. 308] (the "Petitioners' Deposition Agreement"), but there were several problems with the Petitioners' Deposition Agreement. For instance, the Petitioners' Deposition Agreement was only filed on behalf of eleven of the sixty-five Petitioning Creditors. In addition, the Petitioners' Deposition Agreement did not contain an unequivocal statement that even the Petitioning Creditors enumerated therein (the "Petitioner Deponents") were willing to appear for live depositions in the United States. Instead, the Petitioners' Deposition Agreement contained conditions that the Petitioning Creditors never requested, and this Court never approved. Most significantly, the Petitioners' Deposition Agreement contained a condition that COVID-19 vaccines must be available to the Petitioner Deponents prior to their departure to the United States.

On December 7, 2020, the Court entered the Dismissal Order dismissing the Alleged Debtors' bankruptcy cases based, in part, on a finding that the Petitioning Creditors willfully disobeyed the Discovery Orders and the Compliance Order, which made it clear that the Alleged Debtors would be substantially prejudiced by the Petitioning Creditors' refusal to comply, lesser sanctions would not suffice, and these cases would be dismissed if the Petitioning Creditors did not comply.

[7] *See* Case Nos. 3:20-cv-03385, 3:20-cv-03386, 3:20-cv-03387, 3:20-cv-03388, and 3:20-cv-03389.

Document Page 44 of 47

On December 21, 2020, the Petitioning Creditors filed a *Notice of Appeal* [Docket No. 314] for the Dismissal Order, and then on January 8, 2021, the Petitioning Creditors filed the Motion to Reconsider asking this Court to vacate the Dismissal Order. The Alleged Debtors filed an objection to the Motion to Reconsider,[8] and the Petitioning Creditors filed a reply to that objection.[9]

The Motion to Reconsider asks for relief pursuant to Federal Rule of Civil Procedure 60(b), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9024. Rule 60(b) provides six grounds for relief from a prior judgment, but the Petitioning Creditors have cited Rule 60(b)(5) and (6) as the grounds on which they are relying.

Rule 60(b)(5) allows for relief from a judgment if it has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable. Rule 60(b)(6) allows for relief from a judgment based on "any other reason justifying relief from the operation of the judgment," but such relief is granted rarely and only under extraordinary circumstances. *Ruiz v. Quarterman*, 504 F.3d 523, 533 (5th Cir. 2007).

While there are multiple potential bases for relief under Rule 60(b)(5) and (6), the gist of the Motion to Reconsider is that the Dismissal Order is inequitable, unjust, and prejudicial to the Petitioning Creditors. Specifically, the Petitioning Creditors argue the Court should vacate the Dismissal Order because (1) there are new circumstances, (2) the Petitioning Creditors are willing to offer a new version of the Petitioners' Deposition Agreement, (3) the Court relied on erroneous

[8] *Response and Objection to Amended Motion of Petitioning Creditors for (I) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (II) Related Relief* [Docket No. 331].

[9] *Reply to Response and Objection to Amended Motion of Petitioning Creditors for (I) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (II) Related Relief* [Docket No. 333].

findings in the Dismissal Order, (4) if the Dismissal Order is not vacated, the Petitioning Creditors may have to go through the expense of re-filing the involuntary petitions, and (5) if the Dismissal Order is not vacated, the Petitioning Creditors must face the Alleged Debtors' request for relief under Bankruptcy Code section 303(i).

The new circumstances that the Petitioning Creditors rely on in the Motion to Reconsider are (1) the Petitioning Creditors' realization from the Dismissal Order that the Petitioners' Deposition Agreement was unsatisfactory and (2) recent news pertaining to the rollout of the COVID-19 vaccine by Pfizer and Moderna. To begin, the Court does not believe the Petitioning Creditors' claim that they thought the Petitioners' Deposition Agreement was satisfactory when it was submitted is a sufficient basis for vacating the Dismissal Order. With regard to news about the COVID-19 vaccine, the Petitioning Creditors have dropped their previous condition that COVID-19 vaccines are available to the Petitioner Deponents prior to their departure to the United States[10] and are now willing to travel to the United States regardless of whether the vaccine is available to them based on recent progress with the COVID-19 vaccine and their anticipation of the vaccine being widely distributed in the United States by mid-summer 2021. Nevertheless, the Petitioning Creditors are still unwilling to attempt to appear for live depositions in the United States before mid-September 2021. Their plan appears to be for the Alleged Debtors to remain parked in an involuntary bankruptcy for an additional seven months—on top of the eight months already spent prior to the dismissal—before the Alleged Debtors can proceed with depositions that must occur before the Alleged Debtors receive their day in court on the merits of the involuntary petitions. For reasons previously discussed in the Compliance Order and the Dismissal Order, this delay is unacceptable.

