BTXN 208 (rev. 07/09)

IN RE: WALL007 LLC

DEBTOR

Motion for leave /Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. Section 303(i) Filed by Alleged Debtor WALL007 LLC (313)

Case #
20−31131−hdh7

**TYPE OF HEARING**

Petitioning Creditors

**PLAINTIFF / MOVANT**

***VS***

**DEFENDANT / RESPONDENT**

B. Gargano

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

WALL EXHIBIT 44 FILED AT DKT #339

PETITIONING CREDITOR EXHIBITS 19.3, 19.9, 19.13, 19.14,

19.15, 19.16, 19.17, 19.18, 19.19, 19.20, 19.21, 19.25,

19.28, 19.34, 19.35, 19.36, 19.38, 19.39, 19.42, 19.43,

19.47, 19.48, 19.51, 19.56, 19.57, 19.62, 19.63, 19.67,

19.68, 20.6, 20.7, 20.8, 20.9, 20.10, 20.14, 20.17 ,

20.24, 20.25, 21.6, 21.8, 21.10, 21.13, 21.14, 21.16, 21.19,

21.22, 21.23, 21.26, 21.27, and 21.28 FILED AT DKT #355.

Shanette Green

REPORTED BY

3−23−21

HEARING DATE

Harlin DeWayne Hale

JUDGE PRESIDING