Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ALLEGED DEBTORS' WITNESS AND EXHIBIT LIST**

Come now WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC., the alleged debtors in the above-styled and numbered bankruptcy case ("Alleged Debtors"), and files this their Witness and Exhibit List for the hearing scheduled on May 11, 2021.

**Witnesses**

At the hearing, the Alleged Debtors may call the following persons to testify as witnesses:

1. Timothy Barton
2. Larry Martin
3. Any witness designated by any other party

**Exhibits**

At the hearing the Alleged Debtors may present one or more of the following exhibits:

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Alleged Debtors' Motion for Petitioners to Post Bond Pursuant to 11 U.S.C. § 303(e) [Docket No. 335] | | |
| 2 | Petitioning Creditors' Response to Alleged Debtors' Motion to Post Bond Pursuant to 11 U.S.C. § 303(e) [Docket No. 375] | | |
| 3 | Any exhibits admitted during the hearing on the Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs and Compensatory and Punitive Damages Pursuant to 11 U.S.C. § 303(i) [Docket No. 313] | | |
| 4 | Any exhibits identified by any other party | | |

Alleged Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and introduce additional exhibits in rebuttal. Alleged Debtors further reserve the right to supplement this list prior to the hearing.

Dated: May 6, 2021.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 6, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer