| | |
|---|---|
| **Subject:** | Re: In re Wall007, LLC 20-31131-HDH-7. Motion for Recovery of Attorneys' Fees filed by Alleged Debtor (313) |
| **Date:** | Wednesday, March 24, 2021 at 1:33:48 PM Central Daylight Time |
| **From:** | TXNB Hdh_Settings |
| **To:** | Brian Gargano, Kerry Alleyne |
| **CC:** | joyce_joycelindauer.com, jou nguyen-chen.com, TXNB Hdh_Settings |
| **Attachments:** | image001.jpg, image002.png, Outlook-o3jk5lra.jpg |

Thank you.

I would say parties should be prepared to finish the hearing, including closing arguments.

Unless Judge Hale has indicated otherwise, hold off on filing findings and conclusions. If Judge Hale determines that will be helpful, he will let the parties know, probably via me or Stephen.

Jenni

Jenni Bergreen
Courtroom Deputy to the
Honorable Harlin D. Hale
U.S. Bankruptcy Court
Northern District of Texas
214-753-2071

---

**From:** Brian Gargano <bgargano@nguyen-chen.com>
**Sent:** Wednesday, March 24, 2021 1:29 PM
**To:** TXNB Hdh_Settings <hdh_settings@txnb.uscourts.gov>; Kerry Alleyne <kerry@joycelindauer.com>
**Cc:** joyce_joycelindauer.com <joyce@joycelindauer.com>; jou nguyen-chen.com <jou@nguyen-chen.com>
**Subject:** Re: In re Wall007, LLC 20-31131-HDH-7. Motion for Recovery of Attorneys' Fees filed by Alleged Debtor (313)

**CAUTION - EXTERNAL:**

Jenni,

Any witnesses I put on the stand on direct will take less than 30 minutes. As such, I defer to Ms. Lindauer as to how long she anticipates her cross will be .

Other than the witness testimony, is the Court going to take closing argument?

Also since this is similar to a bench trial, does the Court want us to submit proposed findings of Fact and Law?

Thank you.

-Brian