Document Page 1 of 1

BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
WALL007 LLC

Debtor(s)

Jun Li, Yunding Kang, et al

Appellant(s)

vs.
WALL007, LLC, WALL009, et al

Appellee(s)

Case No.: 20−31131−hdh7
Chapter No.: 7
Civil Case No.: Lead Case 3:21−CV−029−X

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 3/5/2021 regarding [336] Order denying motion to reconsider order dismissing involuntary bankruptcy cases. (related document # 325) Entered on 2/12/2021. by Jun Li, Yunding Kang, et al in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on May 21, 2021.

DATED: 5/21/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk