BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re:<br>WALL007 LLC | | § | Case No.: 20−31131−hdh7<br>Chapter No.: 7 |
| | Debtor(s) | § | Civil Case No.: 3:21−CV−00782−X |
| Jun Li, Yunding Kang, et al | Appellant(s) | § | |
| vs.<br>WALL007, LLC, WALL009, et al | Appellee(s) | § | |

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 3/5/2021 regarding [337) Order (I) denying petitioning creditors' motion for continuance and (II) bifurcating the evidentiary hearing on the alleged debtors' motion for recovery of amounts under 11 USC (related document # 332) Entered on 2/12/2021 by Jun Li, Yunding Kang, et al in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on May 24, 2021.

DATED: 5/24/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk