CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 28, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL007 LLC, *et al.*[1],** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

**ORDER DENYING MOTION TO RECONSIDER ORDER GRANTING TESTIMONY FROM WITNESSES CLAIMING TO RESIDE IN EUROPE**

CAME ON FOR CONSIDERATION the Motion to Reconsider Order Granting Testimony From Witnesses Claiming to Reside in Europe [Docket No. 374], and the Court having considered the pleadings and argument of counsel finds as follows. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion to Reconsider is denied for the reasons stated in the record at the hearing held on March 23, 2021.

# # # END OF ORDER # # #

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors