CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 2, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**ORDER DENYING MOTION TO POST BOND**

Based on the Court's order denying Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages pursuant to 11 U.S.C. § 303(i) [Docket No. 313], the Court finds Alleged Debtors' Motion for Petitioners to Post Bond pursuant to 11 U.S.C. § 303(e) [Docket No. 335] (the "Motion to Post Bond") moot. Accordingly, the Court **DENIES** the Motion to Post Bond.

##End of Order###

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors").

**AGREED TO FORM AND SUBSTANCE:**

Dated: June 1, 2021

By: /s/ *Brian M. Gargano*
Brian M. Gargano
Counsel for the Petitioning Creditors

By: /s/ *Joyce W. Lindauer*-with permission
Joyce W. Lindauer
Counsel for the Alleged Debtors

By: /s/ *Steven C. Metzger*
Steven C. Metzger
Counsel for the Timothy Barton