CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 3, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**ORDER DENYING MOTION FOR RECOVERY**

On May 27, 2021, the Court read into the record its adjudication regarding *Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages pursuant to § 303(i)* [Docket No. 313] (the "Motion for Recovery"). For the reasons the Court stated in its oral ruling on the record during the hearing held on May 27, 2021, at Dkt. No. 430, the Court

**DENIES** the Motion for Recovery in its entirety.

##End of Order###

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors").

**AGREED TO FORM:**

Dated: June 2, 2021

By: /s/ *Brian M. Gargano*
Brian M. Gargano
Counsel for the Petitioning Creditors

By: /s/ *Joyce W. Lindauer*-with permission
Joyce W. Lindauer
Counsel for the Alleged Debtors

By: /s/ *Steven C. Metzger*
Steven C. Metzger
Counsel for Timothy Barton