CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 7, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, et al.,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31131 (HDH)<br>(Jointly Administered) |

**ORDER DENYING MOTION TO STRIKE ALLEGED DEBTORS POST-HEARING BRIEF AS MOOT**

On May 27, 2021, the Court read into the record its adjudication regarding *Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages pursuant to § 303(i)* [Docket No. 313] (the "Motion for Recovery") and addressed Petitioning Creditors' Motion to Strike Alleged Debtors' Post-Hearing Brief [Docket No. 414].

[1] The Alleged Debtors in this jointly administered case are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC ("Alleged Debtors").

For the reasons the Court stated in its oral ruling on the record during the hearing held on May 27, 2021, at Dkt. No. 430, the Court

**DENIES** Petitioning Creditors' Motion to Strike Alleged Debtors' Post-Hearing Brief [Docket No. 414.] as moot.

##End of Order###