BTXN 208 (rev. 07/09)

IN RE: WALL007 LLC

DEBTOR

Motion for leave /Alleged Debtors' Motion for Recovery of Attorneys' Fees, Costs, and Compensatory and Punitive Damages Pursuant to 11 U.S.C. Section 303(i) Filed by Alleged Debtor WALL007 LLC (313)

Case #
20−31131−hdh7

**TYPE OF HEARING**

Alleged Debtor
WALL007 LLC

**PLAINTIFF / MOVANT**

***VS***

**DEFENDANT / RESPONDENT**

J. Lindauer

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

ALLEGED DEBTOR EXHIBITS 51,52,53,56,57, 61, 64, AND 66

Shanette Green

REPORTED BY

05−10−2021

HEARING DATE

Harlin DeWayne Hale

JUDGE PRESIDING