[10] *See* Petitioners' Deposition Agreement at ¶ 18(a).

The Petitioning Creditors also argue that the Dismissal Order should be vacated because they are willing to agree to a deposition agreement that they believe would satisfy the Court's concerns. As noted above, this newly-crafted language is unacceptable because it would only agree to live depositions in the United States, subject to certain conditions, starting in mid-September 2021. Beyond the delay though, the Court notes that before entering the Dismissal Order, the Court specifically considered whether it would be appropriate to give the Petitioning Creditors another opportunity to file a compliant deposition agreement. For the reasons stated in the Dismissal Order, the Court found dismissal of the involuntary petitions to be the appropriate next step, and the Court does not believe it would be just or equitable for all parties involved for the Court to begin negotiating with the Petitioning Creditors at this point.

The Petitioning Creditors next argue that the Court was incorrect in finding that allowing the involuntary cases to proceed could have serious consequences for the Alleged Debtors and third parties. Rather, the Petitioning Creditors assert in the Motion to Reconsider that the Alleged Debtors are mere shell companies and do not engage in business or routine operations. In making this argument, the Petitioning Creditors disregard the activity of other creditors in the cases, which was discussed in the Compliance Order. The Court does not believe its finding that allowing the involuntary cases to proceed could have serious consequences for the Alleged Debtors and third parties was in error.

The Petitioning Creditors also argue that if the Dismissal Order is not vacated, the Petitioning Creditors may have to go through the expense of re-filing the involuntary petitions. The Court does not find this argument to be sufficient grounds for vacating the Dismissal Order.

Finally, the Petitioning Creditors argue that if the Dismissal Order is not vacated, the Petitioning Creditors must face the Alleged Debtors' request for relief under Bankruptcy Code

Document Page 7 of 7

section 303(i),[11] which they believe is unjust and inequitable. Upon the nonconsensual dismissal of an involuntary bankruptcy petition, Bankruptcy Code section 303(i) allows alleged debtors to seek recovery from the petitioners for costs, attorneys' fees, and, if the Court finds the petitioners filed the petitions in bad faith, actual and punitive damages. The fact that the Alleged Debtors have chosen to seek relief under Bankruptcy Code section 303(i) has no bearing on whether the Dismissal Order was equitable or just. To be clear, the dismissal of the involuntary bankruptcy cases was not "merely technical" or an "abatement of the proceedings" as the Petitioning Creditors claim in their reply in support of the Motion to Reconsider.[12] The dismissal was a result of the Court's finding that the Petitioning Creditors have willfully disobeyed the Discovery Orders and the Compliance Order, which made it clear that the Alleged Debtors would be substantially prejudiced by the Petitioning Creditors' refusal to comply, lesser sanctions would not suffice, and these cases would be dismissed if the Petitioning Creditors did not comply.

In conclusion, the Court finds no cause to vacate the Dismissal Order. The reasoning stated in the Discovery Orders, the Order Denying Reconsideration, the Compliance Order, and the Dismissal Order still applies. Furthermore, the Dismissal Order is currently on appeal in District Court, and at least one of the Alleged Debtors is now a voluntary debtor in another bankruptcy proceeding.[13]

**IT IS THEREFORE ORDERED** that the Motion to Reconsider is **DENIED**.

###End of Order###

---

[11] *See Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. § 303(i)* [Docket No. 313] (the "303(i) Motion").

[12] *Reply to Response and Objection to Amended Motion of Petitioning Creditors for (I) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (II) Related Relief* [Docket No. 333] at 5.

[13] WALL010, LLC filed bankruptcy case number 21-30016 in the Bankruptcy Court for the Northern District of Texas on January 4, 2021.